# EXHIBIT 1

**[TRANSLATION]**

[Entire Document Handwritten]

Mainland China *CDT MAKER* Contact Meeting

→Tai Yu   *file*

| Meeting Attendees: | *SSDD*: | *M.S.Lee*, Senior Manager Dong-Yu Xu, Zhen Yang |
| | *PHS*: | Chubei Cheng-Si Shao, *H.K* Si-Chuan Lee, Huafei Jian-Zhong Sheng, Yi Wang |
| | *BMCC*: | Wen-Chiang Fan, Hsin-Wen Huang |
| | IRICO: | Chao-Jie Wang |
| | *CPTF*: | Chung-Cheng (Alex) Yeh, Wei-Lie Yu |

I.   Production capacity situation of each maker (*kpcs*)

| | | Production capacity From Jan. to July | *7/E stock* | August | September | Max production capacity | | |
| | | | | | | October | November | December |
|---|---|---|---|---|---|---|---|---|
| *CPTF* | 14" | 370 | 70 | 250 | 220 ~~330~~ [Crossed out] | 150 | 150 | 150 |
| | 15" | 25 | | | | | 30 | 60 |
| *BMCC* | 14" | 300 | 30 - 40 | 50 | 50 | 40 | 30 | 25 |
| | 15" | | | | | 10 | 20 | 25 |
| IRICO | 15" | 90 | 40 | 50 | 50 | 50 | 50 | 50 |
| Huafei | 14" | 640 | 40 | 120 | 120 | 120 | 120 | 120 |
| | 15" | 25 | | 5-10*k/m*------------------------------------------------> | | | | |
| *SSDD* | 14" | 750 | 20 | 150 | 150 | 150 | 150 | 150 |
| | | | | | | | | |
| *TTL* | 14" | 2060 | 160-170 | 570 | 620 | 470 | 450 | 445 |
| | 15" | 140 | | 60 | 60 | 70 | 110 | 145 |

1. Right now, *BMCC* has one line producing 14"*CPT* and 14"/15"*CDT* and the plan is to produce *CDT* (50*k/M*) using half a line.    Among it, *SAMPLE*S of 15"*CDT* have already been produced.    Because of material supply and staff training issues, the production of 15"*CDT* will start from Oct.

2. IRICO has given up 14", and is focusing on 15"; it has produced 20*k* of 15" in July.    These were mainly sold to domestic customers and "Irico Royal".

3. For Huafei's 15"*CDT* line, after supplying *TWN* with *B+D* tubes *ITC*, it is mainly delivered to *ACER*.    Going forward, it will maintain supply quantity at about 5-10 *k/M*.
   Later, they might transfer a production line from Chubei, *TWN* to Nanjing to produce 15"*CDT* or they may convert a current line to produce 15"*CDT*.
   These two options will be determined at the *Q*4 board of the director meeting.

4. *SSDD* still only has one 14"*CDT* right now and an additional 15"CDT line will be set up either in Tianjin or Shenzhen.    However, half of the equipment

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

for this line has already arrived at Tianjin.    Because the orders from Tianjin's *MONITOR* factory are not good, it is, therefore, consideration was given to moving this *CDT* line to Shenzhen.

5.  All makers said that the orders in August are okay and the amount of orders has not reduced due to the promotion in July.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

6. Looking at each maker's *STOCK* at the 7/E, Huafei claimed to have 40*k* *STOCK*.   However, it is heard from other sources that it has only about 20*k*. And *SSDD* has only 20*k* in stock.   It is probably due to large shipments at the end of July especially after Huafei sold to Irico Royal 20*k* at the price of 36.0 (Also, for July, there was only 20*k* in *TTL*).

II. At the meeting, analytical charts of *CDT* worldwide demand and supply from each maker's headquarters were *show*n to *BMCC* and IRICO; it is to indicate that there are sufficient reasons to increase prices, and to reiterate the bottom price for each size; and that *B* Grade tubes must not be sold and the payment terms.

1. *BMCC* stated that it did not attend the previous meeting and it was not aware of the determination of each maker to increase prices and they have already accepted a 5*K*-order from Irico Royal at the price of $42.0 on August 4. However, since everyone made their stance clear today, *BMCC* will definitely *flw* the bottom line pricing.   It also said that the original agreement with *AOC* fell through due to slow process of *SAMPLE* validation and no prices were promised, therefore no deal was made.

2. Huafei *challenge*d *SSDD* and said that a *FAX* to a customer from its *SALES* staff named Tsao stated that if the price increase failed, their money would be refunded in full; it showed that SSDD lacked confidence on price increase, and it needs to improve.   *SSDD* denied the allegation.   All attendees agreed and asked that all makers' *SALES* personnel should watch out the terms they use.

3. Huafei requested that *CPT* to be steadfast in their decision against *AOC,* since *AOC* is the culprit for ruining the price, I clearly indicated that we would rather lose orders than to concede.

III. Domestic price review

1. *CPTF* questioned each maker's calculation method for domestic sales tax inclusive price by using *USD* x 10 which is of in turn a price cut in disguise. Huafei stated that first of all, they used <u>special techniques to buy materials like glass and others as internal purchase</u> [Underlined] to offset the value-added tax, and secondly, <u>local government has VAT waiver</u> [Underlined], so as a result, the profit of domestic sales is higher than export sales.   So it insisted on calculating by 10.

2. *SSDD* said for domestic sales price they *flw* other makers "x10 method". But in fact, it is more beneficial to use 10.3 <u>because the tariff is only about 6%</u> [Underlined].

3. *CPT* said the tariff for *CDT* is 12% and *CPTF* used materials to calculate tariff which account for about 10% of the *cost* (*TUBE*).   So, 10.68 should be used.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

4. Other 2 makers expressed that they are worried that domestic customers would not accept, so they wanted to used 10 to calculate as well.   Due to substantial disputes over this matter, it was tabled for discussion at the next *meeting*.

IV. All makers decided that Huafei will call the next meeting on 9/4 to be held in Nanjing.   (In principle it would be held once a month).   And it was proposed to invite Senior Manager Lu of *CPTM* to attend.

- End of report -

Submitted by Employee Chung-Cheng (Alex) Yeh 8/5
'98
[Initialed:] Y.M. Peng Aug 11 '98

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030662.02E

[Handwritten:]

00886-3-4858094

0591-3970507

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030663E



关于大陆 CDT MAKER 连络会议

年　月　日
第　页·共　页

与会人员：
SSDD：M.S Lee，徐東煜经理 杨真
PHS：邵正鑫，HK 蔡思泉，华飞 尉建忠 王毅
BMCC：范文滨，黄新文
彩虹：王昭杰
CPTF：章俊正，朱伟列

一、各家产能概况（Kp's）

|  |  | 1~7月产 | 7/8 stack | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|
| CPTF | 14" | 370 | 70 | 250 | 300 | ND | ND | ND |
|  | 15" | 25 |  |  | 220 |  | 30 | 60 |
| BMCC | 14" | 300 | 30-40 | 50 | 50 | 40 | 30 | 25 |
|  | 15" |  |  |  |  | 10 | 20 | 25 |
| 彩虹 | 15" | 90 | 40 | 50 | 50 | 50 | 50 | 50 |
| 华飞 | 14" | 640 | 40 | 120 | 120 | 120 | 120 | 120 |
|  | 15" | 25 |  | 5~10 k/M |  |  |  |  |
| SSDD | 14" | 750 | 20 | 150 | ND | ND | ND | 150 |
| TTL | 14" | >2060 | 160~170 | 570 | 620 | 470 | 450 | 445 |
|  | 15" | 140 |  | 60 | 60 | 70 | 110 | 145 |

1. BMCC 现有一条早转 14"CPT，14/15" CDT，规划用半条做 CDT（50K/M）
   其中 15"CDT SAMPLE 已产出，困於材料供应及人员培训问题，
   计划 10月开始投产 15"CDT。
2. 彩虹放弃 14"，要改 15"，9月产出 20K 主要销售国内客户及"彩皇"
3. 华飞 15"CPT 係，TWN供应 BID号，2TC後主要交给 ACBR，後续仍
   将维持再有 5~10 k/M 的供应量。
   後续可能自 TWN 搬竹科 抓一条线色列南京生产 15"CDT。
   现目前有生产线改这一条生产 15"CDT。4Q董事会将两案
   择一办理。
4. SSDD 现仍只有一条 14"CDT，只有 1线 15"的增设，尚在 天津或
   深圳 择一地设线，但此线已有近一半的设备已运抵天津，
   因天津 MONITOR 厂的订单不足，才有搬来深圳的考虑。
   把 CDT线
5. 各家均表示，8月计评营可，至未因 2月份销量锐减 ...



6. 依各家 对 stock 看来 華飛 稱 stock 40K 但從其他管道得知 仍有
20K 左右 而 SSDD 又剩 20K 在走 7/2 大量出貨 尤其是 華飛用 36.0
的價格賣給彩皇 20K (且 7月 TTL 苍又有 20K).

二、會議上向 BMCC 及彩虹 show 各家為卻的全球 CDT 供需分析表 表示
有足夠理由調漲價格 並重申各尺寸的底限價 不得賣 B 貨
B 付款條件

1. 而 BMCC 則表示 先前未參與會議 不知各家 漲價的決心 故
我在 8/4 已向彩皇用 42.0 之價承訂 JK 的訂單 但今日
大家表態 已明確表示 BMCC 一定 flw 底限的價
另表示 原每 ACC 的協議 因 sample 承認速度遲緩 且有剩
並未承諾價格 故对 ACC 與交易 没有談成

2. 華飛 challenge SSDD 曾對 SALES 给 某家客戶的 FAX 說
若没談成功 將來一定會退款 显示 缺乏調漲的
信心 雖然已改善 SSDD 否認 但全体同意 再加強對 SALES
無法適用的訓詞

3. 華飛要求 CPT 对 ACC 要堅定決心 因為 ACC 是價格破坏者
取则明確表示 寧可沒訂單 也不会讓步

三、內銷價格檢討

1. CPT 质疑各家 用 USD × 10 算 核算 內銷含稅價 等於 變相降價
華飛則表示 一來貝使用將逐年逐使 玻璃 等材料走向 內購 增
值稅可互抵 二來貝意如政府有调低稅減负 貝內銷的利
潤 是 高於 外銷 故望 待用 10 核算

2. SSDD 則表示 現貝內部仍 flw 其他家作法 × 10 但貝實際
應用 10.3 較划算 因貝回 回稅 約為 6% 苑

3. CPT 則表示 CDT 因貝稅 13% CPT 用材料核算回稅 約估 COST (TUB)
10% 故應用 10.68 來算

4. 另兩家 則表示 暫小 國內部 不願 故也 望採用 10 核算 因爭論
頗大 暫待 下次 meeting 再說

四、大家決議 9/4 由 華飛 任召集人 在所有召開 (原則上每月一次)
下次會議 擬請 CPT 月 經理 也能 支同参會

中华映管福州有限公司

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030662

NO 886-3-48-8074

05 P1-3820507

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030663

# EXHIBIT 2

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                   OAKLAND DIVISION
4
5  IN RE: CATHODE RAY TUBE (CRT)  ) MASTER FILE NO.
   ANTITRUST LITIGATION           ) CV-07-5944 JST
6  _____)
                                   )
7  THIS DOCUMENT RELATES TO:       )
                                   )
8  ALL INDIRECT PURCHASER ACTIONS  )
   ALL DIRECT PURCHASER ACTIONS    )
9                                  )
            DEFENDANTS.            )
10 _____)
11
12
13
14
15       VIDEOTAPED DEPOSITION OF YAN YUNLONG
16                   VOLUME I
17          TUESDAY, SEPTEMBER 27, 2022
18             MACAU S.A.R., CHINA
19
20
21
   FILE NO.  SF 5436473
22
   REPORTED BY  MARK McCLURE, CRR
23             CAL CSR 12203
24
25
                                        Page 1
```

| | | |
|---|---|---|
| 1 | A.   I think it was Mr. Xing Daoqin of the Group | 14:46 |
| 2 | company. | 14:46 |
| 3 | Q.   Were you involved in the decision to retain | 14:46 |
| 4 | Pillsbury? | 14:46 |
| 5 | A.   I was involved. | 14:46 |
| 6 | Q.   Did you meet with Pillsbury lawyers about the | 14:46 |
| 7 | issue of retaining Pillsbury? | 14:46 |
| 8 | A.   We met. | 14:47 |
| 9 | Q.   Did you meet with Pillsbury before they were | 14:47 |
| 10 | actually retained to represent Irico? | 14:47 |
| 11 | A.   No. | 14:47 |
| 12 | MR. BIRKHAEUSER:  Okay.  We're about to run | 14:47 |
| 13 | out of videotape, so why don't we go off the record. | 14:47 |
| 14 | THE VIDEOGRAPHER:  We are now going off the | 14:47 |
| 15 | record.  The time is 2:48. | 14:47 |
| 16 | (Discussion off the record.) | 14:48 |
| 17 | THE VIDEOGRAPHER:  We are now back on the | 15:01 |
| 18 | record.  The time is 3:01. | 15:01 |
| 19 | BY MR. BIRKHAEUSER: | 15:01 |
| 20 | Q.   All right, Mr. Yan, after Irico received a | 15:01 |
| 21 | copy of the complaint in this matter, did it conduct any | 15:01 |
| 22 | investigation into the facts that are alleged in the | 15:01 |
| 23 | complaint? | 15:01 |
| 24 | A.   No. | 15:01 |
| 25 | Q.   Did Pillsbury ever tell Irico that it should | 15:02 |

Page 110

| 1 | investigate the facts that are alleged in the complaint? | 15:02 |
| 2 |         MR. CARTER:  Objection.  Calls for | 15:02 |
| 3 | attorney-client privileged information.  Instruct the | 15:02 |
| 4 | witness not to answer to the extent it would reveal any | 15:02 |
| 5 | legal advice given or received by Pillsbury. | 15:02 |
| 6 |         THE WITNESS:  I will take back my earlier | 15:03 |
| 7 | answer. | 15:03 |
| 8 | BY MR. BIRKHAEUSER: | |
| 9 |     Q.   I don't know what you're saying. | 15:03 |
| 10 |         When you said you'd take back your earlier | 15:03 |
| 11 | answer, are you -- strike that. | 15:03 |
| 12 |         Did Irico conduct an investigation into the | 15:03 |
| 13 | facts alleged in plaintiffs' complaint? | 15:03 |
| 14 |         MR. CARTER:  Objection.  Asked and answered. | 15:03 |
| 15 | BY MR. BIRKHAEUSER: | 15:04 |
| 16 |     Q.   You can answer. | 15:04 |
| 17 |     A.   Okay.  After we received this complaint from | 15:05 |
| 18 | the U.S., we consulted our attorneys and we also felt | 15:05 |
| 19 | that it was quite strange that the U.S. would conduct a | 15:05 |
| 20 | CRT antitrust investigation against us, but at that time | 15:05 |
| 21 | our focus was on whether or not Irico had any products | 15:05 |
| 22 | that were sold in the U.S., and we also later clarified | 15:05 |
| 23 | on that issue, and indeed, we did not have any | 15:05 |
| 24 | mass-produced products sold in the U.S., so the | 15:05 |
| 25 | complaint against us was entirely baseless. | 15:05 |

Page 111

```
 1        Q.    What kind of investigation did you conduct to      15:05

 2   reach the conclusion that the complaint against Irico         15:05

 3   was baseless?                                                 15:06

 4        A.    We contracted a company to search the database     15:06

 5   of Chinese customs for the data of our products -- of         15:06

 6   our export products during the relevant period, and the       15:06

 7   investigation scope covered all of those products we          15:07

 8   exported in that time frame, and the data showed that we      15:07

 9   did not export any products to the U.S. market, so it         15:07

10   made no sense to file such a complaint against us.            15:07

11        Q.    When did you contract with a company to search     15:07

12   the database of Chinese customs?                              15:07

13        A.    It was around the beginning of 2008.               15:07

14        Q.    What was the name of the company?                  15:07

15        A.    I don't remember the name, but I think it's in     15:07

16   our document production.  That company also issued a          15:08

17   certificate to prove the search result.                       15:08

18        Q.    As best as you can recall, as you sit here         15:08

19   today, what was the name of that company?                     15:08

20        A.    I really cannot recall.  It has been a very        15:08

21   long time.                                                    15:08

22        Q.    What exactly did you tell that company to          15:08

23   search for?                                                   15:08

24        A.    I was not the person who approached that           15:08

25   company.  It was the staff of the Irico Group Sales           15:09
```

Page 112

```
 1    the complaint other than this report by the person that      15:21
 2    Irico contracted with?                                       15:21
 3             MR. CARTER:  Object to form.                         15:21
 4             THE WITNESS:  No.                                    15:22
 5    BY MR. BIRKHAEUSER:                                           15:22
 6       Q.   At the time you were investigating the facts         15:22
 7    of the complaint, did any Irico employee tell you that       15:22
 8    they had attended meetings with Irico's competitors?         15:22
 9       A.   They did.                                            15:22
10       Q.   And what kind of investigation did you do as         15:23
11    to the meetings that Irico had with its competitors?         15:23
12       A.   We did not conduct any special investigation.        15:23
13    We simply confirmed whether or not there was such a          15:23
14    fact.                                                        15:23
15       Q.   Who told you that Irico employees attended           15:23
16    meetings with Irico's competitors?                           15:23
17       A.   At that time, it was Liu Maihai, Shen Xiaolin,       15:23
18    and there was another person who used to work for CEIEC,     15:24
19    and that person's name was Liang Yuan.  That's it.          15:24
20       Q.   Did Shen Xiaolin tell you that Mr. Shen had          15:25
21    attended a meeting of CEOs and presidents of CRT             15:25
22    competitors in Shanghai in November of 2006?                 15:25
23             MR. CARTER:  Object to form.                         15:25
24             THE WITNESS:  It was not as detailed as to           15:25
25    exactly which meeting.                                       15:25
```

Page 117

```
 1   BY MR. BIRKHAEUSER:                                        15:25

 2       Q.   Did anyone tell you how many meetings that        15:25

 3   Irico employees had had with Irico's competitors?          15:25

 4       A.   No.                                               15:26

 5       Q.   Were you preliminary responsible for gathering    15:26

 6   information to give to Pillsbury after you were served     15:26

 7   with the complaint?                                        15:26

 8            MR. CARTER:  Object to form.                      15:26

 9            THE WITNESS:  No.  Actually, after we were        15:27

10   served the complaint, we did several things.               15:27

11            The first one was -- we formed an internal        15:27

12   working group to lead the work of conducting the           15:28

13   investigation with respect to this litigation.  It was a   15:28

14   task force working group.                                  15:28

15            Secondly, we engaged Pillsbury as the counsel     15:28

16   to represent us, but at that time several law firms were   15:28

17   pitching us for the case, and we later talked with them    15:28

18   and engaged Pillsbury as our outside counsel.              15:28

19            The third one we did -- the third thing we did    15:28

20   was that we conducted an investigation to see if we        15:28

21   actually sold any products in the U.S. market, and the     15:28

22   information we got was no.  So we asked Pillsbury to try    15:28

23   to talk and reason with the plaintiffs that it was a       15:28

24   mistake to sue Irico, and we asked them to remove us       15:28

25   from the defendants.                                       15:28
```

Page 118

```
 1              The fourth thing that we did was to notify all        15:29

 2      the relevant people based on the request from Pillsbury,     15:29

 3      and those people were asked to preserve all the             15:29

 4      information and documents related to the case.              15:29

 5              During that process, Pillsbury related a very        15:30

 6      important piece of information to us.  It told us that       15:30

 7      it was actually a class action and the plaintiffs in the    15:30

 8      case were trying to form a group of plaintiffs to           15:30

 9      conduct the litigation, and the defendants were also        15:30

10      trying to form a group, and Pillsbury's advice to us was    15:30

11      that we join the defendants group.  So, internally, in      15:30

12      the company, we also held some discussions on that          15:30

13      advice.                                                     15:30

14              And the company held several rounds of              15:31

15      discussions on that issue in order to understand the        15:31

16      situation, but the situation with Irico is different        15:31

17      from that with other companies in the defendants' group.    15:31

18      Those other companies were big multinational companies      15:31

19      and the U.S. market was their main market.  They not        15:31

20      only had CRT products in the U.S. market, they also had     15:31

21      the TV whole sets in the U.S. market, and Irico, at that    15:31

22      time, had neither, so it was to the disadvantage of         15:32

23      Irico to join and form the defendants group.                15:32

24              And also, at that time, the U.S. government         15:32

25      was conducting, actually, criminal investigations in the    15:32
```

Page 119

```
1                 UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                      OAKLAND DIVISION

4

5    IN RE: CATHODE RAY TUBE (CRT)  ) MASTER FILE NO.

     ANTITRUST LITIGATION           ) CV-07-5944 JST

6    _____)

                                    )

7    THIS DOCUMENT RELATES TO:      )

                                    )

8    ALL INDIRECT PURCHASER ACTIONS )

     ALL DIRECT PURCHASER ACTIONS   )

9                                   )

                  DEFENDANTS.       )

10   _____)

11

12

13

14

15         VIDEOTAPED DEPOSITION OF YAN YUNLONG

16                     VOLUME III

17            THURSDAY, SEPTEMBER 29, 2022

18               MACAU S.A.R., CHINA

19

20

21

22   FILE NO.  SF 5436477

23

24   REPORTED BY  MARK McCLURE, CRR

25               CAL CSR 12203
```

Page 308

| 1 | foundation.  Improper legal opinion. | 09:50:51 |
| 2 | THE WITNESS:  My understanding is that the | 09:51:25 |
| 3 | ex-factory prices of our Irico CRT products should not | 09:51:28 |
| 4 | be below the average production cost published by the | 09:51:34 |
| 5 | national government agencies, as referenced earlier; | 09:51:41 |
| 6 | which means that for each of the 20-inch color picture | 09:52:07 |
| 7 | tube that we manufacture, the price cannot go lower than | 09:52:10 |
| 8 | 440 RMB, and the price of the 25-inch color picture tube | 09:52:18 |
| 9 | should not go lower than 720 RMB. | 09:52:25 |
| 10 | BY MR. CARTER: | 09:52:25 |
| 11 | Q.   Mr. Yan, looking back at page 460, with the | 09:52:45 |
| 12 | newspaper clipping -- | 09:52:48 |
| 13 | A.   Okay. | 09:52:54 |
| 14 | Q.   -- the table at the bottom of that clipping is | 09:52:55 |
| 15 | titled "Industrial Average Production Cost," correct? | 09:52:58 |
| 16 | MR. RUSHING:  Objection to form. | 09:53:10 |
| 17 | THE WITNESS:  Yes. | 09:53:11 |
| 18 | BY MR. CARTER: | 09:53:11 |
| 19 | Q.   To your understanding, if Irico Group's | 09:53:17 |
| 20 | production costs were lower than the industry average, | 09:53:21 |
| 21 | could Irico Group lawfully price its CRTs below these | 09:53:27 |
| 22 | levels? | 09:53:32 |
| 23 | MR. RUSHING:  Objection to form.  Lack of | 09:53:33 |
| 24 | foundation.  Calls for an improper legal opinion. | 09:53:36 |
| 25 | THE WITNESS:  No. | 09:54:10 |

Page 350

```
 1              MR. BIRKHAEUSER:  Objection on the grounds      09:54:10

 2    that it mischaracterizes the document.                   09:54:12

 3              Objection.  Objection on the ground that it     09:54:15

 4    mischaracterizes the document.                           09:54:18

 5    BY MR. CARTER:                                           09:54:28

 6       Q.   What's your understanding of what would happen   09:54:28

 7    if Irico Group sold CRTs at prices below these published 09:54:30

 8    industrial average production costs?                     09:54:35

 9              MR. RUSHING:  Objection to form.  Lacks         09:54:38

10    foundation.  Calls for an improper legal opinion.        09:54:42

11              THE WITNESS:  According to my understanding,    09:55:23

12    our company would have to bear legal liabilities and it  09:55:25

13    will face punishments, and those people at the company   09:55:31

14    at the leadership level who have direct responsibility   09:55:37

15    regarding this would also face personal punishment.      09:55:40

16              MR. BIRKHAEUSER:  Objection on the ground that  09:55:47

17    it mischaracterizes the very language of the document    09:55:48

18    itself.                                                  09:55:51

19    BY MR. CARTER:                                           09:55:51

20       Q.   Mr. Yan, you can set that document aside, and    09:56:00

21    I have one other document that I'm going to introduce,   09:56:03

22    if you give me a moment.                                 09:56:06

23              Mr. Yan, I'm introducing what was previously   09:56:29

24    marked as Exhibit 8551.  Please refresh your page and    09:56:32

25    let me know when you see that.                           09:56:36
```

| | | |
|---|---|---|
| 1 | A.  8551, right? | 09:56:51 |
| 2 | Q.  Correct. | 09:56:53 |
| 3 | A.  I see it. | 09:56:55 |
| 4 | Q.  Could you please take a moment to review | 09:56:58 |
| 5 | Exhibit 8551 and let me know when you're ready.  There's | 09:57:00 |
| 6 | an English translation on pages 1 through 5 of the | 09:57:09 |
| 7 | document, and then the Chinese original starts on page | 09:57:15 |
| 8 | 6. | 09:57:17 |
| 9 | A.  Okay, I see it. | 09:57:32 |
| 10 | Q.  Looking at the red stamp and handwriting in | 09:57:34 |
| 11 | the bottom left of the page, what does that say? | 09:57:41 |
| 12 | MR. RUSHING:  Objection to form.  Lacks | 09:57:57 |
| 13 | foundation. | 09:57:59 |
| 14 | THE WITNESS:  The first page, right? | 09:58:04 |
| 15 | BY MR. CARTER: | 09:58:04 |
| 16 | Q.  The first page in Chinese, yes. | 09:58:06 |
| 17 | A.  I do not see a red box -- I see it now.  My | 09:58:21 |
| 18 | bad.  I'm sorry. | 09:58:27 |
| 19 | The first line in the box says "Electronic | 09:58:28 |
| 20 | industry archive," and the second line says "Copy | 09:58:41 |
| 21 | 2017052 number." | 09:58:47 |
| 22 | Q.  Do you have an understanding of what the | 09:58:54 |
| 23 | presence of that stamp indicates about the document? | 09:58:56 |
| 24 | A.  This indicates that the source of this | 09:58:58 |
| 25 | document comes from the archive of the archive library | 09:59:27 |

Page 352

# EXHIBIT 3

Page 1

 1                IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
 2                      San Francisco Division

 3    - - - - - - - - - - - - - - - - - -
      IN RE:                             )
 4                                       )
      CATHODE RAY TUBE (CRT)             )Master File No.
 5    ANTITRUST LITIGATION               )07-CV-5944-JST
                                         )
 6                                       )MDL No. 1917
                                         )
 7                                       )
                                         )
 8    - - - - - - - - - - - - - - - - - -

 9                  DEPOSITION OF WANG ZHAOJIE

10                     HIGHLY CONFIDENTIAL

11                        VOLUME I

12                 Wednesday, March 6th, 2019

13                     AT:  9.08 am

14                      Taken at:

15                   Kobre & Kim
                     6/F ICBC Tower
16                   3 Garden Road
                       Central
17                   Hong Kong

18

19

20

21

22

23   Court Reporter:

24   Bron Williams
     Accredited Real-time Reporter

25

Page 6

```
 1            invoice
 2   Exhibit 8411 Bates number ........................103
               IRI-CRT-00003588 - Export
 3            invoice
 4   Exhibit 8412  Bates number .......................105
               IRI-CRT-00003594 - Export
 5            invoice
 6   Exhibit 8413 Bates number ........................109
               IRI-CRT-00003546 - Material
 7            from a database file
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
 1            VIDEOGRAPHER:  Good morning.  Here begins
 2   volume I, media number 1 in the deposition of Wang Zhaojie
 3   in the matter of In Re Cathode Ray Tube (CRT) Antitrust
 4   Litigation, in the United States District Court, Northern
 5   District of California, San Francisco division.  Master file
 6   number 07-CV-5944-JST.  MDL No. 1 917.
 7            Today's date is  March 6, 2019.  The time on the
 8   video monitor is 9.08 a.m.
 9            The certified video operator today is Inga Kornev,
10   contracted by US Legal Support.  This video deposition is
11   taking place at Kobre & Kim, ICBC Tower, 3 Garden Road,
12   Central, Hong Kong.  Counsel, please voice identify
13   yourselves and state whom you represent.
14            MR. BENZ:  Steven Benz from the law firm Kellogg,
15   Hansen PLLC, Washington DC, for the direct purchaser
16   Plaintiffs.
17            MR. HWU:  David Hwu from the law firm of
18   Saveri & Saveri in San Francisco on behalf of the direct
19   purchaser Plaintiffs.
20            MS. FU:  Qianwei Pu, Zelle LLP on behalf of the
21   indirect purchaser Plaintiffs.
22            MS. CAPURRO:  Lauren Capurro from Trump, Alioto,
23   Trump & Prescott for the indirect purchaser plaintiffs.
24            MR. MARGO:  Benjamin Margo, the Kellogg Hansen law
25   firm, for the direct purchaser plaintiffs.
```

Page 8

```
 1            MR MONTANO:  Michael Montano, Cotchett, Pitre &
 2   McCarthy on behalf of the direct purchaser plaintiffs.
 3            MR. PLUNKETT:  Stuart Plunkett from Baker Botts on
 4   before of the Irico defendants and the witness.
 5            MS. YANG:  Kaylee Yang from Baker Botts llP on
 6   behalf of the Irico defendants.
 7            MR. JACOBSMEYER:  Brian Jacobsmeyer from Baker
 8   Botts LLP on behalf of the Irico defendants and the witness.
 9            VIDEOGRAPHER:  Would all others please state your
10   name for the record.
11            MS. GUO:  Guo Xiao Yan.
12            MS. SHANG:  Ting Shang.
13            INTERPRETER:  Kuang-Shai Chao.  I am the
14   interpreter.
15            VIDEOGRAPHER:  The court reporter today is Bron
16   Williams on behalf of US Legal Support.  Would the reporter
17   swear in the interpreters and the witness.
18            INTERPRETER - Kuang-Shai Chao (affirmed)
19     QIANWEI FU - (affirmed) - acting as a check interpreter
20     DAVID HWU - (affirmed) - acting as a check interpreter
21                  WANG ZHAOJIE
22   having been duly affirmed testified as follows:
23     (All answers were given through the interpreter unless
24                  otherwise indicated)
25            MR. HWU:  I hate to interrupt, but the live screen
```

Page 9

```
 1   for our check interpreter is not working.  So could we go
 2   off the record to fix this really quick?
 3            VIDEOGRAPHER:  Going off -- this marks the end of
 4   media number 1 of the deposition of Wang Zhaojie.  Going off
 5   the record.  The time is 9.11.
 6                  (Break taken.)
 7            VIDEOGRAPHER:  We are back on the record.  Here
 8   begins media 2 in the deposition of Wang Zhaojie, the time
 9   is 9.12.
10    BY MR. BENZ:
11      Q.  Good morning, Mr. Wang.  My name is Steven
12   Benz and I represent the direct purchaser plaintiffs in this
13   litigation.
14            Can you please state your full name and spell it
15   for the record.
16      A.  (Chinese spoken).
17            INTERPRETER:  (Chinese spoken).
18      A.  My name is Wang Zhaojie, spelled as W-A-N-G,
19   Z-H-A-O-J-I-E.
20    BY MR. BENZ:
21      Q.  Have you ever gone by any other name?
22      A.  No.
23      Q.  Do you have a nickname?
24      A.  What do you mean by that nickname?
25      Q.  A name that your friends call that you is not
```

Page 78

1  representative, correct?
2       A.  The document said Liang Yuan.
3       Q.  Do you know who Liang Yuan is?
4       A.  Yes, I do know.
5       Q.  How do you know Liang Yuan?
6       A.  He is an employee of China National Electronic
7  Import and Export Caihong Company.
8       Q.  At this time, Liang Yuan was also a Group
9  employee, correct?
10      MR. PLUNKETT:  Object to the form.
11      A.  No, that's not correct.
12 BY MR. BENZ:
13      Q.  Do you know that around this time Irico Group
14 sent Liang Yuan to testify on behalf of Irico Group in
15 a European anti-dumping case?
16      MR. PLUNKETT:  Object to the form.
17      A.  I don't know.
18 BY MR. BENZ:
19      Q.  Just to be clear, Mr. Wang, is Liang Yuan
20 a man or a woman?
21      A.  Ms. Liang Yuan.  A female.
22      Q.  The next line of questions in the document are
23 topics 4 and 7.
24      Are you aware that in 1995 Irico Group had a sales
25 company in the United States called Irico USA?

Page 79

1       MR. PLUNKETT:  Objection, misstates the record.
2       A.  I don't know.
3  BY MR. BENZ:
4       Q.  While you worked in sales at Irico, were you
5  aware of an entity called Irico USA?
6       A.  I don't know.
7       Q.  Have you ever been aware of a company called
8  Irico USA?
9       A.  Yes, I heard of it.
10      Q.  When did you hear of Irico USA?
11      A.  I saw this name in the document.
12      Q.  You were at the sales department for over two
13 decades, correct, Mr. Wang?
14      A.  Let me think about it.  Yes, roughly.
15      Q.  And you are here on behalf of Irico Group and
16 Irico Display to testify in response to topics 4 and 7,
17 correct?
18      A.  Yes.
19      Q.  Can you tell me who in Irico Group sales
20 department was responsible for coordinating sales to Irico
21 USA?
22      MR. PLUNKETT:  Object to the form.
23      A.  I don't know.
24 BY MR. BENZ:
25      Q.  Did Group sell CRTs to Irico USA?

Page 80

1       A.  No.
2       Q.  Do you have any understanding as to, within
3  the time period at issue in this litigation, how many Irico
4  CRTs and CPTs ended up in the United States?
5       MR. PLUNKETT:  Object to the form.
6       Counsel, may I ask if the two people sitting next
7  to you are check translators in this deposition?  Because it
8  seems that they are passing substantive questions to you,
9  but they are also acting as check translators.
10      MR. BENZ:  I'm going to keep asking my questions.
11 If you have an objection you can state it for the record.
12      MR. PLUNKETT:  I'm asking for a clarification of
13 that issue.  If you disagree that that is what is taking
14 place in the room, I suggest you say so.
15      MR. BENZ:  I have one check translator, and I have
16 one person assisting me with questions.
17      MR. PLUNKETT:  And that's the same person.
18      MR. BENZ:  No, it has changed.  Right now --
19      MR. PLUNKETT:  Who is the check translator right
20 now in the deposition?
21      MR. BENZ:  The check translator right now is
22 Ms. Fu.
23      MR. PLUNKETT:  Okay.
24      MR. BENZ:  And Mr. David Hwu is assisting me with
25 questions.  As you can see, because he has been passing me

Page 81

1  notes.
2       MR. PLUNKETT:  Okay, but he also corrected
3  a translation recently, which is why I got confused, and
4  I believe that the other person is also passing questions to
5  you -- at least that's how it appears -- and is not just
6  acting as a check translator.  If that's not true, you can
7  correct that on the record.
8       MR. BENZ:  Okay.  We will continue.
9       I'm going to re-ask a question, because I don't
10 believe I got a response from you, due to counsel's
11 objection.
12      Q.  Do you have any understanding, Mr. Wang, as
13 to, within the time period at issue in this litigation, how
14 many Irico CRTs and CPTs ended up either directly or
15 indirectly in the United States?
16      MR. PLUNKETT:  Object to the form.
17      A.  Irico Display and Irico Group never sell
18 products to the States.
19 BY MR. BENZ:
20      Q.  I understand that, but my question for you is,
21 regardless of the distribution channel, whether you made any
22 attempt in your preparation for today's deposition, to
23 determine the amount of sales, attempted sales, or
24 contemplated sales, by Irico, either directly or indirectly
25 to the United States during the class period.  And I mean

Page 82

1  indirectly.  It could have had multiple intermediaries
2  involved.
3         So that's my question.
4         MR. PLUNKETT:  Object to the form.
5         A.  I don't know.
6  BY MR. BENZ:
7         Q.  Did Irico Electronics sell CRTs to Irico USA
8  during the class period?
9         A.  Based on my understanding, the answer is no.
10        Q.  I would like to show the witness what has
11 previously been marked as Exhibit 8392.
12    (Previously marked Exhibit 8392 shown to witness)
13        This is also topics 4 and 7.
14        I have handed Mr. Wang Exhibit 8392.  It is
15 a document dated 27th July 2001 from the auditing department
16 at Irico Group Corporation.  The Bates numbers are
17 IRI-CRT-0003240 through 3497.
18        Please take as much time as you need, Mr. Wang.
19        A.  Yes.
20        Q.  Do you have an understanding as to what this
21 document is?
22        A.  I reviewed this document.
23        Q.  Did you review this document in preparation
24 for your deposition?
25        A.  Yes.

Page 83

1         Q.  What is your understanding as to the purpose
2  of this document?
3         A.  I don't know.
4         Q.  Can you look at the header on the first page
5  of the document?
6         Do you see at the top where it says "IRICO Group
7  Corporation Auditing Department Document"?
8         A.  Yes.
9         Q.  And then below that it says:
10        "Irico auditing (2001) No. 1."
11        Do you see that?
12        A.  Yes.
13        Q.  And then below that it says:
14        "A Brief on Auditing Results for IRICO (USA) Inc."
15        Do you see that?
16        A.  Yes, I saw it.
17        Q.  Does this appear to you to be a document
18 created by the Irico Group Corporation auditing department
19 on or about 27th July 2001?
20        MR. PLUNKETT:  Object to the form.
21        A.  (Chinese spoken).
22        INTERPRETER:  The witness is asking me to repeat
23 the question.
24        (Chinese spoken).
25        A.  This is a document from the auditing

Page 84

1  department from Irico Group.
2  BY MR. BENZ:
3         Q.  And this document was kept in Irico Group's
4  files, correct?
5         A.  It should be.
6         Q.  Do you have any reason to believe this is not
7  an accurate, true and correct copy of this document?
8         A.  No.
9         Q.  If you could, court reporter, give the witness
10 Exhibit 8393, previously marked.
11    (Previously marked Exhibit 8393 handed to the witness)
12        Mr. Wang, I handed you Exhibit 8393.  It is
13 a two-page-exhibit with Bates numbers IRI-CRT00003498
14 through 3499.  Have you seen this exhibit before?
15        A.  Yes, I saw it before.
16        Q.  Do you have an understanding as to the purpose
17 of this document?
18        MR. PLUNKETT:  Object to form.
19        A.  I don't understand.
20 BY MR. BENZ:
21        Q.  What is this document?
22        A.  I don't know.
23        Q.  Have you had a chance to review this?
24        A.  Yes.
25        Q.  Is it fair to say this is Shaanxi province

Page 85

1  People's Government's approval of CNEICC's establishment of
2  Irico USA?
3         MR. PLUNKETT:  Objection to form.
4         A.  The document speaks for itself.
5  BY MR. BENZ:
6         Q.  Mr. Wang.  This exhibit was produced to us by
7  the lawyers in -- our lawyers, and it came from Irico
8  Group's files.  Do you understand that?
9         A.  Yes, I do.
10        Q.  And you believe that you have been prepared to
11 speak to topics 4 and 7 at your deposition here today,
12 correct?
13        A.  Yes.
14        Q.  So I'm asking you what is your understanding
15 as the corporate designee for Irico Group and Irico Display
16 as to the purpose of this exhibit as it relates to topics 4
17 and 7?
18        MR. PLUNKETT:  Objection, vague.
19        A.  (Chinese spoken).
20 BY MR. BENZ:
21        Q.  What was his answer?
22        A.  Please repeat the question.
23        INTERPRETER:  (Chinese spoken).
24        A.  Could you repeat your question one more time?
25

Page 114

1  and recontinuing tomorrow, at 9 a.m.
2        MR. PLUNKETT:  Agreed.
3        VIDEOGRAPHER:  This is the end of media number 9,
4  and volume I of the deposition of Wang Zhaojie.  Going off
5  the record.  The time is 5.55.
6        (Whereupon, the deposition adjourned at 5.55 pm)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 115

1            CERTIFICATE OF COURT REPORTER
2
3  I, Bron Williams, an Accredited Real-time Reporter, hereby
4  certify that the testimony of the witness Wang Zhaojie in
5  the foregoing transcript, numbered pages 1 through 115,
6  taken on this 6th day of March, 2019 was recorded by me in
7  machine shorthand and was thereafter transcribed by me; and
8  that the foregoing transcript is a true and accurate
9  verbatim record of the said testimony.
10
11
12  I further certify that I am not a relative, employee,
13  counsel or financially involved with any of the parties to
14  the within cause, nor am I an employee or relative of any
15  counsel for the parties, nor am I in any way interested in
16  the outcome of the within cause.
17
18
19  Signed:  *Bron Williams*
20  Name:   Bron Williams
21  Date:  ........................
22
23
24
25

Page 116

1
2            CERTIFICATE OF DEPONENT
3
4  I, Wang Zhaojie, hereby certify that I have read the
   foregoing pages, numbered 1through 115, of my deposition of
5  testimony taken in these proceedings on Wednesday, March
   6th, 2019 and, with the exception of the changes listed on
6  the next page and/or corrections, if any, find them to be a
   true and accurate transcription thereof.
7
8
9
10
11  Signed:  ........................
12  Name:   Wang Zhaojie
13  Date:   ........................
14
15
16
17
18
19
20
21
22
23
24
25

Page 117

1
2               ERRATA SHEET
3  Case Name:        In Re Cathode Ray Tube Antitrust
                     Litigation
4  Witness Name:     Wang Zhaojie
   Date:    03/06/2019
5  Page/Line         From              To
6  ____/_____
7  ____/_____
8  ____/_____
9  ____/_____
10 ____/_____
11 ____/_____
12 ____/_____
13 ____/_____
14 ____/_____
15 ____/_____
16 ____/_____
17 ____/_____
18 Subscribed and sworn to before
19 me this 6th day of March, 2019.
20        _____
21        Wang Zhaojie
22
23
24
25

EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4
 5   IN RE: CATHODE RAY TUBE (CRT)  )  MASTER FILE NO.
     ANTITRUST LITIGATION           )  CV-07-5944 JST
 6   _____ )
                                     )
 7   THIS DOCUMENT RELATES TO:       )
                                     )
 8   ALL INDIRECT PURCHASER ACTIONS  )
     ALL DIRECT PURCHASER ACTIONS    )
 9                                   )
              DEFENDANTS.            )
10   _____ )
11
12
13
14
15          VIDEOTAPED DEPOSITION OF LI MIAO
16                    VOLUME III
17             THURSDAY, MARCH 9, 2023
18                    HONG KONG
19
20
21
22
23
     FILE NO.  SF 5759557
24
     REPORTED BY  MARK McCLURE, CRR
25             CAL CSR 12203
```

Page 234

```
 1        Q.    Okay.  In any event, the safety standard that    16:43:01

 2   the tube was manufactured to would be reflected in the     16:43:08

 3   model number?                                              16:43:12

 4        A.    Yes.                                            16:43:29

 5        Q.    I believe, yesterday, you referred to           16:43:32

 6   something called the reinforcement band, is that right?    16:43:36

 7        A.    What did you say?                               16:43:58

 8        Q.    Do you recall -- strike that.                   16:44:02

 9              Is there something called a reinforcement band  16:44:05

10   that's part of the manufacturing process of the tube?      16:44:08

11        A.    It's called explosion-prevention band.          16:44:28

12        Q.    Is that something that a customer would         16:44:33

13   specify, also?                                             16:44:36

14        A.    The structure, the type and the manufacturing   16:44:37

15   processes regarding the explosion-prevention band are      16:45:00

16   very closely related to the safety standards.              16:45:05

17        Q.    In your role as the plant chief, did you        16:45:26

18   communicate with Irico's customers?                        16:45:34

19        A.    We need to communicate with the users           16:45:35

20   regarding how to match the circuit with the tube when      16:46:03

21   they use our products.  Also, we provide after-sales       16:46:08

22   services to our users after they purchase our products.    16:46:35

23        Q.    What type of communications would you have      16:46:45

24   with customers before you manufactured a tube for them?    16:46:49

25        A.    It's mainly the discussions regarding how to    16:46:55
```

Page 253

| | | |
|---|---|---|
| 1 | match the circuitry with a certain tube. | 16:47:13 |
| 2 | Q.   And then, was that part of your responsibility | 16:47:18 |
| 3 | as the plant chief, to speak with the customers? | 16:47:22 |
| 4 | A.   Generally speaking, I would not handle that | 16:47:27 |
| 5 | directly.  I have engineers who would communicate with | 16:47:48 |
| 6 | the customers regarding the design and providing | 16:48:08 |
| 7 | services. | 16:48:12 |
| 8 | Q.   Okay.  Would any other category of employee, | 16:48:14 |
| 9 | other than engineers, communicate with customers? | 16:48:21 |
| 10 | MR. CARTER:  Object to form. | 16:48:34 |
| 11 | THE WITNESS:  We would also send people to | 16:48:42 |
| 12 | provide guidance to the users as to the way to operate | 16:49:13 |
| 13 | our products after they started to use our products. | 16:49:16 |
| 14 | But that's only for the time when they just start to use | 16:49:32 |
| 15 | the products.  After they have used the product for a | 16:49:37 |
| 16 | while, we will not provide such guidance anymore. | 16:49:40 |
| 17 | BY MR. BIRKHAEUSER: | 16:49:40 |
| 18 | Q.   What customers do you remember purchasing | 16:49:47 |
| 19 | Irico tubes while you were in Plant No. 1? | 16:49:51 |
| 20 | A.   Almost all domestic TV makers have purchased | 16:49:55 |
| 21 | Irico tubes.  Regarding the overseas purchasers, based | 16:50:21 |
| 22 | on what I remember, they were from Thailand, Britain, | 16:51:05 |
| 23 | Turkey, and either Russia or Belarus.  I don't quite | 16:51:10 |
| 24 | remember. | 16:51:20 |
| 25 | Q.   Do you recall any other countries that | 16:51:21 |

Page 254

| 1 | purchased tubes manufactured in Plant 1? | 16:51:25 |
| 2 | MR. CARTER:  Object to form. | 16:51:30 |
| 3 | THE WITNESS:  From the perspective of | 16:51:58 |
| 4 | providing technical communication and customer services, | 16:52:01 |
| 5 | I don't recall other countries. | 16:52:06 |
| 6 | BY MR. BIRKHAEUSER: | 16:52:06 |
| 7 | Q.   Do you know about customers that purchased | 16:52:09 |
| 8 | tubes from Irico manufacturing facilities other than | 16:52:16 |
| 9 | Plant 1? | 16:52:23 |
| 10 | A.   I don't understand the question. | 16:52:40 |
| 11 | Q.   Do you know about customers that bought tubes | 16:52:44 |
| 12 | manufactured by other Irico plants, other than Plant 1? | 16:52:50 |
| 13 | A.   Plant No. 1 manufactured the tubes, and Irico | 16:53:00 |
| 14 | also has Plant No. 2 and the factory of Irico Display | 16:53:41 |
| 15 | Devices.  They also manufacture the tubes.  So it's | 16:53:48 |
| 16 | quite normal for the customers to purchase the tubes | 16:53:51 |
| 17 | from Plant No. 1, as well as from Plant No. 2 and Irico | 16:53:54 |
| 18 | Display Devices. | 16:54:03 |
| 19 | It's also normal for the customers to purchase | 16:54:03 |
| 20 | the tubes from other manufacturers inside China, because | 16:54:05 |
| 21 | there are also other tube makers in China.  That's also | 16:54:09 |
| 22 | quite normal. | 16:54:13 |
| 23 | Am I misunderstanding your question? | 16:54:22 |
| 24 | Q.   Can you tell me the identity of customers | 16:54:29 |
| 25 | purchasing tubes from Plant 2? | 16:54:32 |

Page 255

# EXHIBIT 5

R. Alexander Saveri (173102)
    *rick@saveri.com*
Geoffrey C. Rushing (126910)
    *grushing@saveri.com*
Matthew D. Heaphy (227224)
    *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917 |
| This Document Relates To:<br><br>*ALL DIRECT PURCHASER ACTIONS* | **DIRECT PURCHASER PLAINTIFFS' SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S SECOND SET OF INTERROGATORIES TO DIRECT PURCHASER PLAINTIFFS** |

| | |
|---|---|
| PROPOUNDING PARTIES: | IRICO GROUP CORP.; IRICO DISPLAY DEVICES CO., LTD. |
| RESPONDING PARTIES: | ARCH ELECTRONICS, INC.; CRAGO, D/B/A DASH COMPUTERS, INC.; MEIJER, INC.; MEIJER DISTRIBUTION, INC.; NATHAN MUCHNICK, INC.; PRINCETON DISPLAY TECHNOLOGIES, INC.; RADIO & TV EQUIPMENT, INC.; STUDIO SPECTRUM, INC.; WETTSTEIN AND SONS, INC. D/B/A WETTSTEIN'S |
| SET NO.: | TWO |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Direct Purchaser Plaintiffs Arch Electronics, Inc.; Crago, d/b/a Dash Computers, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; Nathan Muchnick, Inc.; Princeton Display Technologies, Inc.; Radio & TV Equipment, Inc.; Studio Spectrum, Inc.; and Wettstein and Sons, Inc. d/b/a Wettstein's (together, "Plaintiffs"), by their attorneys, hereby provide the following objections to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Second Set of Interrogatories to Direct Purchaser Plaintiffs (the "Interrogatories") as follows:

## **GENERAL OBJECTIONS**

Each of the following objections is incorporated by reference into each of the responses herein:

1. Plaintiffs and their counsel have not completed their (1) investigation of the facts relating to this case, (2) discovery in this action, or (3) preparation for trial. The following responses are therefore based upon information known at this time and are provided without prejudice to Plaintiffs' right to supplement these responses prior to trial or to produce evidence based on subsequently discovered information. Likewise, Plaintiffs' responses are based upon, and therefore limited by, Plaintiffs' present knowledge and recollection, and consequently, Plaintiffs reserve the right to make any changes to these responses if it appears at any time that inadvertent errors or omissions have been made.

2. Plaintiffs generally object to the Interrogatories, including the Instructions and Definitions, on the ground that they purport to enlarge, expand or alter in any way the plain meaning and scope of any interrogatory or to impose any obligations on Plaintiffs' responses in

excess of those required by the Federal Rules of Civil Procedure. Plaintiffs will respond to these Interrogatories in accordance with their understanding of the obligations imposed by the Federal Rules of Civil Procedure.

3.      Plaintiffs object to the Interrogatories, including the Instructions and Definitions, on the ground that the information sought is protected by the attorney-client privilege, the attorney work product doctrine, the settlement privilege, the mediation privilege or is otherwise privileged and/or immune from discovery. By responding to these Interrogatories, Plaintiffs do not waive, intentionally or otherwise, any attorney-client privilege, any settlement privilege, any mediation privilege, attorney work-product or any other privilege, immunity or other protection that may be asserted to protect any information from disclosure. Accordingly, any response or production of documents or disclosure of information inconsistent with the foregoing is wholly inadvertent and shall not constitute a waiver of any such privilege, immunity or other applicable protection.

4.      Plaintiffs object to these Interrogatories on the ground that they are compound, conjunctive or disjunctive.

5.      Plaintiffs object to the Interrogatories on the ground that they duplicate other requests, in whole or in part, made in MDL No. 1917 in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs will not reproduce any material that has been previously produced by another party to MDL No. 1917. *See* Case Management Order, 2 (Feb. 16, 2021) (ECF No. 5907).

6.      Plaintiffs object to the Interrogatories on the ground that they are overly broad and unduly burdensome.

7.      Plaintiffs object to the Interrogatories on the ground that they are vague, ambiguous, redundant, harassing or oppressive.

8.      Plaintiffs object to the Interrogatories on the ground that they require Plaintiffs to draw legal conclusions.

9.      Plaintiffs object to the Interrogatories on the ground that the information requested is neither relevant nor proportional to the needs of the case.

10.      Plaintiffs object to the Interrogatories on the ground that they, or any portion of

them, seek production of any information within the possession, custody, or control of any Defendant, or of publicly available information such that the information is obtainable from some other source that is more convenient, less burdensome or less expensive, or the production of the information will impose undue burden, inconvenience, or expense upon Plaintiffs.

11.     Plaintiffs reserve the right to modify their allegations based on additional discovery, additional analysis of existing discovery, discovery not yet completed and/or expert discovery, and Plaintiffs reserve the right to supplement and/or delete the responses given in light of further evidence and further analysis of present and subsequently acquired evidence.

12.     In addition, in accordance with the Federal Rules of Civil Procedure, Plaintiffs reserve the right to introduce evidence not yet identified herein supporting Plaintiffs' allegations, including evidence that Plaintiffs expect to further develop through the course of discovery and expert analysis.

13.     In providing responses to the Interrogatories, Plaintiffs reserve all objections as to competency, relevance, materiality, privilege, or admissibility as evidence in any subsequent proceeding in, or trial of, this or any other action for any purpose whatsoever.

14.     No incidental or implied admissions are intended in these responses. Plaintiffs' response to all or any part of any interrogatory should not be taken as an admission that: (a) Plaintiffs accept or admit the existence of any fact(s) set forth or assumed by the interrogatory; or (b) Plaintiffs have in their possession, custody or control documents or information responsive to that interrogatory; or (c) documents or information responsive to that interrogatory exist. Plaintiffs' response to all or any part of an interrogatory also is not intended to be, and shall not be, a waiver by Plaintiffs of all or any part of its objection(s) to that interrogatory.

15.     Plaintiffs object to the Interrogatories on the ground that the cumulative requests by Defendants and Co-Conspirators in this litigation exceed the permissible number set forth in the Federal Rules.

### OBJECTIONS TO CERTAIN DEFINITIONS AND INSTRUCTIONS

1.     Plaintiffs object to the definition of "Complaint" as vague and ambiguous. Plaintiffs understand this definition to refer to DPPs' Consolidated Amended Complaint at ECF No. 436 and

as modified by the Stipulation and Order at ECF No. 996.

2.      Plaintiffs object to the definition of "Co-Conspirator(s)" as vague and ambiguous. Paragraphs 81–84 of the Complaint do not enumerate entities. Plaintiffs understand this definition to refer to persons or entities described in Paragraphs 81–84 of the Complaint.

3.      Plaintiffs object to the definition of "CRT Product(s)" as vague and ambiguous. Plaintiffs understand "CRT Product(s)" to have the same meaning as the definition contained in Paragraph 1 of the Complaint.

4.      Plaintiffs object to the definition of "Defendant(s)" as vague and ambiguous. Paragraphs 24–80 of the Complaint include entities other than Defendants. Plaintiffs further object to the definition of "Defendant(s)" to the extent that it excludes the Mitsubishi and Thomson Defendants in MDL No. 1917.

5.      Plaintiffs object to the definition of "Document(s)" on the grounds that it is overbroad boilerplate that includes irrelevant documents, such as "package inserts or other information accompanying medications." Plaintiffs further object to the extent that the definition exceeds the scope of the Federal Rules of Civil Procedure.

6.      Plaintiffs object to the definitions of "Identity" and "Identify" (Definitions J and K) as vague and ambiguous.

7.      Plaintiffs object to the definition of "Person" as vague and ambiguous as to the distinction between "means" and "and includes."

8.      Plaintiffs object to the definition of "Testimony" as vague and ambiguous as to the meaning of "any other percipient witness testimony."

9.      Plaintiffs object to the definition of "You" and "Your" as vague and ambiguous as it relies on the undefined, capitalized term "Plaintiffs." If "Plaintiffs" is intended to mean the parties identified as "Responding Parties" in the Requests, Plaintiffs object to the definition as overbroad in seeking discovery of class members who are not currently serving as Named Plaintiffs and have not served as Class Representatives. Plaintiffs object on the grounds that this definition seeks the production of documents outside Plaintiffs' possession, custody, and control. Plaintiffs further object on the ground that attorneys and agents are included in this definition, and any response or

production of documents that may subsequently occur pursuant to these Requests shall not include any documents protected by the attorney-client privilege, work product doctrine, the settlement privilege, or any other applicable privileges or doctrines. Plaintiffs further object to this definition to the extent that it refers to any entity other than Plaintiffs.

10.     Plaintiffs object to the Instructions to the extent they seek to expand the requirements of the Federal Rules of Civil Procedure. Plaintiffs will respond in accordance with the Federal Rules.

## RESPONSES

### INTERROGATORY NO. 1

If Your response to any Request for Admission was anything other than an unqualified admission, separately for each Request for Admission:

(a) state the number of the request for admission;

(b) state all facts upon which You base Your response;

(c) Identify all Evidence upon which You intend to rely to support Your response; and

(d) Identify each Person who has knowledge of the facts upon which You base Your response.

### RESPONSE TO INTERROGATORY NO. 1

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs object to this interrogatory on the grounds that it is compound in that it includes several separate interrogatories in one interrogatory. Plaintiffs further object to this interrogatory as well as Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs ("RFAs") to which it refers on the grounds that it is a premature contention interrogatory in seeking "all facts" and "all Evidence." Discovery remains open for Plaintiffs until May 17, 2022. In addition, the Irico Defendants have failed to make complete discovery regarding the subject matter of the RFAs, including their sales during the class period, and their contacts with their alleged coconspirators. Plaintiffs further object to this interrogatory on the grounds that the Irico Defendants have destroyed or otherwise unlawfully failed to preserve substantial evidence in this

case, including without limitation evidence of their U.S. sales and their participation in conspiratorial meetings and agreements. Plaintiffs further object to this interrogatory on the grounds that it is overbroad in seeking "each Person" with knowledge of the facts. Plaintiffs further object on the grounds that this interrogatory requires Plaintiffs to consult multiple documents in order to understand the question. Plaintiffs further object to this interrogatory on the grounds that the definition of "Evidence From Other Parties" in the RFAs is vague, ambiguous, and misleading, including in that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. *See, e.g.*, Direct Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims of Direct Purchaser Pls. for Lack of Subject Matter Jurisdiction at 12–14 (ECF No. 5640) (Apr. 1, 2019). Plaintiffs further object to this interrogatory on the grounds that the definition of "Evidence From Other Parties" in the RFAs exceeds the scope of Rule 36(a)(1) of the Federal Rules of Civil Procedure. Plaintiffs incorporate by this reference all objections made in their response to the RFAs served herewith.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

*REQUEST FOR ADMISSION NO. 1: Admit that You have no Evidence From Other Parties that Irico attended any Glass Meetings as defined in Paragraph 141 of the Complaint.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the ground that the term "Evidence From Other Parties" is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that the term "Glass Meetings as defined in Paragraph 141 of the Complaint" is vague, ambiguous and misleading because "Glass Meetings" are not "defined" in paragraph 141; rather the Complaint alleges that some group meetings "became known as Glass Meetings" and describes those meetings in various paragraphs in the Complaint, including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Interrogatory on the ground that it duplicates other

requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re

Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to

this Interrogatory as improperly seeking, in contravention of well-established legal principles, to

dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead

of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants

Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray*

*Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If

'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)*

*Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs contend that the conspiracy involved, *inter alia*, hundreds of meetings between

the conspirators including group meetings of conspirators, some of which were referred to as

"Glass Meetings," bilateral meetings between two conspirators, as well as email, telephone and

other communications between conspirators. While discovery is continuing and Plaintiffs expect to

discover additional conspiratorial contacts, the Irico Defendants participated in over one hundred

conspiratorial contacts including glass, group and bilateral meetings, telephone and email

communications, and other contacts with its coconspirators.

Plaintiffs have identified and provided to the Irico Defendants (and the Court) voluminous

evidence of their participation in over 100 meetings with their co-conspirators and have provided

extensive information regarding these meetings. In particular, on May 27, 2021, Plaintiffs provided

the Irico Defendants with various documentation (including meeting notes produced by other

Defendants, deposition transcripts (including testimony by admitted conspirators), as well as

testimony given by the Irico Defendants corporate representative Wang Zhaojie admitting his own

attendance on the Irico Defendants' behalf at "many, many" competitor meetings, and admitting

that the Irico Defendants often contacted their competitors. The Binder Documents evidence both

1 bilateral contacts between the Irico Defendants and their co-conspirators, as well as group

2 meetings, many of which were formal, pre-arranged and regular group meetings with its co-

3 conspirators, including Chunghwa, Samsung SDI, LG, Philips, LPD, and Panasonic, at which the

4 participants, among other things, exchanged competitively sensitive information including, e.g.,

5 information on inventories, production, sales and exports; agreed upon pricing guidelines, market

6 shares, customer allocation, production levels and other matters; discussed co-conspirator's sales

7 and compliance with previous agreements; discussed anticipated future market conditions; and

8 discussed pretexts to be used to justify price increase and thus would have been considered "Glass

9 Meetings."

10  Plaintiffs direct the Irico Defendants to the following documents: CHU00030661,

11 CHU00030665, CHU00030679, CHU00030684, CHU00030688, CHU00016621, CHU00016622,

12 CHU00030692, CHU00030695, CHU00030705, CHU00030734, CHU00030752, SDCRT-

13 0086599, CHU00030777, CHU00029050, CHU00030797, SDCRT-0086672, CHU00030819,

14 CHU00030823, CHU00030827, CHU00030843, SDCRT-0086698, CHU00029046,

15 CHU00030881, CHU00030941, CHU00030946, CHU00030953, CHU00030973, CHU00030992,

16 CHU00031002, CHU00031018, CHU00029110, CHU00031032, CHU00031040, CHU00031044,

17 CHU00031070, CHU00031088, CHU00031092, CHU00031107, CHU00031113, SDCRT-

18 0087340, SDCRT-0087694, SDCRT-0087700, SDCRT-0006674, BMCC-CRT000142063,

19 SDCRT-0090225, SDCRT-0090233, BMCC-CRT000540532, SDCRT-0091409, SDCRT-

20 0091569, SDCRT-0091573,  SDCRT-0091584, SDCRT-0091589, SDCRT-0091980, SDCRT-

21 0091925, SDCRT-0091942, SDCRT-0091950, CHU00725770, SDCRT-0091957, CHU00102751,

22 CHU00102752, CHU00102863, CHU00102864, CHU00447509, CHU00447510, BMCC-

23 CRT000105586, SDCRT-0105131, CHU00029131, CHU00029138, IRI-CRT-00024212 to 15.

24  See also Plaintiffs' response to Interrogatory No. 3, *infra*.

25  Plaintiffs believe the following individuals have knowledge relating to the foregoing:

26  All attendees identified in any of the meetings identified in the Binder Documents or the

27 other documents identified above; all Irico individuals previously identified in any discovery

28 response relating to contacts with competitors and co-conspirators.

1     *REQUEST NO. 2: Admit that You have no Evidence From Other Parties that Irico attended any*

2     *Glass Meetings as defined in Paragraph 32 of the Johnson Report.*

3           Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

4     also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the

5     ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and

6     misleading, including that the Irico Defendants have produced documents it obtained or contends it

7     obtained from other parties, including related parties it contends are separate entities; and that it

8     depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory

9     on the ground that the term "Glass Meeting as defined in Paragraph 32 of the Johnson Report" is

10    vague, ambiguous and misleading because "Glass Meetings" are not "defined" there; rather the

11    Johnson Report describes "Glass Meetings" in several other paragraphs, as well (*see, e.g.*, ¶¶ 33–

12    51, 74). Plaintiffs further object to this Interrogatory on the ground that it duplicates other requests,

13    in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and

14    Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this

15    Interrogatory as improperly seeking, in contravention of well-established legal principles, to

16    dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead

17    of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants

18    Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray*

19    *Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If

20    'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

21    appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

22    conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

23    Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)*

24    *Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

25           Without waiving the foregoing objections, Plaintiffs respond as follows:

26           Plaintiffs contend that the conspiracy involved, *inter alia*, hundreds of meetings between

27    the conspirators including group meetings of conspirators, some of which were referred to as

28    "Glass Meetings," bilateral meetings between two conspirators, as well as email, telephone and

other communications between conspirators. While discovery is continuing and Plaintiffs expect to discover additional conspiratorial contacts, the Irico Defendants participated in over one hundred conspiratorial contacts including glass, group and bilateral meetings, telephone and email communications, and other contacts with its coconspirators.

Plaintiffs have identified and provided to the Irico Defendants (and the Court) voluminous evidence of their participation in over 100 meetings with their co-conspirators and have provided extensive information regarding these meetings. In particular, on May 27, 2021, Plaintiffs provided the Irico Defendants with various documentation (including meeting notes produced by other Defendants, deposition transcripts (including testimony by admitted conspirators), as well as testimony given by the Irico Defendants corporate representative Wang Zhaojie admitting his own attendance on the Irico Defendants' behalf at "many, many" competitor meetings, and admitting that the Irico Defendants often contacted their competitors. The Binder Documents evidence both bilateral contacts between the Irico Defendants and their co-conspirators, as well as group meetings, many of which were formal, pre-arranged and regular group meetings with its co-conspirators, including Chunghwa, Samsung SDI, LG, Philips, LPD, and Panasonic, at which the participants, among other things, exchanged competitively sensitive information including, e.g., information on inventories, production, sales and exports; agreed upon pricing guidelines, market shares, customer allocation, production levels and other matters; discussed co-conspirator's sales and compliance with previous agreements; discussed anticipated future market conditions; and discussed pretexts to be used to justify price increase and thus would have been considered "Glass Meetings."

Plaintiffs direct the Irico Defendants to the following documents: CHU00030661, CHU00030665, CHU00030679, CHU00030684, CHU00030688, CHU00016621, CHU00016622, CHU00030692, CHU00030695, CHU00030705, CHU00030734, CHU00030752, SDCRT-0086599, CHU00030777, CHU00029050, CHU00030797, SDCRT-0086672, CHU00030819, CHU00030823, CHU00030827, CHU00030843, SDCRT-0086698, CHU00029046, CHU00030881, CHU00030941, CHU00030946, CHU00030953, CHU00030973, CHU00030992, CHU00031002, CHU00031018, CHU00029110, CHU00031032, CHU00031040, CHU00031044,

1   CHU00031070, CHU00031088, CHU00031092, CHU00031107, CHU00031113, SDCRT-

2   0087340, SDCRT-0087694, SDCRT-0087700, SDCRT-0006674, BMCC-CRT000142063,

3   SDCRT-0090225, SDCRT-0090233, BMCC-CRT000540532, SDCRT-0091409, SDCRT-

4   0091569, SDCRT-0091573,  SDCRT-0091584, SDCRT-0091589, SDCRT-0091980, SDCRT-

5   0091925, SDCRT-0091942, SDCRT-0091950, CHU00725770, SDCRT-0091957, CHU00102751,

6   CHU00102752, CHU00102863, CHU00102864, CHU00447509, CHU00447510, BMCC-

7   CRT000105586, SDCRT-0105131, CHU00029131, CHU00029138, IRI-CRT-00024212 to 15.

8          See also Plaintiffs' response to Interrogatory No. 3, *infra*.

9          Plaintiffs believe the following individuals have knowledge relating to the foregoing:

10          All attendees identified in any of the meetings identified in the Binder Documents or the

11   other documents identified above; all Irico individuals previously identified in any discovery

12   response relating to contacts with competitors and co-conspirators.

13

14   *REQUEST NO. 3: Admit that You have no Evidence From Other Parties that Irico attended any*

15   *Green Meetings as defined in Paragraph 141 of the Complaint.*

16          Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

17   also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the

18   ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and

19   misleading, including that the Irico Defendants have produced documents it obtained or contends it

20   obtained from other parties, including related parties it contends are separate entities; and that it

21   depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory

22   on the ground that the term "Green Meetings as defined in Paragraph 141 of the Complaint" is

23   vague, ambiguous and misleading because "Green Meetings" are not "defined" in paragraph 141;

24   rather the Complaint and describes those meetings in various paragraphs in the Complaint,

25   including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Interrogatory

26   on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in

27   violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF

28   No. 1128). Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of

1    well-established legal principles, to dismember the overall conspiracy in which Irico participated to

2    focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and

3    Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct

4    Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20,

5    2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary

6    judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly

7    seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying

8    Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In*

9    *re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

10             Without waiving the foregoing objections, Plaintiffs respond as follows:

11             See Plaintiffs' responses for RFAs Nos. 1 and 2, *supra*.

12             Plaintiffs direct the Irico Defendants to the following documents: TSA-CRT00156567,

13   TSA-CRT00156568.

14

15   *REQUEST NO. 4: Admit that You have no Evidence From Other Parties that Irico attended any*

16   *Green Meetings as defined in Paragraph 37 of the Johnson Report.*

17             Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

18   also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the

19   ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and

20   misleading, including that the Irico Defendants have produced documents it obtained or contends it

21   obtained from other parties, including related parties it contends are separate entities; and that it

22   depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory

23   on the ground that the term "Green Meeting as defined in Paragraph 37 of the Johnson Report" is

24   vague, ambiguous and misleading because "Green Meetings" are not "defined" there. Plaintiffs

25   further object to this Interrogatory on the ground that it duplicates other requests, in whole or in

26   part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case

27   Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory

28   as improperly seeking, in contravention of well-established legal principles, to dismember the

overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Without waiving the foregoing objections, Plaintiffs respond as follows:

See Plaintiffs' responses for RFAs Nos. 1 and 2, *supra*.

Plaintiffs direct the Irico Defendants to the following documents: TSA-CRT00156567, TSA-CRT00156568.

*REQUEST NO. 5: Admit that You have no Evidence From Other Parties that Irico attended any Top Meetings as defined in Paragraph 141 of the Complaint.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that the term "Top Meetings as defined in Paragraph 141 of the Complaint" is vague, ambiguous and misleading because "Top Meetings" are not "defined" in paragraph 141; rather the Complaint alleges that some group meetings "became known as Glass Meetings" and describes those meetings in various paragraphs in the Complaint, including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Interrogatory on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re

Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs contend that the conspiracy involved, *inter alia*, hundreds of meetings between the conspirators including group meetings of conspirators, some of which were referred to as "Glass Meetings," including "Top Meetings," bilateral meetings between two conspirators, as well as email, telephone and other communications between conspirators. While discovery is continuing and Plaintiffs expect to discover additional conspiratorial contacts, the Irico Defendants participated in over one hundred conspiratorial contacts including glass, group and bilateral meetings, telephone and email communications, and other contacts with its coconspirators.

Plaintiffs have identified and provided to the Irico Defendants (and the Court) voluminous evidence of their participation in over 100 meetings with their co-conspirators and have provided extensive information regarding these meetings. In particular, on May 27, 2021, Plaintiffs provided the Irico Defendants with various documentation (including meeting notes produced by other Defendants, deposition transcripts (including testimony by admitted conspirators), as well as testimony given by the Irico Defendants corporate representative Wang Zhaojie admitting his own attendance on the Irico Defendants' behalf at "many, many" competitor meetings, and admitting that the Irico Defendants often contacted their competitors. The Binder Documents evidence both bilateral contacts between the Irico Defendants and their co-conspirators, as well as group

meetings, many of which were formal, pre-arranged and regular group meetings with its co-conspirators, including Chunghwa, Samsung SDI, LG, Philips, LPD, and Panasonic, at which the participants, among other things, exchanged competitively sensitive information including, e.g., information on inventories, production, sales and exports; agreed upon pricing guidelines, market shares, customer allocation, production levels and other matters; discussed co-conspirator's sales and compliance with previous agreements; discussed anticipated future market conditions; and discussed pretexts to be used to justify price increase and thus would have been considered "Glass Meetings."

Plaintiffs direct the Irico Defendants to the following documents: CHU00030688, CHU00016621, CHU00016622, SDCRT-0087340, SDCRT-0090225, BMCC-CRT000540532, SDCRT-0091569, SDCRT-0091589, SDCRT-0091980, SDCRT-0091925, SDCRT-0091950, CHU00102751, CHU00102752, CHU00102863, CHU00102864, CHU00447509, CHU00447510, IRI-CRT-00024212 to 15.

See also Plaintiffs' response to Interrogatory No. 3, *infra*.

Plaintiffs believe the following individuals have knowledge relating to the foregoing: All attendees identified in any of the meetings identified in the Binder Documents or the other documents identified above; all Irico individuals previously identified in any discovery response relating to contacts with competitors and co-conspirators.

*REQUEST NO. 6: Admit that You have no Evidence From Other Parties that Irico attended any Top Meetings as defined in Paragraph 32 of the Johnson Report.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that the term "Top Meetings as defined in Paragraph 32 of the Johnson Report" is

vague, ambiguous and misleading because "Glass Meetings" including "Top Meetings" are not "defined" there; rather the Johnson Report describes "Glass Meetings" including "Top Meetings" in several other paragraphs, as well (*see, e.g.*, ¶¶ 33–51, 74). Plaintiffs further object to this Interrogatory on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs contend that the conspiracy involved, *inter alia*, hundreds of meetings between the conspirators including group meetings of conspirators, some of which were referred to as "Glass Meetings," including "Top Meetings," bilateral meetings between two conspirators, as well as email, telephone and other communications between conspirators. While discovery is continuing and Plaintiffs expect to discover additional conspiratorial contacts, the Irico Defendants participated in over one hundred conspiratorial contacts including glass, group and bilateral meetings, telephone and email communications, and other contacts with its coconspirators.

Plaintiffs have identified and provided to the Irico Defendants (and the Court) voluminous evidence of their participation in over 100 meetings with their co-conspirators and have provided extensive information regarding these meetings. In particular, on May 27, 2021, Plaintiffs provided the Irico Defendants with various documentation (including meeting notes produced by other

Defendants, deposition transcripts (including testimony by admitted conspirators), as well as testimony given by the Irico Defendants corporate representative Wang Zhaojie admitting his own attendance on the Irico Defendants' behalf at "many, many" competitor meetings, and admitting that the Irico Defendants often contacted their competitors. The Binder Documents evidence both bilateral contacts between the Irico Defendants and their co-conspirators, as well as group meetings, many of which were formal, pre-arranged and regular group meetings with its co-conspirators, including Chunghwa, Samsung SDI, LG, Philips, LPD, and Panasonic, at which the participants, among other things, exchanged competitively sensitive information including, e.g., information on inventories, production, sales and exports; agreed upon pricing guidelines, market shares, customer allocation, production levels and other matters; discussed co-conspirator's sales and compliance with previous agreements; discussed anticipated future market conditions; and discussed pretexts to be used to justify price increase and thus would have been considered "Glass Meetings."

Plaintiffs direct the Irico Defendants to the following documents: CHU00030688, CHU00016621, CHU00016622, SDCRT-0087340, SDCRT-0090225, BMCC-CRT000540532, SDCRT-0091569, SDCRT-0091589, SDCRT-0091980, SDCRT-0091925, SDCRT-0091950, CHU00102751, CHU00102752, CHU00102863, CHU00102864, CHU00447509, CHU00447510, IRI-CRT-00024212 to 15.

See also Plaintiffs' response to Interrogatory No. 3, *infra*.

Plaintiffs believe the following individuals have knowledge relating to the foregoing: All attendees identified in any of the meetings identified in the Binder Documents or the other documents identified above; all Irico individuals previously identified in any discovery response relating to contacts with competitors and co-conspirators.

*REQUEST NO. 7: Admit that You have no Evidence From Other Parties that Irico attended any Management Meetings as defined in Paragraph 141 of the Complaint.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the

ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and

misleading, including that the Irico Defendants have produced documents it obtained or contends it

obtained from other parties, including related parties it contends are separate entities; and that it

depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory

on the ground that the term "Management Meetings as defined in Paragraph 141 of the Complaint"

is vague, ambiguous and misleading because "Management Meetings" are not "defined" in

paragraph 141; rather the Complaint alleges that some group meetings "became known as Glass

Meetings" and describes those meetings in various paragraphs in the Complaint, including

paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Interrogatory on the

ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of

the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128).

Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-

established legal principles, to dismember the overall conspiracy in which Irico participated to

focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and

Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct

Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20,

2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary

judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly

seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying

Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In

re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs contend that the conspiracy involved, *inter alia*, hundreds of meetings between

the conspirators including group meetings of conspirators, some of which were referred to as

"Glass Meetings," including "Management Meetings," bilateral meetings between two

conspirators, as well as email, telephone and other communications between conspirators. While

discovery is continuing and Plaintiffs expect to discover additional conspiratorial contacts, the Irico

Defendants participated in over one hundred conspiratorial contacts including glass, group and

1  bilateral meetings, telephone and email communications, and other contacts with its coconspirators.

2  Plaintiffs have identified and provided to the Irico Defendants (and the Court) voluminous

3  evidence of their participation in over 100 meetings with their co-conspirators and have provided

4  extensive information regarding these meetings. In particular, on May 27, 2021, Plaintiffs provided

5  the Irico Defendants with various documentation (including meeting notes produced by other

6  Defendants, deposition transcripts (including testimony by admitted conspirators), as well as

7  testimony given by the Irico Defendants corporate representative Wang Zhaojie admitting his own

8  attendance on the Irico Defendants' behalf at "many, many" competitor meetings, and admitting

9  that the Irico Defendants often contacted their competitors. The Binder Documents evidence both

10  bilateral contacts between the Irico Defendants and their co-conspirators, as well as group

11  meetings, many of which were formal, pre-arranged and regular group meetings with its co-

12  conspirators, including Chunghwa, Samsung SDI, LG, Philips, LPD, and Panasonic, at which the

13  participants, among other things, exchanged competitively sensitive information including, e.g.,

14  information on inventories, production, sales and exports; agreed upon pricing guidelines, market

15  shares, customer allocation, production levels and other matters; discussed co-conspirator's sales

16  and compliance with previous agreements; discussed anticipated future market conditions; and

17  discussed pretexts to be used to justify price increase and thus would have been considered "Glass

18  Meetings."

19  Plaintiffs direct the Irico Defendants to the following documents: CHU00030665,

20  CHU00030679, CHU00030684, CHU00030692, CHU00030695, CHU00030705, CHU00030752,

21  SDCRT-0086599, CHU00029050, CHU00030797, SDCRT-0086672, CHU00030819,

22  CHU00030823, CHU00030827, CHU00030843, SDCRT-0086698, CHU00029046,

23  CHU00030941, CHU00030946, CHU00030953, CHU00030973, CHU00031018, CHU00029110,

24  CHU00031032, CHU00031070, CHU00031088, CHU00031092, CHU00031113, SDCRT-

25  0087694M, SDCRT-0087700, SDCRT-0006674, BMCC-CRT000142063, SDCRT-0091409,

26  SDCRT-0091573,  SDCRT-0091584, SDCRT-0091942, SDCRT-0091957, BMCC-

27  CRT000105586, SDCRT-0105131, CHU00029131, CHU00029138, IRI-CRT-00024212 to 15.

28  See also Plaintiffs' response to Interrogatory No. 3, *infra*.

1      Plaintiffs believe the following individuals have knowledge relating to the foregoing:

2  All attendees identified in any of the meetings identified in the Binder Documents or the other

3  documents identified above; all Irico individuals previously identified in any discovery response

4  relating to contacts with competitors and co-conspirators.

5

6  *REQUEST NO. 8: Admit that You have no Evidence From Other Parties that Irico attended any*

7  *Management Meetings as defined in Paragraph 32 of the Johnson Report.*

8      Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

9  also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the

10  ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and

11  misleading, including that the Irico Defendants have produced documents it obtained or contends it

12  obtained from other parties, including related parties it contends are separate entities; and that it

13  depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory

14  on the ground that the term "Management Meetings as defined in Paragraph 32 of the Johnson

15  Report" is vague, ambiguous and misleading because "Glass Meetings" including "Management

16  Meetings" are not "defined" there; rather the Johnson Report describes "Glass Meetings" including

17  "Management Meetings" in several other paragraphs, as well (*see, e.g.*, ¶¶ 33–51, 74). Plaintiffs

18  further object to this Interrogatory on the ground that it duplicates other requests, in whole or in

19  part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case

20  Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory

21  as improperly seeking, in contravention of well-established legal principles, to dismember the

22  overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it

23  as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel

24  Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT)*

25  *Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an

26  alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it

27  appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number

28  of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment

Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs contend that the conspiracy involved, *inter alia*, hundreds of meetings between the conspirators including group meetings of conspirators, some of which were referred to as "Glass Meetings," including "Management Meetings," bilateral meetings between two conspirators, as well as email, telephone and other communications between conspirators. While discovery is continuing and Plaintiffs expect to discover additional conspiratorial contacts, the Irico Defendants participated in over one hundred conspiratorial contacts including glass, group and bilateral meetings, telephone and email communications, and other contacts with its coconspirators.

Plaintiffs have identified and provided to the Irico Defendants (and the Court) voluminous evidence of their participation in over 100 meetings with their co-conspirators and have provided extensive information regarding these meetings. In particular, on May 27, 2021, Plaintiffs provided the Irico Defendants with various documentation (including meeting notes produced by other Defendants, deposition transcripts (including testimony by admitted conspirators), as well as testimony given by the Irico Defendants corporate representative Wang Zhaojie admitting his own attendance on the Irico Defendants' behalf at "many, many" competitor meetings, and admitting that the Irico Defendants often contacted their competitors. The Binder Documents evidence both bilateral contacts between the Irico Defendants and their co-conspirators, as well as group meetings, many of which were formal, pre-arranged and regular group meetings with its co-conspirators, including Chunghwa, Samsung SDI, LG, Philips, LPD, and Panasonic, at which the participants, among other things, exchanged competitively sensitive information including, e.g., information on inventories, production, sales and exports; agreed upon pricing guidelines, market shares, customer allocation, production levels and other matters; discussed co-conspirator's sales and compliance with previous agreements; discussed anticipated future market conditions; and discussed pretexts to be used to justify price increase and thus would have been considered "Glass Meetings."

Plaintiffs direct the Irico Defendants to the following documents: CHU00030665,

CHU00030679, CHU00030684, CHU00030692, CHU00030695, CHU00030705, CHU00030752, SDCRT-0086599, CHU00029050, CHU00030797, SDCRT-0086672, CHU00030819, CHU00030823, CHU00030827, CHU00030843, SDCRT-0086698, CHU00029046, CHU00030941, CHU00030946, CHU00030953, CHU00030973, CHU00031018, CHU00029110, CHU00031032, CHU00031070, CHU00031088, CHU00031092, CHU00031113, SDCRT-0087694M, SDCRT-0087700, SDCRT-0006674, BMCC-CRT000142063, SDCRT-0091409, SDCRT-0091573,  SDCRT-0091584, SDCRT-0091942, SDCRT-0091957, BMCC-CRT000105586, SDCRT-0105131, CHU00029131, CHU00029138, IRI-CRT-00024212 to 15.

See also Plaintiffs' response to Interrogatory No. 3, *infra*.

Plaintiffs believe the following individuals have knowledge relating to the foregoing: All attendees identified in any of the meetings identified in the Binder Documents or the other documents identified above; all Irico individuals previously identified in any discovery response relating to contacts with competitors and co-conspirators.

*REQUEST NO. 9: Admit that You have no Evidence From Other Parties that Irico attended any Working Level Meetings as defined in Paragraph 141 of the Complaint.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that the term "Working Level Meetings as defined in Paragraph 141 of the Complaint" is vague, ambiguous and misleading because "Working Level Meetings" are not "defined" in paragraph 141; rather the Complaint alleges that some group meetings "became known as Glass Meetings" and describes those meetings in various paragraphs in the Complaint, including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Interrogatory on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in

violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs contend that the conspiracy involved, *inter alia*, hundreds of meetings between the conspirators including group meetings of conspirators, some of which were referred to as "Glass Meetings," including "Working Level Meetings," bilateral meetings between two conspirators, as well as email, telephone and other communications between conspirators. While discovery is continuing and Plaintiffs expect to discover additional conspiratorial contacts, the Irico Defendants participated in over one hundred conspiratorial contacts including glass, group and bilateral meetings, telephone and email communications, and other contacts with its coconspirators.

Plaintiffs have identified and provided to the Irico Defendants (and the Court) voluminous evidence of their participation in over 100 meetings with their co-conspirators and have provided extensive information regarding these meetings. In particular, on May 27, 2021, Plaintiffs provided the Irico Defendants with various documentation (including meeting notes produced by other Defendants, deposition transcripts (including testimony by admitted conspirators), as well as testimony given by the Irico Defendants corporate representative Wang Zhaojie admitting his own attendance on the Irico Defendants' behalf at "many, many" competitor meetings, and admitting that the Irico Defendants often contacted their competitors. The Binder Documents evidence both bilateral contacts between the Irico Defendants and their co-conspirators, as well as group

meetings, many of which were formal, pre-arranged and regular group meetings with its co-conspirators, including Chunghwa, Samsung SDI, LG, Philips, LPD, and Panasonic, at which the participants, among other things, exchanged competitively sensitive information including, e.g., information on inventories, production, sales and exports; agreed upon pricing guidelines, market shares, customer allocation, production levels and other matters; discussed co-conspirator's sales and compliance with previous agreements; discussed anticipated future market conditions; and discussed pretexts to be used to justify price increase and thus would have been considered "Glass Meetings."

Plaintiffs direct the Irico Defendants to the following documents: CHU00030661, CHU00030734, CHU00030777, CHU00030881, CHU00030992, CHU00031002, CHU00031040, CHU00031044, CHU00031107, SDCRT-0090233, CHU00725770.

See also Plaintiffs' response to Interrogatory No. 3, *infra*.

Plaintiffs believe the following individuals have knowledge relating to the foregoing: All attendees identified in any of the meetings identified in the Binder Documents or the other documents identified above; all Irico individuals previously identified in any discovery response relating to contacts with competitors and co-conspirators.


*REQUEST NO. 10: Admit that You have no Evidence From Other Parties that Irico attended any Working Level Meetings as defined in Paragraph 32 of the Johnson Report.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that the term "Working Level Meetings as defined in Paragraph 32 of the Johnson Report" is vague, ambiguous and misleading because "Glass Meetings" including "Working Level Meetings" are not "defined" there; rather the Johnson Report describes "Glass Meetings" including

1     "Working Level Meetings" in several other paragraphs, as well (*see, e.g.*, ¶¶ 33–51, 74). Plaintiffs

2     further object to this Interrogatory on the ground that it duplicates other requests, in whole or in

3     part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case

4     Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory

5     as improperly seeking, in contravention of well-established legal principles, to dismember the

6     overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it

7     as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel

8     Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT)*

9     *Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an

10    alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it

11    appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number

12    of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment

13    Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No.

14    1827 (Nov. 4, 2011) (ECF No. 4097).

15          Without waiving the foregoing objections, Plaintiffs respond as follows:

16          Plaintiffs contend that the conspiracy involved, *inter alia*, hundreds of meetings between

17    the conspirators including group meetings of conspirators, some of which were referred to as

18    "Glass Meetings," including "Working Level Meetings," bilateral meetings between two

19    conspirators, as well as email, telephone and other communications between conspirators. While

20    discovery is continuing and Plaintiffs expect to discover additional conspiratorial contacts, the Irico

21    Defendants participated in over one hundred conspiratorial contacts including glass, group and

22    bilateral meetings, telephone and email communications, and other contacts with its coconspirators.

23          Plaintiffs have identified and provided to the Irico Defendants (and the Court) voluminous

24    evidence of their participation in over 100 meetings with their co-conspirators and have provided

25    extensive information regarding these meetings. In particular, on May 27, 2021, Plaintiffs provided

26    the Irico Defendants with various documentation (including meeting notes produced by other

27    Defendants, deposition transcripts (including testimony by admitted conspirators), as well as

28    testimony given by the Irico Defendants corporate representative Wang Zhaojie admitting his own

attendance on the Irico Defendants' behalf at "many, many" competitor meetings, and admitting that the Irico Defendants often contacted their competitors. The Binder Documents evidence both bilateral contacts between the Irico Defendants and their co-conspirators, as well as group meetings, many of which were formal, pre-arranged and regular group meetings with its co-conspirators, including Chunghwa, Samsung SDI, LG, Philips, LPD, and Panasonic, at which the participants, among other things, exchanged competitively sensitive information including, e.g., information on inventories, production, sales and exports; agreed upon pricing guidelines, market shares, customer allocation, production levels and other matters; discussed co-conspirator's sales and compliance with previous agreements; discussed anticipated future market conditions; and discussed pretexts to be used to justify price increase and thus would have been considered "Glass Meetings."

Plaintiffs direct the Irico Defendants to the following documents: CHU00030661, CHU00030734, CHU00030777, CHU00030881, CHU00030992, CHU00031002, CHU00031040, CHU00031044, CHU00031107, SDCRT-0090233, CHU00725770.

See also Plaintiffs' response to Interrogatory No. 3, *infra*.

Plaintiffs believe the following individuals have knowledge relating to the foregoing: All attendees identified in any of the meetings identified in the Binder Documents or the other documents identified above; all Irico individuals previously identified in any discovery response relating to contacts with competitors and co-conspirators.

*REQUEST NO. 11: Admit that You have no Evidence From Other Parties of any meeting between Irico and a Defendant or Co-Conspirator prior to July 31, 1998.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to the term "meeting" as vague and ambiguous to the extent it does not include telephone calls, emails or other contacts or means of communication. Plaintiffs further object to this Interrogatory on the ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other

parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Without waiving the foregoing objections, Plaintiffs respond as follows:

See Plaintiffs' responses to Interrogatories Nos. 2 and 3, *infra*, incorporated here by this reference.


*REQUEST NO. 12: Admit that You have no Evidence From Other Parties that Irico attended any meeting with any Defendant or alleged Co-Conspirator outside of China.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to the term "meeting" as vague and ambiguous to the extent it does not include telephone calls, emails or other contacts or means of communication. Plaintiffs further object to this Interrogatory on the ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that it

duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Without waiving their objections, Plaintiffs respond as follows:

While discovery is not yet complete, and Plaintiffs expect to discover additional information regarding the contacts of the Irico Defendants with their competitors, the discovery record demonstrates that employees of the Irico Defendants traveled abroad regularly for meetings with others including competitors. There is also evidence of international contacts via email, telephone, and facsimile transmission.

Plaintiffs direct the Irico Defendants to the following documents: IRI-CRT-00024166, IRI-CRT-00008316, TCE-CRT 0021183, IRI-CRT-00004769 to 72, IRI-CRT-00008802-8803, IRI-CRT-00024205, IRI-CRT-00024259 to 60, TCE-CRT 0022550, TSA-CRT00036206, TCE-CRT 0021189, TCE-CRT 0022550, TSA-CRT00036954, TCE-CRT 0021189, IRI-CRT-00024328 to 30, IRI-CRT-00024345 to 47, TSA-CRT00153053, TSA-CRT00187175, IRI-CRT-00024628 to 32, TSA-CRT00216188, TSA-CRT00216189, TSA-CRT00216190.

*REQUEST NO. 13: Admit that You have no Evidence From Other Parties of direct sales of CRTs to purchasers in the United States by Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd.*

1    Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

2    also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the

3    ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and

4    misleading, including that the Irico Defendants have produced documents it obtained or contends it

5    obtained from other parties, including related parties it contends are separate entities; and that it

6    depends on/requires the resolution of disputed issues. Plaintiffs further object to the phrase "direct

7    sales of CRTs to purchasers in the United States by Irico Group Corp., Irico Group Electronics Co.,

8    Ltd, or Irico Display Devices Co., Ltd." as vague, ambiguous and confusing. Plaintiffs further

9    object to this Interrogatory on the ground that it is premature because discovery is not yet

10   complete. Plaintiffs further object to this Interrogatory on the ground that it duplicates other

11   requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re

12   Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to

13   this Interrogatory as improperly seeking, in contravention of well-established legal principles, to

14   dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead

15   of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants

16   Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray*

17   *Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If

18   'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

19   appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

20   conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

21   Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)*

22   *Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

23

24   REQUEST NO. 14: *Admit that You have no Evidence From Other Parties of direct shipments of*

25   *CRTs from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd.*

26   *to the United States.*

27    Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

28   also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the

1   ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and

2   misleading, including that the Irico Defendants have produced documents it obtained or contends it

3   obtained from other parties, including related parties it contends are separate entities; and that it

4   depends on/requires the resolution of disputed issues. Plaintiffs further object to the phrase "direct

5   shipments of CRTs from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display

6   Devices Co., Ltd. to the United States" as vague, ambiguous and confusing. Plaintiffs further

7   object to this Interrogatory on the ground that it is premature because discovery is not yet

8   complete. Plaintiffs further object to this Interrogatory on the ground that it duplicates other

9   requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re

10  Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to

11  this Interrogatory as improperly seeking, in contravention of well-established legal principles, to

12  dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead

13  of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants

14  Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray*

15  *Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If

16  'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

17  appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

18  conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

19  Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)*

20  *Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

21

22  *REQUEST NO. 15: Admit that You have no Evidence From Other Parties of direct sales of CRT*

23  *Products to purchasers in the United States by Irico Group Corp., Irico Group Electronics Co.,*

24  *Ltd, or Irico Display Devices Co., Ltd.*

25          Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

26  also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the

27  ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and

28  misleading, including that the Irico Defendants have produced documents it obtained or contends it

obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to the phrase "direct sales of CRT Products to purchasers in the United States by Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd." as vague, ambiguous and confusing. Plaintiffs also object to this Interrogatory on the ground that the term "CRT Products" is vague and ambiguous. Plaintiffs understand this term to have the same meaning as the definition contained in Paragraph 1 of the Complaint. Plaintiffs further object to this Interrogatory on the ground that it is premature because discovery is not yet complete. Plaintiffs further object to this Interrogatory on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

*REQUEST NO. 16: Admit that You have no Evidence From Other Parties of direct shipments of CRT Products from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd. to the United States.*

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it

obtained from other parties, including related parties it contends are separate entities; and that it

depends on/requires the resolution of disputed issues. Plaintiffs further object to the phrase "direct

shipments of CRT Products from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico

Display Devices Co., Ltd. to the United States" as vague, ambiguous and confusing. Plaintiffs also

object to this Interrogatory on the ground that the term "CRT Products" is vague and ambiguous.

Plaintiffs understand this term to have the same meaning as the definition contained in Paragraph 1

of the Complaint. Plaintiffs further object to this Interrogatory on the ground that it is premature

because discovery is not yet complete. Plaintiffs further object to this Interrogatory on the ground

that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the

Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128).

Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-

established legal principles, to dismember the overall conspiracy in which Irico participated to

focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and

Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct

Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20,

2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary

judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly

seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying

Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In

re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).


*REQUEST NO. 17: Admit that You have no Evidence From Other Parties that Irico sold CDTs

after 2003.*

        Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

also incorporate their objections to this RFA. Plaintiffs further object to this Interrogatory on the

ground that the term "Evidence From Other Parties" in the RFAs is vague, ambiguous, and

misleading, including that the Irico Defendants have produced documents it obtained or contends it

obtained from other parties, including related parties it contends are separate entities; and that it

depends on/requires the resolution of disputed issues. Plaintiffs further object to this Interrogatory on the ground that the term "CDTs" is undefined and thus is vague and ambiguous. Plaintiffs understand this term to have the same meaning as the definition contained in Paragraph 1 of the Complaint. Plaintiffs further object to this Interrogatory on the ground that it is premature because discovery is not yet complete. Plaintiffs further object to this Interrogatory on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Interrogatory as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Plaintiffs direct the Irico Defendants to the following documents: IRI-CRT-00031184 to 88.

Discovery is ongoing for Plaintiffs. Plaintiffs will supplement their responses as appropriate under the Federal Rules.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1

Plaintiffs hereby incorporate their previous objections and response to this Interrogatory, *supra*. Subject to, and without waiving the foregoing objections, Plaintiffs supplement their response as follows:

*REQUEST NO. 13: Admit that You have no Evidence From Other Parties of direct sales of CRTs to purchasers in the United States by Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd.*

Plaintiffs incorporate their General Objections as well as their previous objections to this

Interrogatory as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA.

Evidence shows Group and Display sold CRTs in the United States through China National Electronics Import & Export Caihong Company ("Import-Export"). See documents cited in Direct Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims of Direct Purchaser Pls. for Lack of Subject Matter Jurisdiction at 12–14 (ECF No. 5640) (Apr. 1, 2019).

Evidence shows Import-Export was a part of Group and/or its agent. *See, e.g.,* IRI-CRT-00002041–105 at 084, 105 ("Master Plan" for restructuring Group's business, Import-Export's "actual assets, personnel, and business all belong[ed] to IRICO Group Corporation"); IRI-CRT-0000956–1010 at 999; IRI-CRT-00032556–690 at 682; Dep. Ex. 8402. Import-Export is also located within Group's premises and its name ("Caihong") indicates that it is part of Group. See documents cited in Direct Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims of Direct Purchaser Pls. for Lack of Subject Matter Jurisdiction at 13 n.9.

Evidence shows that during the Class Period, Import-Export sold more than $8 million of CRTs and CRT products to companies based in the United States. *See* IRI-CRT-00003546 (showing total sales to "IRICO USA," and "G.P.X. Inc." of $8.02 million); ECF No. 5640-3 ¶¶ 5–7 (discussing IRI-CRT-00003546); IRI-CRT-00003574–75; IRI-CRT-00025648–97. Export invoices produced in discovery confirm that Import-Export exported Irico-brand tubes to the United States. *See, e.g.*, IRI-CRT-00003546; IRI-CRT-00003566–67; IRI-CRT-00003568–69; ECF No. 5640-2, Ex. 28, at 90:17–20, 91:21–24, 105:3–8; IRI-CRT-00003574–75; IRI-CRT-00003576–77. *See also* BMCC-CRT000117860–66; BMCC-CRT000121412–26; IRI-CRT-00000810–852; IRI-CRT-00003544–3645; IRI-CRT-00005654–70; IRI-CRT-00008626–43; IRI-CRT-00029853–69; Irico Sales Summary (CONFIDENTIAL 2022-06-03).xls (CNEIECC tab).

It is likely that additional sales records once existed. ECF No. 5220-10, attachment at 1 ("The Irico Companies have advised that complete historical customer data is not available.").

*REQUEST NO. 14: Admit that You have no Evidence From Other Parties of direct shipments of CRTs from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd.*

1    *to the United States.*

2           Plaintiffs incorporate their General Objections as well as their previous objections to this

3    Interrogatory as though fully set forth herein. Plaintiffs also incorporate their objections to this

4    RFA.

5           Evidence shows Group and Display sold CRTs in the United States through China National

6    Electronics Import & Export Caihong Company ("Import-Export"). See documents cited in Direct

7    Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims of Direct Purchaser Pls. for

8    Lack of Subject Matter Jurisdiction at 12–14 (ECF No. 5640) (Apr. 1, 2019).

9           Evidence shows Import-Export was a part of Group and/or its agent. *See, e.g.,* IRI-CRT-

10   00002041–105 at 084, 105 ("Master Plan" for restructuring Group's business, Import-Export's

11   "actual assets, personnel, and business all belong[ed] to IRICO Group Corporation"); IRI-CRT-

12   0000956–1010 at 999; IRI-CRT-00032556–690 at 682; Dep. Ex. 8402. Import-Export is also

13   located within Group's premises and its name ("Caihong") indicates that it is part of Group. See

14   documents cited in Direct Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims of

15   Direct Purchaser Pls. for Lack of Subject Matter Jurisdiction at 13 n.9.

16          Evidence shows that during the Class Period, Import-Export sold more than $8 million of

17   CRTs and CRT products to companies based in the United States. *See* IRI-CRT-00003546

18   (showing total sales to "IRICO USA," and "G.P.X. Inc." of $8.02 million); ECF No. 5640-3 ¶¶ 5–7

19   (discussing IRI-CRT-00003546); IRI-CRT-00003574–75; IRI-CRT-00025648–97. Export invoices

20   produced in discovery confirm that Import-Export exported Irico-brand tubes to the United States.

21   *See, e.g.*, IRI-CRT-00003546; IRI-CRT-00003566–67; IRI-CRT-00003568–69; ECF No. 5640-2,

22   Ex. 28, at 90:17–20, 91:21–24, 105:3–8; IRI-CRT-00003574–75; IRI-CRT-00003576–77. *See also*

23   BMCC-CRT000117860–66; BMCC-CRT000121412–26; IRI-CRT-00000810–852; IRI-CRT-

24   00003544–3645; IRI-CRT-00005654–70; IRI-CRT-00008626–43; IRI-CRT-00029853–69; Irico

25   Sales Summary (CONFIDENTIAL 2022-06-03).xls (CNEIECC tab).

26          It is likely that additional sales records once existed. ECF No. 5220-10, attachment at 1

27   ("The Irico Companies have advised that complete historical customer data is not available.").

28

1     *REQUEST NO. 15: Admit that You have no Evidence From Other Parties of direct sales of CRT*

2     *Products to purchasers in the United States by Irico Group Corp., Irico Group Electronics Co.,*

3     *Ltd, or Irico Display Devices Co., Ltd.*

4          Plaintiffs incorporate their General Objections as well as their previous objections to this

5     Interrogatory as though fully set forth herein. Plaintiffs also incorporate their objections to this

6     RFA.

7          Evidence shows Group and Display sold CRTs products in the United States through China

8     National Electronics Import & Export Caihong Company ("Import-Export"). See documents cited

9     in Direct Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims of Direct Purchaser

10    Pls. for Lack of Subject Matter Jurisdiction at 12–14 (ECF No. 5640) (Apr. 1, 2019).

11         Evidence shows Import-Export was a part of Group and/or its agent. *See, e.g.,* IRI-CRT-

12    00002041–105 at 084, 105 ("Master Plan" for restructuring Group's business, Import-Export's

13    "actual assets, personnel, and business all belong[ed] to IRICO Group Corporation"); IRI-CRT-

14    0000956–1010 at 999; IRI-CRT-00032556–690 at 682; Dep. Ex. 8402. Import-Export is also

15    located within Group's premises and its name ("Caihong") indicates that it is part of Group. See

16    documents cited in Direct Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims of

17    Direct Purchaser Pls. for Lack of Subject Matter Jurisdiction at 13 n.9.

18         Evidence shows that during the Class Period, Import-Export sold more than $8 million of

19    CRTs and CRT products to companies based in the United States. *See* IRI-CRT-00003546

20    (showing total sales to "IRICO USA," and "G.P.X. Inc." of $8.02 million); ECF No. 5640-3 ¶¶ 5–7

21    (discussing IRI-CRT-00003546); IRI-CRT-00003574–75; IRI-CRT-00025648–97. Export invoices

22    produced in discovery confirm that Import-Export exported Irico-brand tubes to the United States.

23    *See, e.g.*, IRI-CRT-00003546; IRI-CRT-00003566–67; IRI-CRT-00003568–69; ECF No. 5640-2,

24    Ex. 28, at 90:17–20, 91:21–24, 105:3–8; IRI-CRT-00003574–75; IRI-CRT-00003576–77. *See also*

25    BMCC-CRT000117860–66; BMCC-CRT000121412–26; IRI-CRT-00000810–852; IRI-CRT-

26    00003544–3645; IRI-CRT-00005654–70; IRI-CRT-00008626–43; IRI-CRT-00029853–69; Irico

27    Sales Summary (CONFIDENTIAL 2022-06-03).xls (CNEIECC tab).

28         It is likely that additional sales records once existed. ECF No. 5220-10, attachment at 1

("The Irico Companies have advised that complete historical customer data is not available.").

*REQUEST NO. 16: Admit that You have no Evidence From Other Parties of direct shipments of CRT Products from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd. to the United States.*

Plaintiffs incorporate their General Objections as well as their previous objections to this Interrogatory as though fully set forth herein. Plaintiffs also incorporate their objections to this RFA.

Evidence shows Group and Display sold CRTs products in the United States through China National Electronics Import & Export Caihong Company ("Import-Export"). See documents cited in Direct Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims of Direct Purchaser Pls. for Lack of Subject Matter Jurisdiction at 12–14 (ECF No. 5640) (Apr. 1, 2019).

Evidence shows Import-Export was a part of Group and/or its agent. *See, e.g.,* IRI-CRT-00002041–105 at 084, 105 ("Master Plan" for restructuring Group's business, Import-Export's "actual assets, personnel, and business all belong[ed] to IRICO Group Corporation"); IRI-CRT-0000956–1010 at 999; IRI-CRT-00032556–690 at 682; Dep. Ex. 8402. Import-Export is also located within Group's premises and its name ("Caihong") indicates that it is part of Group. See documents cited in Direct Purchaser Pls.' Opp. to the Irico Defs.' Am. Mots. to Dismiss Claims of Direct Purchaser Pls. for Lack of Subject Matter Jurisdiction at 13 n.9.

Evidence shows that during the Class Period, Import-Export sold more than $8 million of CRTs and CRT products to companies based in the United States. *See* IRI-CRT-00003546 (showing total sales to "IRICO USA," and "G.P.X. Inc." of $8.02 million); ECF No. 5640-3 ¶¶ 5–7 (discussing IRI-CRT-00003546); IRI-CRT-00003574–75; IRI-CRT-00025648–97. Export invoices produced in discovery confirm that Import-Export exported Irico-brand tubes to the United States. *See, e.g.,* IRI-CRT-00003546; IRI-CRT-00003566–67; IRI-CRT-00003568–69; ECF No. 5640-2, Ex. 28, at 90:17–20, 91:21–24, 105:3–8; IRI-CRT-00003574–75; IRI-CRT-00003576–77. *See also* BMCC-CRT000117860–66; BMCC-CRT000121412–26; IRI-CRT-00000810–852; IRI-CRT-00003544–3645; IRI-CRT-00005654–70; IRI-CRT-00008626–43; IRI-CRT-00029853–69; Irico

Sales Summary (CONFIDENTIAL 2022-06-03).xls (CNEIECC tab).

It is likely that additional sales records once existed. ECF No. 5220-10, attachment at 1 ("The Irico Companies have advised that complete historical customer data is not available.").

DATED: September 1, 2022          By: */s/ R. Alexander Saveri*
                                          R. Alexander Saveri
                                          Geoffrey C. Rushing
                                          Matthew D. Heaphy
                                          SAVERI & SAVERI, INC.
                                          706 Sansome Street
                                          San Francisco, California 94111
                                          Telephone: (415) 217-6810
                                          Facsimile: (415) 217-6813

EXHIBIT 6

**[TRANSLATION]**

[Entire Document Handwritten]

Mainland China *CDT MAKER* Contact Meeting

September

**Meeting Attendees:**     *PHILIPS* – Cheng-Xi Shao, Jian-Chong Sheng/Huafei,
Dong Liu, Yi Wang, Bing Ma, Ke Xu
*SSDD* - Yan Wang, VP (Chinese side), Zhen Yang
*CPTF* - Chung-Cheng (Alex) Yeh, Wei-Lie Yu
IRICO - Zheng-Yuan Wei, Chao-Jie Wang
*BMCC* - Hsin-Wen Huang
*ORION* - Tai-Sik Kong
*L/G* – Jin-Sik Cho, Vice President

I.     Production and Sales Situation of Each Maker (*Kpcs*)

| | | Aug. Production | Sales | Inventory | 9 | 10 | 11 | 12 | '99 |
|---|---|---|---|---|---|---|---|---|---|
| *CPTF* | 14" | 240 | 200 | 110 | 220 | 150 | 150 | 150 | 1800 |
| | 15" | | | | | | 30 | 60 | 1710 |
| *BMCC* | 14" | 20 | 30 | 25 | 50 | 50 | 50 | 50 | 1200 (14" +15") |
| Irico | 15" | 50 | 70 | 20 | 50 | 50 | 50 | 50 | 1000 |
| Huafei | 14" | 90 | 110 | 20 | 120 | 120 | 120 | 120 | 1600 |
| | 15" | 5 | 5 | 5 | | | | | 100 (*SKD*) |
| *SSDD* | 14" | 180 | 190 | 10 | ~~150~~ [Crossed out] 180 | ~~150~~ [Crossed out] 180 | 180 | 180 | |
| | 15" | | | | | | | | 1000K (*TSDD*) |
| *ORION* | 14" | | 8 | | 50 | 60 | 60 | 60 | |
| | 15" | | 2 | | 10 | 10 | 10 | 10 | |
| *L/G* | 14" | | 0 | | 10 | 10 | 10 | 10 | |
| | 15" | | 0 | | 10 | 10 [Crossed out] 10 | 20 | 20 | |

Explanation:

1.  *CPTF*: The current inventory actually reaches 170*K* finished product and 140*K* for accumulated tubes.    To avoid other makers worry about excess supply affecting price increase, CPTF withheld some numbers of production and inventory.

2.  *BMCC*: Has given up the *CDT* market temporarily (because it is losing money). It is selling to its long time domestic customers and *flw* market price, and it is selling less to reduce losses.    As for 15"*CDT*, due to assessment indicating that

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**

they will continue to lose money, even if the makers raise the price by 5.0, it will still not be inputted for production.

3. IRICO: The price in August is the same as in July.    Its main customer is Irico Royal.    But recently it desires to raise prices, causing discontent with Irico Royal.    Shipment for Irico Royal has been temporarily suspended at the moment.    *PHS Mr.* Shao claimed

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL

that the supply of 15" is not meeting the demands.   *PHS* will not increase supply to Irico Royal, so IRICO is asked to be firm on the price increase.

4. Huafei: Sales are good because orders of 14" from its own affiliated entity, *PHS* (especially Sufei), increased.    However, as for 15" it may not be <u>SKD for import until '99</u> [Underlined] because firstly import has not been approved (same explanation as *ACER*); and secondly, the sales of 15" is hot in *TWN*, where supply cannot satisfy demand.    The plan for formally <u>changing the 15" production line is still not clear</u> [Underlined].

5. *SSDD*: Although it claims that the *C'TY* of 14" line one is only 150*K/M*, but the actual output can reach 180-200*K/M*.    Mr. Yang claimed that the sales in September can still reach 180-190K, including <u>70K domestic sales</u>.   <u>The 15"*CDT* line will be inputted for production in March '99 in Tianjin for sure</u> [Underlined].

6. *ORION*: Mr. Kong *'R* is in charge of the sales only to Hong Kong makers and Chinese invested makers but not to Taiwanese makers.    In August, due to the price being adjusted to be the same as the other makers' prices, and *SSDD* and *H.F.* doing domestic sales with the RMB price quotes were lower, the <u>orders in August were extremely miserable</u> [Underlined].

7. *L/G*: *Mr.* Zhou is also only in charge of sales to Hong Kong makers and Chinese invested makers but not to Taiwanese makers.    There were not much sales to begin with and the August sales volume was 0.

II.  Market information exchange:

1. *ORION* was the first to lead the group in expressing suspicion that *SSDD* did not increase price according to agreement.    Because it saw that the price of *L/C* that China Great Wall Electronics requested from a certain company in *H.K* to issue (on August 25th) priced at only 42.0.    But *SSDD* claimed that there was no such thing.    Other makers expressed that they heard that *SDD* often uses *Free of charge* (2-3%) when they give price quotes.    Even though SDD denies this as well, everyone has already made it a target for criticism.

2. The sales price in domestic market:

   (1) Although the domestic sales price that *CPT* offered was rejected at the last meeting, *Mr.* Shao from *PHS* indicated that after retuning to Taiwan, President Chang questioned the reason to sell at lower prices.    Therefore, this time Mr. Shao is trying to promote raising prices

   (2) This time, it was expressed again that *ORION* strongly *complain*ed that

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**                    CHU00030666.01E

this is a disguised effort by the parties with factories in China for lowering the price and this is very unfair to *ORION/LG.*    A request was made to increase of the quotation coefficient from 10 → 10.5↑.

(3) After much discussion, everyone resolved to increase the coefficient for domestic quotes from 10 to 10.4* [Underlined].

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030666.02E

III. Conclusion:

1. Following the resolution reached at the top-level meeting on September 2nd in Taiwan, beginning from 10/1 the price of 14" will be increased by *USD*3.0/*pc* and 15"will be increased by *USD*5.0/*pc*.   Furthermore, beginning from 10/1, the coefficient for domestic sales for China will be adjusted from 10 to 10.4.

2. The *SSDD* meeting attendees at this meeting were Chinese *local* personnel. There was not sufficient representation.   This caused suspicion that *Samsung* is not taking this meeting seriously.   Also, this time all the makers were having strong suspicions about *SSDD* giving *A* level prices regardless of major or minor customers.   That makes us wonder whether it has a secret deal with its super major account *EMC*.   What was worse is that *ORION* brought up evidence that *SSDD* has not increased price.   *Mr*. Shao of *PHS* was asked to *complain* to *M.S. Lee*.

3. The domestic coefficient was changed this time, thanks to the cooperation from *ORION* and *PHS*.   It is successfully adjusted to 10.4.   Even though the *cost* of *CPTF* is around 10.5, but the difference is not too big.   The most important thing at the moment is to apply and get the domestic sales permit approval [Underlined] as quickly as possible.

4. The next meeting is scheduled to be convened by *CPTF* on October 9th in Fuzhou [Underlined].

[Initialed:] Y.M. Peng *SEP* 07 '98

[Signed:] Submitted by Employee Chung-Cheng (Alex) Yeh 9/4 '98

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030667E

大陸 CDT MAKER 連立會議　　年　月　日　第　頁·共　頁

與會人員:

PHILIPS: 邵正重, 華飛盛建忠, 刘東, 王毅, 馬冰, 許珂.
SSDD: 王壽, 副馬(中方) 楊員.
CPTF: 章後正, 朱偉利.
彩虹: 魏敦遠, 王智杰.
BHCC: 黃新文.
ORION: 孔泰植.
LG: 周敦植 副總.

一、各家產銷概況 (K p's)

| | | 8庫 | 銷存 | 9 | 10 | 11 | 12 | PP年 |
|---|---|---|---|---|---|---|---|---|
| CPTF | 14" | 240 | 200 | 110 | 220 | 150 | 150 | 150 | 1800 |
| | 17" | | | | | | 30 | 60 | 1710 |
| BHCC | 14" | 20 | 30 | 25 | 50 | 50 | 50 | 50 | 1200 (14+17) |
| 彩虹 | 14" | 50 | 70 | 20 | 50 | 50 | 50 | 50 | 1000 |
| 華飛 | 14" | 90 | 110 | 20 | 120 | 120 | 120 | 120 | 1600 |
| | 17" | 5 | 5 | 5 | | | | | 100 (SKD) |
| SSDD | 14" | 180 | 180 | 10 | 180 | 180 | 180 | 180 | |
| | 17" | | | | | | | | 1000K ( TSDD) |
| ORION | 14" | | 8 | 50 | 60 | 60 | 60 | |
| | 17" | | 2 | 10 | 10 | 10 | 10 | |
| LG | 14" | | 0 | | 10 | 10 | 10 | |
| | 17" | | 0 | 10 | 10 | 20 | 20 | |

說明:

1, CPTF:現有庫存實際高達 170K 加上 140K 預估, 已免造成各家降心促產, 造成影響銷價. 及將轉入庫存拋空做些休眠.

2. BHCC:基本上可說是暫放棄 CDT 市場 (因為賠錢) 只針对內銷老客片 fW 市場行情. 少賣少賠, 而 17"CDT 因評估仍會賠錢即 使 10月再調高 50 也暫不投入生產.

3 彩虹: 現仍以9月價銷售 主要器片為彩皇 但近期要調高售價. 每彩皇有所不快, 目前对彩皇暫停出貨. PHS 80K 展示.

CONFIDENTIAL - GRAND JURY MATERIAL

現已供不應求, PHS 對彩管不斷增量使用, 請彩管廠掌握機會

4. 華佰: 14" 因 PHS 自家人(尤其是蘇佰)訂單增加, 故銷售狀況不錯, 心則一因此口把彼廠未核可(有ACER認証相同), 二因 TWN 已熱賣不及應產, 及後續客到 明年可能有可能再 SKD 出口, 而正式改心生產線 的計劃至今仍不明朗

5. SSDD: 14"一線 CTY 雖然只有 100%, 但實際產量才達 1月~200K/M, 楊佰稱 9月銷仍只達 180~190K, 其中內銷量高達 70K, 已 CDT 線則確定 明年 3月 要大量投產

6. ORION: 扎佰又負責 對港商及中資的銷售不包含台商, 8月因價格調成與各家相同 而 SSDD 及原 H.F. 內銷時, 人民幣報價較低 故 8月訂單奇慘

7. 4G: 周佰也負責港商及中資的銷售 不含台商 原本銷量不差 8月銷售竟為 0

貳、市場訊息交流:
1. ORION 首先發難 質疑 且 SSDD 迄未依協議 執行價格調漲, 因其看到 長城電子委託 H.K. 某公司 所生產的 4c (PS 用的) 其價格只有 420, 唯 SSDD 稱 絕無此事, 而另家家也表示, 曾聽聞 SDD 對外報價有 Free of charge (½~⅓), 稱也知否認, 但已成家知之的

2. 內銷討價:
① 上次會議 CPT 所提之內銷價問題 雖經否決 但 PHS 即又表示 及台後 被派為質疑為何要低賣 故此行力促調漲
② 此次又據 ORION 強力 complain 此為大陸設廠者 的 有利降價 對 ORION 16G 非常不平 要求將報價仍按目 10→10.5 个
③ 經 多方討論 大家決議 有 10" 部份內銷報價 仍按目 10調漲成 10.4

中華映管福州有限公司

CONFIDENTIAL - GRAND JURY MATERIAL



年　月　日
第　頁·共　頁

三、結論：

1. 遵循 9/1 連鈜紋 台灣召開的高層會議結論、10/1 起 14" 調漲 30/pc，15" 50/pc. 同時 10/1 起 大陸內銷圖價改 由 10.0 調整成 10.4.

2. 此次 SSDD 參會人員尤是中方 Local 人員，代表性不足。吾人懷疑 Sansung 對此会談不重視，且此次 SSDD 還容家 強烈質疑幾乎所有大小戶全報 A 級價格. 令人懷疑对 超级大戶 EMC 是否有暗盤。更甚者 ORION 還 提出 SSDD 未流出的証據。已請 PHS 即刻向 M.S. Lee complain.

3. 此次內銷价改 拜 ORION 及 PHS 之配合，成功調整為 10.4 而 CPTF 的 Cost 約達 10.5，但已離不遠. 目前最重要的就是儘快 辦理 內銷許可批文.

4. 下次会議訂於 10/9 由 CPTF 在 福州召開.

SEP/07 98

中华映管福州有限公司

CONFIDENTIAL - GRAND JURY MATERIAL



現仍供不應求，PHS對彩屏不會增量使用，請彩屏監持漲價

4. 華佩：14"因 PHS 自殺人(尤是蘇俄)訂單增加，故銷售狀況不錯，但則一因此已把彩管未核可(與 ACER 認證相同)，二因 TWN 口熟賣，不太預計及後續型到 PF 年不再有可能再 SKD 出口，而正式改 15"生產線，的計劃到勾仍不明朗

5. SSDD：14"一線 CITY 雖稱只有 170K，但實際產量已達 180～200K/M，楊仍稱 9月銷貨仍是 180～190K，其中內銷產高至 70K，15"CDT 總則確定 PF 年 3月在天津投產

6. ORION：扎佩又負責對港商及中資的銷售不給合商，8月因偏格調為與各家相同，而 SSDD 及興 H.F. 內銷時人民幣報價較低，故 8月訂單奇修

7. 4G：周佩也負責港商及中資的銷售不合合商，原本銷量就不多，8月銷售更為 0

二、市場訊息交流：

1. ORION 有先幸難質疑且 SSDD，因未依協議執行偏格調漲，因其看到，東成電子承認 H.K. 某公司用生的 4C(即 PF 用的)其偏格均有 420，唯 SSDD 稱絕無此事，問其家家也表示一經劉問，SDD 對外報偏有 Free of charge(免費)，賴也知否認，但已成家知之的

2. 內銷訂價：
① 上次會議 CPT 所提之內銷偏問題雖經否決，但 PHS 即佩表示其在會後被沈總質疑為何要低賣及此行力促調漲
② 此次又據 ORION 強力 dolphin 此為大陸設廠者的責相降偏對 ORION 16G 非常不合甲，要求將報偏倍投由 10→10.5 個
③ 終經討論大家決議自 10/1 起將內銷報偏倍投由 10 調漲成 10.4

中華映管福州有限公司



年　月　日
第　頁・共　頁

三、結論：

1. 遵循 9/2 在台灣召開的高層會議結論、10" 起 14" 調漲 30/pc，16" 70/pc。同時 10" 起 大陸內銷匯率 由 10.0 調整成 10.4。

2. 此次 SSDD 與會人員大是中方 local 人員，代表性不足，令 人懷疑 Samsung 對此會議不重視，且此次 SSDD 遭各家 強烈質疑幾乎不分 大小戶 全取 A 級價格，令人懷疑對 超級大戶 EMC 是否有暗盤，更甚者 ORION 還 提出 SSDD 未漲價的証據，已請 PHS 即刻向 M.S. Lee complain。

3. 此次內銷匯率拜 ORION 及 PHS 之配合，成功調整為 10.4 而 CPTF 的 cost 約在 10.5，但已釋不遠 目前最重要的就是儘快 辦理 內銷許可批文。

4. 下次會議訂於 10/9 由 CPTF 在 福州召開。

SEP/07'98

EXHIBIT 7



# PARK
## IP TRANSLATIONS

June 20, 2012

**Certification**

### Park IP Translations

This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00030679E – CHU00030683E.

_____

Abraham I. Holczer

Project Manager

Park                       Case                       #                       29567



134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

EXHIBIT
1312E

[TRANSLATION]

Mainland China *CDT Maker* Contact Meeting

[Handwritten:]
Respectfully Submitted to President Peng
Submitted for review
Urgent Document
Please deliver to Mr. Chung-Cheng (Alex) Yeh in Room 2705
*Fm*: Guang-Hui Dai, Total 4 pages.

Date: *Oct.* 09, 1998
Location: Fuzhou
Meeting Attendees:
*CPTF* - Senior Manager Jing-Song (Jason) Lu, Section Chief Chung-Cheng (Alex) Yeh, Guang-Hui Dai, Wei-Lie Yu

*PHS* - Zheng-Er Shao, (Huafei) President Jian-Zhong Sheng, (Huafei) Manager Bing Ma

*SSDD* – Department Manager Myoung-Sik Lee, Zhen Yang

*ORION* - Section Chief TAE SIK KONG *(TAE SIK KONG)*

*LG* - Section Chief J.B.PARK *(J.B.PARK)*

IRICO *(IRICO)* - Vice President Jian-She Wei

I.   Summary of the Production and Sales Situation/Production Plan for *CDT MAKER*S

1)   In September 1998, the production and sales situation/production line plan was as follows:

(Chart 1)

Unit: K PCS

| Maker | Size | Production, Sales, Inventory of Sept. 98 | | | '98 Q4 Planned Production Volume (SUPPLY) | | | | Planned Production Volume of '99 |
|---|---|---|---|---|---|---|---|---|---|
| | | Production | Sales | Inventory | October | | Planned Production of Nov. | Planned Production of Dec. | |
| | | | | | Planned Production | Planned Sales | | | |
| CPTF | 14" | 210 | 215 | 105 | 150 | 170 | 150 | 150 | 1800 |
| | 15" | | | | | | 30 | 60 | 1710 |
| SSDD | 14" | 180 | 185 | 5 | 150 | 160 | 150 | 150 | 1800 |
| | 15" | | | | | | | | |
| PHS Huafei | 14" | 180 | 180 | 20 | 120 | 70-100 | 120 | 120 | 1600 |
| | 15" | | | | | | | | 100(SKD) |
| BMCC | 14" | 25 | 25 | 25 | 30 | | 30 | 30 | |
| ORION | 14" | | 75 | | 50 | 25-50 | 40 | 30 | 300 |
| | 15" | | 10 | | 30 | 30 | 30 | 15 | 300 |
| Irico | 15" | 20 | 40 | 0 | 20 | | 30 | 40 | 1000 |
| LG | 14" | | 6 | | 10 | | 10 | 10 | 0 |
| | 15" | | 3 | | 10 | | 10 | 20 | 360 |
| | | | | | | | | | |
| TTL | 14" | 595 | 686 | 155 | 510 | 455-510 | 500 | 490 | |
| TTL: | 15" | 20 | 53 | 0 | 60 | | 100 | 125 | |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030679.01E

Explanation of major points:

A) *CPTF*: 9/*E*, the actual inventory of 14" finished product reached 189*K*.   The accumulated tube inventory reached 113*K*.   However, in order to avoid concerns by all makers about excess inventory, certain inventory figures had been withheld. It was also explained that because of expected changes to the 15" line, it should be possible to digest 14" inventory in *Q*4.   All makers did not question this matter. In 1999, depending on the 14" market situation, it can be expected that *ONE* production *LINE* each for 14" and 15" will be retained.

● *PHS CHALLENGE*S *CPTF* → *PHS*'s Mr. Shao claimed that *CPTM* was heard to have engaged in sales of inferior tubes in the market, and would like clarification of this situation from us.   We responded with clear indication that absolutely no such situation exists.

B) *SSDD* 14" production line's actual production capacity could reach 180 – 200*K/M*. Based on the production, sales and inventory data from September provided by its marketing department (deliveries to storage: 206.5*K*; sales: 216*K*; and inventory: 3.2*K*), it can clearly be seen that the September production and sales figures provided at the meeting were kept down.   With respect to the large size production of 15" and 17", it is expected that in April 1999 and September 1999, Mainland China *TSDD* (Tianjin Samsung)/*SSDD* (Shenzhen Samsung) each plans to construct an additional production line for using in production (due to capital considerations, whether or not *SSDD* will establish a new line or import an old line from Korea has not been confirmed).   A decision has not been made as to the sizes to be produced and as to which factory is to make such production. Additionally, *SSDD* has indicated that its domestic and export sales ratio is approximately 1/2 each.   Department Manager Lee has also suggested that all makers propose to their headquarters that the price for 15" should be increased a bit more (maintain at least a *US* $15 price difference).   In addition to profit considerations, this will also avoid hastening the decline of 14"

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030679.02E

II. General Assessment of Demand by Mainland Customers for 14" *CDT* in *Q4* (*BY CUSTOMERS*)

(Chart 2)

Unit: K PCS

| Customer | Estimated Demand | CDT Domestic Sales Volume | TTL Demand | Remark |
|---|---|---|---|---|
| ACER(SZ) | 10K(CPTF) 8K(PHS) | 2K(PHS) | 20K | |
| AOC | 40K(CPTF) 40K(ORION) | | 80K | Estimates there are 30-40k FOR domestic Sales |
| ADI | 20K(SSDD) | | 20K | |
| COMPAL | 12K(CPTF) | | 12K | |
| EMC | 30K(SSDD) | | 30K | |
| GVC | 10K(SSDD) 10K(ORION) | | 20K | |
| IRIC | 10K(BMCC) 10K(PHS) | | 20K | |
| KFC | 8K(SSDD) | | 8K | |
| LI-ON | 40K(CPTF) | | 40 | |
| PHS(DG/SZ) | 45K(CPTF) | 45K(PHS) | 90K | Main domestic customer for Huafei is PHS (SZ) |
| SHAMROCK | 10K(CPTF) 6K(SSDD) | | 16K | |
| FIC | 3K(PHS) | | 3K | |
| MAG | 2K(SSDD) | | 2K | |
| DTS | 3K(PHS) 3K(ORION) | | 6K | |
| CHINA OTHERS | | 40K(ORION) 80K(SSDD) 40K(PHS) 10K(BMCC) 6K(LG) | 176K | Main customer for SSDD are Beijing Founder Electronic Co and Xoccco |
| | | | | |
| Total | 320K | 223K | 543K | |

[Handwritten in left margin:] 20   120  15   20   60   60   20
[Handwritten below chart:] 543 x

Explanation:
According to Chart 1, the total sales volume of 14" in September is *686K*.
Compared to the September production volume of *595K*, there is an over sold phenomenon.   Additionally, the estimated sales volume in October was made on the understanding of information regarding current orders as provided by all *CDT MAKERS*.   According to the analysis of estimates of each maker on supply volume and sales volume (Chart 1) and demand according to customers (Chart 2), supply and demand still can basically remain even, which is favorable to a price increase.
Additionally, with the exception of *SSDD*, who from the very beginning had doubts about an increase of their domestic sale price coefficient to 10.4, other makers have generally indicated unanimous determination to increase prices.   For this reason, each *CDT MAKER* should definitely *FLW* their headquarters, and have full confidence in a price increase.   However, *SSDD* Department Chief Lee has finally been persuaded by Huafei and *CPTF* to increase its domestic sales price quote coefficient to 10.4, and reached an agreement.

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030680E

- *CPTF CHALLENGES SSDD* → *OVER LOADING* its production capacity greatly, which resulted in a lack of confidence in the domestic sales price at the last meeting (export price multiplied by a coefficient of 10.4). All makers also agreed. In particular, *PHS* claims that its increase in the coefficient from 10 →10.4 has already been announced to customers. From the very beginning, *SSDD* was not confident in the increased 10.4 coefficient. However, after strong requests from all makers and President Sheng of Huafei saying that, even though *BMCC* did not attend the meeting, in previous communications it had already indicated that it would abide by the resolutions from the meeting, Department Manager Lee of *SSDD* reluctantly agreed after great concern.

- *ORION CHALLENGES SSDD* → Supports its increase of the coefficient for domestic sales price and questions the low domestic price given to *LOCAL* customers by *SSDD* in southern China.

C) Huafei: Although Huafei has 2 short *LINES*, because of the unique feature of *PHS*'s system of weekly division, the working weeks for the months of 3/6/9/12 each reach 5 weeks. In September, the production amount could reach 180*K*. The 15" production plan is to consider transferring 3 *LINES* from the Chubei factory to Mainland China. (Mr. Shao stated that because the production line design is consecutive, if the Chubei factory 15" production facilities are shifted, the 3 *LINES* must be transferred together). However, this plan has not been confirmed. With respect to domestic sales, it is mainly supplied by *PHS(SZ)*. Additionally, it is claimed that *PHS(TWN)* still has a 14" inventory of 10 ~20*K FOR* the small monthly demand of its European customers.

- *CPTF CHALLENGES PHS* → In October, the letter concerning the price increase to *ACER* was never issued following repeated delays. *PHS* claimed that this was because its price quote for *ACER* was not formally confirmed until the middle of the month. Also *MONITOR* customers (especially *IN USA*) are quite sensitive to "price monopolies." Unless customers definitely require a written statement, it should be handled with the utmost caution. However, the resolutions from headquarters will surely be followed. Verbally, all determined to announce the price increase to customers. On the other hand, *CPTF* indicated that *MONITOR* should be allowed to have some time to communicate with its customers regarding the price increases. When the market situation is weak, it is understandable not to confirm the price until the middle of a month. However, it is currently at peak season, and the time when all makers are confirming and stabilizing their prices. *PHS* was asked to improve its mid-month pricing practice.

D) *ORION*: The September sales figures listed above do not include sales of 50*K* to *AOC*. In 9/*E*, the 14" inventory was below 30*K*. MR. Kong stated that the 15" facilities will be improved in 10/*M*, and that in the future it will continue to maintain 14" *ONE LINE*, 15" *ONE LINE*, and another *ONE LINE* (75% *FOR* 15", and 25% *FOR* 17"). The production capacity of each line is approximately 160 – 170*K/M*.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

- *PHS CHALLENGES ORION* → *ORION*'s China offices are grabbing customers to enhance their sales performance.   It has been said there was *US*$56 appearing at market price for 15", so clarification regarding whether *A*-tube or *B*-tube has been sold was requested.   *ORION* claims that it has not made any sales to dealers, and ensures that there will be no customer overlap among its offices in Mainland China, and that all prices *FLW ORION H.Q.* prices.   It staunchly denied such market price exists.

- *CPTF CHALLENGES ORION* → An explanation was requested as to the disposal method for defective *AOC* tubes.   *ORION* replied: The defect rate of 14" in *AOC* averages at about 0.5%.   The cost of defective tubes is calculated at 75% of *A* tubes.   And using a production rate of 40*K/M* to calculate the amount of *B* tubes the volume should only be 200 *PCS*.   Volume should not be large. *ORION* insists that its defect rate is indeed this low; however, the other makers doubt its low defect rate.

- *SSDD CHALLENGES ORION* → Upon investigation, Shenzhen customer *KTC* (Kangte) and *SRC* each purchased barely-passing tubes from *AOC* (*ORION'S TUBE*) in September, and it was also heard that the *ORION* 's September price for 14" was *US*$43.   There were also claims that even in September *S/T GLARE B+D* tube prices should not be at this market price.   *ORION* has staunchly denied that it sold inferior tubes, and that it *OFFER*ed a price of *US*$43 in September.

E) *BMCC*: Basically because it is losing money, although it has not given up on the *CDT* market, it also won't consider selling more (14" production ≦30*K*).   With respect to 15", due to an assessment that it lacks competitive capability, temporarily its production won't be started.

F) *LG*: Currently only has a half-line 14" production line, with a production capacity of approximately 70~80*K/M*.   Internal self-use is 50*K/M*.   The remaining 20 *K/M* are sold to Southeast Asia and Mainland China. No consideration is given to the production of 14" in 1999.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL            CHU00030681.02E

3) 1999 CDI Maker Production Plan

(Chart 3)

Units: K PCS

| | Q1 | Q2 | Q3 | Q4 | Remark |
|---|---|---|---|---|---|
| CPT | 300-375K/M | 300-375K/M | 300-375K/M | 300-375K/M | 2.5LINES |
| PHS | 130K/M | 130K/M | 130K/M | 130K/M | 2LINES |
| SSDD | 350K/M | 350K/M | 350K/M | 350K/M | 2LINES |
| ORION | 160K/M | 160K/M | 160K/M | 160K/M | 1LINE |
| LG | 40-80K/M | 40-80K/M | 40-80K/M | 40-80K/M | Might discontinue production of 14" |
| BMCC | 30K/M | 30K/M | 30K/M | 30K/M | |
| TTL | 1010-1125K/M | 1010-1125K/M | 1010-1125K/M | 1010-1125K/M | |

Explanation

If the supply of 14" in 1999 is estimated to be 1100*K/M*, the total annual supply volume will be approximately 13,200*K PCS*.   However, *SSDD* and *PHS* all believe that the *TTL DEMAND* in 1999 (for 14"/15" /17") will be approximately 90,000*K PCS*.   If the 15% estimate of *PHS/SSDD* for demand of 14" is used, the 1999 annual demand volume will be 13,500*K PCS*.   From the above analysis, it can be expected that in 1999, the supply and demand relationship for 14" *CDT* will tend to be balanced.

III. *Conclusion*

1. Competition between *ORION* and *SSDD* for *LOCAL* customers in southern China is strong, and both parties doubt each other's claims that "domestic sale prices are unreasonable," and the sales behavior regarding "*A* or *B* tube."   *ORION*, in addition to strongly denying the sale of *B* tubes and the behavior of quoting low prices, has also requested that *SSDD* provide accurate data for investigation and verification.   Although *SSDD* eventually agreed to use 10.4 as the coefficient for the domestic sale price, it still appears to lack confidence in the increase of the domestic sale price.

2. *SSDD* has requested that all makers propose to their headquarters that the scale of price increase of the 15" be a bit larger, and that a price differential of at least *US*$15 should be maintained from 14."

3. Although *BMCC* did not participate in the meeting, it previously communicated with Huafei that it would abide by the meeting resolution.   Huafei's President Sheng is responsible for relaying the agreement of using the coefficient of 10.4 for domestic sale price.

4. According to *Q*4 of 1998 and 1999's supply and demand situation analysis, generally the supply and demand for 14" will be balanced whether it's in the Mainland China region or the worldwide market.   Each *CDT MAKER* should strictly control production volume, and in particular, should not engage in *OVER*

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

*LOADING* the way *SSDD* did in September, in order to ensure the stability of prices.

5. The next meeting will be convened by Irico. The time and location will be discussed separately.

- End of Report - Submitted for Approval

Submitted by Employee Guang-Hui Dai
*OCT.* 11,1998

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL            CHU00030682.02E

[Handwritten telephone number:]

0512-5191028

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030683E

EXHIBIT 8



June 20, 2012


**Certification**

                    **Park IP Translations**


This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030684E – CHU00030687E.


_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

[TRANSLATION]

China *CDT MAKER* Contact Meeting

<div align="right">

[Handwritten:]
Respectfully submitted
→ Each committee member
</div>

Yu,  Chen 11/12' 98, Chen 11/12' 98, Hua Wu 11/13' 98, Shue-Xing Jiang 11/23' 98

Date: *NOV*.06, 1998

Location: Xian

Meeting Attendees:
*CPTF*:     Section Chief Chung-Cheng (Alex) Yeh, Guang-Hui Tai
*PHS*:       Sales Manager Zhen-Xi Shao, (Huafei) President Jian-Zhong Sheng,
              (Huafei) Manager Bing Ma
*SSDD*:     Department Manager Myoung Sik Lee, Zhen Yang
*ORION*:   Section Chief Tae Sik Kong (*TAE.SIK.KONG*)
IRICO *IRICO*: Vice President Jian-She Wei, Sales Manager Wei-Sheng Lee, Assistant
              Sales Department Manager Jun Yao, Zhao-Jie Wang
*BMCC*:    Xing-Wen Wang
Host:       IRICO         Chairperson:   *PHS* Zhen-Xi Shao

Meeting Content:

I.   Sales Information Exchange by Each *CDT MAKER*
     The main points of the *CRT* makers' sales information exchange are indicated as
     follows: Each *CDT MAKER*'s sales in 4*Q* of year '98 and its estimated production
     volume in year '99 are attached.    (Attachment 1)

1)   *CPTF*: Meeting attendees are concerned about the progress of *CPTF* 15" *CDT*.
     *CPTF* claimed that because the *DY* material supply is tight, the estimated
     production sales in November are 30*K*. The estimated production for December is
     70*K*.

2)   *SSDD*: estimates that 15" *CDT* of Samsung Factory, Tianjin will *M/P* in June
     of year '99, but *SSDD* (Samsung Shenzhen) will organize sales operations.
     *SSDD* will utilize a modified Fushan 14" *CDT* line to progress with 17" *CDT*
     production, estimated to *M/P* in September of year '99. In addition, because
     Tianjin Samsung monitor factory has restricted production capacity, the
     production capacity in year '98 will only be about 40*K*/*M*. The estimated year '99
     production capacity is 300*K*/year (mainly 15" *CDT*). Furthermore, *MR*. Lee
     claimed that *SSDD* profited from *CPT* last month, but still not from *CDT*.

3)   Huafei:

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030684.01E
                                                                      Translation

A) The November 14" sales orders were not good. Currently there are 40*K* orders confirmed. November's target is 70*K*. The main source of orders is still internal demand (the two companies *PH* Brazil/Dongguan, mainly).

B) Because of problems with funding, ***PHS***(Zhubei factory) may still not consider moving its 15"***CDT*** to China in year '99, but plans to alter parts of the equipment to progress with 15"***CDT*** production at Huafei. Therefore, even though the 14" orders are not good in November/December, the whole line will go into utilization. The purpose is to build some inventory for supplying during the possible line-stoppage period in year '99. In year '99, the 14"/15" production plan may be 1600*K*/0*K* or 800*K*/400*K*. It all depends on the decision about whether to convert lines in the beginning of year '99.

C) In October, the 14" sales consisted mainly of the 60*K PHS*(Brazil/Suzhou) internal demand. It has been confirmed that the 40*K* November orders [Handwritten: "purchase"] also consist almost entirely of *PHS* (Brazil/Dongguan) internal demand, of which the Dongguan factory has 18*K*. According to news, there will be an increase of *PSH*'s(Brazil/Dongguan) orders. Therefore, given reason *B*) described above, the plans for December sales are higher than the November numbers. In addition, *Mr.* Shao claimed that *PHS* 15"*CDT* sales to Taiwan makers in China consist mainly of *AOC*/*EMC*, about 30*K* combined. Sales to *PHS*(*SZ*) should be above 40*K*.

4) *IRICO* (IRICO):

A) 15"***CDT ONE LINE*** will start to output in March of this year. This line's greatest production capacity is 60~70*K*/*M*. Because of main materials cannot be obtained easily from ***TSB***, has high prices, and other such factors, in September, it will stop operation for one month, and begin utilization again in October. The estimated production target for year '98 is up to 200*K*/year, of which 80% will be sold to Caihuang.

B) Since Japan *TSB CKD*'s costs are still higher than the selling price, the more it sold, the more it was in deficit. Only that under the policy of making purchasing autonomous, the IRICO deflecting factory can already supply 20*K*/*M* of *DY*, one of the main materials. In addition, *FUNNEL* can also be self-made beginning December.

1

5)

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

*BMCC*:

A) Sales in October were not good. The main sales target was Matsushita Philippines. As far as *ACER*(*SZ*) goes, in the recent months, there has been no correspondence

B) The individual production estimates for 14"/15" are 80*K*/400*K* in year '99, of which the 14" *CDT* production is estimated to end in February. Estimates are that after the February spring festival, the 15" *CDT* equipment alteration can be completed, still with a production capacity of 40~50*K/M*.

6) *ORION*: In October, orders were not good mainly because China has recently strengthened its attack on smuggling. This greatly affects the import smuggling of monitor factories in the Huanan area that does primarily domestic sales. This is why according to its customer, there are still 14*K* that have not been picked from the containers that stopped at Hong Kong in September.

7) *PHS* provided the China area 14" *CDT* production forecast for year '98/99 (please refer to attachment 1). The estimated China area makers' production volume in year '98 is about 7.405*KPCS*. In year '99, the estimate is about 5,630*KPCS*.

Year '98 October ~December Sales Status/Year 99 Estimated Production Volume (Table 1)                    Unit: *K PCS*

| Maker | Size | '98 October Production/Sales Inventory | | | '98 November Production/Sales Inventory | | '98 December Production/Sales Inventory | | '99 Year planned volume | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Production | Sales | Invent-ory | Estimated Production | Estimat-ed Sales | Estimated Production | Estimated Sales | | |
| CPTF | 14" | 210 | 140 | 175 | 60~70 | 130 | 60~70 | 140 | 1300~1400 | |
| | 15" | | | | | | | | 1600~1800 | |
| SSDD | 14" | 180 | 165 | 20 | 150~180 | 160 | 150~180 | 160 | | |
| | 15" | | 200 | | | 200 | | 200 | | SDD Sales to Taiwan costumers in China |
| PHS Huafei | 14" | 140 | 120 | 40 | 120 | 40~70 | 120 | 100 | 1600 or 800 | |
| | 15" | | | | | | | | 0 or 400 | |
| BMOC | 14" | 30 | 14 | 25 | 40 | 30 | 40 | 30 | | |
| ORION | 14" | | 10 | | | 20 | | 20 | 300K Not including Taiwan costumers | |
| | 15" | | 80 | | | 100 | | 70 | 300K not including Taiwan costumers | Oct. 20k for domestic sales, 60k for Taiwan maker export |
| IRICO IRICO | 15" | 20 | 20 | 0 | 30 | 30 | 40 | 40 | 600~700 | |
| LG | 14" | | 4 | | | 4 | | ? | | |
| | 15" | | 40 | | | 40 | | ? | | |

II. Price Review

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030685.01E

Translation

1) *ORION* reacted first. Because China recently strengthened its policy to attack smuggling, this greatly affects the customers of its monitor factories in the Huanan area that do primarily domestic sales. Currently, its outbound quote is 14"*S/S US*$50. Given the customer-related factors of freight costs, tariffs, and foreign exchange regulations, it cannot compare with China *LOCAL* supply to other *CRT* makers. Customers absolutely do not accept.

[Hand-drawn star] ***ORION*** indicated that they are in unison with ***LG.*** They hope to lower the USD quote or raise the **R**MB pricing coefficient (currently 10.4.) **O**therwise, with no orders at all, they can only back out of the regular ***CRT MEETING***. Each maker responded as follows:

A) Because makers attending the meeting believe that lowering the USD quote already surpasses each factory's local authority, and because during the second wave *CRT* increase in October, China *MONITOR* makers did not fully react to its *BUYER*, therefore, currently, in the China area, there are no external conditions to support increasing the RMB quote.

B) *SSDD MR*. Lee originally brought up the consideration to quote higher than *ORION* to give some of its import customers to *ORION* for continued sales. However, then, because *ORION*'s main customer are Xoceco, Beijing Founder Electric Co., and China Great Wall, *MR*. Lee finally negated his own suggestion because he cares about these customers.

Conclusion: **R**equest that each factory reflect ***ORION***'s problem to headquarters. ***PSH Mr.*** Shao will be responsible for notifying each factory of the headquarters' final decision.

[Handwritten with arrow from hand-drawn star:]

1. Currently, imports are quoted x 10.4. The integrated tax rate is about 25%, just the tax the *CRT* factory passes up. It also been completely reflected to customers. [Illegible and crossed out] It would be unreasonable to raise it any more. Customers would not accept it either.

2. Lowering the USD quote would even further cause market frenzy. It is even less doable.

2)

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

*IRICO*: Meeting attendees designated the bottom line price for 15" internal/external transactions to *IRICO* as follows: (*BASED ON S/S ITC TYPE*)

A) *IRICO*'s internal transaction price for Caihuang is (*US*$60x10.4=RMB quote, tax included)

B) For its other customers, because *IRICO*'s quality and efficiency are poor and the volume is limited, it uses (*US* $62 or 63X10.4=RMB quote, tax included)

3) *BMCC*:

*BMCC*'s October orders were extremely bad (14*K*). Its main customers were Caihuang and Founder Electronics, with demands of about 10*K*/*M* each. BMCC, however, did not order in October either. With respect to its 2 main customers, *BMCC* honestly admitted the it uses *US*$48X10.0 as the RMB internal quote for the *S/S TYPE*. Nevertheless, the *CDT MAKER* at the meeting all oppose *BMCC*'s double allowance with USD and RMB auditing coefficients (The official domestic sales RMB quote should be *US*$50x10.4). After negotiations, makers finally agreed to *BMCC*'s lowering its quotes to its 2 main customer by *US*$1 (and to use *US*$47 as the *BASE* immediately), but it must *KEEP* its domestic sales coefficient of 10.4. Also, meeting attendees hope that everyone makes partial allowances. They hope that they can use *US*$48x10.4 as the internal quote with *AOC*.

Conclusion: **BMCC** will use *US*$47x10.4 as the quote to its main customers (Caihuang/Founder Electronics); however, **CPTF** opposes **AOC** using *US*$48x10.4 as its domestic sales quote. It believes that currently it should coordinate the supplying of 14"/15"/17" with **AOC**. Even if **BMCC** uses such pricing it would not have orders.

4) *SSDD*:

A) *CPTF/PHS* both claim that there is often noise on the market with regard to *SSDD* selling B tubes. *MR.* Lee replied with a slight tone of complaint that without verification and definite evidence, *PHS* conveyed to headquarters that *SSDD* is selling B tubes to a Beijing customer, causing the headquarter boss to question him. *PHS*'s *Mr.* Shao explained that he will strengthen usual contact and confirmations, and apologized to *MR.* Lee about *PHS*'s careless reaction process.

B) *CPTF/PHS* both claim that that they've heard about *SDD*'s having *F.O.C.* (*free of charge*) on the market. It seems to be a disguised price decrease. *MR.* Lee then claimed that because they did not recall the defective tubes, this is to discount the defective tubes.
Conclusion: **CPTF/PHS** suggested that *SSDD* recall the defective tubes or let its engineers cut off or destroy the **PIN** to avoid their being used for sale. In

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

addition, it requested that *SSDD* separately process its ***INVOICE*** for normal shipments and ***INVOICE*** for discounts [Underlined by hand]. *SSDD* agreed and asked *PHS* to supply related documents and procedures for reference. [Handwritten with arrow from underlined text:] It should be *replace*d. Because even if the *invoice* is handled separately, there is no way to distinguish whether it is a *rebate*.

III. Others:

1. In consideration and evaluation of the rapid atrophy of the 14" *CDT* and for the healthy development of the *CDT* i̇ndustry, *MS*. Lee promised to be responsible for contact, and to arrange an integration meeting with the makers of large size monitors in the China area.

2. Because each maker has heard a lot of noise on the 14" market, they believe that the price may loosen after 4*Q*. Therefore, the meeting attendees achieved a unified approach and a common understanding, hastening each sales department to deliver the message as follows: "It is impossible for the prices to drop. If there are signs of oversupply, then it will be handled with reducing production."

3. *BMCC* will run the next meeting in Beijing. Time: 12/4

– End of report –          Submitted for approval

[Handwritten:]
1. *CPT*/*PHS*/*ORION* all challenged [Illegible] *SSDD* about what they have heard about *SSDD* selling *B* tubes and disguising the *FOC* price decrease; however, *SSDD* denied this and argued that it was compensating for defective tubes. There would be no rumors if there were not some truth to it, so they requested that *SSDD* manage itself.

2. In 4*Q* of year '99, *SSDD* will still have 1 line each of 14"/15"/16" [Illegible] in China. In comparison, the competitive advantage has strengthened.

3. *ORION* threatened during the meeting that if the domestic sales coefficient were not increased, then it would lower the USD price. Meeting attendees think that it is natural for *ORION* not to be able to compete with the companies that have built factories in China. They cannot use this to unreasonably request that others increase their domestic sales price or independently lower USD quotes. Please have headquarters discuss this with *ORION* upper management.

Respectfully submitted by Employee Guang-Hui Tai *NOV*. 8, 1998

[Signed:] Chung-Cheng (Alex) Yeh 11/98

[Signed:] Afan Tseng 11/12'98

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

30-OCT-1998 21:52 FROM PHILIPS CHUPEI          TO HUAFEII   P.05/08

[Handwritten:] (Attachment 1)
Provided by *PHS*
[Handwritten on right side of chart:] *BMCC*

# 14" Color Monitor Production in China
## 1st half v.s. 2nd half in 1998

Kpcs

|  | Maker | 1st half | 2nd half | Total | Domestic Sales | Major Suppliers & Ratio |
|---|---|---|---|---|---|---|
| Taiwanese | Acer | 140 | 110 | 250 | 60 | C/P:6/4 |
|  | ADI | 400 | 260 | 660 | 170 | S |
|  | Compal | 100 | 80 | 180 | 0 | C |
|  | FIC | 30 | 20 | 50 | 0 | C/P:7/3 |
|  | GVC | 80 | 120 | 200 | 0 | C/O:5/5 |
|  | IRICO | 185 | 165 | 350 | 0 | P/B:8/2 |
|  | Lite-on | 210 | 240 | 450 | 100 | C |
|  | MAG | 45 | 10 | 55 | 0 | S |
|  | Philips | 560 | 520 | 1,080 | 300 | C/P:5/5 |
|  | Proview | 450 | 250 | 700 | 250 | S |
|  | Shamrock | 140 | 120 | 260 | 0 | C/S:7/3 |
|  | Top Victory | 660 | 440 | 1,100 | 450 | C/O/P:5/4/1 |
|  | Others | 100 | 80 | 180 | 170 |  |
|  | Total | 3,100 | 2,415 | 5,515 | 1,500 |  |
| Chinese | Founder | 250 | 150 | 400 | 320 | S/P:7/3 |
|  | Great Wall | 90 | 50 | 140 | 120 | S |
|  | Qing Hong | 300 | 40 | 340 | 300 | Closed in Aug. |
|  | West Lake | 30 | 20 | 50 | 30 |  |
|  | Xoceco | 150 | 100 | 250 | 220 | S |
|  | Yuki | 50 | 20 | 70 | 70 | S/P:7/3 |
|  | Others | 70 | 50 | 120 | 90 |  |
|  | Total | 940 | 430 | 1,370 | 1,150 |  |
| Korean | Daewoo | 100 | 70 | 170 | 150 | O |
|  | LG | 0 | 0 | 0 | 0 |  |
|  | Samsung | 120 | 80 | 200 | 200 | S |
|  | Total | 220 | 150 | 370 | 350 |  |
| Japanese | NPG | 90 | 60 | 150 | 100 |  |
|  | Grand Total | 4,350 | 3,055 | 7,405 | 3,100 |  |

1st half vs 2nd half in 1998 is 59%:41%

Remark:  - Major CMT Suppliers, P:Philips, C:CPT, S:SDD, O:Orion, B:BMCC
- Domestic Sales: including QEM sales which sell to China.          Attachment #2

_____

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030687E

Translation

大陸 CDT MAKER 聯繫會議

時間：NOV.06, 1998

地點：西安

與會人員：

CPTF：葉俊正課長、戴光輝

PHS：邵正璽業務經理、(華飛)盛建忠總經理、(華飛)馬冰經理

SSDD：李明植部長、楊真

ORION：孔泰植(TAE.SIK.KONG)課長

彩虹 IRICO：魏建社副總、李衛生銷售經理、姚軍營業部副部長、王昭杰

BMCC：黃新文

主辦：彩虹集團公司 主席：PHS 邵正璽

會議內容：

一、各 CDT MAKER 產銷訊息交流

茲將 CRT 廠商產銷訊息交流重點說明如下：各 CDT MAKER'98 年 4Q 產銷及'99 年預計生產量狀況如後附(表一)

1) CPTF：與會各家關切 CPTF 15''CDT 進度。CPTF 稱因 DY 備料供應吃緊，11 月預計生產銷售 30K，12 月預計生產 70K。

2) SSDD：**天津三星廠 15''CDT 預計於'99 年 6 月 M/P，但由 SSDD(深圳三星)統籌銷售工作，而 SSDD 則將利用釜山 14''CDT 線加以修改以進行 17''CDT 生產，預計'99 年 9 月 M/P。**另，天津三星監視器廠因產能受限，'98 年產能約 40K/M，99 年產能則預計 300K/年(15''CDT 為主)。此外，MR.李稱 SSDD 上個月 CPT 有獲利，但 CDT 則仍無獲利。

3) 華飛：

A) 11 月 14''銷售訂單差，目前確認的訂單有 40K，11 月以 70K 為目標。主要訂單來源仍以內需(PH 巴西/東莞兩廠為主)。

B) 因資金問題 **PHS(竹北廠)'99 年 15''CDT 可能仍不會考慮遷移至大陸，但擬改部份設備在華飛進行 15''CDT 生產。因此，14''11/12 月訂單雖不佳亦全線移動，冀對在哪些庫存以因應'99 年可能停線時之供應。**而'99 年 14''/15''生產規劃可能為 1600K/零 K 或 800K/400K，全俟'99 年初是否改線之決策而定。

C) 14''10 月份銷售上以內需 PHS(巴西/蘇州)60K 為主；11 月份已確定之訂單 40K 中亦幾乎為 PHS(巴西/東莞)內需，其中東莞廠達 18K；12 月份則據悉 PSH(巴西/東莞)之訂單應會增加，因此在上述 B)原因下，12 月產銷計畫高於 11 月份數量。另邵'R 稱 PHS15''CDT 銷售於台商大陸的部份主要為 AOC/EMC，合計約 30K 左右，銷售於 PHS(SZ)則應在 40K 以上。

4) IRICO(彩虹集團)：

A) **15''CDT ONE LINE 於今年 3 月始產出，該線最大產能為 60~ 70K/M，但因主要材料自 TSB 取得不易且價高等因素，9 月停工一個月，於 10 又重新稼動。'98 年預計達 200K/年產量目標，其中 80%為銷售於彩虹。**

B) 自日本 TSB CKD 之成本仍比售價高，故賣越多虧越多。惟在採購自主化政策下，主要材料中 DY 已可由其彩虹偏轉廠供應 20K/M，另 FUNNEL 自 12 月始亦可以自製。

1

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030684

5) BMCC：

A) 10 月份銷售差，主要銷售對象為菲律賓松下公司，至於 ACER(SZ)則近幾個月均無往來。

**B) '99 年 14''/15''分別預計生產 80K/400K。其中 14'' CDT 預計生產至 2 月份即結束，估計 2 月份春節過後即可完成 15'' CDT 之設備改造，產能上仍為 40~ 50K/M。**

6) ORION：10 月訂單差主要係因大陸近期加強打擊走私後，對杜絕華南一帶以內銷為主之顯示器廠商走私進口影響甚大。值此之故，據稱其客戶 9 月份停在香港的貨櫃仍近 14K 尚未提貨。

7) PHS 提供'98/99 年 14'' CDT 大陸地區生產之預測(請參閱附件 1)。'98 年大陸地區廠商生產量估計約 7.405KPCS，'99 則預計約 5,630KPCS。

'98 年 10~12 月產銷概況/99 年預計生產量 (表一)　　　　　單位：K PCS

| 廠商 | 尺寸 | '98 年 10 月產銷存 | | | '98 年 11 月產銷存 | | '98 年 12 月產銷存 | | '99 年計畫量 | 備 註 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 生產 | 銷售 | 庫存 | 預計生產 | 預計銷售 | 預計生產 | 預計銷售 | | |
| CPTF | 14'' | 210 | 140 | 175 | 60~70 | 130 | 60~70 | 140 | 1300~1400 | |
| | 15'' | | | | | | | | 1600~1800 | |
| SSDD | 14'' | 180 | 165 | 20 | 150~180 | 160 | 150~180 | 160 | | |
| | 15'' | | 200 | | | 200 | | 200 | | SDD 銷售大陸台商 |
| PHS 華飛 | 14'' | 140 | 120 | 40 | 120 | 40~70 | 120 | 100 | 1600 或 800 | |
| | 15'' | | | | | | | | 0 或 400 | |
| BMCC | 14'' | 30 | 14 | 25 | 40 | 30 | 40 | 30 | | |
| ORION | 14'' | | 10 | | | 20 | | 20 | 300K(未含台商) | |
| | 15'' | | 80 | | | 100 | | 70 | 300K(未含台商) | 10 月份 20K FOR 內銷，60K FOR 台商外銷 |
| IRICO 彩虹 | 15'' | 20 | 20 | 0 | 30 | 30 | 40 | 40 | 600~700K | |
| LG | 14'' | | 4 | | | 4 | | ? | | |
| | 15'' | | 40 | | | 40 | | ? | | |

二、價格檢討

1) ORION 首先反應，因大陸近期在加強打擊走私政策下，對其華南一帶以內銷為主之顯示器廠客戶影響至極。其現今對外報價 14''S/S US$50，在其客戶相關運輸費用、關稅、及外匯管理局管制等相關因素下，無法與大陸 LOCAL 供應之其他 CRT 廠商相比，客戶根本不接受。



**ORION 表示其與 LG 看法一致，盼降低美金報價或提高人民幣計價之係數(目前為 10.4)，否則訂單全無情形下，只好提出 CRT 定期 MEETING。各廠商回應如下：**

A) 因與會各家廠商認為調降美金報價已超過與會各廠之地方權限，而因 10 月份第二波 CRT 調漲，大陸 MONITOR 廠商並未充分反應於其 BUYER，因此調高人民幣報價在大陸地區目前亦沒有外在條件可支撐。

B) SSDD MR.李本提出考慮報價較 ORION 為高，讓出部份內銷客戶於 ORION 繼續進行銷售，但後來因 ORION 主要客戶為廈華/北大方正/長城，MR.李最後又因在意該群客戶而于以否決自己之建議。

**結論：請各廠向總部反應 ORION 的問題，PSH 邵'R 並負責將總部最後之決議通知各廠。**

1、現內銷價 X10.4 約. 綜合稅率約 1.2. 問題是 CRT 廠形上交的稅. 已完全
　加在手客户. [strikethrough] 再再提高不太合理客户也不會接受.

2、降美金報價 更要追求市場秩序 更不可行.

CHU00030685

2) IRICO：與會各家向 IRICO 訂出 15''之內/外部交易價底線如下：(BASED ON S/S ITC TYPE)

    A) IRICO 對彩皇內部交易價為(US$60X10.4=人民幣含稅報價)

    B) IRICO 對其他客戶報價則因其品質效率較差且數量有限，因此以(US$62 或 63X10.4=人民幣含稅報價)

3) BMCC：

    BMCC 10 月份訂單極差(14K)，主要客戶為彩皇與方正，需求各為 10K/M 左右；但彩皇 10 月亦無下單。針對其主要之兩家客戶，BMCC 坦承 S/S TYPE 以 US$48X10.0 作為人民幣內銷報價。惟與會各 CDT MAKER 均反對 BMCC 在美金與人民幣核算係數做雙重讓與(公定人民幣內銷報價應為 US$50X10.4)。經協議，各家最終同意 BMCC 在其兩家主要客戶再降低美元報價 US$1(亦即以 US$47 為 BASE)，但須 KEEP 內銷係數 10.4；另與會各家希望大家稍作部份退讓，希望能在 AOC 以 US$48X10.4 作為內銷報價。

    **結論：BMCC 在其主要客戶(彩皇/方正)以 US$47X10.4 報價。但針對在 AOC 以 US$48X10.4 作為內銷報價，CPTF 則表反對，並認為目前與 AOC 係以 14''/15''/17'' 搭配供應，即使 BMCC 用該價格應也不會有訂單。**

4) SSDD：

    A) CPTF/PHS 均稱市場上對 SSDD 銷售次管常有雜音。MR.李則略帶抱怨的回應，上個月因 PHS 未向其求證且無確切證據逕向總部反應 SSDD 對北京某客戶有次管銷售行為，因而被其總部老闆質詢。PHS 邵'R 則解釋爾後將多加強平時之聯繫與確認，並對 PHS 較粗率之反應過程向 MR.李致歉。

    B) CPTF/PHS 均稱市場上常反應 SDD 有 F.O.C.(free of charge)之聲音，似乎成為變相降價。MR.李則稱因其不良管沒有回收，此乃不良管折讓之作法。

    **結論：CPTF/PHS 建議 SSDD 對不良管要回收或與請其工程師將 PIN 剪斷破壞避免其再銷售利用。另請 SSDD 將正常出貨之數量 INVOICE 與折讓之 INVOICE 分開處理，SSDD 則表同意並請 PHS 提供相關文件作法供參考。** *与库该用 replace 样扣，用即使 invoice 分同处理 也无法区别是否为 Rebate.*

三、其他

1. 考量 14''CDT 急速萎縮並為了 CDT 產業健康發展，MS.李承諾負責聯繫，整合大陸地區中大型監視器廠商召開整合會議。

2. 14''市場上因各家均聽到許多雜音，認為 4Q 以後可能價格會鬆動。因此，與會各家達成一致性口徑及共識，敦促各自業務說法如下：『價格不可能下跌，若有超額供給現象則以減產因應。』

3. 下次會議由 BMCC 主辦並在北京召開，時間：12/4

    *1. cpT/PHS/ ORION 均对 SSDD 的 challenge 及专用 SSDD 賣 B 货及 F.O.C 变相折价. 但 SSDD 否认. 並辩解稱保不良管補償折讓. 但无理不能谅. 請 SSDD 自律.*

--以上報告--    呈核    *2. 11年 4Q SSDD 也在大陸將有 14/15/17 管一線 相对竞争状势增強.*

                    職 戴光輝 敬呈

                    NOV. 8, 1998

    *3. ORION 在台中要有客内销保护不调高 則要调降美金價. 本公司人士認為 ORION 搭不过大陸 发展的公司是自然淘汰的事. 不能因此無理要求我们人派 内销或自行调低美金数价. 如即有請总部向 R/K ORION 高層反应.*

CHU00030686

CONFIDENTIAL - GRAND JURY MATERIAL

# 14"  Color Monitor Production in China
## 1st half v.s. 2nd half in 1998

| | Maker | 1st half | 2nd half | Total | Domestic Sales | Major Suppliers & Ratio |
|---|---|---|---|---|---|---|
| Taiwanese | Acer | 140 | 110 | 250 | 60 | C/P: 6/4 |
| | ADI | 400 | 260 | 660 | 170 | S |
| | Compal | 100 | 80 | 180 | 0 | C |
| | FIC | 30 | 20 | 50 | 0 | C/P:X/3 |
| | GVC | 80 | 120 | 200 | 0 | C/O:5/5 |
| | IRICO | 185 | 165 | 350 | 0 | P/B:8/2 |
| | Lite-on | 210 | 240 | 450 | 100 | C |
| | MAG | 45 | 10 | 55 | 0 | S |
| | Philips | 560 | 520 | 1080 | 300 | C/P:5/5 |
| | Proview | 450 | 250 | 700 | 250 | S |
| | Sharmrock | 140 | 120 | 260 | 0 | C/S:7/3 |
| | Top Victory | 660 | 440 | 1100 | 450 | C/O/P:5/4/1 |
| | Others | 100 | 80 | 180 | 170 | |
| | Total | 3100 | 2415 | 5515 | 1500 | |
| Chinese | Founder | 250 | 150 | 400 | 320 | S/P:7/3 |
| | Great Wall | 90 | 50 | 140 | 120 | S |
| | Qing Hong | 300 | 40 | 340 | 300 | closed in Aug. |
| | West Lake | 30 | 20 | 50 | 30 | |
| | Xoceco | 150 | 100 | 250 | 220 | S |
| | Yuki | 50 | 20 | 70 | 70 | S/P:7/3 |
| | Others | 70 | 50 | 120 | 90 | |
| | Total | 940 | 430 | 1370 | 1150 | |
| Korean | Daewoo | 100 | 70 | 170 | 150 | O |
| | LG | 0 | 0 | 0 | 0 | |
| | Samsung | 120 | 80 | 200 | 200 | S |
| | Total | 220 | 150 | 370 | 350 | |
| Japanese | NPG | 90 | 60 | 150 | 100 | |

EXHIBIT 9



June 20, 2012


**Certification**

### Park IP Translations


This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00030688E – CHU00030691E.


Abraham I. Holczer

Project Manager


**EXHIBIT**

1303 E

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

[TRANSLATION]

[Entire Document Handwritten]

<u>Business Trip Report</u>

Page 1 of 3

*To*: →Wei- Lie Yu [Hand-drawn star]

Date:               *Dec.* 8-10, 1998

Location:           Beijing

[Initialed:] Lu 12/11'98

Meeting Attendees:  *CPT*: Wen-Chun (Tony) Cheng, Jing-Song (Jason) Lu,
                    Ching-Yuan (Michael) Du, Chung-Cheng (Alex) Yeh
                    *PHS*: Shou-Li Lin, Cheng-Er Shao, Dong Liu
                    *SSDD*: *MR. D. Y. Kim, M.S. Lee*, etc.
                    *LG*: *MR.*
                    *ORION*: *MR. Moon, MR.* Kong… etc.
                    Irico: President Ma… etc.
                    *BMCC*: Wen-Chiang Fan, Hsin-Wen Huang

[In left margin:] *COPY x 1*

Content:

This is a routine China *CDT MAKER* contact meeting. Since many disputes rose from
the past few meetings, it was decided at the top-level meeting held during 11/*E* in
Seoul that the headquarters of each maker would send representatives to attend this
meeting (12/9 *PM*). In addition, on 12/10 *AM*, five of the Taiwan and Korea makers
will separately hold a coordination meeting.

Production Sales and Inventory statuses for respective makers:

|        |      | *NOV* | | | *DEC* | | | *JAN* | *FEB* |
|--------|------|-------|-------|-------|--------|-------|----------------|-------|-------|
|        |      | Prod'n | Sales | Stock | Prod'n | Sales | Stock (C+M) | Prod'n | Prod'n |
| *CPTF* | 14"  | 112   | 117   | 173   | 0      | 60    | 110+70 | 0 | 0 |
|        | 15"  | 40    | 33    | 7     | 60     | 60    |        | 100 | ~~100~~ [Crossed out by hand] |
|        |      |       |       |       |        |       |        |     | 70-80 |
| *LG*   | 14"  | 0     | 4     | —     | 0      | 0     | 0      | 0 | 0 |
|        | 15"  | 0     | 6     | —     | 0      | 9     | 0      | 0 | 0 |
| *PHILIPS* | 14" | 120 | 80 ($^{50}/_{30}$) | 80 | 120 | 70 ($^{50}/_{20}$) | 100 | 60 | 40 |
|        | 15"  |       | 20    | 0     | 0      | 20    |        | 10 | 30 |
| *ORION* | 14" |       | 30    | 140   | 70     | 25    | 70     |    |    |
|        | 15"  |       | 40    | —     | —      | 50    | —      | — | — |
| *IRICO* | 15" | 31    | 30    | 1     | 37     | 35    |        | 40 | 45 |
| *BMCC* | 14"  | 40    | 20    | 40    | 30     | 30    | 40     | 30 | 30 |
| *SSDD* | 14"  | 180   | 120   | 80    | 150    | 120   | 100+40 | 100 | 100 |
|        |      |       |       |       |        |       |        |     |    |
| *TTL*  | 14"  | 452   | 371   | 373   | 300    | 305-325 | (530) | 190 | 170 |
|        | 15"  | 71    | 89-99 | 7     | 97     | 164-174 |       | 150 | 145 |

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030688E

Translation

Explanation:

1.  Market demand for 14" is shrinking dramatically. The market situation of all makers is poor.

2.  *LG* will stop the production of 14" starting from January 1999.

3.  *PHS* originally planned to transfer the 15" production line from Chubei to Huafei, but it was *hold* because the *cost* was too high. However, currently, it has 2 existing lines of 14". In December, only one line was utilized, the other line's produce equipment was converted. <u>It is estimated that the production of 15" will begin in January, '99. Estimated that *JAN*/10k, *FEB*/30k</u> [Underlined].

4.  *BMCC* originally planned to begin the production of 15" in January. However, since neither of the facilities and materials all are presently *OK*, it is estimated that <u>the switch will not begin until May</u> [Underlined].

(2)  Market Price Review

1.  First, *PHS* pointed out that *SSDD*, *Orion*, *BMCC*, and *LG* gave quotes that were lower than the fixed current prices they have committed to for certain customers. An explanation was requested. After the makers explained the evidence to each other, *SSDD* admitted that their quote to *XOCECO* was lower than the set price, *RMB* 500- (should be 520-). *MR. D. Y. Kim* expressed regret and will adjust the price immediately.

2.  *ORION* still states that since the smuggling channels were blocked, its imported *CRT*s in China have no competitive edge at all facing the quotes of *local CDT MAKER* at *RMB* (10.4). Therefore, without alternatives, it had to compete using the prices of *USD* 45-46. After a joint discussion among the attendees and agreement from *SSDD*, China Great Wall, Beijing Founder and *XOCECO* three makers' consent *ORION* quoted at low *USD* 20, which is the equivalent of a *RMB* quote

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

of *RMB* 520-. This is limited to these 3 makers only.

3. At the meeting on the morning of 12/10, it was suggested to *follow* the Japan makers' price increase\begin on *JAN*/16, to, 17" price will be at least 5.00/*pc*.

4. The market *demand by size* in '99

| October Projection | | | December Revision | |
|---|---|---|---|---|
| 14" | 141*M* | 149% | 7.5*M* | 8% |
| 15" | 37.4*M* | 39.6% | 37*M* | 39% |
| 17" | 35.4*M* | 37.5% | 41*M* | 43.4% |
| 19" | 4.8*M* | 5.1% | 6*M* | 6.4% |
| 20"/21" | 2.7*M* | 2.9% | 2.7*M* | 2.8% |
| *TTL* 94.4*M* | | | 94.4*M* | |

- End of report -

[Signed:] Submitted by Employee Chung-Cheng (Alex) Yeh 12/11 '98

[Signed:] Y. M. Peng, *DEC* 16 '98

[Handwritten in a different style:]

＊Yu, please *FAX* on my behalf to my younger sister (*Taipei*), and tell her to: "sell my car." I will make contact when I return. *TKS! FAX NO. AS FOLLOWS*:

*To*: 00886   2   28261648 Li-Hua Tai

[Signed:] Guang-Hui Tai
12/30'98

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030690E

Translation

0591 3970507

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

# EXHIBIT 10

 LG전자  가장 친절한 LG

Display 해외영업담당
해외마케팅팀/課長

鄭 風 龍

150-721 서울특별시 영등포구 여의도동 20
LG트윈타워
전화:02-3777-7568 FAX:02-3777-5560
E-Mail:pyjeong@twin.lge.co.kr
불친절 신고센터 : 080-023-7777

 LG전자  가장 친절한 LG

Display 사업본부
해외기획팀/課長

金 斗 基

150-721 Seoul特別市 永登浦區 汝矣島洞 20番地
LG Twin Tower
電話:02-3777-7595  FAX:02-3777-5560
E-Mail ID:doogie@lge.co.kr
불친절 신고센터 : 080-023-7777

 彩虹集團公司

副 总 裁

彩虹彩色显像管总厂
常务副厂长

马金泉
12/8'98

地址:中国陕西咸阳彩虹路 1 号
电话:(0910)3334118
传真:(0910)3313762  邮编:712021

華飛彩色顯示系統有限公司

劉 東
商務部處長

12/8'98

飞利浦

 PHILIPS

南京市玄武區
華飛路 1 號
郵政編碼:210028
郵政信箱:2808

電話:(86-25)5421166-2128/2120
傳眞:(86-25)5422227/5417470
Internet:CNF00116@CNCCMAIL.SNADS.PHILIPS.NL

SAMSUNG 삼성전관

이재인
담당간부
마케팅전략
브자원)마케팅팀

삼성전관주식회사
서울 중구 태평로 2가120
대경빌딩 12층 100-102
TEL: 02-727-3469
FAX: 02-727-3409

BMCC/National·Panasonic
北京·松下彩色显象管有限公司

永 井 武
董事  総経理

多'98

地址:北京市朝阳区大山子
酒仙桥北路 9 區
邮政编码: 100015

電話:(直播)64376178 64363355-2001
電話: 2795 或 BMCC
传真: 64376154

认证企业
ISO9002
ISO14001

Exhibit
Wang 8576
9/20/2022
Wang Zhaojie - V2

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00016621

The Most Courteous LG

**LG Electronics Inc.**

Doogie(K) Kim
Manager
OVERSEAS PLANNING TEAM
DISPLAY DIVISION

LG Twin Towers
20, Yoido-dong, Youngdungpo-gu, Seoul 150-721, Korea
Yoido P. O. Box 335, Seoul, Korea
Phone:+82-2-3777-7595 Fax:+82-2-3777-5560
E-Mail ID: doogie@lge.co.kr

12/9/98

The Most Courteous LG

**LG Electronics Inc.**

P. Y. JEONG
Manager
OVERSEAS MARKETING TEAM
DISPLAY DIVISION

LG Twin Towers
20, Yoido-dong, Youngdungpo-gu, Seoul 150-721, Korea
Yoido P.O. Box 335, Seoul, Korea
Phone: +82-2-3777-7568 Fax:+82-2-3777-5560
E-Mail: pyjeong@twin.lge.co.kr

12/9/98

**PHILIPS**

**Hua Fei Colour Display Systems Co.,Ltd.**

**Liu Dong**
Dept. Manager
M&S Division

1# Hua Fei Road
NanJing P.R.C.
Post Code: 210028

Tel: (86-25) 5421166-2128/2120
Fax: (86-25) 5422227/5417470
Internet: CNF00116@CNOOMAIL.SNADS.PHILIPS.NL

MA JINQUAN

IRICO GROUP CORP.
DEPUTY PRESIDENT
IRICO COLOR PICTURE TUBE PLANT
DEPUTY EXECUTIVE GENERAL MANAGER
NO.1 CAIHONG ROAD, XIANYANG, SHAANXI, CHINA
TEL: (0910)3334118
FAX: (0910)3313762 POST CODE: 712021

**BMCC/National·Panasonic**
**Beijing Matsushita Color CRT Co.,Ltd.**

NAGAI TAKESHI
*Director President*

Add: No.9 Jiu Xian Qiao North
Road Da Shan Zi
Chao Yang District
Beijing 100015

Tel: 64376178 64363355-2001
Cable: BMCC or 2795
Fax: 64376154

SAMSUNG
DISPLAY DEVICES

**LEE JAE IN**
Manager
Marketing Part
SALES DIV)Marketing Team

SAMSUNG DISPLAY DEVICES CO.,LTD.
12th Fl.,Daekyung Bldg.
120,2ka,Taepyung-Ro,Chung-Ku,
Seoul,Korea 100-102
TEL: 02-727-3469
FAX: 02-727-3409

12/9/98

EXHIBIT 11

[TRANSLATION]

[Entire Document Handwritten]

### *CDT* Meeting Summary Report

Date:           January 08, 1999
Place:          Xiamen
Meeting Attendees: *SSDD* (Shenzhen Samsung): Ming-Zhi Li, Zhen Yang
*HF* (Nanjing Huafei):       Zheng-Xi Shao (*TWN PHS*), Bing Ma
*ORION* (Korea Daewoo):     Tae-Sik Kong
*IRICO* (Xianyang Irico):    Manager Wei-Sheng Li, Zhao-Jie Wang
*CPTF* (Fuzhou CPT):         Manager Lu, Consultant Tai, Wei-Lie Yu

Topic:          China *CDT* Market Information Exchange and Review

Content:

I.   14" and 15" *CDT* Production and Sales Situation for the China Regions

| | | | '98 *Dec.* | | '98 *TL* | | '99 *Jan.* | | | '99 *SKDL* |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Prod | Sales/ Domestic | Stock | Prod | Sales | Prod | Sale | Stock | |
| *HF* | 14" | 107+18 | 95/10 | 102 | 1357 | 1247 | 60 | 45 | 117 | 800 |
| | 15" | | | | | | | | | 400 |
| *SSDD* | 14" | 130 | 120/60 | 70 | 1620 | 1550 | 100 | 100 | 70 | 1800 |
| | 15" | | | | | | | | | 700 |
| | 17" | | | | | | | | | <300 |
| *BMCC* | 14" | 37 | 28/28 | 40 | 330 | 290 | 50 | 15 | 75 | 200/4 months [Illegible] |
| | 15" | | | | | | | | | 320/5 months [Illegible] |
| *ORION* | 14" | | 34 | 50 | | | | 30 (Taiwanese Merchants) | | |
| | 15" | | 65 | 20 | | | | 70 | | |
| *IRICO* | 15" | 45 | 41 | 5 | 195 | 190 | 50 | 51 | 4 | 600 |
| *CPTF* | 14" | 19.7 | 67.7 | 125 | 1135 | 1022 | 70 | 70 | 125 | 900 |
| | 15" | 65.9 | 74.4 | 5.5 | 109 | 104 | 120 | 120 | 5.5 | 2400 |
| *TL* | 14" | 312 | 345/102 | 337 | 4442 | 4109 | 280 | 260 | 387 | 3700 |
| | 15" | 111 | 180 | 11 | 304 | 294 | 170 | 241 | 9.5 | 4420 |
| | 17" | | | | | | | | | <300 |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].



*Re:*

1.  14" *CDT* inventory for '98, 12/*E* in China is around 337 (not including each maker's volume of *WIP*), in addition to Daewoo/50*K*, *MSDD*/50*K*, *CPTM*/100*K*, and *HF*/100*K* (Yin Zhi).  *W/W* inventory is about 600-650*K*, which is enough for two months of normal demand.

_____

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030692.02E

2. *HF*:

<1>. Responding to *PHS*'s calendar, December production capacity increased by 25% (about 18*K*), calculated to be 125*K*. Its *QTY* is 14" *CDT x* 1 *L* utilization. 1 *L* stopped production. It is currently converting to 15" *CDT* equipment. Trial production is estimated to be in Feb. '99.

<2>. *TWN PHS* Mr. Shao indicated that their orders for Dec. '98 and Jan. '99 were not as much as the numbers listed. The actual sales in Dec. '98 were only about ½ of those stated (similar to *ORION*'s). The sales volume for Nov. '98 was similar. Therefore *HF*'s actual inventory (until 12/*E*) was at least 200*K*. It should exceed 200*K* by '99 1/*E*. They operate this way to deal with the requests for reporting to the China governmental departments tied to the Central Committee and to address concerns about the company's sales volume and production.

<3>. The overall 14" *CDT* market has been declining and *HF* and *SSDD* have had many conflicts in the domestic market. *HF* indicated that *SSDD* has snatched many of *HF*'s customers using prices lower than the discussed sales price they had agreed upon. This has resulted in *HF*'s domestic sales decreasing daily and increased pressure on inventory. Facing this situation, if *SSDD* will not take advice and continues to act as is, Mr. Shao stated at the meeting, as well as in private, that they will battle it out with *SSDD*.

3. *SSDD*:

<1>. SSDD stated that it did not get *HF* customers by lowering prices below the standard price. *HF* lost customers and orders were taken by *BMCC*.

<2>. *SSDD* offers prices lower than the standard price to customers with big orders and *P.TERM*. What they did caused dissatisfaction and was called into question by the meeting attendees (i.e. *XOC*). They considered that, although it didn't directly impact the number of orders and who obtained them, it did indirectly damage the market unity that everyone had been trying hard to maintain.

<3>. *M.S. Lee* also admitted that because of the current operation (lending) of *CPT* in China, its *CPT* and *CDT* shared customers are not able to implement 2 payment methods.

4. *ORION*

<1>. Because they were impacted by China anti-smuggling actions, *ORION* no longer has sales to China *local* customers. Its sales are entirely to Taiwan maker *MONITOR* customers.

<2>. They also indicated that during the price negotiations with *XOC*, the price *XOC* requested was @ *USD* $42, so it had to give up.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL        CHU00030693.01E

5.    *CPTF*

<1>. *CPTF* has no right to sell domestically, so it suffered the biggest loss in 14" *CDT*.

<2>. It maintained utilization in Jan.'99 in response to the New Year holidays and *special ORDER*s.

<3>. They appealed to *SSDD* and *HF* to maintain restraint and privately requested that *SSDD* improve its current sales operation and work with other attendee *MAKER*s to maintain the market through coordinated efforts.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                CHU00030693.02E

II.   *CDT* Demand Trends in China (*By QTY & SIZE*)

|              | '97    | '98    | '99    |
|--------------|--------|--------|--------|
| *w/w share* owned |        | 23%    | >28%   |
| *TL QTY*     | 11*M*  | 19.5*M*| >25*M* |
| 14"          | 7.3*M* | 7.6*M* | <5*M*  |
| 15"          | 3.4*M* | 8.3*M* | <12*M* |
| 17"          | 0.24*M*| 3.4*M* | >7*M*  |

III. Others

1.  Tianjin *SDD* currently plans to mass produce 15" *CDT* in June '99. Its '99 production is predicted to be about 700*K*.

    Shenzhen *SDD* originally planned to start production of 17" *CDT* in September '99. Now it estimates that it will have a *delay* until October, so its production volume in 1999 will not reach 300*K*.

2.  *BMCC* will start production of 15" *CDT* in May '99. It has sent its staff to Japan to inspect the equipment for 17" *CDT*, as it plans to convert the line to start production of 17" *CDT*.

3.  Shenzhen Samsung Zhongkang Glass began to produce glass bulbs for 14" *CDT* in January '99. The production capacity is about 200*k/m*. *SSDD* will use RMB *VAT* to transact with them.

4.  *HF* confirmed that in '98/4*Q*, it had set up a general distribution warehouse in Shenzhen.


- End of Report -


[Signed:] Submitted by Wei-Lie Yu
1/9/99

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].



CDT 会议 摘要报告

日期：'99. 1月8日　　厦门

与会人员：SSDD（深圳三星）— 吉明植、杨真
　　　　　HF（南京华飞）— 邵正垒（TWN PHS）马冰
　　　　　ORION（韩国大宇）— 张泰植
　　　　　IRICO（咸阳彩虹）— 吉卫生 经理、王昭杰
　　　　　CPTF（福州中华）— 吕经理 戴砥词 叶传引

主题：大陆 CDT 市场 资讯交流及检讨

内容：

一、大陆地区 14"/15" CDT 产销状况

| | | 98. DEC | | | '98. T.L | | 99. JAN | | | 99. SKCk |
|---|---|---|---|---|---|---|---|---|---|---|
| | Prod | Sales/内销 | Stock | Prod | Sales | Prod. | Sale | Stock | | |
| HF 14" | 107+18 | 95/10 | 102 | 1357 | 1247 | 60 | 45 | 117 | | 800 |
| 15" | | | | | | | | | | 400 |
| SSDD 14" | 130 | 120/60 | 70 | 1620 | 1550 | 100 | 100 | 70 | | 1800 |
| 15" | | | | | | | | | | 700 |
| 17" | | | | | | | | | | <300 |
| BMCC 14" | 37 | 28/28 | 40 | 330 | 290 | 50 | 15 | 75 | | 200/停止 |
| 15" | | | | | | | | | | 320/停产 |
| ORION 14" | | 34 | 50 | | | | 30(台商) | | | |
| 15" | | 65 | 20 | | | | 70 | | | |
| IRICO 15" | 45 | 41 | 5 | 195 | 190 | 50 | 51 | 4 | | 600 |
| CPTF 14" | 19.7 | 67.7 | 12.5 | 1135 | 1022 | 70 | 70 | 125 | | 900 |
| 15" | 65.9 | 78.4 | 5.5 | 109 | 104 | 120 | 120 | 5.5 | | 2000 |
| T.L 14" | 312 | 345/102 | 337 | 4482 | 4109 | 280 | 260 | 387 | | 3700 |
| 15" | 111 | 180 | 11 | 304 | 294 | 170 | 241 | 95 | | 4400 |
| 17" | | | | | | | | | | <300 |

Re：

1. 14" CDT 于 '98.12/E 大陆地区 库存约 337（未含各家 W/P 数量）
若加上 大宇/50k、MSDD/50k、CPTM/100k 及 HF/100k（隐藏）
计 w/w 库存约 600~650k 足以应付 2 个月之正常需求。

中华映管福州有限公司

2. HF:

<1> 因应 PHS 引事发力, 其12月较多25% 产能 (约18K) 计125K 该 CX 竹为 14"COTx14 标约量. 另14 停产, 处于玻 15"COT 设备中, 预计 99.2月付产.

<2> TWN PHS: 邵'R 表示, '98 12及'99.1月内应所引数字, '98.12月实际销售仅约 ½ (与ORION 相互), '98.11月所引销售量亦是如此. 故 HF 实际库存 (12/E止) 王多 200K, 到 99.1/E 更起过 200K 以上. 如此状业, 客方在付提拔大陆中美有关部门销售量及公司生产之很考量.

<3> 由于16"COT 在体市场萎缩, 而是内销市场上 HF 与SSOD 又多有冲突. 据 HF 表示, SSOD 已以低于协议引情抢走 HF 多家客户, 故造成 HF 内销之每况日下, 库存压力与日俱增. 面对如此情势, 邵'R 于会上及私下表示, 将与 SSOD 比个输赢. 如SSOD 不放功绩, 仍一意孤行

3. SSOD:

<1> 表示无以低于协议引情获得属属所属 HF 客户, HF 毛头客户及打单亦是破 BMCC 获得.

<2> SSOD 对属属关打单之客户提供了低于协议引情价格及 P.TERM 收况引起与会人员不满及质疑 (如XOU 以为此收况虽无直接影响打单但属及多赛 (组问) 接破坏不了大家共同维持之各体市场.

<3> M.S. Lee 亦承以因 CPT 于大陆现引收业 (视帐), 其 CPT 与 COT 共有客户无法采取之种付款方式.

4. ORION:

<1> 受大陆打杀行动影响, 现 ORION 已无内销于大陆 Local 客户, 全数销于台商 MONITOR 客户.

<2> 又表示其显与 XOL 洽收价格时 XOL 要求 @ US0.82, 总好致争.

5. CPTF:

<1> CPTF 无内销权, 又14"CPT 所遭受损价最大.

<2> '99.1月维持标约, 乃因应年假及 SPECIAL ORDER 而生产.

<3> 呼吁 SSOD/HF 保持克制, 在私下请 SSOD 改善现引销售状况, 希与会 MAKER 力争同心协力维持市场.

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030693



二、大陆 CDT 需求趋势 (BY Q'TY. & SIZE).

| | '97. | 98. | 99. |
|---|---|---|---|
| 含 w/w share | | 23% | >28% |
| T.L Q'TY. | 11M | 19.5M | >25M |
| 14" | 7.3M | 7.6M | <5M |
| 15" | 3.4M | 8.3M | <12M |
| 17" | 0.24M | 3.4M | >7M |

三、其它.

1. 天津 SDD 现预计于 99.6月 量产 15" CDT，99年量约 700K，深圳 SDD 17" CDT 在计划 99.9月 投产，现预计 delay 到 10月，故 99年量 将不足 300K。

2. BMCC 将于 99.5月 开始投产 15" CDT，另已派员到日本考察 17" CDT 设备，计划亦投产改进 17" CDT。

3. 深圳 三星 中原 玻璃 将于 99.1月 开始投产 14" CDT 玻壳，产能约 200K/M，SDD 将购入 人民币 VAT 分式 S 其 产品。

4. HF 碲以已于 '98/4Q 于深圳 设立 一 般性 发货仓库。

～以上～

朱伟君
1999

中华映管福州有限公司

CONFIDENTIAL - GRAND JURY MATERIAL                    CHU00030694

# EXHIBIT 12



June 20, 2012

**Certification**

### Park IP Translations

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030695E – CHU00030697.

Abraham I. Holczer

Project Manager

**EXHIBIT**
1301 E

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

[TRANSLATION]

[Stamped on the top:] *FAX OUT*
[Handwritten:] *Fax to CPTC*
Respectfully submitted to Director/ Manager Cheng

China *CDT MAKER* Contact Meeting

Date:  January 8, 1999
Location:  Xiamen
Attendees:  *CPTF*: Manager Jing-Song (Jason) Lu, Guang-Hui Tai, Wei-Lie Yu
*PHS*: Sales Manager Zheng-Xi Shao, (Hua Fei) Manager
    Bing Ma
*SSDD*: Department Manager Ming-Zhi Li, Yang Zhen
*ORION*: Section Chief *TAE SIK KONG*
*IRICO*: Sales Manager Wei-Sheng Li, Assistant Manager
Business Department Jun Yao, Zhao-Jie Wang.


Contents:
1. Information on Production and Sales *(IN CHINA)* of respective *CDT Maker*s

UNIT: K PCS

| IN CHINA | | '98 DEC. | | | '98 TTL | | '99 JAN. | | '99 SKDL |
|---|---|---|---|---|---|---|---|---|---|
| | | PROD. | SALES | STOCK | PROD. | SALES | PROD. | SALES | PROD. |
| Huafei 14" | | 125 | 95(50↓) | 102(200) | 1,357 | 1247 | 60 | 45 | 800 |
| 15" | | | | | | | | | 400 |
| SSDD 14" | | 130 | 120 | 70 | 1620 | 1550 | 100 | 100 | 1800 |
| 15" | | | | | | | | | 700 |
| 17" | | | | | | | | | 300 |
| BMCC 14" | | 37 | 28 | 40 | 330 | 290 | 50 | 15 | α [handwritten] |
| 15" | | | | | | | | | [handwritten] |
| ORION 14" | | | 34 | | α | α | | 30 | α |
| 15" | | | 65 | | α | α | | 70 | α |
| IRICO 15" | | 45 | 41 | 5 | 195 | 190 | 50 | 51 | 600 |
| CPTF 14" | | 20 | 68 | 125 | 1,135 | 1,022 | 70 | 70 | 900 |
| 15" | | 66 | 74 | 6 | 109 | 104 | 120 | 120 | 2400 |
| TTL 14" | | 312 | 345 | 387 | 4,442 | 4,109 | 280 | 260 | 3,500 |
| TTL 15" | | 111 | 180 | 11 | 304 | 294 | 170 | 241 | 4,100 |
| TTL 17" | | 0 | 0 | 0 | | | | | 300 |

[Handwritten:] 200/ending April 320/beginning May

[Handwritten:] Remark: the "α" volumes above will be confirmed after the meeting.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030695.01E
                                                   Translation

1) *CPTF*: All the data provided by our factories were close to the actual figures so we were not questioned.

2) Hua Fei:

    A) *SSDD* asked why *PH* still produced *125K* when it already had such a high inventory? Shao'*R* explained that Hua Fei had shut down one production line which was undergoing conversion to 15" (it is expected that it will *P/P* in February and mass production will officially start in March). The other 14" line would have to be utilized. Because *PHS* defines its work month from the 25th of the previous month, so that the December work is 5-weeks long, the production volume was *125K*. For this reason, *PHS* indicated at the meeting that for December's sales and inventory data, the numbers in "( )" should be considered accurate. Because sales and production data have to be reported to the China Ministry of Electronic Information, they had to decorate the inventory and sales figures with window dressing. Hopefully none of the makers will publicize this and disrupt the makers adhering to the prices.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030695.02E
Translation

[Stamped:] *FAX OUT*

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030696E
Translation

B) Shao'*R* stated that *PHS*'s orders had been low and determined that *SDDD* had
definitely yielded to one of its customers on absolute price and/or *PAYMENT
TERM*s. He strongly protested about the way *SSDD* did it. He hoped *SSDD*
would improve, otherwise they may have to fight with *SSDD* to the bitter end
when they start losing customers (although he hopes that wouldn't happen).
Initially *SSDD* denied the allegation, however they eventually conceded that
*PAYMENT TERM* operations had already existed between them and the
original *CPT* (television tube) customers. Now, it would be very difficult to do
*CDT* deals without extending credit to customers. [Handwritten:] *P.S. H.P.
confirmed that a (warehouse) was set up in Shenzhen during Q4, '98.*
[Handwritten note:] [Illegible]

3) *SSDD*:

A) It is expected that in June of this year (the Tianjin factory) will start mass
production of 15". Due to capital problems, it expected that the mass
production of the 17" will be postponed to October, starting in Shenzhen. (The
target of '99 annual production of *300K* is calculated from September's mass
production).

B) *CPTF* posed a question: in December, sales of all the makers fell, yet *SSDD*'s
14" sales for November and December could both reach 120*K*. *SSDD* did not
respond. After the meeting, a member of their sales staff, Yang'*R*, said in
private that about 30*K* was given to *EMC* to initially post to its accounts,
though it had not yet been shipped.

C) Zhong Kang Glas production capacity is 200*K/M* (*CPT* + *CDT*). In January, it
will start to use 10*K* of Shenzhen Zhong Kang Glass' pressure-molded *PANEL*.
It's aggressively pursuing *LOCAL*ization of materials.

4) *ORION*: In December, sales of 14" were 34*K* units (only 4*K* was domestic sales and
the rest were sold to Taiwan makers). All 15" were sold to Taiwan makers. In
December, their inventories of 14" and 15" in Korea were 50*K* and 20*K*, respectively.

5) *BMCC*: Mass production of 15" *CDT* will start in May. [Handwritten:] Has also sent
staff to Japan for a survey and plans to convert the production line to produce 17".

6) If the 14" inventory of [Handwritten: *PH*] at the end of December is 200*K*, and if in
addition *SDD* (*M*) and *CPT* (*M*) inventories are 50*K* and 106*K* each, then the estimated
inventory of 14" worldwide is around 600 to 650*K* [Underlined by hand].

Conclusion:

1) *PHS* has given inaccurate inventory figures for the previous month and has once
announced that its 14" inventory this month was almost 200*K*, which confused
*SDD* and raised questions. In the future, all the makers should provide more
accurate data. If there are any warning signs, this would allow other makers to

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030697.01E

Translation

respond as early as possible. Otherwise, the purpose of this meeting will be lost.

2) It has been established that *SSDD* has not been very strict with respect to its *PAYMENT TERM*, and has caused *PHS* difficulties with their sales and generated strong resistance from the customers. While the market situation is poor, it is hoped that all the makers will evenly bear the losses resulting from the fall in sales volumes.

3) The next meeting will be hosted by *SSDD*. Time: 2/3 or 2/4. Further notification will be provided.

- End of Report - Submitted for Approval

[Submitted by:] Employee Guang-Hui Tai
*JAN.* 09, 1999

[Handwritten:]
There were many conflicts between *PHS* and *SSDD* due to fighting over customers. That orders for 14" have dropped drastically is an undisputed fact, as well. *SSDD* has probably not followed the bottom price and *PAYMENT TERM*s. If top management continues to ignore it, then there's concern that it will be hard to maintain the price for 14" *CDT*!

[Initialed:] Jing-Song (Jason) Lu, 1/12'99

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030697.02E

Translation

EXHIBIT 13

June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030705E – CHU00030708E.

_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

04/02 '99       15:01  591 3970507       *CPTF*                                001

[Handwritten:] *Tony*  Dai   Du
*Fax TO CFC*
Respectfully submit to: Senior Manager Cheng/Director
Submitted for approval

Contact Report

Meeting Subject: Mainland China *CDT MAKER* Market Exchange

Time: *FEB*. 02, 1999

Location: Shenzhen

Attendees:
*CPTF*: Senior Manager Lu, Guang-Hui Dai
*PHS*: Zheng-Xi Shao, Sales Manager, Huafei: Yi-Wang, Song Lin
*SSDD*: Ming-Zhi Lee, Zhen Yang
*LG*: Zhong-Feng Park, Section Chief
*ORION*: Tae Sik Kong (*TAE.SIK.KONG*) Section Chief
Irico (*IRICO*): Chao-Jie Wang
*BMCC*: Xin-Wen Huang, Senior Manager

Agenda for this meeting:

   I.   *JAN/FEB* '99 & '99 *YEAR* production and sales information exchange

   II.  '98 *PC* & *C-MONITOR* Production and sales status (*IN CHINA*)

   III. '98/'99 *C-MONITOR*-Market Demand Discussion by Customer (*IN CHINA*)

   Content:

   1.  *JAN/FEB* '99 & '99 *YEAR* Production & Sales Information Exchange

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL            CHU00030705.01E
                                              Translation

[Handwritten:] Referring to its true inventory on hand.

JAN/FEB. '99 & '99 YEAR                    Unit: *K PCS*

| | | '99 JAN. | | | | | '99 FEB. | | | | | '99 Planned Production | '99 Planned Sales IN *CHINA* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PROD | SALES IN CHINA | | | STOCK | PROD | SALES TO CHINA | | | STOCK | | |
| | | | TTL | Export Sales | Domestic Sales | | | TTL | Export Sales | Domestic Sales | | | |
| Huafei | 14" | 72 | 88(68) | (58) | (10) | 85(210) | 60 | 60 | | | 86(210) | 750 | |
| | 15" | | | | | | 10 | | | | 10 | 680 | |
| PHS(BU) | | | 65 | | | | | 60 | | | | | |
| | 15" | | | | | | | | | | | | |
| | 17" | | 10 | | | | | 10 | | | | | |
| SSDD | 14" | 100 | 75 | 50 | 25 | 95(SSDD) 30(MSDD) | 60 | 50 | | | 105 | 1800 | |
| | 15" | | | | | | | | | | | 700 | |
| | 17" | | | | | | | | | | | 300 | |
| SDD | 15" | | 186 | | | | | | | | | | |
| | 17" | | 122 | | | | | | | | | | |
| BMCC | 14" | 35 | 20 | | 20 | 60 | 30 | 20 | | 20 | 70 | 120 | |
| | 15" | | | | | | | | | | | 320 | |
| ORION | 14" | | 20 | | | | | 10 | | | | | 200 |
| | 15: | | 50 | | | | | 50 | | | | | 900 |
| | 17" | | | | | | | 5 | | | | | 300 |
| IRICO | 15" | 54 | 50 | 10 | 40 | 9 | 40 | 41 | | | 8 | 600 | |
| CPTF | 4" | 61 | 73 | 73 | | 108(CPTF) 70(CPTM) | 30 | 70 | | | 68 | 900 | |
| | 15" | 114 | 103 | 103 | | 22 | 95 | 100 | | | 17 | 2400 | |
| LG | 15" | | 120 | | | | | 100 | | | | | 1500 |
| | 17" | | 205 | | | | | 200 | | | | | 2500 |
| | | | | | | | | | | | | | |
| TTL | 14" | | 256 | | | 573 | | 210 | | | 453 | 3770 | |
| TTL | 15" | | 574 | | | 31 | | 351 | | | 35 | 4700 | |
| TTL | 17" | | 337 | | | 0 | | 215 | | | 0 | 300 | |
| TTL | | | | | | | | | | | | 8770 | |

*CPT* and *ORION* did not include headquarters sales to Taiwan (export models).

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030705.02E

                                   Translation

04/02 '99      15:01   591 3970507      *CPTF*                     002

Explanation:

1.  *SSDD*: After being reconfirmed, <u>its 15" *SKDL* will begin *M/P* in Tianjin factory
    (*TSED*) in June of this year</u> [Underlined by hand], in addition, <u>its Shenzhen
    factory(*SSDD*) was set to *M/P* 17" in October this year</u> [Underlined by hand]
    [Handwritten note with an arrow to text: "(Samsung Kangning) July"], but
    Department Manager Lee was unable to indicate certainly on its input timing
    during the meeting.

2.  Huafei: In last meeting, *PHS* indicated that since it needed [Illegible handwriting
    above text] to report to China Electronic Data Department, therefore, the above-
    mentioned sales and inventory data contained in "(    )" for *JAN/FEB* should be
    considered true figures. Also, its' 15" utilization is planned to begin small volume
    output in February.

3.  *ORION*: It was originally learned from the Taipei Regular Exchange Meeting held
    on 1/13 that 14" has ceased production in March. After reconfirmation, <u>*MR.* Kong
    claimed that it was the 14"*S/T*'s production which was stopped</u> [Underlined by
    hand]. The original 14" line will be converted to a 14"/15" mixed line in May; in
    addition, <u>15" *Mini* tubes are also expected to be launched in May</u> [Underlined by
    hand].

4.  *BMCC*: 5/1 will begin mass production of 15"*CDT*. *PHS*/*SSDD* and other makers
    expressed strong protest regarding is *RMB*$455 pricing for 14" (*IF KEEP BASED
    ON* 10.4 as coefficient used for domestic sale quotes, which is equivalent of
    *US*$44), it was hoped that *BMCC* should go by the agreement and not to disrupt
    market pricing.

5.  *PHS*: <u>Although 14" inventory is as high as 20*0K*, but it would be break the
    agreement because of it by disrupting the market pricing with low prices</u>
    [Underlined by hand]. In addition, its 15" will begin loading for trial run as
    planned.

6.  The volume of '99 planned production and *LG*/*ORION*'s plan to sell to Mainland
    China is as shown above (Chart 1); estimated demands by customers are shown in
    (Chart 4) after discussion by respective *CDT MAKER*.

II. '98 *PC & C-MONITOR* production and sales status (*IN CHINA*)

    *SDD* was the first to provide its color monitor market study on Mainland China by
    its marketing department of headquarters in Korea (Chart 1) - (Chart 3).

_____

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030706.01E
                                                      Translation

(Chart 1) *CHINA C-MONITOR MARKET DEMAND        UNIT: M PCS*

|  | 1997 | | 1998 | | 1999 | |
|---|---|---|---|---|---|---|
| WORLD-WIDE | 76.3 | | 85.2 | | 94.4 | |
| IN CHINA | 11.3 | 15% | 18.2 | 21% | 23.5 | 25% |
|  | | | | | | |
| Taiwanese Markers | 8.8 | 78% | 14.6 | 80% | 18.2 | 77% |
| Korean Makers | 0.3 | 3% | 0.5 | 3% | 1.3 | 6% |
| CHINA LOCAL businesses | 2.2 | 19% | 3.1 | 17% | 4.0 | 17% |
| TTL | 11.3 | 100% | 18.2 | 100% | 23.5 | 100% |

*SOURCE: SDD MARKETING DEPT*

(Chart 2) *CHINA C-MONITOR MARKET DEMAND BY PRODUCT   UNIT: M PCS*

|  | '98 | | | '99 | | |
|---|---|---|---|---|---|---|
|  | W/W | CHINA | % | W/W | CHINA | % |
| 14" | 15.2 | 7.6 | 50% | 9.4 | 6.8 | 72% |
| 15" | 36.5 | 7.4 | 20.3% | 37 | 9.2 | 25% |
| 17" | 28.1 | 2.9 | 10.3% | 39 | 6.5 | 17% |
| 19" | 2.5 | 0.3 | 10.7% | 6 | 0.6 | 10% |
| 21" | 2.6 | 0 | 0 | 3 | 0 | 0 |
| TTL | 85.2 | 18.2 | 21% | 94.4 | 23.5 | 25% |

*SOURCE: SDD MARKETING DEPT*

2

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030706.02E

                    Translation

04/02 '99      15:01   591 3970507      *CPTF*                         003

(Chart 3) 1998 *C-MONITOR DOMESTIC SALES IN CHIAN* [sic]   *UNIT*: *M PCS*

|       | 1997  |       | 1998  |       | 1999  |       |
|-------|-------|-------|-------|-------|-------|-------|
| TTL   | 3.62M |       | 4.15M |       | 4.80M |       |
|       | QTY   | %     | QTY   | %     | QTY   | %     |
| 14"   | 251   | 69.2  | 185   | 44.5  | 170   | 35.5  |
| 15"   | 74    | 20.4% | 187   | 45%   | 245   | 51%   |
| 17"   | 8     | 2.3%  | 20    | 4.8%  | 41    | 8.5%  |
| 19"   | 4     | 1.1%  | 6     | 1.4%  | 7     | 1.5%  |
| MDT   | 25    | 7%    | 17    | 4.3%  | 17    | 3.5%  |

*SOURCE*: (China Information Industry Department—*SDD MARKETING DEPT. RENDER*)

III.      1998/1999 *C-MONITOR* – Market Demand Discussion by Customer (*IN CHINA*)

(Chart 4) 1998 *C-MONITOR DEMAND*/1999 *FORECAST DEMAND IN CHINA*

*UNIT*: *M PCS*

| CUSTOMER        | '98  | '99  | DATA RENDER |
|-----------------|------|------|-------------|
| EMC             | 3    | 5    | SSDD        |
| AOC             | 3.3  | 5    | CPTF        |
| PHS             | 2.2  | 3    | CPTF/PHS    |
| IRICO+ROYAL     | 3    | 3    | PHS         |
| LI-ON           | 1.4  | 3.5  | CPTF        |
| ADI             | 1.2  | 1.3  | CPTF        |
| ACER            | 0.9  | 1.5  | CPTF        |
| COMPAL          | 1.2  | 2    | CPTF        |
| FOUNDER         | 0.8  | 1    | SSDD        |
| XOCECO Xiahua   | 0.5  | 0.7  | SSDD        |
| CGC Changchang  | 0.3  | 0.5  | SSDD        |
| SEC Tiajin      | 0.4  | 0.6  | SSDD        |
| NPG             | 0.6  | 0.9  | SSDD        |
| LG Tongchuang   | 0.1  | 0.4  | LG          |
| FIC             | 0.3  | 0.5  | PHS         |
| DAEWOO Weihai   | 0.3  | 0.6  | IRICO       |
| RIVETEL         | 0    | 0.3  | CPTF        |
| HYUNDAI Tianjin | 0    | 0.6  | SSDD        |
| OTHERS          | 1    | 1    |             |
| TTL             | 19.5 | 31.4 |             |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                        CHU00030707.01E

                                                          Translation

Explanation:

1998 *C-MONITOR* actual production results in Mainland China region reached approximately 19.5*M PCS* after discussion among respective makers. (Our current information shows 16.7*M PCS*), the primary discrepancy is at "*CHINA OTHERS*"; we used 0.14*M PCS* for our estimate, and yet the attendees used 1*M PCS* to approximate. In 1999, production estimate for respective makers of *C-MONITOR* is 31.4*M PCS* (a larger discrepancy comparing to the 23.5*M PCS* shown in Chart 1 & 2). Above-mentioned information is provided for our *MARKETING DEPT*. for reference and reconfirmation purpose only.

[Handwritten:] 1998 Mainland China actual results of *CM* production should be around 20*M*, but 1999 estimated volume should be at least 30*M* to be reasonable!

3

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL      CHU00030707.02E

Translation

04/02 '99      15:01   591 3970507      CPTF                         004

IV. Conclusion

1.      Other than *SHARE* market information mutually, the more important issue for this discussion of global and regional color monitor markets' demand status is to hope that all makers may continue to maintain their efforts in control pricing by production volume of respective sizes.

2.      14"/15" almost have no profits under the current pricing, all makers should continue to persist pricing on 14"/15"; in particular, since *BMCC* has attended the meeting, while respective makers already made sacrifices in output sales volume, it should make specific contribution to the goal of this meeting by not disrupting the market pricing.

3.      <u>As far as how to extend 14"*CDT*'s product lifespan, *SSDD* is especially worried and called out to all makers to put their thoughts together for the benefits of all. If 15"/17" cannot price up again to differentiate price gap to 14", it would be a great concern on the speedy decline on the demands for 14"</u> [Underlined by hand].

4.      *PHS* will be hosting the next meeting. Time: *MARCH* 11, 1999, Location: To be determined at either Shanghai or Nanjing.

--End of report--   Submitted for approval

                    Respectfully submitted by Employee Guang-Hui Dai
                                               *FEB*. 04, 1999

[Handwritten:] Department Manger of Samsung Ming-Zhi Lee continue to stress that the price differential for 14"/15" should be maintained at least *@USD*15↑, otherwise it will speed up the decline of 14". Although I repeatedly explained to him that the decline for 14" demands is because of the market trend, and 15"'s gross profit is much higher than 14", but he still insists on his view (<u>since Shenzhen factory only produces 14"*CDT*</u>) [Underlined]. *PHS* Senior Manager Shao reflected his recommendations to the *TOP MANAGEMENT MEETING*, to either price up on 15"*CDT* selling price or reduce 14"*CDT* pricing.

                    [Initialed:] Chih-Chun (C.C.) Liu 2/5

                    [Initialed:] Jing-Song (Jason) Lu 2/4/1999

                    [Initialed:] Chen-Cheng (Tony) Chien 2/5

                       [Initialed:] Chieng-Yuan (C.Y.) Lin 2/5

                                4

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL              CHU00030708E
                                                Translation

04/02 '99  15:01  ☎591 3970507          CPTF                                    ☒001

接洽報告

**會議主題：大陸 CDT MAKER 市場交流**
時間：FEB.02,1999
地點：深圳
與會人員：
CPTF：呂經理、戴光輝
PHS：邵正豐業務經理、華飛王毅、林嵩
SSDD：李明植部長、楊真
LG：朴鍾鳳課長
ORION：孔泰植(TAE.SIK.KONG)課長
彩虹 IRICO：王昭杰
BMCC：黃新文經理
**本次議題：**
**一、JAN./FEB.'99 & '99 YEAR 產銷訊息交換**
**二、'98 PC & C-MONITOR 產銷狀況(IN CHINA)**
**三、'98/'99 C-MONITOR-客戶別市場需求探討(IN CHINA)**
內容：
**一、JAN./FEB.'99 & '99 YEAR 產銷訊息交換**

UNIT: K PCS

| | '99 JAN. | | | | '99 FEB. | | | | | '99 計畫生產 | '99 計畫銷售 IN CHINA |
| | PROD. | SALES IN CHINA | | | STOCK | PROD. | SALES TO CHINA | | | STOCK | | |
| | | TTL | 外銷 | 內銷 | | | TTL | 外銷 | 內銷 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 華飛 14'' | 72 | 88(68) | (58) | (10) | 86(210) | 60 | 60 | | | 86(210) | 750 | |
| 15'' | | | | | | 10 | | | | 10 | 680 | |
| PHS(BU) 15'' | | 65 | | | | | 60 | | | | | |
| 17'' | | 10 | | | | | 10 | | | | | |
| SSDD 14'' | 100 | 75 | 50 | 25 | 95(SSDD) 30(MSDD) | 60 | 50 | | | 105 | 1800 | |
| 15'' | | | | | | | | | | | 700 | |
| 17'' | | | | | | | | | | | 300 | |
| SDD 15'' | | 186 | | | | | | | | | | |
| 17'' | | 122 | | | | | | | | | | |
| BMCC 14'' | 35 | 20 | | 20 | 60 | 30 | 20 | | 20 | 70 | 120 | |
| 15'' | | | | | | | | | | | 320 | |
| ORION14'' | | 20 | | | | | 10 | | | | | 200 |
| 15'' | | 50 | | | | | 50 | | | | | 900 |
| 17'' | | | | | | | 5 | | | | | 300 |
| IRICO15'' | 54 | 50 | 10 | 40 | 9 | 40 | 41 | | | 8 | 600 | |
| CPTF 14'' | 61 | 73 | 73 | | 108(CPTF) 70(CPTM) | 30 | 70 | | | 68 | 900 | |
| 15'' | 114 | 103 | 103 | | 22 | 95 | 100 | | | 17 | 2400 | |
| LG 15'' | | 120 | | | | | 100 | | | | | 1500 |
| 17'' | | 205 | | | | | 200 | | | | | 2500 |
| TTL 14'' | | 256 | | | 573 | 210 | | | | 453 | 3770 | |
| TTL 15'' | | 574 | | | 31 | | 351 | | | 35 | 4700 | |
| TTL 17'' | | 337 | | | 0 | | 215 | | | 0 | 300 | |
| TTL | | | | | | | | | | | 8770 | |

1

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030705

CPTF

002

說明

1) SSDD：經再次確認，其天津廠(TSED) 15''SKDL 將於今年六月始 M/P，另其深圳廠(SSDD)原定 17'' 今年 10 月可 M/P，但會中李部長未能對其動工時間表示確定。

2) 華飛：前次會議中 PHS 即表示因需報請中國電子訊息部，因此上述 JAN./FEB. 銷售及庫存數據仍應以''( )''內之數字為真實。另其 15''移動擬於 2 月份始少量產出。

3) ORION：1/13 台北定期交流會中原獲悉 3 月停產 14''。經再次確認，MR. 孔稻係 14''S/T 不生產，原 14''將於五月份改為 14''/15''兼容；另 15''Mini 管亦預計五月份推出。

4) BMCC：5/1 始量產 15''CDT。對於 14''以 RMB$455 (IF KEEP BASED ON 10.4 係數作為內銷報價則相當 US$44)遭 PHS/SSDD 等各家之強烈抗議，希望 BMCC 遵守協議不要擾亂市場行情。

5) PHS：14''庫存雖高達 200K 但不會因此而破壞協議以低價擾亂市場行情。另其 15''仍依計畫在 2 月份開始稼動試產。

6) '99 計畫生產及 LG/ORION 計畫銷售至大陸之數量如上(表一)；客戶別之需求預估經各 CDT MAKER 討論後如(表四)所示。

## 二、'98 PC & C-MONITOR 產銷狀況(IN CHINA)

SDD 首先提供其韓國本社市場部門有關中國大陸地區彩監市場之研究如下(表一)~(表三)

(表一)CHINA C-MONITOR MARKET DEMAND　　　　　　　　UNIT: M PCS

|  | '97 年 |  | '98 年 |  | '99 年 |  |
|---|---|---|---|---|---|---|
| WORLD-WIDE | 76.3 |  | 85.2 |  | 94.4 |  |
| IN CHINA | 11.3 | 15% | 18.2 | 21% | 23.5 | 25% |
|  |  |  |  |  |  |  |
| 台商企業 | 8.8 | 78% | 14.6 | 80% | 18.2 | 77% |
| 韓商企業 | 0.3 | 3% | 0.5 | 3% | 1.3 | 6% |
| CHINA LOCAL 企業 | 2.2 | 19% | 3.1 | 17% | 4.0 | 17% |
| TTL | 11.3 | 100% | 18.2 | 100% | 23.5 | 100% |

SOURCE：SDD MARKETING DEPT.

(表二)CHINA C-MONITOR MARKET DEMAND BY PRODUCT　　UNIT: M PCS

|  | '98 |  |  | '99 |  |  |
|---|---|---|---|---|---|---|
|  | W/W | CHINA | % | W/W | CHINA | % |
| 14' | 15.2 | 7.6 | 50% | 9.4 | 6.8 | 72% |
| 15' | 36.5 | 7.4 | 20.3% | 37 | 9.2 | 25% |
| 17' | 28.1 | 2.9 | 10.3% | 39 | 6.5 | 17% |
| 19' | 2.8 | 0.3 | 10.7% | 6 | 0.6 | 10% |
| 21' | 2.6 | 0 | 0 | 3 | 0 | 0 |
| TTL | 85.2 | 18.2 | 21% | 94.4 | 23.5 | 25% |

SOURCE：SDD MARKETING DEPT.

2

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030706

(表三) '98 C-MONITOR DOMESTIC SALES IN CHIAN     UNIT: M PCS

|  | '97 | | '98 | | '99 | |
|---|---|---|---|---|---|---|
| TTL | 362 萬 | | 415 萬 | | 480 萬 | |
|  | Q'TY | % | Q'TY | % | Q'TY | % |
| 14'' | 251 | 69.2 | 185 | 44.5 | 170 | 35.5 |
| 15'' | 74 | 20.4% | 187 | 45% | 245 | 51% |
| 17'' | 8 | 2.3% | 20 | 4.8% | 41 | 8.5% |
| 19'' | 4 | 1.1% | 6 | 1.4% | 7 | 1.5% |
| MDT | 25 | 7% | 17 | 4.3% | 17 | 3.5% |

SOURCE：(中國訊息產業部--SDD MARKETING DEPT.RENDER)

### 三、'98/'99 C-MONITOR-客戶別市場需求探討(IN CHINA)

(表四) '98 C-MONITOR DEMAND / '99 FORCAST DEMAND IN CHINA     UNIT: M PCS

| CUSTOMER | '98 | '99 | DATA RENDER |
|---|---|---|---|
| EMC | 3 | 5 | SSDD |
| AOC | 3.3 | 5 | CPTF |
| PHS | 2.2 | 3 | CPTF/PHS |
| IRICO+ROYAL | 2 | 3 | PHS |
| LI-ON | 1.4 | 3.5 | CPTF |
| ADI | 1.2 | 1.3 | CPTF |
| ACER | 0.9 | 1.5 | CPTF |
| COMPAL | 1.2 | 2 | CPTF |
| FOUNDER | 0.8 | 1 | SSDD |
| XOCECO 廈華 | 0.5 | 0.7 | SSDD |
| CGC 長城 | 0.3 | 0.5 | SSDD |
| SEC(天津) | 0.4 | 0.6 | SSDD |
| NPG | 0.6 | 0.9 | SSDD |
| LG 同創 | 0.1 | 0.4 | LG |
| FIC | 0.3 | 0.5 | PHS |
| DAEWOO(威海) | 0.3 | 0.6 | IRICO |
| RIVETEL | 0 | 0.3 | CPTF |
| HYUNDAI(天津) | 0 | 0.6 | SSDD |
| OTHERS | 1 | 1 |  |
| TTL | 19.5 | 31.4 |  |

說明：
'98 年大陸地區 C-MONITOR 生產實績經各廠家討論後約達 19.5M PCS(我方現有資料為 16.7M PCS)，差異部份主要在''CHINA OTHERS''；我方係以 0.14M PCS 估算，而與會各家則以 1M PCS 概算。另'99 各家 C-MONITOR 生產預估數為 31.4M PCS(與表一、二顯示之 23.5M PCS 差距較大)。上述資料僅提供我 MARKETING DEPT.參考再確認。

'98年大陽 CM 生產實績產版 20M左右，入台'99年預估產量應在可30M 才合理！

3

                                                  CHU00030707

591 3970507   CPTF   004

四、結論

1. 本次探討全球及地區性彩監市場供需情形，除了相互 SHARE 市場訊息外更重要的是希望各家在各尺寸能繼續維持以量制價之行動。

2. 14"/15"在現有價格下幾無利潤，各家應繼續堅持 14"/15"價位。尤其 BMCC 既然與會，在各家已作出達銷量之犧牲後更應對本會議宗旨作出具體之貢獻，不要擾亂市場行情。

3. 對於應如何延長 14" CDT 之產品生命，SSDD 特別憂心並呼籲各家集思廣益。倘若 15"/17"無法再調漲以擴大與 14"之差距，則 14"需求萎縮之速度堪慮。

4. 下次會議由 PHS 主辦。時間：MARCH 11, '99。地點：上海或南京另議

--以上報告--　呈核

職 戴光輝 敬呈
FEB.04, 1999

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030708

# EXHIBIT 14



June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00030734 – CHU00030737.

Abraham I. Holczer

Project Manager

D☐P☐ Exhibit *8421*
Deponent *Wang*
Date *5/8/19* Rptr *BW*

Park Case # 29567

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

[TRANSLATION]

05/04   '99   18:07      591 3970507      CPTF                          001

[Handwritten:]
Tai → Yu
*FAX To CPTC*
Submitted respectfully to Manager Wen-Chun (Tony) Cheng, / Director
→*Tony*
Respective Officers →Du
Submitted for approval

Contact Report

| | |
|---|---|
| Meeting Topic: | China *CDT MAKER* Market Information Exchange |
| Date: | 99/04/02 |
| Location: | Nanjing |
| Attendees: | *CPTF:* Manager Jing -Song (Jason) Lu, Wei-Lie Yu |
| | *PHS:* Manager Zheng-Er Shao, Director Dong Liu |
| | Mr. He Xu, Mr. Bing Ma |
| | *SSDD:* Department Manager Ming-Zhi Li, Manager/Tianjin |
| | Samsung Market Department Yu-Huan Wu, |
| | Mr. Zhen Yang |
| | *ORION:* Mr. Rong-Ji Hong/Shanghai Representative Office |
| | *IRICO:* Mr. Zhao-Jie Wang |
| | *BMCC:* Ms. Ping Zhang |

Content:

I.   Production and Sales Information Exchange for March and April 1999

| | | '99 MAR | | | | | '99 APR [Corrected by hand] | | | | | Plan in '99 | 15" import quantity on March |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PROD | Sales (IN CHINA) | | | Inven-tory | PROD | Sales (IN CHINA) | | | Inven-tory | | |
| | | | total | over-seas | dom-estic | | | total | over-seas | dom-estic | | | |
| CPT | 14" | 123 | 99 | 99 | 0 | 92 | 95 | 126 | 126 | | 61 | 900 | |
| | 15" | 178 | 151 | 151 | 0 | 53 | 162 | 158 | | | 57 | 2,300 | 280 |
| Huafei | 14" | 81 | 85 | 40 | 45 | 186 | 60 | 80 | | | 165 | 500 | |
| | 15" | 48 | 40 | 10 | 30 | 8 | 50 | 50 | | | 8 | 900 | 50 |
| Samsung | 14" | 140 | 120 | 60 | 60 | 95 | 160 | 140 | | | 115 | 1,000 | |
| | 15" | 0 | 0 | | | 0 | 20 | 15 | | | 5 | 700/May B | 170 |
| | 17" | | | | | | | | | | | 500/August B | |
| IRICO | 15" | 62 | 67 | 10 | 57 | 13 | 60 | 63 | | | 10 | 900 | |
| Kitamatsu | 14" | 30 | 32 | | | 50 | 30 | 20 | | | 60 | 35K/M to June B | |
| | 15" | | | | | | | | | | | August B | |

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030734.01E
Translation

| Daewoo | 14" | | 50 | | 50 | | 60 | 6 | | | | **230** | |
| | 15" | | | | 60 | 20 | 300 | 60 | | | | **3,800** | 60 |
| LG | 15" | | | | 70 | | | | | | | | 70 |
| TL | 14" | | 386 | | | | | | | | | **2,580** | |
| | 15" | | 258 | | | | | | | | | **4,950** | 630 |
| | 17" | | | | | | | | | | | **500** | |

*RE:* Cumulative 15" *CDT* sales volume in China for March 1999 was (258+630) = 888K.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

Explanation:

1. Samsung Electronics:

(1) Shenzhen Samsung originally planned to add one new 17" *CDT* line, but due to funding problems it converted the 14" *CDT* production line instead. It is expected that mass production will start in August of this year. The line conversion process will start in May. Department Manager Li indicated that this production line will be designed for a 14"/ 17" single-direction compatible production line.

(2) Starting in April, Tianjin Samsung will use *SKD* to import *ITC* for its 15" *CDT*s delivery. It's expected to officially start mass production in May.

(3) Department Manager Li also indicated that their single 15" *CDT* line in the Malaysian factory will be converted to production of *MINI-NECK* tubes (with mass production starting in April). The single 14" *TV* line will be converted to produce 17" *CDT* (mass production starts in May).

2. Nanjing Huafei:
(1) Looking at the delivery situation for 15" equipment, it is expected that the present 14" *CDT* line will be converted to a 15" *CDT* at 6/*E*~7/*B*. At such time, two lines will be utilized for the production of 15"*CDT*, and it is planned that these will be 14" and 15" *CDT* compatible lines. 14" *CDT* production will be determined on the basis of the inventory and market situation at that time.

(2) Senior Manager Shao stated that since Huafei's 15" *CDT* mass production has increased, production in Taiwan will be reduced at the appropriate time. It is expected to move 2 of its 15" *CDT* production lines to Huafei in '99/*B*.

[Handwritten:] Chubei factory (currently has 15" *CDT Lines* x 5)

3. IRICO:
(1) The cooperation plan with *TSB* for 17" *CDT* has been basically confirmed (capital and project set-up have been completed, and the technology contract was completed during the 15" *CDT* plan implementation). It will convert the current 14" *CPT* production line. The overall plan has not yet been confirmed.

(2) Compared with 1998, IRICO's 15" *CDT* import materials and parts costs have decreased, and its processing technology has been improved. At present, its electronic guns are manufactured by assembling imported spare parts. *DY*s are transferred from Xianyang, China, as well as provided by the Cai Dong Company. Mr. Wang indicated that the company will be striving to increase its production by about 800 ~ 900*K* in 1999 compared with the previous year, and also to reduce the level of losses by 1/2. [Handwritten:] It said that in 1998, from the 15" *CDT Line* alone, *loss*es exceeded 100,000,000 *RMB*].

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

(3) Mr. Wang indicated that handling of *ASC* and *A/G* tube surfaces of its 15" *CDT* products, are the same kind of product. [Handwritten:] That means there is only the *AS* tube model.

4.  Kitamatsu:

At present, their 14" *CDT* is still incompatible for mass production with *CPT* (1/2 line). At present, it has been decided that mass production of the 15" *CDT* will start in August. However, whether or not it will be a full line [illegible] utilization has not yet been determined. Since the 15" *CDT* equipment is already in place, there should be no plans for 17" *CDT* mass production this year.

5.  Daewoo:

Mr. Hong indicated that *CM* is their main purchaser in Shanghai. Originally, it used *SKD* as a transfer port, but 14" *CDT* trade will stop since Korea Daewoo will stop production in May. It is heard that *ORION*'s current 14" *CDT* inventory is around 100K. [Handwritten:] Mainly reserved for *AOC*.

6.  The mass production situations of the respective *CDT-MAKER*s in China, starting from August 1999, are as follows:

| VENDOR | Production Lines | Size | Production Capacity (K/M) |
|---|---|---|---|
| Huafei | 2 | 15" | 120 |
| CPT(F) | 0.5 | 14" | 80 |
| | 1.5 | 15" | 240 |
| Samsung | 1(TSDD) | 15" | 150 |
| | 1(SSDD) | 17" | 100 |
| IRICO | 1 | 15" | 80 |
| Kitamatsu | 0.5 (Temporary) | 15" | 30 |
| TOTAL (K/M) | 14"/80, 15"/630, 17"/100 | | |

[Handwritten:] But *PHS* and *SDD* can change back to producing 14" *CDT* at any time. Also, neither of them have low inventories of finished products.

[Illegible handwriting] 4/5/'99

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030735.02E

                                                                                                          Translation

[Illegible] 18:16          591 3970507          CPTF                    002

II.    Market Information Exchange

    1.    Starting May 1st, the price of 17" *CDT* will officially be increased by *USD* 5 [Handwritten:"?"] (*BASE ON @ USD* 98/*MPR* 2).

    1.    Starting May 1st, the price of 17" *CDT* will officially be increased by *USD* 5 [Handwritten:"?"] (*BASE ON @ USD* 98/*MPR* 2).

    2.    *CM W/W – CHN* Demand Situation and Estimated Volume of 15" *CDT* Domestic Sales in China.

Table 1:

|  |  | W/W | CHN |
|---|---|---|---|
|  | 98 | 85M | 21M (16.5M FOR EXPORT, 4.5M FOR DOMESTIC) |
|  | 99 | 94M | 33M (27M FOR EXPORT, 6M FOR DOMESTIC) |

Table 2:

|  |  | '98(4.5M) | '99(6M) | RE |
|---|---|---|---|---|
| 14" |  | 1.7M | 1M | '99.15" CDT Main Domestic Sale Volumes: |
| 15" |  | 2.3M | 3.2M | CPTF/700K,HF/500K,SDD/500K,LG/500K, |
| 17" |  | 0.5M | 0.8M | IRICO/800K,BMCC/100K, **T.L: 3,100K.** |

    3.    Attendees complained that IRICO's 15" *CDT* sales price is already much lower than the current market price (which, calculated with *64K/ASC.ITC*, should be *RMB* 665). Mr. Wang explained that their 15" (*64K/ASC.ITC*) price is currently *RMB* 630, and that this is the transaction price with Shenzhen IRICO and Weihai Daewoo. After a discussion, the following was decided: to prevent unreasonable prices affecting normal market prices, and since the transaction volume between these two makers is already about 90% of IRICO's production volume, the attendees agreed that this price is considered a price for internal transactions (Weihai had *DY* supply transactions with the other one). Both makers were asked to increase their external sales price to the current market price (which, calculated by using *64K/MPR2.ITC*, should be *RMB* 675, and gradually decrease by *RMB* 10 for each level). [Handwritten:] That is the export price, @*USD* 65 as the price.

    4.    Regarding Kitamatsu: at present the 14" *CDT* price is only *RMB* 420 – 430. This was calculated by using *48K/STD.ITC,* though the current sales price of the 14" is lower than the current market price that was set previously (which is only about *RMB* 470 – 480, as calculated by *STD/K*). In order to ensure that the 14" *CDT* sale prices are orderly and to avoid malicious competition, Kitamatsu was asked to strive to *KEEP* the prices at *RMB* 450. [Handwritten:] *SDD* and *PHS*'s 14" domestic sales prices are probably also only *RMB* 470, or even lower!

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030736.01E

                                                                   Translation

III. Conclusion:

1.  Except for the internal transaction prices given to Cai Huang and Weihai
    by IRICO, the 15" *CDT* sales price for the rest of the makers needs to
    *KEEP* at *RMB* 675 (calculated by using 64K/MPR2.ITC, it should be
    @*RMB* 675 and gradually decrease by *RMB* 10 for each level). Since
    15" *CDT* and *CM* production and sales are roughly balanced in China, it
    is feared that overall the *W/W* supply is greater than demand which will
    affect the maintenance of the 15" price.

2.  In reality, the 14" *CDT* price has now collapsed. Calculated using tube
    *STD/K*, it is currently only *RMB* 470~480 (this is approximately *USD* 46,
    lower than the industry standard price by *USD* 3). In addition, starting in
    August, 1999, except for CPT, all makers will suspend production of 14"
    *CDT*. (Huafei and Kitamatsu will convert it to produce 15" and Samsung
    will convert it to produce 17").

3.  Because transactions in the China market are less standardized,
    especially with payment and tax issues, and we are currently in the *CM*
    slow season, the proposal originally submitted by *CPTF* for a review of
    the change of the USD and RMB exchange rate from 10.4 to 10.6, is
    now temporarily on *HOLD.* [Underlined by hand] and the price
    calculation coefficient of 10.4 shall be retained.

[Handwritten:] At this *meeting*, because we spoke up strongly, the unreasonable
domestic sales prices was seriously reviewed. 15" is the main point in the future and
everyone agreed to go back to the export base price of @*USD* 65 and a price
calculation coefficient for domestic sales of 10.4. IRICO agreed to cooperate, which
should be the key point.

<div align="right">

[Submitted and Signed:] Wei-Lie Yu, 4/5'99
[Initialed:] Chen-Cheng (Tony) Chien, 4/6
[Initialed:] Chih-Chun (C.C.) Liu, 4/6
[Initialed:] Chieng-Yuan (C.Y.) Lin, 4/6
[Initialed:] Jing-Song (Jason) Lu, 4/5 '99

</div>

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030737E

Translation

05/04 '99   18:07   ☎591 3970507          CPTF          001

接洽报告

会议主题：大陆 CDT MAKER 市场交流
时间：99/04/02
地点：南京
与会人员：
CPTF：吕经理，余伟列
PIIS：邵正奎 经理，刘东处长，徐珂'R,马冰'R
SSDD：李明植部长，吴纪焕经理/天津三星市场部，杨真'R
ORION：洪荣基'R/上海代表处
彩虹：王昭杰'R
BMCC：张萍'S
内容：
一、'99.3/4 月产销讯息交换：

| | | '99.MAR | | | | | '99.APL | | | | | '99 计划 | 3 月 15" 进口量 |
| | | PROD | 销售(IN CHINA) | | | 摩存 | PROD | 销售(IN CHINA) | | | 库存 | | |
| | | | 总计 | 外销 | 内销 | | | 总计 | 外销 | 内销 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 华映 | 14" | 123 | 99 | 99 | 0 | 92 | 95 | 126 | 126 | | 61 | 900 | |
| | 15" | 178 | 151 | 151 | 0 | 53 | 162 | 158 | | | 57 | 2300 | 280 |
| 华飞 | 14" | 81 | 85 | 40 | 45 | 186 | 60 | 80 | | | 165 | 500 | |
| | 15" | 48 | 40 | 10 | 30 | 8 | 50 | 50 | | | 8 | 900 | 50 |
| 三星 | 14" | 140 | 120 | 60 | 60 | 95 | 160 | 140 | | | 115 | 1000 | |
| | 15" | 0 | 0 | | | | 20 | 15 | | | 5 | 700/5 月始 | 170 |
| | 17" | | | | | | | | | | | 500/8 月始 | |
| 彩虹 | 15" | 62 | 67 | 10 | 57 | 13 | 60 | 63 | | | 10 | 900 | |
| 北松 | 14" | 30 | 32 | | | | 50 | 30 | 20 | | 60 | 35K/M 至 6 月 | |
| | 15" | | | | | | | | | | | 8 月开始 | |
| 大宇 | 14" | | 50 | | 50 | | | 60 | 6 | | | 230 | |
| | 15" | | | | 60 | 20 | 300 | 60 | | | | 3800 | 60 |
| 金星 | 15" | | | | 70 | | | | | | | 2580 | 70 |
| T.L | 14" | | 386 | | | | | | | | | 2580 | |
| | 15" | | 258 | | | | | | | | | 4950 | 630 |
| | 17" | | | | | | | | | | | 500 | |

RE：'99.3 月 15"CDT 累计于大陆销售量为(258+630)=888K.

CONFIDENTIAL - GRAND JURY MATERIAL                                    CHU00030734

说明:

1. **三星电子:**
   (1) 深圳三星原计划增加一条 17"CDT 新线,因资金问题现由 14"CDT 生产线改制.预计今年 8 月量产.改线动作将于 5 月开始,李部长表示,该生产线将设计为 14"/17"单向兼容生产线.
   (2) 天津三星于 4 月开始以 SKD 进口 ITC 方式 15"CDT 交货.预计 5 月正式量产.
   (3) 另李部长表示,其马厂一条 15"CDT 将改产 MINI-NECK 管(4月量产):一条 14"TV 线改为 17"CDT(5月开始量产).

2. **南京华飞:**
   (1) 视 15"设备到货状况.预计现有一线 14"CDT 将于 6/E~7/B 改产为 15"CDT,届时将有二线稼动 15"CDT.生产线规划为 14"/15"CDT 兼容线,14"CDT 视库存及市况再决定生产.
   (2) 邵经理称,由于华飞 15"CDT 量产增加,台湾部分将适时减产;预计 '99/B 将移转 2 条 15"CDT 生产线到华飞. *钟比赦(应尚有15"CDT Lines x 5)*

3. **彩虹:**
   (1) 与 TS317"CDT 合作案已基本定案(资金/立项已完成,技术合同正在 15"CDT 案进行时完成),将由现 14"CPT 生产线改制,整体计划仍未确定.
   (2) 与'98 年比较,彩虹 15"CDT 进口料成本及制程技术均有所降低与提高,现其电子枪已进口零件组装方式进行,DY 由大陆咸阳偏转及彩东公司提供,王'R 表示其公司争取'99 较去年提高产量至约 800~900K,亏损减少 1/2 水平. *(据说98年亏约15"CDT Lines,即Loss超过 1億 RmB )*
   (3) 另王'R 表示,其 15"CDT 产品管面除理 ASC 与 A/G 为同一种产品. *即只有 AS 类型*

4. **北松:**
   现其 14"CDT 仍为与 CPT 兼容量产(1/2 线),现已定于 8 月开始量产 15"CDT,但是否满线稼动仍未确定;鉴于 15"CDT 设备亦已到位,17"CDT 今年应无量产计划.

5. **大宇:**
   洪'R 表示,其在上海主要系采购 CM,原以 SKD 方式转口 14"CDT 贸易亦因韩国大宇即将于 5月停产而停止,据悉现 ORION14"CDT 库存约 100K. *(主基商保密会见SOC)*

6. '99.8 月起大陆各 CDT-MAKER 量产状况如下:

| VENDOR | 生产线数 | 尺寸 | 产能(K/M) |
|---|---|---|---|
| 华飞 | 2 | 15" | 120 |
| 华映(F) | 0.5 | 14" | 80 |
| | 1.5 | 15" | 240 |
| 三星 | 1(TSDD) | 15" | 150 |
| | 1(SSDD) | 17" | 100 |
| 彩虹 | 1 | 15" | 80 |
| 北松 | 0.5(暂定) | 15" | 30 |
| TOTAL(K/M) | | 14"/80,15"/630,17"/100 | |

*(但 DMS 的 SDD 以随母厂彩回 生产14"CDT,以成品库存别不计。)*

CHU00030735

8:16   ☎591 3970507          CPTF                              ☑002

二、市场讯息交换:
1. 自 5/1 起, 17"CDT 正式调涨 USD5(BASE ON @USD98/MPR2)
2. CM W/W──CHN 需求状况及大陆 15"CDT 内销预计量

表一:

|  | W/W | CHN |
|---|---|---|
| '98 | 85M | 21M  (16.5M FOR EXPORT,4.5M FOR DOMESTIC) |
| '99 | 94M | 33M  (27M FOR EXPORT,6M FOR DOMESTIC) |

表二:

|  | '98(4.5M) | '99(6M) | RE |
|---|---|---|---|
| 14" | 1.7M | 1M | '99.15"CDT 主要内销量为: |
| 15" | 2.3M | 3.2M | CPTF:700K,HF/500K,SDD/500K,LG/500K |
| 17" | 0.5M | 0.8M | IRICO/800K,BMCC/100K,T.L:3100K. |

3. 与会者抱怨彩虹 15"CDT 售价已远低于现市场行情(以 64K/ASC.ITC 计,应为 RMB665),王'R 解释
   其 15"(64K/ASC.ITC)售价现为 RMB630.此价系与深圳彩虹、威海大宇交易价格, 经商定,为避免
   该不合理价格波及正常市场价格、且该两家交易系已占彩虹产量的 90%产量,与会者同意这两家
   因属内部交易(威海与其有 DY 供货交易)之价格, 请其在此售价以外售价调高到市场行情价.(以
   64K/MPR2.ITC 计为@RMB675,逐级递减 RMB10). 即另外销债@inc65-之要债.

4. 关于北松 14"CDT 售价以48K/STD.ITC 计现仅为 RMB420~430.尽管 14"现售价已底于顺定行情(以
   STD/K 计仅约 470~480),但为使 14"CDT 售价有序以避免恶性竞争,请北松努力 KEEP 售价至
   RMB450.  SDD以SPHS 14"切销债不抹折价格4.70-是生之低!

三、结论:
1. 15"CDT 售价除彩虹与彩昺及威海两家内部交易价外, 其余均需 KEEP 在@RMB675(以
   64K/MPR2.ITC 计,规格逐级递减量为 RMB10).另在大陆 15"CDT 与 CM 产销基本平衡情况下,W/W
   整体供过于求恐影响 15"产价之维持.
2. 14"CDT 售价 事实上现已崩盘,以 STD/K 管计,现仅约为 RMB470~480(约 USD46.较行规价低
   USD3).另从'99.8 月起,除中华外,均暂停产 14"CDT.(华飞及北松改作 15",三星改作 17").
3. 鉴于大陆市场交易特点为较不规范,尤其是付款及税负问题,再加上正处于 CM 淡季,愿 CPTF 提议
   检讨将美金与人民币比率由 10.4 改为 10.6 之动议暂 HOLD,仍维持 10.4 之计价系数.

此次Ass7.16 促成双方人高诚降,退直接以1内切销债之不合理措法.

15"考虑味重失,大家同意们归外销底债@inc65-八切销债(抹

较10.4,界虫1市同意战金,亚差关键.

[handwritten signatures and dates]

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030736

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030737

EXHIBIT 15



June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00030752E – CHU00030755.

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

D☐P☐ Exhibit _8422_
Deponent _Wang_
Date _3/8/19_  Rptr _6W_

**[TRANSLATION]**

Contact Report

| | |
|---|---|
| Meeting Topic: | China *CDT MAKER*s Market Information Exchange |
| Time: | May 6, 1999 |
| Location: | Xian |
| Meeting Attendees: | *CPTF:* Manager Jing-Song (Jason) Lu, Wei-Lie Yu |
| | *PHS:* Manager Zheng-Xi Shao/*TWN*, Si-Quan Li/*HK*, Yi Wang/*HF*. |
| | *SSDD:* Manager Yi-Huan Wu/Tianjin Samsung Marketing Department, Section Chief Dong-Huang Xu/Shenzhen Samsung, Zhen Yang *'R* |
| | *ORION*: Tae-Sik Kong |
| | IRICO: Manager Wei-Sheng Li, Shao-Jie Wang *'R* |

Content:

I. Monthly Production and Sales Information Exchange (*K/M*) for April and May 1999:

| | | '99 APL | | | | | '99 MAY | | | | | April 15" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PROD QTY | Sales (IN CHINA) | | | Inventory | PROD QTY | Sales (IN CHINA) | | | Inventory | Import Volume |
| | | | Total | Export | Domestic | | | Total | Export | Domestic | | |
| CPT | 14" | 88 | 16 | 16 | 0 | | 77 | 120 | 100 | 20 | 77 | |
| | 15" | 139 | 149 | 133 | 16 | 46 | 155 | 160 | 90 | 73 | 41 | 120 |
| Huafei | 14" | 60 | 140 | 50 | 90 | 106 | 60 | 100 | | | 66 | |
| | 15" | 55 | 55 | 0 | 55 | 8 | 55 | 55 | | | 8 | 70 |
| Samsung | 14" | 160 | 150 | 90 | 60 | 105 | 150 | 120 | | | 135 | |
| | 15" | 0 | | | 20 | 0 | 40 | 20 | | | 20 | 150 |
| IRICO | 15" | 70 | 73 | 5 | 68 | 10 | 63 | 65 | | | 8 | |
| Kitamatsu | 14" | 28 | 20 | | | 70 | 10 | 20-30 | | | 50-60 | |
| Daewood | 14" | | | 45 | 0 | | | | | | 60 | 45 |
| | 15" | | | 70 | 0 | | | | | | 30 | 70 |
| LG | 15" | | | 70 | | | | | | | | 70 |
| TL | 14" | 336 | 416 | | | | 340 | 360 | | | | 45 |
| | 15" | 264 | 277 | | | | 313 | 300 | | | | 480 |

*RE*: Total 15" *CDT* accumulated sales volume in China as of April '99 was (277+480) =757*K*.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030752.01E

Translation

II. *GLOBAL* 14" *SALES Q'TY IN APRIL & MAY* (*K/M*)

|  | CPT | PHS | SDD | LG | ORION | BMCC | TOTAL |
|---|---|---|---|---|---|---|---|
| '99 APRIL | 220 | 110 | 210 | 40 | 90 | 20 | 690 |
| '99 MAY | 190 | 110 | 220 | 0 | 70 | 20 | 610 |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

Translation

[Stamped:] *FAX OUT*

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030753E

Translation

III. China Production and Sales Comparison (*K/M*) for March to April,1999

| | | '99 March | April | May |
|---|---|---|---|---|
| 14" | LOCAL Production | 374 | 336 | 340 |
| | LOCAL Sales | 336 | 416 | 360 |
| | Import → *CHN* Sales | 50/ Daewoo | 45/ Daewoo | 60/ Daewoo |
| | IN CHN Total Sales | 386 | 461 | 420 |
| 15" | LOCAL Production | 288 | 264 | 313 |
| | LOCAL Sales | 258 | 277 | 300 |
| | Import → *CHN* Sales | 630(CPT/280,PHS/50, SDD/170,DW/60,LG/70) | 480(CPT/120,PHS/70, SDD/150,DW/70,LG/70) | |
| | IN CHN Total Sales | 888 | 757 | |

IV. Explanation:

1. Samsung Electronics:

(1)     Shenzhen Samsung confirmed that the original 14" *CDT* production line will be converted into a 14" and 17" *CDT* single direction compatible production line, and that sales volume for April had increased (+30*K*), mainly as a result of increase in export orders.

(2)     It was planned that starting as May 1st; the *CU* will go from @ *RMB* 20 to @ *RMB* 480 (using a coefficient of 10.4 to calculate @*USD* 46). The planning price for June will be confirmed later.

(3)     Concerning the disposition of *AOC*'s demand about *CDT* prices, in order to maintain the stability of overall *CDT* prices strictly, *SSDD* was advised to refrain from making disturbances that might start another war (especially with respect to *SSDD* ~ *PHS*).

2. Nanjing Huafei:

(1)     Huafei indicated: (1) the current 14"*CDT* price is lower than the cost; (2) 14" *CDT* inventory has been reduced; and (3) the effect of *CM* has meant that the production lines for the overall market for 14" will be reduced. It had already made a public announcement of 14" *CDT* price increases in two phases: (1) starting May 1st, *CU* @ *RMB*15, and (2) starting June 1st, onward, a price increase of *CU* @ *RMB*25, in order to dispel the top management dissatisfaction of *PHS* that 14" sale prices are too low and to respond to the *CU* @ *USD*3 request.

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030754.01E

Translation

(2)   Manager Shao indicated that this month 14" *CDT* sales were good because some customers had heard of an imminent price increase and had placed their orders early. These customers were primarily domestic customers. (From my point of view, the increase in *HF* 14" orders is mainly a result of the increasing effectiveness of Chinese anti-smuggling activities. This has caused requirements for *VAT* invoices to increase, which has caused many of *ORION*'s original customers, such as Guangzhou Guangli and Hangzhou Jin Li Pu and other *CM* domestic sales customers to switch their orders).

(3)   It was also indicated that plans will be postponed for the conversion of the other 14" *CDT* line to 15" *CDT* at 6/*E* ~ 7/*B*, and replaced with conversion to a 17" *CDT* production line at '99/*E*. Starting '20/*B*, 2 to 3 15" *CDT* production lines will be moved from Taiwan to Huafei. Currently, there is one 14" and one 15" production line are kept.

3. IRICO: Requested that IRICO earnestly maintain its 15" transaction prices at the market level of its' customers, with the exception of Weihai Daewoo and Shenzhen Cai Huang, which transaction prices are categorized as intra-group dealings. It also stated that, because the key component *MASK* supply was smooth, 15" *CDT* production volumes increased by about 10*K* this month.

4. Kitamatsu: At present, the 14" *CDT* inventory is as high as 70*K*. The actual 15" *CDT* production plan has not yet become clear. During production in May, they will only use up inventory materials for 10*K* 14".

5. Daewoo: Tae-Sik Kong *'R* indicated that production cessation of 14" *CDT* might be postponed to September. 14" *CDT* prices will be <u>*CU@USD2*</u> starting 4/*E*.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030754.02E

                                                                    Translation

V. Market Information Exchange

1.  Overall sales of 15" *CDT* in China during April were lower than in March. Due to an increase in RMB transactions, the makers should conscientiously maintain their RMB transaction prices starting May 1st.

2.  *SSDD/HF/ORION* have increased the 14" *CDT* price in order to bring it closer to the bottom price that had originally been set in discussions. *HF*'s Manager Shao said that he will contact *SDD*'s Department Manager Li by phone to discuss and confirm synchronized action for adjusting the price.

VI. Conclusion

1.  Due to the initial effectiveness of anti- smuggling activities in China, many previous import channels have been blocked. The requirements of *VAT* receipts for display tubes sold within *CM* China have increased. Since worldwide overall supplies of 14" and 15" *CDT* are still not balanced, the makers should fully use their domestic sales rights to adjust the market supply and demand situation pro-actively and reasonably. Since *SSDD/ HF/IRICO* all operate in the *CDT/CPT* business, they have a competitive edge over *CPT* on the comprehensive tax levied on imported materials and parts and do not have any complaints about a RMB - USD exchange rate at a coefficient of 10.4.

2.  *HF/ORION* have both delayed their original 14" *CDT* production conversion plans. The worldwide 14" *CDT* production capacity can be basically maintained. Will continue to observe the effectiveness of the *SSDD/HF/ORION* price increase for 14" *CDT*. Now the makers all base on their sales price as standard 15" *CDT* sales price that started May 1st, so as to effectively develop and expand *CPTF* in China's share of the *LOCAL* sales market.

3.  Both *HF/SSDD* have proposed their 17" *CDT* development plans in China. With *TSDD/IRICO* 15" *CDT* production capacity further increasing, *LOCAL*ized supply and total domestic sales volume continue to increase day by day, it will gradually become the main size all for which makers compete in the China domestic sales market.

4.  The next meeting will be hosted by *SDD* on 6/3. The location will be confirmed later.

- End of Report -

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030755.01E

[Handwritten:]
After *HQ* complaining and applying pressure to *PHS*' and *SDD*'s top level management, the 14"/15" *CDT* domestic sales price as now rebound. Further watch over *PHS/SDD* to implement the actual target selling price set by the meeting.

Respectfully submitted to the President

[Initialed:] Jing-Song (Jason) Lu, 5/10'99

[Submitted by Signed:] Wei-Lie Yu, 5/1'99

[Signed:] Fan (A.) Tseng, 5/10 '99

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030755.02E

Translation

接 洽 报 告

会议主题：大陆 CDT MAKER 市场交流
时间：99/05/06
地点：西安
与会人员：
CPTF：吕经理，余伟列
PHS：邵正玺经理/TWN，黎思泉/HK，王毅/HF
SSDD：吴正焕经理/天津三星市场部，徐东煜课长/深圳三星，杨真'R
ORION：孔泰植
彩虹：李卫生经理，王昭杰'R

内容：
一、'99.4/5 月产销讯息交换(K/M)：

| | | '99.APL | | | | | '99.MAY | | | | | 4 月 15" |
| | | PROD | 销售(IN CHINA) | | | 库存 | PROD | 销售(IN CHINA) | | | 库存 | 进口量 |
| | | Q'TY | 总计 | 外销 | 内销 | | Q'TY | 总计 | 外销 | 内销 | | |
| 华映 | 14" | 88 | 106 | 106 | 0 | 77 | 120 | 120 | 100 | 20 | 77 | |
| | 15" | 139 | 149 | 133 | 16 | 46 | 155 | 160 | 90 | 73 | 41 | 120 |
| 华飞 | 14" | 60 | 140 | 50 | 90 | 106 | 60 | 100 | | | 66 | |
| | 15" | 55 | 55 | 0 | 55 | 8 | 55 | 55 | | | 8 | 70 |
| 三星 | 14" | 160 | 150 | 90 | 60 | 105 | 150 | 120 | | | 135 | |
| | 15" | 0 | | | 20 | 0 | 40 | 20 | | | 20 | 150 |
| 彩虹 | 15" | 70 | 73 | 5 | 68 | 10 | 63 | 65 | | | 8 | |
| 北松 | 14" | 28 | 20 | | | 70 | 10 | 20~30 | | | 50~60 | |
| 大宇 | 14" | | | 45 | 0 | | | 60 | | | | 45 |
| | 15" | | | 70 | 0 | | | 30 | | | | 70 |
| 金星 | 15" | | | 70 | | | | | | | | 70 |
| T.L | 14" | 336 | 416 | | | | 340 | 360 | | | | 45 |
| | 15" | 264 | 277 | | | | 313 | 300 | | | | 480 |

RE：'99.4 月 15"CDT 累计于大陆销售量为(277+480)=757 K.

二、GLOBAL 14" SALES Q'TY IN APRIL & MAY(K/M)

| | CPT | PHS | SDD | LG | ORION | BMCC | TOTAL |
|---|---|---|---|---|---|---|---|
| '99.APRIL | 220 | 110 | 210 | 40 | 90 | 20 | 690 |
| '99.MAY | 190 | 110 | 220 | 0 | 70 | 20 | 610 |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030752

FAX OUT

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030753

三、'99.3~4 月大陆产、销比较：(K/M)

|  |  | '99.3 月 | 4 月 | 5 月 |
|---|---|---|---|---|
| 14" | LOCAL 产量 | 374 | 336 | 340 |
|  | LOCAL 销量 | 336 | 416 | 360 |
|  | 进口→CHN 销售量 | 50/大宇 | 45/大宇 | 60/大宇 |
|  | IN CHN 总销量 | 386 | 461 | 420 |
| 15" | LOCAL 产量 | 288 | 264 | 313 |
|  | LOCAL 销量 | 258 | 277 | 300) |
|  | 进口→CHN 销售量 | 630(CPT/280,PHS/50, SDD/170,DW/60,LG/70) | 480(CPT/120,PHS/70, SDD/150,DW/70,LG/70) |  |
|  | IN CHN 总销量 | 888 | 757 |  |

四、说明：

1. **三星电子：**

(1) 深圳三星确定原 14"CDT 将改为 14"&17"CDT 单向兼容生产线，4 月销量增加(+30K)主要是其外销订单增加所至。

(2) 已拟定从 5/1 日起CU@RMB20到@RMB480(以 10.4 系数计折@USD46)，6 月拟价待定。

(3) 鉴于 AOC 对 CDT 价格要求之秉性，为彻底维护 CDT 整体价格的有效稳定，奉劝 SSDD 切勿再搅混水以免再起战事(尤其是对 SSDD~PHS 而言)。

2. **南京华飞：**

(1) 华飞表示，鉴于(1)现 14"CDT 实际售价已属低于成本价格，(2)14"CDT 库存降低，(3)整体 14" 市况的生产线已为 CM 界所知将减少效应，已对外宣称分两阶段调涨 14"CDT 售价为：(1)自 5/1 起CU@RMB15，(2)自 6/1 起CU@RMB25，以此消除 PHS 上层对其 14"售价过低之不满及达成 CU@USD3要求。

(2) 邵经理表示，本月 14"CDT 销售较好系因部分客户间即将调涨价格而事先订购所至，而该部分客户主要为内销客户。（依职以为，HF14"订单增加主因大陆打私活动月趋见效，对 VAT 发票要求增加，原 ORION 主要客户如广州广利&杭州金利浦等 CM 内销客户转单所至）

(3) 另表示原将另一线 14"CDT 于 6/E~7/B 改产为 15"CDT 之计划延后，取代为将于 99/E 改线为 17"CDT 生产线；而另将从'20/B 开始自台湾移转 2~3 条 15"CDT 生产线到华飞。即仍现维持 14"/15" 生产线各一条。

3. **彩虹：** 要求彩虹除与威海大宇及深圳彩虹交易价格属内部性质外，应切实维持与其它家客户的 15" 交易价格到市场要求水准。另表示由于关键零件 MASK 供应顺利，本月 15"CDT 产量较前增加约 10K。

4. **北松：** 现其 14"CDT 库存高达近 70K，15"CDT 实际生产计划仍未明确；5 月仅将库存的约 10K14"料件生产完成。

5. **大宇：** 孔泰植'R 表示 14"CDT 停产将可能推迟到 9 月份进行；及 14"CDT 价格从 4/E 开始CU@USD2。

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030754

五、市场讯息交换：

1. 4 月较 3 月 15"CDT 于大陆整体销量减少,但人民币交易量增加；各家切实从 5/1 起务必维护人民币交易价格。

2. SSDD/HF/ORION 各自调高 14"CDT 价格以接近原议定的底价水准；HF 邵经理表示将于 5/13 前与 SDD 李部长电洽,商订调整售价之同一步伐。

六、结论：

1. 由于大陆打私活动已初见效果,原进口渠道纷纷受阻,对内销 CM 所用的显示管之 VAT 发票要求增加；在 14"/15"CDT 全球整体供应仍未平衡状况下,各家应充分运用好手中的内销权,以起到主动、合理调整好市场供需局面。但由于 SSDD/HF/IRICO 系均为 CDT/CPT 兼营,在主要进口料件所征综合税负方面较 CPT 有竞争力,对以 10.4 为美金与人民币计价系数毫无怨言。

2. HF/ORION 均延后原 14"CDT 改线计划,全球 14"CDT 产能仍基本维持,续观察 SSDD/HF/ORION14"CDT 价格调涨效应；在目前各家自 5/1 起统一 15"CDT 售价基础上,有效拓展 CPTF 于大陆 LOCAL 内销市场份额 。

3. HF/SSDD 现均已提出在大陆发展 17"CDT 计划；在 TSDD/IRICO 的 15"CDT 产能进一步提高下,LOCAL 化供应及内销总量日渐加强,渐成为各家争夺大陆内销市场的主要尺寸。

4. 另下次会议预订于 6/3 由 SDD 主办。地点待定。

~以上报告~

EXHIBIT 16



100 Park Ave. 16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.                                          www.consortra.com

STATE of NEW YORK          )
                           )
COUNTY of NEW YORK         )

### CERTIFICATE OF ACCURACY

This is to certify that applicable sections of the attached document, *"SDCRT-0086599 – SDCRT-0086601"*, originally written in *Korean* is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: July 20, 2012

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
~~20th~~ day of *July*,
2012.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

05-11-1999

## Report on a meeting with competitors and on customer visits

Prepared by: Manager Dong Wook Seo/(Shenzhen branch) Support Team/Samsung SDI (March 10, 1999 20:28:09)
Printer: Manager Jae Yup Lee (Sales) Marketing Team/ Samsung SDI (May 11, 1999 08:48:44)

To: Refer to the recipient
From:  Shenzhen Sales Team

We are reporting on the meeting with competitors held on May 6 and on visits to competitors for your information.

1. The meeting with competitors

   A. Date and time: May 6, 1999 (14:00~17:00)

   B. 2nd floor of Shinsegae Hotel (Seoahn)

   C. Participants:  PHS ▶ Frank Shao / Li Enxian
                 CPT ▶ Lu Jingson/Yu Fulie
                 IRICO ▶ Li Weisheng/YAO JUN plus 1 person
                 ORION ▶ Tae Sik Gong
                 SSDO ▶ Ik Hwan Oh/Dong Wook Seo/Jeon Yang

2. April actual and May budget for each company             (Unit: one thousand)

| Company name | Model | April | | | May | | |
|---|---|---|---|---|---|---|---|
| | | P | $ | 1 | P | $ | I |
| PHILIP | 14" | 60 | 140 | 106 | 60 | 100 | 66 |
| | 15" | 55 | 55 | 8 | 55 | 55 | 8 |
| SDD | 14" | 160 | 150 | 105 | 150 | 120 | 135 |
| | 15" | - | 20 | - | 40 | 20 | 20 |
| CPT | 14" | 88 | 106 | 77 | 120 | 120 | 77 |
| | 15" | 139 | 149 | 46 | 155 | 160 | 41 |
| ORION | 14" | | 70 | | | 60 | |
| | 15" | | 45 | | | 30 | |
| IRICO | 15" | 70 | 73 | 10 | 63 | 65 | 8 |
| BMCC | 14" | 28 | 20 | 70 | 10 | | |
| TIL | 14" | 336 | 411 | 353 | 340 | 400 | 278 |
| | 15" | 194 | 367 | 64 | 250 | 335 | 77 |

Note) Due to the nature of the meeting, SSDD's data has been reported conservatively (actual April sales: 166K).

3. Major content

   PHLIPS 14" sales in April increased and sales to AOC besides sales to related companies were 60K (40K in March)
   It was planned to change from a 14" line to a 15" line, the plan was changed to convert to a 17" line in October (not confirmed)

   - It was originally planned to convert ORION's 14" line to 15" M/N.  However, right now the conversion is planned for September due to weak sales of 15" monitors and due to approval delays

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086599E_Translation

05-11-1999

## Report on a meeting with competitors and on customer visits

Prepared by: Manager Dong Wook Seo/(Chenzhen branch) Support Team/Samsung SDI (March 10, 1999 20:29:08)
Printer: Manager Jae In Lee (Sales) Marketing Team/ Samsung SDI (May 11, 1999 08:48:45)

---

- After using 10K of materials, production of BMCC 14" stopped and the plan to modify 15" has not been confirmed.

- There were almost no domestic sales of 14" monitors for Chunghwa, and it is said that the company will start selling in May.
  100K of 14" AOC expected to be supplied

4. Price increase

- In regard to the May price increase of 14" monitors, SSDD, PHS, and CPT reached an agreement, but it is said that PHS notified the customers RMB 15/$1.5.
- Due to the decrease in sales of 15" monitors, competition is expected to become fierce, so the companies agreed to ensure that the price level will not crumble by cooperating to maintain the current price level

5. Other issues

- Chunghwa and PBS are strongly objecting to the supply of SSDD 14" to AOC.  If SSDD provides the supplies, AOC will request price decrease, so 3 companies will encounter difficulties (o discuss with CPT again)

- End -

---------------------------------------------------------------------------------------------------------------------------------

■ Hyundai Electronics (Tianjin)

1. Visited on: May 8, 99
2. Visitors: General Manager  Duk Kyu Song (Purchasing)
           Manager Ik Hwan Oh / Manager Dong Wook Seo

3. Major discussion points

A. Production situation

|        | May | June | July |   |
|--------|-----|------|------|---|
| 14"    | 4K  | 4K   | 4K   | ▷ May inventory used (June 4K purchase planned) |
| 15" (NOR) | 8K | 10K | 15K |   |
| (M/N)  | 12K | 15K | 20K |   |

B. Progress

- It is said that the monthly export of 4K of 14" monitors linked for discussion of 15" monitors for special orders

- MOR Tianjin  and M/N Busan being used with production centered on 15" monitors

- In the early April drop test for Busan's 15" monitors the mask changed.  As a result, 345 PCS's arrived from April 25 (disposal date) up to now

- It is said that production will not encounter any problems because the 17" line is planned as a dual line in October

- Chunghwa Picture Tubes completed the PP approval for 15" monitors

C. In regard to our company's business

  Due to the shortage of 14" monitors while producing 17" monitors in July, demanded to notify 1 month in advance when the demand increases

- Tianjin requested assistance in the event that regular supplies of 15" monitors from Busan are disrupted

Page 2                                             08

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                     SDCRT-0086600E_Translation

05-11-1999

## Report on a meeting with competitors and on customer visits

Prepared by: Manager Dong Wook Seo/(Shimchun branch) Support Team/Samsung SDI (March 10, 1999 20:28:09)
Printer: Manager In Yup Lee (Sales) Marketing Team/ Samsung SDI (May 11, 1999 08:48:44)

---

D. Miscellaneous

- On May 18, Tianjin's Hyundai Electronics factory held an opening ceremony

- Director Ho Yun Kim and General Manager Duk Kyu Song to visit Shenzhen  on May 13 after having a meeting in Hong Kong (Hohu)

- End –

---------------------------------------------------------------------------------------------------------------------------------------

■ JSED

1. Visited on: May 8, 99
2. Visitors: General Manager Jong Joo Kim/Manager Ui Kwan Park
            Manager Ik Hwan Oh / Manager Dong Wook Seo

3. Main discussion points

A. Production situation

|  | May | June | July |
|---|---|---|---|
| 14" | 17k | 17k | 15k |
| 15" (NOR) | 27K | 35K | 35K |
| (M/N) | 12K | 17K | 20K |
| 17" | 12K | 14K | 18K |

B. Progress

- 12K of 14" monitors to be exported to Mexico by July, and for the domestic market the May inventory of 13K will be used
- 15" monitors are being supplied from Korea.  If TSDD is being produced normally, the P/O will be adjusted in May and in June, and TSDD will be used entirely starting June
- PP N-96's from TSDD are expected to arrive on May 11

C. Regarding the quality

- Expressed dissatisfaction regarding improvement on the 14" monitors from Moari, stating that the improvement is inadequate
- Expressed dissatisfaction about the quality of 15" monitors, demanding stabilization in a short period of time
- Director Jae Won Kim from the headquarters to discuss about the current quality issues when visiting on May 14

Page 3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086601E_Translation

EXHIBIT 17



# PARK
## IP TRANSLATIONS

June 20, 2012

**Certification**

<div align="center">

**Park IP Translations**

</div>

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030777 – CHU00030780.

<div>

*Abraham I. Holczer* (signature)

</div>

_____

Abraham I. Holczer

Project Manager

**EXHIBIT**

1314E

**[TRANSLATION]**

[Stamp (illegible)]
[Handwritten:] *To*: Section Chief Du] [Handwritten and circled:] (1/2)

Visitation Report

Subject of Meeting: Mainland China *CDT MAKER* Market Exchange
Date:  June 4, 1999
Location:  Shenzhen
Meeting attendees:  *CPTF* - Senior Manager Jing-Song (Jason) Lu, Guang-Hui Dai
 *PHS* - Senior Manager of Operations Zheng-xi Shao, Director of
   Huafei Color Display System Dong Liu, Bing Ma.
 *SSDD* – Department Manager Ming-zhi Li, Zhen Yang.
 *ORION* – Section Chief *Tae Sik Kong*.
 *IRICO* - Zhao-jie Wang
 *BMCC* - Senior Manager Xin-wen Huang.
Agenda:  1. *May/June* Production and Sales Information Exchange
  2. Price Review
Content:
1. *May/ June* Production and Sales Information Exchange     *UNIT: K PCS*

| | | '99 MAY | | | | | '99 JUNE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PROD. | SALES IN CHINA | | | STOCK | PROD. | SALES TO CHINA | | | STOCK |
| | | | TTL | overseas | Domestic | | | TTL | overseas | domestic | |
| PHS | | | | | | | | | | | |
| Huafei | 14" | 66 | 129 | | | 43 | 80 | 80 | | | 43 | |
| | 15" | 56 | 61 | | | 3 | 65 | 65 | | | 3 | |
| Overseas factories | 15" | | 43 | | | | | 20 | | | | |
| | 17" | | 45 | | | | | 30 | | | | |
| SDD | | | | | | | | | | | |
| SSDD | 14" | 160 | 150 | | | 125 | 80+60 | 140 | | | 125 | |
| | 17" | -- | -- | | | -- | -- | -- | | | -- | August begin M/P |
| TSED | 15" | 30 | 20 | | | 10 | 120 | 100 | | | 30 | |
| Overseas factories 15" | | | 200 | | | | | 220 | | | | |
| | 17" | | 130 | | | | | 130 | | | | |
| BMOC | 14" | 0 | 17 | | | 58 | 0 | 30 | | | 28 | |
| | 15" | -- | -- | | | -- | -- | -- | | | -- | |
| ORION | 14" | | 30 | | | | | 30 | | | | |
| | 15" | | 50 | | | | | 60 | | | | |
| | 17" | | 15 | | | | | 40 | | | | |
| IRICO 15" | | 76 | 71 | | | 15 | 75 | 72 | | | 18 | |
| CPT | | | | | | | | | | | |
| CPTF | 14" | 144 | 113 | | | 107 | 140 | 158 | | | 89 | |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030777.01E
Translation

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15" | 137 | 127 | | | 56 | 150 | 180 | | | 26 | |
| Overseas factories 14" | | 48 | | | | | | | | | |
| 15" | | 232 | | | | | 230 | | | | |
| 17" | | 216 | | | | | 220 | | | | |
| 14" STL | 370 | 487 | | | 333 | 360 | 438 | | | 285 | |
| 15" STL | 299 | 804 | | | 84 | 410 | 947 | | | 77 | |
| 17" STL | -- | 406 | | | -- | | 420 | | | | |
| 14"/15"/17" TTL | 669 | 1697 | | | 417 | 770 | 1805 | | | 362 | |

[Handwritten:] ("Overseas factories" refers to sales volume to Mainland China customers by various *CDT* makers of products not manufactured in Mainland China region)

[Handwritten:] Please *copy x* 1

1

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**

CHU00030777.02E
Translation

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

[Handwritten:] *To* Section Chief Du [Stamp (illegible)]
[Handwritten and Circled:] 2/2

Remarks:

1) *SDD*:   The Shenzhen factory (*SSDD*) 17" and 14" combined line is expected to be converted in 6/20~7/*E* and can only commence formal *M/P* of 17" in August (can supply *TCO TYPE*).   In order to meet the needs of production/sales during the period of changing the line in July, it is expected that 140*K* tubes (including 60*K BARE TUBE*) will be produced in June.   Additionally, the Tianjin factory (*TSED*)'s 15" production target for June is expected to be *MAX* 120*K* as a result of continuing quality problems.   Of the 30*K* units produced in May, approximately 20*K* were supplied to *HECM* (Hyundai Electronics).

2) Huafei Color Display System:   Restated its determination to increase prices. Starting from 6/1, its 14" *BOTTOM PRICE* is *US*$50.   In CDT production line, it currently has one line *FOR* 14" and one line *FOR* 14"/15" combined.   With respect to the 17" *SKDL* (schedule), it is expected that from *Q*4 of 1999 to *Q*1 of 2000, the 14" production line will be converted to produce 17".

3) *Orion*:   The above sales were all made to Taiwanese customers.   At present, the 14" and 15" production percentages for its 14" and 15"*MINI* compatible line are 60%/40%.   It is expected that 14" production will only continue until the first half of September, after that all production will be focused on the 15"*MINI*.   For this reason, the 14" supply for the Mainland China market will *KEEP FOR AOC (ONLY)* prior to December 1999 (30*K/M*).

4) *BMCC*:   Because of poor operation efficiency, the original 15" production plan for this year has already been confirmed as terminated.   At 4/*E* 14" production was shutdown.   Inventory is still being used up and it is expected that after the inventory is depleted in July, further materials will be purchased before *STOP*ping in August. Consideration is being giving to the construction of a new 17"/19" line in the second half of 2000 (unconfirmed).

5) *IRICO*:   With major makers *CPT*, *SDD* and *PH* all determined to maintain prices, *IRICO* is both confident in and expresses support for the adjustment of prices for its major customers, Cai Hong Huang Qi and Weihai Daewoo Electronic Co.   With regard to the sales price conflicts between Cai Hong Huang Qi [Handwritten: "and Beijing Founder Electronics Co. and *PHS*"], they are asked to strengthen their communications.   The 17" technology will be provided by *TSB* (it was said that the contract has been confirmed) [Underlined by hand with a question mark added below the text], but the production *SKDL* has not yet been *CFM*.

2. Price Discussion

The 5/12 *TOP MANAGEMENT* resolution was restated:   domestic sales prices will be adjusted to 14" *MPRII* $50 and 15" *MPRII* $65.   The domestic sales coefficient will be 10.4.   However, starting from 9/1, the domestic sales coefficient will be increased to 10.8 [Underlined by hand]. [Handwritten check mark in left margin.]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030779.01E
Translation

3. The next meeting will be convened by *CPTF*.    Time: *JULY* 9, 1999.    Location: Fuzhou.

- End of report

<div align="right">
Submitted for approval
Submitted by Guang-Hui Dai
*JUNE* 07, 1999
</div>

[Handwritten comments:]

1.  Regarding the price rise adjustment of domestic prices, except for *IRICO* which has concerns, the rest steadfastly agree to follow the resolutions of the 5/21 *TOP MANAGEMENT* meeting.    As for the conflict between *IRICO* and *PHS* over Beijing Founder Electronics Co., ask them both to communicate and coordinate so as not to spoil the more important matters.

2.  Regarding 15", <u>insist on *@USD* 65 x 10.4 for purely domestic sales customers, but each maker has different *@USD*2-3 *REBATE* for so-called major customers, and it is feared that this will affect the current environmental balance</u> [Underlined by hand] *PHS* and *SDD* both made some noise and it is hoped that the price for major customers will be kept in line and be strictly implemented.    [Handwritten check mark in left margin.]

<div align="right">
Respectfully submit to President
[Initialed:] Jing-Song (Jason) Lu 6/7 '99
[Initialed:] Y.M. Peng
*JUN 08* '99
</div>

<div align="center">2</div>

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030779.02E

Translation

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL               CHU00030780E

                                                                    Translation

EXHIBIT 18



June 20, 2012


**Certification**

**Park IP Translations**


This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00029050E – CHU00029051E.


Abraham I. Holczer

Project Manager


EXHIBIT
1315E


Park                          Case                              #                              29567

[TRANSLATION]

[Fax header illegible]
[Entire Document Handwritten]

[Illegible] (*File CPT*)
To Section Chief Du      1/2

CPT Fuzhou Co., Ltd. Sales Department

Customer Contact Report

Contact Date:  6/22 '99

Name of Customer:      *CPT MEETING*

Contact Personnel:      *ORION*: Director Moon
                        *IRICO*: Manager Li, Manager Sha
                        *CPT*: Director Liu, Jing-Song (Jason) Lu

I.    *CPT* production status in China:

    1.   In '99, it is estimated that the 8 major tube makers will produce about 32
      million units.   Among these: 14"x 3M units (*IRICO* x 2.5M, *BMCC* x 0.5M),
      21"x 14.5-15M units (*BMCC* x 2.1M, *HF* x 1.30M, *LG* x 1.5M, *HTC* x 2.6M,
      *IRICO* x 3M, Evernew x 1.5M, *SDD* x 2.1M, Fortune x 0.45M), 25"x 8M
      units, 29"x 6M [Underlined by hand].

    2.   Export status:

        14" x 2.6M units (*IRICO* x 2.2M, *BMCC* x 0.4M)
        21" x 2M units (*SDD* and *LG* as the main.   In addition, *HTC*, *BMCC*, *HF*,
        *IRICO* also have a small amount to export.)
        25"/29" are basically not enough for self-use.

    3.   '99 China *CTV* production volume is estimated to be around 34-35M.

II.   Market status and price increases:

1.   Director Liu and Director Moon both explained the status of market supply and
     demand for 14"/20"/21".   Based on the fact that *CDT* has successfully
     maintained stable prices and that in the second half of the year demand has grown
     and production capacity has decreased, they asked *IRICO* to cooperate and
     synchronize the process of 14" *CPT* price increases.

2.   *IRICO* explained that the current 14" *CPT* sales price (*ITC* tube) to *VESTEL*
     [Circled by hand] is @*USD* 27 and to other customers is @*USD* 28↑.   They
     frankly admitted that their

------

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029050E
Translation

[Illegible] (*File CPT*)

2/2

          CONTENT                                CONTACT ITEMS

pricing is based on their real cost and that they seldom refer to the price of the industry.   They also claimed that the reason they sold to Turkey *VESTEL* at such a low price was because *SDD* (Shenzhen) was competing for the orders.   (*SDD* Shenzhen produced about 0.3M units of 14" *CPT* during the initial stage after starting production).   Since it has a significant ability to self-make accessories materials for 14" *CPT*, there is still some profit with the current sales price.

3.  They very much appreciated the market information provided by *CPT* and *ORION* and are willing to cooperate with the move to increase the price of 14"*CPT*, except that July orders have already been received.   They are willing to increase the overall price beginning in August.   In addition, their basic selling price is slightly lower than that of the big factories by *USD* 1-2.   That was understood by everyone.

4.  Their 21" *ITC* export price quote is *USD* 50, which is a little bit low.   They were asked to review the price and make an appropriate increase.

5.  To enhance *IRICO*'s interactions and information exchange with the outside, temporary agreement was reached that IRICO would be invited to participate in the regular *meeting*s or the irregular meetings arranged by *ORION* and *CPT* in Hong Kong or Shenzhen.

-  End of report –

Submitted respectfully to the President

         [Submitted and Signed:] Employee Jing-Song (Jason) Lu
                                    6/23 '99

                  [Initialed:] Y. M. Peng, *Jun* 24, '99

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**               CHU00029051E
                                                      Translation

EXHIBIT 19



June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00030797 – CHU00030798.

_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

Contact Report

[Handwritten:] *Copy*: Submit to President to keep and read

[Handwritten:] *To*: Section Chief Du 1/2

| | |
|---|---|
| Meeting Main Topic: | Mainland China *CDT MAKER* Market Information Exchange |
| Date: | *July.*09, 1999 |
| Location: | Fuzhou |
| Meeting Attendees: | *CPTF*: Jing-Song (Jason) Lu, Guang-Hui Dai, Wei-Lie Yu, Zun Chen<br>*ORION*: *JUNG-SAENG PARK*<br>*SSDD*: Myoung Sik Lee, Zhen Yang<br>*PHS*: Zheng-Xi Shao, Huafei Dong Liu, Si-Quan Li<br>*IRICO*: Zhao-Jie Wang, Jun Yao |

This Meeting's Topics:

**1. *JUNE/JULY* Production and Sales Information Exchange**

**2. Price Review**

[Handwritten:] 2,856,000,-

Content:

**I. *JUNE/july* Production and Sales Information Exchange**

*UNIT: K PCS*

| | '99 JUNE | | | | | '99 JULY | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PROD. | SALES IN CHINA | | | STOCK | PROD. | SALES TO CHINA | | | STOCK | |
| | | TTL | Overseas | Domestic | | | TTL | Overseas | Domestic | | |
| PHS | | | | | | | | | | | |
| Huafei 14" | 83 | 107 | 65 | 42 | 19 | 65 | 70 | 34 | 36 | 14 | |
| 15" | 71 | 65 | | 65 | 9 | 57 | 57 | 4 | 53 | 9 | |
| Overseas Factories 15" | | 50 | | | | | 76 | | | | |
| 17" | | 50 | | | | | 68 | | | | |
| SDD | | | | | | | | | | | |
| SSDD 14" | 160 | 160 | 140 | 20 | 123 | 0 | 123 | 103 | 20 | 0 | |
| 17" | | | | | | | | | | | August B M/P |
| TSED 15" | 80 | 80 | 40 | 40 | 0 | 120 | 120 | 75 | 45 | 0 | |
| Overseas Factories 15" | | 233 | | | | | | | | | |
| 17" | | 99 | | | | | | | | | |
| BMCC 14" | 30 | 27 | | | 30 | 0 | 22 | | | 8 | |

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030797.01E

Translation

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ORION 14" | | 30 | | | | | 30 | | | | |
| 15" | | 40 | | | | | 60 | | | | |
| 17" | | 40 | | | | | 20 | | | | |
| IRICO 15" | 91 | 81 | | | 25 | 95 | 75 | | | 45 | |
| CPT | | | | | | | | | | | |
| CPTF 14" | 136 | 153 | 152 | 1 | 90 | 145 | 170 | 170 | 0 | 65 | |
| 15" | 149 | 180 | 110 | 70 | 25 | 150 [Circled by hand] | 168 | 92 | 76 | 7 | |
| Overseas Factories 14" | | 12 | | | | | 38 | | | | |
| 15" | | 323 | | | | | 350 | | | | |
| 17" | | 349 | | | | | 350 | | | | |
| 14" STL | 409 | 489 | | | | 210 | 453 | | | | |
| 15" STL | 391 | 1052 | | | | | 906 | | | | |
| 17" STL | -- | 538 | | | | | 438 | | | | |
| 14"/15" 17" TTL | 800 | 2079 | | [Handwritten: "238"] | | | 1797 | | | | |

Explanation:

1) *CPTF*:

    *A)* We explained that among the 90*K* of the 14" inventory, a considerable number are bare tubes that resulted from the late supply of *DY*.

    *B)* All meeting attendees are concerned about the *F* plant's third phase construction plan.   We responded that there will be 2 compatible *LINES*: 15"/17" and 17"/19" as planned.   Production lines are planned to be transferred from Taiwan.

2) *SDD*: The Shenzhen factory (*SSDD*) 14"*CDT* was converted into a 14"/17" August B M/P compatible line in accordance with plans during the last week of June~July. It is expected that in August,

1

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**        CHU00030797.02E

Translation

[Handwritten:]   *2/2*

*M/P* of 17" can be formally commenced (can supply *TCO TYPE*).    In addition, the Tianjin factory (*TSED*) produces 15" *NON TCO TYPE*.    Since there are still some quality problems, the estimated production target of June was 120*K*, the actual figure was only 80*K*.

3) *PHS*: Among the Huafei production lines, currently only one line is *FOR* 14", and one line is *FOR* 14"/15" compatible.    *It is estimated to convert the* 14"/17" *compatible line in Q*1 *next* year.    [Italicized in the original text].

4) *ORION*: Its 14" supply *FOR AOC* (*ONLY*) was 30*K/M*.    In addition, among the 60*K* 15" sales in July, *AOC/EMC* each occupied about 1/2.

5) *BMCC*: Because of the poor operational efficiency, production of 14" was stopped at 4/*E*.    The inventory is still being digested.    It is expected that after the inventory is consumed in July, it is planned in August to bring in some materials then immediately *STOP*.

6) *IRICO*: All 15" productions were 64*KHZ AS TYPE* (*ONLY*).    The 17" technology comes from *TSB* (it was claimed that a contract has already been confirmed).    It is estimated that in 2*Q* of 2000, *M/P* of 17" *CDT* will formally commence (in *Q*4 of '99, the 14" *TV LINE* will be used for alteration).

II. Price Review

A) The price of 14" *IN CHINA* has already been adjusted to *MPRII US*$50. However, in accordance with the 6/23 *TOP MANAGEMENT*'s resolution, on the basis of a price of *US*$50, the index for the 14" domestic sales price in *CHINA* will be increased on 8/1 from 10.4 → 10.8, and the price for sales outside of *CHINA* will be *MPRII US*$52.    However, all meeting attendees believed that customers could easily be confused by the $50/$52 domestic and overseas prices.    Thus, the following pricing plan was unanimously proposed:

| EFFECTIVE FROM 8/1 | | EFFECTIVE FROM 9/1 | |
| --- | --- | --- | --- |
| 14" MPRII US$50→US$52 | Domestic sales index 10.4 | 14" MPRII US$52 | Domestic sales index 10.8 |
| 15" 64KHZ MPRII Regular customers: US$65→70 KEY ACCOUNT: US$62→67 | Domestic sales index 10.4 | | Domestic sales index 10.8 |

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030798.01E
                                                                                                           Translation

B) In the 6/23 *TOP MANAGEMENT's* resolution concerning the *BOTTOM PRICE* for the 15" 8/1 *KEY ACCOUNT*, the *PHS* meeting minutes says *US*$63 →*US*$68.   This is not consistent with *CPT*'s which is from *US*$62→*US*$67.   *PHS* has already confirmed with its headquarters' Manager Xiu-Li Lin that the quotations of each maker to their *KEY ACCOUNT*s are not consistent with, however, they are uniformly increased by *US*$5 from the current price.

III. The next meeting will be organized by Huafei. Time: *AUG* 5.   Address: Nanjing.

- End of report -          Submitted for approval

<div align="right">

Respectfully submitted by Employee Guang-Hui Dai
*July* 9, 1999

[Initialed:] Jing-Song (Jason) Lu 7/12'99

[Signed:] Afan Tseng 7/12'99

</div>

<div align="center">2</div>

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

<div align="right">

CHU00030798.02E
Translation

</div>

接 治 報 告

會議主題：大陸 CDT MAKER 市場交流
時間：JULY.09,1999
地點：福州

TO: 杜譯長 坐

與會人員：

| CPTF：呂鏡松、戴光輝、余偉列、陳遵 | ORION：JUNG-SAENG PARK |
|---|---|
| SSDD：李明植、楊真 | PHS：邵正豐、華飛劉東、黎思泉 |
| IRICO：王昭杰、姚軍 | |

本次議題：

**一、JUNE/JULY 產銷訊息交換**

**二、價格檢討**

2,876,000,—

內容：

**一、JUNE/july 產銷訊息交換**                                   UNIT: K PCS

| | '99 JUNE | | | | '99 JULY | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | PROD. | SALES IN CHINA | | STOCK | PROD. | SALES TO CHINA | | STOCK | |
| | | TTL | 外銷 | 內銷 | | | TTL | 外銷 | 內銷 | STOCK | |
| **PHS** | | | | | | | | | | |
| 華飛　14" | 83 | 107 | 65 | 42 | 19 | 65 | 70 | 34 | 36 | 14 |
| 　　　15" | 71 | 65 | | 65 | 9 | 57 | 57 | 4 | 53 | 9 |
| 海外廠　15" | | 50 | | | | 76 | | | | |
| 　　　17" | | 50 | | | | 68 • | | | | |
| **SDD** | | | | | | | | | | |
| SSDD　14" | 160 | 160 | 140 | 20 | 123 | 0 | 123 | 103 | 20 | 0 |
| 　　　17" | | | | | | | | | 8 月始 M/P | |
| TSED　15" | 80 | 80 | 40 | 40 | 0 | 120 | 120 | 75 | 45 | 0 |
| 海外廠　15" | | 233 | | | | | | | | |
| 　　　17" | | 99 | | | | | | | | |
| BMCC　14" | 30 | 27 | | | 30 | 0 | 22 | | | 8 |
| ORION　14" | | 30 | | | | | 30 | | | |
| 　　　15" | | 40 | | | | | 60 | | | |
| 　　　17" | | 40 | | | | | 20 | | | |
| IRICO　15" | 91 | 81 | | | 25 | 95 | 75 | | | 45 |
| **CPT** | | | | | | | | | | |
| CPTF　14" | 136 | 153 | 152 | 1 | 90 | 145 | 170 | 170 | 0 | 65 |
| 　　　15" | 149 | 180 | 110 | 70 | 25 | 150 | 168 | 92 | 76 | 7 |
| 海外廠　14" | | 12 | | | | | 38 | | | |
| 　　　15" | | 323 | | | | | 350 | | | |
| 　　　17" | | 349 | | | | | 350 | | | |
| 14"STL | 409 | 489 | | | | 210 | 453 | | | |
| 15"STL | 391 | 1052 | | | | | 906 | | | |
| 17"STL | -- | 538 | | | | | 438 | | | |
| 14"/15"/17" TTL | 800 | 2079 | | 28 | | | 1797 | | | |

說明

1) CPTF：

　　A)我方解釋 14"庫存 90K 中有不少係因 DY 供應不及產生之裸管。

　　B)與會各家關心 F 廠第三期工程計畫。我方回覆以 15"/17"；17"/19"兼容之 2 LINES 規
　　　劃。生產線則規劃由台灣移轉。

2) SDD：深圳廠(SSDD)14"CDT 依計畫於 6 月最後一週~7 月份改 14"/17"兼容線，預計 8 月

1



始可正式 M/P 17''（可供應 TCO TYPE）。另天津廠（TSED）—生產 15''NON TCO TYPE，因尚有些品質問題，6 月份預計生產 120K，實際僅 80K。

3) PHS：華飛生產線目前為一線 FOR14''另一線 FOR 14''/15''兼容，*預計明年 Q1 改 14''/17'' 兼容線*。

4) ORION：其 14''供應係 FOR AOC(ONLY)30K/M。，另 7 月份之 15''銷售 60K 中 AOC/EMC 約各佔 1/2。

5) BMCC：因經營效率差，4/E 即停產 14''，庫存仍在消化中，估計 7 月消化完後擬於 8 月份再進些料即 STOP。

6) IRICO：15''生產均屬 64KHZ AS TYPE(ONLY)。17''技術來自 TSB(據稱合同已確定)，預計 2000 年 2Q 始正式 M/P 17''CDT('99 年 Q4 用 14''TV LINE 改)。

二、價格討論

A) 14''IN CHINA 之價位已調至 MPRII US$50。而依 6/23 TOP MANAGEMENT 決議，在 US$50 基礎下，14''CHINA 內銷價格自 8/1 起係數由 10.4➔10.8，而 CHINA 以外之價格為 MPRII US$52。惟本次會議之與會各家均認為此易造成客戶對內外銷$50/$52 兩個價位之混淆。因此一致建議如下價格方案：

| EFFECTIVE FROM 8/1 | | EFFECTIVE FROM 9/1 | |
|---|---|---|---|
| 14''MPRII US$50➔US$52 | 內銷係數 10.4 | 14''MPRII US$52 | 內銷係數 10.8 |
| 15''64KHZ MPRII<br>一般客戶：US$65➔70<br>KEY ACCOUNT：US$62➔67 | 內銷係數 10.4 | | 內銷係數 10.8 |

B) 6/23 TOP MANAGEMENT 決議中有關 15''8/1 KEY ACCOUNT 之 BOTTOM PRICE，PHS 之會議記錄為 US$63➔US$68，與 CPT 之 US$62➔US$67 不一致，PHS 已與其總部林秀立經理確認各家對 KEY ACCOUNT 報價不一之事實，但統一由現價漲 US$5。

三、下次會議由華飛主辦。時間：AUG 5。地點：南京。

--以上報告-- 呈核

職 戴光輝 敬呈
JULY.9, 1999

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030798

# EXHIBIT 20



STATE of NEW YORK　　　)
　　　　　　　　　　　　)　　　　ss:
COUNTY of NEW YORK　　)

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"SDCRT-0086672 – SDCRT-0086674"*, originally written in *Korean*, is to the best of our knowledge and belief, a true, accurate and complete translation into *English*.

Dated: November 4, 2013

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
_____ day of _November_,
2013.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

Your
legal
translation
partner

## 해외출장 경비 정산서

### (일반)

| | 입안 | 심의 | 결정 |
|---|---|---|---|
| | 이순곤 | 송인환 | 송인환 |

보고서확인부서

| 출장자 | 부서: CDT판매팀장 | | | | | |
|---|---|---|---|---|---|---|
| | 급호: B3B—01    직위: 주임    성명: 이순곤    사원번호: 9611542 | | | | | |
| 출장지 | 대 만 | | ◉ A지역 | ◉ B지역 | ◉ C지역 | |
| 출장기간 | 1998년07월14일 —1998년07월18일 | (4박5일) | | | | |
| 출장목적 | 7월 ORDER 협의 및 19" T/R 입회 | | | | | |

| | | 출장여비발생내역 | | | | |
|---|---|---|---|---|---|---|

| 구분 | 내역 | | | 화폐 | 현지화 | 환율 | 금액(원) |
|---|---|---|---|---|---|---|---|
| 교통비 | 해외출장시 시니 19980714 버스 | 본사 | 김포공항 | KRW | 0.00 | 0.00 | 5,000 |
| 교통비 | 해외출장시 시니 19980715 택시 | 대만사무소 | 필립스 | NTD | 1,200.00 | 39.50 | 47,400 |
| 교통비 | 해외출장시 시니 19980716 택시 | 대만사무소 | 필립스 | NTD | 1,200.00 | 39.50 | 47,400 |
| 교통비 | 해외출장시 시니 19980718 버스 | 대만사무소 | CKS AIRPORT | NTD | 120.00 | 39.50 | 4,740 |
| 숙박비 | 숙박비 정산 | | | USD | 420.00 | 1,350.02 | 567,008 |
| 일당 | 일당 정산 | | | USD | 250.00 | 1,350.02 | 337,505 |
| 사용 | 공항사용료 | | | NTD | 300.00 | 39.50 | 11,850 |
| 항공료 | SEL-TPE | | | KRW | 0.00 | 0.00 | 384,000 |
| 합계 | | | | | | | 1,404,903 |

1998년 08월 01일

상기 금액을 정히 영수함.

성명: 이순곤

98000001

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086256

### China Same Industry Meeting (August)

☐ Time: August 5, 1999
☐ Place: Hyunmu Restaurant in Nanjing, China
☐ Participants:
  - PHILIPS: Su Hwa Lee, FRANK, Young Ma, Dong Yoo, Sa Chun illegible
  - IRICO: Ui Seng Lee, Mr. Sa, So Kul Wang   Chinese: Zhaojie Wang
  - SSDD: Myung Sik Lee, Jin illeible
  - ORION: Jung Seng Park, Myung Hak Oh
  - CPT: C.C. LIU, Kyung Song, illegible, Ui Yul Seo
  - BMCC: Shin Moon Hwang

☐ Major contents
1. Special lecture by MR. C.C.LIU (CPT headquarters administrator)
  1) The industry meetings should remain confidential considering the international regulation of antitrust laws
  2) F/UP on China regarding the top meeting decision
  3) Discussions focused on 14"/15" prices

July PSI for each company and August plan (Refer to Attachment 1 for details)
  - PHILIPS: 14"   17" to take place next February, production expected in March (14/17" dual)
  - CPT: 2 17" lines expected in August and September of next year
      ☞ Current domestic customers: AOC, PHILIPS, EMC, AND ACER
  - IRICO: 17" production to start the year after next year
        15" MAX CAPA = 120K/M (P + F + DY domestic production)
  - BMCC: 14" expected to resume in September
  - ORION: 14"/15" AOC sales decrease

2. Production of monitors in China in the 1st half of '99 (Refer to Attachment 2)

3. Price issues (based on MPR II): bottom price for key accounts

| SIZE | August | | September | |
|------|--------|--|-----------|--|
|      | Export price | Domestic price | Export price | Domestic price |
| 14"  | $52 | RMB540 | $52 | RMB561 |
| 15"  | $68 | RMB707 | $68 | RMB illegible |
| 17"  | $93 | RMB967 | $93 | RMB 1,004 |

1/3                    99000080

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation          SDCRT-0086672E_Translation
FINAL TRANSLATION

☐ Attachment 1 PSI and August Plan for companies

| Customer | SIZE | July | | | | | August | | | | | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Production | Sales | | | Inventory | Production | Sales | | | Inventory | |
| | | Total | Total | Domestic | Export | | | Total | Domestic | Export | | |
| PHS | 14" | 65 | 82 | 50 | 32 | 2 | 65 | 65 | 45 | 20 | 2 | |
| | 15" | 57 | 63 | 63 | | 3 | 61 | 62 | 62 | | 2 | |
| | 15" * | | 121 | | 121 | | | 90 | | 90 | | |
| | 17" * | | 72 | 40 | 32 | | | 80 | 30 | 50 | | |
| CPT | 14" | 148 | 181 | 10 | 171 | 57 | 160 | 176 | 10 | 166 | 41 | |
| | 14" * | | 50 | | 50 | | | 70 | | 70 | | |
| | 15" | 159 | 161 | 76 | 85 | 25 | 160 | 159 | 65 | 94 | 26 | |
| | 15" * | | 406 | | 406 | | | 348 | | 348 | | |
| | 17" * | | 416 | | 416 | | | 482 | | 482 | | |
| BMCC | 14" | 0 | 27 | 27 | | 8 | | | | | 1 | 7 |
| | 15" | | | 87 | | | | | | | | |
| IRICO | 15" | 80.5 | 87 | | | 18.5 | 85 | 80 | 80 | | 23.5 | |
| ORION | 14' * | | 10 | | 10 | | | 20 | | 20 | | |
| | 15" * | | 30 | | 30 | | | 70 | | 70 | | 14' reduced |
| | 17" * | | 25 | | 25 | | | 30 | | 30 | | |
| SDD | 14" | | 123 | 40 | 83 | | 165 | 165 | 55 | 110 | | |
| | 15" | 120 | 120 | 50 | 70 | | 150 | 150 | 70 | 80 | | |
| | 15" * | | 230 | | 230 | | | 230 | | 230 | | |
| | 17" * | | 230 | | 230 | | | 230 | | 230 | | |
| | 17" (SKD) | 10 | | | 10 | | | | | | | |
| LG | 14" * | | | | | | | | | | | |
| | 15" * | | | | | | | | | | | |
| TTL | 14" | 213 | 413 | 127 | 286 | 67 | 390 | 406 | 110 | 297 | 50 | |
| | 14" * | 0 | 60 | 0 | 60 | 0 | 0 | 90 | 0 | 90 | 0 | |
| | 15" | 416.5 | 431 | 276 | 155 | 46.5 | 456 | 451 | 277 | 174 | 51.5 | |
| | 15" * | 0 | 787 | 0 | 787 | 0 | 0 | 738 | 0 | 738 | 0 | |
| | 17" * | 10 | 743 | 40 | 703 | 10 | 0 | 822 | 30 | 792 | 0 | |

Asterisk: Non-originating monitors

99000181

2/3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

SDCRT-0086673E_Translation

☐ Attachment 2 Monitor production in China in the 1st half of '99

| NO | 企業 | 14" | MAIN | 15" | MAIN | 17" | MAIN | 19" | MAIN | TTL |
|----|------|-----|------|-----|------|-----|------|-----|------|-----|
| 1 | AOC | 650 | C / P / O | 880 | C / P / O | 467 | L / P / C | 28 | | 2,025 |
| 2 | EMC | 285 | S / C | 600 | S / C | 450 | S / C | 70 | | 1,405 |
| 3 | LITE-ON | 137 | C | 510 | C | 663 | C | 1 | | 1,311 |
| 4 | PHS(上海) | 238 | P | 557 | P / C | 394 | P / C | 1 | | 1,190 |
| 5 | ADI | 210 | S | 730 | S / T | 110 | H / T | 0 | | 1,050 |
| 6 | COMPAL | 11 | C | 396 | C / S | 345 | C / S | 0 | | 752 |
| 7 | NPG | 0 | | 387 | S | 166 | T / H | 7 | | 540 |
| 8 | TSED | 55 | S | 410 | S / T | 60 | S / T | 0 | | 525 |
| 9 | MAG | 20 | S | 230 | S / SY | 230 | T / SY / S | 0 | | 480 |
| 10 | ROTAL | 0 | | 0 | | 410 | L / TE | 13 | L | 423 |
| 11 | ACER | 91 | P / C | 237 | P / C / S | 79 | P | 0 | | 407 |
| 12 | PHS(泰州) | 36 | C / P | 193 | C | 155 | C / M | 0 | | 384 |
| 13 | IRICO | 50 | P | 280 | I / P | 20 | P / C | 2 | | 352 |
| 14 | DELTA | 0 | | 60 | T | 250 | S / C / L | 10 | | 320 |
| 15 | CGC | 145 | S/P/B/O/L | 100 | L / P | 0 | | 0 | | 245 |
| 16 | DAEWOO(W) | 40 | S | 194 | I / S | 6 | S | 0 | | 240 |
| 17 | Q-RUN | 10 | S | 78 | C / S | 139 | C / S | 7 | | 234 |
| 18 | K-TRON | 170 | C | 29 | C | 3 | C | 0 | | 202 |
| 19 | FIC | 15 | S / C | 100 | L | 60 | L / P / C | 5 | | 180 |
| 20 | GVC | 20 | S | 55 | S / C / L | 17 | L / C | 0 | | 150 |
| 21 | SP-T | 45 | S | 79 | S / C | 0 | | 0 | | 145 |
| 22 | XOCECO | 60 | | 0 | S / L | 20 | C | 0 | | 145 |
| 23 | KFC | 8 | P | 40 | S / C | 41 | L | 0 | | 128 |
| 24 | WESTLAKE | 0 | L | 80 | | 110 | MIT | | | 110 |
| 25 | T-SOMA | 60 | P | 40 | P | 0 | | 0 | | 100 |
| 26 | LG(TONTRU) | 10 | L | 80 | L | 10 | L | | | 100 |
| 27 | FOUNDER | 50 | B / P | 40 | I / P | 0 | | | | 90 |
| 28 | JIANSONG | 0 | | 78 | C | 0 | | | | 78 |
| 29 | KTC | 60 | B / S | 10 | I | 0 | | | | 70 |
| 30 | KSAI | 47 | S | 18 | S / I | 2 | S | | | 67 |
| 31 | HEMC | 12 | S | 53 | S | 0 | | | | 65 |
| 32 | LIKON | 30 | S | 30 | L / S | 0 | | | | 60 |
| 33 | DTS | 40 | P | 20 | P | 0 | | | | 60 |
| 34 | LANGUANG | 40 | O / P | 15 | L | 0 | | | | 55 |
| 35 | YUAN ZIN | 10 | S | 22 | L | 17 | L | | | 49 |
| 36 | COVEFORD | 15 | | 15 | | 12 | | | | 42 |
| 37 | BIGTIDE | 0 | | 35 | P | 0 | | | | 35 |
| 38 | GUANLI | | | 24 | | 0 | | | | |
| 39 | OTHERS | 20 | | 10 | | 2 | | | | 32 |
| | TOTAL | 2,690 | | 6,798 | | 4,238 | | 144 | | 13,870 |
| | % | 19% | | 49% | | 30.56% | | 1.04% | | |

99000182

* S→SDD, C→CPT, P→PHILIPS, B→BMCC, O→ORION, T→TOSHIBA, L→LG,
MIT→MITSUBISHI, M→MASUSHITA, H→HITACHI, TE→TECO

3/3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

SDCRT-0086674E_Translation

## 중국 동업계 Meeting (8월)

☐ 時　　間: 1999/08/05
☐ 場　　所: 中國 南京, 玄武大酒店
☐ 參席人員:
　　－PHILIPS　李修華, FRANK, 馬氷, ,劉東, 魏思泉
　　－IRICO　　李衛生, MR.沙, 王昭杰
　　－SSDD　　李明植,楊眞
　　－ORION　　朴正生, 吳明學
　　－CPT　　　C.C.LIU, 呂鏡松, 余偉列
　　－BMCC　　黃新文

☐ 주요 내용
1. MR. C.C.LIU (CPT 본사 업무처장) 특강
　　1) 독과점 금지의 국제 법규를 고려, 동업계 Meeting 비밀 유지
　　2) Top Meeting 결정에 대해 중국대륙 F/UP
　　3) 14" / 15" 가격 중점 논의

　. 7월 업체별 PSI 및 8월 계획 (상세 내용 첨부1 참조)
　　－ PHILIPS: 14" → 17" 내년 2월 개조, 3월 생산 예정(14/17" 겸용)
　　－ C P T : 17" 2 Line 내년 8~9월 예정
　　　　　　　☞ 현재 내수판매처; AOC, PHILIPS, EMC, ACER
　　－ IRICO : 17" 생산 내년이후로 연기
　　　　　　　15" MAX CAPA = 120K/M (P +F +DY 국산화)
　　－ BMCC : 14" 9월 재개 예정
　　－ ORION : 14"/15" AOC 판매 감소

3. '99 상반기 중국 MONITOR 생산 실적 (첨부 2 참조)

4. 가격문제(MPR Ⅱ기준); Bottom Price For Key Account

| SIZE | 8월 | | 9월 | |
|---|---|---|---|---|
| | 수출가 | 내수가 | 수출가 | 내수가 |
| 14" | $52 | RMB540 | $52 | RMB561 |
| 15" | $68 | RMB707 | $68 | RMB680 |
| 17" | $93 | RMB967 | $93 | RMB1,004 |

1/3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086672

## □ 첨부 1. 7월 업체별 PSI 및 8월 계획

| 거래선 | SIZE | 7월 | | | | | 8월 | | | | | 비고 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 생산 | 판매 | | | 재고 | 생산 | 판매 | | | 재고 | |
| | | | 총계 | 내수 | 수출 | | | 총계 | 내수 | 수출 | | |
| PHS | 14" | 65 | 82 | 50 | 32 | 2 | 65 | 65 | 45 | 20 | 2 | |
| | 15" | 57 | 63 | 63 | | 3 | 61 | 62 | 62 | | 2 | |
| | 15" * | | 121 | | 121 | | | 90 | | 90 | | |
| | 17" * | | 72 | 40 | 32 | | | 80 | 30 | 50 | | |
| CPT | 14" | 148 | 181 | 10 | 171 | 57 | 160 | 176 | 10 | 166 | 41 | |
| | 14" * | | 50 | | 50 | | | 70 | | 70 | | |
| | 15" | 159 | 161 | 76 | 85 | 25 | 160 | 159 | 65 | 94 | 26 | |
| | 15" * | | 406 | | 406 | | | 348 | | 348 | | |
| | 17" * | | 416 | | 416 | | | 482 | | 482 | | |
| BMCC | 14" | 0 | 27 | 27 | | 8 | | | | 1 | 7 | |
| | 15" | | | 87 | | | | | | | | |
| IRICO | 15" | 80.5 | 87 | | | 18.5 | 85 | 80 | 80 | | 23.5 | |
| ORION | 14" * | | 10 | | 10 | | | 20 | | 20 | | 14" 감소 |
| | 15" * | | 30 | | 30 | | | 70 | | 70 | | |
| | 17" * | | 25 | | 25 | | | 30 | | 30 | | |
| SDD | 14" | | 123 | 40 | 83 | | 165 | 165 | 55 | 110 | | |
| | 15" | 120 | 120 | 50 | 70 | | 150 | 150 | 70 | 80 | | |
| | 15" * | | 230 | | 230 | | | 230 | | 230 | | |
| | 17" * | | 230 | | 230 | | | 230 | | 230 | | |
| | 17" (SKD) | 10 | | | | 10 | | | | | | |
| LG | 14" * | | | | | | | | | | | |
| | 15" * | | | | | | | | | | | |
| TTL | 14" | 213 | 413 | 127 | 286 | 67 | 390 | 406 | 110 | 297 | 50 | |
| | 14" * | 0 | 60 | 0 | 60 | 0 | 0 | 90 | 0 | 90 | 0 | |
| | 15" | 416.5 | 431 | 276 | 155 | 46.5 | 456 | 451 | 277 | 174 | 51.5 | |
| | 15" * | 0 | 787 | 0 | 787 | 0 | 0 | 738 | 0 | 738 | 0 | |
| | 17" * | 10 | 743 | 40 | 703 | 10 | 0 | 822 | 30 | 792 | 0 | |

* 표시는 역외산 의미함

99000181

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086673

□ 첨부 2. '99 상반기 중국 MONITOR 생산 현황

| NO | 고 객 | 14" | MAIN | 15" | MAIN | 17" | MAIN | 19" | MAIN | TTL |
|----|-------|-----|------|-----|------|-----|------|-----|------|-----|
| 1 | AOC | 650 | C / P / O | 880 | C / P / O | 467 | L / P / C | 28 | | 2,025 |
| 2 | EMC | 285 | S / C | 600 | S / C | 450 | S / C | 70 | | 1,405 |
| 3 | LITE–ON | 137 | C | 510 | C | 663 | C | 1 | | 1,311 |
| 4 | PHS(소주) | 238 | P | 557 | P / C | 394 | P / C | 1 | | 1,190 |
| 5 | ADI | 210 | S | 730 | S / T | 110 | H / T | 0 | | 1,050 |
| 6 | COMPAL | 11 | C | 396 | C / S | 345 | C / S | 0 | | 752 |
| 7 | NPG | 0 | | 367 | S | 166 | T / H | 7 | | 540 |
| 8 | TSED | 55 | S | 410 | S / T | 60 | S / T | 0 | | 525 |
| 9 | MAG | 20 | S | 230 | S / SY | 230 | T / SY / S | 0 | | 480 |
| 10 | ROYAL | 0 | | 0 | | 410 | L / TE | 13 | L | 423 |
| 11 | ACER | 91 | P / C | 237 | P / C / S | 79 | P | 0 | | 407 |
| 12 | PHS(동관) | 36 | C / P | 193 | C | 155 | C / M | 0 | | 384 |
| 13 | IRICO | 50 | P | 280 | I / P | 20 | P / C | 2 | | 352 |
| 14 | DELTA | 0 | | 60 | T | 250 | S / C / L | 10 | | 320 |
| 15 | CGC | 145 | S/P/B/O/L | 100 | L / P | 0 | | 0 | | 245 |
| 16 | DAEWOO(W) | 40 | S | 194 | I / S | 6 | S | 0 | | 240 |
| 17 | Q–RUN | 10 | S | 78 | C / S | 139 | C / S | 7 | | 234 |
| 18 | K–TRON | 170 | C | 29 | C | 3 | C | 0 | | 202 |
| 19 | FIC | 15 | S / C | 100 | L | 60 | L / P / C | 5 | | 180 |
| 20 | GVC | 20 | S | 65 | S / C / L | 17 | L / C | 0 | | 150 |
| 21 | SP–T | 45 | S | 79 | S / C | 0 | | 0 | | 145 |
| 22 | XOCECO | 60 | | 0 | S / L | 20 | C | 0 | | 145 |
| 23 | KFC | 8 | P | 40 | S / C | 41 | L | 0 | | 128 |
| 24 | WESTLAKE | 0 | L | 80 | | 110 | MIT | | | 110 |
| 25 | T–SOMA | 60 | P | 40 | P | 0 | | 0 | | 100 |
| 26 | LG(TONTRU) | 10 | L | 80 | L | 10 | L | | | 100 |
| 27 | FOUNDER | 50 | B / P | 40 | I / P | 0 | | | | 90 |
| 28 | JIANSONG | 0 | | 78 | C | 0 | | | | 78 |
| 29 | KTC | 60 | B / S | 10 | I | 0 | | | | 70 |
| 30 | KSAI | 47 | S | 18 | S / I | 2 | S | | | 67 |
| 31 | HEMC | 12 | S | 53 | S | 0 | | | | 65 |
| 32 | LIKON | 30 | S | 30 | L / S | 0 | | | | 60 |
| 33 | DTS | 40 | P | 20 | P | 0 | | | | 60 |
| 34 | LANGUANG | 40 | O / P | 15 | L | 0 | | | | 55 |
| 35 | YUAN ZIN | 10 | S | 22 | L | 17 | L | | | 49 |
| 36 | COVEFORD | 15 | | 15 | | 12 | | | | 42 |
| 37 | BIGTIDE | 0 | | 35 | P | 0 | | | | 35 |
| 38 | GUANLI | | | 24 | | 0 | | | | |
| 39 | OTHERS | 20 | | 10 | | 2 | | | | 32 |
| | TOTAL | 2,690 | | 6,798 | | 4,238 | | 144 | | 13,870 |
| | % | 19% | | 49% | | 30.56% | | 1.04% | | |

99000182

\* S→SDD,  C→CPT,  P→PHILIPS,  B→BMCC,  O→ORION,  T→TOSHIBA,  L→LG,
  MIT→MITSUBISHI,  M→MASUSHITA,  H→HITACHI,  TE→TECO

3/3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086674

EXHIBIT 21



# PARK
## IP TRANSLATIONS

June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030819E – CHU00030822E.

Abraham I. Holczer

Project Manager

EXHIBIT
1305E

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

'99-08-10    10:02                                          *T-556 P*01

Visitation Report

[Handwritten:]
1/4
To be received by Manager Lu
*Sales* circulate and read ↓
Submitted for approval
→Tony     Each officer
Yu     Chen 8/10/99
Jiang 8/10'99 Hua Wu 8/10-99 Ji 8/10'99

Meeting Topic: Mainland China *CDT* Market Exchange

Date: 99/08/05     Location: Nanijng

Meeting Participants:
*CPTF*:   Director Liu, Manager Lu, Wei-Lie Yu
*SDD*:    Myoung Sik Lee, Department Head; Zhen Yang
BMCC:   Manager Xin-Wen Huang
*ORION*:  Jung Saeng Park
IRICO:   Manager Wei-Sheng Li, Zhao-Jie Wang
*PHS*:    Manager Zheng-Xi Shao/*TWN*, Xiu-Hua Li/*HF*,
          Si-Quan Li/*HK*, Dong Liu/*HF*

Content:

I.    *JULY*/*AUG* Mainland China *CDT* Production and Sales Information Exchange
      (see Attachment 1)

Explanation:

1.  *SDD*:

A. Shenzhen Samsung will perform adjustments to its 14" *CDT* production line
   in '99.7 to achieve 14" and 17" *CDT* compatible mass production. For this reason,
   it only mass produced 17" *CDT*x10*K* units in July. Sales were only of the 14"
   *CDT*x123*K* in existing inventory.

B. Tianjin Samsung's 15" *CDT* mass production capacity increased relatively quickly,
   with 30*K* in May, 80*K* in June, 120*K* in July, and 150*K* units in August
   (forecasted). Additionally, it denies allegations in the market that inferior tubes
   were sold during the initial phase of mass production.

C. Due to strong sales during the 14" *CDT* peak season, and the fact that 17" has
   been in a low-prices status, Shenzhen Samsung changed the original plan for mass
   production of 17" *CDT* to production of 14" *CDT*, and stated that because of

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL           CHU00030819.01E
                                             Translation

changes to production lines, the original level of production efficiency had been affected. For this reason, in August, it is estimated that only 14" *CDT* × 150*K* will be mass produced, and that there will be no means of reaching around 200*K*.

D. SDD also indicated that it had provided 16" *CDT*×20*K* to *EMC* during the first half of the year. SEC was also responsible for part of the demand. *SDD* engages in compatible production of 15" *CDT* and 16" *CDT* in Korea, and at present, is expanding in the market (approximately 10*K/M*).

2. *IRICO* (IRICO):

A. Mass production volume of 15" *CDT*×95*K* was originally planned for July. Due to inadequate supply of imported materials, however, the current actual mass production volume is approximately 85*K*.

B. At present, 45% of Irico's material requirements for mass production of 15" *CDT* are supplied to *LOCAL* – including *BULB/DY/GUN/COATING*. The production capacity is designed for 120*K/M*.

C. It is confirmed that there are no plans for 17" *CDT* mass production in 1999, and that in the 1st *HALF* of '20, the conversion from 14" *CPT* production will be completed.

3. *ORION*:

A. At present, the main sales targets for 15" *CDT*'s are Mainland China's *AOC/EMC*, as well as certain small customers.

B. In spite of strong demand for 14" *CDT* in the market, only 10~20*K* 14" *CDT*'s were delivered to *AOC* in July and August. They could not provide any rational or satisfactory explanation for this.

C. It was also confirmed that 14" *CDT* production will be stopped in September. All production will be focused on mass production of 15" (*MINI*) *CDT*.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL       CHU00030819.02E
                                                       Translation

'99-08-10    10:02                                    *T-556 P02*

[Handwritten:] To be received by Manager Lu          [Illegible]4

4. *BMCC* (BMCC)

A. In May this year, production of 14" *CDT* was stopped. In July, only 27*K* units
from existing inventory were sold. 8*K* light tubes from inventory were sold to
Matsushita Philippines as part of internal transactions (1*K/M*).

B. It is expected that after September, further consideration will be given to
production of 14" *CDT*. The main reasons are that (1) The current 14" price is
increasing; (2) There are still parts of unmatched materials remain in inventory; (3)
Matsushita Japan will *CD* prices with material makers in order to increase
competitiveness.

II.    Price *ISSUE*:

14"/15"/17" Prices (*USD/RMB*) *Review* Below:

|       | 8/01 (Effective, Index: 10.4) | | 9/01 (Effective, Index: 10.8) | |
|-------|--------|--------|--------|--------|
|       | USD    | RMB    | USD    | RMB    |
| 14"   | 52     | 540    | 52     | 561    |
| 15"   | 68     | 707    | 68     | 730    |
| 17"   | 93     | 967    | 93     | 1004   |

*Remark*:

(1) Department Head Li of Shenzhen Samsung has frankly admitted that the price
quoted to *EMC* for 14" *CDT* is less than *USD*52 (*MPR*2) and additionally stated
that the price for Taiwanese makers is determined by *SDD*.

(2) Because of the current *CDT* supply and demand situation, meeting participants
decided to implement the *CDT* prices in the table above. If transactions are not
with *key* customers, consideration must be given to increase prices on the basis of
the prices listed above.

(3) The main *CM* manufacturers are *TWN/KOREA/MAINLAND*. If any unfair *CDT*
price changes occur (for example, Taiwan makers *CDT* ~ Taiwan makers *CM*;
Korean makers *CDT* ~ Korean makers *CM*), a shift in *CM* orders will be
inevitable. On the basis that further clarification is still required of the current
market situation, whether or not 14" and 15" *CDT* prices can again be *CU
USD2/PC (Index*: 10.8, *Effective* 10/01)* [Underlined by hand] will be separately
re-determined.

(4) All the makers will finish sending notification of the above prices to customers
next week (8/09 ~13).

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030820.01E

Translation

III.    Mainland China *CM* Production Demand and Production Volume for '99. (1~6)
        (See Attachment 2)

IV.     The next *CDT* meeting is projected to be convened on 9/02 by IRICO

~ End of report ~

[Handwritten:]
        The location has not yet been confirmed. Use the IRICO visit as an opportunity to
        attend China *CRT Meeting.* In the beginning, representative *management*
        [Illegible].

    1.  Confidential nature of meeting: (On location were *CRT meeting* seating labels.
        Reporters saw and asked to interview. Already ordered to [Illegible]

    2.  Fully actualize headquarters' decision: The past half year and before China
        area has not been able to carry out each maker's decision. Has to [Illegible].

    3.  Price: 8/1 14" add $2: 15" add $5; domestic sales multiply by 10.4. 9/1
        domestic sales multiply by 10.8. Absolutely cannot reduce price.

                                        [Handwritten:] Submit to Manager

                                        [Initialed:] Chieng-Yuan (C.Y.) Lin 8/9

                                        [Initialed:] Chih-Chun (C.C.) Liu 8/9

                                        [Initialed:] Chen-Cheng (Tony) Chien 8/9

                                        [Signed:] Submitted by Wei-Lie Yu 8/9'99

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030820.02E

                                                        Translation

'99-08-10      10:03                                      *T-556    P04*

[Handwritten:] Attachment 2

### 99(*Jan − Jun*) Main CM output
Unit:*Kpcs*

| | 14" | | 15" | | 17" | | 19" | | Total |
|---|---|---|---|---|---|---|---|---|---|
| AOC | 650 | c | 880 | c | 467 | l | 28 | | 2025 |
| EMC | 285 | s | 600 | s/c | 450 | s | 70 | | 1405 |
| Lite-on | 137 | c | 510 | c | 663 | c | 1 | | 1311 |
| PH(sz) | 238 | p | 557 | p/c | 394 | p/c | 1 | | 1190 |
| ADI | 210 | s | 730 | s/t | 110 | h/t | 0 | | 1050 |
| Compal | 11 | c | 369 | c/s | 345 | c/s | 0 | | 752 |
| NPG | 0 | | 367 | s | 166 | t/h | 7 | | 540 |
| TSED | 55 | s | 410 | s/t | 60 | s/t | 0 | | 625 |
| MAG | 20 | s | 230 | s/sony | 230 | t/sony/s | 0 | | 480 |
| IRICO | 50 | p | 280 | i/p | 20 | p | 2 | | 352 |
| FIC | 15 | s/p | 100 | l | 60 | l | 5 | | 180 |
| Royal | 0 | | 0 | | 410 | l/tc | 13 | l | 423 |
| Acer | 91 | p/c | 237 | p/c/s | 79 | c | 0 | | 407 |
| PHS(dg) | 36 | c/p | 193 | c | 155 | c/mec | 0 | | 384 |
| Delta | 0 | | 60 | t | 250 | s/c/l | 10 | | 320 |
| DW | 40 | s | 194 | l/s | 6 | s | 0 | | 240 |
| Q-run | 10 | s | 78 | c/s | 139 | c/s | 7 | s | 234 |
| CGC | 145 | s/p/b/o/l | 100 | l/p | 0 | | 0 | | 245 |
| K-tron | 170 | c | 29 | c | 3 | c | 0 | | 202 |
| SP-T | 45 | s/c | 100 | s/c | 0 | | 0 | | 145 |
| T-Soma | 60 | p | 40 | p | 0 | | 0 | | 100 |
| GVC | 20 | s | 113 | s/c/l | 17 | l/c | 0 | | 150 |
| Xoo | 60 | s | 65 | s/l | 20 | c | 0 | | 145 |
| KFC | 8 | s | 79 | s/c | 41 | L | 0 | | 128 |
| West Lake | 0 | | 0 | | 110 | MIT | | | 110 |
| LG(Tontru) | 10 | l | 80 | l | 10 | l | | | 100 |
| Founder | 50 | b/p | 40 | l/p | 0 | | | | 90 |
| Jiansong | 0 | | 78 | c | | | | | 78 |
| KTC | 60 | b/s | 10 | I | | | | | 70 |
| KSAI | 47 | s | 18 | s/I | 2 | s | | | 67 |
| HEMC | 12 | s | 53 | s | | | | | 65 |
| LIKON | 30 | s | 30 | l/s | | | | | 60 |
| Languang | 40 | o/p | 15 | l | | | | | 55 |
| Yuanzin | 10 | s | 22 | l | 17 | l | | | 49 |
| DTS | 40 | p | 20 | p | | | | | 60 |
| Bigtide | | | 35 | p | | | | | 35 |
| Coverford | 15 | | 15 | | 12 | | | | 42 |
| Guanli | | | 24 | | | | | | 24 |
| Others | 20 | | 10 | | 2 | | | | 32 |
| | | | | | | | | | |
| total | 2690 | | 6798 | | 4238 | | 144 | | 13870 |
| percent | 19.39% | | 49.01% | | 30.56% | | 1.04% | | 100.00% |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**

CHU00030821E

Translation

'99-08-10    10:03                                    T-556    P03
[Handwritten: ] To be received by Manager [Illegible]                                    [Illegible]4

| [Handwritten:] Attachment 1  99. | | | July | | | | | '99. August | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Type | STORE | PROD | SALE | | | STORE [Handwritten: "7/ES"] | PROD | SALE | | | STORE [Handwritten: "8/E"] | REMARK |
| | | | | TTL | Local Sales | Export Sales | | | TTL | Local supply | Export Sales | | |
| Philips | 14" (Local) | | 65 | 82 | 50 | 32 | 2 | 65 | 65 | 45 | 20 | 2 | |
| | 15" (Local) | | 57 | 63 | 63 | | 3 | 61 | 62 | 62 | | 2 | |
| | 15" (Import) | | | 121 | | 121 | | | 90 | | 90 | | |
| | 17" (Import) | | | 72 | 40 | 32 | | | 80 | 30 | 50 | | |
| CPT | 14" (Local) | | 148 | 181 | 10 | 171 | 57 | 160 | 176 | 10 | 166 | 41 | |
| | 14" (Import) | | | 50 | | 50 | | | 70 | | 70 | | |
| | 15" (Local) | | 159 | 161 | 76 | 85 | 25 | 160 | 159 | 65 | 94 | 26 | |
| | 15" (Import) | | | 406 | | 406 | | | 348 | | 348 | | |
| | 17" (Import) | | | 416 | | 416 | | | 482 | | 482 | | |
| BMCC | 14" (Local) | | 0 | 27 | 27 | | 8 | | | | 1 | 7 | |
| | 15" (Local) | | | | | | | | | | | | |
| IRICO | 15" (Local) | | 80.5 | 87 | 87 | | 18.5 | 85 | 80 | 80 | | 23.5 | |
| ORION | 14" (Import) | | | 10 | | 10 | | | 20 | | 20 | | |
| | 15" (Import) | | | 30 | | 30 | | | 70 | | 70 | | |
| | 17" (Import) | | | 25 | | 25 | | | 30 | | 30 | | |
| SDD | 14" (Local) | | | 123 | 40 | 83 | | 165 | 165 | 55 | 110 | | |
| | 15" (Local) | | 120 | 120 | 50 | 70 | | 150 | 150 | 70 | 80 | | |
| | 15" (Import) | | | 230 | | 230 | | | 230 | | 230 | | |
| | 17" (Import) | | | 230 | | 230 | | | 230 | | 230 | | |
| | 17" SKD | | 10 | | | | 10 | | | | | | |
| LG | 15" (Import) | | | | | | | | | | | | |
| | 14" (Import) | | | | | | | | | | | | |

| Total | Type | STORE | PROD | TTL | Local Sales | Export Sales | STORE | PROD | TTL | Local supply | Export Sales | STORE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 14" (Local) | 0 | 213 | 413 | 127 | 286 | 67 | 390 | 406 | 110 | 297 | 50 |
| | 14" (Import) | 0 | 0 | 60 | 0 | 60 | 0 | 0 | 90 | 0 | 90 | 0 |
| | 15" (Local) | 0 | 416.5 | 431 | 276 | 155 | 46.5 | 456 | 451 | 277 | 174 | 51.5 |
| | 15" (Import) | 0 | 0 | 757 | 0 | 757 | 0 | 0 | 668 | 0 | 668 | 0 |
| | 17" (Import) | 0 | 10 | 743 | 40 | 703 | 10 | 0 | 822 | 30 | 792 | 0 |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**

CHU00030822E
Translation

# EXHIBIT 22

[TRANSLATION]

Visitation Report

[Handwritten:] 1/4

Meeting Topic: Mainland China *CDT* Market Exchange

Date: 99/08/05          Location: Nanijng

Meeting Participants:
*CPTF*:     Director Liu, Manager Lu, Wei-Lie Yu
*SDD*:      Myoung Sik Lee, Department Head; Zhen Yang.
BMCC:    Manager Xin-Wen Huang
*ORION*:  Jung Saeng Park
IRICO:    Manager Wei-Sheng Li, Zhao-Jie Wang
*PHS*:      Manager Zheng-Xi Shao/*TWN*, Xiu-Hua Li/*HF*,
              Si-Quan Li/*HK*, Dong Liu/*HF*

Content:

I.   *JULY*/*AUG* Mainland China *CDT* Production and Sales Information Exchange
     (see Attachment 1).

Explanation:

1.  *SDD*:

A.  Shenzhen Samsung will perform adjustments to its 14" *CDT* production line
    in '99.7 to achieve 14" and 17" *CDT* compatible mass production.    For this
    reason, it only mass produced 17" *CDT*x10*K* units in July.    Sales were only of
    the 14" *CDT*x123*K* in existing inventory.

B.  Tianjin Samsung's 15" *CDT* mass production capacity increased relatively quickly,
    with 30*K* in May, 80*K* in June, 120*K* in July, and 150*K* units in August
    (forecasted).    Additionally, it denies allegations in the market that inferior tubes
    were sold during the initial phase of mass production.

C.  Due to strong sales during the 14" *CDT* peak season, and the fact that 17" has
    been in a low-prices status, Shenzhen Samsung changed the original plan for mass
    production of 17" *CDT* to production of 14" *CDT*, and stated that because of
    changes to production lines, the original level of production efficiency had been
    affected.    For this reason, in August, it is estimated that only 14" *CDT*X150*K*
    will be mass produced, and that there will be no means of reaching around 200*K*.

D.  SDD also indicated that it had provided 16" *CDT* X 20*K* to *EMC* during the first
    half of the year.    SEC was also responsible for part of the demand.    *SDD*
    engages in compatible production of 15" *CDT* and 16" *CDT* in Korea, and at

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030823.01E

present, is expanding in the market (approximately 10*K/M*).

2. *IRICO* (IRICO):

A. Mass production volume of 15" *CDT* X95*K* was originally planned for July.   Due to inadequate supply of imported materials, however, the current actual mass production volume is approximately 85*K*.

B. At present, 45% of Irico's material requirements for mass production of 15" *CDT* are supplied to *LOCAL* – including *BULB/DY/GUN/COATING*.   The production capacity is designed for 120*K/M*.

C. It is confirmed that there are no plans for 17" *CDT* mass production in '99, and that in the 1st *HALF* of '20 [Handwritten: "00"], the conversion from 14" *CPT* production will be completed.

3. *ORION*:

A. At present, the main sales targets for 15" *CDT*'s are Mainland China's *AOC/EMC*, as well as certain small customers.

B. In spite of strong demand for 14" *CDT* in the market, only 10~20*K* 14" *CDT*'s were delivered to *AOC* in July and August.   They could not provide any rational or satisfactory explanation for this.

C. It was also confirmed that 14" *CDT* production will be stopped in September. All production will be focused on mass production of 15" (*MINI*) *CDT*.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

**CONFIDENTIAL – GRAND JURY MATERIAL**             CHU00030823.02E

[Handwritten:] 2/4

4. *BMCC* (BMCC)

A. In May this year, production of 14" *CDT* was stopped.   In July, only 27*K* units from existing inventory were sold.   8*K* light tubes from inventory were sold to Matsushita Philippines as part of internal transactions (1*K/M*).

B. It is expected that after September, further consideration will be given to production of 14" *CDT*.   The main reasons are that (1) The current 14" price is increasing; (2) There are still parts of unmatched materials remain in inventory; (3) Matsushita Japan will *CD* prices with material makers in order to increase competitiveness.

II. Price *ISSUE*:

14"/15"/17" Prices (*USD/RMB*) *Review* Below:

| | 8/01 (Effective, Index: 10.4) | | 9/01 (Effective, Index: 10.8) | |
|---|---|---|---|---|
| | USD | RMB | USD | RMB |
| 14" | 52 | 540 | 52 [Circled by hand] | 561 |
| 15" | 68 | 707 | 68 [Circled by hand] | 730 |
| 17" | 93 | 967 | 93 [Circled by hand] | 1004 |

*Remark*:

(1) Department Head Li of Shenzhen Samsung has frankly admitted that the price quoted to *EMC* for 14" *CDT* is less than *USD*52(*MPR*2) and additionally stated that the price for Taiwanese makers is determined by *SDD*.

(2) Because of the current *CDT* supply and demand situation, meeting participants decided to implement the *CDT* prices in the table above.   If transactions are not with *key* customers, consideration must be given to increase prices on the basis of the prices listed above.

(3) The main *CM* manufacturers are *TWN/KOREA/MAINLAND*.   If any unfair *CDT* price changes occur (for example, Taiwan makers *CDT* ~ Taiwan makers *CM*; Korean makers *CDT* ~ Korean makers *CM*), a shift in *CM* orders will be inevitable.   On the basis that further clarification is still required of the current market situation, whether or not 14" and 15" *CDT* prices can again be *CU USD*2/*PC* (*Index*: 10.8, *Effective* 10/01) will be separately re-determined.

(4) All the makers will finish sending notification of the above prices to customers next week (8/09 ~13).

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

**CONFIDENTIAL – GRAND JURY MATERIAL**                    CHU00030824.01E

III.   Mainland China *CM* Production Demand and Production Volume for '99.(1~6)
       (See Attachment 2)

IV.    The next *CDT* meeting is projected to be convened on 9/02 by IRICO
       [Handwritten:] The location has not yet been confirmed.

~ End of report ~

[Handwritten:] Submit to Manager
Respectfully submitted to President

<div align="right">

[Initialed:] Y.M. Peng *Aug.* 19'99

[Initialed:] Dai 8/10'99

Submitted by [Signed:] Wei-Lie Yu 8/9'99

</div>

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

**CONFIDENTIAL – GRAND JURY MATERIAL**          CHU00030824.02E

[Handwritten:]   Attachment 1
3/4

| | | '99 July | | | | | '99 August | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Type | STORE | PROD | SALE TTL | Local Sales | Export Sales | STORE | PROD | SALE TTL | Local Supply | Export Sales | STORE | REMARK |
| Philips | 14"(Local) | | 65 | 82 | 50 | 32 | 2 | 65 | 65 | 45 | 20 | 2 | |
| | 15"(Local) | | 57 | 63 | 63 | | 3 | 61 | 62 | 62 | | 2 | |
| | 15"(Import) | | | 121 | | 121 | | | 90 | | 90 | | |
| | 17"(Import) | | | 72 | 40 | 32 | | | 80 | 30 | 50 | | |
| CPT | 14"(Local) | | 148 | 181 | 10 | 171 | 57 | 160 | 176 | 10 | 166 | 41 | |
| | 14"(Import) | | | 50 | | 50 | | | 70 | | 70 | | |
| | 15"(Local) | | 159 | 161 | 76 | 85 | 25 | 160 | 159 | 65 | 94 | 26 | |
| | 15"(Import) | | | 406 | | 406 | | | 348 | | 348 | | |
| | 17"(Import) | | | 416 | | 416 | | | 482 | | 482 | | |
| BMCC | 14"(Local) | 0 | | 27 | 27 | | 8 | | | | 1 | 7 | |
| | 15"(Local) | | | | | | | | | | | | |
| IRICO | 15"(Local) | | 80.5 | 87 | 87 | | 18.5 | 85 | 80 | 80 | | 23.5 | |
| ORION | 14"(Local) | | | 10 | | 10 | | | 20 | | 20 | | |
| | 15"(Import) | | | 30 | | 30 | | | 70 | | 70 | | |
| | 17"(Import) | | | 25 | | 25 | | | 30 | | 30 | | |
| SDD | 14"(Local) | | | 123 | 40 | 83 | | 165 | 165 | 55 | 110 | | |
| | 15"(Local) | | 120 | 120 | 50 | 70 | | 150 | 150 | 70 | 80 | | |
| | 15"(Import) | | | 230 | | 230 | | | 230 | | 230 | | |
| | 17"(Import) | | | 230 | | 230 | | | 230 | | 230 | | |
| | 17" SKD | | 10 | | | | 10 | | | | | | |
| LG | 15"(Import) | | | | | | | | | | | | |
| | 14"(Import) | | | | | | | | | | | | |

| | | STORE | PROD | TTL | Local Sales | Export Sales | STORE | PROD | TTL | Local Supply | Export Sales | STORE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 14"(Local) | 0 | 213 | 413 | 127 | 286 | 67 | 390 | 406 | 110 | 297 | 50 | |
| | 14"(Import) | 0 | 0 | 60 | 0 | 60 | 0 | 0 | 90 | 0 | 90 | 0 | |
| | 15"(Local) | 0 | 416.5 | 431 | 276 | 155 | 46.5 | 456 | 451 | 277 | 174 | 51.5 | |
| | 15"(Import) | 0 | 0 | 757 | 0 | 757 | 0 | 0 | 668 | 0 | 668 | 0 | |
| | 17"(Import) | 0 | 10 | 743 | 40 | 703 | 10 | 0 | 822 | 30 | 792 | 0 | |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030825E

[Handwritten:] 4/4

[Handwritten:] Attachment 2

## 99(Jan – Jun) Main CM output
### Unit: Kpcs

| | 14" | | 15" | | 17" | | 19" | | Total |
|---|---|---|---|---|---|---|---|---|---|
| AOC | 650 | c | 880 | c | 467 | l | 28 | | 2025 |
| EMC | 285 | s | 600 | s/c | 450 | s | 70 | | 1405 |
| Lite-on | 137 | c | 510 | c | 663 | c | 1 | | 1311 |
| PH(sz) | 238 | p | 557 | p/c | 394 | p/c | 1 | | 1190 |
| ADI | 210 | s | 730 | s/t | 110 | h/t | 0 | | 1050 |
| Compal | 11 | c | 396 | c/s | 345 | c/s | 0 | | 752 |
| NPG | 0 | | 367 | s | 166 | t/h | 7 | | 540 |
| TSED | 55 | s | 410 | s/t | 60 | s/t | 0 | | 525 |
| MAG | 20 | s | 230 | s/sony | 230 | t/sony/s | 0 | | 480 |
| IRICO | 50 | p | 280 | l/p | 20 | p | 2 | | 352 |
| FIC | 15 | s/p | 100 | l | 60 | l | 5 | | 180 |
| Royal | 0 | | 0 | | 410 | l/te | 13 | 1 | 423 |
| Acer | 91 | p/c | 237 | p/c/s | 79 | p | 0 | | 407 |
| PHS(dg) | 36 | c/p | 193 | c | 155 | c/mec | 0 | | 384 |
| Delta | 0 | | 60 | t | 250 | s/c/l | 10 | | 320 |
| DW | 40 | s | 194 | l/s | 6 | s | 0 | | 240 |
| Q-run | 10 | s | 78 | c/s | 139 | c/s | 7 | s | 234 |
| CGC | 145 | s/p/b/o/l | 100 | l/p | 0 | | 0 | | 245 |
| K-tron | 170 | c | 29 | c | 3 | c | 0 | | 202 |
| SP-T | 45 | s/c | 100 | s/c | 0 | | 0 | | 145 |
| T-Soma | 60 | p | 40 | p | 0 | | 0 | | 100 |
| GVC | 20 | s | 113 | s/c/l | 1 [Illegible] | l/c | 0 | | 150 |
| Xoc | 60 | s | 65 | s/l | 20 | c | 0 | | 145 |
| KFC | 8 | s | 79 | s/c | 41 | L | 0 | | 128 |
| West Lake | 0 | | 0 | | 110 | MIT | | | 110 |
| LG (Tontru) | 10 | l | 80 | l | 10 | l | | | 100 |
| Founder | 50 | b/p | 40 | l/p | 0 | | | | 90 |
| Jiansong | 0 | | 78 | c | | | | | 78 |
| KTC | 60 | b/s | 10 | I | | | | | 70 |
| KSAI | 47 | s | 18 | s/l | 2 | s | | | 67 |
| HEMC | 12 | s | 53 | s | | | | | 65 |
| LIKON | 30 | s | 30 | l/s | | | | | 60 |
| Languang | 40 | o/p | 15 | l | | | | | 55 |
| Yuanzin | 10 | s | 22 | l | 17 | l | | | 49 |
| DTS | 40 | p | 20 | p | | | | | 60 |
| Bigtide | | | 35 | p | | | | | 35 |
| Coverford | 15 | | 15 | | 12 | | | | 42 |
| Guanli | | | 24 | | | | | | 24 |
| Others | 20 | | 10 | | 2 | | | | 32 |
| | | | | | | | | | |
| total | 2690 | | 6798 | | 4238 | | 144 | | 13870 |
| percent | 19.39% | | 49.01% | | 30.56% | | 1.04% | | 100.00% |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030826E

<center>洽 访 报 告</center>

会议主题：大陆 CDT 市场交流

时间：99/08/05地点：南京

与会人员：

CPTF：刘处长，吕经理，余伟列

SDD：李明植部长，杨真　　　　北京松下：黄新闻经理

ORION：朴正生　　　　彩虹电子：李卫生经理，王昭杰

PHS：邵正鑫经理/TWN，李修华/HF，黎思泉/HK，刘东/HF

内容：

一、JULY/AUG 大陆 CDT 产销讯息交换(如附件一)

说明：

**1.SDD：**

A. 深圳三星'99.7 月主要进行 14"CDT 生产线调整，以满足 14"/17"CDT 兼容量产。故其 7 月仅量产 17"CDT X10K。销售仅为在库库存 14"CDT X123K。

B. 天津三星 15"CDT 量产能力提升较快，5 月/30K，6 月/80K，7 月/120K，8 月（预计）/150K。另否认关于市场有在售其量产初期存在的次管说法。

C. 鉴于 14"CDT 旺季热销，而 17"却处于低价在售状态，深圳三星将原量产 17"CDT 计划变更为生产 14"CDT，并称由于生产线之改制，影响了原生产经效率，故 8 月预计仅可量产 14"CDT X150K，而无法达成至约 200K 左右。

D. 另表示上半年约提供 16"CDT　X20K 予 EMC。三星电子亦有部分需求。16"CDT 于韩国 SDD 现 15"CDT 兼容生产，目前仅为市场拓展中(10K/M 左右)。

**2. IRICO(彩虹电子)：**

A. 原 7 月预计量产 15"CDT X95K，因受部分进口料件供应不足影响，现实际仅量产约 85K。

B. 目前彩虹 15"CDT 量产所需材料约 45% 已 LOCAL，如 BULB/DY/GUN/COATING。设计产能约 120K/M。

C. 确定'99 年无 17"CDT 量产计划，预计'20/1ST HALF 由 14"CPT 改制而成。

**3.ORION：**

A. 现其 15" CDT 主要销售对象为大陆 AOC/EMC 及部分小客户。

B. 在市场对 14" CDT 热络需求下，对于 7/8 月 14" CDT 仅交货 10~20K 予 AOC，无法提供合理、满意的说明。

C. 另仍确定 9 月将停止 14" CDT 生产，全数为量产 15"（MINI）CDT。

CONFIDENTIAL - GRAND JURY MATERIAL



**4.BMCC（北京松下）：**
A．今年 5 月即已停产 14" CDT，7 月仅为销售在库品 27K。库存品 尾光管 X8K 为其内部交易到菲律宾松下（1K/M）。
B．预计 9 月后再考虑生产 14" CDT。主因系（1）现 14" 售价在上升（2）仍有部分不配套材料库存（3）经日本松下再与材料厂商 CD 价格，以提高竞争力。


**二、价格 ISSUE：**
14"/15"/17"价格（USD/RMB）Review 如下：

|  | 8/01(Effective,Index:10.4) | | 9/01(Effective,Index:10.8) | |
|---|---|---|---|---|
|  | USD | RMB | USD | RMB |
| 14" | 52 | 540 | 52 | 561 |
| 15" | 68 | 707 | 68 | 730 |
| 17" | 93 | 967 | 93 | 1004 |

Remark：
(1)深圳三星李部长坦承现对 EMC14"CDT 报价低于 USD52(MPR2)，另表示对台商报价系由台湾 SDD 决定。
(2) 基于现 CDT 供需状况，与会决议通过现行 CDT 价格如上表执行。如对非 key 客户交易均需在此价格上酌量加价。
(3) 现 CM 主要厂商为 TWN/KOREA/MAINLAND，任何 CDT 价格的变化如出现不公平享受(如台商 CDT~台商 CM；韩商 CDT~韩商 CM)，则势必引起 CM 订单之移转，鉴于该市况仍需进一步澄清，14"/15"CDT 价格是否分别均再CU  USD2/PC(Index:10.8, Effective 10/01)再作决定。
(4)各家于下周(8/09~13)完成上述价格对客户的通知。

三、大陆'99.(1~6)产要 CM 产量状况(如附表二)。

四、下次 CDT 会议预计于 9/02 由彩虹电子主办，地点待定。


~以上报告~

经理

敬呈总经理

T
Aug|19|99

CONFIDENTIAL - GRAND JURY MATERIAL

CHU0030825

附表一.

| | Type | STORE | PROD | SALE '99.7月 | | | STORE 7. E/s | PROD | SALE '99.8月 | | | STORE 8/E | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | TTL | Local Sales | Export Sales | | | TTL | Local supply | Export Sales | | |
| Philips | 14"(Local) | | 65 | 82 | 50 | 32 | 2 | 65 | 65 | 45 | 20 | 2 | |
| | 15"(Local) | | 57 | 63 | 63 | | 3 | 61 | 62 | 62 | | 2 | |
| | 15"(Import) | | | 121 | | 121 | | | 90 | | 90 | | |
| | 17"(Import) | | | 72 | 40 | 32 | | | 80 | 30 | 50 | | |
| CPT | 14"(Local) | | 148 | 181 | 10 | 171 | 57 | 160 | 176 | 10 | 166 | 41 | |
| | 14"(Import) | | | 50 | | 50 | | | 70 | | 70 | | |
| | 15"(Local) | | 159 | 161 | 76 | 85 | 25 | 160 | 159 | 65 | 94 | 26 | |
| | 15"(Import) | | | 406 | | 406 | | | 348 | | 348 | | |
| | 17"(Import) | | | 416 | | 416 | | | 482 | | 482 | | |
| BMCC | 14"(Local) | 0 | | 27 | 27 | | 8 | | | | 1 | 7 | |
| | 15"(Local) | | | | | | | | | | | | |
| IRICO | 15"(Local) | | 80.5 | 87 | 87 | | 18.5 | 85 | 80 | 80 | | 23.5 | |
| ORION | 14"(Import) | | | 10 | | 10 | | | 20 | | 20 | | |
| | 15"(Import) | | | 30 | | 30 | | | 70 | | 70 | | |
| | 17"(Import) | | | 25 | | 25 | | | 30 | | 30 | | |
| SDD | 14"(Local) | | | 123 | 40 | 83 | | 165 | 165 | 55 | 110 | | |
| | 15"(Local) | | 120 | 120 | 50 | 70 | | 150 | 150 | 70 | 80 | | |
| | 15"(Import) | | | 230 | | 230 | | | 230 | | 230 | | |
| | 17"(Import) | | | 230 | | 230 | | | 230 | | 230 | | |
| | 17"SKD | | 10 | | | | | 10 | | | | | |
| LG | 15"(Import) | | | | | | | | | | | | |
| | 14"(Import) | | | | | | | | | | | | |

| Total | Type | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 14"(Local) | 0 | 213 | 413 | 127 | 286 | 67 | 390 | 406 | 110 | 297 | 50 | |
| | 14"(Import) | 0 | 0 | 60 | 0 | 60 | 0 | 0 | 90 | 0 | 90 | 0 | |
| | 15"(Local) | 0 | 416.5 | 431 | 276 | 155 | 46.5 | 456 | 451 | 277 | 174 | 51.5 | |
| | 15"(Import) | 0 | 0 | 757 | 0 | 757 | 0 | 0 | 668 | 0 | 668 | 0 | |
| | 17"(Import) | 0 | 10 | 743 | 40 | 703 | 10 | 0 | 822 | 30 | 792 | 0 | |





## 99(Jan - Jun) Main CM output

Unit: Kpcs

| | 14" | | 15" | | 17" | | 19" | | Total |
|---|---|---|---|---|---|---|---|---|---|
| AOC | 650 | c | 880 | c | 467 | l | 28 | | 2025 |
| EMC | 285 | s | 600 | s/c | 450 | s | 70 | | 1405 |
| Lite-on | 137 | c | 510 | c | 663 | c | 1 | | 1311 |
| PH(sz) | 238 | p | 557 | p/c | 394 | p/c | 1 | | 1190 |
| ADI | 210 | s | 730 | s/t | 110 | h/t | 0 | | 1050 |
| Compal | 11 | c | 396 | c/s | 345 | c/s | 0 | | 752 |
| NPG | 0 | | 367 | s | 166 | t/h | 7 | | 540 |
| TSED | 55 | s | 410 | s/t | 60 | s/t | 0 | | 525 |
| MAG | 20 | s | 230 | s/sony | 230 | t/sony/s | 0 | | 480 |
| IRICO | 50 | p | 280 | l/p | 20 | p | 2 | | 352 |
| FIC | 15 | s/p | 100 | l | 60 | l | 5 | | 180 |
| Royal | 0 | | 0 | | 410 | l/te | 13 | l | 423 |
| Acer | 91 | p/c | 237 | p/c/s | 79 | p | 0 | | 407 |
| PHS(dg) | 36 | c/p | 193 | c | 155 | c/mec | 0 | | 384 |
| Delta | 0 | | 60 | t | 250 | s/c/l | 10 | | 320 |
| DW | 40 | s | 194 | l/s | 6 | s | 0 | | 240 |
| Q-run | 10 | s | 78 | c/s | 139 | c/s | 7 | s | 234 |
| CGC | 145 | s/p/b/o/l | 100 | l/p | 0 | | 0 | | 245 |
| K-tron | 170 | c | 29 | c | 3 | c | 0 | | 202 |
| SP-T | 45 | s/c | 100 | s/c | 0 | | 0 | | 145 |
| T-Soma | 60 | p | 40 | p | 0 | | 0 | | 100 |
| GVC | 20 | s | 113 | s/c/l | 1 | l/c | 0 | | 150 |
| Xoc | 60 | s | 65 | s/l | 20 | c | 0 | | 145 |
| KFC | 8 | s | 79 | s/c | 41 | L | 0 | | 128 |
| West Lake | 0 | | 0 | | 110 | MIT | | | 110 |
| LG(Tontru) | 10 | l | 80 | l | 10 | l | | | 100 |
| Founder | 50 | b/p | 40 | l/p | 0 | | | | 90 |
| Jiansong | 0 | | 78 | c | | | | | 78 |
| KTC | 60 | b/s | 10 | l | | | | | 70 |
| KSAI | 47 | s | 18 | s/l | 2 | s | | | 67 |
| HEMC | 12 | s | 53 | s | | | | | 65 |
| LIKON | 30 | s | 30 | l/s | | | | | 60 |
| Languang | 40 | o/p | 15 | l | | | | | 55 |
| Yuanzin | 10 | s | 22 | l | 17 | l | | | 49 |
| DTS | 40 | p | 20 | p | | | | | 60 |
| Bigtide | | | 35 | p | | | | | 35 |
| Coverford | 15 | | 15 | | 12 | | | | 42 |
| Guanli | | | 24 | | | | | | 24 |
| Others | 20 | | 10 | | 2 | | | | 32 |
| | | | | | | | | | |
| total | 2690 | | 6798 | | 4238 | | 144 | | 13870 |
| percent | 19.39% | | 49.01% | | 30.56% | | 1.04% | | 100.00% |

CONFIDENTIAL - GRAND JURY MATERIAL

EXHIBIT 23



June 20, 2012


**Certification**

### Park IP Translations


This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030827 – CHU00030830.


_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

[Entire Document Handwritten]

[Handwritten:]
Tai, 8/6'99, Yu
*file*

CPT Fuzhou Co., Ltd. Sales Department

Customer Contact Report

Contact Date:   8/5 '99

Customer name:     IRICO/*ORION*

Contacted by:       IRICO: Manager Tao Sha, Manager Wei-Sheng Li.
                    *ORION*: Director Wen
                    *CPT*: Director Liu, Jing-Song (Jason) Lu

I.    Explanation on the price increase for 14" *CPT*:

1. In Asia, the original target was *BARE*/@*USD* 30, ITC/@*USD* 33.50. About half of the customers have reached this target of price increase. The price increase for the other half of the customers will be done in separate phases. Starting August 1, the price has increased by *USD* 1.50.

2. In Europe, due to low price dumping of 14" *CPT* in Lithuania and *TV SET*s in Turkey, the price can only increase about *USD* 0.5~1-.

II.   *IRICO*'s intention and cooperation:

1. After the *MEETING* in 6/*E*, *IRICO* had been waiting for news and progress about a price increase from *CPT* and *ORION*, so it had not yet formally proposed a price increase to *VESTEL*. The current price for 14" *ITC* is @*USD* 27 (*FOB CHINA*). Sales volume in '99 is estimated at 1.6*M*.

2. Pending further explanation from *CPT* and *ORION*, it is certain that *IRICO* will increase its sales price to *VESTEL* by at least *USD*2- from 9/1 (maybe at 8/*E*, ahead of schedule), but as to whether it is possible to increase by *USD* 30↑ as requested by *Mr. Moon* will still be subject to separate notice by telephone after internal review.

III.  EU 14" *CPT ANTI-DUMPING* case:

1. This case is targeting 5 countries: Malaysia, India, Lithuania, China and South Korea. *BMCC* and *IRICO* of China are under investigation, among which
2. *BMCC* is planning to drop their defense and *IRICO* is preparing objections,

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030827E
                                                              Translation

[Page Intentionally Omitted]

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL            CHU00030828E

Translation

and preliminary data indicates that the total sales volume to EU last year by *IRICO* was only 160,000 units (not including sales to *VESTEL* Turkey.)

3. On the possible effect of the alleged *ANTI-DUMPING* case against *IRICO*, *Mr. Moon* explained that the case was brought up by *PHS* and the targets are *IRICO*, Lithuania and *VESTEL*. Even if *ANTI-DUMPING* fails, they will have many other methods to deal with *IRICO* and *VESTEL*, so *IRICO* should not underestimate them.

4. *IRICO* basically agreed with *Mr. Moon*, promising to kindly reply to the request (that is to increase the sales price) and ask *Mr. Moon* to arrange a tripartite meeting (*PHS/ORION/IRICO*) in the meantime, so that *IRICO* would know better as how to cooperate, and it would be best if *PHS* would withdraw the *ANTI-DUMPING* case. *Mr. Moon* agreed that as soon as he assumes his post at the French factory at 8/*E*, he will arrange the *MEETING*. The meeting will be held either in Korea or Hong Kong.

IV.  Conclusion:

IRICO fully expressed its willingness to cooperate at this second *MEETING*. Director Liu also invited *IRICO* in person to directly participate in *CPT MEETING* in China, Korea and Thailand and may solidify further cooperation.

End of report

Respectfully submitted to Manager Cheng/Director

[Signed:] Submitted by Employee Jing-Song (Jason) Lu 8/6 '99

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                CHU00030829E

Translation

[Page Intentionally Omitted]

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030830E

Translation

戴／file

# 中華映管福州有限公司業務部

## 客户接洽報告

接洽日期：8/99

| | |
|---|---|
| 客户名稱： | 彩虹電子／ORION |
| 接洽人員： | 彩虹：沙詩（經理、李衛生經理 ORION：文經事　○A：刘儿发、吕续收 |

一、14" ○A 價格波动说明：

1. 亚洲部份：淨目前為 BARE I@USD 30，I/C I@USD 33.50 約有平衡器以上之进利波價目需，若糾送之以低於階接降後，此起上漲 @USD 1.50。

2. 欧洲部份，因有来自范围的14" ○A 及上月買 TV SET 低價倾销，大约只能相議 @USD 0.5～1-。

二、ZR2CO 素向公会作：

1. 自 MEG/WEG 後，ZR2CO 一直等候 ○A/ORION 请求此漲價進展消息，故未来对 VESTEL 正式提此漲價要求，现價 14" I/C @USD 27 (JOB CHINA)，'99预计销售量 1.6M。

2. 经○A及 ORION 再愛分析说明，ZR2CO 之意欲配足此 9/1起 (最迟提前至 8/6)，对 VESTEL 相漲報价 @USD 2-，但是迟等通知 MR. MOON 要求之 @USD 30个，以内部積封後，另行再送通知。

三、欧盟对14" ○A ANTE-DUMPING 案：

1. 此次俄罗斯对三个国家：马来西亚、印度、韩国及中国风告捷，中国被相涉的有 BMCC 及 ZR2CO，其中 BMCC 积极参加诉訟，而 ZR2CO 以凖備抗诉中，亦有

CONFIDENTIAL - GRAND JURY MATERIAL



CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030828

| 內容 | 連系事項 |
|---|---|

據資料顯示，ZRICO 銷次進去年總量達 16 萬台 (不含 土異 VES/GL 銷量)。

2.年初對 ZRICO 質疑 ANTI-DUMPING 將影響之商品句, MR. MOON 說明此恐怖由 PHS 提出, 目標為 ZRICO / 主調商及 VES/GL, 即使 ANTI-DUMPING 失敗, 他 仍會有準手法可針對 ZRICO 及 VES/GL, 請 ZRICO 不可掉以輕心。

3. ZRICO 基本上認同 MR. MOON 說法, 也已答應妥善回 座 (即得將讓售價) (及請 MR. MOON 居中安排田三 方 (PHS / OREON / ZRICO) 會議, 讓 ZRICO 更清是他 化討論應有合之處, 最好能達成 PHS 撤消 ANTI- DUMPING 案。MR. MOON 答應於 8/6 赴法國敵方 佳後, 即安排此 MEETING, 合議地點可能送定返 韓國或香港。

四結論：

經此本次 MEETING, ZRICO 充分表達合作之意, 互及日後亦將對 ZRICO 銷價堂由現系統中轉系之 C/P MEETING, 以使雙方合作更推一步鞏固。

以上報告.

敬呈 鄭經理 / 林處長

藏
滾旋望
8/6 /99



CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030830

EXHIBIT 24

June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030843E – CHU00030845.

_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

'99-09-07     15:50                                                           *T-722  P01*
[Illegible]                          *C.P.T.F.*      *OFFICE*                    001

[Handwritten :]
Tai 9/8'99 Yu *Yu* [Illegible] →*file CDT* competitor brand *Fax to CPTF*
→*Tony*/Du each officer
[Signed:] Hua Wu 9/10
Respectfully submitted to Senior Manager/Director Cheng
[Initialed:] Jiang 9/10/'99

Meeting Topic: Mainland China *CDT MAKER* Market Exchange

Date: *SEP*.02, 1999

Location: Xi'an

Attendees:

| | |
|---|---|
| *CPTF*: Jing-Song (Jason) Lu, Zun Chen | *ORION*: Qin Ying Park |
| *SSDD*: Zhen Yang | *PHS*: Zheng-Xi Shao, Huafei Dong Liu, Sichuan Li |
| *IRICO*: Zhi-Yuan Wei, Zhao-Jie Wang, Jun Yao | |

Contents:

- - - *AUG/SEP* production and sales information exchange            *Unit*: *K PCS*

| | | '99 AUG | | | | '99 SEP | | | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PROD | SALES IN CHINA | | STOCK | PROD | SALES IN CHINA | | | STOCK | |
| | | | TTL | Domestic Sales | Exports | | TTL | Domestic Sales | Exports | | |
| PHS | | | | | | | | | | | |
| Huafei | 14" | 67 | 69 | 53 | 16 | 0 | 81 | 78 | 50 | 28 | 3 | |
| | 15" | 63 | 63 | 63 | | 0 | 77 | 74 | 65 | 9 | 3 | |
| Overseas factory | 15" | | 70 | | 70 | | 90 | | 90 | | | |
| | 17" | | 58 | 10 | 48 | | 55 | 10 | 45 | | | |
| SDD | | | | | | | | | | | | |
| SSDD | 14" | 180 | 176 | 66 | 110 | 4 | 170 | 174 | 64 | 110 | 0 | |
| SSDD | 17" | | 10 | | 10 | 0 | 20 | 20 | | 20 | 0 | |
| TSED | 15" | 145 | 144 | 64 | 80 | 1 | 150 | 151 | 71 | 80 | 0 | |
| Overseas facotory | 15" | | 250 | | 250 | | 260 | | 260 | | | |
| | 17" | 10 | 200 | | 200 | | 200 | | 200 | | | |
| BMCC | 14" | | | | | | | | | | | |

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030843.01E
Translation

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ORION | 14" | | 20 | | 20 | | | 16 | | 16 | |
| | 15" | | 60 | | 60 | | | 65 | | 65 | |
| | 17" | | 17 | | 17 | | | 20 | | 20 | |
| IRICO | 15" | 90 | 92 | 92 | | 16.5 | 90 | 95 | 95 | | 11.5 |
| CPT | | | | | | | | | | | |
| CPTF | 14" | 178 | 215 | 22 | 193 | 20 | 180 | 182 | 14 | 168 | 18 |
| | 15" | 169 | 179 | 98 | 81 | 15 | 180 | 179 | 91 | 88 | 16 |
| Overseas factory | 14" | | 56 | | 56 | | | 27 | | 27 | |
| | 15" | | 398(438) | | 398(438) | | | 460(509) | | 460(509) | |
| | 17" | | 390(423) | | 390(423) | | | 390(418) | | 390(418) | |
| | | | | | | | | | | | |
| 14"LOCAL | | 425 | 460 | 141 | 319 | 24 | 431 | 434 | 128 | 306 | 21 |
| 14'IMPORT | | | 76 | | 76 | | | 43 | | 43 | |
| 15"LOCAL | | 467 | 478 | 317 | 161 | 35.5 | 497 | 499 | 322 | 177 | 30.5 |
| 15"IMPORT | | | 778 | | 778 | | | 875 | | 875 | |
| 17"LOCAL | | | 10 | | 10 | 0 | 20 | 20 | | 20 | 0 |
| 17"IMPORT | | | 665 | 10 | 655 | | | 655 | 10 | 655 | |
| 14"/15"/17" TTL | | 892 | 2467 | 468 | 1999 | 59.5 | 948 | 2536 | 460 | 2076 | 51.5 |

*REMARK*: Actual quantity values are contained in ( ).

1

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030843.02E

Translation

'99-09-07     15:50                                              *T-722 P02*
[Illegible] 971357                    *C.P.T.F      OFFICE*              002

Explanation:

   1) *SDD*:

   ☐ To reflect a hot 14"market, other than *SEC 70K*, *EMC* was only able to deliver
      50*K* (on orders of 70*K*) in August; the trend did not change in September, 160*K*
      orders did not get filled, many customers are waiting to purchase with cash in
      hand.  It was analyzed that the demand this year between January and June for
      14" would be 2600*K*, according to 1*H*:2*H*=45%:55%, latter half of the year would
      be about 3200*K*, but actual supply volume was only at 3000*K*.  There are still
      unmet needs; therefore, it was proposed to increase $2 on 14" again, and hope to
      start from 10/1.

   ☐ Although the 14" market condition is excellent, *SSDD* will still use part of the
      space to produce 17" because of high profitability of 17", and the factory side is
      leaning towards producing 17"*CDT*, and the plan is to schedule 9/*E*, 10/*B* to
      continue producing 17", *TTL* 40-50*K*, *MAX* 60*K*; later on, 17" will be scheduled
      for production every month, and the 17" produced would be supplied to *EMC*
      temporarily.

   ☐ 14" bare tube capacity at *MAX* is 7*K*/day currently, the backend capability may
      reach 8*K*/day; production of 17" will thus reach 150*K/M*.

   2) *PHS*:

   ☐ *PHS* has a total of 5 weeks on September calendar, therefore its *OUTPUT*
      increased 25%.

   ☐ Current 14" *LINE* is expected to be converted into a mixed input line for 14"/17"
      in February of next year.

   ☐ Starting from February next year, 3 of the 15" production lines will be moved
      from *TWN* to *HF*, mass production will be in August.  If all gets *SETUP,* there
      would be: *HF LAYOUT*, 4*L* 15", 1*L* 14"/17". Other than that, 17"2*L* was also
      planned to be moved to *HF, TWN* will only keep Dapeng factory to produce
      17"/19". *MR*. Shou indicated that *PHS*'s line change next year will take 6 months,
      15" *TTL* supply volume would decrease by 1.2*M*, therefore, 15" continues to have
      a promising outlook next year.

   ☐

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030844.01E

                                                                            Translation

3) *ORION*:

☐ *MR*. Park made a special explanation regarding *DAEWOO*'s current situation (detailed as attached): The 12 *DAEWOO* subsidiaries have been receiving special support from the Korean government, banks and other creditors since August 26. *ORION*'s current liability ratio is approximately 300%, creditors have agreed to extend interest payments, but *ORN* hopes to improve its physical condition by selling 46% shares of the Korean glass, *MEXICO* factory, and produce high profitability products. It will become an independent entity from *DAEWOO* at the end of the year. Mr. Park indicated the condition of *ORN* is not as bad as what outsiders imagined, its outlook is still optimistic.

☐ 14" is confirmed to cease production starting from September, it will convert to producing the 15"*MINI* tubes of higher margin.

4) *BMCC*: Going through an internal reorganization (Personnel changes of Japanese and Korean presidents). In 9/4 internal meeting, future *CDT* production direction will be decided.

5) *IRICO*:

☐ *CAPA*.120*K/M*, but there is still problem on *DY* supply, it can only produce 90-95*K/M*, 2000 production and sales target is 1500*K*.

☐ There are two major customers, *ROYAL* and Weihai Daewoo. *ROYAL* 50*K/M*, *DW* 20-30*K/M*. It indicated that *ROYAL*'s recent order condition is not too good, it questioned if the internal sales coefficient of 10.8 by other makers have been thoroughly implemented. Respective makers have all indicated that the customers did not react to the coefficient increase; the issue lays on Irico's own poor order condition, and asked Irico to insist on implementation.

☐ It has a strong intention to bring in *AOC*, and hoped the makers would *SUPPORT* and asked for transparency on the *BOTTOM PRICE*. *CPT* indicated it wanted to bring in *AOC* and asked it to solemnly consider. Currently, *IRICO* could only supply 5*K/M*, but the low price has caused negative chain reaction for the overall industry, and asked Irico to come for joint review when it has more *SPACE* on its capacity. *PHS* & *SDD* both concurred and hoped that Irico would first maintain current layout jointly. [Handwritten:] *IRICO* agreed that it would not grab *AOC* or provide quotation to it temporarily.

☐ Original plan on 17"*CDT* line conversation is *PENDING,* there will be no *MP* in 2000.

2

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030844.02E

Translation

99-09-07      15:51                                                   *T*-722  *P*03
[Illegible]

II. Meeting Conclusion:

A) 14"price increase suggestion: Each attendee shall report to respective *HQ* and determination shall be made by *TOP MANAGEMENT*. It was suggested to increase price of $2/*PC* starting 10/01/99.

B) Current market layout is hoped to be maintained. Advance notice should be provided in case of any movements to enable a joint discussion.

C) Makers shall insist on thorough implementation on the domestic sales coefficient increase.

D) In order to strengthen the handling of Mainland China *MONITOR* market trend, attendees were requested to provide related market information, and a comprehensive review shall be held each quarter.

III. Next meeting will be hosted by *SDD*, date: *OCT* 7, venue: Tianjin.

-End of report-      Submitted for approval

Respectfully submitted by Employee, Zun Chen
*SEP*. 6, 1999
[Signed:] Zun Chen 9/11/99

[Handwritten:]
1. Through regular meetings for a year, makers' attitude of cooperation have matured immensely.

2. The step taken by *IRICO*'s adjustment on coefficient for domestic sales is still slow, and it has a lot of concerns; it agreed to follow after persuasion.

3. In order to respond, a report was made to the director as to whether to increase price for 14" for overall consideration. *CPTF* shall proceed pursuant to the decision of the headquarters.

Market condition for 14" is hot, so there was no opposition to price increase. Korean's price increase for 15" has been unsuccessful toward its surrounding factories up to this time, but fierce towards Taiwanese makers. Taiwanese *Monitor* makers are all losing money, they can't compete with Korean makers. Therefore, the suspicion should be clarified first.

Submitted for approval

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL            CHU00030845.01E

Translation

[Initialed:] Jing-Song (Jason) Lu 9/6/1999

[Initialed:] Chih-Chun (C.C.) Liu 9/6

[Initialed:] Chen-Cheng (Tony) Chien 9/6

14" will not increase price again.

[Initialed:] Chieng-Yuan (C.Y.) Lin 9/7

3

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030845.02E
                                            Translation



◎◎◎ 接洽報告 ◎◎◎

會議主題：大陸 CDT MAKER 市場交流
時間：SEP. 02, 1999
地點：西安
與會人員：

| CPTF： 呂鏡松、陳邁 | ORION：朴款応 |
|---|---|
| SSDD： 楊真 | PHS： 邵正鑾、華飛劉東、黎恩泉 |
| IRICO： 魏致遠、王昭杰、姚軍 | |

內容：

一、AUG/SEP 產銷訊息交換                                                  UNIT: K PCS

| | | '99 AUG | | | | '99 SEP | | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PROD. | SALES IN CHINA | | STOCK | PROD. | SALES TO CHINA | | STOCK | |
| | | | TTL | 內銷 | 外銷 | | | TTL | 內銷 | 外銷 | STOCK | |
| PHS | | | | | | | | | | | |
| 華飛 | 14" | 67 | 69 | 53 | 16 | 0 | 81 | 78 | 50 | 28 | 3 | |
| | 15" | 63 | 63 | 63 | | 0 | 77 | 74 | 65 | 9 | 3 | |
| 海外廠 | 15" | | 70 | | 70 | | | 90 | | 90 | | |
| | 17" | | 58 | 10 | 48 | | | 55 | 10 | 45 | | |
| SDD | | | | | | | | | | | | |
| SSDD | 14" | 180 | 176 | 66 | 110 | 4 | 170 | 174 | 64 | 110 | 0 | |
| SSDD | 17" | | 10 | | 10 | 0 | 20 | 20 | | 20 | 0 | |
| TSED | 15" | 145 | 144 | 64 | 80 | 1 | 150 | 151 | 71 | 80 | 0 | |
| 海外廠 | 15" | | 250 | | 250 | | | 260 | | 260 | | |
| | 17" | 10 | 200 | | 200 | | | 200 | | 200 | | |
| EMCC | 14" | | | | | | | | | | | |
| ORION | 14" | | 20 | | 20 | | | 16 | | 16 | | |
| | 15" | | 60 | | 60 | | | 65 | | 65 | | |
| | 17" | | 17 | | 17 | | | 20 | | 20 | | |
| IRICO | 15" | 90 | 92 | 92 | | 16.5 | 90 | 95 | 95 | | 11.5 | |
| CPT | | | | | | | | | | | | |
| CPTF | 14" | 178 | 215 | 22 | 193 | 20 | 180 | 182 | 14 | 168 | 18 | |
| | 15" | 169 | 179 | 98 | 81 | 15 | 180 | 179 | 91 | 88 | 16 | |
| 海外廠 | 14" | | 56 | | 56 | | | 27 | | 27 | | |
| | 15" | | 398(438) | | 398(438) | | | 460(509) | | 460(509) | | |
| | 17" | | 390(423) | | 390(423) | | | 390(418) | | 390(418) | | |
| 14" LOCAL | | 425 | 460 | 141 | 319 | 24 | 431 | 434 | 128 | 306 | 21 | |
| 14" IMPORT | | | 76 | | 76 | | | 43 | | 43 | | |
| 15" LOCAL | | 467 | 478 | 317 | 161 | 35.5 | 497 | 499 | 322 | 177 | 30.5 | |
| 15" IMPORT | | | 778 | | 778 | | | 875 | | 875 | | |
| 17" LOCAL | | | 10 | | 10 | 0 | 20 | 20 | | 20 | 0 | |
| 17" IMPORT | | | 665 | 10 | 655 | | | 665 | 10 | 655 | | |
| 14"/15"/17" TTL | | 892 | 2467 | 468 | 1999 | 59.5 | 948 | 2536 | 460 | 2076 | 51.5 | |

REMARK：  ( )內為实际数值。

1

CONFIDENTIAL - GRAND JURY MATERIAL                                        CHU00030843

說明
1) SDD：
   □ 反映 14"市場熱絡，8 月除 SEC 70K，EMC 僅能交 50K（訂單 70K）。9 月勢頭不減，訂單缺口 160K，許多客戶持幣待購。並分析今年 1-6 月 14"需求 2600K，依 1H:2H=45%:55%，下半年約 3200K，而實際供應量僅 3000K，仍有缺口。因此提議 14"再漲價$2，希望從 10/1 開始。
   □ 雖然 14"市況大好，但 SSDD 仍會用部分 SPACE 生產 17"，因 17"利潤高，廠方較偏向多生產 17 "CDT。擬安排 9/E，10/B 連續生產 17"，TTL 40~ 50K，MAX 60K。後續每月均會安排 17"生產。17"暫時僅供應 EMC。
   □ 14"目前操管產能 MAX 7K/天，後段能力可達 8K/天。全產 17"可達 150K/M。

2) PHS：
   □ PHS 9 月日曆共 5 週，故 OUTPUT 增加 25%
   □ 現 14"LINE 預計明年 2 月改成 14"/17"混投線。
   □ 明年 2 月起將從 TWN 移 3 條 15"生產線至 HF，8 月量產，如全部 SETUP，HF LAYOUT: 4L 15"，1L 14"/17"。此外，17"2L 亦有打算移到 HF，TWN 僅保留大鵬廠。生產 17"/19"。邵'R 表示明年 PHS 移線需 6 個月時間，15"TTL 供應量將減少 1.2M，因此 15"明年應該還是看好。

3) ORION：
   □ 朴'R 特別就 DAEWOO 目前處境解釋（詳見附件）：韓國政府、銀行並其他債權人自 8/26 開始，對包含 ORION 在內的 12 家 DAEWOO 子公司予以特別政策扶持，ORION 目前負債率約 300%，債權人已同意利息可延期支付，而 ORN 希望通過出售韓國玻璃 46% 股份，及 MEXICO 工廠，並生產高利潤產品來改善體質。今年底則從 DAEWOO 獨立出去。朴'R 表示 ORN 並不如外界想像的那么糟，對前景仍表樂觀。
   □ 14"已確定從 9 月起停止生產，改產利潤較高之 15"MINI 管。

4) BMCC：內部改組中（日籍總經理更換），9/4 內部會議將決定未來 CDT 生產動向。

5) IRICO：
   □ CAPA.120K/M，但目前 DY 供應仍有問題，僅能產 90~ 95K/M，2000 年產銷目標 1500K。
   □ 現有兩大客戶 ROYAL 和威海大宇，ROYAL 50K/M，DW 20~ 30K/M，表示 ROYAL 近期訂單不太好，質疑其他家內銷係數 10.8 是否貫徹。各家均表示係數調漲客戶並無反彈，應是其客戶自身訂單狀況不好，請其堅決執行。
   □ 強烈意願導入 AOC，希望各家能 SUPPORT，並要求 BOTTOM PRICE 透明化。CPT 表示要導入 AOC，請先慎重考慮，目前 IRICO 僅供應 5K/M，但低價會對整體產業產生不良連鎖反應。請其產能有較多 SPACE 時，再一起檢討。PHS 及 SDD 皆表贊成，希望彩虹先共同維持現有格局。之620因客影时不再对AOC采取反报价。
   □ 原 17"CDT 改線計劃 PENDING，2000 年將不會 MP。

2

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030844

'99-09-07  15:51

T-722 P03

二、会议结论
    A) 14"调涨价格建议，各自向 HQ 通报，再由 TOP MANAGEMENT 决策。建议从 99/10/01 起，调涨$2/PC.
    B) 希望保持现有市场格局，如有任何动向，请事先知会，共同协商。
    C) 内销系数调涨仍请各家坚决贯彻。
    D) 为加强对大陆 MONITOR 市场动向把握，后续请与会各方提供相关市场资料，每季度汇总检讨。

三、下次合灣由 SDD 主辦‧時間：OCT 7‧地點：天津。

--以上報告--    呈核

職：陈邁 敬呈
SEP. 6, 1999

3

EXHIBIT 25

**consortra**
translations

100 Park Ave. 16th Fl.
NY, NY 10017

Toll-free:  877-GO-CONSORTRA
877-462-6676

Your legal translation partner.

www.consortra.com

STATE of NEW YORK           )
                            )
COUNTY of NEW YORK          )

### *CERTIFICATE OF ACCURACY*

This is to certify that applicable sections of the attached document, *"SDCRT-0086698 – SDCRT-0086699"*, originally written in *Korean* is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: July 20, 2012

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
____day of ___July____,
2012.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

| September Chinese Similar Industry Meeting |
| --- |

☐ Date: September 3, 1999
☐ Location: Xi'an, China
☐ Attendees:

Philips Mr. Frank, Liu Dong and Wei Si Quan      Orion: Piao Kuanying
IRICO: Wang Zhaojie, Tao Jun and Wei Zhiyuan     CPT: Lu Jingqing and Chen Zun
SSDD: Yang Zhen

☐ PSI Status in August and Plans for September by each company

| | | August | | | | | September | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | P | S (EX) | S (DO) | TTL | 计划 | P | S (EX) | S (DO) | TTL | 计划 |
| PHILIPS | 14" | 67 | 16 | 53 | 69 | 0 | 81 | 28 | 50 | 78 | 3 |
| | 15" | 63 | | 63 | | 3 | 77 | 9 | 65 | 74 | 3 |
| | 15"* | | 70 | | 76 | | | | 90 | 90 | |
| | 17"* | | 48 | 10 | | | | | 45 | 55 | |
| CPT | 14" | 178 | 193 | 22 | 153 | 20 | 180 | 168 | 14 | 182 | 18 |
| | 15" | 169 | 81 | 98 | 180 | 15 | 180 | 88 | 91 | 179 | 16 |
| | 14"* | | | | 0 | | | | | 27 | |
| | 15"* | | | | 394 | | | | | 460 | |
| | 17"* | | | | | | | | | 390 | |
| IRICO | 15" | 90 | | | 92 | 16.5 | 90 | | | 95 | 11.5 |
| ORION | 14"* | | 20 | | | | | 16 | | 16 | |
| | 15"* | | 60 | | 96 | | | 65 | | 65 | |
| | 17"* | | 17 | | | | | 20 | | 20 | |
| SDD | 14" | 180 | 110 | 66 | 176 | 4 | 170 | 110 | 64 | 174 | 0 |
| | 15" | 145 | 80 | 64 | 144 | 1 | 150 | 80 | 71 | 151 | 0 |
| | 15"* | | | | 250 | | | | | 260 | |
| | 17"* | | | | 200 | | | | | 200 | |
| | 17"TTC | | 10 | | | | | 20 | | 20 | 0 |
| TTL | 14" | 425 | 319 | 141 | 460 | 24 | 431 | 306 | 128 | 434 | 21 |
| | 14"* | 0 | 20 | 0 | 56 | 0 | 0 | 16 | 0 | 43 | 0 |
| | 15" | 467 | 161 | 225 | 415 | 35.5 | 497 | 177 | 227 | 499 | 30.5 |
| | 15"* | 0 | 130 | 0 | 648 | 0 | 0 | 155 | 0 | 875 | 0 |
| | 17"* | 0 | 65 | 10 | 590 | 0 | 0 | 65 | 10 | 665 | 0 |

(Only, *Asterisk indicates product for overseas

99000796

1 / 2

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086698E_Translation

[ PHILIPS ]

- Moved into Nanjing with Taiwan 3 line in February to August in 2000, 180K/Month production CAPA
  ☞ It refer to 15" with 180K/Month has reduced in the same period.
- Covert Nanjing 14" LINE →14"/17" combination in February, 2000 (It is possible to produce from March)
- Current 17" CKD BUNDLE 10K/Month imported and produced it, I/L is obtained with 50K

[ CPT ]

- Improved productivity : Increased with 14"/15?  180K/Month
- AOC supply : 14" – 120K,   15" – 150K   (August)
                        14" – 100 ~ 120K             (September)
- 17" CPT Total volume in August = 700K

[ IRICO ]

- Improved productivity : 100K/Month
- Is supplying 20~30K, TRL 40~50K/Month for Daewoo
- Has willing to supply to AOC, but CPT PHILIPS has opposite it ($66. OFFER)

[ ORION ]
- Not changed the plan with 14" →15" in September, 15" 2 LINE, 17" 1 LINE  after has
  Converted it.
- Orion will be separated from Daewoo, but for a while it will continue to support for [Daewoo Electronics]
- Mexico CPT LINE sells to France THOMSON

[ BMCC ]
- Final CDT production will be decided in the internal meeting on September 4
  ☞ If CDT is resume, production will be possible in November due to Glass supply and demand will take for 2 months.

☐ Price Issue
  It forecast 14" shortage in world will be continued until end of this year, so CPT/SDD/PHILIPS will report to the each company for [USD 2.00 increase from October], it will be decided until next week.

☐ Next Meeting
  Will be in Tianjin on October 7 (hosted byTSDD)

99000207

2 / 2

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086699E_Translation

## 9월 중국 동업계 Meeting

☐ 時　　間: 1999/09/03
☐ 場　　所: 中國 西安
☐ 參席人員:

| PHILIPS | Mr.FRANK, 劉東, 魏思泉 | ORION | 朴款應 |
|---|---|---|---|
| IRICO | 王昭杰, 桃軍, 魏致遠 | CPT | 呂鏡清, 陳邉 |
| SSDD | 楊眞 | | |

### ☐ 각사 8월 PSI 현황 및 9월 계획

| | | 8월 | | | | | 9월 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | P | S(EX) | S(DO) | TTL | 재고 | P | S(EX) | S(DO) | TTL | 재고 |
| PHILIPS | 14" | 67 | 16 | 53 | 69 | 0 | 81 | 28 | 50 | 78 | 3 |
| | 15" | 63 | | 63 | | 3 | 77 | 9 | 65 | 74 | 3 |
| | 15"* | | 70 | | 76 | | | 90 | | 90 | |
| | 17"* | | 48 | 10 | | | | 45 | 10 | 55 | |
| CPT | 14" | 178 | 193 | 22 | 153 | 20 | 180 | 168 | 14 | 182 | 18 |
| | 15" | 169 | 81 | 98 | 180 | 15 | 180 | 88 | 91 | 179 | 16 |
| | 14"* | | | | 0 | | | | | 27 | |
| | 15"* | | | | | | | | | 460 | |
| | 17"* | | | | 394 | | | | | 390 | |
| IRICO | 15" | 90 | | | 92 | 16.5 | 90 | | | 95 | 11.5 |
| ORION | 14"* | | 20 | | | | | 16 | | 16 | |
| | 15"* | | 60 | | | | | 65 | | 65 | |
| | 17"* | | 17 | | 그그b | | | 20 | | 20 | |
| SDD | 14" | 180 | 110 | 66 | 176 | 4 | 170 | 110 | 64 | 174 | 0 |
| | 15" | 145 | 80 | 64 | 144 | 1 | 150 | 80 | 71 | 151 | 0 |
| | 15"* | | | | 250 | | | | | 260 | |
| | 17"* | | | | 200 | | | | | 200 | |
| | 17"ITC | | 10 | | | | 20 | 20 | | 20 | 0 |
| TTL | 14" | 425 | 319 | 141 | 460 | 24 | 431 | 306 | 128 | 434 | 21 |
| | 14"* | 0 | 20 | | 56 | 0 | 0 | 16 | 0 | 43 | 0 |
| | 15" | 467 | 161 | 225 | 415 | 35.5 | 497 | 177 | 227 | 499 | 30.5 |
| | 15"* | 0 | 130 | 0 | 648 | 0 | 0 | 155 | 0 | 875 | 0 |
| | 17"* | 0 | 65 | 10 | 590 | 0 | | 65 | 10 | 665 | 0 |

( 단, *표는 역외산을 의미함 )

99000296

1 / 2

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086698

## 【 PHILIPS 】
- 2000年 2~8月 대만 3개 라인 남경 이설, 180K/月 생산 CAPA
  - ☞ 동기간내에 15"가 180K/月 감소를 의미하기도 함
- '2000년 2월 남경 14" LINE → 14" / 17" 겸용 전환 (3월부터 생산 가능)
- 현재 17" CKD BUNDLE 10K/月 수입 생산, I / L은 50K 취득

## 【 CPT 】
- 생산성 향상: 14"/15" 180K/月로 증가
- AOC 공급: 14" – 120K,          15" – 150K       (8월)
  -              14" – 100~120K                       (9월 계획)
- 8월 17" CPT 전체 생산량 = 700K

## 【 IRICO 】
- 생산성 향상: 100K/月
- 대우 위해 20~30K, TRL 40~50K/月 공급중
- AOC에 공급 의사 있으나 CPT, PHILIPS 반대 ($66.00 OFFER)

## 【 ORION 】
- 9월 14" → 15" 전환 계획 불변, 전환후 15" 2LINE, 17" 1 LINE
- ORION은 대우에서 분리되나, 당분간 계속 「대우전자」지원 예정
- 멕시코 CPT LINE 프랑스 THOMSON 매각

## 【 BMCC 】
- 9/4 내부 회의에서 최종 CDT 생산 여부를 확정할 예정임
  - ☞ 만약 CDT 재개한다면, Glass 수급이 2개월 소요되기에  11월 생산 가능

☐ 가격 문제
전세계 14" Shortage가 금년 년말까지 계속될 전망이어서 CPT/SDD/
PHILIPS가 「10월부터 USD2.00 인상」을 각사의 본사에 보고, 다음주
까지 결정함

☐ 차기 회의
10/7 천진 거행(TSDD 주관)

99000207

2 / 2

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086699

# EXHIBIT 26

**[TRANSLATION]**

Contact Report

Date:                     October 11, 1999

Makers:                  IRICO: Vice President Liang-Jun Fang, Manager Yuen Liang
                         *PH* (Netherlands) *Mr. Leo Mink*

CPT Members:             Wen-Chun (Tony) Cheng, Jing-Song (Jason) Lu

Topic:                   *glass meeting*

1. Other than CPT/*OEC* two negotiation meetings with IRICO last month.   This time,
   *PH* (Europe) was especially invited to meet with IRICO.   On one hand, this is to
   relax IRICO regarding the price increase for *Vestel*.   On the other hand, we hope
   that *PH* will not hesitate to increase its prices on other customers because of
   IRICO's low prices.   Furthermore, to enable the overall reasonable pricing in
   Europe and Asia base on tariff in one accord.

2. Production summary for each maker:

| Philips | Germany | France | Spain | UK | Austria | USA | Brazil | Mainland China | Taiwan |
|---------|---------|--------|-------|-----|---------|-----|--------|----------------|--------|
| Sizes | >25" | 25/8/9" 24/28w | 14" | 17/21" | 15/17" CDT | >25" | 14/21" | | |
| Annual Production | 2.6M | 3.2M | 5.8M | 3.2M | 1.8M | 6M | 6.6M | 4.8M 1.8M | 9.2M |

| IRICO | 14" x 2# | 21"x 2# | 25" x 1# | 15"0.28 x 1# |
|-------|----------|---------|----------|--------------|
| Production Volume | 2.8M | 3.25M | 1.25M | 1.1M |
| Export | 2.0M | <0.2M | -- | <0.1M |

[Star drawn by hand]

3. _PH explained the low price of Irico based on the *Vestel* issue had helped *Vestel* in –_
   _low price dumping in Europe.   It has caused other European customers to demand_
   _low price.   The current price level is $32~33 in Asia and $34~35 in Europe._
   _Comparing to two years ago, when it was $40 in Asia_ [Underlined by hand] and
   $50~60 in Europe.   It is ridiculously low.   It is hoped that IRICO could increase
   its selling prices.   *PH* promised that they would absolutely not sell to *Vestel* before
   the end of the year.   Its quote for next year will definitely be at least $1 higher than
   IRICO's, and the supply will be at most 20~25*k/m*.

   IRICO said that it is a newcomer in this industry and that it was a pleasure being
   able to learn about the market from CPT and *PH.*   Currently, their export sales are
   entirely concentrated on *Vestel,* which is also 80% of their total production volume
   for 14".   Since it's a vertical supply and sales enterprise, if business is not obtained,
   not only will the 1,000 employees of the picture tube factories be in trouble, but so

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

would the other picture tube component factories.   <u>In the last few years, there have often been these so-called *spot deal*s, such as before, Samsung (Shenzhen) and *PH*'s 30*k* in July this year.   IRICO is weak in terms of international sales, with old model picture tubes which are not compatible with other customers, so it has no choice but to accommodate by lowering their prices to maintain their only customer</u> [Underlined by hand].

4. *PH* indicated that this year they had sold only one batch of 30*k* in July at $32.9(*fob*) and will not sell again before the end of the year.   Next year's sales price target for picture tubes are: 1*H* $36 and 2*H* $38.   They hoped IRICO will follow suit. <u>IRICO explained that a few days ago, the sell price of $27.5 (*fob* Shanghai) has been adjusted to $28 now.   They will negotiate with *Vestel* this week and hoped to adjust it to $28.5.   By doing so, with $1.5 for freight and 14% duty, it is about $32.4 (*cif*).   *PH* considered that the estimate of the freight cost was high.   IRICO explained that they hoped to quote *cif* to bring in more foreign currencies, but the freight before Hong Kong has been monopolized and doing it by itself will cost even more than $1.5.   At the end of the meeting, *PH* emphasized again that they will absolutely not supply *Vestel* this year and asked IRICO to be courageous and increase the price</u> [Underlined by hand].   ☆ [Star drawn by hand]

5. In addition to increasing mutual understanding, common understanding was also reached in this meeting on the conduct of the "trouble maker" *Vestel*.   All attendees agreed to keep in touch to avoid future misunderstanding.

[Handwritten in left margin:]   *FOB Shanghai* 28.5 → *CIF* 30.0 *Istanbul* x 1.14 = $34.2

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00029047E

# 接洽報告

日期: 88年10月11日

廠商: 彩虹 方良軍副總, 梁援經理, PH(荷) Mr. Leo Mink

洽訪: 鄭文俊, 呂鏡松

主題: glass meeting

1. 除月前兩度由華映/OEC與彩虹洽議外, 此次特別再將PH(歐)找來與彩虹碰面, 一方面讓彩虹放心調漲Vestel之售價外, 另一方面希PH不至於因彩虹之低價, 在其他客戶方面漲價時躑躅不前, 進而能讓整體歐洲售價與亞洲之售價合理依稅率齊一化。

2. 各家之生產概計:

| Philips | 德國 | 法國 | 西班牙 | 英國 | 奧地利 | 美國 | 巴西 | 大陸 | 台灣 |
|---|---|---|---|---|---|---|---|---|---|
| 尺吋 | >25" | 25/8/9", 24/28w | 14" | 17/21" | 15/17" CDT | >25" | 14/21" | | |
| 年產 | 2.6M | 3.2M | 5.8M | 3.2M | 1.8M | 6M | 6.6M | 4.8M 1.8M | 8.2M |

| 彩虹 | 14" x 2# | 21" x 2# | 25" x 1# | 15"0.28 x 1# |
|---|---|---|---|---|
| 產量 | 2.8M | 3.25M | 1.25M | 1.1M |
| 外銷 | 2.0M | <0.2M | - | <0.1M |

3. PH就Vestel一案說明因彩虹之低價, 協助Vestel以低成本在歐洲傾銷, 致使歐洲其他客戶亦要求低價, 現價位亞洲$32~33, 歐洲$34~35比起兩年前的亞洲$40, 歐洲$50~60均已低得太離譜。希望彩虹可以調漲售價, PH保証今年底之前絕對不會再銷售給Vestel, 明年的報價也絕對比彩虹高至少$1以上, 供應量頂多20~25k/m。

   彩虹則說明在業界算是後輩, 很高興能跟華映與PH瞭解市場, 目前的外銷全部集中在Vestel, 同時也佔了14"總量的80%, 由於係垂直供銷企業, 如果生意沒做到, 不只映管廠的1000人, 其他映管零件廠也都一併遭殃, 這幾年來總是有所謂的spot deal, 如先前的三星(深圳), 及今年七月PH的30k, 彩虹在國際行銷能力弱, 而且管型老舊沒有其他客戶可以匹配的情況下, 也不得不配合降價來維繫唯一的客戶。

4. PH說明今年僅七月賣一批30k, $32.9(fob), 年底前也不會再賣, 明年映管售價目標: 1H $36, 2H $38, 希望彩虹跟隨, 彩虹說明目前售$27.5 (fob上海), 現已調至$28, 本週內將再與Vestel會談希調至$28.5, 如此, 運費$1.5, 稅14%, 約略等於$34.2(cif), PH則認為運費高估, 彩虹解釋亦希報cif以增加外匯, 但香港前之運費被壟斷, 自己來還比$1.5高, 最後, PH再強調今年內絕不供應給Vestel, 請彩虹勇敢調漲。

5. 此次會議除相互增進瞭解外, 對於"搗蛋者"Vestel之作為, 亦有共識, 大家約定日後保持連繫, 免生疑義。

CHU00029046

# 中華映管股份有限公司 業務處

楊梅廠: 傳真: 03-4858094, 電話: 03-4786121轉8036　　　　　楊梅鎮行善路80號
桃園廠: 傳真: 03-3773190, 電話: 03-3675151,　　　　　　　　桃園縣八德市和平路1127號

| TO:新寶科技股份有限公司 | FAX NO: 03-3285020/3280377 |
|---|---|
| ATTN: 廖義草先生 | FROM: 華映業務處 |
| CC ： 桃園業務 林課長 | DATE: FEB. 24,1999 |

### SUBJ:88年3月份交貨平均匯率計算依據及換算單價.

A. 平均匯率計算期間88年2月1日起至2月15日止:

| 2月1日 | 2月2日 | 2月3日 | 2月4日 | 2月5日 | 2月6日 | 2月7日 | 2月8日 |
|---|---|---|---|---|---|---|---|
| 32.27 | 32.27 | 32.26 | 32.26 | 32.25 | 32.25 | *** | 32.25 |

| 2月9日 | 2月10日 | 2月11日 | 2月12日 | 2月13日 | 2月14日 | 2月15日 | 平　均 |
|---|---|---|---|---|---|---|---|
| 32.3 | 32.28 | 32.29 | 32.29 | *** | *** | *** | 32.270 |

B. 依原協議報價貴公司3月1日起3月31日之相關管型單價以@32.27爲基準匯率計算.

敬請續惠予本公司支持與愛護.

順頌商祺

　　　　　　　　　　　　　　　　　　　　　　　華　映　業　務　處

　　　　　　　　　　　　　　　　　　　　　　　洪佳綺敬上

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00029047

# 中華映管股份有限公司 業務處

楊梅廠: 傳真: 03-4858094, 電話: 03-4786121轉8036　　　　　　楊梅鎮行善路80號
桃園廠: 傳真: 03-3773190, 電話: 03-3675151,　　　　　　桃園縣八德市和平路1127號

| TO:新寶科技股份有限公司 | FAX NO: 03-3285020/3280377 |
|---|---|
| ATTN: 廖義草先生 | FROM: 華映業務處 |
| CC ： 桃園業務 林課長 | DATE: FEB. 24,1999 |

### *SUBJ:88 年 3 月份交貨平均匯率計算依據及換算單價.*

A. 平均匯率計算期間88年2月1日起至2月15日止:

| 2月1日 | 2月2日 | 2月3日 | 2月4日 | 2月5日 | 2月6日 | 2月7日 | 2月8日 |
|---|---|---|---|---|---|---|---|
| 32.27 | 32.27 | 32.26 | 32.26 | 32.25 | 32.25 | *** | 32.25 |

| 2月9日 | 2月10日 | 2月11日 | 2月12日 | 2月13日 | 2月14日 | 2月15日 | 平　均 |
|---|---|---|---|---|---|---|---|
| 32.3 | 32.28 | 32.29 | 32.29 | *** | *** | *** | 32.270 |

B. 依原協議報價貴公司3月1日起3月31日之相關管型單價以@32.27為基準匯率計算.

敬請續惠予本公司支持與愛護.

順頌商祺

華 映 業 務 處

洪佳綺敬上

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00029047

EXHIBIT 27

June 20, 2012


**Certification**

**Park IP Translations**


This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030881E – CHU00030884E.


_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

Visitation Report

Meeting topic: Mainland China *CDT* Market Information Exchange
Date: 99/10/12
Place: Tianjin
Attendees:
*CPTF*: Manager Wen-Chun (Tony) Cheng, Manager Jing-Song (Jason) Lu, Wei-Lie Yu
*IRICO*: Zhao-Jie Wang
*SDD*: Department Manager Myoung Sik Lee, Section Chief Dong-Yu Hsu/*TSDD*, Jun Cui/*TSDD*
*BMCC*: Manager Xin-Wen Huang
*PHS*: Manager Zheng-Xi Shao/*CHN*, Director Dong Liu/*HF*, Manager Tien/*TWN*

Content:

I: *SEPTEMBER/OCTOBER* mainland China *CDT* production and sales information exchange (See Attachment 1)

II: Explanation:

1. **SDD**:

A. Department Manager Lee said that due to pressures on 14"*CDT* supply and the downturn in demand for 17"*CDT*s, they originally planned to mass produce 17"*CDT*/20*K*. Instead, they simply transferred 17"*CDT* x 10*K* tubes from Korea and sold them to *EMC*.

B. October's plan is to mass produce 17"*CDT* x 30*K*. Production was complete by the first half of the month.

[Handwritten:] According to *EMC*, 17" x 40k was shipped from the Shenzhen factory in October.

2. **PHS**:

A. Currently, Huafei utilizes one 14" *CDT* production line and one 15" CDT production line. It is expected that the production lines will be converted to two compatible lines for 14"/17" and 15"/17" in February and August of 2000, respectively. In addition, the Taiwan 3*Lx*15" *CDT* production line will be transferred to Huafei starting in February, 2000. Therefore, in August/*M* 2000, there will be: 14"/17" x 1*L*, 15"/17" x 1*L*, and 15" x 3*L*.

B. Manager Tien said that the recent earthquake in Taiwan had affected the

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

production volume of *PHS* 15"/17" *CDT* by 150 ~ 180 *Kpcs*. Their 15" *CDT* was particulary heavily affected (about 3/5). Manager Shao believed that this natural disaster has further strengthened *PHS*'s intent about moving their production lines to mainland China on *SKDL*.

C. Also, it was disclosed that their color picture tube factory, Huapu, will for sure be merged with Huafei at the end of this year.

## 3. *IRICO* (**IRICO** Electronics)

A. Affected by the shortage of imported 15" glass bulbs, the production volume for this month (82*K*) is lower than the average of the previous period (90*K*).

B. Due to the increase in the RMB selling price in September and the decrease in its customers' production volume due to the shortage of some key components, sales in September were low and inventory climbed to 34.5*K*.

C. Since the overall 15" market is still strong, the status of IRICO's 15" *CDT* inventory worried attendees. They were afraid that they might try to grab orders, which would cause customers to ask for price cuts. In order to maintain a good market condition and avoid falling into vicious competition, after discussion the attendees agreed that IRICO may *share* a limited volume orders with others in the industry at a negotiated discount price with others in the industry, such as 15" *CDT* orders by Xoceco from SAMSUNG and AOC from CPT.

[Handwritten:] IRICO consulted *CPT*, *PHS*, and *SDD* in advance for its quote to *AOC* and Xoceco.

D. They originally had a plan to bring in production of 17" *CDT* by purchasing the technology. Recently, they negotiated with *TSB* to convert into a joint venture format to mass produce 17" *CDT*. However, the stock holding issue is being discussed (IRICO is leaning toward controlling the stock).

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

Translation

4. **BMCC** (Beijing Matsushita):

    *A.* It expected that they will continue to mass produce about 100*K* 14" *CDT* after February, 2000 in order to consume all the existing stored materials (20-25*K*).

    *B.* It is also expected that they will utilize 1*L* x17'/19" *CDT* in the 2nd half of 2000.
It will share factory space with the current *CPT*.

**III**. 14" *CM* Mass Production Market Situation

| Vendor | Aoc | Jean | Phs | Sec | Emc | Acer | L/o | LG | Adi | CGC | Xoc | Other | TL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q'ty(k/m) | 160 | 130 | 90 | 80 | 70 | 45 | 10 | 20 | 10 | 30 | 10 | 50 | 705 |

IV. The next *CDT* meeting is expected to be hosted by CPT and held in Fuzhou on 11/05.

~End of report~

[Handwritten:]
Submitted respectfully to: *CPTF* President Peng
Sales Department, Manager Wen-Jun (Tony) Cheng/The Director

           [Signed:] Afan Tseng on behalf of *PD,* 10/18 '99

             [Initialed]: Jing-Song (Jason) Lu, 10/15 '99

           [Signed:] Wen-Chun (Tony) Cheng, 10/15 '99

               [Signed:] Wei-Lie Yu 10/15 '99

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL           CHU00030882E

Translation

| | Type | Prod | '99.09.Sale | | | E/Stock | Prod | '99.10.Sale | | | E/stock | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ttl | Local.sa | Export.sa | | | Ttl | Local.sa | Export.sa | | |
| Philips | 14"(Local) | 82 | 82 | 39 | 43 | 0 | 67 | 67 | 30 | 37 | 0 | |
| | 15"(Local) | 79 | 80 | 69 | 11 | 2 | 63 | 65 | 55 | 10 | | |
| | 15"(Import) | | 94 | | 94 | | | 130 | | 130 | | |
| | 17"(Import) | | 65 | 7 | 58 | | | 70 | 10 | 60 | | |
| Sdd | 14"(Local) | 180 | 180 | 60 | 120 | 4 | 160 | 164 | 40 | 124 | 0 | |
| | 15"(Local) | 165 | 157 | 75 | 82 | 8 | 170 | 175 | 80 | 95 | 3 | |
| | 15"(Import) | | 260 | | 260 | | | 260 | | 260 | | |
| | 17"(Local) | | | | | | 30 | 30 | 5 | 25 | 0 | |
| | 17"(Import) | | 210 | | 210 | | | 210 | | 210 | | |
| | 17"(SKD) | | 10 | | 10 | | | | | | | |
| Cpt | 14"(Local) | 181 | 189 | 23 | 166 | 12 | 180 | 182 | 20 | 162 | 10 | |
| | 14"(Import) | | 27 | | 27 | | | 38 | | 38 | | |
| | 15"(Local) | 186 | 186 | 82 | 104 | 18 | 180 | 186 | 84 | 102 | 12 | |
| | 15"(Import) | | 440 | | 440 | | | 400 | | 400 | | |
| | 17"(Import) | | 360 | | 360 | | | 400 | | 400 | | |
| Orion | 14"(Import) | | 20 | | 20 | | | 20 | | 20 | | |
| | 15"(Import) | | 65 | | 65 | | | 65 | | 65 | | |
| | 17"(Import) | | 15 | | 15 | | | 15 | | 15 | | |
| Bmcc | 14"(Local) | 0 | 0 | | | | | | | | | |
| Irico | 15"(Local) | 82 | 66 | 66 | 0 | 34.5 | 90 | 95 | 95 | 0 | 29.5 | |
| Lg | 14"(Import) | | | | | | | | | | | |
| | 15"(Import) | | | | | | | | | | | |
| | 17"(Import) | | | | | | | | | | | |
| Total | 14"(Local) | 443 | 451 | 122 | 329 | 16 | 407 | 413 | 90 | 323 | 10 | |
| | 14"(Import) | | 47 | | 47 | | | 38 | | 38 | | |
| | 15"(Local) | 512 | 489 | 292 | 197 | 62.5 | 503 | 521 | 314 | 207 | 44.5 | |
| | 15"(Import) | | 859 | 0 | 859 | | | 790 | | 790 | | |
| | 17"(Local) | | | | | | 30 | 30 | 5 | 25 | 0 | |
| | 17"(Import) | | 660 | 7 | 653 | 0 | | 695 | 10 | 685 | 0 | |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030883E

Translation

[Handwritten:] 613854

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030884E

Translation

# 洽 访 报 告

**会议主题：大陆 CDT 市场交流**
时间：99/10/12　　　　　　地点：　天津
与会人员：
CPTF：郑经理文俊，吕经理镜松，余伟列　　　IRICO：王昭杰
SDD：李明植部长，徐东煜课长/TSDD，崔军/TSDD
BMCC：黄新闻经理
PHS：邵正玺 经理/CHN，刘东处长/HF，田经理/TWN。

内容：
一、SEPTEMBER/OCTOBER 大陆 CDT 产销讯息交换(如附件一)
二、说明：

*1.SDD：*

A. 李部长表示，基于 14"CDT 供给压力及 17"CDT 需求低迷影响，致原 9 月量产 17"CDT/20K 计划。而仅将韩国转运管 17"CDTx10K 售予 EMC。

B. 10 月计划量产 17"CDTx30K 亦已于上半月生产完成。

*据EMC表示，10月份已出清阶段之库存约17"x40K。*

**2. PHS：**

A. 现华飞稼动 14"/15"CDT 各一条生产线，预计'20.2、8 月分别改制为 14"/17"、15"/17"兼容生产线；另'20.2 起将移转台湾 3Lx15"CDT 生产线至华飞，故至'20.8/M 将存在 14"/17"x1L；15"/17"x1L；15"x3L。

B. 田经理表示，此次台湾地震影响 PHS15"/17"CDT 产量约 150~180Kpcs，尤其是 15"CDT 受影响较严重(约占 3/5)。邵经理认为，此次天灾更坚定了 PHS 移转生产线到大陆的 SKDL。

C. 另透露出现其色映管厂---华浦确定在年底前将并入华飞。

*3. IRICO(彩虹电子)：*

A. 受进口 15"玻壳供应不足影响，致本月产量(82K)低于前期均量(90K)。

B. 由于 9 月人民币售价调涨及其客户产量受部分关键组件不足而减少影响，致使 9 月销售不振，库存高达 34.5K。

C. 在 15"整体市场尚处于俏卖阶段，彩虹 15"CDT 库存状况令与会者不安，恐其为夺订单而横遭客户杀价。为维护现良好市况，避免陷入恶性竞争，经与会者商议，同意彩虹以同业协商后的优惠价格 share 同业之客户限定数量订单，如三星之厦华及中华之冠捷 15"CDT 订单。*采挑之式，SDC及电华之拓情，收挂以DM，PHS，SDD协调。*

D. 原以购买技术方式导入 17"CDT 之生产，近期与 TSB 商议双方改以合资方式量产 17"CDT，但在控股权方面仍在商议中(彩虹倾向控股)。

CONFIDENTIAL - GRAND JURY MATERIAL　　　　　　　　　　　　　　　　　CHU00030881

**4.BMCC（北京松下）：**
A．预计'20.2 月后再续量产 14"CDT 约 100K，以一并消化现有在库材料 (20~25K)。
B．另预计'20 年下半年稼动 1Lx17"/19"CDT。厂房空间系与现 CPT 共用。

### 三、14"CM 量产市况：

| Vendor | Aoc | Jean | Phs | Sec | Emc | Acer | L/o | L.G | Adi | CGC | Xoc | Other | T.L |
|--------|-----|------|-----|-----|-----|------|-----|-----|-----|-----|-----|-------|-----|
| Q'ty(k/m) | 160 | 130 | 90 | 80 | 70 | 45 | 10 | 20 | 10 | 30 | 10 | 50 | 705 |

### 四、下次 CDT 会议预计于 11/05 由华映于福州主办。

~以上报告~

| Maker | Type | Prod | Ttl | '99.09.Sale Local.sa | '99.09.Sale Export.sa | E/stock | Prod | Ttl | '99.10.Sale Local.sa | '99.10.Sale Export.sa | E/stock | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Philips | 14"(Local) | 82 | 82 | 39 | 43 | 0 | 67 | 67 | 30 | 37 | 0 | |
| | 15"(Local) | 79 | 80 | 69 | 11 | 2 | 63 | 65 | 55 | 10 | 3 | |
| | 15"(Import) | | 94 | | 94 | | | 130 | | 130 | | |
| | 17"(Import) | | 65 | 7 | 58 | | | 70 | 10 | 60 | | |
| Sdd | 14"(Local) | 180 | 180 | 60 | 120 | 4 | 160 | 164 | 40 | 124 | 0 | |
| | 15"(Local) | 165 | 157 | 75 | 82 | 8 | 170 | 175 | 80 | 95 | 3 | |
| | 15"(Import) | | 260 | | 260 | | | 260 | | 260 | 0 | |
| | 17"(Local) | | | | | | 30 | 30 | 5 | 25 | | |
| | 17"(Import) | | 210 | | 210 | | | 210 | | 210 | | |
| | 17"SKD | | 10 | | 10 | | | | | | | |
| Cpt | 14"(Local) | 181 | 189 | 23 | 166 | 12 | 180 | 182 | 20 | 162 | 10 | |
| | 14"(Import) | | 27 | | 27 | | | 38 | | 38 | | |
| | 15"(Local) | 186 | 186 | 82 | 104 | 18 | 180 | 186 | 84 | 102 | 12 | |
| | 15"(Import) | | 440 | | 440 | | | 400 | | 400 | | |
| | 17"(Import) | | 360 | | 360 | | | 400 | | 400 | | |
| Orion | 14"(Import) | | 20 | | 20 | | | 20 | | 20 | | |
| | 15"(Import) | | 65 | | 65 | | | 65 | | 65 | | |
| | 17"(Import) | | 15 | | 15 | | | 15 | | 15 | | |
| Bmcc | 14"(Local) | 0 | 0 | 0 | 0 | | | | | | | |
| Irico | 15"(Local) | 82 | 66 | 66 | 0 | 34.5 | 90 | 95 | 95 | 0 | 29.5 | |
| Lg | 14"(Import) | | | | | | | | | | | |
| | 15"(Import) | | | | | | | | | | | |
| | 17"(Import) | | | | | | | | | | | |

| | Type | Prod | Ttl | '99.09.Sale Local.sa | '99.09.Sale Export.sa | E/stock | Prod | Ttl | '99.10.Sale Local.sa | '99.10.Sale Export.sa | E/stock | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 14"(Local) | 443 | 451 | 122 | 329 | 16 | 407 | 413 | 90 | 323 | 10 | |
| | 14"(Import) | | 47 | | 47 | | | 38 | | 38 | | |
| | 15"(Local) | 512 | 489 | 292 | 197 | 62.5 | 503 | 521 | 314 | 207 | 44.5 | |
| | 15"(Import) | | 859 | 0 | 859 | | | 790 | | 790 | | |
| | 17"(Local) | | | | | | 30 | 30 | 5 | 25 | 0 | |
| | 17"(Import) | | 660 | 7 | 653 | 0 | | 695 | 10 | 685 | 0 | |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030883

61385-4

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030884

EXHIBIT 28

June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030941E – CHU00030943E.

_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor  •  New York, N.Y. 10001
Phone: 212-581-8870  •  Fax: 212-581-5577

**[TRANSLATION]**

[Handwritten:] Tai / Yu 12/14 '99

Visitation Report

Meeting Topic:  Mainland China *CDT* Market Exchange

Time:  '99/12/09    Location:  Suzhou

Meeting
Attendees:  *CPTF*: Director Chih-Chun (C.C.) Liu, Director Jing-Song
(Jason) Lu, Wei-Lie Yu
*IRICO*: Shao-Jie Wang, Director Shi-Zhen Song
*BMCC:* Manager Xin- [Handwritten: "Wen"] Huang
*SDD:* Department Manager Myoung Sik Lee, Zhen Yang,
Section Chief Jun Cui/TSDD, Xiao-Mei Yu's/SSDD
*PHS*: Manager Zheng-Xin /*CHN*, Manager Zheng-Fu
Tian/*TWN*, Director Dong Liu/*HF*, Bing Ma, Ke Xu

Content:

I.  99. *NOV* & *DEC* information exchange on production and sales for Mainland
China *CDT* (See attachment 1).

II.  Explanation:

1. *SDD*:

A. With regard to the matter of Samsung intending to conduct transactions
with *Local* customers such as Xoceco/Great China by means of "Club for
Millions", Samsung didn't comment. However, the meeting attendees were
afraid that by doing so, Samsung would give its customers annual price
rebates, and thus indirectly affect the stability of the overall market price
and cause unfair competition.

B. There is no expansion plan for the *CDT* production line next year.
Currently, the only plan is to convert the 15" *CDT* line at the Tianjin Plant
to a compatible line for *Normal* & *Mini* tubes. In addition, the output of
15"*CDT* is expected to reach 200*K* in December. Major customers are
*TSED/EMC/HYUNDAI/COMPAL/ACER/CGC*.

C. Samsung *CFM*ed that the payment term to Xoceco is by bank promissory
note 90 *days* plus interest.

2. *PHS*:

A. Because of Huafei's small production capacity, the market pressure for
*Local* 14"/15" delivery in December is small. However, Taiwan 17" *CDT*
orders have noticeably declined.

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

B. Since the 14" market is expected to ~~get weaker~~ [Crossed out by hand] [Handwritten: "be still hot"], the current mass production *skdl* for 14"*CDT*x1*L* will be extended to end of 7/*M* (originally planned to convert the lines starting 2/*M*). Mass production of 17" *CDT* will start in 9/*M*. The 15" *CDT*x3*L*, shifted from Taiwan to Huafei, are expected to start mass production in 8/*M*, that is, starting 9/*M* Huafei would have 17"*CDT*x1*L*, 15"/17"x1*L*, 14"/15"*CDT*x3*L*.

C. At present, Huafei's recent average domestic sales to Sufei is about 14" *CDT*x30-40*k*/15" *CDT*x50-60*k* per month, accounting for approximately 40-50% of its total monthly domestic sales.

D. Additionally, *CFM* delivery of 15"*CDT* (48*k/ASC*.) x 8*kpcs* (9/3*k*; 10/5*k*) to *DW* (Weihai) recently. The price [Underlined by hand] was *USD*67 [Pointing towards handwritten notes: "64*KHZ MPRII* $69"]. Also denies that both headquarters are discussing *CD* issue. In addition, indicated that normally delivers *APS* 15"*CDT*x56-60*k*, but only delivered 24*kpcs* in November.

3. *IRICO* (IRICO):

A. Due to the order decrease from its major customer Shenzhen *IRIC*&*DW* (Weihai) in November, and affected by some existing inventories, the inventory soared to 107*k*. It also claimed that approximately 350*k* of 15"*CDT* was delivered to *DW* (Weihai) in 1999. The 15" order is expected to pick up in December.

[Handwritten:] IRICO's situation is not good. Each maker was asked to *SHARE* some order volume with it. Otherwise it would be an irregular bomb for detonating a price war.

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

Translation

[Handwritten:] *To*: Section Chief Ching-Yuan (Michael) Du        *Fm*: Guang-Hui Tai

    B. Also indicated that the price of *HIT* 15" *tco* & *TECO* 15" 48*k* is *usd*62/*usd*61 respectively.

  4. *BMCC* (Matsushita Beijing)

    A. It is predicted to continue to mass-produce approximately 100*k* of 14" *CDT* after February of 2000, so as to clear out the existing inventory materials (30*K*).

    C. Despite the hot sales of its *CPT* (above 25") in the market, and the mirror effect of the its color tubes as well as the immediate mass production of 34" large screen tube, the profit percentage which *CDT* accounted for was a negative number. Therefore, the company is still discussing internally about the actual plan for *CDT*. <u>It can only be predicted that the utilization of 11x17"/19" *CDT* will be started in the second half of 2000</u> [Underlined by hand]. Will share the plant space with what *CPT* is currently using.

  5. *ORION*:   It claimed that it would set up a *CDT* plant near Shanghai-Kunshan, producing 15"/17" *CDT* x2*L*. It is expected to start mass production in '00/*E*. However, <u>Huafei indicated that this project is still under provincial discussion. It hasn't been submitted to the Ministry of Foreign Trade and Economic Commission yet</u> [Underlined by hand].

III.   '00.*CDT (In Mainland) Q'TY PLAN*

|  | 14" | 15" | 17" | T.L (Kpcs/Y) |
|---|---|---|---|---|
| CPTF | 2,000 | 2,500 | 0 | 4,500 |
| PHS(N.J) | 500 (JAN-AUG) | 1,300 | 350 | 2,150 |
| SDD | 1200 | 2,000 | 1,000 | 4,200 |
| IRICO | 0 | 1,600 | 0 | 1,600 |
| BMCC | 50 | 0 | 0 | 50 |
| Total | 3,750 | 7,400 | 1,350 | 1,2500 |

IV.   [One hand-drawn star] '99.*CDT Output* & *Sale Q'TY SUMMARY FROM EXCHANGE DATA BY LOCAL MAKER* (*UNIT: kpcs*)

|  | 14" | | | | 15" | | | | 17" | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | P'ty | Sa | Do | Ex | P'ty | Sa | Do | Ex | P'ty | Sa | Do | Ex |
| Cptf | 1539 | 1672 | 24 [Handwritten: "7"] | 1425 | 1947 | 1961 | 758 | 1203 | 0 | 0 | 0 | 0 |
| Sdd | 1783 | 1674 | 577 | 1,097 | 1,110 | 1,089 | 502 | 607 | 130 | 120 | 25 | 95 |
| Phs | 861 | 1047 | 589 | 458 | 766 | 735 | 583 | 152 | 0 | 0 | 0 | 0 |
| Irico | 0 | 0 | 0 | 0 | 943 | 833 | 802 | 41 | 0 | 0 | 0 | 0 |
| Bmcc | 153 | 165 | 160 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| total | 4336 | 4558 | 1,570 | 2,985 | 4,766 | 4,618 | 2,645 | 2,003 | 130 | 120 | 25 | 95 |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030942.01E

                                         Translation

[Handwritten notes in different style pointing to the circled area of the chart:] What's the meaning of those? Please use the internationally universal method to express, do not invent abbreviations!

V.      The next *CDT* meeting is scheduled to be hosted by IRICO at Xian on 01/13.

        [Handwritten:] *SDD/PHS* both indicated that the order situation for 14"*CDT* is fair in October. However, 15"is clearly declining.

End of Report-

[Handwritten:] Submit to approval


                                        [Initialed:] Peng *DEC* 13/'99

                                        [Initialed:] Jing-Song (Jason) Lu 12/13ʻ99

                                        [Signed:] Submitted by Wei-Lie Yu 12/10ʻ99


English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                CHU00030942.02E
                                                                Translation

Attachment (1)

| | Type | Prod | '99.11.Sale | | | E/stock | Prod | '99.12.Sale | | | E/stock | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ttl | Local.sa | Export.sa | | | Ttl | Local.sa | Export.sa | | |
| Philips | 14"(Local) | 74 | 73 | 61 | 12 | 1 | 82 | 83 | 63 | 20 | 0 | |
| | 15"(Local) | 71 | 66 | 59 | 7 | 5 | 78 | 75 | 66 | 9 | 8 | |
| | 15"(Import) | | 105 | | 105 | | | 100 | | 100 | | |
| | 17"(Import) | | 75 | 0 | 75 | | | 70 | 10 | 60 | | |
| Sdd | 14"(Local) | 160 | 161 | 61 | 100 | 0 | 160 | 160 | 70 | 90 | 0 | |
| | 14"(Import) | | | | | | | | | | | |
| | 15"(Local) | 190 | 194 | 83 | 111 | 1 | 200 | 190 | 90 | 100 | 10 | |
| | 15"(Import) | | 240 | | 240 | | | 220 | | 220 | | |
| | 17"(Local) | 40 | 40 | 10 | 30 | 5 | 40 | 35 | 10 | 25 | 10 | |
| | 17"(Import) | | 180 | | 180 | | | 160 | | 160 | | |
| | 17"SKD | | | | | | | | | | | |
| Cpt | 14"(Local) | 100 | 105 | 40 | 65 | 5 | 180 | 180 | 50 | 130 | 5 | |
| | 14"(Import) | | 96 | | 96 | | | 60 | | 60 | | |
| | 15"(Local) | 265 | 271 | 127 | 144 | 8 | 181 | 175 | 56 | 119 | 14 | |
| | 15"(Import) | | 410 | | 410 | | | 380 | | 380 | | |
| | 17"(Import) | | 320 | | 320 | | | 390 | | 390 | | |
| Orion | 14"(Import) | | 10 | | 10 | | | 10 | | 10 | | |
| | 15"(Import) | | 65 | | 65 | | | 45 | | 45 | | |
| | 17"(Import) | | 15 | | 15 | | | 15 | | 15 | | |
| Bmcc | 14"(Local) | 0 | 1 | 0 | 1 | 4.5 | | 1 | | 1 | 3.5 | |
| Irico | 15"(Local) | 114 | 33 | 33 | | 107 | 100 | 85 | 95 | | 127 | |
| Lg | 14"(Import) | | | | | | | | | | | |
| | 15"(Import) | | | | | | | | | | | |
| | 17"(Import) | | | | | | | | | | | |

| | Type | Prod | Ttl | Local.sa | Export.sa | E/stock | Prod | Ttl | Local.sa | Export.sa | E/stock | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 14"(Local) | 334 | 340 | 162 | 178 | 10.5 | 422 | 424 | 183 | 241 | 8.5 | |
| | 14"(Import) | | 106 | 0 | 106 | | | 70 | 0 | 70 | | |
| | 15"(Local) | 640 | 564 | 302 | 262 | 121 | 559 | 525 | 307 | 228 | 159 | |
| | 15"(Import) | | 820 | 0 | 820 | | | 745 | 0 | 745 | | |
| | 17"(Local) | 40 | 40 | 10 | 30 | 5 | 40 | 35 | 10 | 25 | 10 | |
| | 17"(Import) | | 590 | 0 | 590 | | | 635 | 10 | 625 | | |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030943E

Translation

洽 访 报 告 

**会议主题：** 大陆 CDT 市场交流

时间：99/12/09 　　　　　 地点： 苏州

与会人员：

CPTF：刘处长治军，吕经理镜松，余伟列

IRICO：王昭杰，宋世振主任 　　　 BMCC：黄新 经理

SDD：李明植部长，杨真

PHS：邵正玺 经理/CHN，田正富经理/TWN，刘东处长/HF，马冰，许珂。

内容：

一、99.NOV&DEC 大陆 CDT 产销讯息交换(如附件一)

二、说明：

**1.SDD：**

A. 关于三星明年度欲与 Local 客户如厦华/长城等以"百万俱乐部"方式进行交易事宜，三星未作任何表示，然仍引起与会者恐其以此方式给予客户年度价格回馈，从而间接影响市场整体价格之稳定及竞争之不公平性。

B. 明年未有任何 CDT 扩线计划，现仅有打算将天津厂 15" CDT 线改为 Normal&Mini 管兼容生产线；另 12 月预计 15" CDT 产量将达到 200K，主要客户为 TSED/EMC/HYUNDAI/COMPAL/ACER/CGC。

C. 三星 CFM 予厦华付款方式为银行承兑汇票 90days 并加计利息。

**2. PHS：**

A. 由于华飞产能较小，故 12 月 Local 14"/15"交货市场压力较小，然台湾 17"CDT 订单较明显变弱。

B. 鉴于预期14"市场 ，故将现 14"CDTx1L 量产 skdl 延到 7/M 止(原计划从 2/M 改线)，9/M 起量产 17" CDT；由台湾迁移到华飞 15" CDTx3L 预计 8/M 开始量产；即从 9/M 起华飞将有 17" CDTx1L,15"/17"x1L,14"/15"CDTx3L.

C. 现华飞近期月均内销予苏飞数量约 14" CDTx30~40k/15" CDTx50~60k，约占其月总内销量约 40~50%。

D. 另 CFM 近期交 DW(威海)15" CDT(48k/ASC.)x8kpcs(9/3k;10/5k)，价格为 USD67，亦否认双方总部在议 CD 事宜；另反映正常交 APS 15" CDTx56~60k，而 11 月仅交 24kpcs.

**3. IRICO(彩虹电子)：**

A. 因其主要客户深圳 IRIC&DW(威海)11 月订单减少及仍有部分库存的影响，致使库存攀升到 107k；另称 99 年度 15" CDT 交予 DW(威海)数量约 350k 左右；预期 12 月 15" 订单应有所回升。

*TO：杜靖原 洋長 和 武世坤*

B. 另反映目前 HIT15"tco&TECO 15" 48k 价格分别为 usd62/usd61。

**4.BMCC（北京松下）：**

A. 预计'00.2 月后再续量产 14"CDT 约 100K，以一并消化现有在库材料（30K）。

C. 鉴于现其 CPT(25" 以上)市场热销中，且彩管镜面化及 34" 大屏幕管量产在即，而 CDT 所占盈利比重却为负值，故 CDT 实际规划公司内部仍在商议中。仅可预期'00 年下半年稼动 1Lx17"/19"CDT。厂房空间系与现 CPT 共用。

5. ORION：据称将在上海附近-昆山设立 CDT 工厂，生产 15"/17" CDTx2L，预期 '00/E 开始量产，惟华飞表示，该案仅尚在省级商议中，仍未上报到国家外经贸部。

**三、'00.CDT(In Mainland) Q'TY PLAN：**

|  | 14" | 15" | 17" | T.L(Kpcs/Y) |
|---|---|---|---|---|
| CPTF | 2000 | 2500 | 0 | 4500 |
| PHS(N.J) | 500(1~8 月) | 1300 | 350 | 2150 |
| SDD | 1200 | 2000 | 1000 | 4200 |
| IRICO | 0 | 1600 | 0 | 1600 |
| BMCC | 50 | 0 | 0 | 50 |
| Total | 3750 | 7400 | 1350 | 12500 |

**四、'99.CDT Output&Sale Q'TY SUMMARY FROM EXCHANGE DATA BY LOCAL MAKER(UNIT:Kpcs)**

|  | 14" | | | | 15" | | | | 17" | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | P'ty | Sa | Do | Ex | P'ty | Sa | Do | Ex | P'ty | Sa | Do | Ex |
| Cptf | 1539 | 1672 | 247 | 1425 | 1947 | 1961 | 758 | 1203 | 0 | 0 | 0 | 0 |
| Sdd | 1783 | 1674 | 577 | 1097 | 1110 | 1089 | 502 | 607 | 130 | 120 | 25 | 95 |
| Phs | 861 | 1047 | 589 | 458 | 766 | 735 | 583 | 152 | 0 | 0 | 0 | 0 |
| Irico | 0 | 0 | 0 | 0 | 943 | 833 | 802 | 41 | 0 | 0 | 0 | 0 |
| bmcc | 153 | 165 | 160 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| total | 4336 | 4558 | 1570 | 2985 | 4766 | 4618 | 2645 | 2003 | 130 | 120 | 25 | 95 |

**五、下次 CDT 会议预计于 01/13 由彩虹于西安主办。**

~以上报告~

CHU00030942

受払 (一)

| Type | Prod | Ttl | '99.11.Sale Local.sa | '99.11.Sale Export.sa | E/stock | Prod | Ttl | '99.12.Sale Local.sa | '99.12.Sale Export.sa | E/stock | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Philips 14"(Local) | 74 | 73 | 61 | 12 | 1 | 82 | 83 | 63 | 20 | 0 | |
| 15"(Local) | 71 | 66 | 59 | 7 | 5 | 78 | 75 | 66 | 9 | 8 | |
| 15"(Import) | | 105 | 0 | 105 | | | 100 | | 100 | | |
| 17"(Import) | | 75 | 0 | 75 | | | 70 | 10 | 60 | | |
| Sdd 14"(Local) | 160 | 161 | 61 | 100 | 0 | 160 | 160 | 70 | 90 | 0 | |
| 14"(Import) | | | | | | | | | | | |
| 15"(Local) | 190 | 194 | 83 | 111 | 1 | 200 | 190 | 90 | 100 | 10 | |
| 15"(Import) | | 240 | | 240 | | | 220 | | 220 | | |
| 17"(Local) | 40 | 40 | 10 | 30 | 5 | 40 | 35 | 10 | 25 | 10 | |
| 17"(Import) | | 180 | | 180 | | | 160 | | 160 | | |
| 17"SKD | | | | | | | | | | | |
| Cpt 14"(Local) | 100 | 105 | 40 | 65 | 5 | 180 | 180 | 50 | 130 | 5 | |
| 14"(Import) | | 96 | | 96 | | | 60 | | 60 | | |
| 15"(Local) | 265 | 271 | 127 | 144 | 8 | 181 | 175 | 56 | 119 | 14 | |
| 15"(Import) | | 410 | | 410 | | | 380 | | 380 | | |
| 17"(Import) | | 320 | | 320 | | | 390 | | 390 | | |
| Orion 14"(Import) | | 10 | | 10 | | | 10 | | 10 | | |
| 15"(Import) | | 65 | | 65 | | | 45 | | 45 | | |
| 17"(Import) | | 15 | | 15 | | | 15 | | 15 | | |
| Bmcc 14"(Local) | 0 | 1 | 0 | 1 | 4.5 | | 1 | | 1 | 3.5 | |
| Irico 15"(Local) | 114 | 33 | 33 | | 107 | 100 | 85 | 95 | | 127 | |
| Lg 14"(Import) | | | | | | | | | | | |
| 15"(Import) | | | | | | | | | | | |
| 17"(Import) | | | | | | | | | | | |
| Total 14"(Local) | 334 | 340 | 162 | 178 | 10.5 | 422 | 424 | 183 | 241 | 8.5 | |
| 14"(Import) | | 106 | 0 | 106 | | | 70 | 0 | 70 | | |
| 15"(Local) | 640 | 564 | 302 | 262 | 121 | 559 | 525 | 307 | 228 | 159 | |
| 15"(Import) | | 820 | 0 | 820 | | | 745 | 0 | 745 | | |
| 17"(Local) | 40 | 40 | 10 | 30 | 5 | 40 | 35 | 10 | 25 | 10 | |
| 17"(Import) | | 590 | 0 | 590 | | | 635 | 10 | 625 | | |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030943

# EXHIBIT 29

June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030946E – CHU00030947.

_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor  •  New York, N.Y. 10001
Phone: 212-581-8870  •  Fax: 212-581-5577

**[TRANSLATION]**

'99-12-22     10:03                                             *T*-252      *P*01
                                                    [Handwritten:]
                                            CC: Manager Jing-Song (Jason) Lu
                                                    Tai 12/21'99 / Yu
                                                            *File*
                                            Respectfully Submitted

Visitation Report

Date:              December 15, 1999

Makers:            IRICO - Sales General Manager Tao Sha, Manager
                   Ping-Quan Wang, Yuan Liang; *Philips Mr. Leo Mink*

Contacted by:      Wen-Chun (Tony) Cheng, Jing-Song (Jason) Lu

I. The order situation of each maker:

   1. *Philips*' European Production

|         |           |                    | Production Capacity | Sales in '99 | Target in '00 |
|---------|-----------|--------------------|---------------------|--------------|---------------|
| Spain   | Barcelona | 14"                | 5.6M                | 4+0.25       | 4.3+0.3       |
| UK      | Durham    | 17/21"             | 3.5                 | 2.8          | 2.8           |
| France  | Dreux     | 24w/25/28/28w/29"  | 3.0                 |              |               |
| Germany | Aachen    | 28/28w/32w/33      | 3.0                 |              |               |
| Austria | Lebring   | 15/17/(19)"        | 1.8 (+1.8)          |              |               |

a. The production days can be totally adjusted in a flexible way based on the orders received. The maximum could be 340 days, so the production capacity can be much greater than the actual planning.

b. For 14", it includes the 300$k$ imported from Brazil in the second half of this year as well as the 300$k$ which is going to be imported in the first half of next year. Because of recovery of the Brazilian market, its Hungarian plant will switch to using tubes made in Spain in the second half of the year.

c. The overall market is getting hot. It is predicted that the pressure of supply exceeding demand for 14" will be decreased next year. The demand for 20/21" will exceed supply, so a higher target has been set for next year.

d. In addition, 20"x200$k/y$ was imported from Brazil.

e. <u>After the original two lines for 14" *TV* tube were removed, Austria will start production of 17/19" *CDT* in August of next year. The annual production capacity will be 1.8$M$, including the existing two lines for 15/17", the total</u>

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

                      CHU00030946.01E
Translation

production capacity will be increased to 3.6$M$.

2. IRICO

| Production | Line | Production Capacity | Sales in '99 | Target in '00 |
|---|---|---|---|---|
| 14" | 2 | 3.6M | 2.9 | 3.2 |
| 21" | 2 | 3.6 | 3.1 | 2.7 |
| 25" | 1 | 1.15 | 1.1 | 1.15 |
| 15"0.28 | 1 | 1.5 | 1.1 | 1.25 |
| total | 6 | 9.85 | 8.2 | 8.3 |

a.  The actual production for 14" this year is 2.6$M$, including 0.3$M$ of inventory at the end of last year, the total sales are 2.9$M$. Because the *OEM* business in Mainland China is getting better, and also because some progress can be made this year with regard to Asian customers (*Thomson, Sanyo*), a 10% growth has been set.

b.  In 2000, one line for 21" will be converted to a 25/29" compatible line, so production volume will drop.

II.   The tight supply situation for glass

1.  *Philips*

Because the large sizes are going flat, it is predicted that there will be a serious shortage of glass next year. Although there are some self-made, purchasing from outside is still needed. There will be a shortage for small sizes and low price models, no specific number.

2.  Irico

a.   14": 100% self-sufficient, 21": 20% purchase from outside, 25": 100% purchase from outside, 15" *CDT*: 40% purchase from outside.

b.   Sources: Anyang, Asahi, Shenzhen Zhongkang, Shijiazhuang.

c.   Hasn't felt the tight supply for glass yet.

3.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CPT

a.   There will indeed be a tight supply situation for glass; the numbers are used to explain the situation:

|  | '99 Samsung | '00 Samsung | '00*NEG* | '00 Kangning |
|---|---|---|---|---|
| Supply | 262 | 268 | 255 | 268 |
| Demand | 259 | 274 | 273 | 271 |
| Difference | +3 | -6*M* | -18 | -3 |

b.   The increase and decrease factors for supply include: increased production to 5.4*M*, improved efficiency to 3.8*M*. Compared with last year, downtime and maintenance were decreased, which amounted to 2.9*M*. But must deduct the decreased 6.3*M* supply due to the large sizes going flat/.

c.   The demand is for *CDT+CPT*. In light of approximately 12*M* growth for *CM* and 4*M* growth for *CTV* each year, the supply and demand situation in the above chart is consistent with the actual situation. There will surely be a shortage for glass next year. Considering that the industry will definitely go for small sizes with low prices, next year there will be more strong support for the price.

III.   Sales price review regarding some individual customers

1.   *Vestel*

|  | Basic Quotation | Freight | Tariffs | Others | Actual price |
|---|---|---|---|---|---|
| Philips | $35fob (bcn) | 0.7 |  |  | $35.7 |
| Irico | $28.5fob (sha) | 1.5 | 4.2 | 0.4 | $34.7 |

a.   *Philips* claimed that it had quoted the above price to *Vestel* for the first half of next year. Promised to supply 25*k/m*. *Vestel* hoped that *Philips* could supply more. CPT questioned *Philips* why it hadn't followed the $36 set by itself, and instead gave a discount price to Turkey. *Philips* argued that the in-factory price is quite close already.

b.   *Philips* asked Irico to again increase $1 to *Vestel*. Irico indicated that if it increased again, its price would be the same or even higher than that of *Philips*. *Philips* believed that nowadays the customers would change orders merely for $0.5, so it asked Irico to be sure to increase again. CPT indicated that that's not reasonable. *Philips* supplied locally with a whole series of products, and considering the quality image and other factors, it should have sold at least $1.5~2.0 higher than Irico. If *Philips* doesn't seek a reasonable sales price, it's unreasonable for them to ask Irico to sell even higher. *Leo Mink* still insisted on his own opinion. CPT indicated that currently Irico only had *Vestel* as a customer in

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

Europe. Since Irico increased prices in a row for two or three times recently, *Vestel* has already not been very happy with Irico. Now that *Philips* can supply with a good price, of course Vestel would ask *Philips* to supply more so as to punish ~~*Vestel*~~ [Crossed out by hand, inserted: "Irico"]. It is hoped that in light of the fact that *Philips* is a later intruder, it will safeguard the price. *Leo Mink* still didn't agree with this. Since no adult is taking charge of things at *Philips*, I had to propose to let Director Moon of *Orion* at European *TGM* act as the referee.

2. *Beko*:

   a.  Currently *Philips* supplies 600*k/y*; offer them the same price as with *Vestel*. Claiming that according to the customers Irico has disturbed with low prices.

   b.  Irico indicated that its quotation to *Beko* was $1.0 higher than to *Vestel*. Sometimes there were orders; other times there were no orders. The order was not even 20*k* for a whole year. Recently, because Irico increased prices to Beko at the same pace as to *Vestel*, heard nothing from it at all. It's impossible that it will be affected because of Irico's disturbance.

3. *Grundig*:

   a.  *Philips* still insisted that according to its customer that Irico has disturbed with low prices. It asked Irico to clarify this. Irico said that there was no *contact* at all over the past year, so where is this matter of grabbing orders coming from?

   b.  I explained that two months ago *David Ross* called and asked for a visit to Grundig, *Grundig* said that because it had to rely on *Philips* for many things, it would only maintain a 100% relationship with Philips.

   c.  *Leo Mink* withdrew his questions to Irico.

After several contacts with *Leo Mink*, there is a feeling that *Philips* has no adults taking charge of matters, and let a coward hide behind others to reap the rewards and act irresponsibly. Need to try to find the person within *Philips* who is in charge of important matters, and who sees the big picture and can be influential (*Jim Smith* is not objective enough). Otherwise, the one who sued others for dumping is selling at low prices itself, and the one who sued Turkey for dumping finished products by using Mainland tube is actually the main supplier for Turkish *CTV*. This will definitely damage the hard-won order.

[Initialed:] Chieng-Yuan (C.Y.) Lin 12/21
[Initialed:] Chen-Cheng (Tony) Chien 12/21
[Initialed:] Chih-Chun (C.C) Liu 12/20
[Signed:] Sales, Wen-Chun (Tony) Cheng 12/20'99

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030947.02E
Translation

'99-12-22  10:03                                                    T-252 P01

CC：呂舒珉

洽訪報告

日期：88年12月15日
廠商：彩虹 業務 沙濤總經理, 王平權經理, 梁援, Philips Mr. Leo Mink
洽訪：鄭文俊, 呂鏡松

## 一. 各家訂單狀況:

1. Philips歐洲生產

|  |  |  | 產能 | '99銷 | '00目標 |
|---|---|---|---|---|---|
| 西班牙 | Barcelona | 14" | 5.6M | 4+0.25 | 4.3+0.3 |
| 英國 | Durham | 17/21" | 3.5 | 2.8 | 2.8 |
| 法國 | Dreux | 24w/25/28/28w/29" | 3.0 |  |  |
| 德國 | Aachen | 28/28w/32w/33 | 3.0 |  |  |
| 奧地利 | Lebring | 15/17/(19)" | 1.8(+1.8) |  |  |

a. 生產天數可依接單完全彈性調整, 最大可產340天, 故產能遠大於實際規劃。

b. 14"含今年下半年自巴西進口300k及明年上半年將進口300k, 因巴西市場恢復, 其匈牙利廠下半年將改用西班牙管。

c. 整體市場暢旺, 認定明年之14"供過於求壓力減少, 20/21"則將供不應求, 故設定明年較高之目標。

d. 另有自巴西進口20"x200k/y。

e. 奧地利原兩線14" TV管線撤掉後, 將於明年八月起開始生產17/19" CDT, 年產能1.8M, 連同現15/17"兩線, 總計產能增為3.6M。

2. 彩虹

| 生產 | 線 | 產能 | '99銷 | '00目標 |
|---|---|---|---|---|
| 14" | 2 | 3.6M | 2.9 | 3.2 |
| 21" | 2 | 3.6 | 3.1 | 2.7 |
| 25" | 1 | 1.15 | 1.1 | 1.15 |
| 15"0.28 | 1 | 1.5 | 1.1 | 1.25 |
| total | 6 | 9.85 | 8.2 | 8.3 |

a. 14"今年實產2.6M, 連同去年底庫存0.3M, 共銷2.9M。因大陸OEM廠生意持好, 加上對亞洲客戶(Thomson, Sanyo)今年內可有部份進展, 設定10%成長。

b. 2000年將改一線21"為25/29"兼容線, 故產量減少。

## 二. 玻璃供應吃緊情形

1. Philips
因大尺吋平面化, 認定明年玻璃將有嚴重短缺, 雖有自製, 仍需外購, 對小尺吋及低價機種會有不足, 無明確數字。

2. 彩虹
a. 14" 100%自給自足, 21" 20%外購, 25" 100%外購, 15" CDT 40%外購。
b. 來源：安陽、旭硝子、深圳中康、石家莊。
c. 尚未感受到玻璃吃緊。

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030946

'99-12-22   10:04                                                T-252 P02

3. 華映
   a. 玻璃確會有吃緊不足情形；舉數字說明：

| | '99三星 | '00三星 | '00NEG | '00康寧 |
|---|---|---|---|---|
| 供應 | 262 | 268 | 255 | 268 |
| 需求 | 259 | 274 | 273 | 271 |
| 差異 | +3 | -6M | -18 | -3 |

   b. 供應增減因素包括：增產5.4M、效率提升3.8M、較去年減少停修2.9M，但必須再扣除因大平化致減少6.3M供應。
   c. 需求係CDT+CPT，考慮每年CM約12M之成長及CTV 4M之成長，上表之供需與實況吻合，則明年確定將有玻璃不足情形，在產業一定會以小尺吋低價取捨的考量下，明年對價位一定可以較強勁支持。

三. 個別客戶售價檢討
   1. Vestel

| | 基本報價 | 運費 | 關稅 | 其他 | 實價 |
|---|---|---|---|---|---|
| Philips | $35fob(bcn) | 0.7 | | | $35.7 |
| 彩虹 | $28.5fob(sha) | 1.5 | 4.2 | 0.4 | $34.7 |

   a. Philips稱已對Vestel明年上半年報價如上，承諾供貨25k/m，Vestel希望Philips可以多供應。華映質疑為何不遵照Philips自己設定的$36而對土耳其較優惠，Philips則辯稱到廠價已頗接近了。
   b. Philips要求彩虹對Vestel再漲$1，彩虹表示再漲就跟Philips一樣甚至還要高，Philips認為現今客戶會為了$0.5就轉單，請彩虹務必再漲。華映表示這不合情理，Philips在當地供貨、全系列產品、品質形象各項因素上，至少可以比彩虹高賣$1.5~2.0以上，若Philips不再要求售價之合理化，要彩虹再高賣沒有道理。Leo Mink仍堅持己見，華映表示現彩虹在歐也只有Vestel一個客戶，近來連漲兩三次，Vestel對彩虹已頗不悅，現卻碰上Philips以好價格供應，當然會要Philips多供應來德罪Vestel，希望Philips以後來入侵者之事實，做好價格的捍衛。Leo Mink仍不以為然，在Philips家裏沒有大人管事情況下，職只好提議讓歐洲TGM中的Orion文理事來作公斷。
   2. Beko:
   a. Philips現供應600k/y，提報與對Vestel同價。稱客戶說彩虹去低價攪和。
   b. 彩虹表示對Beko報價較對Vestel高$1.0，訂單時有時無，全年還不到20k，近期因同步與對Vestel調漲，根本音訊全無，不可能因彩虹去攪和有所影響。
   3. Grundig:
   a. Philips還是稱其客戶說彩虹去低價攪和，請彩虹澄清。彩虹說近一年來根本沒有contact，哪來低價搶單這回事。
   b. 職說明兩個月前David Ross去電希拜訪，Grundig稱因要靠Philips很多事情，將只會維持100%與飛利浦的關係。
   c. Leo Mink撤回對彩虹之質疑。

幾次與Leo Mink的連繫，愈發令人覺得Philips老是大人不管事，放任一個膽小鬼躲在別人後面撿好吃胡作非為，須設法找出Philips內部具整體觀有影響力的主管主事才行(Jim Smith還是不夠客觀主導)，否則告人傾銷者自己賣低價，告土耳其採大陸管作成品傾銷的卻是土耳其CTV的主要供應者，根本只會把好不容易建立的秩序又破壞掉。



# EXHIBIT 30

June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030953E – CHU00030956E.

_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

[Handwritten:]
→ *Sales* Review → Yu   *File*
Ji 1/19        Jiang 1/20'2000
Chen 1/19   Hua Wu 1/20/2*K*
*Tony*   Yu
Du

Visitation Report

Meeting Topic: Exchange on Mainland China *CDT* Market

Time: '00/01/13                    Location: Xian

Meeting Attendees:
*CPTF*:     Senior Manager Jing-Song (Jason) Lu, Wei-Lie Yu
*SDD*:      Section Chief Zheng Yang/*SSDD*, Jun Cui/*TSDD*
*IRICO*:   Vice-Manager Zhi-Yuan Wei, Sales Manager Yuan Liang, Jun Yao
*PHS*:      Manager Zhengfu Tian, Director Dong Liu/*HF*

Contents:

I.     Information Exchange on Mainland China *CDT* production and sales in *DEC* 1999 and *JAN* 2000 (see attachment 1)

II.    1999 Mainland China *CM* customers' production output situation (see attachment 2)

III.   Explanation:

1.  *SDD*:
    A.   The business profit of Shenzhen Samsung *CPT/CDT* in 1999 is approximately *USD* 7 million. The target for 2000 is *USD* 20 million. In order to reach the profit target of the new millennium, mass production has been planned for 14"/17" *CDT* at 1/2 each in 2000. Namely, the Shenzhen factory tends to increase 17" *CDT* production volume (can reflect management achievement). The Samsung factory and its headquarters are still debating whether or not to proceed according to this target.

    B.   There is no *CDT* line extension plan for next year. At present, the only plan is to convert the Tianjin factory's 15" *CDT* line to a *Normal* & *Mini* tube compatible production line in July-August of 2000. It indicated that there is still space within the factory to increase the production volume on the basis of the current 180*k/m*. Major customers are: <u>*TSED*(60*k/m*)/*EMC*(40-50*k/m*)/*HYUNDAI*(30*k/m*)/*COMPAL*(15-20*k/m*) /*ACER*</u> [Underlined by hand].

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

2.  *PHS*:

   A.   It decided to start shifting Taiwan's 15" x3*L* in March 2000. It is scheduled
        to start *M/P* in September, including 14"/15" x1*L*, 15" x2*L*. In other words,
        from March through August, *phs* will decrease approximately 1,300*k* of the
        supply of 15" *CDT* (*C'TY*: 75*k/m*. *L* x 6 months). After the shifting, Taiwan
        will only have 15"*CDT* x2*L*.

   B.   In 1999, it imported 17" *CDT* (*B+D*) from Taiwan by means of applying for
        import *quota*. After *ITC* was carried out, it was then resold to Mainland
        China. The accumulated volume was approximately 100-120*k*. It is predicted
        that in 2000, 17"*CDT* will be imported by applying for no less than the
        *quota* of 1999. [Handwritten:] This year *CPTF* also applied for 200,000 sets
        *SKD*, imported by the same method.

   C.   Taiwan Manager Tian indicated that in '99/*E* inventory for 15"/17" *CDT* was
        each about 45*k*/60*k*. The major customer for 15" *CDT* is *APM*, demand is
        (150-170*k/m*, customers for the major models are *DELL*/120*K*& *HP*).
        During the line shifting period, the delivery volume to *APM* will only be
        maintained at approximately 70*k/m*. The shortage portion to ~~*APM*~~'s [Crossed
        out by hand] [Handwritten: "should be *ATSB*"] demand will be *share*d by
        *CPT/SDD*. Ask the headquarters to please *Nego* and confirm with *Acer* again
        regarding the possibility of an increased order.

   D.   [Circled by hand] Manager Tian also indicated that, whereas the current
        demand for 19"*CDT* is weak [Handwritten: "Is that so?"] (Currently the
        major customer is only ~~*DELL*~~ [Crossed out by hand] [Handwritten:
        "*PHS(Bu)*"] /40*k/m*; *AOC*/10*k/m*), it will be decided in February of this year
        whether or not to convert to 15" *CDT*.

   E.   Affected by the slump market, currently the *phs* order of 15"/17" in January
        2000 is -12% &-22% respectively compared to the original forecast.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                CHU00030953.02E
                                                             Translation

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030954E
Translation

'00-01-19        10:02                                    T-320     P02

3.  *IRICO* (IRICO):

   A.  Influenced by Irico Huangqi's order picking up (approximately a 70% *share* of it production volume), the 15" order in January of 2000 is higher than that of December last year.

   B.  Constrained by its own customer market capacity and affected by its own mass production plan, IRICO's 15" *CDT* inventory volume is continuously rising. Consequently, Irico feels the biggest *CD* pressure from the market price. The meeting attendees from *CPT/PHS/SDD* all expressed that currently the market is in its traditional weak season; even cutting prices is not going to help the order volume to recover. Instead it would affect the effectiveness of maintaining price stability, which the meeting attendees have worked on actively for a year.

   C.  It is also hoped that on the basis of leading in *CPT/PHS/SDD*'s "released" existing customer market (e.g. *AOC/XOC* and etc.), Irico should also strengthen its own product position, and fundamentally expanding its own customer market scope, so as to effect the purpose of increasing orders and to avoid the current inventory pressure because of the order fluctuation from one major customer. Further, it should seriously review the feasibility of reducing production, decreasing inventory and maintaining price.

4.  *ORION*: It indicated that it is scheduled to convert 21" *CPT* to 15"/17" *CDT* x1*L* and shift it from Korea to Shanghai Kunshan in June 2000. '01/*Q*2 is scheduled to formally lead in mass production. It also indicated that, <u>orders for 15" mini tube are quite good</u> [Underlined by hand] [Handwritten note pointing to the underlined part: "sell to whom else would also be quite good?"], including delivering 15*k/m* to <u>*AOC*</u> [Underlined by hand] (south half sphere tube). In addition, it claimed that *AOC*'s 14" *CDT* delivery demand target this year is <u>500*k*</u> [Underlined by hand] [Handwritten note pointing to the underlined word: "Did *AOC* request to *ORN*? Why didn't it request to *CPT*?"], but *ORION* currently can only confirm 260-300*k*.

IV.  The next *CDT* meeting is scheduled to be hosted by Shenzhen Samsung in Shenzhen in 03/02.

– End of Report –

[Handwritten:] Submitted to: Senior Manager
Respectfully submitted to: President Peng
Sales Department Senior Manager/Director Cheng

<div align="right">

[Initialed:] Chih-Chun (C.C.) Liu 1/19
[Initialed:] Jing-Song (Jason) Lu  1/18'00
[Signed:] Wei-Lie Yu 1/17'00

</div>

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030955E
<div align="right">Translation</div>

[Page Intentionally Omitted]

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CHU00030956E
Translation

'00-01-19  10:02
21-DEC-1999 09:34  FROM CPTF                    T-320 P01

→ Sales 信函 → 牵 file          洽 访 报 告

**会议主题: 大陆 CDT 市场交流**

时间: '00/01/13          地点: 西安

与会人员:

CPTF: 吕经理镜松, 余伟列      SDD: 杨真课长/SSDD,崔军/TSDD

IRICO: 魏致远副经理,梁援业务经理,姚军

PHS: 田正富经理/TWN, 刘东处长/HF。

内容:

一、99.DEC&'00.JAN 大陆 CDT 产销讯息交换(如附件一)

二、99 大陆 CM 客户产量状况(如附件二)

三、说明:

*1.SDD:*

A. 99 年度深圳三星 CPT/CDT 经营效益利润约 USD700 万,' 00.年度目标为 USD2000 万,为达成千禧年利润目标,拟规划' 00.年 14"/17"CDT 各 1/2 方式进行量产,即深圳工厂倾向相较增加 17" CDT 产量(可体现经理者业绩),是否依此目标进行,三星工厂与总部尚在争议中。

B. 明年未有任何 CDT 扩线计划,现仅有打算' 00.年 7~8 月将天津厂 15" CDT 线改为 Normal&Mini 管兼容生产线; 表示厂内尚有空间在现 180k/m 基础上将产量提升,主要客户为 TSED(60k/m)/EMC(40~50k/m)/HYUNDAI(30k/m)/COMPAL(15~20k/m) /ACER。

**2. PHS:**

A. 确定于' 00.3 月起开始迁移台湾 15" x3L,预计 9 月开始 M/P,其中 14" /15" x1L;15" x2L.即从 3 月~8 月止 phs 将减少 15" CDT 供应量约 1300k.(C'TY:75k/m.L x6 个月计).迁线后台湾仅余 15"CDTx2L.

B. 99 年度以申请进口 quota 方式从台湾进口 17" CDT(B+D)进行 ITC 作业后再转售到大陆,累计数量约 100~120k,预计' 00.年度至少亦申请不低于' 99 年度 quota 进口 17"CDT. C况今年市以相同形式,申请20万套计.

C. 台湾田经理表示,' 99/E15"/17" CDT 库存各约 45k/60k,15" CDT 主要客户为 APM 需求(150~170k/m,主要机种客户为 DELL/120k&HP),在迁线期间,对 APM 交货量仅可维持约 70k/m,故 APM 需求不足部分将由 CPT/SDD share,请总部再与 Acer Nego 确认可能增加之订单.

(D) 田经理另表示,现鉴于 19" CDT 需求低迷(现主要客户仅为 DELL/40k/m;AOC/10k/m)今年 2 月中将决定是否转作 15"CDT.

E. 受市场低迷影响,现 phs 2000 年度 1 月份 15" /17" 订单分别较原预期 -12%&-22%.

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030953

```
*************** -JOURNAL- ************************* DATE 19-JAN-2000 ***** TIME 09:43 ********.
```

| NO. | COM | PAGES | FILE | DURATION | X/R | IDENTIFICATION | DATE | TIME | DIAGNOSTIC |
|-----|-----|-------|------|----------|-----|----------------|------|------|------------|
| 01 | OK | 001/001 | 159 | 00:00'29 | XMT | ☎ 3970401 | 18-JAN | 16:33 | C0444B0337000 |
| 02 | OK | 002/002 | 153 | 00:02'39 | XMT | ☎ 00086222989055 | 18-JAN | 16:40 | 2800470317000 |
| 03 | 631 | 000 | | 00:00'00 | XMT | ☎ 05123456331 | 18-JAN | 16:43 | 0A00400000000 |
| 04 | 631 | 000 | | 00:00'00 | XMT | ☎ 05123456315 | 18-JAN | 16:44 | 0A00400000000 |
| 05 | 631 | 000/001 | 160 | 00:00'00 | XMT | ☎ 05213456331 | 18-JAN | 16:45 | 0A00420000000 |
| 06 | 631 | 000 | | 00:00'00 | XMT | ☎ 05123456315 | 18-JAN | 16:46 | 0A00400000000 |
| 07 | OK | 001 | 163 | 00:00'34 | RCV | APP OFFICE | 18-JAN | 16:49 | C0542B0337000 |
| 08 | OK | 001/001 | 164 | 00:00'51 | XMT | ☎ 07696321311 | 18-JAN | 16:50 | 0840460A30000 |
| 09 | OK | 003/003 | 165 | 00:02'10 | XMT | ☎ 3644496 | 18-JAN | 17:00 | E840460A30000 |
| 10 | OK | 001/001 | 166 | 00:00'44 | XMT | ☎ 0015164358352 | 18-JAN | 17:03 | A840470A37000 |
| 11 | OK | 001/001 | 162 | 00:00'39 | XMT | ☎ 05123456331 | 18-JAN | 17:05 | 2840460A32000 |
| 12 | OK | 001/001 | 167 | 00:00'28 | XMT | ☎ 07555351565 | 18-JAN | 17:06 | 2800470377000 |
| 13 | OK | 002/002 | 168 | 00:01'37 | XMT | ☎ 7550000 | 18-JAN | 17:07 | F800460A3000⌐ |
| 14 | OK | 002/002 | 169 | 00:00'57 | XMT | ☎ 01064355696 | 18-JAN | 17:20 | F800470337000 |
| 15 | OK | 006/006 | 170 | 00:02'39 | XMT | ☎ 01064355696 | 18-JAN | 17:24 | F800470337000 |
| 16 | OK | 001 | 171 | 00:00'58 | RCV | 7303536 | 18-JAN | 17:27 | 0150260A37000 |
| 17 | OK | 001 | 172 | 00:00'37 | RCV | 8251233160 | 18-JAN | 21:58 | 0150270577000 |
| 18 | OK | 001 | 173 | 00:00'40 | RCV | 6308939991 | 19-JAN | 05:44 | 0150270317000 |
| 19 | OK | 001 | 174 | 00:00'38 | RCV | | 19-JAN | 08:21 | 0110270327000 |
| 20 | OK | 001 | | 00:00'34 | XMT | | 19-JAN | 08:24 | 2000450337000 |
| 21 | OK | 002/002 | 175 | 00:01'19 | XMT | ☎ 0088633673098 | 19-JAN | 08:34 | 0840460230000 |
| 22 | OK | 001 | 177 | 00:00'25 | RCV | | 19-JAN | 08:47 | C0142B0377000 |
| 23 | OK | 001 | 178 | 00:00'36 | RCV | 0086 592 5052898 | 19-JAN | 08:50 | 0150270377000 |
| 24 | OK | 001/001 | 176 | 00:00'38 | XMT | ☎ 01064355696 | 19-JAN | 08:52 | F800470337000 |
| 25 | OK | 001 | 179 | 00:00'32 | RCV | 0591 7547163 | 19-JAN | 08:57 | 0150260A71000 |
| 26 | OK | 001 | 180 | 00:00'41 | RCV | | 19-JAN | 09:01 | 0110270377000 |
| 27 | OK | 004/004 | 181 | 00:01'42 | XMT | ☎ 01064355696 | 19-JAN | 09:09 | F800470337000 |
| 28 | OK | 001/001 | 182 | 00:00'26 | XMT | TOK | 19-JAN | 09:11 | 0800470377000 |
| 29 | OK | 001/001 | 183 | 00:00'28 | XMT | ☎ 0088633655287 | 19-JAN | 09:27 | 6800470377000 |
| 30 | OK | 001/001 | 184 | 00:00'50 | XMT | ☎ 7811190 | 19-JAN | 09:27 | 0840460A30000 |
| 31 | OK | 004 | 185 | 00:02'38 | RCV | | 19-JAN | 09:36 | 0110270A27000 |
| 32 | OK | 003 | 186 | 00:02'19 | RCV | 865917517116 | 19-JAN | 09:40 | 0150260A30000 |

```
                                                              -CPTF SA                    -

******************************* -0591 3970507    - ***** -              - ********
```

'00-01-19   10:02
27-DEC-1999   09:55   FROM   CDT                    T-320 P02

**3. IRICO(彩虹电子):**

A. 受彩虹皇旗订单回升影响(约 share 其产量约 70%),'00.1 月份 15" 订单较去年 12 月有所增加。

B. 受自身客户市场能力欠佳及自身量产之计划经济性影响,彩虹 15" CDT 库存量不断攀升,致彩虹受市场价格 CD 压力最大.与会者 CPT/PHS/SDD 均表示现市场系传统淡季,即使降价亦无助订单量可起死回升,反而影响近一年来与会者积极维护价格稳定性之有效性。

C. 另亦希望彩虹在导入 CPT/PHS/SDD 所"释放"既有客户市场订单基础上(如 AOC/XOC 等),亦应加强自身产品品嘴,以根本扩大自身客户市场范围,从而达到订单增加目的,避免现某一主力客户订单波动带来库存压力,并认真检讨减产降库保价之可行性.

4.ORION:表示预计从'00.6 月从韩国迁改 21" CPT 为 15"/17" CDTx1L 于上海昆山,预计'01/2Q 可导入正式量产;另表示现 15" mini 管订单较好,其中月交 AOC 15k/m(南半球管);另称 AOC 今年 14" CDT 交货需求目标为 500k,但 ORION 目前仅可确认 260~300k。

四、下次 CDT 会议预计于 03/02 由深圳三星于深圳主办。


~以上报告~

```
*************** -COMM. JOURNAL- ****************** DATE 27-DEC-1999 ***** TIME 10:46 ***P.01.

        MODE = TRANSMISSION                    START=27-DEC 10:45    END=27-DEC 10:46

STN NO.   COM   ABBR NO.    STATION NAME/TEL.NO.     PAGES   DURATION

 001     404    ☎                                    000    00:00'31

                                                    -CBTF                        -

    ******************************* -          - **** -              - ********
```

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030956

EXHIBIT 31

June 20, 2012


**Certification**

**Park IP Translations**


This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030973E – CHU00030975E.


_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

Visitation Report

~~Chung~~ [Crossed out by hand]/Yu

Meeting Topic: Exchange on Mainland China *CDT* Market

Time: `00/03/06                    Location: Shenzhen

Meeting Attendees:

*CPTF*:     Senior Manager Jing-Song (Jason) Lu, Wei-Lie Yu
*SDD*:      Department Manager Yu, Department Manager Myoung Sik Lee,
            Section Chief Zheng Yang/*SSDD*
*IRICO*:    Manager Haiyang Wen, Shao-Jie Wang
*PHS*:      Manager *Jerry. Lin*, Manager Zheng-Fu Tian/*TWN*, Manager Siquan Li,
            Director Dong Liu/*HF*.

Contents:

I.    00. *JAN-MAR* Mainland China *CDT* production, sales and inventory data
      exchange (see attachment 1)

II.   Explanation:

1.  *SDI*:

    A.  At present Shenzhen Samsung mainly delivers 14" *CDT* to ~~Tianjin~~ [Crossed
        out by hand] SEC (70-80*K/M*) and *EMC* (30-40*K/M*).    However, it indicated
        that *EMC* plans to shift 14" *CM* to the Brazil factory to produce.    Affected
        by the need to *share* the domestic market with *AOC* and Mainland makers,
        *EMC*'s order was decreased.

    B.  Department Manager Lee expressed that at present Samsung has already felt
        the pressure of the glass bulbs shortage.    Due to a current weak market
        tendency, the production volume of 15"/17" in March will probably not be
        reached easily.

    C.  Samsung expressed that SEC has felt obvious price pressure from *AOC* in the
        Mainland China domestic market.    It suspected that *CPTF* gave *AOC* a
        certain degree of RMB price incentives (such as *RMB/USD* = 10.4; the
        standard coefficient should be 10.8).

    D.  Constrained by fund issues, Samsung still has no line expansion plan for *CDT*
        in the new millennium.    However, it has dispatched and appointed Korean
        (first level department manager)/Taiwan (senior manager) personnel to
        Shenzhen one after another to strengthen its *sales* capacity in Mainland China.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

**CONFIDENTIAL – GRAND JURY MATERIAL**                    CHU00030973.01E
                                                          Translation

2. *PHS*:

   A. Huafei expressed that at present demand for 14" *CDT* is still hot, mainly because of the market and cost advantages of Mainland China.

   B. Affected by the *Acer* order, 15" *CDT* orders have noticeably decreased. There is no sign of improvement for 15" *CDT* orders in March; the Taiwan line of 15" *CDT*x3*L* has started shifting.    Presently, Taiwan 17" *CDT* production capacity is approximately 230-250*k*.

   C. Complained that with regard to domestic sale, it felt *CD* pressure from *AOC*. Currently, only 14" *CDT* is delivered by means of *VAT*, and 15" *CDT* can only be delivered by means of external sales.    Also *complain*ed that Mainland China IRICO induced BENQ and Weihai Daewoo [Underlined by hand] to *design in* color tubes, which caused pressure to its sale price.

3. *IRICO* (IRICO):

   A. Currently its 15" *CDT* production capacity has already reached 120-130*k*. Although the price is lower compared to others in the same industry, there are limited customers in the market because the quality cannot be further improved at this time.    Under the traditional concepts of production and sales (mainly focused on production), the inventory is quite high.    Meeting attendees are afraid that this situation will bring unstable factors to the market price.

   B. The joint venture with *TSB* 17" *CDT* originally scheduled to start mass production in *Q*3/*Q*4 of the New Year.    However, it was *delay*ed due to constant problems.    This production line is planned to be shifted and utilized by Japan *TSB*.

   C. With regard to Irico using low prices to induce customers to evaluate color tubes, it didn't express any opinion when confronted by meeting attendees (*PHS/SDI*).

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**          CHU00030973.02E

                                                                 Translation

*ORION*:   Confirmed that the first phase of 15"/17" *CDT* x 1L, jointly invested with Mainland China Xinchen, will be in Shanghai Kunshan.   It is expected to lead in formal mass production in `01/Q2.   However, this project has not yet been approved according to the Department in Charge of Central Industry. Indicated that in March 15" *CDT* /78K were mainly delivered to *AOC* and a small amount was to *EMC*.   [Handwritten:] Director Ji from the Ministry of Information Industry visited in 2/E.   He said that this project hasn't been reviewed and approved by the central government.   The possibility of proceeding is not great.

4.   Changsha *LG* Shuguang:   Originally planned to utilize 15"/17" *CDT* x 1L new line in April of ~~the new millennium~~ [Crossed out by hand] [Handwritten note: "2001"].   However, due to a construction delay, it is postponed to ~~2Q/E~~ [Crossed by hand] [Handwritten: "*Q2* of 2001"].   In addition, set up an *office* in Shenzhen to strengthen Mainland China market *share* capacity.

5.   Beijing Matsushita (*BMCC*):   This year will only again produce 14" *CDT*x10K specifically for Matsushita in the Philippines; no future *CDT* mass production plan. The original 17"*CDT* project is still *pending*.

III.   *W/W* Market situation & communication improvement method:

1.   Taiwan Philips Senior Manager *Jerry Lin* gave an explanation regarding the demand and supply situation for *W/W CM & GLASS* in the new millennium. He emphasized that with the supply shortage of glass bulbs, aside from the traditional market seasonal impact, the market in the whole year and especially the demand for 14"/15" should exceed supply.

2.   He also suggested that with regard to cooperation on market information in the future, meeting attendees should also do a good job of carrying out information feedback and integration with their headquarters in order to ensure the linkage and consistency between market information in Mainland China and *W/W*.

[Handwritten:] *JERRY* suggested that the confirmation of Mainland China *CDT* production, sales and inventory figures, which is currently under discussion by meeting attendees, should be consolidated at the Headquarters' *WORKING LEVEL MEETING*, so that there won't be too much time wasted on discussion and data collection.

IV.   Current situation regarding domestic price in Mainland China:

1.   *PHS/SDI* both *complain*ed that in order to let customer *design in* IRICO tubes, the 15" *CDT* domestic sale price that IRICO quoted has already departed from market level (*RMB*620-630, standard price should be <u>*RMB*570-580</u>) [Underlined by hand] [Handwritten: "?"].   IRICO didn't express any opinion regarding the above. Samsung/PHS also claimed that *CPTF*'s domestic sale coefficient was heard to be lower than 10.8 (regarding the *AOC share HP/DELL* domestic sale project).

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL      CHU00030974.01E

                                             Translation

2. Samsung Department Manager Lee suggested that the current domestic sale price is in disarray, but supply and demand for the glass bulb materials in general are relatively smooth.   Each maker should think carefully whether or not it is definitely necessary to review the domestic price (decrease domestic sale index). Wait for the next meeting to have further resolution on this.

V.   The next *CDT* meeting is schedule to be hosted by *CPTF* in Xiamen at 2:00*PM*, 04/11.

- End of Report –

[Handwritten:]
1. With regard to *PHS/SDI*'s challenge about *CPTF*'s 14"/15" domestic sale coefficient with *AOC*, we denied completely.   *SDI* especially reacted fiercely, claiming that its domestic sale orders with major domestic customers, including Xiahua, Changchen and *EMC*, were lost to *AOC*.   *CPTF* all duly answered.

2. *SDI* enhanced its sales strength, adding Department Manager Yu (*Ms Lie*'s direct supervisor).   Additionally, Senior Manager Soong In Lee, originally in Taipei office, was also transferred to Shenzhen.

[Handwritten:]
Submitted to:

Section Chief
Senior Manager

Respectfully submitted to:      President Peng
                                Sales Department Senior Manager/Director Cheng

                                        [Initialed:] [Illegible] 3/8
                            [Initialed:] Jing-Song (Jason) Lu  3/8'00
                                    [Signed:] Wei-Lie Yu  3/8'00
                            [Signed:] Shih-Ming (Maxim) Chen  3/8

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**          CHU00030974.02E
                                                                    Translation

Mainland CDT DATA EXCHANGE INFORMATION        Sung Yuol Shin        FM    David.Yu

| | Type | Prod | '00.01.Sale | | | E/stock | Prod | '00.02.Sale | | | E/stock | Prod | | | | E/stock |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Titl | Local.sa | Export.sa | | | Titl | Local.sa | Export.sa | | | Ttl | Local.sa | Export.sa | |
| Philips | 14"(Local) | 82 | 85 | 49 | 33 | 0 | 72 | 72 | 44 | 28 | 0 | 88 | 85 | 58 | 27 | 3 |
| | 15"(Local) | 77 | 79 | 56 | 23 | 4 | 73 | 67 | 51 | 16 | 8 | 82 | 80 | 56 | 24 | 10 |
| | 15"(Import) | | 42 | | 42 | | | 52 | | 52 | | | 44 | | 44 | |
| | 17"(Import) | | 57 | 7 | 50 | | | 56 | 6 | 50 | | | 64 | 10 | 54 | |
| Sdd | 14"(Local) | 175 | 178 | 78 | 100 | 2 | 145 | 145 | 30 | 115 | 2 | 150 | 150 | 60 | 90 | 2 |
| | 14"(Import) | | | | | | | | | | | | | | | |
| | 15"(Local) | 185 | 180 | 85 | 95 | 21 | 158 | 165 | 50 | 115 | 14 | 160 | 170 | 70 | 100 | 11 |
| | 15"(Import) | | 260 | | 260 | | | 150 | | 150 | | | 170 | | 170 | |
| | 17"(Local) | 35 | 35 | 5 | 30 | 5 | 40 | 40 | 5 | 35 | 5 | 60 | 65 | 5 | 60 | 0 |
| | 17"(Import) | | 190 | | 190 | | | 140 | | 140 | | | 180 | | 180 | |
| | 17"SKD | | | | | | | | | | | | | | | |
| Cpt | 14"(Local) | 175 | 165 | 54 | 111 | 18 | 134 | 143 | 49 | 94 | 9 | 170 | 171 | 90 | 80 | 8 |
| | 14"(Import) | | 30 | | 30 | | | 36 | | 36 | | | 52 | | 52 | |
| | 15"(Local) | 150 | 139 | 54 | 85 | 47 | 129 | 133 | 68 | 65 | 43 | 130 | 103 | 30 | 73 | 70 |
| | 15"(Import) | | 270 | | 270 | | | 160 | | 160 | | | 220 | | 220 | |
| | 17"(Import) | | 405 | | 405 | | | 350 | | 350 | | | 330 | | 330 | |
| Orion | 14"(Import) | | 20 | | 20 | | | 0 | | 0 | | | 20 | | 20 | |
| | 15"(Import) | | 48 | | 48 | | | 29 | | 29 | | | 78 | | 78 | |
| | 17"(Import) | | 27 | | 27 | | | 19 | | 19 | | | 31 | | 31 | |
| Bmcc | 14"(Local) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | 0 |
| Irico | 15"(Local) | 117 | 80 | 80 | | 191 | 50 | 60 | 60 | | 181 | 85 | 100 | 100 | | 166 |
| Lg | 14"(Import) | | | | | | | | | | | | | | | |
| | 15"(Import) | | | | | | | | | | | | | | | |
| | 17"(Import) | | | | | | | | | | | | | | | |
| Total | 14"(Local) | 432 | 428 | 181 | 244 | 20 | 351 | 360 | 123 | 237 | 11 | 408 | 406 | 208 | 197 | 13 |
| | 14"(Import) | | 50 | 0 | 50 | | | 36 | 0 | 36 | 0 | 0 | 72 | 0 | 72 | 0 |
| | 15"(Local) | 529 | 478 | 275 | 203 | 263 | 410 | 425 | 229 | 196 | 246 | 457 | 453 | 256 | 197 | 257 |
| | 15"(Import) | | 620 | 0 | 620 | | | 391 | 0 | 391 | 0 | 0 | 512 | 0 | 512 | 0 |
| | 17"(Local) | 35 | 35 | 5 | 30 | 5 | 40 | 40 | 5 | 35 | 5 | 60 | 65 | 5 | 60 | 0 |
| | 17"(Import) | | 679 | 7 | 672 | | | 565 | 6 | 559 | 0 | 0 | 605 | 10 | 595 | 0 |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**

CHU00030975E

Translation

洽 访 报 告

**会议主题：大陆 CDT 市场交流**
时间：'00/03/06　　　　　　地点：深圳
与会人员：
CPTF：吕经理镜松，余伟列　　　SDD：鱼部长，李明植部长，杨真课长/SSDD
IRICO：　文海洋经理，王昭杰
PHS：Jerry.Lin 经理，田正富经理/TWN，黎思泉经理，刘东处长/HF。

内容：
一、00.JAN -MAR 大陆 CDT 产销存数据交换(如附件一)
二、说明：
*1. SDI：*
A. 目前深圳三星 14" CDT 主要交货予~~天津~~三星电子(70-80K/M)及 EMC(30-40K/M)，
　 但表示 EMC 计划将 14" CM 迁移到巴西工厂生产，EMC 国内市场受 AOC 及大陆厂
　 商 share 而订单衰退。
B. 李部长表示，现三星已受到玻壳不足压力，在目前市场趋淡效应，恐 3 月 15"/17"
　 产量不易达成。
C. 三星表示，三星电子在大陆内销市场上已明显受到 AOC 价格压力，疑 CPTF 在人
　 民币价格上给予 AOC 某种程度的优惠（如 RMB/USD=10.4,标准系数应为 10.8)。
D. 受困于资金问题，三星在新千年仍无 CDT 扩线计划，但相继调配韩国(一级部长)/
　 台湾(经理)人员到深圳以增强大陆 sales 能力。
*2. PHS：*
A. 华飞表示，目前 14" CDT 需求仍显热络，主要系因大陆之市场及成本优势而致。
B. 受 Acer 订单影响，15" CDT 订单明显衰退，致 3 月 15"CDT 订单仍无起色；台湾
　 15"CDTx3L 已开始迁线中，现台湾 17"CDT 产能约 230-250k。
C. 抱怨其在内销价格上受到 AOC 之 CD 压力，现仅有 14"CDT 以 VAT 方式进行交货，
　 而 15"CDT 仅可以外销方式交货，另 complain 大陆彩虹以较低价格诱导明基威海
　 大宇 design in 彩管，造成其售价压力。

*3. IRICO(彩虹电子)：*
A. 现其 15"CDT 产能已可达到 120-130k，虽价格较同业低廉，惟在品质上暂仍无法
　 精进，致市场客户有限，在传统产销观念下(以产为主)，库存仍高居不下，与会
　 者恐该状况给市场价格稳定带来不安定因素。
B. 与 TSB17"CDT 合资案原预计新千年 Q3/Q4 量产，惟现因问题不断而 delay。该生
　 产线系计划由日本 TSB 迁移架动。
C. 关于彩虹以低价诱导客户评估彩管事宜，在与会者(PHS/SDI)质疑下不置可否。

CONFIDENTIAL - GRAND JURY MATERIAL

4. **ORION：**确认与大陆信诚合资首期 15" /17" CDTx1L 于上海昆山,预计' 01/2Q 可导入正式量产；惟该案依中央行业主管部门表示仍未获核准；表示 3 月 15" CDT/78K 主要交货予 AOC 及小量予 EMC。*（手写：老信息差业部表处发素材,这样以来中央去核批 进行方面过）*

5. **长沙 LG 曙光：**原计划新~~千年~~ 4 月稼动 15"/17" CDT x1L 新线,惟因工程延误~~经不久~~ *（手写：2001年以以）* 而推迟到 ~~2Q末~~；另于深圳设立 office 以加强大陆市场 share 能力。

6. **北京松下(BMCC)：**今年仅将于 4 月定向为菲律宾松下再生产 14" CDT x10k 后,后续即无 CDT 量产计划,原 17" CDT 发展案仍在 pending 中。

**三、W/W 市场状况暨改善沟通方式：**

1. 台湾飞利浦 Jerry.Lin 经理针对新千年 W/W CM & GLASS 需求与供给状况作为说明,强调在玻壳供货趋紧并价格上扬下,除市场受传统季节性影响外,全年市场尤其是在 14" / 15" 应是供不应求的。

2. 另提议与会者今后在市场资讯合作上各家亦需作好与各自总部间的资讯反馈及整合,以确定大陆资讯市场与 W/W 间的衔接、一致性。

*（手写：(EQR)建议日于世办会各计论在大陆CDT素情况的波动方是,走于总部 WORKING LEVEL MEETING*

**四、大陆内销价格现况：** *（手写：时即该一做好,克浪去太多时间手讨论,草见。）*

1. PHS/SDI 均 complain 彩虹为让客户 design in 彩虹管所报 15" CDT 内销价格已偏离了市场水准(RMB620~630,标准价应为 RMB570~580)；彩虹对此不置可否；三星/PHS 亦称在内销系数上风闻 CPTF 已低于 10.8 现象(在 AOC 为 share HP/DELL 内销案上)。

2. 三星李部长提议,鉴于现内销价格出现紊乱现象,而今年在玻壳材料及整体供需尚基本顺畅下,是否确实有必要检讨内销价格(降低内销系数)请各家再三思,待下次会议中再重点决议。

**五、下次 CDT 会议预计于 04/11 PM2:00 由 CPTF 于厦门主办。**

~以上报告~

*（手写批注：*
*1) 针对 PHS/SDI 对销往 AOC 15"/15" 内销偏低价格之要求... 尤其是 SDI 有更多办力排斥反而偏华,声喻,EMC 非内部市场流失于 AOC,反应强烈,仍仍用要素回复。*
*2) SDI 加强及大陆地区内的付销阵容... 富加速载重部长(IN UB 之建议主张),为各自比各门之事业化经理,你班长沟讯说明。）*

*（签名手写）*

# Mainland CDT DATA EXCHANGE INFORMATION

*(handwritten notes: "FM David Yu"; Chinese annotation)*

| Type | '00.01.Sale | | | | | '00.02.Sale | | | | | '00.03.Sale | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prod | Ttl | Local.sa | Export.sa | E/stock | Prod | Ttl | Local.sa | Export.sa | E/stock | Prod | Ttl | Local.sa | Export.sa | E/stock |
| **Philips** 14"(Local) | 82 | 85 | 49 | 33 | 0 | 72 | 72 | 44 | 28 | 0 | 88 | 85 | 58 | 27 | 3 |
| Philips 14"(Import) | 77 | 79 | 56 | 23 | 4 | 73 | 67 | 51 | 16 | 8 | 82 | 80 | 56 | 24 | 10 |
| Philips 15"(Local) | | 42 | | 42 | | | 52 | | 52 | | | 44 | | 44 | |
| Philips 15"(Import) | | 57 | 7 | 50 | | | 56 | 6 | 50 | | | 64 | 10 | 54 | (6) |
| **Sdd** 14"(Local) | 175 | 178 | 78 | 100 | 2 | 145 | 145 | 30 | 115 | 2 | 150 | 150 | 60 | 90 | 2 |
| Sdd 14"(Import) | | | | | | | | | | | | | | | |
| Sdd 15"(Local) | 185 | 180 | 85 | 95 | 21 | 158 | 165 | 50 | 115 | 14 | 160 | 170 | 70 | 100 | 11 |
| Sdd 15"(Import) | | 260 | | 260 | | | 150 | | 150 | | | 170 | | 170 | |
| Sdd 17"(Local) | 35 | 35 | 5 | 30 | 5 | 40 | 40 | 5 | 35 | 5 | 60 | 65 | 5 | 60 | 0 |
| Sdd 17"(Import) | | 190 | | 190 | | | 140 | | 140 | | | 180 | | 180 | |
| Sdd 17"SKD | | | | | | | | | | | | | | | |
| **Cpt** 14"(Local) | 175 | 165 | 54 | 111 | 18 | 134 | 143 | 49 | 94 | 9 | 170 | 171 | 90 | 80 | 8 |
| Cpt 14"(Import) | | 30 | | 30 | | | 36 | | 36 | | | 52 | | 52 | |
| Cpt 15"(Local) | 150 | 139 | 54 | 85 | 47 | 129 | 133 | 68 | 65 | 43 | 130 | 103 | 30 | 73 | 70 |
| Cpt 15"(Import) | | 270 | | 270 | | | 160 | | 160 | | | 220 | | 220 | |
| Cpt 17"(Import) | | 405 | | 405 | | | 350 | | 350 | | | 330 | | 330 | |
| **Orion** 14"(Import) | | 20 | | 20 | | | 0 | 0 | 0 | 0 | | 20 | | 20 | |
| Orion 15"(Import) | | 48 | | 48 | | | 29 | | 29 | | | 78 | | 78 | |
| Orion 17"(Import) | | 27 | | 27 | | | 19 | | 19 | | | 31 | | 31 | |
| **Bmcc** 14"(Local) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Irico** 15"(Local) | 117 | 80 | 80 | | 191 | 50 | 60 | 60 | | 181 | 85 | 100 | 100 | | 166 |
| **Lg** 14"(Local) | | | | | | | | | | | | | | | |
| Lg 15"(Local) | | | | | | | | | | | | | | | |
| Lg 17"(Local) | | | | | | | | | | | | | | | |

| Total | '00.01.Sale | | | | | '00.02.Sale | | | | | '00.03.Sale | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prod | Ttl | Local.sa | Export.sa | E/stock | Prod | Ttl | Local.sa | Export.sa | E/stock | Prod | Ttl | Local.sa | Export.sa | E/stock |
| 14"(Local) | 432 | 428 | 181 | 244 | 20 | 351 | 360 | 123 | 237 | 11 | 408 | 406 | 208 | 197 | 13 |
| 14"(Import) | | 50 | 0 | 50 | 0 | 0 | 36 | 0 | 36 | 0 | 0 | 72 | 0 | 72 | 0 |
| 15"(Local) | 529 | 478 | 275 | 203 | 263 | 410 | 425 | 229 | 196 | 246 | 457 | 453 | 256 | 197 | 257 |
| 15"(Import) | | 620 | 0 | 620 | 0 | 0 | 391 | 0 | 391 | 0 | 0 | 512 | 0 | 512 | 0 |
| 17"(Local) | 35 | 35 | 5 | 30 | 5 | 40 | 40 | 5 | 35 | 5 | 60 | 65 | 5 | 60 | 0 |
| 17"(Import) | | 679 | 7 | 672 | | | 565 | 6 | 559 | 0 | 0 | 605 | 10 | 595 | 0 |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030975

EXHIBIT 32



June 20, 2012


**Certification**

<center>**Park IP Translations**</center>


This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00030992E – CHU00030994E.


*Abraham I. Holczer*
_____

Abraham I. Holczer

Project Manager



EXHIBIT
1306E

Park                    Case                         #                        29567

<center>134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577</center>

**[TRANSLATION]**

[Handwritten:] [Illegible], Yu

*CPTF* Sales Department Visitation Report

Meeting Main Topic: China *CDT* Market Exchange

Time: '00/04/06        Location: Xiamen

Meeting Attendees:
*CPTF*: Manager Jing-Song (Jason) Lu, Wei-Lie Yu *SDD*: Department Manager Myong Sik Lee, Team Leader Zhen Yang, Xiao-Mei Yu's/*SSDD*
*IRICO*: Zhao-Jie Wong *BMCC*: Manager Xin-Wen Huang *LG*: Zong-Wen Park President/Shenzhen Office
*PHS*: Manager Zheng-Fu Tian/*TWN,* Director Dong Liu/*HF ORION*: Myong Doek Pak,

Content:
I. '00.  [Handwritten: "*Mar-Apr*"] China *CDT* Production Sales and Inventory Data Exchange (as in attachment 1).

II. Explanation

1. *SDI*:

• Currently, the domestic and external sales of the 15" *CDT* produced in China are about 45% and 55% each.  BenQ is the main 17"*CDT* domestic sales customer.

• Originally, the Shenzhen SDI factory already verified and approved the 4*L* color tube production lines, with 2*L* already being utilized.  It will decide in the near term if it will increase 17"/19"*CDT*x1*L* in year '01.

• Tianjin SDI actually stopped production for 9 days in March.  This month, Shenzhen SDI also was listed into a plan to stop production for 5 days.  Department Manager Lee indicated that he needed to verify it with headquarters again.  According to his understanding, the plan only referred to the stopping of the 17" *CDT* mass production, to avoid affecting 14" *CDT*'s normal production.

2. *PHS*:

• Originally, Taiwan's 15"x3*L* would reach Nanjing bit by bit for installation starting 4/*M*.  Because part of the equipment has shared usage, these 3*L* will simultaneously start utilization for mass production in September (14"/15"x1*L*;15"x2*L*).  The existing 2*L* will be adjusted to 14"-17" shared lines.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

- Manager Tian indicated that up to 3/*E*, the 15"/17"*CDT* inventory was each about 400-500*k*. He estimated that the heating of the entire market will start in June.

3. *IRICO* (IRICO):

- Under the circumstances of preserving existing customers, because customer quality is not good and there is still no new market, the entire inventory still remains high.

- The situation of the joint venture with *TSB* 17"*CDT* is now temporarily lined up to be completed in *Q*4, but it still can be delayed until *Q*1 of next year. The ratio of the joint venture with *TSB* is 51:49. [Handwritten: "Production line is still being moved over from Japan."]

4. *ORION*:

- The current production line set up is 14"/15"*mini*x1*L* (*C'TY*:140-150*k*/*M*). Of which, 14"x40*k*, 15"x90-100*k*; 15"*Normal*x1*L* (*C'TY*:160*k*/*M*); 17"*CDT*x2.5*L* (*C'TY*:250*k*/*M*); 19"*CDT*x0.5*L* (*C'TY*:20*k*/*M*).

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

- Mainly delivered to *AOC* (around 40*k/M*), the *Mini* tube makes up more than 1/2 of the current 15"*CDT* monthly average delivery to China.

- Estimates are that the joint venture with <u>Xincheng</u> [Underlined by hand] [Handwritten above: "(Kunshan)"] China will be utilized for mass production in *Q1* of next year 15"/17"*CDT*x1*L* (*C'ty*:150*k/M*). [Handwritten: "but it was claimed that the Xincheng financial area is problematic. This plan is already temporarily *PENDING*.")

5. *LG*:

- About a monthly average of 50*k* 15"*CDT* are sold to Taiwan makers.  The main China local customers are XOCECO/China Great Wall Computer Co/Founder (Combined calculation is about 20*k/M*).  About 120*k/M* 17"*CDT* are now delivered to Taiwan makers, of which about 50-60*k/M* are delivered to *AOC*.

- The March average *LG* 15"/17" production volume was about 600*k* each.  The inventory in 3/*E* was about 310*k*/250*k*.  Estimates for the April production volume are 600*k*/560*k*.  The inventory for 4/*E* was each about 380*k*/250*k*.

6. BMCC (*BMCC*): After it had been verified that starting in April, the direction is for Matsushita Philippines to produce 14"*CDT*x10*k*, temporarily there is no following *CDT* mass production plan.  The original 17" *CDT* expansion situation is still *pending*.

III. Price Review:

1. Meeting attendees agreed still temporarily to maintain the U.S. dollar and RMB pricing coefficient as 10.8, ~~only actual current market coefficient already at about 10.4~~ [Crossed-out by hand].

2. In light of the pending global glass *shortage* situation, especially influenced by the large screen and flat tube's increasing demand, 14"*CDT* glass will be more lacking.  In anticipation of future price *CU*, Huafei Color Display Systems/SDI both suggested reviewing a price increase for the 14"*CDT*.  Simultaneously, this can create a price *CU* environment for later price adjustments.  They requested headquarters to consider it.

IV. The next *CDT* meeting will tentatively be on 05/09 *PM* 2:30, held by HuaFei Color Display Systems.

~End of report~

[Handwritten:]
*SDI* still questioned if *CPT* gave preferential pricing to *AOC*, to which employee already determinedly denied.  SDI also brought up that there should be a price increase for the 14" *CDT* because its demand exceeds its supply.  Employee replied that it must be

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030993.01E
Translation

decided and passed through the headquarter *GLASS MEETING*.  There is optimism for success.

Submit Team Leader

Manager

Respectfully submit to *CPTF* President Y.M. Peng

Sales Department Manager/Director Cheng

[Initialed:] Y.M. Peng *APR* 11/2*K*

[Initialed:] Jason (Jing-Song) Lu 4/10 '00

[Signed:] Wei-Lie Yu 4/10'2*K*

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030993.02E
Translation

| | Type | Prod | '00.03.Sale | | | E/stock | Prod | '00.04.Sale | | | E/stock | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ttl | Local.sa | Export.sa | | | Ttl | Local.sa | Export.sa | | |
| Philips | 14"(Local) | 95 | 94 | 58 | 36 | 1 | 80 | 80 | 32 | 48 | 1 | |
| | 15"(Local) | 85 | 85 | 66 | 19 | 8 | 80 | 82 | 65 | 17 | 6 | |
| | 15"(Import) | | 56 | | 56 | | | 60 | | 60 | | |
| | 17"(Import) | | 89 | | 89 | | | 98 | | 98 | | |
| Sdd | 14"(Local) | 160 | 158 | 65 | 93 | 4 | 160 | 164 | 70 | 94 | 0 | |
| | 14"(Import) | | | | | | | | | | | |
| | 15"(Local) | 130 | 120 | 54 | 66 | 24 | 130 | 150 | 68 | 82 | 4 | |
| | 15"(Import) | | 160 | | 160 | | | 180 | | 180 | | |
| | 17"(Local) | 50 | 55 | 10 | 45 | 0 | 50 | 50 | 10 | 40 | 0 | |
| | 17"(Import) | | 170 | | 170 | | | 200 | | 200 | | |
| Cpt | 14"(Local) | 181 | 173 | 91 | 82 | 17 | 218 | 226 | 0 | 226 | 9 | |
| | 14"(Import) | | 102 | | 102 | | | 111 | | 111 | | |
| | 15"(Local) | 160 | 118 | 44 | 74 | 85 | 82 | 142 | 93 | 49 | 25 | |
| | 15"(Import) | | 160 | | 160 | | | 210 | | 210 | | |
| | 17"(Import) | | 350 | | 350 | | | 550 | | 550 | | |
| Orion | 14"(Import) | | 34 | | 34 | | | 40 | | 40 | | |
| | 15"(Import) | | 71 | | 71 | 0 | | 83 | | 83 | 0 | |
| | 17"(Import) | | 0 | | 0 | 0 | | 6.7 | | 6.7 | 0 | |
| Bmcc | 14"(Local) | | | | | | | | | | | |
| Irico | 15"(Local) | 83 | 80 | 80 | | 184 | 85 | 85 | 85 | | 184 | |
| Lg | 14"(Import) | | 0 | | | | | | | | | |
| | 15"(Import) | 0 | 80 | | 80 | | | 80 | | 80 | | |
| | 17"(Import) | 0 | 170 | | 170 | | | 170 | | 170 | | |
| Total | 14"(Local) | 436 | 425 | 214 | 211 | 22 | 458 | 470 | 102 | 368 | 10 | |
| | 14"(Import) | | 136 | 0 | 136 | | | 151 | 0 | 151 | | |
| | 15"(Local) | 458 | 403 | 244 | 159 | 301 | 377 | 459 | 311 | 148 | 219 | |
| | 15"(Import) | | 527 | 0 | 527 | | | 613 | 0 | 613 | | |
| | 17"(Local) | 50 | 55 | 10 | 45 | 0 | 50 | 50 | 10 | 40 | 0 | |
| | 17"(Import) | | 779 | 0 | 779 | | | 1024.7 | 0 | 1024.7 | | |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030994E
Translation

# EXHIBIT 33

June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00031002E – CHU00031005E.

_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

[Handwritten:] [Illegible],Yu

*CPTF* Sales Department Visitation Report

Meeting Main Topic: China *CDT* Market Exchange

Time: `00/05/09                    Location: Nanjing

Meeting Attendees:
*CPTF*: Jing-Song (Jason) Lu, Wei-Lie Yu
*SDD*: Team Leader Zhen Yang, Team Leader Jun Cui/*TSDD*, Xiao-Mei Yu's/*SSDD*
*IRICO*: Zhao-Jie Wong
*BMCC*: Manager Xin-Wen Huang
*LG*: Zong-Wen Park President/Shenzhen Office
*PHS*: Manager Zheng-Fu Tian, Ming-Hui Zheng/*TWN*, Director Dong Liu/*HF*
*ORION*: Myong Doek Pak, Ming-Xue Wu/Shanghai

Content:

I.   00. *APRIL- MAY* China *CDT* Production Sales/Inventory Data Exchange (as in attachment 1).

II.  Explanation

1.  *SDI*:
- Because the market has turned toward flourishing and the domestic sales demand is tending toward strengthening, 14"/17" are manifesting a situation where the current production and sales are both prospering.  Because the 15"*CDT* is responding to decreased production, it also made production, sales basically balanced.

- Driven by the domestic sales of the 17"*CDT*, Shenzhen SDI will raise the 17"*CDT* production volume in May.  *EMC/ACER/TSEC* [Underlined by hand], in the order listed, are currently the main delivery customers.  The supplying principle for the 14"*CDT* is to ensure the retaining of focal customers (*TSEC/EMC/CGC/XOC*) [Underlined by hand].

- Shenzhen SDI will carry on the 21"*CPT* conversion (*Normal→Flat type*) in July.  Influenced by the power supply, at that time, 14"*CDT*/21"*CPT* will both stop production for 7 days.  Therefore, during the period before the stop-production, it will *Full Run* its existing production capacity.  To respond to the decision to *Global* stop-production for 7 days, the Tianjin factory will coordinate it with the implementing of the 29"*CPT* sharp flat tube conversion.

- Already confirmed that next year, in July, will begin installing 17"/19"*CDT* (*Normal/Flat type*) *x*1L in the Shenzhen factory.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00031002.01E
                                                     Translation

2.  *PHS*:

- Affected by the rising demand of the domestic market, 14"/15"*CDT* manifested that both production and sales are flourishing, and driving the 15"/17"*CDT* import quantity increase.

- With the *ACER*15"*CDT* order rising again, starting this month, the quantity of 15"*CDT* delivery to China visibly increased.  Only indicated that the fluctuation of the BenQ order is bigger.

3.  *IRICO* (IRICO):

- Because existing customers' orders have improved, the 15"*CDT* inventory has fallen slightly.  *PHS/SDI* only questioned the truth of it still having over 100*k* inventory.  Afraid that this will be used as an excuse for a price decrease.

- IRICO stated that it did not actually attend the *Global CDT* regular meeting before.  At this time, they cannot accept the ways of the *Audit* stop-production; but they will submit up the current *CDT* industry interactive operations.  They will then *chk* ~~effective~~ [Crossed out by hand] coordinating the effective adjustment of global *CDT* to the market.  Meeting attendees also agreed to ask the IRICO high level to wait for an opportunity to attend the global summit meeting.

- Currently, the mass production of *CRT* products is divided into 3 parts that are independently progressing with financial audits: (1) The original IRICO CRT main factory –

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**                     CHU00031002.02E

[Page Intentionally Omitted]

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

14"*CPT*/15"*CDT*; (2) IRICO joint-stock company – 21"*CPT*/25"*CPT* (*Normal/Flat type*)/29"*CPT*; (3) *TSB* joint venture company – 17"/19"*CDT*.  Both sides' initial step is to achieve the vision of moving *TSB*'s production line in Japan to China for mass production within 2 years.  *TSB*, in the position of major shareholder for the last 3 years, had operating rights.  Next, the operating rights will be transferred by gradually raising IRICO equity shares.

4.  *ORION*:
* Currently, it is calculated that Korea has 5 production lines (15"x2*L*; 17"x2*L*; 19"x1*L*). Of these, 14"*CDT*/15"*mini*x1*L*.  The monthly average delivery of 15"*mini* tubes to China is 80*k*.  Of those, 50-60*k* is supplied to *AOC*.

* Under *AOC*'s forceful demand for 14"*CDT*, and limited by the related glass supply, currently it is estimated that only 30*k* can be delivered in May.  Also indicated that 17"*CDT*x20*k* was delivered to *AOC* in April, mainly to compensate for defective tubes.  There was only 4*k* in accounted sales.

* Regarding the joint venture with Xincheng China, though estimates of utilization for 15"/17"*CDT*x1*L* (*C*'*ty*:150*k/M*) mass production is *Q*2 of next year, there are still obstacles regarding funds on both sides.

5.  *LG*:
* 15"*CDT* is mainly sold to *AOC* at a quantity of about 50-60*k*.  The others are mainly China local customers (XOCECO/China Great Wall Computer Co/Founder).  17"*CDT*, then, is mainly delivered to Taiwan makers *AOC/ADI/ROYAL/DELTA*, of which delivery to *AOC* is about 50-60*k/M*.

* Changsha factory 15"/17"*CDT*x1*L* is estimated for mass production in *Q*2 of next year.  This year the priority is to carry out *CPT* utilization.

III. China *CDT* development:

1.  The collaboration contract between Taiwan *TECO* and China Evernew *CDT* has been signed in February of this year.  The estimate for utilization for mass production is *Q*2 of next year.  At the same time, both sides also will collaborate on the item of *CM* (4000*k/Y*).

2.  *PHS* – The issue of Shenzhen *SEG* (SEG) *CDT* currently has not yet been clarified.

IV. Next *CDT* meeting will tentatively be on 06/09 *PM* 2:30, ran by *BMCC* (BMCC) in Beijing.

~End of report~

[Handwritten:]
Submit Team Leader
Manager

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL               CHU00031004.01E
                                                 Translation

[Handwritten:]
Respectfully submit to *CPTF* President Y.M. Peng
Sales Department Manager/Director Cheng

[Initialed:] CPTF President Y.M. Peng *May*/15/2*K*

[Initialed:] Jing-Song (Jason) Lu 5/11'00

[Signed] Submitted by Wei-Lie Yu 5/11'2*K*

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**          CHU00031004.02E

Translation

| | Type | Prod | '00.04.Sale | | | E/stock | Prod | '00.05.Sale | | | E/stock | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ttl | Local.sa | Export.sa | | | Ttl | Local.sa | Export.sa | | |
| Philips | 14"(Local) | 79 | 80 | 56 | 24 | 0 | 76 | 76 | 54 | 22 | 0 | |
| | 15"(Local) | 80 | 84 | 78 | 6 | 2 | 80 | 81 | 76 | 5 | 0 | |
| | 15"(Import) | | 101 | | 101 | | | 110 | | 110 | | |
| | 17"(Import) | | 120 | | 120 | | | 120 | | 120 | | |
| Sdd | 14"(Local) | 164 | 164 | 80 | 84 | 0.3 | 130 | 130 | 60 | 70 | 0 | |
| | 14"(Import) | | | | | | | | | | | |
| | 15"(Local) | 132 | 150 | 80 | 70 | 4 | 150 | 154 | 80 | 70 | 0 | |
| | 15"(Import) | | 190 | | 190 | | | 200 | | 200 | | |
| | 17"(Local) | 52 | 52 | 22 | 30 | 0 | 70 | 70 | 40 | 30 | 0 | |
| | 17"(Import) | | 220 | | 220 | | | 230 | | 230 | | |
| Cpt | 14"(Local) | 227 | 214 | 29 | 185 | 30 [Circled by hand] | 227 | 243 | 0 | 243 | 14 | |
| | 14"(Import) | | 104 | | 104 | | | 94 | | 94 | | |
| | 15"(Local) | 92 | 166 | 66 | 100 | 18 [Circled by hand] | 68 | 158 | 106 | 52 | 20 | |
| | 15"(Import) | | 280 | | 280 | | | 320 | | 320 | | |
| | 17"(Import) | | 550 | | 550 | | | 580 | | 580 | | |
| Orion | 14"(Import) | | 2 | | 2 | | | 30.2 | | 30.2 | | |
| | 15"(Import) | | 118 | | 118 | 0 | | 88 | | 88 | 0 | |
| | 17"(Import) | | 4 | | 4 | 0 | | 26.5 | | 26.5 | 0 | |
| Bmcc | 14"(Local) | 10 | 1 | | 1 | 9 | | 1 | | 1 | 8 | |
| Irico | 15"(Local) | 80 | 93 | 73 | 20 | 171 | 70 | 90 | 70 | 20 | 151 | |
| Lg | 14"(Import) | | 0 | | | | | | | | | |
| | 15"(Import) | 0 | 90 | | 90 | | | 110 | | 110 | | |
| | 17"(Import) | 0 | 185 | | 185 | | | 200 | | 200 | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 14"(Local) | 480 | 459 | 165 | 294 | 39.3 | 433 | 450 | 114 | 336 | 22 | |
| | 14"(Import) | | 106 | 0 | 106 | | | 124.2 | 0 | 124.2 | | |
| | 15"(Local) | 384 | 493 | 297 | 196 | 195 | 368 | 483 | 332 | 147 | 171 | |
| | 15"(Import) | | 779 | 0 | 779 | | | 828 | 0 | 828 | | |
| | 17"(Local) | 52 | 52 | 22 | 30 | 0 | 70 | 70 | 40 | 30 | 0 | |
| | 17"(Import) | | 1079 | 0 | 1079 | | | 1156.5 | 0 | 1156.5 | | |

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00031005E
Translation

## CPTF 业务部　　　　洽　访　报　告

**会议主题：大陆 CDT 市场交流**

时间：'00/05/09　　　　　　　地点：南京

与会人员：

CPTF：吕经理镜松，余伟列　　SDD：杨真课长,崔军课长/TSDD,于晓梅's/SSDD

IRICO：王昭杰　　BMCC：黄新闻经理　　LG：朴宗玟　　总经理/ 深圳办事处

PHS：田正富经理, 郑敏辉/TWN, 刘东处长/HF　　　　ORION：朴明德, 吴明学/上海

内容：

一、00. APRIL-MAY 大陆 CDT 产销存数据交换（如附件一）

二、说明：

*1. SDI:*
- 藉市场转旺及在内销需求趋强下，14"/17"呈现产、销两旺状况；15"CDT 由于因应减产，亦使产、销基本平衡。
- 在 17"CDT 内销带动下，深圳三星将提高 5 月 17"CDT 产量，目前所交货客户依次以 EMC/ACER/TSEC 为主；14"CDT 供货以确保重点客户为原则（TSEC/EMC/CGC/XOC）。
- 深圳三星将于 7 月进行 21"CPT 改造（Normal➔Flat type），鉴于动力供给影响，届时 14"CDT/21"CPT 均将停产 7 天，故在停产前期间将 Full Run 既有产能；天津工厂因应 Global 停产 7 天决定，将配合进行 29"CPT 锐平管的改造。
- 已确定将于明年 7 月开始在深圳工厂架设 17"/19"CDT（Normal/Flat type）x1L。

*2. PHS:*
- 受内销市场需求上升影响，14"/15"CDT 呈现产、销两旺，亦带动 15"/17"CDT 进口数量增加。
- 在 ACER15"CDT 订单回升下，致本月起 15"CDT 交货到大陆数量明显增加，惟表示明基订单波动性较大。

*3.　IRICO(彩虹电子)：*
- 由于既有客户订单好转，致 15"CDT 库存稍有下降，惟对其现仍有逾 100k 库存之真实性 PHS/SDI 表示质疑，恐其以此为降价藉口。
- 惟彩虹称前其并无实际参加 Global CDT 例会，现暂无法接受 Audit 停产方式，但将上呈现 CDT 业界互动作业，再 chk 有效配合全球 CDT 对市场的有效调整，与会者亦同意请彩虹高层侯机参加全球高峰会议。
- 现彩虹 CRT 产品量产分成三个部分独立进行财务核算：（1）原彩虹显像管总厂—

CHU00031002

Pg. 2 - (12)

> May Wang
> Mei-wen, May, Wang
> Purchasing Officer, APM
> Tel:  52-6-5805850
> Fax: 52-6-5805803
>
>

2000-05-11

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031003

14"CPT/15"CDT；（2）彩虹股份公司 － 21"CPT/25"CPT(Normal/Flat type)/29"CPT；(3) TSB 合资公司－17"/19"CDT，双方初步达成在 2 年内将 TSB 在日本生产线移转到大陆量产意向，TSB 在前三年内以大股身份拥有经营权，后续再通过渐提高彩虹股权而转移经营权。

**4. ORION：**
- 现有韩国计有 5 条生产线（15"x2L；17"x2L；19"x1L），其中 14"CDT/15"minix1L；15"mini 管月均 80k 交货到大陆，其中 50－60k 系供给 AOC。
- 在 AOC 对 14"CDT 强劲需求下，受限于相关玻壳供应，目前仅预计 5 月可交货 30k；另表示 4 月交货予 AOC17"CDTx20k，惟以不良管偿付为主，仅作帐销售 4k。
- 与大陆信诚合资案虽预计明年 Q2 稼动量产 15"/17"CDTx1L(C'ty:150k/M)，惟双方在资金上仍存障碍。

**5. LG：**
- 15"CDT 主要售予 AOC 数量约 50-60k 外，其它以大陆当地客户（厦华/长城/方正）为主；17"CDT 则以交台商 AOC/ADI/ROYAL/DELTA 为主，其中交 AOC 约 50－60k/M。
- 长沙工厂 15"/17"CDTx1L 现预计明年 Q2 量产，今年优先进行 CPT 案稼动。

**三、大陆 CDT 动态：**
1. 台湾 TECO 与大陆永新 CDT 合作合同已于今年 2 月签署，预计将于明年 Q2 稼动量产；同时双方亦将合作 CM（4000k/Y）项目。
2. PHS－深圳 SEG（赛格）CDT 案目前仍未明朗化。

**四、下次 CDT 会议预计于 06/09 PM2:30 由 BMCC（北京松下）在北京主办。**

`以上报告`

| | | '00.04.Sale | | | | | '00.05.Sale | | | | | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Type | Prod | Ttl | Local.sa | Export.sa | E/stock | Prod | Ttl | Local.sa | Export.sa | E/stock | |
| Philips | 14"(Local) | 79 | 80 | 56 | 24 | 0 | 76 | 76 | 54 | 22 | 0 | |
| | 15"(Local) | 80 | 84 | 78 | 6 | 2 | 80 | 81 | 76 | 5 | 0 | |
| | 15"(Import) | | 101 | | 101 | | | 110 | | 110 | | |
| | 17"(Import) | | 120 | | 120 | | | 120 | | 120 | | |
| Sdd | 14"(Local) | 164 | 164 | 80 | 84 | 0.3 | 130 | 130 | 60 | 70 | 0 | |
| | 14"(Import) | | | | | | | | | | | |
| | 15"(Local) | 132 | 150 | 80 | 70 | 4 | 150 | 154 | 80 | 70 | 0 | |
| | 15"(Import) | | 190 | | 190 | | | 200 | | 200 | | |
| | 17"(Local) | 52 | 52 | 22 | 30 | 0 | 70 | 70 | 40 | 30 | 0 | |
| | 17"(Import) | | 220 | | 220 | | | 230 | | 230 | | |
| Cpt | 14"(Local) | 227 | 214 | 29 | 185 | 30 | 227 | 243 | 0 | 243 | 14 | |
| | 14"(Import) | | 104 | | 104 | | | 94 | | 94 | | |
| | 15"(Local) | 92 | 166 | 66 | 100 | (18) | 68 | 158 | 106 | 52 | 20 | |
| | 15"(Import) | | 280 | | 280 | | | 320 | | 320 | | |
| | 17"(Import) | | 550 | | 550 | | | 580 | | 580 | | |
| Orion | 14"(Import) | | 2 | | 2 | 0 | | 30.2 | | 30.2 | | |
| | 15"(Import) | | 118 | | 118 | 0 | | 88 | | 88 | 0 | |
| | 17"(Import) | | 4 | | 4 | 0 | | 26.5 | | 26.5 | 0 | |
| Bmcc | 14"(Local) | 10 | 1 | | 1 | 9 | | 1 | | 1 | 8 | |
| Irico | 15"(Local) | 80 | 93 | 73 | 20 | 171 | 70 | 90 | 70 | 20 | 151 | |
| Lg | 14"(Import) | 0 | 0 | | | | | | | | | |
| | 15"(Import) | 0 | 90 | | 90 | | | 110 | | 110 | | |
| | 17"(Import) | 0 | 185 | | 185 | | | 200 | | 200 | | |
| Total | 14"(Local) | 480 | 459 | 165 | 294 | 39.3 | 433 | 450 | 114 | 336 | 22 | |
| | 14"(Import) | | 106 | 0 | 106 | | | 124.2 | | 124.2 | | |
| | 15"(Local) | 384 | 493 | 297 | 196 | 195 | 368 | 483 | 332 | 147 | 171 | |
| | 15"(Import) | | 779 | 0 | 779 | | | 828 | 0 | 828 | | |
| | 17"(Local) | 52 | 52 | 22 | 30 | 0 | 70 | 70 | 40 | 30 | 0 | |
| | 17"(Import) | | 1079 | 0 | 1079 | | | 1156.5 | 0 | 1156.5 | | |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031005

EXHIBIT 34

June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00031018E – CHU00031020E.

_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

*CPTF* Sales Department        Visitation Report

Meeting Topic:        Mainland China *CDT* Market Exchange

Time:                '00/06/09        Location:   Beijing

Meeting Attendees:    *CPTF*: Director Jing-Song (Jason) Lu, Wei-Lie Yu

                      *IRICO*: Vice Department Manager Jun Yao

                      *SDD*: Department Manager Myoung Sik Lee, Section Chief
                      Zhen Yang, Section Chief Jun Cui/*TSDD*, Xiao-Mei
                      Yu`s/SSDD`

                      *BMCC*: Manager Xin-Wen Huang

                      *LG*: President Zong-Mei Park, Vice President Sung Yuol
                      Shin/Shenzhen Office

                      *PHS*: Min-Hui Zhen/*TWN*, Director Dong Liu/*HF*

                      *ORION*: Myong Doek Park, Ming-Xue Wu/Shanghai

Content:

I.    00. *MAY-JUNE* exchange on production, sales and inventory figures of
      Mainland China *CDT* (see attachment 1).

II.   Explanation:

   1.  *SDI*:

       ● The sales demand in the domestic market is vigorous.   17"*CDT* is
         especially booming in both production and sales; the production and sales
         of 15"*CDT* also basically balance out because of its reduced production.

       ● Due to the overall shortage of glass bulbs for 14"*CDT* and because the
         products of this size have no profit base, Samsung planned to gradually
         decrease mass production of 14"*CDT*.   It is estimated that mass production
         of only 60-80*k/m* will be maintained by *Q*4.   Instead, the production of
         17"*CDT* will be greatly increased.

       ● With regard to the plan of Samsung Shenzhen's new production lines, the
         matter is not finalized (Department Manager Li indicated that the line is
         predicted to be 17"/19"*CDT*).   Will continue follow its developments.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL              CHU00031018.01E
                                                Translation

2.  *PHS*:

- Obviously feel the market picking up, the demand in the domestic sale market of 15"*CDT* is especially growing steadily.   The market is expected to enter into a hot sales period.

- The production lines that shifted from Taiwan are *under skdl* to begin mass production in September [Underlined by hand].   Director Dong Liu indicated that they are all compatible lines for 14"/15"/17".

- Also indicated that *PHS* Netherlands would withdraw its case against Mainland China's *CTV* ~~anti~~ [Crossed out by hand][Handwritten: "dumping"], in order to avoid Mainland China's unfavorable measures towards its *Local* plant.

3.  *IRICO* (IRICO):

- Because the order from existing customers is getting better, the inventory for 15"*CDT* is dropping slightly.   However, *PHS* and *SDI* questioned IRICO for disrupting the domestic sales market in Mainland China with its current pricing.   They both requested it to conduct business with a price difference of *RMB*20.

- Indicated that it stopped production for 7 days in May to act in concert with the worldwide production stoppages.   In addition, it will also stop production for 7 days in June due to the reconstruction of screen *coating*.   Will confirm before 6/14 regarding the *audit* time and personnel.

[Handwritten:] *IRICO* has a high overlapping of domestic sale customers with Samsung and Huapu.   Its low pricing has caused more and more reactions from Samsung and Huapu.   However, *IRICO* always vehemently refuses to admit this.   The three-party conflict will be a hidden problem in the future.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**                    CHU00031018.02E

4. *ORION*:

- It is predicted that the demand for 15"/17"*CDT* will pick up somewhat in July.   However, due to the supply conflict of 14"*CDT*, and due to the customers' request of matching sales, it is feared that the order for 15"/17"*CDT* will be affected.

- With regard to the joint venture project with Mainland Xincheng, the people from the relevant department of Mainland China government confirmed on the site that the government still has not approved it.   It was just the local government's own wishful thinking.

  [Handwritten:] Ministry of Information Industry, which is in charge of the industry, has not been informed yet, and is inclined to not to support the project.

5. *LG* (The Worldwide Mass Production Situation):

|  | '00. May | | '00. June | |
|---|---|---|---|---|
|  | Production | Sales | Production | Sales |
| 15" | 690k | 760k | 720k | 690k |
| 17" | 790k(including RFx120k) | 770k | 840k | 760k |
| 19" | 170k | 180k | 200k | 180k |

*RE*:

1) Affected by the demand of *LG Monitor*, the overall sales of *CDT* will be weaker in June.

2) Its current production lines have been set up *in Korea* as: 15"x3*L*, 17"x4*L* (17"*RF* x 1*L*), 19"x1L; *in England*: 15"/17" each 1*L*, will readjust to:15"x1.5*L*, 17"x0.5*L* in July.

III.      Price *ISSUE*: The baseline prices of 14"/15"/17" (*based on MPR*2) will be adjusted to *usd*54/67/88 respectively for deliveries starting 7/01.

IV.      The next *CDT* meeting is scheduled to be hosted by *IRICO* in Xian on 07/06 2:30*PM*.   Will focus on reviewing the implementation situation of the new prices.

-End of report-

Submit to

                                                            [Initialed:] Peng *JUN* 15/2*K*

Section Chief
Senior Manager
[Handwritten: "Respectfully submitted to"] President

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00031019.01E

                                                            Translation

[Handwritten:]
Respectfully submitted to Sales Department Assistant Vice President Cheng
Director

[Initialed:] Peng *JUN* 15/2*K*

[Signed:] Afan Tseng 6/13 2*K*

On Behalf of

[Initialed:] Jing-Song (Jason) Lu 6/13ʻ00

Submitted by Wei-Lie Yu

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00031019.02E
                                                          Translation

| | Type | Prod | '00.05.Sale | | | E/Stock | Prod | '00.06.Sale | | | E/Stock | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ttl | Local.sa | Export.sa | | | Ttl | Local.sa | Export.sa | | |
| Philips | 14"(Local) | 81 | 80 | 34 | 46 | 1 | 96 | 96 | 55 | 41 | 0 | |
| | 15"(Local) | 82 | 80 | 79 | 1 | 3 | 97 | 98 | 94 | 4 | 0 | |
| | 15"(Import) | | 92 | | 92 | | | 110 | | 110 | | |
| | 17"(Import) | | 95 | 10 | 85 | | | 120 | 35 | 85 | | |
| Sdd | 14"(Local) | 144 | 144 | 74 | 70 | 0 | 120 | 120 | 60 | 60 | 0 | |
| | 14"(Import) | | | | | | | | | | | |
| | 15"(Local) | 152 | 154 | 82 | 70 | 2 | 160 | 162 | 92 | 70 [Circled by hand] | 0 | |
| | 15"(Import) | | 230 | | 230 | | | 240 | | 240 | | |
| | 17"(Local) | 65 | 65 | 45 | 20 | 0 | 80 | 80 | 60 | 20 | 0 | |
| | 17"(Import) | | 240 | | 240 | | | 250 | | 250 | | |
| Cpt | 14"(Local) | 268 | 263 | 17 | 246 | 35 | 170 | 195 | 5 | 190 | 10 | |
| | 14"(Import) | | 110 | | 110 | | | 160 | | 160 | | |
| | 15"(Local) | 73 | 147 | 95 | 52 | 20 | 170 | 180 | 131 | 49 | 10 | |
| | 15"(Import) | | 330 | | 330 | | | 330 | | 330 | | |
| | 17"(Import) | | 570 | | 570 | | | 490 | | 490 | | |
| Orion | 14"(Import) | | 24 | | 24 | | | 24 | | 24 | | |
| | 15"(Import) | | 61 | | 61 | 0 | | 81 | | 81 | 0 | |
| | 17"(Import) | | 21 | | 21 | 0 | | 29 | | 29 | 0 | |
| Bmcc | 14"(Local) | 0 | 1 | | 1 | 8 | | 1 | | 1 | 7 | |
| Irico | 15"(Local) | 70 | 90 | 90 | 0 | 151 | 80 | 100 | 100 | 0 | 131 | |
| Lg | 14"(Import) | | 0 | | | | | | | | | |
| | 15"(Import) | 0 | 130 | | 130 | | | 130 | | 130 | | |
| | 17"(Import) | 0 | 230 | | 230 | | | 230 | | 230 | | |
| Total | 14"(Local) | 493 | 488 | 125 | 363 | 44 | 386 | 412 | 120 | 292 | 17 | |
| | 14"(Import) | | 134 | 0 | 134 | | | 184 | 0 | 184 | | |
| | 15"(Local) | 377 | 471 | 346 | 123 | 176 | 507 | 540 | 417 | 123 | 141 | |
| | 15"(Import) | | 843 | 0 | 843 | | | 891 | 0 | 891 | | |
| | 17"(Local) | 65 | 65 | 45 | 20 | 0 | 80 | 80 | 60 | 20 | 0 | |
| | 17"(Import) | | 1156 | 10 | 1146 | | | 1119 | 35 | 1084 | | |

_____

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

**CONFIDENTIAL – GRAND JURY MATERIAL**

CHU00031020E

Translation

# CPTF 业务部　　　洽　访　报　告

**会议主题：大陆 CDT 市场交流**

时间：'00/06/09　　　　　　地点：北京

与会人员：

CPTF：吕经理镜松，余伟列　　IRICO：　姚军副部长

SDD：李明植部长杨真课长，崔军课长/TSDD，于晓梅's/SSDD

BMCC：黄新闻经理　　LG：朴宗玟总经理，辛升烈副总经理/ 深圳办事处

PHS：郑敏辉/TWN，刘东处长/HF　　ORION：朴明德，吴明学/上海

内容：

一、00. MAY-JUNE 大陆 CDT 产销存数据交换（如附件 一）

二、说明：

*1. SDI：*

● 内销需求需求旺盛，尤其是 17"CDT 更呈产、销两旺状况；15"CDT 由于因应减产，亦使产、销基本平衡。

● 由于 14"CDT 整体玻壳不足及该尺寸产品无利基性，三星拟计划渐减少 14"CDT 量产，到 Q4 预计仅维持量产 60~80k/m；而全面提高 17"CDT 的生产数量。

● 深圳三星新生产线的规划案仍未定案（据李部长表示，预计为 17"/19"CDT），续掌握其动态。

*2. PHS：*

● 明显感受到市场回升，尤其是 15"CDT 内销市场需求稳健上升。预期市场进入热卖阶段。

● 台湾迁移生产线将 under skdl 于 9 月量产，据刘东处长表示，均系 14"/15"/17" 兼容生产线。

● 另表示荷兰 PHS 将撤回对大陆 CTV 反销案，以期避免受大陆对其 Local 工厂之不利措施。。

*3.　IRICO(彩虹电子)：*

● 由于既有客户订单好转，致 15"CDT 库存稍有下降。惟对其现行价格扰乱大陆内销市场受到 PHS、SDI 的质疑，均要求其按差价 RMB20 元方式进行作业。

● 表示彩虹配合全球停产协调，已于 5 月停产 7 天；另 6 月亦将因屏 coating 改造而将停产 7 天，惟对 audit 时间及人员于 6/14 前予以确认。

上次山东三星及华浦的增容重叠性质问，显低偿这成三星及华浦
之报3学越来越大，但上R山毕之死不得仍忍，三方应于需今是争来
隐要。

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031018

4. ORION:

● 预计 7 月 15"/17"CDT 需求将有所回升，但受到 14"CDT 供给矛盾，在客户要求配售卜，恐将影响 15"/17"CDT 的订单。

● 与大陆信诚合资案在大陆政府相关部门人员的当场确认下，至今仍未获政府许可，仅是当地政府的一厢情愿。

5. LG（全球量产状况）：

| | '00.5 月 | | '00.6 月 | |
|---|---|---|---|---|
| | 产 | 销 | 产 | 销 |
| 15" | 690k | 760k | 720k | 690k |
| 17" | 790k（其中 RFx120k） | 770k | 840k | 760k |
| 19" | 170k | 180k | 200k | 180k |

RE:

(1) 受 LG  Monitor 需求影响，致 CDT 整体 6 月销售较弱些。

(2) 现 其 生 产 线 设 置 为  in  Korea:15"x3L,17"x4L(17"RFx1L),19"x1L ； in  England:15"/17"各 1L，其中 7 月将调整为 15"x1.5L,17"x0.5L。

三、价格 ISSUE：14"/15"/17"(based on MPR2)基准价格于 7/01 起交货分别调整为 usd54/67/88。

四、下次 CDT 会议预计于 07/06 PM2:30 由 IRICO 在西安主办，重点检讨新价格实施状况。

~以上报告~

呈

　　　　课长

　　　　经理

　　　　总经理

余伟列

| | Type | Prod | '00.05.Sale | | | E/stock | Prod | '00.06.Sale | | | E/stock | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ttl | Local.sa | Export.sa | | | Ttl | Local.sa | Export.sa | | |
| Philips | 14"(Local) | 81 | 80 | 34 | 46 | 1 | 96 | 96 | 55 | 41 | 0 | |
| | 15"(Local) | 82 | 80 | 79 | 1 | 3 | 97 | 98 | 94 | 4 | 0 | |
| | 15"(Import) | | 92 | | 92 | | | 110 | | 110 | | |
| | 17"(Import) | | 95 | 10 | 85 | | | 120 | 35 | 85 | 0 | |
| Sdd | 14"(Local) | 144 | 144 | 74 | 70 | 0 | 120 | 120 | 60 | 60 | 0 | |
| | 14"(Import) | | | | | | | | | | | |
| | 15"(Local) | 152 | 154 | 82 | 70 | 2 | 160 | 162 | 92 | 70 | 0 | |
| | 15"(Import) | | 230 | | 230 | | | 240 | | 240 | | |
| | 17"(Local) | 65 | 65 | 45 | 20 | 0 | 80 | 80 | 60 | 20 | 0 | |
| | 17"(Import) | | 240 | | 240 | | | 250 | | 250 | | |
| Cpt | 14"(Local) | 268 | 263 | 17 | 246 | 35 | 170 | 195 | 5 | 190 | 10 | |
| | 14"(Import) | | 110 | | 110 | | | 160 | | 160 | | |
| | 15"(Local) | 73 | 147 | 95 | 52 | 20 | 170 | 180 | 131 | 49 | 10 | |
| | 15"(Import) | | 330 | | 330 | | | 330 | | 330 | | |
| | 17"(Import) | | 570 | | 570 | | | 490 | | 490 | | |
| Orion | 14"(Import) | | 24 | | 24 | | | 24 | | 24 | | |
| | 15"(Import) | | 61 | | 61 | 0 | | 81 | | 81 | 0 | |
| | 17"(Import) | | 21 | | 21 | 0 | | 29 | | 29 | 0 | |
| Bmcc | 14"(Local) | 0 | 1 | | 1 | 8 | | 1 | | 1 | 7 | |
| Irico | 15"(Local) | 70 | 90 | 90 | 0 | 151 | 80 | 100 | 100 | 0 | 131 | |
| Lg | 14"(Import) | 0 | 0 | | | | | | | | | |
| | 15"(Import) | 0 | 130 | | 130 | | | 130 | | 130 | | |
| | 17"(Import) | 0 | 230 | | 230 | | | 230 | | 230 | | |
| Total | 14"(Local) | 493 | 488 | 125 | 363 | 44 | 386 | 412 | 120 | 292 | 17 | |
| | 14"(Import) | | 134 | 0 | 134 | | | 184 | 0 | 184 | | |
| | 15"(Local) | 377 | 471 | 346 | 123 | 176 | 507 | 540 | 417 | 123 | 141 | |
| | 15"(Import) | | 843 | 0 | 843 | | | 891 | 0 | 891 | | |
| | 17"(Local) | 65 | 65 | 45 | 20 | 0 | 80 | 80 | 60 | 20 | 0 | |
| | 17"(Import) | | 1156 | 10 | 1146 | | | 1119 | 35 | 1084 | | |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031020

EXHIBIT 35



June 20, 2012

**Certification**

### Park IP Translations

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00029110E – CHU00029115E.

Abraham I. Holczer

Project Manager

EXHIBIT
2260A
PENGAD 800-681-6889

Park                          Case                          #                          29567

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

[TRANSLATION]

Visitation Report

Date: 2000/06/23(Fri.) 6-9*pm*   Company: *Philips Mr. Jim Smith, Mr. Leo Mink* (via phone)

Date: 2000/06/25(Sun.) 6-9*pm*   Company: IRICO Sales President SaTao

Contact: Wen-Chun (Tony) Cheng

Topic: *TV* Tube Market

I.   *PH TV* Tube:

1. Regarding the issue which *PH* blamed CPT for not cooperating to raise the European 14" price to $39, an appointment was made with *Mr. Smith* to exchange views and *Jim* carried out the review with *Leo* over the phone.

2. *Leo* stated that on 4/19 the price was proposed to be $38 for the 2nd half of the year but around 5/25 everyone proposed to have the market price raised to $39. CPT was only selling at $37~37.5 for some customers right now so the price difference would be too big. He doubted if CPT could raise the price. CPT explained that *Mr. Smith* in the last Asian meeting also expressed that the appropriate price should be $38 according to current European and Asian environment and 14/20" interactive environment. After contacting *David Ross* after the meeting, *David* said although *Leo* said to raise price to $39 on 5/25 *David* already expressed that it was not easy to attain that because of the huge rise and the small price differential with 20/21" [Underlined by hand].

3. I doubted that *Leo* had achieved any agreement with customers and in the past he always lowered the target price with customers. Accordingly, I tried to confirm the accuracy of $39 but *Leo* expressed he was still trying and hoped to gain support from CPT [Underlined by hand]. I stated that CPT always acted as a pioneer, not a trouble maker, and previous contact matched the current achievement CPT made, so it was not proper to inform the customers at the last minute to raise the price again by $1. Besides, before current confusion regarding 20/21" is clearly improved, it is better to wait. In the meantime, CPT will also talk about the possibility of raising the price to $38.5 [Underlined by hand] with customers. (*PH* indicated that the customers and targeted market of 14" and 20/21" are different so it won't have any transfer problem even if the price differential is $5/10, respectively. I stated that current customers said 14" is sold for service only so they would abandon the production of 14" once their loss is too big after the price is raised to $39 by $3.)

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029110.01E
Translation

4. *PH* questioned CPT again why its *PH TV* raised to $36.8 by $1.3 only in the internal transaction, which would cause bigger price differential with the market price. I countered by questioning why *PH CRT* didn't work together with *PH TV* to undergo price increase negotiations but waited for CPT to negotiate with *PH TV* first and didn't have to make any efforts but just used $36.75 to *undercut* CPT [Underlined by hand]. Then *PH* started to explain it was beyond their control because this was related to another department. Accordingly, I asked *PH* to hint at the price adjustment first if *PH CRT* hopes to raise the price in *Q*4 and CPT will definitely cooperate.

5. Regarding the *Vestel* price from IRICO, it was not raised but still remained at *FOB* $29.3, ($35.5 after reaching the factories) [Underlined by hand] *PH* hopes CPT can negotiate again with IRICO to maintain a moderate price differential. I stated that further contact will be made but IRICO already felt unhappy about *PH*'s constant request which hopes the price differential between IRICO and *PH* can be curbed to $0.5; (I stated that CPT sells 15" *cdt* at $66 but IRICO still cannot sell any at $58.) *Jim* encouraged me to ask IRICO to maintain the price differential around $1 and I expressed that I would try my best to negotiate with IRICO.

6. CPT stated that it was very ridiculous that the current set price for 14" was $38~39 but 20/21" in Europe was still *DM* 97~100/107~110, only *US*$45/50, which was even lower than the price in China. Under such a condition, it's not healthy to ask CPT and IRICO, which only have one product, 14", to take the risk of irritating customers. *Jim* agreed that with full utilization rate the price should not be so weak. *Leo* stated that currently the negotiations with other European picture tube companies, (such as SEC and *Thomson*), didn't go smoothly. *Jim* said *Leo* should notify him earlier but he would ask SEC to pay attention.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029110.02E
Translation

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029111E
Translation

According to *Leo*, for the short time it will be very difficult to have a reasonable price for 20/21" in the European market and the price can only be raised by $0.5 at most each time. So there will still be a huge difference of $13 from the reasonable price differential of $18~20.

7. After the meeting, *Jim* talked to me alone and expressed that the expectation for next year's market is not as good as for this year but the CPT production, on the contrary, will increase from 3*M* this year to 4 *M*, which will cause big impact on the market. Accordingly, he hoped CPT could have a second thought. *I said that CPT didn't intend to disturb the market and it is a sincere gesture to limit itself from taking orders from customers which have conflicting interests or to inform PH first before taking orders. Besides, the growth in quantity this year is mostly from CPT's original own customers and CPT didn't fight for orders viciously against PH.* Next year, CPT will introduce 15" flat tube but the impact should not be too big. *Jim* still hopes CPT can control the production quantity.

II.   IRICO picture tube:

1.   President Sa is responsible for all external purchase and external sales. <u>Regarding sales, he assigned 14" mainly to *Vestel* and *Thomson* [Underlined by hand] and would start to promote 21" and 15" 0.28.

2.   IRICO's business plan:

| product | lines | production capacity | '99 sales | '00 target | | |
|---------|-------|---------------------|-----------|------------|--|--|
| 14"     | 2     | 3.6M                | 2.9       | 3.2        | | |
| 21"     | 2     | 3.6                 | 3.1       | 2.7        | | |
| 25"     | 1     | 1.15                | 1.1       | 1.15       | | |
| 15"0.28 | 1     | 1.5                 | 1.1       | 1.25       | | |
| total   | 6     | 9.85                | 8.2       | 8.3        | | |

a.   <u>14" sold to *Vestel* 1.5M, *Thomson* 0.2*M* (initial quoted price, $29.5 *fob*, will be changed to $31*fob* = $32*cif*) [Underlined by hand] internal sales 0.9*M*, Hong Kong 0.6*M*</u>

b.   <u>Current inventory for 21", 100k, is normal.  This year, the production line is changed to 25/29"so production is less than last year.  China's market is integrating but there are still many difficulties [Underlined by hand].</u>

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029112.01E
Translation

3. Regarding *Vestel*'s sales, President Sa admitted that they are still selling at $29.3, the increased price since April. ($35.5 factory price) After meeting with *PH* and CPT in Xian, he had already tried to ask *Vestel* to raise the price again to $31(factory price $37.5) but immediately was accused by *PH* of anti-dumping tax. *Vestel* understands *PH* is also accusing *Vestel* of dumping. Currently, the price is raised by $3 with the European customers, who account for 80% of all customers, but things are still in negotiation. In order to avoid too much fluctuation in price, it is hoped that IRICO and *Vestel* will share the rising cost after the case of dumping is established. June and July are the traditional low season for colored TV in China Mainland so IRICO made an agreement with *Vestel* to keep the current price unchanged until the end of July [Underlined by hand].

4. I reported how the prices increased in Asia and Europe and hoped IRICO could also respond but President Sa expressed that its trading volume with *Vestel* is already lowered to 1.5 *M* from the targeted 2.0*M* at the beginning of this year and the delivery quantity in June dropped to 60*k* from the regular 120*k/m* (but it already rose to 80*k* again). [Underlined by hand] Since the supply quantity cannot be raised and the service to *Vestel* is poor, the higher *the price, the better it is*. But *it is hoped to maintain at least the price differential of $1.5* otherwise IRICO will suffer bigger impact when the market becomes better. IRICO hoped to have one more month to observe. When the market becomes better in August, it can carry out a review again regarding the opportunity to raise prices [Underlined by hand].

5. As for 21", recent market is really not good. The agreed price among makers is *rmb* 1050, but actually is only *rmb* 750. The price of Panda brand is the lowest and current market inventory should still be 2.0 *M*. Although makers intended to integrate and decrease production to 3,0*M* the biggest maker, Changhong. didn't want to cooperate and even increased its production to 3.0*M* [Underlined by hand]. In the integrating meeting held the other day, all of the picture tube makers were called to the meeting and asked to cut the price to *rmb* 430 or they would lose the orders but picture tube makers were united, intending to cut production but not the price [Underlined by hand].

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU0002911.02E
Translation

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029113E
Translation

6. Currently, IRICO's internal sale price for 21" picture tube is *rmb* 530 [Underlined by hand] and there are no direct customers for external sales. Customers are all domestic customers who want to save tax and sell at $48~48.5 *(itc)*. President Sa stated that that price is higher than those of Hitachi and Shanghai Novel CPT Co., etc. [Underlined by hand]  The price which *Asia* understands is too much higher than the actual prices. Companies in Turkey, such as *Vestel*, *Beko* and *Profilo*, have Hitachi as their core products and Novel CPT as supplementary core products. IRICO still doesn't have a chance.  He also agreed to cooperate with Asian makers who hope to have a reasonable price at $54.5*(itc)*.  But he also expressed that IRICO was not the key and IRICO could take the lead to raise the price when the market is still asking for reduction of production and promotion of sales.

7. 800*k* of 15" 0.28*mm* tube will be produced in the first half of the year [Underlined by hand]. Because of the melting problem of *DY*'s varnish hot there were many returned goods. Although the problem was resolved, sales didn't improve.  Inventory has reached 600*k*.  There was much pressure to sell and they hoped CPT can give them some advice.  Samples had already been sent to *AOC*, *EMC* and *Vestel*, but there was no progress.  CaiHuang used *PH*'s falling price to make IRICO decrease the price again from $60 to $58 [Underlined by hand]. Impression of Huangqi was not good, either.  I also stated that *PH* didn't do business with Huangqi but raised price by $2 to $66~67 level.  As for the trouble situation of IRICO, CPT hopes IRICO can contact CPT first after samples are approved and before negotiating price and quantity so as to avoid confusion.

8. Toshiba became share holder by investing equipment.  Retired technical personnel from Toshiba were hired to as instructors.  However, it was felt that Toshiba was not too enthusiastic in transferring technology.  If there is any opportunity IRICO hopes to cooperate with CPT.  I will send out invitation letters to invite them to visit CPT in November and December [Underlined by hand].  (The procedure will take about half a year.)

-End of report-    Respectfully submitted for approval

Sales Wen-Chun (Tony) Cheng

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU000291 14E
Translation

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

### 接洽報告

日期: 89年6月23日(五)6~9pm   廠商 Philips Mr. Jim Smith, Mr. Leo Mink(電話)
日期: 89年6月25日(日)6~9pm   廠商 彩虹 業務 沙濤總經理
接洽: 鄭文俊
主旨: TV管市場

一.PH TV管部份:

1. 針對PH指責華映在歐洲14"售價未配合調漲至$39一事,與Mr. Smith約見溝通,Jim遂與Leo接通進行檢討。

2. Leo說明雖在4/19所提議為下半年以$38進行,但在5/25前後均提議將市場價格調升至$39,質疑現華映在某些客戶處僅銷售$37~37.5,致差價過大,無法推展。華映說明在前次亞洲大會中,Mr. Smith亦表示以現有歐亞及14/20"間互動環境,認為較適合之價位應在$38。會後與David Ross連繫,David截5/25時,Leo雖說要調升至$39,但David已表示可能在漲幅過大且與20/21"差距過小,並不易達成。

3. 職質疑Leo迄今並未與客戶達成任何協議且以往其與客戶總是再由目標價退縮,希確認其所謂$39之真確性,Leo表示現仍在撐,希望華映能支持。職表示華映以往一直是做先鋒,不是搗蛋的公司,之前的連繫與現華映之達成結果符合,現臨時再通知客戶回改再調高$1並不適當,且在現有20/21"亂象未有較明確的改善之前,最好能再觀察一下。華映也會在此同時,與客戶洽議將售價調高至$38.5。(PH表示14"與20/21"客戶及市場對象不同,即使差價僅各$5/10,也不會有移轉的問題,職表示現有客戶表示14"純屬服務機種,售價一次漲$3,至$39,虧損過大的情況下,將放棄14"之生產。)

4. PH再質疑華映為何在其PH TV部門之內部交易僅漲$1.3為$36.8,如此與市場之價差將更大。職反質疑這段時間何以PH CRT全不與PH TV進行調漲協商,待華映與PH TV一番談判後,不費吹灰之力,遂以$36.75來undercut華映。PH才瞭解此為另一跨部門機能,不是他們所能控制的。職遂要求若PH CRT希在Q4調漲的話,請PH先去提示價位,華映絕對可以配合。

5. 對於大陸彩虹在Vestel的售價仍維持在FOB $29.3 (等於到廠$35.5)未調漲,PH希華映可再與彩虹協調不要將價差拉得太大。職表示將再與彩虹連繫,但PH一再希望彩虹與PH售價差$0.5以內,造成彩虹之不諒解(職表示15"cdt華映賣$66,彩虹賣$58都還賣不出去)。Jim表示應可請彩虹試著將價格維持約$1的差距,職表示將努力協商看看。

6. 華映說明現14"以$38~39定價,20/21"在歐洲卻仍在DM 97~100/107~110,僅及US$ 45/50,比中國大陸還低,實在是潸天下之大稽。如此結構硬要僅為14"單項產品的華映及彩虹去犯惱怒客戶之險,並不是很健康的作法。Jim亦認為現以全滿橡動,售價不應如此軟弱。Leo表示與現有歐洲其他映管(如三星與Thomson)之協商並不順利,Jim表示Leo應反早讓他知道,他會請三星注

CHU00029110

# 第四章 各工程規劃進度

TFT-II SIP工地事務所製作

2000/6/13

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00029111

意。但依Leo之說法，短期內歐市之20/21"價位要合理化將極困難，頂多每次只能調漲$0.5，與應有之價差$18~20，仍有$13之大差距。

7. Jim在會後單獨向職表達明年之市場預期不如今年，但華映產出反而再從今年的3M提升至4M，對市場的影響會很大，請華映考慮。職說明並無惡擾亂市場，在某些有衝突之客戶處的接單給予限制或先與PH照會都是誠意的表現，今年數量的成長大部份都是由華映原有的專屬客戶來的，未惡性與PH搶單，明年還會導入15"全平管，影響應不致過大，Jim還是希望華映能控制產量。

二、彩虹映管部份：

1. 沙總負責所有外購外銷工作，銷售部份以14"給Vestel、Thomson為主，近期將開始推展21"及15"0.28。

2. 彩虹之事業計劃：

| 生產 | 線 | 產能 | '99銷 | '00目標 | | |
|------|-----|------|--------|---------|---|---|
| 14" | 2 | 3.6M | 2.9 | 3.2 | | |
| 21" | 2 | 3.6 | 3.1 | 2.7 | | |
| 25" | 1 | 1.15 | 1.1 | 1.15 | | |
| 15"0.28 | 1 | 1.5 | 1.1 | 1.25 | | |
| total | 6 | 9.85 | 8.2 | 8.3 | | |

a. 14"售Vestel 1.5M, Thomson 0.2M (初報價$29.5fob、將改報$31fob=$32cif)，內銷0.9M，香港0.6M。

b. 21"現庫存100k單正常，今年因改銷為25/29"故產出較去年少，大陸市場正整合中，但仍有不少困難。

3. 就Vestel之銷售部份，沙總承認現仍以四月調漲的$29.3 (到廠$35.5)銷售，前次在西安與PH及華映開會後，即曾試圖向Vestel要求再調漲至$31 (到廠$37.5)，但隨即遭PH控訴的反傾銷稅，Vestel瞭解即PH現亦向Vestel控告整機銷售，現雖亦向銷售比例達80%之歐洲客戶調漲$3，但也還在洽議中，為避免售價過度波動，希彩虹與Vestel共同分攤傾銷成立後之成本上漲，由於六、七月為大陸地區彩色電視之傳統淡季，彩虹送與Vestel協議現價暫時不動至七月底。

4. 職表達在亞洲與歐洲價位上漲之速度，並希彩虹能共襄盛舉，沙總表示與Vestel之交易量從年初預定的2.0M調降至今1.5M，六月交貨量從以往120k/m大幅降低至60k (現再提升至80k)，下半年的供貨量無法上升，對Vestel的服務很差，售價當然愈高愈好，但希望至少保持$1.5的價差，否則日後市場反轉，在有傾銷態度下，其他地區的客戶未及開拓，彩虹會受到較大之傷害，彩虹希望再觀察一個月，八月市場較佳時期再檢討掌握時機調漲。

5. 21"近期之市場的確不佳，整機廠的協議售價在rmb 1050，但實際只有rmb 750，以熊貓牌最低，現五場廠產應仍有2.0M，整機廠雖意欲整合減產3.0M，但最大的彩虹卻不參加速增產3.0M，目前整合會議中同時把映管廠叫到一起要求誰不降價至rmb 430就不給單，映管廠倒是很堅站的打算減產不降價。

C.C. 呈  巨世

# CPTM PRODUCTION-SALES-STOCK FORECAST (MAY 2000)

Unit:PC/10

| TUBE TYPE | 13V MNN | | | TV | 19V | 20V | TV | 13V HR SS | | | | 14V HR SS | | | | 16V | | | DSP | | GRAND |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PLT-A | PLT-B | TOTAL | TOTAL | | | TOTAL | PLT-A | PLT-D | TOTAL | PLT-C | PLT-D | TOTAL | HR SS | PLT-D | TOTAL | HR SS | TOTAL | | TOTAL | TOTAL |
| **Opening Stock** | | | | | | | | | | | | | | | | | | | | | |
| Prod Target | 405100 | 226500 | 631600 | 174880 | 8720 | | 815200 | | 184145 | 184145 | 83500 | 139800 | 223300 | 174700 | 584145 | | 1399345 | | | | |
| Output | 421596 | 229476 | 651072 | 144955 | 8078 | | 804105 | 14672 | 203328 | 218000 | 171050 | 259710 | 179685 | 657395 | 1461500 | | | | | | |
| Y/ UK Bare Tubes | | | | 30600 | | | 30600 | | | | | | | | 30600 | | | | | | |
| WH1 Returned | 13104 | 176 | 13280 | | 0 | 2 | 13282 | 8352 | 4800 | 13152 | 1152 | 16968 | 18120 | 11244 | 42516 | 55798 | | | | | |
| WH2 Returned | 0 | 305 | 305 | 650 | 0 | 57 | 1012 | 10206 | 0 | 10266 | 1440 | 19746 | 21186 | 4911 | 36303 | 37315 | | | | | |
| Actual Output | | | | | | | | | | | | | | | | | | | | | |
| %Age Achieved | 100.8% | 101.1% | 100.9% | 100.0% | 100.0% | | 100.6% | | 107.8% | 105.7% | 100.7% | 96.1% | | 93.6% | 97.8% | 99.0% | 100.0% | | | | |
| Sales Revised Target | 337585 | 170993 | 508578 | 164545 | 9316 | | 682439 | 52028 | 221196 | 273224 | 79100 | 167428 | 246528 | 200100 | 719852 | 1402297 | | | | | |
| 5月份銷售目標 | 326257 | 165114 | 491371 | 163795 | 8910 | | 664076 | 47841 | 203343 | 251184 | 56247 | 179049 | 175296 | 213696 | 640176 | 1304252 | | | | | |
| 產量銷售目標達成% | 340316 | 172294 | 512610 | 164545 | 9316 | | 686471 | 53464 | 219760 | 273224 | 78352 | 168176 | 246528 | 200100 | 719852 | 1406323 | | | | | |
| Sales Returned | 30 | 0 | 30 | 9 | 0 | 1 | 40 | 1748 | 0 | 1748 | 0 | 2318 | 2318 | 2980 | 7046 | 7086 | | | | | |
| Actual Sales | | | | | | | | | | | | | | | | | | | | | |
| Replacement | 6 | 0 | 6 | 7 | 0 | 8 | 15 | 3 | 0 | 3 | 0 | 18 | 18 | 9 | 30 | 45 | | | | | |
| Sample(s) | 7 | 0 | 7 | 0 | 0 | 8 | 15 | 0 | 0 | 0 | 0 | 18 | 18 | 9 | 30 | 45 | | | | | |
| Revised % | 100.8% | 100.8% | 100.8% | 100.9% | 100.0% | | 100.6% | 99.4% | 108.1% | 99.4% | 99.1% | 99.1% | 98.5% | 99.0% | 99.8% | | | | | | |
| 產量銷售目標達成% | 104.3% | 104.3% | 104.3% | 104.3% | 104.5% | | 104.5% | 108.1% | 108.1% | 139.3% | 139.3% | 139.3% | 92.2% | 111.3% | 107.3% | | | | | | |
| 5/B Total | 110283 | 88158 | 198441 | 30640 | 3350 | 938 | 230019 | 3605 | 25088 | 28693 | 2436 | 11104 | 13540 | 67623 | 109856 | 339875 | | | | | |
| 正常銷 可供銷售 | 110283 | 88158 | 198441 | 33350 | 3269 | | 6619 | 6384 | 15168 | 11008 | 8400 | 23568 | 26721 | 67916 | | | | | | | |
| 下月銷 | 0 | 0 | 0 | | | | | 4624 | | | | | | | | | | | | | |
| 小計 | 110283 | 88158 | 198441 | 33990 | 4207 | | 236638 | 9989 | 29701 | 39701 | 17604 | 19504 | 37108 | 94344 | 171133 | 407791 | | | | | |
| 可供銷售 | 0 | 0 | | | | | | | | | | | 0 | 1056 | 1056 | 3528 | 4584 | | 4584 | | |
| 下月銷 | 0 | 0 | 0 | 130 | 0 | | 130 | 0 | 0 | 0 | 0 | 4176 | 4176 | 5250 | 9556 | 9556 | | | | | |
| 小計 | 0. | 0. | | 130 | 0 | | 130 | 0 | 0 | 0 | 0 | 5232 | 5232 | 8778 | 14010 | 14010 | | | | | |

1. 預計生產趨勢: 整體生產條件, L#3次管製程穩定性稍有改善, 良率符常識, 良品待待解決, 裝製, 數 20V 現外達目標, 數 20V 現外達目標, 主低係達趨勢
   WH1 退套行恢復, 計整頓 ~39K, 轉銷售調變; C 部 L#5 16V HRSS 未達者目變求, 主則因恰係穩過仕位較低恰境職所述; 恰得順所
   超出產建成出 頂 5 月份整越轉職揚出 1,398,987 pcs, 達成率 100.0%.

2. 預計銷售趨勢: 整體原型作恰係增銷進揭趨造, 值 16V HRSS 因採5 月份總銷售 1,399,237 pcs 趨品成率 107.3 %. (如含銷調 7,086 pcs, 實約銷 1400K！)
   均賴利題目認愈成恰愈 頂 5 月份總銷售 1,399,237 pcs 趨品成率 107.3 %.

3. 預計成品庫存率: 廠達成大愈比用向向向, 案務避異促銷有成, 産職數相漲約係 1400K, 成品庫存題認上升, 主低器係恰趨 CRA 管與因恰裝與潤
   有力作恰, 頂 5/H 成品庫存樣約前上升 29,019 pcs 至 421,931 pcs = CTV 236,768 pcs + CDT 185,163 pcs.
   銷銷管趨愈恰 16V HRSS 位滿餘數, 主愈愈愈門果務成品, 6 月物期趨銷職恰與恰與職工作趨趨！

以上 CPTM(Q 5 月份 '2000 頂計庫銷產季節成資恰, 茲職職示.            職 敬恍職視 呈 26/05/2000

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00029113

6. 目前彩虹21"映管內銷價rmb 530，外銷沒什麼直接客戶，都是一些內地客戶以保稅方式賣$48~48.5(itc)，沙總表示此價格較日立及永新等公司都還高，亞洲所瞭解的價位比實際情況高太多，目前土耳其的Vestel, Beko, Profilo等就是以日立為主，永新為輔，彩虹還沒機會。對於亞洲地區廠商希望價格能夠合理化至$54.5(itc)亦表贊同配合，但表示彩虹不是關鍵，在市場遇週讓減產或促銷的情況下，彩虹無法先行去源。

7. 15" 0.28mm管在上半年將生產800k，因DY之凡立膠熱熔化問題遭遇大量退貨，現難解決，銷售仍然不行，庫存達600k，最近有很大的銷售壓力，請華映指點迷津，現已送樣給AOC, EMC, Vestel, 但都沒什麼進展。彩皇以PH跌價來要脅，故不得不再從$60降為$58，對皇旗整體觀感也不是很好。職同時說明PH不但未與皇族交易，近期還在市場上調漲$2，到$66~67的水準，對於彩虹的困境，希望在其樣品通過要洽談價位數量前，能跟華映連繫一下，免得造成混亂。

8. 現以設備投資的方式讓東芝入股，同時聘請東芝技術的退休人員指導，感覺東芝在移轉技術上沒有很積極，若有機會希望能和華映合作。職將發邀請函請其於11/12月來訪。(手續需時約半年)

以上報告　恭呈核示

業務　鄭文俊

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00029114

Revised :05-30
Unit : PC

# CPTM PRODUCTION-SALES-STOCK FORECAST ANALYSIS
## (FOR MONTH OF MAY 2000)

%/o
Date : 26-May

| | | PRODUCTION | | | | SALES | | | | | | STOCK | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Last Month | This Month | Diff (+/-) | %Age Changed | Last Month | This Month | Diff (+/-) | %Age Changed | May'99 | Diff (+/-) | %Age Changed | Last Month | This Month | Diff (+/-) | %Age Changed |
| 13V MDNN | | 401694 | 637487 | 229793 | 56.4% | 510324 | 512580 | 2256 | 0.4% | 227026 | 285554 | 125.8% | 73272 | 198441 | 125169 | 170.8% |
| 19V | | 146732 | 174905 | 28173 | 19.2% | 157857 | 164536 | 6679 | 4.2% | 105504 | 59032 | 56.0% | 23110 | 34120 | 11010 | 47.6% |
| | | | | -609 | -7.1% | 8282 | 9315 | 1033 | 12.5% | 6392 | 2923 | 45.7% | 5464 | 4207 | -1257 | -23.0% |
| 13V HR | SS | 316632 | 194642 | -121990 | -38.5% | 230718 | 271476 | 40758 | 17.7% | 124857 | 146619 | 117.4% | 108080 | 39701 | -68379 | -63.3% |
| | ST | 0 | 0 | 0 | - | 0 | 0 | 0 | - | 0 | 0 | - | 0 | 0 | 0 | - |
| 14V HR | SS | 180656 | 220404 | 39748 | 22.0% | 233694 | 244210 | 10516 | 4.5% | 361026 | -116816 | -32.4% | 47296 | 42340 | -4956 | -10.5% |
| 16V HR | SS | 310163 | 163530 | -146633 | -47.3% | 271208 | 197120 | -74088 | -27.3% | 203116 | -5996 | -3.0% | 134790 | 103122 | -31668 | -23.5% |

1. 生產比較：業務鄉售前導 CTV 多產低存，CDT 14V／16V HRSS 生產簡化工事多，其後減少餐型產出，唯後勁強勁力圖大達仲用
功能強化 WH 退貨塗塗調整塗塗，塗塗塗產出本期即增加 28,482 pcs，總體成長 2.1%。

2. 銷售比較：(a) 與上個月銷售比較，除 16V HRSS 項受客戶調定車輛器呈現極前的零頭外，除 TYPBS 銷售均衡特水平求小幅成長，
唯 16V 上 HRSS 表現即跟到突破，其塗塗銷售較前少賣 12,846 pcs，微幅衰退 0.9%。
(b) 與去年同期銷對銷之比較，除 14V／16V HRSS 項外，除均器水把期為多，多賣 371,316 pcs，成長 36.1%。

3. 庫存比較：5 月進作，生產／銷售總量相當均簡 1400K，唯後勁即加啲 WH 退貨塗理塗塗塗塗塗佈存成，買就塗塗塗塗，塗塗塗成品即庫存
較前上升 29,919 pcs，跟前 7.6%。

職戴訓錦呈 26/05/2000

CONFIDENTIAL - GRAND JURY MATERIA
CHU00029115

# EXHIBIT 36

June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00031032E – CHU00031035.



_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

[Handwritten:] *To*: Senior Manager Du        → ~~Chung~~ [Crossed out by hand] / Yu / Zun

→ *file*

Visitation Report

Meeting Topic:   Market Exchange by *CDT MAKERs* of Mainland China

Time:        *JUL*. 10, 2000

Location:    Xian

Meeting Attendees:

| | |
|---|---|
| *CPTF*: Senior Manager Jing-Song (Jason) Lu; Zun Chen | *ORION*: Section Chief Park; Manager Wu |
| *SDI*: Department Manager Yu; Zhen Yang; Jun Cui | *PHS*: President Jin; Dong Liu |
| *IRICO*: Zhi-Yuan Wei; Jun Yao; Yuan Liang | *LG*: Section Chief Park; Manager Shin |

Contents:

(I)     Information Exchange on the production and sales in *JUN/JUL* (see attachment)

(II)    Explanation:

1) *SDD*:

☐   To implement the agreement of stopping production, *TSDI* stopped production for one week in June. The output for 15" is 153*K*. Continue to reduce production in July, *Output* 150*k*.

☐   *SSDI* 14"/17" *CAPA* 200*K/M*. The power supply will be affected due to the reconstruction (20"/21"/21"*RF*) of 21"*CPT* production lines in July, will stop production for one week. The estimated output will be 150*K*.

☐   The new 17"/17"*RF*/19" line is planned to start production in *Q*1 of next year.

☐   The domestic sales of 17" were also affected by the import quotas. 40*K* has been schedule for July, but without certainty.

☐   There is a shortage of 14"glass bulbs. Nowadays Zhongkang Samsung *YIELD* very

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                        CHU00031032.01E

Translation

fast, *CDT BULB CAPA.* 14"/15"/17" *TTL* 300*K/M*, but still not enough to supply *SDI*. Also, it is not willing to produce 14", so partially use glass bulbs from Anyang. However, the quality is much poorer, and not intended to improve either. The output of 17" *GLASS BULB* is minimum. *SDI* mainly relies on import. Department Manager Yu indicated that Zhongkang could strike a balance between profit and loss this year.

☐ It is predicted that 15"*Mini-Neck* will *PHASE-OUT* by the end of the year.

☐ *SDI* - the production and sales volume in 1999 is 23*M*. It is estimated to reach *Max.* 27*M* this year. 17"/19"*RF* sell like hot cakes. It is predicted that by 8/*E* the flat tube production lines of 17"x4*L* and 19"x1*L* will both be compatible with *NORMAL* tubes.

☐ With regard to this year's output of *SEC Monitor*s, Department Manager Yu indicated that the current estimation is about 15*M*, which is a conservative estimate. The meeting attendees from *LG* and *PHS* claimed that it should be 18~20*M*.

2) *PHS:*
☐ June is a big month for *PHS*, increased production by 40*K*. The production lines will go through equipment repairs and maintenance in July, plus the summer break. It's estimated to stop production for one week. Reduce production by 40*K*.

☐ At present the sales situation is good. The inventory in Taiwan was cleared (sold to Korea and *ATSB*). It is forecast that there will be a *SHORTAGE* of 15" models in August, so insist on price increases.

☐ Indicated that the domestic sales are booming. Already used up the quotas for domestic sales of 17". The new line is scheduled to be utilized in September, will be able to start domestic sales of 17" immediately.

☐ The new 3 *Lines* are expected to start utilization in September/October. Next year there will be only 5 lines left in Taiwan, the remainder will be shifted to Mainland China. The production and sales volume of *PHS*'s *CDT* is forecast to be *MAX* 10*Million* this year.

☐ Will not give up on 14" this year. As for next year, will make the decision depending on the market situation and the supply of raw materials.

1

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

3) *LG*:

□　The sales in June/July were not as good as expected.

□　The production and sales situation *W/W*:

|  | *JUNE* |  | *JULY* |  |
|---|---|---|---|---|
|  | *PROD.* | *SALE* | *PROD.* | *SALE* |
| 15" | 720 | 720 | 720 | 700 |
| 17" | 840 | 730 (120*K FLAT*) | 840 | 730 (120*K FLAT*) |
| 19" | 200 | 170 | 192 | 142 |

□　Changsha *LG* 3*RD* line 29"/34" will start *P/P* this month. In addition, 15"/17"*CDT*X1*L* is expected to start mass production in May of next year.

□　The production and sales volume of *LG's CPT* in 1999 *W/W* is 15*M*. It is estimated to reach 19~20*M* this year.

□　Spoke evasively when questioned by us as to why it still produced so much when the order for 17" was poor. Indicated that the headquarters was the decision maker.

4) *ORION*:

□　The sales are getting better. There is a shortage of 14"/15" glass bulbs. [Handwritten:] Claimed that there is a serious shortage of 14" *GLASS BULB*. Not certain whether can produce 40*K* in July!

□　In June, except for 10*K* each sold to *EMC*/Beitai, the remaining 17" were all sold to *AOC*. The majority of 14"/15" were also sold to *AOC*, including about 40-50*K/M* 15" *Mini-neck*.

□　At present, the Mainland government still has not approved the Mainland *CDT* joint venture project. Besides, the Chinese party in the joint venture has financial issues yet to solve.

5) *IRICO*:

□　Limited some production in June, reduced about 10*K* production. The production and sales volume in July is about the same as that of June, but the inventory is still high, reached 120*K*. *IRICO* indicated that the market is still not getting better, and none of its customers are willing to accept its price increase request.

□　The joint venture project with *TSB* is expected to start utilization of 17" in the first

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

half of next year. The infrastructure of the plant is under construction. This line will convert *TSB*'s old line. *TSB* will account for 60% of the holding shares. It is also indicated that if the first line proceeds smoothly, then it's possible to introduce 19"/21"*CDT*x2*L*.

☐   In terms of the glass bulbs, will self-make the *FUNNEL*; *PANEL* will be supplied by Shanghai *ASAHI*. It is expected to also self-produce some *PANEL* by the end of the year. In the meantime, also hope *PHOS* and glass bulbs can strengthen cooperation with *CPT*.

(III)  Price *ISSUE*:

☐   With regard to implementing the 14"/15" price increase resolution of the *TOP MANAGEMENT* in July, *PHS/SDD* all indicated that the customers had accepted. *CPT* indicated that 15" encountered some resistance, but still implemented firmly. On the other hand, however, *LG/ORION/IRICO* are still in an observation state.

☐   Additionally, based on information by *SDD*, *IRICO/ORION/LG* are still grabbing orders with low prices at the market:

| *IRICO* | *RMB*612 (100*K*) | Great Wall |
|---------|-------------------|------------|
|         | *USD*61           | X oceceo   |
| *ORION* | *USD*60-61        | *EMC*      |
| *LG*    | *USD*61~62        | X oceceo   |
|         | *USD*61           | *EMC*      |

*ORION* indicated that the tube type sold to *EMC* was 15" *GLARE* 48*K B+D* model, so was not sold low.

*LG* did not admit to that, and was quiet dissatisfied with this practice of *SDD*. *IRICO* indicated that it had not *OFFER*ED such low prices.

2

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00031033.02E
                                                                      Translation

(IV)   The meeting conclusion:

A)  Ask each maker to implement the price increase of 14"/15" earnestly. As for 17", wait for the decision from *TOP MANAGEMENT*.

B)  The meeting attendees all agree that the *GLASS* [Underlined by hand] *MEETING* in Mainland China have positive significance in stabilizing the *CDT* market. However, at present the meeting resolutions usually cannot be implemented. In order to avoid them becoming formalities, requested each party to follow up actively with cooperation.

C)  In order to better grasp the Mainland *MONITOR* market tendency, Department Manager Yu suggested each attending party to produce 3 months of market *FORECAST* as a follow up. Also in August will review the production and sales situation of the first half of this year for the Mainland China *MONITOR MAKER*S.

(V)    The next meeting will be hosted by *SDI*. Time: *AUG* 11, Location: Tianjin.

– End of report –    Submitted for approval

Submitted by: Employee, Zun Chen
*JUL*. 12, 2000

[Handwritten:]
The meeting attendees all hoped that the meeting could continue. And I indicated that all meeting attendees are expected to have some contributions (including cooperation in the price increase, sharing the market information and etc.), so as to avoid the meeting from becoming formality, or even becoming somebody's (refer to *IRICO*) way of speculating and taking advantage of the opportunity.

[Initialed:] Jing-Song (Jason) Lu 7/12'00

Respectfully submitted to: President Peng of *CPTF*
Sales Department Director Cheng
Vice President

[Signed:] Afan Tseng 7/12 2*K*
Acting

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL    CHU00031034E
Translation

*BMCC* Mr. Huang     *FAX*:   010-64363162

| | Type | Prod | '00.06.Sale | | | E/Stock | Prod | '00.07.Sale | | | E/Stock | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ttl | Local.sa | Export.sa | | | Ttl | Local.sa | Export.sa | | |
| Philips | 14"(Local) | 101 | 101 | 69 | 32 | 1 | 60 | 61 | 46 | 15 | 0 | |
| | 15"(Local) | 101 | 101 | 98 | 3 | 3 | 60 | 63 | 63 | 0 | 0 | |
| | 15"(Import) | | 104 | | 104 | | | 90 | | 90 | | |
| | 17"(Import) | | 122 | 44 | 78 | | | 90 | | 90 | | |
| SDI | 14"(Local) | 126 | 130 | 55 | 75 | 0 | 100 | 100 | 40 | 60 | 0 | |
| | 14"(Import) | | | | 0 | | | | | 0 | | |
| | 15"(Local) | 156 | 153 | 83 | 70 | 7 | 150 | 157 | 95 | 62 | 0 | |
| | 15"(Import) | | 210 | | 210 | | | 230 | | 230 | | |
| | 17"(Local) | 75 | 75 | 45 | 30 | 0 | 50 | 50 | 40 | 10 | 0 | |
| | 17"(Import) | | 250 | | 250 | | | 270 | | 270 | | |
| CPT | 14"(Local) | 170 | 193 | 10 | 183 | 12 | 158 | 160 | | 160 | 10 | |
| | 14"(Import) | | 160 | | 160 | | | 170 | | 170 | | |
| | 15"(Local) | 175 | 175 | 50 | 125 | 20 | 158 | 160 | | 160 | 18 | |
| | 15"(Import) | | 340 | | 340 | | | 360 | | 360 | | |
| | 17"(Import) | | 490 | | 490 | | | 530 | | 530 | | |
| Orion | 14"(Import) | | 38 | | 38 | | | 40 | | 40 | | |
| | 15"(Import) | | 105 | | 105 | 0 | | 100 | | 100 | 0 | |
| | 17"(Import) | | 65 | | 65 | 0 | | 50 | | 50 | 0 | |
| BMCC | 14"(Local) | | | | | | | | | | | |
| IRICO | 15"(Local) | 71 | 75 | 75 | 0 | 127 | 75 | 80 | 80 | 0 | 122 | |
| LG | 14"(Import) | | 0 | | 0 | | | 0 | | 0 | | |
| | 15"(Import) | 0 | 130 | | 130 | | | 120 | | 120 | | |
| | 17"(Import) | 0 | 210 | | 210 | | | 200 | | 200 | | |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00031035.01E

Translation

| Total | 14"(Local) | 397 | 424 | 134 | 290 | 13 | 318 | 321 | 86 | 235 | 10 | |
| | 14"(Import) | | 198 | 0 | 198 | | | 210 | 0 | 210 | | |
| | 15"(Local) | 503 | 504 | 306 | 198 | 157 | 443 | 460 | 238 | 222 | 140 | |
| | 15"(Import) | | 889 | 0 | 889 | | | 900 | 0 | 900 | | |
| | 17"(Local) | 75 | 75 | 45 | 30 | 0 | 50 | 50 | 40 | 10 | 0 | |
| | 17"(Import) | | 1137 | 44 | 1093 | | | 1140 | 0 | 1140 | | |
| | Total | 975 | 3227 | 529 | 2698 | 170 | 811 | 3081 | 364 | 2717 | 150 | |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00031035.02E

Translation

◎ ◎ ◎ 接洽報告 ◎ ◎ ◎

→ file

會議主題：大陸 CDT MAKER 市場交流

時間：JUL.10,2000

地點：西安

與會人員：

| CPTF： 呂鏡松 处长、陳遵 | ORION：朴课长；吳经理 |
| SDI： 鱼部长；楊真；崔军 | PHS： 金总；劉東 |
| IRICO：魏致远；姚軍；梁援 | LG：朴课长；辛经理 |

內容：

一．JUN/JUL 產銷訊息交換（如附）

二．說明

1) SDD：

- ❑ 6 月 TSDI 因执行停产协定，减产 1 周，15"产量 153K．7 月将继续减产，Output150k
- ❑ SSDI 14"/17" CAPA 200K/M，7 月则由 21" CPT 生产线改造(20"/21"/21"RF)，动力供给影响，将停产 1 周，预计产量 150K．
- ❑ 新线 17"/17"RF/19" 拟于明年 1Q 投产．
- ❑ 17"内销亦受进口配额困扰，7 月虽排 40K，但无把握．
- ❑ 14" 玻壳短缺，中康三星现 YIELD 提升很快，CDT BULB CAPA．14"/15"/17" TTL 300K/M，还是不足供应 SDI，且其不愿意生产 14"，故部分采用安阳玻壳，但品质较差，且改善意愿差．17"GLASS BULB 产量极少，SDI 主要仍依赖进口．鱼部长表示今年中康可达损益平衡．
- ❑ 15"Mini-Neck 预计年底将 PHASE-OUT．
- ❑ SDI 99 年产销量 23M，今年预计 Max．27M．17"/19"RF 热销，预计 8/E 平面管生产线 17"X4L，19"X1L．均可与 NORMAL 管兼容．
- ❑ SEC Monitor 今年产量，鱼部长表示目前预测约 15M，应是保守估计．与会 LG 及 PHS 人员称应在 18~20M．

2) PHS：

- ❑ 6 月为 PHS 大月，增产 40K．7 月生产线将作设备检修另夏休，预计停产 1 周．减产 40K．
- ❑ 目前销售形势好，台湾库存已清完[销往韩国及 ATSB]．预测 15"机种在 8 月将 SHORTAGE，因此坚决要求涨价．
- ❑ 表示内销需求旺盛．17"内销配额已用完，预计 9 月新线稼动，即可开始 17"内销．
- ❑ 新线 3Lines 预计 9 月/10 月开始稼动．明年台湾仅留 5 线，余均移至大陆．今年预测 PHS CDT 产销量 MAX 10Million．
- ❑ 14"今年仍不会放弃，明年则视市场状况及原料供应再做决定．

1

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031032

3) LG:
- ❑ 6月/7月销售并不如预期好.
- ❑ W/W产销状况:

|  | JUNE | | JULY | |
|---|---|---|---|---|
|  | PROD. | SALE. | PROD. | SALE. |
| 15" | 720 | 720 | 720 | 700 |
| 17" | 840 | 730[120K FLAT] | 840 | 730[120K FLAT] |
| 19" | 200 | 170 | 192 | 142 |

- ❑ 长沙 LG 3RD 线  29"/34"  此月开始 P/P.  另 15"/17"CDTX1L 预计明年 5 月量产.
- ❑ 99 年 LG W/W CPT 产销量 15M, 今年预计 19~20M.
- ❑ 对我方质疑 17"订单差, 为何还生产那么多, 支吾以对, 表示係总部决策.

4) ORION:
- ❑ 销售好转, 14"/15"玻壳短缺. *� 15"Glass Bulb 短缺情形严重. 7月底后应更为以k等*
- ❑ 6 月 17" 除销 EMC/北泰 各 10K 外, 余均销予 AOC. 14"/15"大部分也均销予 AOC. 其中 *把压力!* 15"Mini-neck 约 40-50K/M.
- ❑ 大陆 CDT 合资案目前仍未获得大陆政府核准. 且中方合资对象仍有财务问题待解决.

5) IRICO:
- ❑ 6 月作部分限产, 减量约 10K. 7 月产销量则与 6 月相当. 但库存仍高逾 120K. IRICO 表示市场未见转好, 其客户对其涨价要求均不接受.
- ❑ 与 TSB 合资案预计明年上半年可开始 17"稼动, 厂房基建施工中, 此线将移转 TSB 旧线, TSB 控股将占 60%. 另表示如第一线进展顺利, 则可能再引进 19"/21"CDTx2L.
- ❑ 玻壳部分, FUNNEL 自做, PANEL 则由上海 ASAHI 供应, 预计年底也可自制部分 PANEL. 同时也希望 PHOS 及玻壳可与 CPT 加强合作.

三. 价格 ISSUE:
- ❑ 对 7 月始执行 TOP MANAGEMENT 14"/15"价格调涨决议, PHS/SDD 均表示客户已接受, 而 CPT 表示虽 15"稍有阻力, 但已坚决执行. 相较之下, LG/ORION/IRICO 仍处于观望状态.
- ❑ 另据 SDD 所了解资讯, IRICO/ORION/LG 在市场上仍以低价抢单:

| IRICO | RMB612[100K] | 长城 |
|---|---|---|
|  | USD61 | 厦华 |
| ORION | USD60-61 | EMC |
| LG | USD61~62 | 厦华 |
|  | USD61 |  |

ORION 表示其卖予 EMC 管型为 15"GLARE 48K B+D 机种, 因此并不是低卖. LG 则不予承认, 并对 SDD 此种做法大为不满. 而 IRICO 则表示并未 OFFER 如此低之价格.

2

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031033

·

四．会议结论

   A) 14"/15"调涨价格请各家认真执行．17"待 TOP MANAGEMENT 决定．

   B) 与会各方均肯定大陆 GLASS MEETING 对稳定 CDT 市场之积极意义，但目前会议决议往往无法贯彻执行，为免其流于形式，要求后续各方给予积极配合．

   C) 为加强对大陆 MONITOR 市场动向把握，依鱼部长提议，后续请与会各方提供 3 个月市场 FORECAST．另 8 月检讨上半年大陆 MONITOR MAKER 产销状况．

五．下次會議由 SDI 主辦。時間：AUG 11，地點：天津。

--以上報告-- 呈核

職：陈遵 敬呈
JUL. 12, 2000

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031034

BMCC　　　陽 大 王　　　FAX: 010 - 6436 2421

| | | Type | Prod | '00.06.Sale | | | E/stock | Prod | '00.07.Sale | | | E/stock | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Ttl | Local.sa | Export.sa | | | Ttl | Local.sa | Export.sa | | |
| Philips | | 14"(Local) | 101 | 101 | 69 | 32 | 1 | 60 | 61 | 46 | 15 | 0 | |
| | | 15"(Local) | 101 | 101 | 98 | 3 | 3 | 60 | 63 | 63 | 0 | 0 | |
| | | 15"(Import) | | 104 | | 104 | | | 90 | | 90 | | |
| | | 17"(Import) | | 122 | 44 | 78 | | | 90 | | 90 | | |
| SDI | | 14"(Local) | 126 | 130 | 55 | 75 | 0 | 100 | 100 | 40 | 60 | 0 | |
| | | 14"(Import) | | | | 0 | | | 0 | | 0 | 0 | |
| | | 15"(Local) | 156 | 153 | 83 | 70 | 7 | 150 | 157 | 95 | 62 | 0 | |
| | | 15"(Import) | | 210 | | 210 | | | 230 | | 230 | | |
| | | 17"(Local) | 75 | 75 | 45 | 30 | 0 | 50 | 50 | 40 | 10 | 0 | |
| | | 17"(Import) | | 250 | | 250 | | | 270 | | 270 | | |
| CPT | | 14"(Local) | 170 | 193 | 10 | 183 | 12 | 158 | 160 | | 160 | 10 | |
| | | 14"(Import) | | 160 | | 160 | | | 170 | | 170 | | |
| | | 15"(Local) | 175 | 175 | 50 | 125 | 20 | 158 | 160 | | 160 | 18 | |
| | | 15"(Import) | | 340 | | 340 | | | 360 | | 360 | | |
| | | 17"(Import) | | 490 | | 490 | | | 530 | | 530 | | |
| Orion | | 14"(Import) | | 38 | | 38 | | | 40 | | 40 | | |
| | | 15"(Import) | | 105 | | 105 | | | 100 | | 100 | 0 | |
| | | 17"(Import) | | 65 | | 65 | | | 50 | | 50 | 0 | |
| BMCC | | 14"(Local) | | | | | | | | | | | |
| IRICO | | 15"(Local) | 71 | 75 | 75 | 0 | 127 | 75 | 80 | 80 | 0 | 122 | |
| LG | | 14"(Import) | 0 | 0 | | 0 | | | 0 | | 0 | | |
| | | 15"(Import) | 0 | 130 | | 130 | | | 120 | | 120 | | |
| | | 17"(Import) | 0 | 210 | | 210 | | | 200 | | 200 | | |

| | Type | Prod | '00.06.Sale | | | E/stock | Prod | '00.07.Sale | | | E/stock | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ttl | Local.sa | Export.sa | | | Ttl | Local.sa | Export.sa | | |
| Total | 14"(Local) | 397 | 424 | 134 | 290 | 13 | 318 | 321 | 86 | 235 | 10 | |
| | 14"(Import) | | 198 | | 198 | | | 210 | | 210 | | |
| | 15"(Local) | 503 | 504 | 306 | 198 | 157 | 443 | 460 | 238 | 222 | 140 | |
| | 15"(Import) | | 889 | | 889 | | | 900 | | 900 | | |
| | 17"(Local) | 75 | 75 | 45 | 30 | 0 | 50 | 50 | 40 | 10 | 0 | |
| | 17"(Import) | | 1137 | 44 | 1093 | | | 1140 | | 1140 | | |
| Total | | 975 | 3227 | 529 | 2698 | 170 | 811 | 3081 | 364 | 2717 | 150 | |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031035

EXHIBIT 37

June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00031040E – CHU00031043E.

_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

[Handwritten:] Fang-Yi Lin          3 *pages*          ~~Chung~~ [Crossed-out by hand]/ Yu

*CPTF* Sales Department          Visitation Report

Meeting Topic:  Mainland China *CDT* Market Exchange

Time:           '00/08/11

Location:       Tianjin

Meeting         *CPTF*: Director Jing-Song (Jason) Lu, Wei-Lie Yu
Attendees:      *IRICO*: Xiao-Hong Zhen
                *SDD*: Vice president Kuan-Tai Choi, Department Manager
                Zai-Shan Yu, Section Chief Zhen Yang, Section Chief Jun
                Cui/*TSDI*, Chun Wu/*TSDI*
                *BMCC*: Manager Xin-Wen Huang
                *LG*: President Zong-Mei Park, Vice President Sung Yuol
                Shin/Shenzhen Office
                *PHS*: Director Xiu-Hua Li
                *ORION*: Myong Doek Park/*korea*, Ming-Xue Wu/Shanghai

Content:

I.   00. *JULY – OCT* exchange on production, sales and inventory figures of
     Mainland China *CDT* (see attachment 1).

II.  00. /1st *HALF* the output situation of color monitors in Mainland China (see
     attachment 2).

III. Explanation:

   1. *SDI*:
   • The power of the Shenzhen plant was affected due to the conversion from
     21"*CPT* production line to 21"*flat*/21". Also the yield of 17"*CDT* has not
     been increased effectively. So the overall production did not turn out as had
     been hoped. The Tianjin plant stopped production for a week to abide by the
     agreement. As a result, there is a limited output. (August is also listed in the
     stoppage days.)

   • The imported quantities dropped 60*K* more than predicted due to the decrease
     of *compal*15"*CM* order (*compaq OEM*).

   • Department Manager Yu indicated that due to the supply situation of glass
     bulbs and *IC,* it is afraid that the estimated number for September/October
     won't be realized.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00031040.01E

Translation

- Currently Samsung SEG mainly supplies the local delivery portion of Samsung *CDT-BULB* (*C'TY*: 14"/15"/17"*TTL*300*k/m*; or 280*k/m* if calculated with 17"). As for the 14" portion, although the glass bulbs from Anyang were put into mass test-runs, due to its quality, a normal delivery is still not achievable.

2. *PHS*:

- Because of the customs procedure, the scheduled mass production plan of the *CDT* lines shifted from Taiwan will be *delay*ed for 3 weeks, namely the three lines will be utilized for production by 9/*E*, 10/*M*, 10/*E* in succession (15"C*DT*x2*L*; 17"*CDT*x1*L*; *C'TY*: 70*k/m.L*).

- According to the investment application for this line-shifting project by Huafei, <u>the products are required to be 100% for export sales</u> [Underlined by hand]. Since there is a demand for 14"*CDT,* whether or not to convert the existing 14"*CDT* to 17"*CDT* is still under discussion.

- Indicated that even if Philips increased the supply volume of *IC*, the overall *IC shortage* for the industry will not be improved at this time.

3. *IRICO* (IRICO): Affected by the supply situation of glass bulbs and the power adjustment, only 52*k* were mass-produced in July. In addition, Irico did not answer directly when questioned by the meeting attendees as to whether its inventory is higher than the current level of 100*k* (according to Samsung, it reached 400*k*) and also regarding the issue of price increases.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

4. *ORION*:
- Indicated that most of the 15"/17"*CDT* deliveries to Mainland China actually go to *AOC*, plus 14", the total amount to *AOC* is about 150 - 170*k/m*.

- At present, its internal demand is quite hot; especially noteworthy is the demand for the 15"*mini*. However, constrained by the supply of glass bulbs and influenced by the demands of the *package deal*, the overall volume was affected.

- The joint venture project in Mainland China is still not proceeding smoothly due to the financial issues of the Chinese party.

5. *LG* (the global situation of mass productions):
- *Cfm* 15"/17"*CDT*x1*L* will be utilized for mass production in the Changsha Plant in '01.5.

- Indicated that the 15"/17" monthly delivery volume to *AOC* account for 70% and over 50% (more than 70*k*/100*k*) respectively of the total volume delivered to Mainland China.

IV.   Market Review:
1.   The current volume of the industry is constrained by the overall glass bulbs' supply quantities. In addition, the shortage of *IC* — the key component by the customers, also hinders the *CDT* supply volume from making a breakthrough. Each maker is responsible for providing the 17"*CM-IC* supply situations corresponding to the major customers, so that a forecast can be made with regard to the future delivery volume of *CDT*.

2.   At present, *LG/ORION* both indicated that the newest market prices (14"/*usd*54; 15"/*usd*67; 17"/*usd*87-88) would be *flw*ed starting August.

IV.   The next *CDT* meeting is scheduled to be hosted by *LG* in [Handwritten: "Changsha"] on 09/14 *PM* 3:00.


- End of report –


Submitted to:
    Senior Manager
    Director                    [Handwritten:]
    President             Sales Department Director Cheng
                       Vice President

[Initialed:] Peng *AUG* 16/2*K*

[Initialed:] Jing-Song (Jason) Lu 8/14'00

Submitted by Wei-Lie Yu

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

## INFORMATION OF PSI

UNIT: KPCS

| DIV | | July actual | | | | | Aug. f/cast | | | | | Sept. f/cast | | | | | Oct. f/cast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | prod | sales ttl | do | ex | stock | prod | sales ttl | do | ex | stock | prod | sales ttl | do | ex | stock | prod | sales ttl | do | ex | stock |
| PHILIPS | 14" LO | 63 | 65 | 48 | 17 | 0 | 74 | 74 | 46 | 28 | 0 | 99 | 99 | 52 | 47 | 0 | 81 | 81 | 48 | 33 | |
| | 15" LO | 62 | 65 | 65 | 0 | 0 | 76 | 76 | 76 | 0 | 0 | 98 | 98 | 92 | 6 | 0 | 80 | 80 | 80 | 0 | 0 |
| | 15" IMP | | 94 | | 94 | | | 90 | | 90 | | 0 | 90 | | 90 | | | 90 | | 90 | |
| | 17" IMP | | 91 | | 91 | | | 90 | | 90 | | | 90 | | 90 | | | 90 | | 90 | |
| CPT | 14" LO | 161 | 164 | 0 | 164 | 9 | 150 | 156 | | 156 | 3 | 150 | 150 | | | 3 | 150 | 150 | | | 3 |
| | 14" IMP | | 180 | | 180 | | | 130 | | 130 | | | 120 | | | | | 100 | | | |
| | 15" LO | 165 | 170 | | 170 | 15 | 195 | 200 | | 200 | 10 | 250 | 250 | | | 10 | 300 | 300 | | | 10 |
| | 15" IMP | | 360 | | 360 | | | 360 | | 360 | | | 380 | | | | | 350 | | | |
| | 17" IMP | | 520 | | 520 | | | 450 | | 450 | | | 500 | | | | | 530 | | | |
| BMCC | 14" LO | | | | | | | | | | | | | | | | | | | | |
| IRICO | 15" LO | 52 | 80.2 | | | 99 | 80 | 120 | | | 59 | 80 | 120 | | | 19 | 85 | 104 | | | 0 |
| ORION | 14" IMP | | 34.2 | | 34.2 | | | 40 | | 40 | | | 40 | | 40 | | | 40 | | 40 | |
| | 15" IMP | | 100 | | 100 | | | 101 | | 101 | | | 101 | | 101 | | | 101 | | 101 | |
| | 17" IMP | | 50 | | 50 | | | 65 | | 65 | | | 65 | | 65 | | | 65 | | 65 | |
| SDD | 14" LO | 100 | 100 | 65 | 35 | 0 | 80 | 80 | 45 | 35 | 0 | 80 | 80 | 40 | 40 | 0 | 70 | 70 | 30 | 40 | 0 |
| | 15" LO | 155 | 155 | 62 | 93 | 0 | 160 | 160 | 70 | 90 | 0 | 200 | 185 | 70 | 115 | 15 | 200 | 190 | 70 | 120 | 25 |
| | 15" IMP | | 176 | | | | | 200 | | | | | 200 | | | | | 200 | | | |
| | 17" IMP | | 228 | | | | | 240 | | | | | 240 | | | | | 240 | | | |
| | 17" LO | 60 | 60 | 30 | 30 | 0 | 120 | 110 | 40 | 70 | 10 | 120 | 130 | 50 | 80 | 0 | 130 | 130 | 50 | 80 | 0 |
| LG | 15" IMP | | 107 | | 107 | | | 110 | | 110 | | | 150 | | 150 | | | 150 | | 150 | |
| | 17" IMP | | 220 | | 220 | | | 230 | | 230 | | | 280 | | 280 | | | 330 | | 330 | |
| TOTAL | 14" LO | 324 | 329 | 113 | 216 | 9 | 304 | 310 | 91 | 219 | 3 | 329 | 329 | 92 | 87 | 3 | 301 | 301 | 78 | 73 | 3 |
| | 14" IMP | 0 | 34.2 | 0 | 34.2 | 0 | 0 | 40 | 0 | 40 | 0 | 0 | 40 | 0 | 40 | 0 | 0 | 40 | 0 | 40 | 0 |
| | 15" LO | 434 | 470 | 127 | 263 | 114 | 511 | 556 | 146 | 290 | 69 | 628 | 653 | 162 | 121 | 44 | 665 | 674 | 150 | 120 | 35 |
| | 15" IMP | 0 | 837 | 0 | 661 | 0 | 0 | 861 | 0 | 861 | 0 | 0 | 921 | 0 | 341 | 0 | 0 | 891 | 0 | 341 | 0 |
| | 17" IMP | 0 | 1109 | 0 | 881 | 0 | 0 | 1075 | 0 | 1075 | 0 | 0 | 1175 | 0 | 435 | 0 | 0 | 1255 | 0 | 485 | 0 |
| | 17" LO | 60 | 60 | 30 | 30 | 0 | 120 | 110 | 40 | 70 | 10 | 120 | 130 | 50 | 80 | 0 | 130 | 130 | 50 | 80 | 0 |

[All underlined numbers are underlined by hand]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00031042E

Translation

[Handwritten:] Fang-Yi Lin

## 1ST HALF YEAR (2000)'S CM OUTPUT IN CHINA

*UNIT: KPCS*

| PRODUCER | 14" | 15" | 17" | 19" | 21" | TOTAL | RATIO |
|---|---|---|---|---|---|---|---|
| AOC | 1185 | 1505 | 1060 | 155 | | 3905 | 18.3% |
| LITE-ON | 25 | 541 | 1390 | 109 | | 2065 | 9.7% |
| EMC | 273 | 630 | 700 | 193 | | 1796 | 8.4% |
| COMPAL | 0 | 480 | 430 | 46 | 15 | 971 | 4.6% |
| PHS(SZ) | 110 | 578 | 712 | 4 | | 1404 | 6.6% |
| TSED | 79.3 | 718 | 287 | 0 | | 1084.3 | 5.1% |
| ADI | 21 | 435 | 430 | 60 | | 946 | 4.4% |
| ACER | 31 | 591 | 312 | 7 | 3 | 944 | 4.4% |
| SP-T | 76 | 400 | 206 | 0 | | 682 | 3.2% |
| PHS(DG) | 101 | 360 | 217 | 0 | | 678 | 3.2% |
| DELTA | 0 | 155 | 275 | 60 | | 490 | 2.3% |
| G/WALL | 150 | 240 | 40 | 0 | | 430 | 2.0% |
| NPG | 0 | 305 | 280 | 73 | | 658 | 3.1% |
| K-TRINICS | 286 | 94 | 152 | | | 532 | 2.5% |
| LG | 34 | 231 | 259 | | | 524 | 2.5% |
| MAG | 0 | 150 | 340 | 30 | | 520 | 2.4% |
| ROYAL | | | 336 | 134 | | 470 | 2.2% |
| CGC | 168 | 237 | 40 | 0 | | 445 | 2.1% |
| IRICO | 29.5 | 144 | 162 | | | 335.5 | 1.6% |
| KFC | 0 | 190 | 135 | 3 | | 328 | 1.5% |
| XOCECO | 103 | 157 | 33 | 0 | | 293 | 1.4% |
| FOUNDER | 42 | 90 | 120 | | | 252 | 1.2% |
| Q-RUN | 0 | 210 | 6 | 0 | | 216 | 1.0% |
| HECM | 17.5 | 175 | 19.5 | 0 | | 212 | 1.0% |
| DAEWOO | 7 | 80 | 6 | 1 | | 94 | 0.4% |
| T-SOMA | 44 | 42 | 0 | 0 | | 86 | 0.4% |
| DTS | 24 | 34 | 22 | 0 | | 80 | 0.4% |
| BIGTIDE | 10 | 90 | 120 | 0 | | 220 | 1.0% |
| KTC | 7 | 74 | 10.5 | 0 | | 91.5 | 0.4% |
| SAMPO | 80 | 240 | 120 | 0 | | 440 | 2.1% |
| LICOM-FOUNDER | 0 | 36 | 4 | 0 | | 40 | 0.2% |
| GUANGLI | 0 | 20 | 0 | 0 | | 20 | 0.1% |
| OTHERS | 0 | 45 | 10 | 5 | | 60 | 0.3% |
| TOTAL | 2903.3 | 9277 | 8234 | 880 | 18 | 21312.3 | 100.00% |
| RATIO | 13.62% | 43.53% | 38.63% | 4.13% | 0.08% | 100% | |

[Entire row for "SP-T" crossed-out by hand]

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00031043E

Translation

# CPTF 业务部　　　　洽　访　报　告

**会议主题：大陆 CDT 市场交流**

时间：'00/08/11　　　　　　地点：天津

与会人员：

CPTF：吕处长镜松，余伟列　　　IRICO：　甄小红

SDD：崔宽泰副总经理，鱼载善部长，杨真课长，崔军课长/TSDI，武春/TSDI

BMCC：黄新闻经理　　　LG：朴宗玟总经理，辛升烈副总经理/ 深圳办事处

PHS：　李修华处长　　　ORION：朴明德/korea，吴明学/上海

内容：

● 一、00. JULY-OCT 大陆 CDT 产销存数据交换（如附件一）

　　二、00./1ST HALF 大陆彩色监示器产量状况（如附件二）

三、说明：

*1. SDI：*

● 深圳工厂受 21"CPT 生产线改制为 21"flat/21"影响动力，及 17"CDT 良率未能有效提升，而致整体产量不尽如意；天津厂则依约定停产一周，而致产量有限(8 月亦在停产之列)。

● 受 compal15"CM 订单（compaq OEM）减少，致进口数量较预测减少 60k。

● 鱼部长表示，受玻壳及 IC 供应状况影响，其 9/10月预计数量亦恐难达成。

● 现 三 星 CDT － BULB 当 地 交 货 部 分 主 要 由 赛 格 三 星 供 应（C'TY:14"/15"/17"TTL300k/m;或以 17"计为 280k/m)，在 14"部分虽已量试安阳玻壳，惟受其品质影响仍无法正常交货。

*2. PHS：*

● 台湾 CDT 迁移线受海关手续影响预计量产计划将 delay 3 周，即 3 条生产线依次将于 9/E、10/M、10/E 稼动投产（15"CDTx2L；17"CDTx1L；C'TY:70k/m. L)。

● 依华飞该迁移线投资案申请，产品系要求 100%外销；在现市况对 14"CDT 需求下，是否将该 14"CDT 改制为 17"CDT 仍在商议中。

● 表示即使下半年在飞利浦增加 IC 供应量下，整体产业的 IC shortage 仍暂无法改善。

*3. IRICO(彩虹电子)：* 受玻壳供应状况及动力调配因素影响，7 月仅量产 52k；另与会者质疑现其库存量远高于现 100k 水准（据三星表示达到 400k）及价格调涨问题彩虹未能正面回复。

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031040

4. ORION：
● 表示交货到大陆 15"/17"CDT 大部分系交货予 AOC，含 14"在内予 AOC 总量约 150
－170k/m。
● 目前近期其内部需求较为热络，尤其对 15"mini 管需求更是突出。惟反映在玻壳
供应受限下，受 package deal 要求影响整体达成量。
● 大陆合资案仍受中方财务问题未能顺利进行。

5.   LG（全球量产状况）：
● Cfm   15"/17"CDTx1L 将于'01.5 月于长沙工厂稼动量产。
● 表示现 15"/17"月交货予 AOC 数量分别占其交货到大陆总量的 70%及逾 50％
（70k/100k 以上）。

四、市场检讨：
1. 基于现产业数量除受玻壳整体供应数量制约外，另客户在关键零组件－IC 的不
足亦影响 CDT 交货量的冲刺。各家负责提供相对主要客户在 17"CM-IC 之供货状
况，以提供后续 CDT 交货数量达成状况预测。
2. 目前 LG/ORION 均表示将从 8 月起 flw 最新市场价格（14"/usd54；15"/usd67；
17"/usd87-88）。

四、下次 CDT 会议预计于 09/14 PM3:00 由 LG 在长沙主办。

-以上报告-

呈

经理

处长

总经理

余伟列

INFORMATION OF PSI

| DIV | | July actual | | | | | Aug. f/cast | | | | | Sept. f/cast | | | | | Oct. f/cast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | prod | sales ttl | do | ex | stock | prod | sales ttl | do | ex | stock | prod | sales ttl | do | ex | stock | prod | sales ttl | do | ex | stock |
| PHILIPS | 14" LO | 63 | 65 | 48 | 17 | 0 | 74 | 74 | 46 | 28 | 0 | 99 | 99 | 52 | 47 | 0 | 81 | 81 | 48 | 33 | 0 |
| | 15" LO | 62 | 65 | 65 | 0 | 0 | 76 | 76 | 76 | 0 | | 98 | 98 | 92 | 6 | 0 | 80 | 80 | 80 | 0 | 0 |
| | 15" IMP | | 94 | | 94 | | | 90 | | 90 | | | 90 | | 90 | | | 90 | | 90 | |
| | 17" IMP | | 91 | | 91 | | | 90 | | 90 | | | 90 | | 90 | | | 90 | | 90 | |
| CPT | 14" LO | 161 | 164 | 0 | 164 | 9 | 150 | 156 | | 156 | 3 | 150 | 150 | | | 3 | 150 | 150 | | | 3 |
| | 14" IMP | | 180 | | 180 | | | 130 | | 130 | | | 120 | | | | | 100 | | | |
| | 15" LO | 165 | 170 | | 170 | 15 | 195 | 200 | | 200 | 10 | 250 | 250 | | | 10 | 300 | 300 | | | 10 |
| | 15" IMP | | 360 | | 360 | | | 360 | | 360 | | | 380 | | | | | 350 | | | |
| | 17" IMP | | 520 | | 520 | | | 450 | | 450 | | | 500 | | | | | 530 | | | |
| BMCC | 14" LO | | | | | | | | | | | | | | | | | | | | |
| IRICO | 15" LO | 52 | 80 | | | 99 | 80 | 120 | | | 59 | 85 | 120 | | | 19 | 85 | 104 | | 65 | 0 |
| ORION | 14" IMP | | 34.2 | | 34.2 | | | 40 | | 40 | | | 40 | | 40 | | | 40 | | 40 | |
| | 15" IMP | | 100 | | 100 | | | 101 | | 101 | | | 101 | | 101 | | | 101 | | 101 | |
| | 17" IMP | | 50 | | 50 | | | 65 | | 65 | | | 65 | | 65 | | | 65 | | 65 | |
| SDD | 14" LO | 100 | 100 | 65 | 35 | 0 | 80 | 80 | 45 | 35 | 0 | 80 | 80 | 40 | 40 | 0 | 70 | 70 | 30 | 40 | 0 |
| | 15" LO | 155 | 155 | 62 | 93 | 0 | 160 | 160 | 70 | 90 | 0 | 200 | 185 | 70 | 115 | 15 | 200 | 190 | 70 | 120 | 25 |
| | 15" IMP | | 176 | | 176 | | | 200 | | 200 | | | 200 | | 200 | | | 200 | | 200 | |
| | 17" IMP | | 228 | | 228 | | | 240 | | 240 | | | 240 | | 240 | | | 240 | | 240 | |
| | 17" LO | 60 | 60 | 30 | 30 | 0 | 120 | 110 | 40 | 70 | 10 | 120 | 130 | 50 | 80 | 10 | 130 | 130 | 50 | 80 | 0 |
| LG | 15" IMP | | 107 | | 107 | | | 110 | | 110 | | | 150 | | 150 | | | 150 | | 150 | |
| | 17" IMP | | 220 | | 220 | | | 230 | | 230 | | | 280 | | 280 | | | 330 | | 330 | |
| TOTAL | 14" LO | 324 | 329 | 113 | 216 | 9 | 304 | 310 | 91 | 219 | 3 | 329 | 329 | 92 | 87 | 3 | 301 | 301 | 78 | 73 | 3 |
| | 14" IMP | 0 | 34.2 | | 34.2 | 114 | 0 | 40 | | 40 | 69 | 0 | 40 | | 40 | 44 | 0 | 40 | | 0 | 35 |
| | 15" LO | 434 | 470 | 127 | 263 | 0 | 511 | 556 | 146 | 290 | 0 | 628 | 653 | 162 | 121 | 0 | 665 | 674 | 150 | 120 | 0 |
| | 15" IMP | 0 | 837 | 0 | 661 | 0 | 0 | 861 | 0 | 861 | 0 | 0 | 921 | 0 | 341 | 0 | 0 | 891 | 0 | 341 | 0 |
| | 17" IMP | 0 | 1109 | 0 | 881 | 0 | 0 | 1075 | 0 | 1075 | 0 | 0 | 1175 | 0 | 435 | 0 | 0 | 1255 | 0 | 485 | 0 |
| | 17" LO | 60 | 60 | 30 | 30 | 0 | 120 | 110 | 40 | 70 | 10 | 120 | 130 | 50 | 80 | 0 | 130 | 130 | 50 | 80 | 0 |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031042

袁言仪

## 1ST HALF YEAR(2000)'S CM OUTPUT IN CHINA

UNIT: KPCS

| PRODUCER | 14" | 15" | 17" | 19" | 21" | TOTAL | RATIO |
|---|---|---|---|---|---|---|---|
| AOC | 1185 | 1505 | 1060 | 155 | | 3905 | 18.3% |
| LITE-ON | 25 | 541 | 1390 | 109 | | 2065 | 9.7% |
| EMC | 273 | 630 | 700 | 193 | | 1796 | 8.4% |
| COMPAL | 0 | 480 | 430 | 46 | 15 | 971 | 4.6% |
| PHS(SZ) | 110 | 578 | 712 | 4 | | 1404 | 6.6% |
| TSED | 79.3 | 718 | 287 | 0 | | 1084.3 | 5.1% |
| ADI | 21 | 435 | 430 | 60 | | 946 | 4.4% |
| ACER | 31 | 591 | 312 | 7 | 3 | 944 | 4.4% |
| SP-T | 76 | 400 | 206 | 0 | | 682 | 3.2% |
| PHS(DG) | 101 | 360 | 217 | 0 | | 678 | 3.2% |
| DELTA | 0 | 155 | 275 | 60 | | 490 | 2.3% |
| G/WALL | 150 | 240 | 40 | 0 | | 430 | 2.0% |
| NPG | 0 | 305 | 280 | 73 | | 658 | 3.1% |
| K-TRINICS | 286 | 94 | 152 | | | 532 | 2.5% |
| LG | 34 | 231 | 259 | | | 524 | 2.5% |
| MAG | 0 | 150 | 340 | 30 | | 520 | 2.4% |
| ROYAL | | | 336 | 134 | | 470 | 2.2% |
| CGC | 168 | 237 | 40 | 0 | | 445 | 2.1% |
| IRICO | 29.5 | 144 | 162 | | | 335.5 | 1.6% |
| KFC | 0 | 190 | 135 | 3 | | 328 | 1.5% |
| XOCECO | 103 | 157 | 33 | 0 | | 293 | 1.4% |
| FOUNDER | 42 | 90 | 120 | | | 252 | 1.2% |
| Q-RUN | 0 | 210 | 6 | 0 | | 216 | 1.0% |
| HECM | 17.5 | 175 | 19.5 | 0 | | 212 | 1.0% |
| DAEWOO | 7 | 80 | 6 | 1 | | 94 | 0.4% |
| T-SOMA | 44 | 42 | 0 | 0 | | 86 | 0.4% |
| DTS | 24 | 34 | 22 | 0 | | 80 | 0.4% |
| BIGTIDE | 10 | 90 | 120 | 0 | | 220 | 1.0% |
| KTC | 7 | 74 | 10.5 | 0 | | 91.5 | 0.4% |
| SAMPO | 80 | 240 | 120 | 0 | | 440 | 2.1% |
| LICOM-FOUNDER | 0 | 36 | 4 | 0 | | 40 | 0.2% |
| GUANGLI | 0 | 20 | 0 | 0 | | 20 | 0.1% |
| OTHERS | 0 | 45 | 10 | 5 | | 60 | 0.3% |
| TOTAL | 2903.3 | 9277 | 8234 | 880 | 18 | 21312.3 | 100.0% |
| RATIO | 13.62% | 43.53% | 38.63% | 4.13% | 0.08% | 100.00% | |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031043

EXHIBIT 38

**[TRANSLATION]**

[Handwritten:] ~~Chung~~ [Crossed out by hand]/ Yu

*CPTF* Sales Department       Visitation Report

Meeting Topic:   Mainland China *CDT* Market Exchange

Time:              '00/09/14      Location: Changsha

Meeting          *CPTF*: Director Jing-Song (Jason) Lu, Wei-Lie Yu
Attendees:       *IRICO*: Vice Department Manager Shao-Jie Wang
                 *SDD:* Section Chief Zhen Yang, Section Chief Jun Cui/*TSDI,*
                 *BMCC:* Manager Xin-Wen Huang
                 *LG*: Department Manager Ya-Ping Yang/*LG* Changsha, Section
                 Chief Yi-Xiang Fang; Vice President Sung Yuol Shin/Shenzhen
                 Office
                 *ORION*: Myong Doel Park/*korea*, Representative Jae Guil Kim
                 /Shanghai office
                 *PHS*: Director Dong Liu

Content:

I.      00. *OCT - NOV* exchange on production, sales and inventory figures of
        Mainland China *CDT* (see attachment 1).

II.     Explanation:

   1.   *SDI*:
   •    Affected by the decrease of 17" *CDT* orders from its major customers
        *ACER/DELTA/TSEC/EMC*, there is still a small amount of inventory in this
        month.   In accordance with the agreement, 15" will still stop production
        for a week.   But indicated that since its 15"*CDT*x1*L* had converted to
        17"*CDT* in Korea, it needed to communicate with the headquarters as to
        whether the production reduction should still be arranged at its plant in
        Mainland China.   The market for domestic sales is booming.

   •    Indicated that the Shenzhen plant will utilize
        17"*RF*/17"*Normal*/19"*CDT*x1*L* starting '01.2, among which mass
        production will be arranged for 17"*RF* with 1/2*L* production capacities.

   •    *SDI* is expected to utilize <u>17"*RF*x8*Lines*</u> [Underlined by hand] starting next
        year.   15"*CDT*x3*Lines* will be utilized each in *Malaysia/Korea/CHN*
        respectively.   Will stop production of *Mini* tubes in '00.9.   Whether or not
        to use new types of tubes for delivery is not confirmed.
        [Handwritten above underlined text:] Should be the total of 17"/19"*RF* tube
        production lines

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00031044.01E

- Indicated that the domestic sales ratio of Shenzhen plant and Tianjin plant is 40% and 30% respectively (calculated with the total volume of *CDT* + *CPT*).

2. *PHS*:
- The *CDT*x3*L* (14"x1*L*, 15x2*L*) shifted from Taiwan are currently in the process of utilizing mass production in succession (9/*E*, 10/*M*, 10/*E*). Among these, 14"x1*L* will be converted to 17"*CDT*x1*L* in October (to achieve the target for domestic sale demand), namely starting from `00.10, 14"*CDT*x1*L*; 15"*CDT*x3*L*; 17"*CDT*x1*L* will be utilized for production. [Handwritten above text:] The production lines that shifted from Chubei must be 100% for export sales.

- Additionally, the two lines currently in Taiwan will also be shifted to Mainland China starting October of this year.   It is estimated that the mass production of (15"/17"*CDT*, each 1*L*) can be utilized starting `01.3 - 4.

- According to the investment application for this line-shifting project by Huafei, the products are required to be 100% for export sales.   So starting October, the 14"*CDT* (converted from the 1*L* shifting line) will temporarily not be available for domestic sale (under the current environment of the campaign against smuggling, it is planned to temporarily sell the products of this shifting line x3*L* overseas).   According to Director Liu, presently Huafei actually does not have the right to sell domestically (including the first stage of 2*L*).   However, under the support of the local government and the customs, its domestic sales were achieved [Underlined by hand] (based on the market exchange information, currently the ratio of its domestic sale is over 70%).

3. *IRICO* (IRICO):
- With the domestic market demand getting vigorous and with its inducing orders by low prices, the Mainland customers of internal demand transactions have been expanded.   The total inventory of 15"*CDT*

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                 CHU00031044.02E

has somewhat decreased.   However, it declined to comment when questioned by Samsung that its actual inventory number should be much higher than the current informed number.   At present, it still sticks to its old way of doing things as far as the market price is concerned, and has not adjusted its price according to the common understanding of the market. [Handwritten above text:] According to *SDI*, *IRICO*'s inventory still reaches 300*K*.

- The 17"*CDT*x1*L* jointly invested with *TSB* is expected to utilize in '01 *Q*3 - *Q*4.   The *CDT* joint venture project is estimated to have total of 3 - 4*L* production lines; all will be utilized by shifting the old lines from Japan.

4. *ORION*:
- With the weakening of the 14"*CM* market (*AOC*), indicated that will only deliver 25*k/m* to *AOC* in the future.   14" *bulb* from Mainland Anyang was not led in smoothly due to its overall quality issues and delivery time.

- Affected by the order increases of Mainland China Weihai and Daewoo, the follow up deliveries of 15"/17"*CDT* have gradually increased (15": 10-20*k/m*; 17": 5-8*k/m*).   At present, Mainland China still considers *AOC* as its main delivery subject.

- The *B* tubes were sold through a Korean *agent* before.   The situation got out of control and the B tubes flowed to Mainland China.   Has stopped this kind of transactions since *Q*2.   Quite sure that there is no Daewoo *B* tube at the current market.

- Also indicated that the trading price with *AOC/EMC*17"(*tco*) is @*usd*84. Its price gap of *tco/mpr*2 is *usd*2/*pc*.

- The joint venture project with Mainland China has not been proceeding well due to the financial issues of the Chinese party.   Presently is trying to look for new partners.

5. *LG*:
- The *LG* Changsha (*LGESG*) was established in '94.8 with *LG* and the domestic capital *share*55% and 45% respectively.   At present, the first phase (21"*CPT*x1*L*; 21"/25"*CPT*x1*L*; 25"*CPT*x1*L*) and the second phase (29"/33"*CPT*, Mass production in '00.7) of the project have been completed and production has been started.   The designed production capacities are 3500*k/Y* & 1000*k/Y* respectively.

- For the third phase 15"/17"*CDT*x1*L*(*C"TY*:2000*k/Y*), it is expected to have mass production in Q2-Q3 of next year.   The mass production target is 300*k*/'01.   In addition, also planned to set up lines of mass production for 15"/17"*RF*(*C"TY*: 2000*k/Y*x1*L* and 29"*LFT* (*C"TY*: 1700*k/Y*) x1*L*.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL            CHU00031045.01E

- Because of quality issues, hasn't had transaction with *ADI* since Q2 of the first half of this year.    Delivered 1*m* [Handwritten: "Delivery to *CTX*"] in 1999.   Up to now, only 180*K* in '00.    Whether the future orders can be realized or increased depends on the order situation from *Kfc*.

  [Handwritten:] Yu claimed that with regard to Taiwan makers, it is retreating in defeat again and again, except *AOC*.

6.  *BMCC:* Already confirmed that the 15"/17"*CDT*x1*L* equipment will be installed in '01/*E*.    Formal mass production (*C'TY*: 2000*K/Y*) will be in '02/*M*.    Also, its top management has intended to again set up and utilize 17"*CDT* (*RF*) x1*L* in '02/*E* (converted from 21"*CPT* production line).

III.    The next *CDT* meeting is scheduled to be hosted by *CPTF* in Fuzhou on 10/12 *PM* 3:00.

- End of report –

[Handwritten: "Respectfully"] Submitted to:
     Senior Manager
     Director
     President

     [Handwritten:]
     Sales Department Director Cheng
     Vice president

                  [Initialed:] Peng *SEP* 20/2*K*

                  [Initialed:] Jing-Song (Jason) Lu 9/18'00

                  [Signed:] Wei-Lie Yu 9/18'00

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [  ].

**CONFIDENTIAL – GRAND JURY MATERIAL**           CHU00031045.02E

|  | Type | Prod | '00.08.Sale Ttl | Local | Export | E/s | Prod | '00.09.Sale Ttl | Local | Export | E/s | Prod | '00.10.Sale Ttl | Local | Export | E/s | Prod | '00.11.Sale Ttl | Local | Export | E/s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Philips | 14"(Local) | 79 | 79 | 49 | 30 | 0 | 100 | 100 | 60 | 40 | 0 | 0 | 60 | 0 | 0 | 0 | 0 | 60 | 0 | 0 | 0 |
|  | 15"(Local) | 81 | 81 | 81 | 0 | 0 | 100 | 100 | 100 | 0 | 0 | 0 | 100 | 63 | 37 | 0 | 0 | 120 | 63 | 57 | 0 |
|  | 15"(Import) |  | 86 |  | 86 |  |  | 90 |  | 90 |  |  | 50 |  | 50 |  |  | 50 |  | 0 |  |
|  | 17"(Import) |  | 103 | 0 | 103 |  |  | 100 |  | 100 |  |  | 80 | 20 | 60 |  |  | 80 |  | 0 |  |
| SDI | 14"(Local) | 86 | 86 | 41 | 45 | 0 | 80 | 80 | 40 | 40 | 0 | 80 | 80 | 40 | 40 | 0 | 75 | 75 | 35 | 40 | 0 |
|  | 14"(Import) |  |  |  |  |  |  |  |  | 0 |  |  |  |  | 0 |  |  |  |  | 0 |  |
|  | 15"(Local) | 165 | 165 | 75 | 90 | 0 | 165 | 165 | 70 | 95 | 0 | 200 | 200 | 80 | 120 | 0 | 210 | 210 | 70 | 40 | 0 |
|  | 15"(Import) |  | 215 |  | 215 |  |  | 230 |  | 230 |  |  | 230 |  | 230 |  |  | 230 |  | 230 |  |
|  | 17"(Local) | 122 | 110 | 46 | 64 | 12 | 120 | 130 | 60 | 70 | 2 | 110 | 110 | 40 | 70 | 0 | 130 | 130 | 50 | 80 | 0 |
|  | 17"(Import) |  | 247 |  | 0 |  |  |  |  | 0 |  |  |  |  | 0 |  |  | 0 | 0 | 0 |  |
| CPT | 14"(Local) | 144 | 141 | 0 | 141 | 12 | 100 | 100 |  | 100 | 12 |  | 130 |  | 130 |  |  | 130 |  | 130 |  |
|  | 14"(Import) |  | 160 |  | 160 |  |  | 140 |  | 140 |  |  | 120 |  | 120 |  |  | 100 |  | 100 |  |
|  | 15"(Local) | 208 | 207 | 140 | 67 | 16 | 234 | 234 | 130 | 104 | 16 | 0 | 280 |  | 280 | 0 | 0 | 300 |  | 300 |  |
|  | 15"(Import) |  | 300 |  | 300 |  |  | 330 |  | 330 |  |  | 350 |  | 350 |  |  | 350 |  | 350 |  |
|  | 17"(Import) |  | 350 |  | 350 |  |  | 350 |  | 350 |  |  | 320 |  | 320 |  |  | 320 |  | 320 |  |
| Orion | 14"(Import) |  | 23 |  | 23 |  |  | 26 |  | 26 |  |  | 25 |  | 25 |  |  | 25 |  | 25 |  |
|  | 15"(Import) |  | 86 |  | 86 | 0 |  | 111 |  | 111 | 0 |  | 116 |  | 116 | 0 |  | 133 |  | 133 | 0 |
|  | 17"(Import) |  | 55 |  | 55 | 0 |  | 66 |  | 66 | 0 |  | 60 |  | 60 | 0 |  | 67 |  | 67 | 0 |
| BMCC | 14"(Local) |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| IRICO | 15"(Local) | 78 | 118 | 118 | 0 | 59 | 80 | 120 | 120 | 0 | 19 | 80 | 99 | 99 | 0 | 0 | 80 | 80 | 80 | 0 | 0 |
| LG | 14"(Import) |  | 0 |  | 0 |  |  | 0 |  | 0 |  |  | 0 |  | 0 |  |  | 0 |  | 0 |  |
|  | 15"(Import) | 0 | 130 |  | 130 |  |  | 150 |  | 150 |  |  | 150 |  | 150 |  |  | 135 |  | 135 |  |
|  | 17"(Import) | 0 | 225 |  | 225 |  |  | 205 |  | 205 |  |  | 220 |  | 220 |  |  | 220 |  | 220 |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Total | 14"(Local) | 309 | 306 | 90 | 216 | 12 | 280 | 280 | 100 | 180 | 12 | 80 | 270 | 40 | 170 | 0 | 75 | 265 | 35 | 170 | 0 |
|  | 14"(Import) |  | 183 | 0 | 183 |  |  | 166 | 0 | 166 | 0 | 0 | 145 | 0 | 145 | 0 | 0 | 125 | 0 | 125 | 0 |
|  | 15"(Local) | 532 | 571 | 414 | 157 | 75 | 579 | 619 | 420 | 199 | 35 | 280 | 679 | 242 | 437 | 0 | 290 | 710 | 213 | 397 | 0 |
|  | 15"(Import) |  | 817 | 0 | 817 |  |  | 911 | 0 | 911 | 0 |  | 896 | 0 | 896 | 0 |  | 898 | 0 | 848 | 0 |
|  | 17"(Local) | 122 | 110 | 46 | 64 | 12 | 120 | 130 | 60 | 70 | 2 | 110 | 110 | 40 | 70 | 0 | 130 | 130 | 50 | 80 | 0 |
|  | 17"(Import) |  | 980 | 0 | 733 |  |  | 721 | 0 | 721 | 0 | 0 | 680 | 20 | 660 | 0 | 0 | 687 | 0 | 607 | 0 |
|  | Total | 963 | 2967 | 550 | 2170 | 99 | [Illegible] 79 | 2827 | 580 | 2247 | 49 | 470 | 2780 | 342 | 2378 | 0 | 495 | 2815 | 298 | 2227 | 0 |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL        CHU00031046E

# CPTF 业务部　　　洽　访　报　告

**会议主题：大陆 CDT 市场交流**
时间：'00/09/14　　　地点：长沙
与会人员：
CPTF：　吕处长　镜松，余伟列　　　　　　IRICO：　王昭杰副部长
SDD：　杨真课长，崔军课长/TSDI，　　　BMCC：黄新闻经理
LG：杨亚平部长/LG 长沙，方一相课长；　辛升烈副总经理/ 深圳办事处
ORION：朴明德/korea，金载喆　代表/上海办事处　　PHS：　刘东处长

内容：

一、00. OCT-NOV 大陆 CDT 产销存数据交换(如附件一)

二、说明：

*1. SDI：*

● 受其主要客户 ACER/DELTA/TSEC/EMC　17"CDT 订单减少影响，致本月仍有小量库存；15"依约仍停产一周，惟表示在其韩国由 15"CDTx1L 转为 17"CDT 下，仍安排大陆工厂减产一事再与总部沟通；内销市场呈现旺销态势。

● 表示深圳工厂将从'01.2 月稼动 17"RF/17"Normal/19"CDTx1L，其中 17"RF 将以 1/2L 产能安排量产。

● 预计明年起 SDI 将有 **17"RFx8Lines** 稼动，而 15"CDTx3Lines 分别于 Malaysia/Korea/CHN 各 1 线稼动；'00.9 月将停止 Mini 管生产，是否改以新管型替代交货未予确认。

● 表示深圳厂、天津厂目前内销比例各约为 40%、30%(系以 CDT+CPT 总量核计)。

*2. PHS：*

● 台湾 CDTx3L(14"x1L，15x2L)迁移线目前陆续在稼动量产中(9/E、10/M、10/E)而现其中 14"x1L 将于 10 月改制为 17"CDTx1L(以达成内销需求目标)；即从'00.10 起 14"CDTx1L ；15"CDTx3L；17"CDTx1L 稼动投产。

● 另台湾现 2 线亦将从今年 10 月开始迁线到大陆，预计从'01.3-4 月起可稼动量产(15"/17"CDT 各 1L)。

● 依华飞该迁移线投资案申请，产品系要求 100%外销，故将从 10 月起 14"CDT(由其中 1L 迁移线改制)暂无法内销(在目前打私环境下，暂规划该迁移线 x3L 产品以外销方式进行)。依刘东处长表示，现华飞 CDT 实质无内销权(含前期 2L)，而在当地海关及政府支持下达成内销(依交换市场信息计，目前其内销比例达 70%以上)。

*3. IRICO(彩虹电子)：*

● 在内销市场需求趋旺及其低价诱单下，大陆内需交易客户数有所拓展，15"CDT 整

CONFIDENTIAL - GRAND JURY MATERIAL

体库存状况有所降低；惟三星仍质疑其实际库存量应远高于现交流数字，其不置可否。目前其在市场价格方面仍我行我素，未依市场共识调整价格。

- 与 TSB 合资 17"CDTx1L 预计于'01.Q3-Q4 稼动，CDT 合资案预计共 3—4L 生产线，均将从日本迁移旧线方式进行稼动。

**4. ORION：**

- 在 14"CM 市场（AOC）减弱下，表示后续仅预计 25k/m 予 AOC；大陆安阳 14"bulb 由于整体品质状况及交期缘故未能顺利导入。
- 受大陆威海大宇订单增加影响，后续 15"/17"CDT 交货渐有成长（15"：10-20k/m；17"：5-8k/m）；目前大陆仍以 AOC 为其主要交货对象。
- 前 B 管曾由韩国 agent 代理销售，致失控外流到大陆，从 Q2 已开始停止此类交易，确定现市场上应无大宇 B 管。
- 另表示目前与 AOC/EMC17"(tco) 交易价格均为 @usd84，其 tco/mpr2 价差为 usd2/pc。
- 与大陆合资案仍受中方财务问题未能顺利进行，目前试图另寻新的合作伙伴。

**5.  LG：**

- 长沙 LG（LGESG）由 LG 及内资分别 share55% 及 45% 于'94.8 成立，目前已建成投产第一期（21"CPTx1L；21"/25"CPTx1L；25"CPTx1L）及第二期（29"/33"CPT，'00.7 量产）工程，设计产能分别为 3500k/Y  &  1000k/Y。
- 第三期 15"/17"CDTx1L(C'TY:2000k/Y) 预计于明年第 2—3 季量产，量产目标为 300k/'01。 另计划'02 年再设线量产 15"/17"RF(C'TY:2000k/Y)x1L 及 29"LFT(C'TY:1700k/Y)x1L。
- 由于品质问题从上半年第二季起即无与 ADI 交易往来（'99 交货 1m；'00.至今仅 180k），后续订单能否达成及或增加将视 Kfc 下单状况。

**6.  BMCC：**已确定于'01/E 开始 15"/17"CDTx1L 设备安装，'02/M 正式量产（C'TY:2000K/Y）；另其高层亦已达成'02/E 再设线稼动 17"CDT(RF)x1L 之意向（从现 21"CPT 生产线改造）。

四、下次 CDT 会议预计于 10/12 PM3:00 由 CPTF 在福州主办。

-以上报告-

呈

经理

处长

总经理

CHU00031045

CONFIDENTIAL - GRAND JURY MATERIAL

CHU0003I046

| | Type | Prod | '00.08.Sale | | | E/s | Prod | '00.09.Sale | | | E/s | Prod | '00.10.Sale | | | E/s | Prod | '00.11.Sale | | | E/s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ttl | Local | Export | | | Ttl | Local | Export | | | Ttl | Local | Export | | | Ttl | Local | Export | |
| Philips | 14"(Local) | 79 | 79 | 49 | 30 | 0 | 100 | 100 | 60 | 40 | 0 | 0 | 60 | 0 | 0 | 0 | 0 | 60 | 0 | 0 | 0 |
| | 15"(Local) | 81 | 81 | 81 | 0 | 0 | 100 | 100 | 100 | 0 | 0 | 0 | 100 | 63 | 37 | 0 | 0 | 120 | 63 | 57 | 0 |
| | 15"(Import) | | 86 | | 86 | | | 90 | | 90 | | | 50 | | 50 | | | 50 | | 0 | |
| | 17"(Import) | | 103 | 0 | 103 | | | 100 | | 100 | | | 80 | 20 | 60 | | | 80 | | 0 | |
| SDI | 14"(Local) | 86 | 86 | 41 | 45 | 0 | 80 | 80 | 40 | 40 | 0 | 80 | 80 | 40 | 40 | 0 | 75 | 75 | 35 | 40 | 0 |
| | 14"(Local) | | | | 0 | | | | | 0 | | | | | 0 | | | | | 0 | |
| | 15"(Local) | 165 | 165 | 75 | 90 | 0 | 165 | 165 | 70 | 95 | 0 | 200 | 200 | 80 | 120 | 0 | 210 | 210 | 70 | 40 | 0 |
| | 15"(Import) | | 215 | | 215 | | | 230 | | 230 | | | 230 | | 230 | | | 230 | | 230 | |
| | 17"(Local) | 122 | 110 | 46 | 64 | 12 | 120 | 130 | 60 | 70 | 2 | 110 | 110 | 40 | 70 | 0 | 130 | 130 | 50 | 80 | 0 |
| | 17"(Import) | | 247 | | | | | 0 | | 0 | | | 0 | | 0 | | | 0 | 0 | 0 | 0 |
| CPT | 14"(Local) | 144 | 141 | 0 | 141 | 12 | 100 | 100 | | 100 | 12 | 0 | 130 | | 130 | 0 | 0 | 130 | | 130 | |
| | 14"(Import) | | 160 | | 160 | | | 140 | | 140 | | | 120 | | 120 | | | 100 | | 100 | |
| | 15"(Local) | 208 | 207 | 140 | 67 | 16 | 234 | 234 | 130 | 104 | 16 | 0 | 280 | | 280 | 0 | 0 | 300 | | 300 | 0 |
| | 15"(Import) | | 300 | | 300 | | | 330 | | 330 | | | 350 | | 350 | | | 350 | | 350 | |
| | 17"(Import) | | 350 | | 350 | | | 350 | | 350 | | | 320 | | 320 | | | 320 | | 320 | |
| Orion | 14"(Import) | | 23 | | 23 | | | 26 | | 26 | | | 25 | | 25 | | | 25 | | 25 | |
| | 15"(Import) | | 86 | | 86 | 0 | | 111 | | 111 | 0 | | 116 | | 116 | 0 | | 133 | | 133 | 0 |
| | 17"(Import) | | 55 | | 55 | 0 | | 66 | | 66 | 0 | | 60 | | 60 | 0 | | 67 | | 67 | 0 |
| BMCC | 14"(Local) | | | | | | | | | | | | | | | | | | | | |
| IRICO | 15"(Local) | 78 | 118 | 118 | 0 | 59 | 80 | 120 | 120 | 0 | 19 | 80 | 99 | 99 | 0 | 0 | 80 | 80 | 80 | 0 | 0 |
| LG | 14"(Import) | | 0 | | 0 | | | 0 | | 0 | | | 0 | | 0 | | | 0 | | 0 | |
| | 15"(Import) | 0 | 130 | | 130 | | | 150 | | 150 | | | 150 | | 150 | | | 135 | | 135 | |
| | 17"(Import) | 0 | 225 | | 225 | | | 205 | | 205 | | | 220 | | 220 | | | 220 | | 220 | |
| Total | 14"(Local) | 309 | 306 | 90 | 216 | 12 | 280 | 280 | 100 | 180 | 12 | 80 | 270 | 40 | 170 | 0 | 75 | 265 | 35 | 170 | 0 |
| | 14"(Import) | | 183 | 0 | 183 | | | 166 | 0 | 166 | 0 | 0 | 145 | 0 | 145 | 0 | 0 | 125 | 0 | 125 | 0 |
| | 15"(Local) | 532 | 571 | 414 | 157 | 75 | 579 | 619 | 420 | 199 | 35 | 280 | 679 | 242 | 437 | 0 | 290 | 710 | 213 | 397 | 0 |
| | 15"(Import) | | 817 | 0 | 817 | | | 911 | 0 | 911 | 0 | 0 | 896 | 0 | 896 | 0 | 0 | 898 | 0 | 848 | 0 |
| | 17"(Local) | 122 | 110 | 46 | 64 | 12 | 120 | 130 | 60 | 70 | 2 | 110 | 110 | 40 | 70 | 0 | 130 | 130 | 50 | 80 | 0 |
| | 17"(Import) | | 980 | 0 | 733 | | | 721 | 0 | 721 | 0 | 0 | 680 | 20 | 660 | 0 | 0 | 687 | 0 | 607 | 0 |
| | Total | 963 | 2967 | 550 | 2170 | 99 | ˆ79 | 2827 | 580 | 2247 | 49 | 470 | 2790 | 342 | 2378 | 0 | 495 | 2815 | 298 | 2227 | 0 |

体库存状况有所降低；惟三星仍质疑其实际库存量应远高于现交流数字，其不置可否。目前其在市场价格方面仍我行我素，未依市场共识调整价格。

- 与 TSB 合资 17"CDTx1L 预计于'01.Q3-Q4 稼动，CDT 合资案预计共 3—4L 生产线，均将从日本迁移旧线方式进行稼动。

**4. ORION：**

- 在 14"CM 市场（AOC）减弱下，表示后续仅预计 25k/m 予 AOC；大陆安阳 14"bulb 由于整体品质状况及交期缘故未能顺利导入。
- 受大陆威海大宇订单增加影响，后续 15"/17"CDT 交货渐有成长（15"：10-20k/m；17"：5-8k/m）；目前大陆仍以 AOC 为其主要交货对象。
- 前 B 管曾由韩国 agent 代理销售，因失控外流到大陆，从 Q2 开始停止此类交易，确定现市场上应无大宇 B 管。
- 另表示目前与 AOC/EMC17"(tco) 交易价格均为 @usd84，其 tco/mpr2 价差为 usd2/pc。
- 与大陆合资案仍受中方财务问题未能顺利进行，目前试图另寻新的合作伙伴。

**5. LG：**

- 长沙 LG（LGESG）由 LG 及内资分别 share55% 及 45% 于'94.8 成立，目前已建成投产第一期（21"CPTx1L；21"/25"CPTx1L；25"CPTx1L）及第二期（29"/33"CPT，'00.7 量产）工程，设计产能分别为 3500k/Y  &  1000k/Y。
- 第三期 15"/17"CDTx1L(C'TY:2000k/Y) 预计于明年第 2—3 季量产，量产目标为 300k/'01。另计划'02 年再设线量产 15"/17"RF(C'TY:2000k/Y)x1L 及 29"LFT(C'TY:1700k/Y)x1L。
- 由于品质问题从上半年第二季起即无与 ADI 交易往来（'99 交货 1m；'00.至今仅 180k），后续订单能否达成及或增加将视 Kfc 下单状况。

**6. BMCC：**已确定于'01/E 开始 15"/17"CDTx1L 设备安装，'02/M 正式量产（C'TY:2000K/Y）；另其高层亦已达成'02/E 再设线稼动 17"CDT(RF)x1L 之意向（从现 21"CPT 生产线改造）。

四、下次 CDT 会议预计于 10/12 PM3:00 由 CPTF 在福州主办。

-以上报告-

报呈

　　　经理

　　　处长

　　　总经理

CONFIDENTIAL - GRAND JURY MATERIAL

CHU0031046

| | Type | Prod | '00.08.Sale Ttl | Local | Export | E/s | Prod | '00.09.Sale Ttl | Local | Export | E/s | Prod | '00.10.Sale Ttl | Local | Export | E/s | Prod | '00.11.Sale Ttl | Local | Export | E/s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Philips | 14"(Local) | 79 | 79 | 49 | 30 | 0 | 100 | 100 | 60 | 40 | 0 | 0 | 60 | 0 | 0 | 0 | 0 | 60 | 0 | 0 | 0 |
| | 15"(Local) | 81 | 81 | 81 | 0 | 0 | 100 | 100 | 100 | 0 | 0 | 0 | 100 | 63 | 37 | 0 | 0 | 120 | 63 | 57 | 0 |
| | 15"(Import) | | 86 | | 86 | | | 90 | | 90 | | | 50 | | 50 | | | 50 | | 0 | |
| | 17"(Import) | | 103 | 0 | 103 | | | 100 | | 100 | | | 80 | 20 | 60 | | | 80 | | 0 | |
| SDI | 14"(Local) | 86 | 86 | 41 | 45 | 0 | 80 | 80 | 40 | 40 | 0 | 80 | 80 | 40 | 40 | 0 | 75 | 75 | 35 | 40 | 0 |
| | 14"(Import) | | | | 0 | | | | | 0 | | | | | 0 | | | | | 0 | |
| | 15"(Local) | 165 | 165 | 75 | 90 | 0 | 165 | 165 | 70 | 95 | 0 | 200 | 200 | 80 | 120 | 0 | 210 | 210 | 70 | 40 | 0 |
| | 15"(Import) | | 215 | | 215 | | | 230 | | 230 | | | 230 | | 230 | | | 230 | | 230 | |
| | 17"(Local) | 122 | 110 | 46 | 64 | 12 | 120 | 130 | 60 | 70 | 2 | 110 | 110 | 40 | 70 | 0 | 130 | 130 | 50 | 80 | 0 |
| | 17"(Import) | | 247 | | 0 | | | 0 | | 0 | | | 0 | | 0 | | | 0 | 0 | 0 | 0 |
| CPT | 14"(Local) | 144 | 141 | 0 | 141 | 12 | 100 | 100 | | 100 | 12 | 0 | 130 | | 130 | 0 | 0 | 130 | | 130 | 0 |
| | 14"(Import) | | 160 | | 160 | | | 140 | | 140 | | | 120 | | 120 | | | 100 | | 100 | |
| | 15"(Local) | 208 | 207 | 140 | 67 | 16 | 234 | 234 | 130 | 104 | 16 | 0 | 280 | | 280 | 0 | 0 | 300 | | 300 | 0 |
| | 15"(Import) | | 300 | | 300 | | | 330 | | 330 | | | 350 | | 350 | | | 350 | | 350 | |
| | 17"(Import) | | 350 | | 350 | | | 350 | | 350 | | | 320 | | 320 | | | 320 | | 320 | |
| Orion | 14"(Import) | | 23 | | 23 | | | 26 | | 26 | | | 25 | | 25 | | | 25 | | 25 | |
| | 15"(Import) | | 86 | | 86 | 0 | | 111 | | 111 | 0 | | 116 | | 116 | 0 | | 133 | | 133 | 0 |
| | 17"(Import) | | 55 | | 55 | 0 | | 66 | | 66 | 0 | | 60 | | 60 | 0 | | 67 | | 67 | 0 |
| BMCC | 14"(Local) | | | | | | | | | | | | | | | | | | | | |
| IRICO | 15"(Local) | 78 | 118 | 118 | 0 | 59 | 80 | 120 | 120 | 0 | 19 | 80 | 99 | 99 | 0 | 0 | 80 | 80 | 80 | 0 | 0 |
| LG | 14"(Import) | | 0 | | 0 | | | 0 | | 0 | | | 0 | | 0 | | | 0 | | 0 | |
| | 15"(Import) | 0 | 130 | | 130 | | | 150 | | 150 | | | 150 | | 150 | | | 135 | | 135 | |
| | 17"(Import) | 0 | 225 | | 225 | | | 205 | | 205 | | | 220 | | 220 | | | 220 | | 220 | |
| Total | 14"(Local) | 309 | 306 | 90 | 216 | 12 | 280 | 280 | 100 | 180 | 12 | 80 | 270 | 40 | 170 | 0 | 75 | 265 | 35 | 170 | 0 |
| | 14"(Import) | | 183 | 0 | 183 | | | 166 | 0 | 166 | 0 | 0 | 145 | 0 | 145 | 0 | 0 | 125 | 0 | 125 | 0 |
| | 15"(Local) | 532 | 571 | 414 | 157 | 75 | 579 | 619 | 420 | 199 | 35 | 280 | 679 | 242 | 437 | 0 | 290 | 710 | 213 | 397 | 0 |
| | 15"(Import) | | 817 | 0 | 817 | | | 911 | 0 | 911 | 0 | 0 | 896 | 0 | 896 | 0 | 0 | 898 | 0 | 848 | 0 |
| | 17"(Local) | 122 | 110 | 46 | 64 | 12 | 120 | 130 | 60 | 70 | 2 | 110 | 110 | 40 | 70 | 0 | 130 | 130 | 50 | 80 | 0 |
| | 17"(Import) | | 980 | 0 | 733 | | | 721 | 0 | 721 | 0 | 0 | 680 | 20 | 660 | 0 | 0 | 687 | 0 | 607 | 0 |
| Total | Total | 963 | 2967 | 550 | 2170 | 99 | 279 | 2827 | 580 | 2247 | 49 | 470 | 2790 | 342 | 2378 | 0 | 495 | 2815 | 298 | 2227 | 0 |

# EXHIBIT 39

June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00031070E – CHU00031074E.

_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

[Handwritten:] → Yu

*CPTF* Sales Department      Visitation Report

| | |
|---|---|
| Meeting Topic: | Mainland China *CDT* Market Exchange |
| Time: | '00/10/12 |
| Location: | Fuzhou |
| Meeting Attendees: | *CPTF*: Director Jing-Song (Jason) Lu, Senior Manger Shih-Ming (Maxim) Chen, Wei-Lie Yu |
| | *IRICO*: Deputy Department Manager Jun Yao |
| | *SDD:* Department Manager Zai-Shan Yu, Section Chief Zhen Yang, Section Chief Jun Cui/*TSDI* |
| | *LG* : Vice President Sung Yuol Shin/Shenzhen Office |
| | *ORION*: Myong Doek Park/*korea*, Representative Jae Guil Kim/Shanghai Office |
| | *PHS*: Director Dong Liu |

Content:

I.    '00. *SEP-DEC* exchange on production, sales and inventory figures of Mainland China *CDT* (See attachment 1)

II.    Explanation:

    1. *SDI*:

- Driven by the vigorous demand for 14"/15"*CDT* in Mainland China's domestic market, the sales have done well. However, mainly affected by the "0" order from *Acer*, 17"*CDT* faces inventory pressure (indicated that at present it has given up the matching request of 1:1 of domestic and export sales to *Acer*, but still no orders). Also indicated that *SDI*'s worldwide *CDT* output is forecast to reach 26*m* in '00.

- Affected by the production stoppage and line converting of the 15"*CDT*× 1*L* (to 17"*RF*) in Korea, the delivery of [Handwritten: "15"*CDT*"] to Mainland China this month was half of what had been predicted. By '01, *Q*1, *SDI* has [Handwritten: "5"] 17"*CDT(RF) Lines* ( [Handwritten: "*CAPA*"] : 600*k/m*), distributed in Mainland Shenzhen *TSDI*× 1/*suwan*× 2*Lines* [Handwritten: "Shenzhen added another line in *Q*1 of 2001"] and *suan*× 2*Lines* in Korea. *SDI* is expected to have a total of **17"*RF*/19"× 8*Lines*** to be utilized next year.

- Driven by the profit base of *TV-BULB* in Mainland China, the glass bulb supply of Shenzhen SEG (*SEG*) is mainly with mass production of large screen *TV-BULB* and 17"*CDT-BULB*. Hence, the supply volume of 14"/15"*CDT-BULB* was limited.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL             CHU00031070.01E

- Indicated that the sales price of 15"*CDT* was squeezed by Irico's tubes. However, Irico still has not been able to cooperate with the price strategy of the overall industry in a positive way.

- Department Manager Yu indicated that, based on the information from its Brazil plant, 14"*CM M/S* has declined from 75% to the current figure of about 45% in the South American market.

[Handwritten note:] The significant drop of *AOC* 14"*CM* order might be the main cause.

2.  *PHS*:

- At present, the *CDT*× 3*L* (14"× 1*L*, 15× 2*L*) lines shifted from Taiwan will start *M/P* in succession starting October. However, constrained by the pressure of domestic sales from Mainland Chinese government, this part of the output is still mainly for export sales. 17"*CDT* will replace the original domestic quotas of 14"*CDT* to strive to occupy the domestic market, in other words, starting from October, temporarily there will be no domestic *quota* for 14".

- Additionally, the 2 existing lines in Taiwan have been confirmed to be dismantled and to be shifted to Mainland China. The planned target size for mass production is 15"/17"(*Normal & Flat*)/19"*CDT*.

3.  *IRICO* (IRICO):

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00031070.02E
                                            Translation

- With the domestic market demand getting vigorous and with its inducing orders by low prices, the Mainland customers of internal demand transactions have been expanded (some are orders from its export sales). The total inventory of 15"*CDT* has somewhat decreased. But indicated that it is facing the restriction of the short supply of 15"*CDT-BULB*. At present, it still sticks to its old way of doing things as far as the market price is concerned, and has not adjusted its price according to the common understanding of the market.

- Also indicated that due to the current rampant low price of *IT* products in the Mainland market, and also because a common understanding still has not been reached regarding obtaining technology (17"*RF*) from *TSB* in exchange of market, the whole 17"*CDT* joint venture project will be *Delay*ed.

4.  *ORION*:
    - Indicated that it will face the supply problem of 14"/15" glass bulbs in the future. Although the 14"*bulb*s produced from Anyang of Mainland China have quality issues (*core*), will still arrange to mass test 10*k* to be confirmed by the customers.

    - Because of the short supply of glass bulbs in September, had to make up for the insufficient output by means of *Rework*ing [Handwritten: "the old bulbs"].

    - Additionally, planned to lead in the mass production of 17"*CDT*(*RF*) tube in '00.12/*E* so as to improve the efficiency of the production lines. At present, the production lines in Korea have been set up as: 14"/15" × 1, 15"× 1, 17"× 1.5, 19"× 0.5.

    - Indicated that Daewoo's worldwide *CDT* output of this year will be approximately 6*m*. It will be approximately 7*m* the next year.

5.  *LG*:
    - Affected by *TRL/KFC*'s finance and/or the orders, 15"/17" decreased 50-60*k* more than had been predicted. Influenced by the drop of *AOC* orders, the future target order for *Q*4 is unlikely to be achieved either.

    - Indicated that its major *CDT* customers are *LG/SEC/AOC/VSETEL*, this year's target output of *CDT* is 18*m*.

    - Currently, its production lines have been set up as: [15"/17"× 2*Lines*, 17"× 4*Lines*(17"*RF* × 1); 17"/19"× 1*L*, 19"× 1*L*.
      [Handwritten:]
      ① Korea ×8 *Lines*:
      ② (*Wales* ×2, 15" × 0.5, 17"×1.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00031071.01E
                                                          Translation

↓
Major customers *LG, SEC* and
*Vestel (Vestel* 17" ×*5K/M*)

III.   The topic of the next meeting:
1.   17"*RF demand/supply* (*including p'ro line&q'ty*)
2.   '01.*sales idea* (*price/q'ty...etc*)
3.   *MKT expection* (*Lcd/other parts*)

IV.   The next *CDT* meeting is scheduled to be hosted by Huafei in Nanjing on
11/09 *PM* 2:00.

- End of report –

Submitted to:
Senior Manager
Director
President

[Handwritten:]
Sales Department Director Cheng
Vice President

[Initialed:] Peng *OCT* 16/2*K*

[Initialed:] Jing-Song (Jason) Lu 10/16'00
[Signed:]  Shih-Ming  (Maxim)  Chen    10/16'00
[Signed:] Wei-Lie Yu 10/13'00

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL           CHU00031071.02E

Translation

| | Type | Prod | '00.09.Sale | | | E/s | Prod | '00.10.Sale | | | E/s | Prod | '00.11.Sale | | | E/s | Prod | '00.12.Sale | | | E/s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ttl | Local | Export | | | Ttl | Local | Export | | | Ttl | Local | Export | | | Ttl | Local | Export | |
| Philips | 14"(Local) | 81 | 81 | 45 | 36 | 0 | 60 | 60 | | 60 | 0 | 70 | 70 | | | | | 70 | 70 | | | |
| | 15"Local) | 92 | 92 | 92 | 0 | | 130 | 130 | 80 | 50 | 0 | 150 | 150 | | | | | 180 | 180 | | | |
| | 15"(Import) | | 83 | | 83 | | | 50 | | | | | 30 | | | | | | | | | |
| | 17"(Local) | | | | | | | 50 | 50 | | | | 70 | | | | | | 70 | | | |
| | 17"(Import) | | 95 | | 95 | | | 50 | | | | | 50 | | | | | | 50 | | | |
| SDI | 14"(Local) | 75 | 75 | 45 | 30 | 0 | 80 | 80 | 40 | 40 | 0 | 80 | 80 | 40 | 40 | 0 | 80 | 80 | 40 | 40 | 0 |
| | 15"(Local) | 170 | 165 | 93 | 72 | 5 | 160 | 165 | 85 | 80 | 0 | 165 | 165 | 85 | 80 | 0 | 165 | 165 | 85 | 80 | 0 |
| | 15"(Import) | | 120 | | 120 | | | 110 | | 110 | | | 110 | | 110 | | | 110 | | 110 | |
| | 17"(Local) | 128 | 130 | 70 | 60 | 10 | 110 | 120 | 60 | 60 | 0 | 120 | 120 | 60 | 60 | 0 | 120 | 120 | 60 | 60 | |
| | 17"(Import) | | 230 | | 230 | | | 240 | | 240 | | | 240 | | 240 | | | 240 | | 240 | |
| CPT | 14"(Local) | 100 | 100 | | 100 | 12 | 140 | 117 | 0 | 117 | 35 | | 130 | | 130 | | | 130 | | 130 | |
| | 14"(Import) | | 80 | | 80 | | | 70 | | 70 | | | 70 | | 70 | | | 70 | | 70 | |
| | 15"(Local) | 246 | 238 | 100 | 138 | 24 | 250 | 236 | 90 | 146 | 38 | | 280 | | 280 | | | 350 | | 350 | |
| | 15"(Local) | | 320 | | 320 | | | 370 | | 370 | | | 350 | | 350 | | | 250 | | 250 | |
| | 17"(Local) | | 0 | | 0 | 40 | | 30 | 0 | 30 | 10 | | 70 | | 70 | | | 70 | | 70 | |
| | 17"Import) | | 350 | | 350 | | | 350 | | 350 | | | 350 | | 350 | | | 350 | | 350 | |
| Orion | 14"(Import) | | 34 | | 34 | | | 0 | | 0 | | | 0 | | 0 | | | 0 | | 0 | |
| | 15"(Import) | | 100 | | 100 | | | 110 | | 110 | | | 110 | | 110 | | | 90 | | 90 | |
| | 17"(Import) | | 55 | | 55 | | | 60 | | 60 | | | 65 | | 65 | | | 65 | | 65 | |
| BMCC | 14"(Local) | | | | | | | | | | | | | | | | | | | | | |
| IRICO | 15"(Local) | 76 | 118 | 108 | 10 | 17 | 80 | 97 | 97 | 0 | 0 | 85 | 85 | 85 | 0 | 0 | 90 | 90 | 90 | 0 | 0 |
| LG | 15"(Import) | | 105 | | 105 | | | 126 | | 126 | | | 125 | | 125 | | | 115 | | 115 | |
| | 17"(Import) | | 163 | | 163 | | | 151 | | 151 | | | 150 | | 150 | | | 140 | | 140 | |

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00031072.01E

Translation

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 14"(Local) | 256 | 256 | 90 | 166 | 12 | 280 | 257 | 40 | 217 | 35 | 150 | 280 | 40 | 170 | 0 | 150 | 280 | 40 | 170 | 0 |
| | 14"(Import) | | 114 | 0 | 114 | | | 70 | 0 | 70 | | 0 | 70 | 0 | 70 | 0 | 0 | 70 | 0 | 70 | 0 |
| | 15"(Local) | 584 | 613 | 393 | 220 | 46 | 620 | 628 | 352 | 276 | 38 | 400 | 680 | 170 | 360 | 0 | 435 | 785 | 175 | 430 | 0 |
| | 15"(Import) | | 728 | 0 | 728 | | | 766 | 0 | 716 | 0 | 0 | 725 | 0 | 695 | 0 | 0 | 565 | 0 | 565 | 0 |
| | 17"(Local) | 128 | 130 | 70 | 60 | 10 | 150 | 200 | 110 | 90 | 10 | 120 | 260 | 60 | 130 | 0 | 120 | 260 | 60 | 130 | 0 |
| | 17"(Import) | | 893 | 0 | 893 | | | 851 | 0 | 801 | 0 | 0 | 855 | 0 | 805 | | 0 | 845 | 0 | 795 | 0 |
| | Total | 968 | 2734 | 553 | 2181 | 68 | 1050 | 2772 | 502 | 2170 | 83 | 670 | 2870 | 270 | 2230 | 0 | 705 | 2805 | 275 | 2160 | 0 |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

[Handwritten:]→ Fang-Yi Lin   *TL 4 pages*

## Y2K.Q3 C-MONITOR Q'TY SUMMARY IN MAINLAND

[Handwritten notes in left margin:]

| Customer | 14" | 15" | 17" | 19" | >= 19" | TOTAL |
|---|---|---|---|---|---|---|
| AOC | 525 | 1,360 | 770 | 125 | 0 | 2,780 |
| *EMC* | *170* | *500* | *580* | *115* | *1* | *1,366* |
| LITE-ON | 0 | 422 | 1,090 | 73 | 0 | *1,585* |
| PHS(SZ) | 130 | 305 | 460 | 5 | 0 | 900 |
| ADI | | | | | | |
| COMPAL | 3 | 400 | 250 | 16 | 13 | 682 |
| TSED | 32 | 690 | 113 | 0 | 0 | 835 |
| ACER | 30 | 300 | 210 | 5 | 0 | 545 |
| PHS(DG) | 0 | 253 | 100 | 0 | 0 | 353 |
| ROYAL | | | | | | |
| MAG | 0 | 105 | 195 | 25 | 0 | 325 |
| DELTA | 0 | 80 | 110 | 90 | 0 | 280 |
| IRICO | | | | | | |
| NPG | | | | | | |
| CGC | 70 | 150 | 20 | 0 | 0 | 240 |
| K-TRONICS | 184 | 26 | 120 | 0 | 0 | 330 |
| DW(Weihai) | | | | | | |
| XOC | 30 | 100 | 50 | 0 | 0 | 180 |
| SP-T | 55 | 205 | 150 | 0 | 0 | 410 |
| Q-RUN | | | | | | |
| HECM | 2 | 105 | 85 | 0 | 0 | 192 |
| LG(Tongchaung) | 5 | 114 | 218 | 0 | 0 | 337 |
| KFC | | | | | | |
| T-SOMA | | | | | | |
| FOUNDER | | | | | | |
| KTC | | | | | | |
| [Illegible]TS | | | | | | |
| GUANLI | | | | | | |
| BIGTIDE | | | | | | |
| OTHERS | | | | | | |
| **TOTAL** | 1236 | 5115 | 4521 | 454 | | 11,326 |
| % | 11% | 45% | 40% | 4% | | |

Left margin handwritten notes (top to bottom): P, P, P, S, P, C, C, C, P, P, P, P, S

[Handwritten notes at the bottom of the chart:]

The customer numbers that are not *CFM*ed in this chart will be *CHK*ed by *CPT/PHS/SDD* respectively, and then sent to *CPTF* to be completed.

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

Translation

[Page Intentionally Omitted]

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

# CPTF 业务部　　　洽　访　报　告

**会议主题：大陆 CDT 市场交流**

时间：'00/10/12　　　　　　地点：福州

与会人员：

CPTF：　吕处长　镜松，陈　经理时铭　余伟列　　　　IRICO：　姚军副部长

SDD：　鱼载善部长，杨真课长，崔军课长/TSDI,

LG：　　辛升烈副总经理/ 深圳办事处

ORION：朴明德/korea，金载吉　　代表/上海办事处　　　PHS：　刘东处长

内容：

一、'00. SEP-DEC 大陆 CDT 产销存数据交换（如附件一）

二、说明：

*1. SDI：*

- 14"/15"CDT 在大陆内销市场需求畅旺带动下销售达成良好，惟 17"CDT 主要受 Acer 订单为 "0" 影响面临库存压力（表示 现已放弃对 Acer 内、外销 1:1 配售要求仍无订单）。另表示'00 年 SDI 全球 CDT 产量预估将达到 26m。

- 受韩国 15"CDTx1L 停产转线（为 17"RF）影响，致本月交货到大陆数量较原预测减半；至'01.Q1 止，SDI 17"CDT(RF) 生产线计有 4Lines Capa :600k/m)，分布于大陆深圳 TSDIx1/韩国 suwanx2Lines 及 suanx2Lines，预计明年 SDI 总计将有 **17"RF/19"x8Lines** 稼动。

- 在大陆 TV-BULB 利基驱动下，深圳赛格三星（SEG）玻壳供应以大屏幕 TV-BULB 及 17"CDT-BULB 量产为主，而在 14"/15"CDT-BULB 交货数量因此受限。

- 表示现 15"CDT 售价受到彩虹管挤压，惟彩虹仍无法在价格上正面配合整体产业之价格策略。

- 鱼部长表示，依其巴西厂资讯，南美市场 14"CM M/S 从年初 75% 衰退到目前约 45%。

*2. PHS：*

- 台湾 CDTx3L（14"x1L，15x2L）迁移线目前陆续从 10 月起陆续开始 M/P，惟现受大陆政府内销制约压力，该部分产量仍以外销方式为主；其中以 17"CDT 取代原 14"CDT 内销 quota 以争取占有国内市场，即 14"从 10 月起将暂无内销份额。

- 另台湾现 2 线确定 10 月开始拆、迁线到大陆，量产尺寸规划目标为 15"/17"(Normal&Flat)/19"CDT。

*3.　IRICO(彩虹电子)：*

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031070

- 在内销市场需求趋旺及其低价诱单下，大陆内需交易客户数有所拓展（部分系其外销市场订单），15"CDT 整体库存状况有所降低；惟表示现面临 15"CDT-BULB 供应不足限制，目前其在市场价格方面仍我行我素，仍未依市场共识调整价格。
- 另表示由于考虑目前大陆市场低价 IT 产品的盛行，及与 TSB 以市场换技术（17"RF）仍未达成供识，致 17"CDT 整体合资案将 Delay。

4. ORION：
- 表示后续面临 14"/15"玻壳供应问题，即使大陆安阳 14"bulb 由于品质状况(core) 仍将安排量试 10k 予客户确认。
- 9 月在玻壳供应供应不及下，只好以 Rework 方式弥补产出不足。
- 另计划于'00.12/E 导入 17"CDT(RF)管量产，以期提高产线效益；目前韩国产线设置为：14"/15"x1；17"x1.5；19"x0.5。
- 表示大字今年全球 CDT 产量约 6m，明年约 7m。

5.   LG：
- 受 TRL/KFC 财务及或订单影响，15"/17"均较预期减少 50－60k；后续在 AOC 订单下跌影响下，亦恐 Q4 目标订单达成。
- 表示目前其 CDT 客户主要为 LG/SEC/AOC/VSETEL，今年 CDT 目标产量为 18m。
- 现 其 生 产 线 设 置 为 ①（耀×8Lines    ）： 15"/17"x2Lines；17"x4Lines(17"RFx1)；17"/19"x1L；19"x1L。② (Walze×2, 15"x0.5 17"x1.5)

三、下次会议主题：
1. 17"RF demand/supply(including p'ro line&q'ty)
2. '01.sales idea(price/q'ty...etc)
3. MKT expection (Lcd/other parts)

四、下次 CDT 会议预计于 11/09 PM2:00 由华飞在南京主办。

-以上报告-

呈

经理

处长

总经理

| Mfr | Type | 09 Prod | 09 Ttl | 09 Local | 09 Export | 09 E/s | 10 Prod | 10 Ttl | 10 Local | 10 Export | 10 E/s | 11 Prod | 11 Ttl | 11 Local | 11 Export | 11 E/s | 12 Prod | 12 Ttl | 12 Local | 12 Export | 12 E/s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Philips | 14"(Local) | 81 | 81 | 45 | 36 | 0 | 60 | 60 | | 60 | 0 | 70 | 70 | | 70 | 0 | 70 | 70 | | 70 | 0 |
| | 15"(Local) | 92 | 92 | 92 | 0 | 0 | 130 | 130 | 80 | 50 | 0 | 150 | 150 | | 150 | 0 | 180 | 180 | | | 0 |
| | 15"(Import) | | 83 | | 83 | | | 50 | | | | | 30 | | | | | | | | |
| | 17"(Local) | | | | | | 40 | 80 | 50 | 30 | 10 | | 70 | | 70 | | | 70 | | 60 | |
| | 17"(Import) | | 95 | | 95 | | | 50 | | | | | 50 | | 50 | | | 50 | | 50 | |
| SDI | 14"(Local) | 75 | 75 | 45 | 30 | 0 | 80 | 80 | 40 | 40 | 0 | 80 | 80 | 40 | 40 | 0 | 80 | 80 | 40 | 40 | 0 |
| | 15"(Local) | 170 | 165 | 93 | 72 | 5 | 160 | 165 | 85 | 80 | 0 | 165 | 165 | 85 | 80 | 0 | 165 | 165 | 85 | 80 | 0 |
| | 15"(Import) | | 120 | | 120 | | | 110 | | 110 | | | 110 | | 110 | | | 110 | | 110 | |
| | 17"(Local) | 128 | 130 | 70 | 60 | 10 | 110 | 120 | 60 | 60 | 0 | 120 | 120 | 60 | 60 | 0 | 120 | 120 | 60 | 60 | 0 |
| | 17"(Import) | | 230 | | 230 | | | 240 | | 240 | | | 240 | | 240 | | | 240 | | 240 | |
| CPT | 14"(Local) | 100 | 100 | 100 | 0 | 12 | 140 | 117 | 0 | 117 | 35 | | 130 | | 130 | 35 | | 130 | | 130 | |
| | 14"(Import) | | 80 | | 80 | | | 70 | | 70 | | | 70 | | 70 | | | 70 | | 70 | |
| | 15"(Local) | 246 | 238 | 100 | 138 | 24 | 250 | 236 | 90 | 146 | 38 | | 280 | | 130 | 38 | | 350 | | 350 | |
| | 15"(Import) | | 320 | | 320 | | | 370 | | 370 | | | 350 | | 350 | | | 250 | | 250 | |
| | 17"(Import) | | 350 | | 350 | | | 350 | | 350 | | | 350 | | 350 | | | 350 | | 350 | |
| Orion | 14"(Import) | | 34 | | 34 | | | 0 | | 0 | | | 0 | | | | | 0 | | | |
| | 15"(Import) | | 100 | | 100 | | | 110 | | 110 | | | 110 | | 110 | | | 90 | | 90 | |
| | 17"(Import) | | 55 | | 55 | | | 60 | | 60 | | | 65 | | 65 | | | 65 | | 65 | |
| BMCC | 14"(Local) | | | | | | | | | | | | | | | | | | | | |
| IRICO | 15"(Local) | 76 | 118 | 108 | 10 | 17 | 80 | 97 | 97 | 0 | 0 | 85 | 85 | 85 | | | 90 | 90 | 60 | | |
| LG | 15"(Import) | | 105 | | 105 | | | 126 | | 126 | | | 125 | | 125 | | | 115 | | 115 | |
| | 17"(Import) | | 163 | | 163 | | | 151 | | 151 | | | 150 | | 150 | | | 140 | | 140 | |
| Total | 14"(Local) | 256 | 256 | 90 | 166 | 12 | 280 | 257 | 40 | 217 | 35 | 150 | 280 | 40 | 170 | 35 | 150 | 280 | 40 | 170 | 0 |
| | 14"(Import) | | 114 | | 114 | | | 70 | | 70 | | | 70 | | 70 | | | 70 | | 70 | 0 |
| | 15"(Local) | 584 | 613 | 393 | 220 | 46 | 620 | 628 | 352 | 276 | 38 | 400 | 680 | 170 | 360 | 38 | 435 | 785 | 175 | 430 | 0 |
| | 15"(Import) | | 728 | | 728 | | | 766 | | 716 | | | 725 | | 695 | | | 565 | | 565 | 0 |
| | 17"(Local) | 128 | 130 | 70 | 60 | 10 | 150 | 200 | 110 | 90 | 10 | 120 | 260 | 60 | 130 | 10 | 120 | 260 | 60 | 130 | 0 |
| | 17"(Import) | | 893 | | 893 | | | 851 | | 801 | | | 855 | | 805 | | | 845 | | 795 | 0 |
| | Total | 968 | 2734 | 553 | 2181 | 68 | 1050 | 2772 | 502 | 2170 | 83 | 670 | 2870 | 270 | 2230 | 83 | 705 | 2805 | 275 | 2160 | 0 |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031072

*四共专仪 7L 4 pics*

# Y2K.Q3 C-MONITOR Q'TY SUMMARY IN MAINLAND

| 客户 | 14" | 15" | 17" | 19" | >=19" | TOTAL |
|---|---|---|---|---|---|---|
| AOC | 525 | 1360 | 770 | 125 | 0 | 2780 |
| *EMC* | *170* | *500* | *580* | *115* | *1* | *1366* |
| LITE-ON | 0 | 422 | 1090 | 73 | 0 | *1585* |
| PHS(SZ) | 130 | 305 | 460 | 5 | 0 | 900 |
| ADI | | | | | | |
| COMPAL | 3 | 400 | 250 | 16 | 13 | 682 |
| TSED | 32 | 690 | 113 | 0 | 0 | 835 |
| ACER | 30 | 300 | 210 | 5 | 0 | 545 |
| PHS(DG) | 0 | 253 | 100 | 0 | 0 | 353 |
| ROYAL | | | | | | |
| MAG | 0 | 105 | 195 | 25 | 0 | 325 |
| DELTA | 0 | 80 | 110 | 90 | 0 | 280 |
| IRICO | | | | | | |
| NPG | | | | | | |
| CGC | 70 | 150 | 20 | 0 | 0 | 240 |
| K-TRONICS | 184 | 26 | 120 | 0 | 0 | 330 |
| DW(威海) | | | | | | |
| XOC | 30 | 100 | 50 | 0 | 0 | 180 |
| SP-T | 55 | 205 | 150 | 0 | 0 | 410 |
| Q-RUN | | | | | | |
| HECM | 2 | 105 | 85 | 0 | 0 | 192 |
| LG(同创) | 5 | 114 | 218 | 0 | 0 | 337 |
| KFC | | | | | | |
| T-SOMA | | | | | | |
| FOUNDER | | | | | | |
| KTC | | | | | | |
| TS | | | | | | |
| GUANLI | | | | | | |
| BIGTIDE | | | | | | |
| OTHERS | | | | | | |
| TOTAL | 1236 | 5115 | 4521 | 454 | | 11326 |
| % | 11% | 45% | 40% | 4% | | |

*表中未CFM 客户数量由 CPT/PHS/SDD 专员再 CMK 为汇于CPT发成.*

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031073



CONFIDENTIAL - GRAND JURY MATERIAL

EXHIBIT 40

June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00031088E – CHU00031091E.

_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

[Handwritten:] →Manager Du                    Chung/Yu

*CPTF* Sales Department Visitation Report

Meeting Topic:    China *CDT* Market Information Exchange

Date:             '00/11/09

Location:         Nanjing

Attendees:    *CPTF*:    Director Jing-Song (Jason) Lu, Wei-Lie Yu
              *IRICO*:   Vice Department Manager Hu-Shan Zhang
              *SDD*:     Department Manager Zai-Shan Yu, Section Chief
                         Zhen Yang, Section Chief Jun Cui/*TSDI*
              *LG*:      Vice President Sung -Yuol Shin/Shenzhen Office
              *ORION*:   Myong-Doek Park/*korea*, Jae-Guil Kim
                         Representative Gang Chen'*R* / Shanghai Office
              *PHS*:     Xiu-Hua Li, Director Dong Liu, Yi Wang
              *BMCC*:    Manager Xin-Wen Huang, Juan Zhu

Content:

I.    *OCT* 2000 ~ *JAN* 2001 China *CDT* Production, Sales and Inventory Data
Exchange (see Appendix I).

II.   Explanations:

1.  *SDI*:
    ● 14"/15" *CDT*: Sales are doing well, driven by strong China domestic market
      demand and the increase in Tianjin Samsung Electronics' orders for 15" *CM*.
      However, sales for 17" *CDT* were not as expected due to a decrease in orders
      from major customers. (In addition, there was a production halt this month
      due to an *audit.)*

    ● Shenzhen's 2nd *CDT* production line (17" *normal/RF*) will start *M/P* in April
      of next year.

    ● *SDI* will only maintain 1.5*L* of 14"*CDT* production lines next year (Shenzhen
      x 0.5*L*; Malaysia × 0.5*L*; Brazil × 0.5*L*). They also indicated that next year
      *SDI* will have *CDT* × 17.5 Lines worldwide with a total production capacity
      of 33.4*m*.

2.  *PHS*:
    ● Driven by China's strong domestic sales demand, the sales of Huafei's
      14"/15"/17" *CDT*s are booming. Taiwan's 15" *CDT* × 2*L* will start
      relocating in October and are expected to begin mass production in March

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

Translation

2001. Starting from *Q*2 in '01, Huafei will have a total of *CDT* × 7*Lines* (14" × 1*L*, 15" × 4*L*, 17" × 2*L*). Due to the moving of production line from Taiwan, Huafei is actively applying for a domestic sales *quota*.

- Next year, Philips will have a total of *CDT* × 16*Lines* with a total production capacity of 12.8*m*.

3. *IRICO* (IRICO Group Electronics Company Limited)
- In light of the extremely high demand of the domestic market and its low price incentives to attract orders, their 15" inventory in October was 0 for the first time. Though its production capacity may reach 150*k/m*, it was temporarily unable to sufficiently increase production volume to meet market demand because of an undersupply of glass bulbs (currently, their sources of glass bulbs are SAE, material provided by Toshiba, and self-production).

- Other than their original customers (*irico-royal*: 20-30*k/m*; Weihai Daewoo: 15-20*k/m*; Beijing Founder Electronics Co.:10-20*k/m*; and China Great Wall Computer Group Co: 10-20*k/m*), they have now successively brought in Xiamen Overseas Chinese Electronic Co (10-15*k/m*), Nanjing Toptry Information Industry Group Co *Lg* (10*k/m*) and *Acer* (in the middle of *p/p*). The current selling price of 15" (83×01) is around *RMB*550/*USD*53 (*INDEX*: calculated by 10.3).

- Due to a change in their top management, the issue of a joint venture with *TSB* on *CDT* will be renegotiated. They expect that the original 17"*CDT* project will be changed to 15"*CDT* (This will be carried out by moving the old line fromToshiba. They're expecting to bring in mass production during the 2nd *half* of 2001.)

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00031088.02E

Translation

[Handwritten:]→Manager Du

4. *ORION*:
- After testing, the 14" *bulb* of China Henan Anyang Color Picture Tube Inc. still exhibits quality problems. Both sides are working on improvements and reviews. Due to quality problems with glass bulbs, Beijing Orient Top Victory Electronics temporarily stopped buying tubes from Daewoo in October and November.

- They indicated that currently the tubes delivered to China are mainly to supply for the demand of *AOC* (15" *CDT* is primarily *MINI*).

- The distribution of *CDT* production lines for the next year will be: 14"/15" (*mini*) × 1*L*, 15"/17" (*RF*) × 1*L*, 17"×1.5", 19" × 0.5*L*.

5. *LG*:
- They indicated that currently around 60% of the 15"/17" *CDT* tubes delivered to China are supplied to *AOC*. However, delivery has been affected by recent weakening in *AOC* demand.

- They indicated that their joint venture factory in Changsha (15"/17" *CDT* × 1*L*) plans to start *M/P* in August of next year (which is expected to provide samples in May) with an anticipated production volume of only 400*k*. In regards to domestic sales, *LG* stated that it is currently negotiating with the local government (the original investment application was for export only) and expecting to be able to obtain an approval for at least a portion of domestic sales. [Handwritten:] For 2001, 17"/ 19" flat tube totals: *FLATRON* × 3*L*, *SHADOW MASK* × 1*L*

- *LG* said that its 19" *RF* production volume was 3*k* in October and 30*k* in November.

6. *BMCC*:
They indicated that they expect to bring in 15"/17" × 1*L* in October, 2001 and 17" × 1*L* in December, 2002. This is planned to be carried out by moving ~~*MAT*~~ *MEC*'s [Crossed and revised by hand] old production lines.

III. *W/W* 17" *Flat Line status* for 2001:

| Vendor | PHS | CPT | LG | ORN | SDI | TOTAL |
|--------|-----|-----|-----|-----|-----|-------|
| Line q'ty | 2 (2nd half begins) | ⑤ | 4 | 0.5 | 8 | 18 |

(In response to a request by *ORION/SDI*, 17"*RF* tube production capabilities and sales targets for 2001 for each maker will be provided.)

[Circled by hand number "5" with a hand drawn arrow connecting to handwritten note]
[Handwritten: "*CPT* must re-confirm before submitting."]

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

IV.   Topics for the next meeting:
1.   17"*RF demand/supply (including p'ro line & q'ty)*
2.   2001 *sales idea (price/q'ty…etc)*
3.   *MKT expectation (Lcd/other parts)*

V.    *CMT INDUSTRISL* [sic] *ROAD MAP IN CHINA*: (see the attachment)

IV.   The next *CDT* meeting is scheduled to be hosted by IRICO in Xi'an on December 7 at 3:00 *PM*.

- End of Report -

[Handwritten:] *PHS* thought that China *GLASS MEETING*s are too frequent and asked to change them to once every two months. If confirmed, it would be implemented starting in 2001.

Submitted respectfully to:
           The Manager
           The Director
           The President
[Handwritten:] Sales Department, Director Cheng/Vice President

                        [Signed:]  Afan Tseng, on behalf of [illegible]  11/13
                              [Initialed:] Jing-Song (Jason) Lu 11/13 '00
                              [Signed:] Submitted by Wei-Lie Yu 11/10 '00

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                        CHU00031089.02E
                                                      Translation

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00031090E

Translation

| | Type | Prod | '00.10.Sale | | | E/s | Prod | '00.11.Sale | | | E/s | Prod | '00.12.Sale | | | E/s | Prod | '01.01.Sale | | | E/s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ttl | Local | Export | | | Ttl | Local | Export | | | Ttl | Local | Export | | | Ttl | Local | Export | |
| Philips | 14"(Local) | 41 | 38 | 0 | 38 | 3 | 50 | 50 | 0 | 50 | 3 | 60 | 61 | 0 | 61 | 2 | 50 | 50 | 0 | 50 | 2 |
| | 15"(Local) | 120 | 113 | 81 | 32 | 7 | 130 | 130 | 80 | 50 | 7 | 150 | 150 | 80 | 70 | 7 | 130 | 130 | 80 | 50 | 7 |
| | 15"(Import) | | 20 | | 20 | | | 0 | | 0 | | | 0 | | 0 | | | 0 | | 0 | |
| | 17"(Local) | 50 | 50 | 50 | 0 | 0 | 55 | 55 | 55 | 0 | 0 | 70 | 70 | 70 | 0 | 0 | 50 | 50 | 50 | 0 | 0 |
| | 17"(Import) | | 52 | | 52 | | | 50 | | 50 | | | 50 | | 50 | | | 50 | | 50 | |
| SDI | 14"(Local) | 80 | 80 | 40 | 40 | 0 | 90 | 90 | 50 | 40 | 0 | 85 | 85 | 40 | 45 | 0 | 80 | 80 | 40 | 40 | 0 |
| | 15"(Local) | 162 | 160 | 75 | 85 | 7 | 150 | 157 | 77 | 80 | 0 | 160 | 160 | 80 | 80 | 0 | 120 | 120 | 60 | 60 | 0 |
| | 15"(Import) | | 110 | | 110 | | | 110 | | 110 | | | 110 | | 110 | | | 110 | | 110 | |
| | 17"(Local) | 100 | 100 | 40 | 60 | 10 | 60 | 70 | 40 | 30 | 0 | 70 | 70 | 40 | 30 | 0 | 40 | 40 | 20 | 20 | 0 |
| | 17"(Import) | | 257 | | 257 | | | 240 | | 240 | | | 230 | | 230 | | | 240 | | 240 | |
| CPT | 14"(Local) | 120 | 90 | 0 | 90 | 42 | 100 | 90 | 0 | 90 | 52 | 90 | 90 | | 90 | | 90 | 90 | | 90 | |
| | 14"(Import) | | 40 | | 40 | | | 20 | | 20 | 44 | | 20 | | 20 | | | 20 | | 20 | |
| | 15"(Local) | 260 | 240 | 30 | 210 | 44 | 270 | 270 | 100 | 170 | | 300 | 300 | | 300 | | 300 | 320 | | 320 | |
| | 15"(Import) | | 330 | | 330 | | | 330 | | 330 | 0 | | 180 | | 180 | | | 100 | | 100 | |
| | 17"(Local) | 40 | 30 | 30 | 0 | 10 | 60 | 70 | 30 | 40 | | 120 | 120 | | 120 | | 100 | 100 | | 100 | |
| | 17"(Import) | | 320 | | 320 | | | 320 | | 320 | | | 280 | | 280 | | | 280 | | 280 | |
| Orion | 14"(Import) | | 10 | | 10 | | | 24 | | 24 | | | 24 | | 24 | | | | | | |
| | 15"(Import) | | 85.1 | | 85.1 | | | 100 | | 100 | | | 85 | | 85 | | | | | | |
| | 17"(Import) | | 61 | | 61 | | | 60 | | 60 | | | 50 | | 50 | | | | | | |
| BMCC | 14"(Local) | | | | | | | | | | | | | | | | | | | | |
| IRICO | 15"(Local) | 80 | 97 | 97 | 0 | 0 | 85 | 85 | 85 | 0 | 0 | 90 | 90 | 90 | 0 | 0 | | | | | 0 |
| LG | 15"(Import) | | 120 | | 120 | | | 120 | | 120 | | | 120 | | 120 | | | 107 | | 107 | |
| | 17"(Import) | | 140 | | 140 | | | 140 | | 140 | | | 135 | | 135 | | | 125 | | 125 | |
| Total | 14"(Local) | 241 | 208 | 40 | 168 | 45 | 240 | 230 | 50 | 180 | 55 | 235 | 236 | 40 | 196 | 2 | 220 | 220 | 40 | 180 | 2 |
| | 14"(Import) | | 50 | | 50 | 0 | 0 | 44 | | 44 | 0 | 0 | 44 | | 44 | 0 | 0 | 20 | | 20 | 0 |
| | 15"(Local) | 622 | 610 | 283 | 327 | 58 | 635 | 642 | 342 | 300 | 51 | 700 | 700 | 250 | 450 | 7 | 550 | 570 | 140 | 430 | 7 |
| | 15"(Import) | | 665 | 0 | 665.1 | | | 660 | 0 | 660 | 0 | 0 | 495 | 0 | 495 | 0 | 0 | 317 | 0 | 317 | 0 |
| | 17"(Local) | 190 | 180 | 120 | 60 | 20 | 175 | 195 | 125 | 70 | 0 | 260 | 260 | 110 | 150 | 0 | 190 | 190 | 70 | 120 | 0 |
| | 17"(Import) | | 830 | 0 | 830 | | | 810 | 0 | 810 | 0 | 0 | 745 | 0 | 745 | 0 | 0 | 695 | 0 | 695 | 0 |
| | Total | 1053 | 2,543 | 443 | 2,100 | 123 | 1,050 | 2,581 | 517 | 2,064 | 106 | 1,195 | 2,480 | 400 | 2,080 | 9 | 960 | 2,012 | 250 | 1,762 | 9 |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00031091E
Translation

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00031091E

Translation

 

# CPTF 业务部　　洽　访　报　告

**会议主题**：大陆 CDT 市场交流
时间：'00/11/09　　　　　地点：南京
与会人员：
CPTF：吕处长　镜松，余伟列　　IRICO：张虎山副部长
SDD：　鱼载善部长，杨真课长，崔军课长/TSDI,
LG：　　辛升烈副总经理/ 深圳办事处
ORION：朴明德/korea，金载吉誓，陈钢'R 代表/上海办事处
PHS：李修华，刘东处长，王毅。　　BMCC：黄新闻经理，朱娟。

内容：

一、'00.OCT-'01.JAN 大陆 CDT 产销存数据交换(如附件一)

二、说明：
**1. SDI：**
- 14"/15"CDT 在大陆内销市场需求畅旺及天津三星电子 15"CM 订单增加带动下销售均达成良好，惟 17"CDT 受主要客户减单影响销售仍不尽人意(亦了解本月停产 audit 事宜)。
- 深圳 2nd CDT 生产线(17" normal/RF)将于明年 4 月开始 M/P。
- 明年 SDI 14" CDT 生产线仅维持 1.5L(深圳 x0.5L;马来西亚 x0.5L;巴西 x0.5L);并表示明年 SDI 全球 CDTx17.5L,累计产能为 33.4m。

**2. PHS：**
- 籍大陆内销需求旺盛，华飞 14"/15"/17" CDT 畅销两旺。台湾 15"CDTx2L 从 10 月开始迁移，预计'01.3 月开始量产；即'01.Q2 起华飞计有 CDTx7Lines (14"x1L, 15"x4L,17" x2L)。台湾所移转生产线涉及之内销 quota 问题华飞亦在积极申请中。
- 明年飞利浦累计 CDTx16Lines,累计产能为：12.8m。

**3.　IRICO(彩虹电子)：**
- 在内销市场需求趋旺及其低价诱单下，10 月首度 15" 库存为 0；虽其产能可达 150k/m,惟受玻壳供应不足影响(目前其玻壳来源为上海旭电子/由东芝提供材料/自制)，暂无法因应市场需求充分提高产量。
- 彩虹除原有客户(irico-royal：20-30k/m;威海大宇：15-20k/m;北大方正:10-20k/m; 长城电子：10-20k/m)外，目前已相继导入厦华电子(10-15k/m);南京同创 Lg(10k/m);Acer(p/p 中)。目前售价 15"(83x01)为：RMB550/USD53(INDEX:10.3 计)左右。
- 由于彩虹高层人员变更，原与 TSB 合资 CDT 事宜将重新再议，预计将由原 17"CDT 项目改为 15"CDT(由东芝以旧线迁移方式进行，预计于'01/2ndhalf 导入量产)。

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031088

*一句話總理*

**4.  ORION:**

● 大陆安阳 14" bulb 经量试由于仍存在品质问题，双方安排改善检讨中。据洽东方冠捷，因玻壳品质问题，10-11 月均暂无购买大宇管。

● 表示目前交大陆之映管主要供 AOC 需求为主(15" CDT 以 MINI 为主)。

● 明年其 CDT 生产线分布为：14"/15" (mini)x1L;15"/17" (RF)x1L;17"x1.5";19"x0.5L.

**5.  LG：**

● 表示目前交货到大陆的 15"/17" CDT 约 60%左右系交 AOC，惟表示近期因 AOC 需求减弱而交货亦受影响。

● 表示长沙合资厂(15"/17" CDTx1L)预计于明年 8 月开始 M/P(5 月预计提供样品)，预计产量仅为 400k；关于内销事宜，LG 表示目前正与地方政府协调中(原投资申请案中系为外销)，预计至少可获部分内销。*'01年10"/19"求的才合计*

● 另 LG 表示其 19" RF 产量为 10/3k; 11/30k.  *FLA TRON x 3L , SHADOW MASK x 1L*

**6.  BMCC：**表示预计'01.10 导入：15"/17" x1L;'02.12 导入：17" x1L.预计系迁移 ~~MAT~~ 旧线方式进行。
*MEC*

三、W/W '01 年 17" Flat Line status:

| Vendor | PHS | CPT | LG | ORN | SDI | Total |
|--------|-----|-----|-----|-----|-----|-------|
| Line q'ty | 2(2nd half 开始) | (5) | 4 | 0.5 | 8 | 18 |

(应 ORION/SDI 要求，下次会议提供各家 17"RF 管产能及'01.销售目标)

*√ Cpt 必须再确认再改善提供。*

四、下次会议主题:

1. 17"RF demand/supply(including p'ro line&q'ty)
2. '01.sales idea(price/q'ty…etc)
3. MKT expection (Lcd/other parts)

五、CMT INDUSTRISL ROAD MAP IN CHINA： (如附件)

四、下次 CDT 会议预计于 12/07 PM3:00 由彩虹在西安主办。

-以上报告-  *PHS提各大陆之GLASS MEETING 太频繁，要求改成每两个月一次，但须总是由01年起实施。*

敬呈

　　经理

　　处长

　　总经理



CMT Industrial Road Map - China

CONFIDENTIAL - GRAND JURY MATERIAL

| Mfr | Type | Prod | '00.10.Sale Ttl | Local | Export | E/s | Prod | '00.11.Sale Ttl | Local | Export | E/s | Prod | '00.12.Sale Ttl | Local | Export | E/s | Prod | '01.01.Sale Ttl | Local | Export | E/s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Philips | 14"(Local) | 41 | 38 | 0 | 38 | 3 | 50 | 50 | 0 | 50 | 3 | 60 | 61 | 0 | 61 | 2 | 50 | 50 | 0 | 50 | 2 |
|  | 15"(Local) | 120 | 113 | 81 | 32 |  | 130 | 130 | 80 | 50 |  | 150 | 150 | 80 | 70 |  | 130 | 130 | 80 | 50 |  |
|  | 15"(Import) |  | 20 |  | 20 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 17"(Local) | 50 | 50 | 50 | 0 | 0 | 55 | 55 | 55 | 0 | 0 | 70 | 70 | 70 | 0 | 0 | 50 | 50 | 50 | 0 | 0 |
|  | 17"(Import) |  | 52 |  | 52 |  |  | 50 |  | 50 |  |  | 50 |  | 50 |  |  | 50 |  | 50 |  |
| SDI | 14"(Local) | 80 | 80 | 40 | 40 | 0 | 90 | 90 | 50 | 40 | 0 | 85 | 85 | 40 | 45 | 0 | 80 | 80 | 40 | 40 | 0 |
|  | 15"(Local) | 162 | 160 | 75 | 85 |  | 150 | 157 | 77 | 80 |  | 160 | 160 | 80 | 80 |  | 120 | 120 | 60 | 60 |  |
|  | 15"(Import) |  | 110 |  | 110 |  |  | 110 |  | 110 |  |  | 110 |  | 110 |  |  | 110 |  | 110 |  |
|  | 17"(Local) | 100 | 100 | 40 | 60 | 10 | 60 | 70 | 40 | 30 |  | 70 | 70 | 40 | 30 |  | 40 | 40 | 20 | 20 |  |
|  | 17"(Import) |  | 257 |  | 257 |  |  | 240 |  | 240 |  |  | 230 |  | 230 |  |  | 240 |  | 240 |  |
| CPT | 14"(Local) | 120 | 90 | 0 | 90 | 42 | 100 | 90 | 0 | 90 | 52 | 90 | 90 | 0 | 90 | 0 | 90 | 90 | 0 | 90 | 0 |
|  | 14"(Import) |  | 40 |  | 40 | 58 |  | 20 |  | 20 | 51 |  | 20 |  | 20 | 7 |  | 20 |  | 20 | 7 |
|  | 15"(Local) | 260 | 240 | 30 | 210 |  | 270 | 270 | 100 | 170 |  | 300 | 300 | 0 | 300 |  | 300 | 320 | 0 | 320 |  |
|  | 15"(Import) |  | 330 |  | 330 |  |  | 330 |  | 330 |  |  | 180 |  | 180 |  |  | 100 |  | 100 |  |
|  | 17"(Local) | 40 | 30 | 30 | 0 | 10 | 60 | 70 | 30 | 40 |  | 120 | 120 | 0 | 120 |  | 100 | 100 | 0 | 100 |  |
|  | 17"(Import) |  | 320 |  | 320 |  |  | 320 |  | 320 |  |  | 280 |  | 280 |  |  | 280 |  | 280 |  |
| Orion | 14"(Import) |  | 10 |  | 10 |  |  | 24 |  | 24 |  |  | 24 |  | 24 |  |  |  |  |  |  |
|  | 15"(Import) |  | 85.1 |  | 85.1 |  |  | 100 |  | 100 |  |  | 85 |  | 85 |  |  |  |  |  |  |
|  | 17"(Import) |  | 61 |  | 61 |  |  | 60 |  | 60 |  |  | 50 |  | 50 |  |  |  |  |  |  |
| BMCC | 14"(Local) |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| IRICO | 15"(Local) | 80 | 97 | 97 | 0 | 0 | 85 | 85 | 85 | 0 |  | 90 | 90 | 90 | 0 |  |  |  |  |  |  |
| LG | 15"(Import) |  | 120 |  | 120 |  |  | 120 |  | 120 |  |  | 120 |  | 120 |  |  | 107 |  | 107 |  |
|  | 17"(Import) |  | 140 |  | 140 |  |  | 140 |  | 140 |  |  | 135 |  | 135 |  |  | 125 |  | 125 |  |

| Total | Type | Prod | '00.10.Sale Ttl | Local | Export | E/s | Prod | '00.11.Sale Ttl | Local | Export | E/s | Prod | '00.12.Sale Ttl | Local | Export | E/s | Prod | '01.01.Sale Ttl | Local | Export | E/s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 14"(Local) | 241 | 208 | 40 | 168 | 45 | 240 | 230 | 50 | 180 | 55 | 235 | 236 | 40 | 196 | 2 | 220 | 220 | 40 | 180 | 2 |
|  | 14"(Import) |  | 50 |  | 50 | 58 |  | 44 |  | 44 | 51 |  | 44 |  | 44 | 7 |  | 20 |  | 20 | 7 |
|  | 15"(Local) | 622 | 610 | 283 | 327 |  | 635 | 642 | 342 | 300 |  | 700 | 700 | 250 | 450 |  | 550 | 570 | 140 | 430 |  |
|  | 15"(Import) |  | 665 | 0 | 665.1 |  |  | 660 |  | 660 |  |  | 495 |  | 495 |  |  | 317 |  | 317 |  |
|  | 17"(Local) | 190 | 180 | 120 | 60 | 20 | 175 | 195 | 125 | 70 |  | 260 | 260 | 110 | 150 |  | 190 | 190 | 70 | 120 |  |
|  | 17"(Import) |  | 830 |  | 830 |  |  | 810 |  | 810 |  |  | 745 |  | 745 |  |  | 695 |  | 695 |  |
|  | Total | 1053 | 2543 | 443 | 2100 | 123 | 1050 | 2581 | 517 | 2064 | 106 | 1195 | 2480 | 400 | 2080 | 9 | 960 | 2012 | 250 | 1762 | 9 |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031091

EXHIBIT 41

**[TRANSLATION]**

[Handwritten:] Yu

*CPTF* Sales Department Visitation Report

Meeting Main Topic:   China *CDT* Market Exchange

Date:                    '00/12/07              Location: Xian

Meeting Attendees:    *PHS*: Director Dong Liu

*CPTF*: Wei-Lie Yu

*IRICO*: Assistant Section Chief Jun Yao, Gao-Wen Xu, Yuan Liang*'s*

*SDD*: Section Chief Zai-Shan Yu, Section Chief Zhen Yang, Section Chief Jun Cui/*TSDI*,

*LG*: President Zong-Wen Park, Vice President Sung Yuol Shin/Shenzhen Office

Content:

I.   '00. *NOV* - '01. *JAN* China *CDT* Production Sales/Inventory Data Exchange (see attachment 1).

II.  Details

1. *SDI*:
- Due to the effects of low season sales, both the Shenzhen and Tianjin factories <u>plan to stop production for 7-10 days in December</u> [Underlined by hand]. The estimate is that in January of '01, there will be up to 14 days of New Year holiday.

- The original plans to start channeling in the mass production of the 2*nd* Shenzhen *CDT* line (17" *normal/RF*, 19") next February has been <u>delay</u>ed to <u>March</u> [Underlined by hand] because the market situation is not good.

- *SDI* indicated that next year, it plans to win the following volumes in domestic sales: Shenzhen *SDI*x2500*k* (14"+17") *CDT*, Tianjin *SDI*x800*k* (30%x2.7*m*), a total of <u>about 3300*k*</u> [Underlined by hand].

2. *PHS*:
- Since the entire market is in a low trend, Huafei has requested that quality be top priority within the factory.   Therefore, it will maintain 60% production capacity utilization for its 15" *CDT* production volume.   It also does not ask for full production utilization of 14"/17".   It indicated that the new-year holiday next year would be about 7 days.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00031092.01E

- *PHS* indicated that its priority for 17" *CDT* output is to satisfy Philips Suzhou's demands.   It will just arrange sample acknowledgements or small volume tests for other customers.

- Taiwan has already relocated its 15"/17" x2*Lines*.   The estimate is that they will lead in mass production mid-year next year.   After it sees how Taiwan and Europe does with the introduction of 17" *RF* tubes, it will decide China's production volume and timetable.   It indicated that its plans for next year's <u>domestic sales volume would reach 50% of its total production volume</u> [Underlined by hand] (about 2300*k*).

- Additionally, *PHS* estimated that next year, its global *CM* growth rate would be about 9-10%.   <u>This year, the total volume will be about 112*m*</u> [Underlined by hand] (the estimated volume in the beginning of the year is 118*m*).

3. *IRICO* (IRICO):
- Following the low market trend and restricted glass supply, it will only maintain around 80*k* in production volume.

- It indicated that because there is still no consensus on the ratio of the joint venture with *TSB* (the issue of who will be the primary shareholder), the estimate is that the introduction of the new *CDT* will be delayed (Formerly estimated to introduce the 15" *CDT* for mass production in '01/2*ndhalf*).

4. *ORION*:
- After many improvements and volume trials, <u>the 14" *bulb*</u> [Underlined by hand] from Anyang, China has obtained official introduction.   <u>China's Huafei/Sansome/Daewoo have basically recognized and are using the Anyang *CDT* glass</u> [Underlined by hand].

- Because of quality problems with 17" *RF* tubes, estimates are that its official mass production will be delayed until December (Original plans were in November).   In addition, it indicated that *CDT* production volume is about 6*m*.   Next year it will be about 7*m* (these do not include *Mexico* productions).

5. *LG*:
- It estimates that Changsha's joint-venture factory (15"/17" *CDT* x 1*L*) will start *M/P* in August of next year (estimated to provide samples in May).   The estimated production volume is only 500*k*.   Regarding domestic sales, *LG* indicated that it is currently coordinating with the local government (the original investment

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

application was for exports).    The estimate is that it can at least obtain partial domestic sales.

- Additionally, *LG* indicated that its 19" *RF* production volume is 11/3$k$, 12/3$k$. 17" *Flatron* tube production volume is about 11/130$k$, 12/260$k$.    (In December, there will be another flat tube production line added for mass production).

- LG indicated that *ROYAL* has at least *USD 6m* in excess from payments received.    The value of the items in the *ROYAL* factory does not cancel out its debts.    *LG* does not want to use this to purchase *ROYAL*.    In addition, currently Hitachi Fujian and *AOC* are in the midst of competition, discussions, and mergers.

III. The General Situation of China's *CDT* Production Volume in Year '00 & '01:

1. China's Actual *CDT* Mass Production Situation in Year '00 (*Mpcs*):

|  | 14" | 15" | 17" | Total |
|---|---|---|---|---|
| SDI | 1.45 | 1.85 | 0.78 | 4.08 |
| CPT [Handwritten: "(  ) Actual internal data"] | 2 [Handwritten: "(1.84)"] | 2.7 [Handwritten: "(2.4)"] | 0.3 [Handwritten: "(0.22)"] | 5 [Handwritten: "(4.46)"] |
| PHS | 0.7 | 1 | 0.13 | 1.83 |
| IRICO | 0 | 1 | 0 | 1 |
| Total | 4.15 | 6.55 | 1.21 | 11.91 |

2. China's Estimated *CDT* Mass Production Situation in Year '01 (*Mpcs*):

|  | 14" | 15" | 17" | Total |
|---|---|---|---|---|
| SDI | 1 | 2.4 | 3 | 6.4 |
| CPT | 2 | 6 | 2 | 10 |
| PHS | 0.7 | 2.9 | 1.1 | 4.7 |
| IRICO | 0 | 1.2 | 0 | 1.2 |
| LG (Changsha) | 0 | 0.1 | 0.4 | 0.5 |
| Total | 3.7 | 12.6 | 6.5 | 22.8 |

IV. The General Situation of China's *CM* Market in Year '00 & '01 (*Mpcs*):

|  | 14" | 15" | 17" | 17" RF | Total |
|---|---|---|---|---|---|
| '00 | 2 | 4.5 | 1.5 | 0.5 | 8.5 |
| '01 | 1.6 | 5.5 | 2.8 | 1 | 10.9 |

V.  The next *CDT* meeting is planned to be on '01.02/08 3:00 *PM* in Beijing.

- End of report -

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00031093.01E

Respectfully submitted to
   Manager
   Director                 [Handwritten:] First submit to President
   President               *HQ* Director Cheng/Vice President

[Initialed:] Y.M. Peng *DEC* 12/2*k*

[Initialed:] Jing-Song (Jason) Lu 12/13'00

[Signed:] Shih-Ming (Maxim) Chen 12/12'00

[Signed:] Wei-Lie Yu 12/11'2*k*

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL        CHU00031093.02E

**CPTF 业务部      洽  访  报  告**

**会议主题：大陆 CDT 市场交流**

时间：'00/12/07          地点：西安

与会人员：

PHS：  刘东处长     CPTF：余伟列      IRICO：姚军副部长，徐高文，梁援's

SDD：  鱼载善部长，杨真课长，崔军课长/TSDI,

LG：   朴宗文总经理，辛升烈副总经理/ 深圳办事处

内容：

一、'00.NOV-'01.JAN 大陆 CDT 产销存数据交换(如附件一)

二、说明：

**1. SDI：**

● 受淡季销售影响，深圳厂及天津厂于 12 月均将计划停产 7-10 天。'01.1 月预计年假时间将达 14 天。

● 深圳 2nd 条 CDT 生产线(17" normal/RF、19")原计划于明年 2 月开始导入量产，现因市况不佳预计 delay 到 3 月。

● 表示明年内销计划争取量为深圳 SDIx2500k (14"+17") CDT；天津 SDIx800k(30%x2.7m),合计约 3300k。

**2. PHS：**

● 在整体市场趋淡下，华飞现要求厂内以品质为主，故 15" CDT 产量维持约 60%产能稼动。14"/17" 亦未要求满产稼动。表示明年年假时间为 7 天左右。

● 表示目前 17" CDT 产出以满足苏州飞利浦需求为主，其它客户仅安排样品承认及或小量试中。

● 台湾已拆迁 15"/17" x2Lines 预计于明年中导入量产，17"RF 管将视台湾及欧洲厂导入进度再决定大陆厂量产时间表；表示明年内销量计划达到总产量的 50%(约 2300k)。

● 另 PHS 预估明年全球 CM 成长率约 9-10%，今年总量约 112m(年初预计量为 118m)。

**3.   IRICO(彩虹电子)：**

● 在目前市场趋淡及玻壳供应限制下，后续均仅维持约 80k 左右的产量。

● 表示由于与 TSB 在合资比例上(谁占大股问题)仍未达成一致，预计新 CDT 导入案将延期(前预计于' 01/2ndhalf 导入 15" CDT 量产)。

**4.   ORION：**

● 经多次改善、量试，大陆安阳 14" bulb 已获其正式导入。即安阳 CDT 玻壳现已基本导入大陆华飞/三星/大宇承认使用。

● 17"RF 管因品质问题，预计将延到 12 月导入正式量产(原计划 11 月)；另表示今年 CDT 产量约 6m，明年约 7m(均未含其 Mexico 厂)。

**5.   LG：**

● 表示长沙合资厂(15"/17" CDTx1L)预计于明年 8 月开始 M/P(5 月预计提供样品)，预计产量仅为 500k；关于内销事宜，LG 表示目前正与地方政府协调中(原投资申请

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031092

- 案中系为外销），预计至少可获部分内销。
- 另 LG 表示其 19" RF 产量为 11/3k，12/3k；17" Flatron 管产量约为 11/130k,12/260k(即 12 月再增加一条平面管生产线量产)。
- 表示 ROYAL 逾收货款达 USD6m 以上，以 ROYAL 厂内现有物值资不抵债，LG 不愿以此入购 ROYAL，且现福建日立、AOC 亦在竞争洽议并购中。

三、'00 & '01 年大陆 CDT 产量概况：

1. '00.年大陆 CDT 量产实况(Mpcs)：

|  | 14" | 15" | 17" | 总计 |
|---|---|---|---|---|
| SDI | 1.45 | 1.85 | 0.78 | 4.08 |
| CPT（ ）内实际data | 2 (1.84) | 2.7 (2.4) | 0.3 (0.22) | 5 (4.46) |
| PHS | 0.7 | 1 | 0.13 | 1.83 |
| IRICO | 0 | 1 | 0 | 1 |
| 总计 | 4.15 | 6.55 | 1.21 | 11.91 |

2. '01.年大陆 CDT 预计产量状况(Mpcs)：

|  | 14" | 15" | 17" | 总计 |
|---|---|---|---|---|
| SDI | 1 | 2.4 | 3 | 6.4 |
| CPT | 2 | 6 | 2 | 10 |
| PHS | 0.7 | 2.9 | 1.1 | 4.7 |
| IRICO | 0 | 1.2 | 0 | 1.2 |
| LG(长沙) | 0 | 0.1 | 0.4 | 0.5 |
| 总计 | 3.7 | 12.6 | 6.5 | 22.8 |

四、'00. & '01.年大陆 CM 市场概况(Mpcs)：

|  | 14" | 15" | 17" | 17" RF | 总计 |
|---|---|---|---|---|---|
| '00. | 2 | 4.5 | 1.5 | 0.5 | 8.5 |
| '01. | 1.6 | 5.5 | 2.8 | 1 | 10.9 |

五、下次 CDT 会议预计于'01.02/08 PM3:00 由北松在北京主办。

-以上报告-

敬呈
　　经理
　　处长
　　总经理

CHU00031093

# EXHIBIT 42

**[TRANSLATION]**

<u>Visitation Report</u>

[Handwritten:] Appendix I
[Handwritten:] Fang-Yi Lin

Date:              February 22, 2001

Topic:             China *CDT* Market Information Exchange

Meeting Attendees:  *SDI*: Department Manager Zai-Shan Yu /Section Chief Zhen
                    Yang , Jun Cui (*TSDI*), Senior Manager Dong-Huang Xu

                    *LG*: Vice-President Sheng-Lie Xin/Shenzhen Office

                    *PHS*: Senior Manager Yan Huang

                    *BMCC*: Assistant Department Manager Xiao-Dong Liu, Senior
                    Manager Xin-Wen Huang, Section Chief Xiang-Chun Yi , Ms.
                    Jia Zhu

                    *IRICO*: Ms Xiao-Hong Zhen

                    *CPTF*: Director Lu, Shih-Ming (Maxim) Chen

Content:

I. Information Exchange of Data on Production, Sales and Inventory for the year 2000
and January to March, 2001 (see Appendix I):

II. Remarks:

1.  *SDI*:

    ● *SDI group*'s sales of *CDT*s in 2000 were 27*M,* and its sales target for 2001 is
      30*M.*   (In January it was around 1.7~1.8*M*, in February it was near 2*M*, and in
      March it was also near 2*M*.)   Its sales target for *SEC* is 16*M*. [*SEC*'s *monitor*
      sales target is 21*M* in 2001 (its internal target is even higher than 21*M*).]

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

- *SSDI* #3 has been *set up* on February 1st, which accommodates both 17" *RF* and 19" *normal* (starting August) [Underlined by hand].   Since the demand for 17" *RF* was not as expected, and its Korea-based factories can provide enough supply, the production of 17" *RF* has also been *delayed* (17" *normal M/P* in March).

- *SSDI/TSDI* each had a 10-day shut down in January.   But they said that since its major customers, such as *SEC, EMC, ACER, DALTA,* etc., are recovering relatively better (*SEC*'s 15" domestic sales are especially strong), its sales will increase again in March.

- *SDI* thinks that in 2001, in *china* it will exceed 50M, and the domestic sales of 17" *RF* models may reach 1.5*M*.

2. *PHS*:

- It currently has 5 production lines: 14" x 1, 15" x 3, 17" x 1.   Up to now, the line which relocated last year still has a poor production rate.   Taking 15" for example, the production of 3 lines were only 130~140*K/M* (One old line by itself could produce 70*K/M*).

- In May, one line each of 15" and 17" will be moved here.   Of these, the 17" line will be changed to 17" *RF* in *Q*4.

- Huafei's production/sales target in 2001 is 5*M* [Underlined by hand], of which it is estimated that 50% (that is 2.5*M*) will be sold to Suzhou Philips.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

- There is one 17" line, producing approximately 60*K/M,* all of which are for domestic sales.

  [Handwritten:] Fang-Yi Lin
- The validated samples submitted to Hyundai were mainly 15". Currently, 17" is supplied by *TW* factories.

*3. LG*

- In the first quarter, 70% of its China sales went to *AOC* (over 100*K* per month).

- In January, *Flatron* reached a balance between internal demand and supply.    In February, the supply exceeded the demand since *LG* Electronics' demand was reduced.    Furthermore, it plans to increase one line each in the first and second halves of 2001.    Thus, it *promote*s actively to *PHS*.

- *Easyflat* (*shadow mark*) can begin *M/P* in March. *AOC* has *P/P* validated.    The rest, such as *DELTA*, *NPG,* etc., are in the process of validation.

- Changsha <u>*LG*'s 15"/17" lines are expected to begin *M/P* in August</u> [Underlined by hand].    Year 2001's plan is 600*k*.    (15"/17" each 50%, and maximum of 15" will be 50%. 17" is the main product.)    All the sales go to Nanjing Toptry, because Toptry is domestic sales-oriented and hope to make as many purchases as possible domestically.

- *LG/PHS*'s new company headquarters is located in Hong Kong and its greater China headquarters is in Shanghai.    *SALES DIRECTOR* is *Jerry Lin.*    Asian branch headquarter is located in Seoul and *LG* is in charge.    *PHS* is in charge of America/Europe.

*4. IRICO*

- There is only one production line. Its production is based on the amount of orders.    The major customers are Irico, Daewoo, *TPV*, *LG*, Toptry and Xiahua.

- The negotiations on the 17" line with *TSB* have halted temporarily.    It is expected that the plan will be implemented in later half of the year.    The earliest possible time to start production will be the end of next year.

5. Kitamatsu

It plans to bring in the production line for 17" *RF* tubes.    The equipment will be transferred from Matsushita (Japan).

III. Next meeting is set for <u>4/12 at 3:00 *PM* and will be hosted by *CPTF* in Fuzhou</u> [Underlined by hand].

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

- End of Report -

Submitted respectfully to the Director
Submitted respectfully to the President

Submitted respectfully to Senior Manager Yeh/Director Cheng/Assistant Manager

[Initialed:] [Illegible] *Mar*ch, 05, '01

[Submitted by:] Employee Shih-Ming (Maxim) Chen
2001. 3/2

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL             CHU00031108.02E

ATTN:   Ming-Hui Xu        CPTF / Xiao Yu        [Illegible]

INFORMATION OF PSI                                                                                   Unit:   kpcs

| | | Whole Year of 2000 | | | | | Actual Result of 2001 | | | | | Plan of February, 2001 | | | | | Plan of March, 2001 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Production | Sales | Domestic Sales | Export Sales | Inventory | Production | Sales | Domestic Sales | Export Sales | Inventory | Production | Sales | Domestic Sales | Export Sales | Inventory | Production | Sales | Domestic Sales | Export Sales | Inventory |
| Philips | 14"LO | 855 | 846 | 452 | | 10 | 30 | 28 | 0 | 28 | 12 | 45 | 30 | | 30 | 27 | 45 | 30 | | 30 | 42 |
| | 15"LO | 1,091 | 1,078 | 910 | | 14 | 100 | 93 | 58 | 35 | 27 | 130 | 120 | 75 | 45 | 37 | 140 | 130 | 80 | 50 | 47 |
| | 15"IMP | | 730 | | | | | | | | | | | | | | | | | | |
| | 17"LO | 162 | 162 | 162 | | 0 | 50 | 49 | 49 | 0 | 6 | 60 | 60 | 60 | | 6 | 60 | 60 | 60 | | 6 |
| | 17"IMP | | 981 | | | | | 40 | | | | | 40 | | | | | 40 | | | |
| | S. TTL | 2,108 | 3,797 | 1,524 | | | 180 | 210 | 107 | | 45 | 235 | 250 | 135 | | 70 | 245 | 260 | 140 | | 95 |
| CPT | 14" LO | 1,820 | 1,806 | 358 | | 22 | 85 | 75 | 8 | | 32 | 88 | 66 | 9 | | 54 | 64 | 78 | | | 30 |
| | 14" IMP | | 1,052 | | | | | 40 | | | | | 20 | | | | | 20 | | | |
| | 15" LO | 2,428 | 2,403 | 1,170 | | 144 | 300 | 290 | 103 | | 154 | 172 | 176 | 13 | | 150 | 181 | 231 | | | 100 |
| | 15" IMP | | 3,350 | | | | | 100 | | | | | 150 | | | | | 150 | | | |
| | 17" LO | 242 | 210 | 210 | | 32 | 110 | 107 | 52 | | 35 | 86 | 85 | 51 | | 36 | 94 | 110 | | | 20 |
| | 17" IMP | | 4,820 | | | | | 300 | | | | | 350 | | | | | 300 | | | |
| | S. TTL | 4,990 | 13,641 | 1,738 | | 198 | 495 | 912 | 163 | | 221 | 346 | 827 | 73 | | 240 | 339 | 889 | | | 150 |
| SDD | 14" LO | 1,425 | 1,410 | 671 | 739 | 20 | 21 | 26 | 12 | 14 | 15 | 60 | 60 | 30 | 30 | 14 | 80 | 90 | 50 | 40 | 4 |
| | 15" LO | 1,819 | 1,778 | 813 | 965 | 11 | 145 | 140 | 35 | 45 | 16 | 180 | 180 | 100 | 80 | 16 | 200 | 205 | 120 | 85 | 11 |
| | 15" IMP | | 1,756 | | | | | 40 | | | | | 80 | | | | | 80 | | | |
| | 17" LO | 838 | 841 | 460 | 381 | 2 | 70 | 64 | 44 | 20 | 8 | 100 | 100 | 60 | 40 | 8 | 120 | 125 | 70 | 55 | 3 |
| | 17" IMP | | 2,277 | | | | | 160 | | | | | 160 | | | | | 160 | | | |
| | S. TTL | 4,082 | 8,062 | 1,944 | 2,085 | 33 | 236 | 430 | 151 | 79 | 39 | 340 | 580 | 190 | 150 | 38 | 400 | 660 | 240 | 180 | 18 |
| IRICO | 15" LO | 850 | 950 | 950 | | | 50 | 50 | 50 | | | 80 | 80 | 80 | | | 90 | 90 | 90 | | |
| ORION | 14" IMP | | 261 | | | | | 10 | | | | | 6 | | | | | 30 | | | |
| | 15" IMP | | 963 | | | | | 48 | | | | | 30 | | | | | 46 | | | |
| | 17" IMP | | 459 | | | | | 30 | | | | | 20 | | | | | 40 | | | |
| | S. TTL | | 1,683 | | | | | 88 | | | | | 56 | | | | | 116 | | | |
| LC | 15" IMP | | 1,251 | | | | | 41 | | | | | 46 | | | | | 60 | | | |
| | 17" IMP | | 2,086 | | | | | 110 | | | | | 97 | | | | | 110 | | | |
| | S. TTL | | 3,337 | | | | | 151 | | | | | 143 | | | | | 170 | | | |
| TOTAL: | 14" LO | 4,100 | 4,062 | | | 42 | 136 | 129 | | | 59 | 193 | 156 | | | 95 | 189 | 198 | | | 76 |
| | 14" IMP | | 1,313 | | | | | 50 | | | | | 6 | | | | | 50 | | | |
| | 15" LO | 6,688 | 6,209 | | | 155 | 595 | 573 | | | 197 | 562 | 556 | | | 203 | 611 | 656 | | | 158 |
| | 15" IMP | | 8,050 | | | | | 229 | | | | | 306 | | | | | 336 | | | |
| | 17" LO | 1,242 | 1,213 | | | 34 | 230 | 220 | | | 49 | 246 | 245 | | | 50 | 274 | 295 | | | 29 |
| | 17" IMP | | 10,623 | | | | | 640 | | | | | 667 | | | | | 650 | | | |
| | TTL | 12,030 | 31,470 | 6,156 | | 231 | 961 | 1,841 | 471 | | 305 | 1,001 | 1,936 | 478 | | 348 | 1,074 | 2,185 | | | 263 |

[Some numbers in chart handwritten]

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                                                                     CHU00031109E

洽访报告

时间：2001 年 2 月 22 日

主题：大陆 CDT 市场交流

参加人员：SDI 鱼载善部长/杨真课长、崔军(TSDI)、徐东煜经理

　　　　　LG 辛升烈副总(深圳办事处)

　　　　　PHS 黄艳经理

　　　　　BMCC 刘晓东副部长、黄新文经理、顾香春科长、朱佳小姐

　　　　　IRICO 甄小红小姐

　　　　　CPTF 吕处长、陈时铭

内容：

一、　2000 年全年度及 2001 年 1~3 月产销存数据交换资料(如附件一)

二、　说明：

**1. SDI**

- SDI group 00'年 CDT 销售 27M，01'年目标 30M(元月约 1.7~1.8M，2 月近 2M，3 月亦近 2M)，对 SEC 销售目标 16M。[SEC 01'年 monitor 目标 21M(内部 target 甚至高于 21M)]。

- SSDI #3 已于 2/1set up,兼容 17"RF 及 19"normal(8 月开始)，但因 17"RF 未如预期，韩国厂区已足够供应，故 17"RF 之生产亦 delayed(17"normal 3 月 M/P)。

- SSDI/TSDI 元月各停产 10 天，但表示在主要客户 SEC、EMC、ACER、DALTA 等恢复情况相对较佳之情况下，(尤其 SEC 15"内销强劲)，3 月销售会再增加。

- SDI 认为 china 2001 年将达 5000 万以上，且 17"RF 机种内销规模可达 1.5M。

**2. PHS**

- 现有生产线 5 条：14" X1、15"X3、17"X1,但去年之迁移线至今生产效率仍差，以 15"为例，3 线仅能产出 130~140K/M(其中 1 旧线可产 70K/M)。

- 5 月将再移来 15"/17"各 1 线，其中 17"线将于 Q4 改为 17"RF.

- 华飞 2001 年产销目标 5M，预计 50%即 250 万售予苏飞。

CONFIDENTIAL - GRAND JURY MATERIAL



- 17"有一线约 60K/M 全部内销。
- 对现代送样承认中以 15"为主，现 17"由 TW 厂供应。

**3. LG**

- 第一季在大陆的销售有 70%给 AOC(每月有 100K 以上)。
- Flatron 元月份内部供需平衡，2 月则因 LG 电子需求下降而供过于求。另计划 2001 年上、下半年各增 1 线，故积极向 PHS promote。
- Easyflat (shadow mark)可于 3 月 M/P，AOC 已 P/P 承认，其他如 DELTA、NPG 等承认中。
- 长沙 LG 15"/17 "线预计 8 月开始 M/P，2001 年计划 600K(15"/17"各 50%,且 15"最多 50%, 17"才是主力)，全卖南京同创，因同创以内销导向，希尽可能在国内采购。
- LG/PHS 新公司总部设在香港，大中国总部则在上海 SALES DIRECTOR 为 Jerry Lin。亚洲分公司总部设在汉城由 LG 负责。美洲/欧洲由 PHS 负责。

**4. IRICO**

- 只有 1 条生产线以订单量安排生产，主要客户彩皇、大宇、TPV、LG 同创、厦华。
- 17"线与 TSB 之谈判已暂停，预计下半年才会启动计划，则最快明年底才有可能投产。

**5. 北松**

计划导入 17"RF 管生产线，设备由松下(日本)移转。

三、 下次会议时间预计于 4/12 PM 3:00 由 CPTF 在福州主办。

以上报告

敬 呈 处长
敬 呈 总经理

敬 呈叶经理/郑处长/副总理



职：陈时铭呈

2001.3/2



CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031108

# INFORMATION OF PSI

Unit: kpcs

| | | 2000年全年 | | | | | 2001年1月实绩 | | | | | 2001年2月计划 | | | | | 2001年3月计划 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 生产 | 销量 | 内销 | 外销 | 库存 | 生产 | 销量 | 内销 | 外销 | 库存 | 生产 | 销量 | 内销 | 外销 | 库存 | 生产 | 销量 | 内销 | 外销 | 库存 |
| Philips | 14"LO | 855 | 846 | | | 10 | 30 | 28 | | | 12 | 45 | 30 | | | 6 | 45 | 30 | | | |
| | 15"LO | 1,091 | 1,078 | | | 14 | 100 | 93 | 68 | 35 | 27 | 130 | 120 | | 65 | 37 | 140 | 130 | | 30 | 47 |
| | 15"IMP | 730 | 730 | | | | 50 | 49 | 49 | 0 | 6 | 60 | 60 | 60 | | 6 | 60 | 60 | 60 | 60 | 6 |
| | 17"LO | 162 | 162 | | | 0 | | 40 | | | | | 40 | | | | | | | | |
| | 17"IMP | 981 | 981 | | | | | | | | | | | | | | | | | | |
| | S.TTL | 2,108 | 3,797 | 1,924 | | 180 | 210 | 210 | 107 | | 45 | 235 | 350 | 135 | | 70 | 245 | 360 | 140 | | 95 |
| CPT | 14"LO | 1,820 | 1,806 | 352 | | 22 | 85 | 75 | 8 | | 32 | 88 | 66 | 9 | | 54 | 64 | 78 | | | 30 |
| | 15"LO | 2,738 | 1,052 | | | 40 | | 20 | | | | | | | | | | 20 | | | |
| | 15"IMP | 2,428 | 2,403 | 1,170 | | 144 | 300 | 290 | 103 | | 154 | 172 | 176 | 63 | | 150 | 181 | 231 | | | 100 |
| | 17"LO | 3,350 | 3,350 | | | | 100 | 100 | | | | 150 | 150 | | | | 150 | 150 | | | |
| | 17"IMP | 242 | 210 | | | 32 | 110 | 107 | 63 | | 35 | 86 | 85 | 51 | | 36 | 94 | 110 | | | 20 |
| | S.TTL | 4,990 | 4,820 | | | 198 | 495 | 300 | | | 221 | 346 | 350 | | | 240 | 339 | 300 | | | 150 |
| SDD | 14"LO | 1,425 | 1,410 | 67 | | 20 | 21 | 26 | 14 | | 15 | 60 | 80 | 30 | | 14 | 80 | 90 | 40 | | 4 |
| | 15"LO | 1,819 | 1,778 | 873 | | 11 | 145 | 140 | 85 | | 16 | 180 | 180 | 100 | | 16 | 200 | 205 | 85 | | 11 |
| | 15"IMP | 838 | 841 | 381 | | 2 | 70 | 64 | 44 | 20 | | 80 | 80 | 60 | 40 | 8 | 80 | 80 | 70 | | 3 |
| | 17"LO | | 210 | | | | | 107 | | | | | 160 | | | | | 110 | | | |
| | 17"IMP | | 4,820 | | | | | 300 | | | 8 | | 350 | | | 8 | | 300 | | | |
| | S.TTL | 4,082 | 8,162 | 1,944 | 263 | 33 | 492 | 430 | 154 | | 39 | 340 | 580 | 192 | 170 | 38 | 400 | 660 | 240 | 180 | 188 |
| ORION | 14"LO | 850 | 950 | 850 | | | 10 | 50 | 50 | | | 80 | 80 | 20 | | | 90 | 90 | 90 | | |
| | 15"LO | | 261 | | | | | 110 | | | | | 6 | | | | | 30 | | | |
| | 15"IMP | | 963 | | | | | 48 | | | | | 30 | | | | | 46 | | | |
| | S.TTL | | 459 | | | | | 30 | | | | | 20 | | | | | 46 | | | |
| LR/LCD | 17"IMP | | 683 | | | | | 88 | | | | | 56 | | | | | 116 | | | |
| LG | 15"IMP | | 1,251 | | | | | 41 | | | | | 160 | | | | | 60 | | | |
| | S.TTL | | 2,086 | | | | | 110 | | | | | 97 | | | | | 110 | | | |
| LG | 14"LO | 4,100 | 4,062 | | | 42 | 136 | 129 | | | 59 | 193 | 156 | | | 95 | 189 | 198 | | | 76 |
| | 15"LO | | 1,313 | | | | 50 | | | | | 6 | | | | | 50 | | | | |
| | 15"IMP | 6,688 | 6,209 | | | 155 | 595 | 573 | 197 | | 562 | 556 | 203 | | | 611 | 656 | | | 158 | |
| | 17"LO | | 8,050 | | | | 229 | | | | | 306 | | | | | 336 | | | | |
| | 17"IMP | 1,242 | 1,213 | | | 34 | 230 | 229 | | | 49 | 246 | 245 | | | 50 | 274 | 295 | | | 29 |
| TOTAL: | TTL | 12,030 | 31,474 | 455,673 | | 231 | 961 | 640 | | | 305 | 1,001 | 667 | | | 348 | 1,074 | 650 | | | 263 |
| | | | 10,623 | | | | 1,181 | | | | | 1,936 | | | | | 2,185 | | | | |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031109

EXHIBIT 43

**[TRANSLATION]**

[Signed:] Yu

VISITATION REPORT (SUBMITTED)

Date:    2001-03-20

Persons Visited:    *SDI –    Mr. S.K. Park, Mr. J.Y. Yuan*
*LG –    Mr. S. Y. Choi, Mr. G.I. Chio, Mr. K.J. Park,*
*Orion –    Mr. S.H. Cho, Mr. Y.J. Kim, Mr. Kung, Mr. Choe*
*PH –    Mr. Jerry Lin/Rosa Hu*

CPT Members: Vice President Chih-Chun (CC) Liu, Director Sheng-Jen (S.J.) Yang, Ling-Yun (Edward) Cheng

Topic:        *CPT* Market Information Exchange and Price Review

Content:

(A)    *Market Update*:

1.    *PH*:    Europe market: 14" demand is still weak, 20" can still remain stable, 21" market is slightly tight and price will increase to 120 Mark. Currently, PH is in discussion with customer.    China market: Most of the inventory has been gradually absorbed and the market is bouncing back. Only 29", whether flat screen or traditional tube, still has high inventory of more than 1*M*.    Thus, comparatively, the situation seems terrible.    In addition, the 21" market is beginning to strengthen.    *PH* suspects that *SDI* is attempting to increase its share in *Tecnimagen* with lower pricing (*USD*37).    *SDI* rebutted this.    However, with both *PH/CPT*'s sales in the Europe market decreasing and only *SDI* was able to increase its *Share*, SDI was unable to convince the meeting attendees.    In the near term, *PH/CPT/LG* will discuss in depth the Europe market situation and each maker's tactic.

2.    *LG*:    Overall utilization still remained at 82% ~ 83%.    And 20" was slightly better than 14".    They thought the market was still not good and the benefit of adjusting the market price would not be much.    They suggested maintaining the original *Price Guide line*.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00031113.01E

3.  *OEC*:   They first brought up the fact that recently *TSB* has been extremely *Aggressive*.   Not only did it constantly *offer* a low price to customers to increase sales and delivery volume, resulting in a utilization rate of more than 90%. Its earlier inventory has been sold out in March.   Thus, sales in March have reached 200$k$~220$k$, with sales made primarily to *Orion* and *Funai*.   Among them, *TSB*'s Feb/March supplies of 14" to *Orion* were above 40$k$ and above 60$k$.   And delivery to *Funai* of 14"/20" for February was 30$k$/20$k$, for March was 30$k$/30$k$.   Due to *TSB*'s aggressive strategy at grabbing market share, all makers asked *OEC* to continue information exchange with TSB which must not further grab orders.   *OEC*'s 20" for *Funai* still has high inventory, but *Funai* has promised to buy all such stock.   But the price and time of completing purchase have not been decided.

4.  *CPT*:   Due to Europe's 14" market not being good and the market has not recovered in the short term, CPT's delivery was affected.   The current market is weak and thus it is recommended that the market's demand as a whole should be re-accessed. This portion will compare the actual situation of Q1 collected by each maker and the follow-up demand adjustment before next meeting.

5.  *SDI*:   It is estimated that the market in Q2 still will not rise substantially; therefore, the sales situation would be same as Q1.

In addition, *IRICO*'s major customer is *Vestal* in Turkey.   Due to *Vestal*'s high inventory, it has not placed any order with *IRICO* in Jan/Feb of this year. *IRICO* is actively searching for customers in Southeast Asia.   This is affecting each maker's sales.   Moreover, *Orion* and *Funai* have received more US orders recently.   <u>Thus, it is generally believed that US market demand seems likely to have an opportunity to rebound in Q2</u> [Underlined by hand]. At the same time, in order to accurately understand market changes and the tactics of other makers such as *IRICO/Thai-CRT/TSB*, besides continuing exchanges with *OEC* and *TSB*, *Thai-CRT* and *IRICO* are separately the responsibility of *SDI/PH* to exchange opinions periodically, and such information shall be presented for reference during each meeting.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

(B)  *New Price Guide Line for 2001/2Q*:

| Bare | New price guide line |
|------|----------------------|
| 14" | $              28.5 |
| 20" | $              46.0 |

CPT indicated that prices have not truly reflected the current market situation. According to its understanding, each maker's 14" price is already lower than the negotiated price of each maker. Moreover, 20" customer's asking price remains low, for example, *Funai* wants *USD* 44 for 20" and will be unlikely to accept *USD* 46. Thus, CPT asked whether or not there should be another appropriate adjustment? *OEC* hopes to postpone as much as possible the time for determining the 20" price, waiting for the demand to increase so as to lessen the extent of the price reduction. Furthermore, other meeting attendees all indicated that even with lowering the price it would still be difficult to stimulate demand. Thus, the present decision is to maintain the original agreement.

(C)  *AOB*:

1.  Next meeting time:   4/19 AM.   Place:   *PH* Shanghai
2.  At the Shanghai *CPT* meeting next month, *IRICO* will be invited to join the discussion of market situation.

--- End of Report ---

Respectfully submitted for approval
[An arrow is handwritten here]

[Signed:] Chih-Chun (C.C.) Liu 3/21
[Signed:] Chen-Yuan (C.Y.) Lin 3/21
[Signed and submitted by:] Employee Fang-I Lin 3/21

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

# 洽訪報告(呈)

日期：2001-03-20
洽訪人員：SDI- Mr. S.K.Park, Mr.J.Y.Yuan
　　　　　 LG- Mr.S.Y.Chio, Mr.G.I.Chio, Mr. K.J.Park,
　　　　　 Orion-Mr. S.H. Cho, Mr.Y.J.Kim, Mr.Kung, Mr. Choe
　　　　　 PH-Mr. Jerry Lin/Rosa Hu
CPT 人員：劉副總經理，鄭處長，楊處長，程凌雲，林芳儀
主題：CPT 市場資訊交流及價格檢討
內容：
　　(A) Market Update ：
　　　❶ PH：歐洲市場：14"需求仍然寬鬆，20"則尚可維持穩定，21"因市場略緊，價格要漲到馬克 120，現持續與客戶洽談中。大陸市場：在庫存已漸消化情況下，市場已逐漸恢復，僅 29"無論平面或傳統管面庫存仍高達 1M 以上，情況相對顯得糟糕；另 21"市場需求已有開始走強趨勢。PH 質疑 SDI 企圖增加在 Tecnimagen 之佔有率，報價較低(USD37)，SDI 對此表示反駁，但對 PH/CPT 在歐洲市場銷售量均下滑，僅 SDI 可增加 Share 一事無法說服與會人員，近期內 PH/CPT/LG 將針對歐洲市況及各家做法作深入討論。
　　　❷LG：整體稼動率仍維持 82%~83%，其中 20"略優於 14"，且其認為市場仍不佳，調整市場價格效益不大，建議維持原定 Price Guide line。
　　　❸OEC：首先提出 TSB 近期手段非常 Aggressive，除不斷以低價 offer 客戶增加交貨量，致稼動率高達 90%以上外，原先庫存亦已於 3 月份銷完，故 3 月銷貨已達 200k~220k，其主要係銷售于 Orion 及 Funai，其中 TSB 2/3 月 14"交 Orion 數量分別為 40k 以上及 60k 以上，而對 Funai 交貨量 14"/20" 2 月分別為 30k/20k、3 月則為 30k/30k，鑒於 TSB 搶食市場動作積極，各家要求對 OEC 續與其維持訊息交流勿再擴大搶單。OEC 20" for Funai 管有高庫存，但 Funai 曾承諾會全數購買，惟對於價格及何時購完時間未定。
　　　❹CPT：因歐洲 14"市場不佳，加上短期間未見市場恢復，華映交貨受影響。現市況疲弱，建議重新檢討整體市場需求，此部份將於下次會前各家蒐集第一季實際狀況及後續需求調整後做一比較。
　　　❺ SDI：預估第二季因市場狀況仍無法大幅提昇，故銷售狀況將與第一季相當。


　　　另 IRICO 主要客戶為土耳其 Vestal，因 Vestal 庫存高，今年 1/2 月未向 IRICO 下單，故 IRICO 積極尋找東南亞地區客戶銷售，此舉更影響各家之銷售狀況。此外，因 Orion 及 Funai 近期紛獲較多之美國市場訂單，因此一般僅認為美國市場需求再第二季似有回復機會。同時，為確實掌握市場變化及其他廠商如：IRICO/Thai-CRT/TSB 之做法，除續請 OEC 與 TSB 交流外，Thai-CRT 及 IRICO 分別由 SDI/PH 負責定期與其交換意見，並於每次會議中提供訊息參考。

1


**(B) New Price Guide Line for 2001/2Q：**

| Bare | New price guide line |
|------|------|
| 14" | $ 28.5 |
| 20" | $ 46.0 |

僅華映表示價格未真實反映現市場狀況，據了解現各家 14"價格已低於各家協議的價格，
且 20"客戶要價仍低，如 Fuani 20"要求 USD44，不太可能接受 USD46，故提議是否再做
適當調整？在 OEC 希望 20"價格能儘量延後價格決定時間，待需求上升時縮小降價幅
度，且其他與會各家均表示降價仍難刺激需求前提下，此次決議維持原定共識。

**(C) AOB：**

❶下次 Meeting 時間：4/19 上午，地點：PH 上海
❷下月上海 CPT 會議將邀請 IRICO 共同與會，討論市況。

　　一以上報告一

　　　恭呈核示

　　　　　　　　　　　　　　　　　　　　　　下　8/31

　　　　　　　　　　　　　　　　　　　　職　林亮鎮

　　　　　　　　　　　　　　　　　　　　　　　3/109c

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031114

EXHIBIT 44

**consortra** translations

100 Park Ave.16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.                                                www.consortra.com

STATE of NEW YORK        )
                         )            ss:
COUNTY of NEW YORK       )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document,  *"SDCRT-0087340 – SDCRT-0087342"*,
originally written in *Korean* is, to the best of our knowledge and belief, a true, accurate,
and complete translation into *English*.

Dated: January 9, 2013

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
_____ day of _____
2013.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

Report on the color cathode ray tube industry meeting results

- Time and place: 04.24.'01 14:00~18:00 Shenzhen City SEG-HITACHI meeting room
- Participants: BMCC          - Manager Dae Lim Lee and 2 others
  SEG                       - General Manager Kook Kyun Yang and 4 others
  LG Changsha       - General Manager Ah Pyung Yang and 1 other
  Gwangdong CPT    - General Manager Ui Hun Oh
  Irico                       -  Manager Hyo Rim Shin
  Philips                     - Manager Soo Hwa Lee
  Shanghai Yungshin – General Manager Mr.Chang, Manager Moon Oi Bun
  Thomson             - Vice President  Hyang Gul Yang (sales corporation),
                                      Manager Ji Up Hwang
  SDI                        - Manager Lim Bong Wang and 2 others

- Major points
  A) Inventory estimates of cathode ray tube manufacturers at the end of April      Unit: 10k

|  | BMCC | PHILIPS | Irico | LG Changsha | Gwangdong CPT | SEG | Shanghai Yungshin | SDI | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 14″ | 15 | - | 48 | - | - | - | - | - | 63 |
| 21″ | 7 | 1 | 5 | 3 | 0 | 2 | 2 | 0 | 20 |
| 21″ DF | 3 | - | - | - | - | - | - | 1 | 4 |
| 25″ | - | 8 | 5 | 7 | 23 | - | 6 | - | 49 |
| 25″ DF | - | - | 10 | - | - | - | - | 0 | 10 |
| 29″ HF | - | - | - | 2 | 5 | - | - | 1 | 8 |
| 29″ SF | 15 | 21 | - | 2 | 18 | - | 35 | 1 | 92 |
| 29″ DF | 2 | - | - | 11 | - | - | - | 1 | 14 |
| 34″ | - | - | - | - | - | 6 | 6 | - | 12 |
| Total | 42 | 30 | 68 | 25 | 46 | 8 | 49 | 4 | 272 |

Note: The above estimates did not take into account substantial portions of the inventories in the warehouses operated around the set makers (e.g. Jangheung and Shenzhen), so if these figures are taken into consideration, the inventory level is estimated at around 3.4 million to 3.5 million

B) Specific issues pertaining to each company's line operation

BMCC: -The 29″ SF line has stopped operating since March 28.  The company plans to stop a total of 3 lines by June 28

       - The DF&29″DF dual-line is expected to stop operating from March 28 until May 15.

       - 14″ & 21″ 1.7R Narrow-neck to stop operating for 7 days from May 1 to May 7

       - The 21″ 1.7R normal line is expected to stop starting May 1 to the end of May

00000334

       - The 34″ DF line is operated and produces products, but products are delivered only to SMT.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                SDCRT-0087340E_Translation

Production is carried out in 1 shift at a production level of around 300 units/day.
- 25″ DF model production on hold

SEG-HITACHI:
- Stopped operating the 34″ line for three months from late December to late March to reduce the inventory level of at least 100,000 units.  Although production resumed starting April 1, the inventory level continued to increase, so it was decided to stop production again for about 2 months starting June 1.
- The PRT project continues with mass production targeted for July of '02.  The planned equity shares are 70% for Hitachi and 30% for SEG-Hitachi.  However, the actual Hitachi shares are around 77.5%.  Their Chinese executives were selected from SEG-Hitachi.
Capacity: 600K set (600x3=1800K)

Irico:
- All stopped from April 28 to May 8
- 25″DF has been stopped almost all the time and there are no plans to resume production.
- The 14″ inventory increased explosively, so  the plan to terminate production is being reviewed.

Shanghai Yungshin:
- Production completely stopped from May 1 to May 8.  Only the 21″ line resumed production from May 8.
   Other lines are expected to remain suspended.
- Due to tremendous inventory burden, there are cash-flow problems.

Gwangdong CPT:
- All production stopped from May 1 to May 7.  Production adjusted according to order situations after the 8th.
- The prospect of the project to acquire Sichuan Honggwang is unclear.

THOMSON:
- Although there is 1 line, due to insufficient orders, 29″ HF is partially produced and 28″ exports for Europe are produced at 50K/month.

LG Changsha:
- All stopped from May 1 to May 7.
- 25″ normal is expected to continue to be stopped until May 15.
- It is not possible to plan the number of days the 29″ DF line will operate.

00000335

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                    SDCRT-0087341E_Translation

Philips:
- All stopped from May 1 to May 7.
- The installation of the super-size 29"DF & 34"DF dual line deferred to after April of '02
- Although "LG-Philips" is expected to be officially launched starting June 1, sales related issues in China have not been decided yet, and it seems that these issues will not be decided any time soon.

- Meeting results:

This meeting went over the general manager's meeting to be held in early May at Changheung and drafted its agenda.  The content of the draft was translated and provided below:

---------------------------------------------------------------------------------------------------------------------

Subject: Meeting agenda (proposal)
Details: The cathode ray association held a cathode ray industry General Manager's meeting on May 11, 2001.  The participants earnestly analyzed the current CTV and tube markets and then reached a consensus that supply exceeds demand substantially, that the CTV set prices dropped significantly, that the prices of the major raw materials such as glasses continue to be high, and that the import duties for large and super-sized glasses are too high.  In the 1st quarter of 2001, the whole industry is facing losses.

During the meeting period, the meeting participants earnestly studied [Chinese Ministry of Industry and Information Technology] No. 2000 <843> again.  After sufficiently reviewing the document, the entire industry decided to stop production of the 29" SF model from May of 2001 to end of July of 2001.  Also, the participants decided to reduce production of 21" and 25" according to the market situation (except for export models)

8th Cathode Ray Tue Association
May 11, 2001

---------------------------------------------------------------------------------------------------------------------

The backdrop of the above-mentioned meeting agenda is the harsh burden of current excessive inventory.  The purpose is to stop price decrease and induce price decrease of glass by clearly notifying the current suspension of production line of each company to set makers and glass makers in official capacity of the entire industry.
Internally, the working group agreed that the notification is for demonstration [SHOW] purposes and doesn't have the binding power over the companies.
Since the notification is a proposal, if there is any other opinion, notify Secretary Kook Kyun Yang by April 27.  The Janghong meeting was deferred to May 11.
- End -

00000336

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                SDCRT-0087342E_Translation

EXHIBIT 45

**consortra**
translations

Your legal translation partner.

100 Park Ave.16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

www.consortra.com

STATE of NEW YORK        )
                         )            ss:
COUNTY of NEW YORK       )


### _CERTIFICATE OF ACCURACY_

This is to certify that the attached document, _"SDCRT-0087694 – SDCRT-0087698"_, originally written in _Korean_ is, to the best of our knowledge and belief, a true, accurate, and complete translation into _English_.


Dated: January 9, 2013

Seth Wargo
Consortra Translations


Sworn to and signed before ME this
_____ day of _January_,
2013.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

## Color CRT Industry Meeting Results Report

- ■ Time / Place:  May 10~12, 2001/Shanghai Dingshanhu Taiyangdao Hotel meeting room
- ■ Attendees:

| | |
|---|---|
| BMCC | - Shin Chung Yang (Vice president), Moon Kang Bum (General Manager) & 2 others |
| SEG | - Sung Jeon Sohn (President), Mr. Gook Gyoon Yang (General Manager) & others |
| LG Changsha | - Ah Pyung Yang (General Manager) |
| Guangdong CPT | - Choon Gyu Ha (Vice president), Wee Hun Oh (General Manager) |
| Irico | - Secretary Gyu. Doh, General Manager Gun Sul Wee |
| Philips | - Kang Kim (Consultant), Soo Hwa Lee (Sales Team Manager) |
| Shanghai Yongxin | - Ga Chon. Ju (President), Mr. Jang (Vice President), Moon Eui Bun (Manager) and 5 others (HOST) |
| SDI | - Executive Director Gwan Tae Choi, Mr. Rim Bong Wang (Manager) |

- ■ Main issues
  - A)  CRT company inventories at the end of April

(Unit:  10K)

| | BMCC | Philips | Irico | LG Changsha | Guangdong CPT | SEG | Shanghai Yongxin | SDI | Total |
|---|---|---|---|---|---|---|---|---|---|
| 14" | 22.7 | - | 37.3 | - | - | - | - | - | 60 |
| 21" | 5.9 | 1.6 | 3.5 | 2.7 | 0 | 2.2 | 1.2 | 0.3 | 17.4 |
| 21"DF | 0 | - | - | - | - | - | - | 0.1 | 0.1 |
| 25" | - | 8.6 | 6.4 | 6 | 27.4 | - | 12.3 | 0.4 | 61.1 |
| 25"DF | - | - | 3 | - | - | - | - | 0 | 3 |
| 29"HF | - | - | - | - | 8.1 | - | - | 0.6 | 8.7 |
| 29"SP | 11.7 | 21.2 | - | 2.9 | 15.4 | - | 37.9 | 0 | 89.1 |
| 29"DF | 3.5 | - | - | 10.1 | - | - | - | 0.5 | 14.1 |
| 34" | 1.2 | - | - | - | - | 7 | 10.1 | - | 18.3 |
| Total | 45 | 31.4 | 50.2 | 21.7 | 50.9 | 9.2 | 61.5 | 1.9 | 271.8 |

Note: Above inventories do not reflect substantial portion of the inventories at the storage being operated near the SET MAKERs (Changxing, Shenzhen, etc.) and also do not include Thomson's inventory. If the actual numbers are reflected, the industry representatives agree that the total would be over 3,500K.

- B)  Particulars Regarding Line operation status of each company

  Philips:
  Currently, the CRT sale is extremely difficult.  This is because of sharp decrease in production volume and tube purchases caused by excessive SET inventories of the Set Makers in the past few years. Recently, the sales volume of 29" reached 46% of the total sales, but it will take several months to empty the inventories based on the current production volume.

Therefore, stopping production is an absolutely necessary direction. We only need to discuss for how long the production should be suspended.

IRICO:

Considering various circumstances, this company is the most burdened.
They have introduced new models (25"DF/29"DF) in the market, but has high defective product rate and high production costs in additional to low sales.
The market appears to have almost reached saturation and it seems difficult to expect significant demand. It seems proper action is needed to overcome the situation.

SEG-Hitachi:

The relevant department of the central government is not interested in the industry's current difficult situation and it will probably not get involved in the future either. The CRT market is completely open and competition is severe.
Though uniform CRT prices have been set many times, ultimately thorough enforcement is more important than the price.

Given the current circumstance with excessive inventory, a specific schedule or goals should be set (e.g., reduce 29" inventory down below 500K, etc.) and take action. The difficulty should be overcome wisely. The purchase price of GLASS should be lowered. The price for 29"DF was drastically decreased to RMB1,530 (cash/CIF) so 1,500 won could also appear soon. The market situation will absolutely not turn before August and all Set-Makers have plans to either decrease or completely stop production in May and June.

Therefore, the CRT companies should look at the current reality at it is and operate the LINEs (including stopping production) considering their respective situation .

BMCC:

Production on the 29" SF line has been stopped for the past consecutive 101 days and some other models as well have been stopped based on the circumstances.
While many industry meetings were held where many agreements were made, few were actually executed as promised.  Therefore we must see the error of our past ways.
If we use CRT resources effectively we can stabilize the price. The price can even be increased by about 50 won. It is also important to not only set the lowest sales price but also to manage inventory at a reasonable level. We must decisively suspend production considering the current inventory.

Shanghai Yongxin:

How should we determine price for the 29"? We should stabilize the price even if we have
to pay the price by stopping production. If the decision is followed, the price could recover
up to 1,050 won from the current 1,000 won level.  If that happens, it will also be helpful for
the 21" & 25" sales. We should set a reasonable price with investment in consideration.
We must refrain from sales below cost. At the time of pricing, the price of imported tubes
should also be considered.

Guangdong CPT:

If we had carried out what was decided in the Hainan meeting, we would not be in such a
difficult situation. We plan to stop all production once we use all the imported production
material. We must have the GLASS prices lowered. We also need to lower the import
duties by making a request to the government.

LG Changsha:

29" DF line hasn't been in regular operation since the line started production even
operating only a few days of production in April. TUBE inventory with the Set Makers has
been greatly reduced, but it seems the CRT industry has a greater inventory than last year.
It seems inevitable that production must stop.

Samsung SDI:

We need to reflect on the past, prepare necessary countermeasures, and find a future
direction.

Top 5 makers (Changhong, KONKA, TCL, Skyworth, VEL) retain 60% of the more than
8,Mil. SET inventory, CRT inventories of SET-Makers are 1.7 Mil, and CRT inventories of
Tube-Makers are more than 2.7 Mil. which shows substantial changes in the inventory not
only in volume but also in product type compared to the same time last year.

We need to stop production for 2 weeks every month during May, June and July and
consume the inventory. A solution by the government appears unlikely so the industry
needs to rely on itself to overcome the difficult situation.

We believe setting the price for the next three months will be helpful for purging the
inventory as well as for stabilizing the market..

We do not need to worry about imported TUBE[S] shocking the China market as it is not
like what it was in the past.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                    SDCRT-0087696E_Translation

Rather than Samsung or LG, Toshiba or Thomson may be greater variables.

■   Meeting results
  - CRT sales price:
    29" SF: 1,000 won (till June12 based on a 6 month promissory note, 1,050 estimated after June 12)
    29" HF:  900 won (                    ″                          950          ″            )
    25" MS: 680                           ″                        , ?            ″            )
    21" MS:  475                          ″                        , ?            ″            )
    21" MS Export:  U$ 47.50 (FOB port)

  - Guidelines for reasonable inventory management (29"SF)
    Guangdong CPT    - 100K / each line
    Shanghai Yongxin - 100K / each line
    Philips Nanjing     -  60K / each line
    Samsung SDI        -  30K / each line
    BMCC                  -  70K / each line
    LG Changsha       - 100K / each line

  - GLASS purchases should be made following the results reviewed at the meeting
    29"          RMB 300-330 P&F
    25"          RMB 200-220 P&F
    21"          RMB 140      P&F

We have reached a final agreement at this meeting based on the draft made during the April meeting hosted by SEG-HITACHI, and the translation of the details is as follows.

---

Subject:    Meeting bulletin
Details:    The CRT industry held a CRT company CEO meeting on May 11, 2001. The attendees analyzed in earnest the current CTV and Tube market they are currently facing and reached common understanding on various aspects such as oversupply being much greater than demand, drastic price plunge of CTV SET[S], while the price of main materials like GLASS, etc continues to remain high, and the unreasonably high import duty for large and x-large glass material. The entire industry is facing a deficit in 1Q of 2001.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                                    SDCRT-0087697E_Translation

During the meeting, the attendees studied the 2000 <843> official announcement from the minister of industry again in earnest, and after a sufficient review, they decided at the meeting that the entire industry should cut production from the beginning of May 2001 to reduce inventories (except for export model production). GLASS purchasing price shall be implemented as per the agreement at the meeting.

Representative Signatures of the Meeting Participants:

| | |
|---|---|
| IRICO Group | : Gyu Doh (Secretary) |
| Nanjing Philips | : Soo Hwa Lee (General Manager) |
| BMCC | : Shin Chung Liang (Vice president) |
| Samsung SDI | : Kwan Tae Choi (Executive Director) |
| Guangdong CPT | : Choon Gyu Ha (Vice president) |
| LG Changsha | : Ah Pyung Yang (General Manager) |
| SEG-HITACHI | : Gook Gyun Yang (Executive Manager) |
| Shanghai Yongxin | : Hong Yuh Jang (Vice President) |

May 11, 2001

---

The background for writing the above meeting bulletin is taking the current circumstance with the burden of excessive inventory into consideration, to lower glass prices and to stop price decreases by officially notifying, and adding some impact by using the industry name, the SET Makers and the GLASS Makers of the LINE STOP being implemented by each company.

- End -

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation          SDCRT-0087698E_Translation

## 칼라브라운관 業界會議 結果報告

☒ 日時 및 場所 : '01.05.10~12   上海市 定山湖 太陽島hotel 회의실
☒ 參席者 :   BMCC     - 양신청 부총경리 범문강 부장 등 2명
             SEG      - 손성전 총경리 양국균 부장외
             LG장사   - 양아평 부장
             광동CPT  - 하춘규 부총경리 오위헌 부장
             채흥     - 도규 당서기 위건설 경리
             PHILIPS  - 김강 고문 이수화 영업부 경리
             상해영신  - 주가촌 총경리 장부총경리
                       번문의 과장외 5명(HOST)
             SDI      - 최관태 상무 왕림봉 과장

☒ 主要 內容 :

가) 브라운관 業體 4月末在庫

단위:10k

| | BMCC | PHILIPS | 채흥 | 장사LG | 광동CPT | SEG | 상해영신 | SDI | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 14" | 22.7 | - | 37.3 | - | - | - | - | - | 60 |
| 21" | 5.9 | 1.6 | 3.5 | 2.7 | 0 | 2.2 | 1.2 | 0.3 | 17.4 |
| 21"DF | 0 | - | - | - | - | - | - | 0.1 | 0.1 |
| 25" | - | 8.6 | 6.4 | 6 | 27.4 | - | 12.3 | 0.4 | 61.1 |
| 25"DF | - | - | 3 | - | - | - | - | - | 3 |
| 29"HF | - | - | - | - | 8.1 | - | - | 0 | 3 |
| 29"SF | 11.7 | 21.2 | - | 2.9 | 15.4 | - | 37.9 | 0.6 | 89.1 |
| 29"DF | 3.5 | - | - | 10.1 | - | - | - | 0 | 14.1 |
| 34" | 1.2 | - | - | - | - | 7 | 10.1 | 0.5 | 18.3 |
| 合計 | 45 | 31.4 | 50.2 | 21.7 | 50.9 | 9.2 | 61.5 | 1.9 | 271.8 |

註 : 상기 재고는 SET MAKER주변(장흥, 심천 등)에 운영하고있는 창고 재고를 상당부분
    반영하지 않았으며 THOMSON재고 미포함. 현실치 대로 반영할 경우 350만개이상 된다고
    업계대표가 의견 모으고 있다.

나) 業體別 LINE 운영관련 특기 사항

PHILIPS:

     현재 브라운관 판매가 너무나 어렵다. 그이유는 지난 몇년동안 SET
     업체 SET 재고과다로 인한 생산 수량격감,TUBE 구매 격감. 최근 29"
     판매수량이 전체 판매 수량중 46%수준까지 도달되기는 하나 현재 생산
     수량준할경우 몇개월가야 현재 재고를 소진할수 있음.

01000252

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0087694

따라서 생산 중단은 필히 가야할 방향임. 단 얼마동안 생산중단해야
할지 협의필요.

채홍 :

여러 가지 상황감안 부담이 가장많은 업체이다.
신규기종(25"DF/29"DF)도입하기는 하였으나 양품율이 낮고 원가가
높으며 정상적인 판매가 되지 않고 있음.
시장을 지켜보면 거으 포화상태 이르는것같고 갑작스런 수요기대는
어려워 보인다 . 필요한 조치를 취해 역경을 극복하여야 할것 같다.

SEG-HITACHI :

중앙정부 관련부서도 현재 업계어려운 상황에 전혀 관심이 없으며
향후에도 관여를 하지않을 것으로판단됨. 브라운관시장은 완전히
OPEN된상황에서 철전한 경쟁이 벌어지고 있는상황이다.
브라운관 일괄가격을 수차례 정하였지만, 긍극적으로 그 가격보다는
철저한 집행이 더욱 중요하다.

현재 재고 과다한 점을 감안하면 재고소진할 구체적인 일정 또는 목표
를설정하고 (례:29"재고를 50만개 이하까진 줄인다 등)추진해야 한다.
역경을 슬기롭게 이겨나가야 한다. GLASS구매 가격을 낮추어야 한다.
29"DF 가격이 RMB1530(현금/CIF)까지 급격히 하락돼 1500원도 바로
나올지 모른다.8월전까지 절대 시장이 역전되지 않을 것이며 5.6월
중 각 SET-MAKER들이 모두 감산 또는 전면 생산 증단계획이 있음.

따라서 브라운관 업체는 현실을 정시하고 업체 자체 현화을 감안
LINE운영(생산증단포함)을 해야한다.

BMCC:-29" SF LINE은 지금까지 101일간 줄곧 STOP해 왔으며 기타 기종도
경우에 따라 STOP해 왔음.
업계회의는 많이 개최되어 합의된 내용도 많았지만 실제 약거대로
집행된것은 많지 않다. 따라서 과거를 반성하여야한다.
브라운관 자원을 제대로 운영한다면 가격은 안정시킬수 있다. 50원
정도 가격인상할수도 있다.  최저 판매가격을 제정하는것도 중요하지
만 재고를 합리적인 수준에서 운영하여야 한다. 현재재고를 감안하여
생산증단을 단호히 하여야한다.

01000253

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

상해영신 :

　　29" 가격을 어떻게 정하여야하는가 ? 생산중단의 대가를 치러서라도
가격을 안정시켜야한다. 결심이 따른다면 현재 1000원내외가격을 1050
까지도 회복시킬수 있다. 그렇게 될 경우 21"& 25" 판매에도 도움이
된다. 투자를 감안하여 합리적인 가격을 책정하여야 한다. 적자를
봐가면서 판매하는 것은 삼가여야 한다. 가격제정시 수입구가격도
감안하여야 한다.

광동CPT :

　　해남도 회의결론을 실천했으면 지금이렇게 궁지에 몰리지는
않았을것이다. 일단 수입된 생산자재 소진될때까지 생산하고
그 뒤로는 ALL STOP할 계획이다. GLASS가격을 떨어뜨려야한다.
수입관세도 정부에 요청하여 떨어뜨려야한다.

장사LG :

　　29"DF LINE은 생산개시후 지금까지 정상적인 생산을 거의 못하였으며
4월경우 몇일밖에 생산 못하였음. SET MAKER 보유한 TUBE재고는
많이 줄었으나 , 브라운관 업체 재고는 전년동기대비 많이 신장된
추정되고 있다. 생산 중단은 필히 가야할 방향이다.

삼성SDI :

　　과거를 반성하고, 필요한 대책을 마련하고, 향후 가야할 방향을
찾아야한다.
SET재고가 800만대이상중 5대 MAKER(장홍,KONKA,TCL,SKYWORTH,VEL)
가 60%이상 보유, SET-MAKER 브라운관 재고는 170만,TUBE-MAKER
브라운관 재고 270만개 이상등 각종재고는 작년동기대비 수량뿐만
아니라 기종적으로도 많은 변화가 있다.

　　5.6.7월 적어도 매월2주씩 생산중단하면서 재고를 소진해 나가야한다.
정부에 기대한 문제해결은 가망이 없으며 업계스스로 역경을 극복해
나가야 한다.

　　향후 3개월 가격을 책정하는것이 재고소진 및 시장안정시키는데
도움이 될수 있다고 사료된다.

　　수입TUBE 중국시장에 대한 충격은 예전같지 않기 때문에 너무 우려할

01000254

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

필요가 없다. SAMSUNG 또눈 LG보다는 TOSHIBA나 THOMSON이 변수 될수 있다.

▨ 회의결과:

- 브라운관 판매 가격:
  29" SF : 1000원(6개월어음기준, 6월12일까지,6월12일이후 1050 예정)
  29" HF : 900원(          "                              950       )
  25" MS : 680    "                          "          ?        )
  21" MS : 475    "                          "          ?        )
  21" MS수출  U$ 47.5(FOB 항구)

- 합리적인 재고(29"SF)운영 기준
  광동 CPT    - 10만  / LINE 당
  상해영신    - 10만  /    "
  남경PHILIPS  - 6만  /    "
  삼성SDI     - 3만  /    "
  BMCC       - 7만  /    "
  장사LG      - 10만  /    "

- GLASS 구매는 회의서 검토된 결과 대로 구매
  29"   RMB 300~330 P&F
  25"   RMB 200~220 P&F
  21"   RMB 140    P&F

금번회의에서 4월말 SEG-HITACHI에서 개최한 회의때 작성한 초안을 바탕으로 최종 합의한을 도출하였습니다만, 그 내용을 아래와 같이 번역 하여 보고합니다.

================================================================

제목: 회의기요
내용: 브라운관 업계협회는 2001년 5월11일 브라운관기업 총경리 회의를
       개최하였다. 참석자들은 현재 직면한 CTV, TUBE시장에 대하여
       진지하게 분석한후 전업계가 공급이 수요를 많이 초과,CTV SET
       가격폭락, 반면에 GLASS등 주요 자재 가격은 지속높으며
       대형,초대형 유리자재 수입관세가 지나치게 높은 등 여러면 공감을
       도출하였음. 2001년 1/4분기 전업계가 적자에 직면하게 되었음.

01000255

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0087697

회의기간에 참석자들은 신식산업부 第2000 <843>字 공문을 다시 진지하게 공부하였으며 충분한 검토를 거쳐 전업계가 오는 2001년 5월초부터 감산 초치를 취하여 재고 압축할 것을 회의에서 결정하였다(수출기종생산 제외). GLASS 구매가격은 회의에서 합의된 가격으로 집행한다.

회의 참석자 대표 서명:

채홍집단      : 도규 당서기
남경 PHILIPS : 이수화 경리
BMCC        : 량신청 부총경리
삼성SDI      : 최관태 상무
광동CPT      : 하춘규 부총경리
장사-LG      : 양아평 부장
SEG-HITACHI : 양국균 총경리 조리
상해영신      : 장흥예 부총경리

2001-5-11

---------------------------------------------------------------

상기 회의기요 작성되는 배경은 기존 재고 과다 부담 과대의 현실을 감안, 각 업체별 기 진행되고 있는 LINE STOP을 공식적으로 업계의 명의를 빌어 SET MAKETR와 GLASS MAKER에 보다 강하게 통보함으로서 가격 하락을 저지하고 유리가격을 낮추고자 하는데 있음.

-이상-

01000256

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0087698

EXHIBIT 46

**consortra**
translations

100 Park Ave.16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.

www.consortra.com

STATE of NEW YORK      )
                       )      ss:
COUNTY of NEW YORK     )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"SDCRT-0087694 – SDCRT-0087698"*, originally written in *Korean* is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: January 9, 2013

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
_____ day of _January_,
2013.

_____
Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

## Color CRT Industry Meeting Results Report

■ Time / Place:   May 10~12, 2001/Shanghai Dingshanhu Taiyangdao Hotel meeting room
■ Attendees:

| | |
|---|---|
| BMCC | - Shin Chung Yang (Vice president), Moon Kang Bum (General Manager) & 2 others |
| SEG | - Sung Jeon Sohn (President), Mr. Gook Gyoon Yang (General Manager) & others |
| LG Changsha | - Ah Pyung Yang (General Manager) |
| Guangdong CPT | - Choon Gyu Ha (Vice president), Wee Hun Oh (General Manager) |
| Irico | - Secretary Gyu. Doh, General Manager Gun Sul Wee |
| Philips | - Kang Kim (Consultant), Soo Hwa Lee (Sales Team Manager) |
| Shanghai Yongxin | - Ga Chon. Ju (President), Mr. Jang (Vice President), Moon Eui Bun (Manager) and 5 others (HOST) |
| SDI | - Executive Director Gwan Tae Choi, Mr. Rim Bong Wang (Manager) |

■  Main issues
   A)   CRT company inventories at the end of April

(Unit:   10K)

| | BMCC | Philips | Irico | LG Changsha | Guangdong CPT | SEG | Shanghai Yongxin | SDI | Total |
|---|---|---|---|---|---|---|---|---|---|
| 14" | 22.7 | - | 37.3 | - | - | - | - | - | 60 |
| 21" | 5.9 | 1.6 | 3.5 | 2.7 | 0 | 2.2 | 1.2 | 0.3 | 17.4 |
| 21"DF | 0 | - | - | - | - | - | - | 0.1 | 0.1 |
| 25" | - | 8.6 | 6.4 | 6 | 27.4 | - | 12.3 | 0.4 | 61.1 |
| 25"DF | - | - | 3 | - | - | - | - | 0 | 3 |
| 29"HF | - | - | - | - | 8.1 | - | - | 0.6 | 8.7 |
| 29"SP | 11.7 | 21.2 | - | 2.9 | 15.4 | - | 37.9 | 0 | 89.1 |
| 29"DF | 3.5 | - | - | 10.1 | - | - | - | 0.5 | 14.1 |
| 34" | 1.2 | - | - | - | - | 7 | 10.1 | - | 18.3 |
| Total | 45 | 31.4 | 50.2 | 21.7 | 50.9 | 9.2 | 61.5 | 1.9 | 271.8 |

Note: Above inventories do not reflect substantial portion of the inventories at the storage being operated near the SET MAKERs (Changxing, Shenzhen, etc.) and also do not include Thomson's inventory. If the actual numbers are reflected, the industry representatives agree that the total would be over 3,500K.

   B)   Particulars Regarding Line operation status of each company

      Philips:

Currently, the CRT sale is extremely difficult.  This is because of sharp decrease in production volume and tube purchases caused by excessive SET inventories of the Set Makers in the past few years. Recently, the sales volume of 29" reached 46% of the total sales, but it will take several months to empty the inventories based on the current production volume.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**SDCRT-0087694E_Translation**

Therefore, stopping production is an absolutely necessary direction. We only need to discuss for how long the production should be suspended.

IRICO:

Considering various circumstances, this company is the most burdened.
They have introduced new models (25"DF/29"DF) in the market, but has high defective product rate and high production costs in additional to low sales.
The market appears to have almost reached saturation and it seems difficult to expect significant demand. It seems proper action is needed to overcome the situation.

SEG-Hitachi:

The relevant department of the central government is not interested in the industry's current difficult situation and it will probably not get involved in the future either. The CRT market is completely open and competition is severe.
Though uniform CRT prices have been set many times, ultimately thorough enforcement is more important than the price.

Given the current circumstance with excessive inventory, a specific schedule or goals should be set (e.g., reduce 29" inventory down below 500K, etc.) and take action. The difficulty should be overcome wisely. The purchase price of GLASS should be lowered. The price for 29"DF was drastically decreased to RMB1,530 (cash/CIF) so 1,500 won could also appear soon. The market situation will absolutely not turn before August and all Set-Makers have plans to either decrease or completely stop production in May and June.

Therefore, the CRT companies should look at the current reality at it is and operate the LINEs (including stopping production) considering their respective situation .

BMCC:

Production on the 29" SF line has been stopped for the past consecutive 101 days and some other models as well have been stopped based on the circumstances.
While many industry meetings were held where many agreements were made, few were actually executed as promised.  Therefore we must see the error of our past ways.
If we use CRT resources effectively we can stabilize the price. The price can even be increased by about 50 won. It is also important to not only set the lowest sales price but also to manage inventory at a reasonable level. We must decisively suspend production considering the current inventory.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

Shanghai Yongxin:

How should we determine price for the 29"? We should stabilize the price even if we have to pay the price by stopping production. If the decision is followed, the price could recover up to 1,050 won from the current 1,000 won level.  If that happens, it will also be helpful for the 21" & 25" sales. We should set a reasonable price with investment in consideration. We must refrain from sales below cost. At the time of pricing, the price of imported tubes should also be considered.

Guangdong CPT:

If we had carried out what was decided in the Hainan meeting, we would not be in such a difficult situation. We plan to stop all production once we use all the imported production material. We must have the GLASS prices lowered. We also need to lower the import duties by making a request to the government.

LG Changsha:

29" DF line hasn't been in regular operation since the line started production even operating only a few days of production in April. TUBE inventory with the Set Makers has been greatly reduced, but it seems the CRT industry has a greater inventory than last year. It seems inevitable that production must stop.

Samsung SDI:

We need to reflect on the past, prepare necessary countermeasures, and find a future direction.

Top 5 makers (Changhong, KONKA, TCL, Skyworth, VEL) retain 60% of the more than 8,Mil. SET inventory, CRT inventories of SET-Makers are 1.7 Mil, and CRT inventories of Tube-Makers are more than 2.7 Mil. which shows substantial changes in the inventory not only in volume but also in product type compared to the same time last year.

We need to stop production for 2 weeks every month during May, June and July and consume the inventory. A solution by the government appears unlikely so the industry needs to rely on itself to overcome the difficult situation.

We believe setting the price for the next three months will be helpful for purging the inventory as well as for stabilizing the market..

We do not need to worry about imported TUBE[S] shocking the China market as it is not like what it was in the past.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**SDCRT-0087696E_Translation**

Rather than Samsung or LG, Toshiba or Thomson may be greater variables.

■ Meeting results
- CRT sales price:
   29" SF: 1,000 won (till June12 based on a 6 month promissory note, 1,050 estimated after June 12)
   29" HF:  900 won (                          ″                          950              ″              )
   25" MS: 680                          ″                          , ?              ″              )
   21" MS:  475                          ″                          , ?              ″              )
   21" MS Export:  U$ 47.50 (FOB port)

- Guidelines for reasonable inventory management (29"SF)
   Guangdong CPT     - 100K / each line
   Shanghai Yongxin  - 100K / each line
   Philips Nanjing      -  60K / each line
   Samsung SDI        -  30K / each line
   BMCC                 -  70K / each line
   LG Changsha        - 100K / each line

- GLASS purchases should be made following the results reviewed at the meeting
   29"          RMB 300-330 P&F
   25"          RMB 200-220 P&F
   21"          RMB 140      P&F


We have reached a final agreement at this meeting based on the draft made during the April meeting hosted by SEG-HITACHI, and the translation of the details is as follows.

---

Subject:    Meeting bulletin
Details:    The CRT industry held a CRT company CEO meeting on May 11, 2001. The attendees analyzed in earnest the current CTV and Tube market they are currently facing and reached common understanding on various aspects such as oversupply being much greater than demand, drastic price plunge of CTV SET[S], while the price of main materials like GLASS, etc continues to remain high, and the unreasonably high import duty for large and x-large glass material. The entire industry is facing a deficit in 1Q of 2001.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                    **SDCRT-0087697E_Translation**

During the meeting, the attendees studied the 2000 <843> official announcement from the minister of industry again in earnest, and after a sufficient review, they decided at the meeting that the entire industry should cut production from the beginning of May 2001 to reduce inventories (except for export model production). GLASS purchasing price shall be implemented as per the agreement at the meeting.

Representative Signatures of the Meeting Participants:

| | |
|---|---|
| IRICO Group | : Gyu Doh (Secretary) |
| Nanjing Philips | : Soo Hwa Lee (General Manager) |
| BMCC | : Shin Chung Liang (Vice president) |
| Samsung SDI | : Kwan Tae Choi (Executive Director) |
| Guangdong CPT | : Choon Gyu Ha (Vice president) |
| LG Changsha | : Ah Pyung Yang (General Manager) |
| SEG-HITACHI | : Gook Gyun Yang (Executive Manager) |
| Shanghai Yongxin | : Hong Yuh Jang (Vice President) |

May 11, 2001

---

The background for writing the above meeting bulletin is taking the current circumstance with the burden of excessive inventory into consideration, to lower glass prices and to stop price decreases by officially notifying, and adding some impact by using the industry name, the SET Makers and the GLASS Makers of the LINE STOP being implemented by each company.

- End -

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                    **SDCRT-0087698E_Translation**

EXHIBIT 47

**consortra**
translations

100 Park Ave.16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.                          www.consortra.com

STATE of NEW YORK        )
                         )              ss:
COUNTY of NEW YORK       )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"SDCRT-0087441, SDCRT-0087700 - SDCRT-0087702"*, originally written in *Korean* is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: September 21, 2012

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
____ day of _____
2012.

_____
Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

Industry Managerial-Level Meeting

Time and Location:   China, Guangdong Province, Shenzhen City, She kou, South Sea Restaurant, Conference Room
                     August 9, 2001 08:30 ~ 16:30

Participants:
SEG – Hitach:   Sun Shendian (Director of Board and General Manager), Yang Guojun (Assistant General Manager and
                Industry Association Secretary)
BMCC:           Fan Wenqiang (Vice President), Lee Dae-Rim (General Manager)
Irico:          Ma Jinquan (General Manager), Yui Gun Seol (Manager), Shin Hyo- Rim (Manager)
Guangdong CPT: Zhan Zongqing (General Manager), Song Fan (Vice President), Wu Weixian (Department Manager)
Shanghai Yongxing:  Zhou Jiachun (General Manager), Zhu Danlin (General Manager)
Nanjing Philips:  Yoo Jong Song (General Manager), Li Xiuhua [Su Hwa] (Manager)
Changsa LG:     Kim Chang- Ki (Vice President) and three others
SDI:            Ha Hoo-Mok (VP), Meng Joo Ryong (Department Manager), Wang Lingfeng [Rim Bong] (Branch
                Manager)

Results:

• Production Reduction

    Proposal A):  From August 1, each company will reduce production by 25% compared to the total production volume
                  last year (based on the industry exchange data). Each company will limit the maximum production
                  volume for three major models (21", 25", 29").
                  Calculated formula: Total production of Yr. 2000 X 0.75(%) / 12 (months) X 5 (months)

    Proposal B):  For fair competition, assuming the 25% reduction of the production for the second half of the year, the
                  maximum production volume that each company can produce will be reduced by the inventory volume
                  of the major three models as of July 31.
                  Calculated formula: Total production of Yr.2000 X 0.75(%) / 12 (months) X 5 (months) – inventory for
                  end of July 2001

01000258

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0087700E_Translation

- Pricing proposal

  21" MS RMB 430

  25" MS RMB 635

  29" SF RMB 930

\* The above price is based on a six-month promissory note. In the case of a cash payment, the prevailing interest rate will be deducted. Each company must follow the above pricing and must not compete unfairly by selling at a lower price than the agreed price.

Each company will sign the written agreement, guaranteed by general managers' personality and credibility. Any company that violates the agreement will face disciplinary actions by the Association.

If a company violates the agreement, the Association will issue a warning and send a written notification letter to the company so that the company can have an opportunity to correct the violation. When the company ignores such warning, the parties will hold a meeting to suggest the penalty and the penalty decided in the meeting will be carried out in any event.

Furthermore, a 'HOT-LINE' will be set up among the general managers so that the violation can be reported to the Chair and the Secretaries of the Association

To carry out the 25% reduction of production, the Association will form an inspection team comprised of the Chair and one individual from each company. The team will make inspection implementation plans and will report to the general managers of each company.

Once the companies agree on the [pricing] proposal, if the price that had been previously agreed between each company and CTV companies is lower than the price in the proposal, the unshipped portion should be priced following the newly agreed price in the proposal. If a company continues to use the previously agreed price, it is considered to be a violation of the agreement. The above agreement is effective two days after the signature date.

01000259

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**SDCRT-0087701E_Translation**

The general manager of each company should review proposals A and B and indicate their choice in writing to the Secretary of the Association within two days.

Attachment: Proposal

| Company | Proposal A | Proposal B | Signature of General Manager |
|---|---|---|---|
| BMCC | | | |
| Nanjing Philips | | | |
| Irico | | | |
| Shanghai Yongxing | | | |
| LG Changsha | | | |
| SEC-Hitachi | | | |
| Samsung SDI | | | |
| Guangdong CPT | | | |

Comments)  1. Please ✓ box A or box B if your company agrees and provide the general manager's signature.
2. Please submit the signed form to the Secretary of the Association, Guk Gyun Yang.
Fax: 0755-3355850

01000260

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**SDCRT-0087702E_Translation**

## 업계 총경리 회의 기요

▣ 日時 및 場所 : 中國 廣東省 深천市 蛇口 南海大酒店 會議室
2001年 8月9日 08:30~16:30

▣ 參席者 :
SEG-HITACHI : 孫盛典 董事長 겸 總經理
楊國鈞 助理總經理(겸 業界協會 秘書長)
BMCC : 范文强 副總經理,이대림 부장
彩虹 : 馬金泉 總經理,위건설 경리,신효림 경리
광동CPT : 詹宗慶 總經理,宋帆 副總經理,伍緯憲 部長
상해영신 : 周家春 總經理 朱丹林 經理
남경PHILIPS : 宋耀宗 總經理 李修華 經理
장사LG : 金山起 副總經理 외3명
SDI : 河侯穆 常務, 孟柱龍 部長,王林峰 課長

▣ 結果 :

▣ 減産

A) 안 : 8월 1일부터 각 업체는 작년 총생산량(업계교환자료 기준)기준
25% 감산 실시. 각 업체의 21" 25" 29" 3가지 주요기종의
최대 생산량을 限定 한다.
算式: 2000년 총생산량 x 0.75(%) ÷ 12(월) X 5(월)

B) 안 : 경쟁의 형평성을 감안 하반기 감산 25%의 전제하에서 7월31일
까지 3가지 주요기종 재고를 공제한 물량을 각 업체 최대한
생산할수 있는 물량으로 한다.
算式 : 2000년 총생산량 X 0.75(%) ÷ 12(월) X 5(월) -2001년
7월말 재고

01000258

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

圖 價格案

```
21" MS   RMB 430
25" MS   RMB 635
29" SF    RMB 930
```

* 상기 가격은 6개월 어음기준이며 현금 집행시 현행 이자율 공제.
각 업체는 상기 가격을 반드시 지켜야 하며 그 어떠한 부당한
경쟁수단으로 低價 판매하여서도 안된다.

서면 합의서를 서약하여 총경리의 人格과 信用을 擔保로 하며
위배될 경우 협회의 懲戒를 감수한다.

위배한 기업에 대해 협회는 경고와 서면 통보를 하여
개정하도록 하며 경고 무효시 업계총경리 회의를 개최하여
징계조치를 제의하며 총경리 회의에서 의결된 조치는 철저히
집행한다.

또한 총경리간 HOT-LINE을 개설하며 협회 회장 및 비서장에게
위배 사실을 수시 통보할수 있도록 한다.

하반기 25% 감산조치를 실시키 위해 협회는 회장을 필두로
각 업체 1명씩 파견한 요원 중심으로  감산 감시TEAM을
구성, 감산실시방안 작성 및 각업체 총경리에게 통보한다.

회의 제안이 통과될경우 각 업체와 CTV 업체간에 기 체결한
가격이 금번 價格案 보다 낮을 경우, 미출하분은 반드시
새로운 가격로 하여야 하며 지속적으로 기존가격대로 집행시
협의 위배로 간주한다.  상기 제안은 본결의 서명후 2일부터
유효하다.

01000259

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0087701

감산 A,B 안에 대하여 각 업체 총경리께서는 확인하시고
2일간내 서면으로 협회 비서장한테 통보하여야 한다.

별첨 : 제안 표

| 협회업체명 | A안 | B안 | 총경리서명 |
|---|---|---|---|
| BMCC | | | |
| 남경PHILIPS | | | |
| 채홍 | | | |
| 상해영신 | | | |
| 장사LG | | | |
| SEG-HITACHI | | | |
| 삼성SDI | | | |
| 광동CPT | | | |

주) 1. 각 업체는 동의하는 안에 √ 표를 하시고 서명해 주시기 바랍니다.
   2. 서명한 상기표를 협회 양국균 비서장한테 발송 해 주시기 바랍니다.  FAX: 0755-3355850

01000260

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0087702

EXHIBIT 48



100 Park Ave.16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.                                    www.consortra.com

STATE of NEW YORK          )
                           )              ss:
COUNTY of NEW YORK         )


### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"SDCRT-0006674 - SDCRT-0006677"*, originally written in *Korean* is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.


Dated: March 7, 2013

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
____ day of _____,
2013.

Notary Public


JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

| | |
|---|---|
| **From:** | Sung Kook Sung [sungsk@samsung.com] |
| **Sent:** | Thursday, November 21, 2002 9:48 AM |
| **To:** | "Hoo Mok Ha"; "Jung Hoon Choi"; "Jae Wook Kim"; "Yong Sun Woo"; "Hyung Seok Kim"; "Tae Hyun Bang"; " Byung Hyun Jang"; "Joong Hyun Lee"; "Jong Ho Park" ; "Chang Sun Kang"; "Seok Jin Kim"; "Jae Sik Kim"; "Dong Hoon Lee"; "Moon Il Bae"; "Ki Choi"; "Jung Man Kim"; "Sung Duk Park"; "Jae In Lee"; "Joon Seok Ahn"; "Kyung Chul Oh"; " Jae Ho Jang"; "Hong Kyun Lee"; "Kwan Hyung Kim"; "Deung Go Ran"; "In Chul Kim"; "Eun Kyung Cho"; "Sung Hyun Bae"; "Chang Min Lee"; "Min Gyu Seo"; "Jung Hwan Seo"; "Jong Seok Lee"; "Ki Young Jung"; "Gi Hwa Lee"; "Sung Ho Seok"; "Chul Woo Kim"; "Jae Yoon Ryoo"; "Sung Jin Kim"; "Joo Ryong Mang"; |
| **Subject:** | ?China CRT Industry Meeting Details          Sung Kook Sung          D/D China Sales Team Samsung SDI                    Senior Manager |

**Attachments:** "중국 CPT 업계회의내역(11 월 18 일)_14773_16411.gul" (China CPT Industry Meeting Details (November 18)_14773_16411.gul)

How are you?  This is Sung Kook Sung, of the China Sales Team.
I am sending a brief summary of the China industry meeting details for your use as a reference.

Attachment: Industry meeting

**PRIVILEGED AND CONFIDENTIAL**
**UNDER APPLICABLE LAW**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0006674E  Translation



**CIE** China Information Express

SAMSUNG SDI
China Marketing Group
Shenzhen: 86-755-
83357000-3347

## Re: China CPT Industry Meeting Details (November 18)

Date: Nov. 18, 2002/ Ref No. : CIE021118
- Date: November 17-18, 2002
- Place: Zhangjiajie City, Hunan Province (hosted by Changsa LG)
- Corporate attendees by company:

| | | | |
|---|---|---|---|
| BMCC: | Fan Wenqiang, Deputy GM<br>Li Dalin, Department Director<br>Huang Hai | SEG: | Yang Guojun, Department Director<br>Guo Peng |
| Youngshin: | Xu Zhiping, Department Director<br>Liu Jun | Philips: | Zhang Dezhu, Manager<br>Yu Jiangnan |
| Changsa LG: | Yang Yaping, Department Director;<br>Tian Yuan, Section Chief<br>Lu Fangying | GDFORTUNE: | Wu Weixian, Department Director<br>Xie Yun |
| Irico: | Shen Xiaolin, Manager | Samsung SDI: | Cheng Shengguo, Department Director<br>Jin Chengjin |

### Main Details

1. '02 Production forecast by company and '03 production plans                    Unit: 10Kpcs

| Company | SIZE /yr. | 14" | 20" | 21" | 21"F | 25" | 25"F | 29" | 29"F | 34" | 34"F | Total | PRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Irico | '02 | 315 | | 360 | 3 | 150 | 70 | | 30 | | | 928 | |
| | '03 | 320 | | 360 | 60 | 150 | 45 | | 45 | | | 980 | 60 |
| BMCC | '02 | 194 | | 278 | 63 | | | 158 | 12 | | 24 | 6 | 735 | |
| | '03 | 166 | | 290 | 57 | | | 125 | 44 | | 41 | 17 | 740 | 108 |
| Youngshin | '02 | | | 186 | | 135 | | 140 | 60 | 65 | | | 586 | |
| | '03 | | | 190 | | 120 | | 120 | 130 | 60 | | | 620 | |
| SDI | '02 | | 31 | 120 | 280 | | 33 | 27 | 123 | | | 36 | 650 | |
| | '03 | | 30 | 140 | 290 | | 30 | 30 | 120 | | | 60 | 700 | |
| LG | '02 | | | 225 | | 140 | 21 | 35 | 120 | | | | 541 | |
| | '03 | | | 210 | 20 | 95 | 48 | 36 | 130 | | | | 539 | |
| Philips | '02 | | | 160 | 16 | 150 | | 73 | 54 | | | | 453 | |
| | '03 | | | 150 | 70 | 120 | | 70 | 70 | | 20 | | 500 | |
| Bok Ji | '02 | | | 210 | | 160 | | | 55 | | | | 425 | |
| | '03 | | | 192 | | 121 | 20 | 52 | 38 | | | | 423 | |
| Hitachi | '02 | | | 325 | | | | | | | 70 | | 395 | |
| | '03 | | | 325 | 50 | | | | | | 85 | | 460 | 100 |
| TTL | '02 | 509 | 31 | 1864 | 362 | 735 | 124 | 488 | 399 | 159 | 42 | 4713 | |
| | '03 | 486 | 30 | 1857 | 517 | 606 | 143 | 433 | 577 | 186 | 97 | 4982 | 268 |
| | Decrease/Increase (%) | -4.5 | -3.2 | -0.4 | 51.1 | -17.6 | 15.3 | -11.3 | 44.6 | 17 | 131.0 | 5.8 | |

*Not including Thomson and Sony.    SDI numbers are the exchanged number (adjustment has been notified).
*For PRT, BMCC/SEG CAPA is higher than the above.
Above details will be sent in Korean and Chinese at the same time by the Chinese Sales team. If there are any questions or if additional information is needed, call the individuals directly or use the above phone number.

**PRIVILEGED AND CONFIDENTIAL**
**UNDER APPLICABLE LAW**
Highly Confidential
Subject to Protective Order
U.S.D.C.(N.D. Cal.) No. M -07-5944 SC
In re cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0006675E_Translation

2. Announcement of details by company
  - Details of meeting hosted by Chinese Ministry of Industry and Information Technology on 11/15
    CTV export ratio is 31% in China region production for '02 (12,600,000 units, mainly 21", 14")
    Accelerate world TV production transfer to China
    Focus acceleration on major TV production in China (C/TV Big 5 production in 2002: 78%)
    Current issues: 1. Lower CTV export price by Chinese company
                    2. Collection of proceeds of CTV export to the U.S. by Changhong TV (uncollected bond: USD 170,000,000
        # Changhong TV's Guangdong Joongsan factory: Production plan for 3,600,000 units (mostly for export)

  - SEG (Hitachi) PRT line production started (11/21), plan to produce more than one million units in 2003
    Plan to relocate the S8 line to Shenzhen from Japanese Hitachi in '03 (21"F); completed our DY and electron gun factory
    Plan to produce 850K 34" in '03 (IIF 600K/SF 250K); scheduled construction for line capacity increase in March 2003.

  <Shanghai Youngshin>
  - Comments relative to '02 market situation: '02 TV production 44,000,000 units; export 15,000,000 units
                                               '03 forecast 48,000,000 units
                                               '02 CPT production 48,500,000 units (imported 5,000,000 units)
  - Remodel combined #4 line (29" flat) 34"SF in July and August this year; low production of 29" flat due to several issues
    Remodel combined #1 line 21" flat, but no plan to produce a 21" flat for a while

  <Irico>
  - Did not produce due to 29" flat technology/quality/cost issues for half the year. Resume 29" flat production at the end of October. 30K 29" flat products are being produced until now (sales price: RMB1,380 ← M. filter type)
    25" flat over inventory continues (more than 100K); 29" flat based line will operate for a while
    Completed remodel of combined 15" CDT line, to 21" flat/15" flat; 21" flat production in Nov. 0K)
    15" flat is produced in December (samples sent to customers such as Sanyo)
    PRT '03 yr.  600K units production plan

  <Changsa LG>
  - There is a lot of loss due to unstable production on the CDT line. CPT has relatively good performance this year.
    Plan to remodel for combination of 21" normal line with 21" flat line in '03.
    1 additional CDT line

  <GDFORTUNE>
  - Remodeled 25" flat, 29" flat already combined with Hitachi technology; plan of 29"-flat mass-production in Dec.
    Already developed 29" flat glass in the Anyang production; currently developing in SAE (Shanghai Asahi)
    Current 25" flat price is RMB 880

  <Nanjing Philips>
  - Line remodeling condition: 34" flat line will be mass production in March of 2003 ('03 plan: 300K),
    Currently sample being prepared
                    25" line and 21" flat combination plan
  - '02 market: CPT production 48.4 million (e.g., 9.7M), CTV production 43.5M (e.g., 13.5 M, DO 27.5M)
                    CPT import 5.0M                    CTV inventory at end of year  10.8M

**PRIVILEGED AND CONFIDENTIAL**
**UNDER APPLICABLE LAW**
Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M -07-5944 SC
In re cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0006676E_Translation

**\<BMCC\>**
- PRT production line has already been remodeled,  '02 production 100K,     '03 plan 1080K,
  29" flat, 34" flat major customer SMT; strong promotion for domestic provision of raw materials in 2003 in order
  to secure competitive prices.
- Recent influx of low-priced Southeast Asian CPT products into the region (example: 14"/ 21")
  Southeast Asian CPT makers are using Chinese materials. The Chinese material export price is low compared to the
  price of the regional supply.
  The industry needs to respond strongly in order to protect the regional industry.
- '03 yr. CRT tariff information:   CPT current 12% → '03  8%
                                    CDT current  8% → '03  6.8% (recheck with related central department)


**\<Samsung SDI\>**
- Report the current year's production by model and sales status
- Regarding PRT business in Samsung SDI region: Business possibility is being reviewed. Their final decision has
  not been made (BMCC/SEG significantly interested). Even if they do this, the first half of '03 will be too early to
  start.


**3. Other agreements**
- Scheduled to hold an industry general managers' meeting at the end of the year
  Date: Around January 15, 2003
  Place: Hainan BO ao (near the Hainan area)
  Purpose: Evaluation of operation by company in '02; '03 industry development direction review and TOP exchange
           (General managers at Bokji, LG, Irico and other places all changed in '02 yr.)


Note: Sales/Profit in 2002 by CPT company                                                    Unit: 0.1 billion RMB

| Name of Company | '02 sales forecast | Income status | Remarks |
|---|---|---|---|
| CAIHONG | 45 | 4 | Entire Group |
| YONGXIN | 39 | 1 | |
| BMCC | 37 | 1.5 | CDT deficit is big |
| PHILIPS | 24.6 | 0.7 | |
| LG | 35 | 1.6 (including CDT) | CDT deficit |
| GD CPT | 20 | 1 | |
| SEG Hitachi | 18.5 | 1.3 | Sales increased 2.5 billion vs. last yr. |
| TTL | 219.1 | 11.1 | |

\* The reliability of above sales/income info is not high.
\* A significant overall increase for CRT companies this year compared to last year
\* Nanjing Philips' operation rate is extremely low after the Taiwan line relocated, and they claim that the overall
income is negative.

-End-

**PRIVILEGED AND CONFIDENTIAL**
**UNDER APPLICABLE LAW**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

| | |
|---|---|
| **From:** | 성성국 [sungsk@samsung.com] |
| **Sent:** | Thursday, November 21, 2002 9:48 AM |
| **To:** | "하후목"; "최정훈"; "김재욱"; "우용선"; "김형석"; "방태현"; "장병현"; "이중현"; "박종호"; "강창선"; "김석진"; "김재식"; "이동훈"; "배문일"; "최기"; "김정만"; "박성덕"; "이재인"; "안준석"; "오경철"; "장재호"; "이홍균"; "김관형"; "란등고"; "김인철"; "조은경"; "배성현"; "이창인"; "서민규"; "서정환"; "이종석"; "정기영"; "이기화"; "석성호"; "김철우"; "류재윤"; "김성진"; "맹주룡" |
| **Subject:** | ?중국브라운관 업계회의 내용                          성성국          D/D영)중국영업팀 삼성SDI                          차장 |
| **Attachments:** | 중국 CPT업계회의 내역(11월 18일)_14773_16411.gul |

안녕하십니까? 중국영업의 성성국입니다.
중국업계회의 내용을 간단히 요약 송부드리오니
참조하여 주시길 바랍니다.

 별첨 : 업계회의

**PRIVILEGED AND CONFIDENTIAL
UNDER APPLICABLE LAW**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**SDCRT-0006674**



China Marketing Group

Shenzhen: 86-755-
83357000-3347

# Re: 중국 CPT 업계회의 내역(11월 18일)

Date: Nov. 18, 2002 / Ref No. :CIE021118
- 일시: '02.11.17 - 18
- 장소: 호남성 張家界(장사LG 주최)
- 각사 참석자 :

| BMCC | : | 范文强 副總經理<br>李大林 部長<br>黃海 | SEG | : | 楊國鈞 部長<br>郭鵬 |
| 永新 | : | 徐志平 部長<br>劉俊 | PHILIPS | : | 張德柱 經理<br>于江南 |
| 長沙 LG | : | 楊亞平 部長, 田元 科長<br>魯芳穎 | 廣東福地 | : | 伍維憲 部長<br>謝雲 |
| 彩虹 | : | 申小琳 經理 | 三星 SDI | : | 成聖國 部長<br>金成進 |

## 주요내용

一. 각 업체 02년 생산예상 및 03년 생산 계획

단위:10Kpcs

| 업체 / 규격 | | 14" | 20" | 21" | 21"F | 25" | 25"F | 29" | 29"F | 34" | 34"F | 합계 | PRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 채홍 | 02년 | 315 | | 360 | 3 | 150 | 70 | | 30 | | | 928 | |
| | 03년 | 320 | | 360 | 60 | 150 | 45 | | 45 | | | 980 | 60 |
| BMCC | 02년 | 194 | | 278 | 63 | | | 158 | 12 | 24 | 6 | 735 | |
| | 03년 | 166 | | 290 | 57 | | | 125 | 44 | 41 | 17 | 740 | 108 |
| 영신 | 02년 | | | 186 | | 135 | | 140 | 60 | 65 | | 586 | |
| | 03년 | | | 190 | | 120 | | 120 | 130 | 60 | | 620 | |
| SDI | 02년 | | 31 | 120 | 280 | | 33 | 27 | 123 | | 36 | 650 | |
| | 03년 | | 30 | 140 | 290 | | 30 | 30 | 120 | | 60 | 700 | |
| LG | 02년 | | | 225 | | 140 | 21 | 35 | 120 | | | 541 | |
| | 03년 | | | 210 | 20 | 95 | 48 | 36 | 130 | | | 539 | |
| 필립스 | 02년 | | | 160 | 16 | 150 | | 73 | 54 | | | 453 | |
| | 03년 | | | 150 | 70 | 120 | | 70 | 70 | | 20 | 500 | |
| 복지 | 02년 | | | 210 | | 160 | | 55 | | | | 425 | |
| | 03년 | | | 192 | | 121 | 20 | 52 | 38 | | | 423 | |
| HITACHI | 02년 | | | 325 | | | | | 70 | | | 395 | |
| | 03년 | | | 325 | 50 | | | | 85 | | | 460 | 100 |
| TTL | 02년 | 509 | 31 | 1864 | 362 | 735 | 124 | 488 | 399 | 159 | 42 | 4713 | |
| | 03년 | 486 | 30 | 1857 | 547 | 606 | 143 | 433 | 577 | 186 | 97 | 4962 | 268 |
| | 증감(%) | -4.5 | -3.2 | -0.4 | 51.1 | -17.6 | 15.3 | -11.3 | 44.6 | 17 | 131.0 | 5.3 | |

* 톰슨, 소니 미 포함. SDI 숫자는 교환 숫자 임(조정통보).

* PRT의 경우, BMCC/SEG의 CAPA.는 상기보다 多

위의 내용은 중국영업팀에서 한국어와 중국어로 작성되어 동시에 발송 됩니다.
문의사항 또는 추가적인 정보제공은 싱글 또는 위의 전화로 연락 바랍니다.

**PRIVILEGED AND CONFIDENTIAL**
**UNDER APPLICABLE LAW**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

二. 업체별 발표내용
< SEG(日立) >
■ 11월 15일 신식산업부 주최 회의 내역
  '02 중국역내생산 CTV 수출 비중 31%(1260만 대, 주로 21",14" 위주).
  전 세계 TV 생산 중국 이전 가속
  중국 내 TV 생산 MAJOR위주 집중 가속( '02년 C/TV Big5생산:78% )
  현제 문제점  :  1. 중국업체 CTV 저가출혈 수출
            2. 장홍TV 대미국수출 CTV대금 회수문제(미회수채권:USD 1억7천만)
 # 장홍TV 광동중산공장 : '03년 360만대 생산계획(대부분 수출)

■ SEG(日立) PRT LINE 생산START(11/21), '03년 100만대 이상생산 계획
  '03년 일본HITACHI S8라인 심천 이전계획(21"F),자체 DY 및 전자총 공장 기분사 완료.
  '03년 34" 85만 생산계획(HF 60만/SF 25만) ← '03.3 LINE CAPA.증량화공사 예정

< 上海永新 >
■ '02년 시장 상황관련 의견 : '02년 TV 생산 4400만 대 ,수출 1500만 대,
               '03년 예상 4800만 대.
               '02년 CPT 생산 4850만 대(수입 500만 대),
■ 금년 7월/8월 #4LINE(29"FALT) 34"SF 겸용개조, 여러문제로 29"FALT 생산실적저조
  #1LINE 21"FALT 겸용개조, 당분간은 21"FALT 생산계획 無

< 彩虹 >
■ 29"FLAT 기술/품질/원가문제로 만년간 생산못함. 10월말부터 29"FALT 생산재개
  11월 현제까지 30K 29"FALT 생산 ( 판가:RMB1,380 ← M.FILTER TYPE)
  25"FLAT 과다재고보유(100K이상). 당분간 29"FLAT위주로 LINE 운영
  15"CDT 라인, 21"FLAT/15"FALT 겸용 기 개조완료. 21"FALT 11월생산(30K)
  15"FALT 12월 생산(SANYO등에 SAMPLE송부)
  PRT '03년 60만대 생산계획

< 長沙 LG >
■ CDT 라인 생산 불안정으로 금년 손실 많음, CPT 부분에서는 금년 비교적 좋은 성과
  '03년에는 21" NORMAL LINE 21"FALT 겸용화 개조계획
  CDT 추가 1개 LINE

< 廣東福地 >
■ 25"FLAT,29"FLAT 日立기술로 기 겸용개조, 12월부터 29"FLAT 양산 계획.
  29"FLAT Glass 안양산 기 개발 현재 SAE(상해아사이)산 개발중
  25"FLAT 현재 가격 RMB880

< 남경 Philips >
■ LINE개조상황: 34"FALT 라인 '03년 3월부터 양산('03계획:30만), 현재 SAMPLE 준비중.
            25"LINE 21"FALT 겸용화계획
■ '02년 시장  : CPT생산 48.4백만(EX 9.7M), CTV생산 43.5M(EX 13.5M, DO 27.5M)
            CPT 수입 5.0M,            CTV년말제고 10.8M

**PRIVILEGED AND CONFIDENTIAL**
**UNDER APPLICABLE LAW**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0006676

< BMCC >
■ PRT LINE 기 생산개시, '02년 생산 10만, '03년 계획 108만,
   29"FLAT,34"FLAT 주요고객 SMT, 원가경쟁력 확보차원 '03년 원자재 국산화강력추진
■ 최근 동남아산 CPT 저가 역내진입(예:14"/21")
   동남아CPT MAKER 중국산자재사용, 중국산자재 수출가 역내공급가대비 저가
   역내 업계보호차원서 업계의 강력대응 필요.
■ '03년 브라운관 관세정보:  CPT 현제 12% -→ '03  8%
                          CDT 현제  8% -→ '03 6.8% (중앙관련부처 재확인)


< 三星 SDI >
■ 금년 기종별 생산 및 판매상황통보
■ 삼성SDI 역내 PRT 사업관련 : 사업성 검토중, 최종결정 안되었슴(BMCC/SEG상당관심).
                          만약 하더라도 '03년 상반기는 어려움.
三. 기타협의사항
■ 년말 업계 총경리회의 개최 예정
   일시: 03년 1월 15일 전후
   장소: 해남성 Bo ao(海口 부근)
   목적: '02년 사별 경영평가 , '03년 업계 발전 방향 토의 및 TOP 교류
        ('02년 복지, LG, 채홍외 총경리 모두 바뀜)


참조: CPT 업체별 '02년 매출/이익                                단위: 억 RMB

| 업체명 | 02년 매출 예상 | 손익상황 | Remarks |
|---|---|---|---|
| CAIHONG | 45 | 4 | 그룹 전체 |
| YONGXIN | 39 | 1 | |
| BMCC | 37 | 1.5 | |
| PHILIPS | 24.6 | 0.7 | CDT 적자 BIG |
| LG | 35 | 1.6(CDT 포함) | CDT 적자 |
| GD CPT | 20 | 1 | |
| SEG Hitachi | 18.5 | 1.3 | 매출 작년대비 2.5억 증가 |
| TTL | 219.1 | 11.1 | |

* 상기 매출/손익 신뢰성은 높지 않음
* 전체적으로 금년 브라운관업체 손익은 작년대비 상당한 신장
* 남경PHILIPS 대만LINE 이설이후 가동률 극히저조, 전체적으로 손익은
  적자라고 주장


                                                        – 이상 –


**PRIVILEGED AND CONFIDENTIAL**
**UNDER APPLICABLE LAW**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

EXHIBIT 49



STATE of NEW YORK    )
                     )          ss:
COUNTY of NEW YORK   )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"BMCC-CRT000142063"* originally written in *Chinese* is to the best of our knowledge and belief, a true, accurate and complete translation into *English*.

Dated: March 7, 2014

*Allison Carey*
Allison Carey
Consortra Translations

Sworn to and signed before ME this
7th day of *March*,
2014

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

## Your
## legal
## translation
## partner

New York, NY  I  Washington, DC  I  Houston, TX  I  San Francisco, CA
Hong Kong



2697E
EXHIBIT NO. Sung
3-19-14
S. LANCASTER

| To: | BMCC | Wenqiang Fan | Dalin Li | SEG-Hitachi | Guojun Yang |
|---|---|---|---|---|---|
| | Shaanxi IRICO | Jianshe Wei, Xiaolin Shen | | Guangdong Fortune | Weixian Wu |
| | Nanjing Huafei | Xiuhua Li | | Changsha LG | Yaping Yang |
| | Shanghai Yongxin | Zhiping Xu | | Samsung SDI | S.K. Sung |

cc:    All general managers

Some points about my views on the current status of the industry:

1. The market has currently entered the traditional off-season, and it is also affected by "SARS" and the price reduction of "rear-projection" color TVs. Under this severe situation, all companies in the industry must truly report their respective production, sales, inventory, and export data to help all of the general managers make correct decisions;

2. There was a larger slide in the domestic color TV and color tube market. Recently, the color tube market has quotations only but has no actual trading. We hope we can actively adjust our sales strategy, decide production with sales, and strictly control inventory volumes;

3. Actively push on cost projects, use market sales prices to push down costs; in particular, the purchasing costs need to be drastically reduced.

The fear of "SARS" is more dangerous than "SARS" itself!


Everyone please consider the above

[stamp: Yang, 03.5.09, Guojun]

Secretary-General of the Eight Major Color Tube Industry Association:
2003-05-09


05-09 2003 11:35 FAX 075583354124    SEG HITACHI MARKETING DP    001:001

CONFIDENTIAL                                    BMCC-CRT000142063E_Translation

**TO:**　北京松下　范文强　李大林　　　赛格日立　杨国钧
　　　陕西彩虹　魏建社　申小琳　　　广东福地　伍维宪
　　　南京华飞　李修华　　　　　　　长沙 LG　杨亚平
　　　上海永新　徐志平　　　　　　　三星 SDI　成圣国

**cc:**　各总经理

我对目前行业情况的几点看法：

1、　目前市场已进入传统淡季，加上"非典"和"背投" 彩电的降价影响。在这种严峻的形势下，请行业内各企业务必真实通报各自的产销存及出口数字，以便各位总经理正确决策；

2、　国内彩电、彩管市场出现了较大的滑坡，近期彩管市场有价无市，希望积极调整销售策略，以销定产，严格控制库存量；

3、　积极推进成本工程，以市场销售价格倒推成本，尤其在采购成本上要大幅度下降。

对"非典"的恐慌比"非典"本身更危险！

以上请各位考虑



八大彩管行业协会秘书长：
2003-05-09

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BMCC-CRT000142063

EXHIBIT 50



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**SDCRT-0089426_90225-230**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.



_____
Dan McCourt

Sworn to before me this
August 22, 2023

_____
Signature, Notary Public

_____
Stamp, Notary Public

**Minutes of the CPT industry general manager meeting**

Meeting time: July 20, 2004
Meeting location: Sheraton Suzhou Hotel & Towers
Meeting hosted by: Fan Wenqiang, President      Yang Guojun, Secretary-General
Delegates attending the meeting: IRICO Group: Ma Jinquan, Guo Mengquan, Shen Xiaolin
        Beijing Matsushita: Fan Wenqiang, Li Dalin
        Samsung SDI: Hoo Mok Ha, Yang Zhen, Gao Tao, Xie Yun
        Thomson: Li Shuang, Yang Xiangjie, Huang Zhiye
        LG Shuguang: Yang Yaping, Tian Yu, Long Lingyu
        Shanghai Novel: Gu Deqing, Xu Zhiping
        Nanjing Huafei: Gu Wanhong, Xu Minghui, Qian Cheng (LPD)
        SEG Hitachi: Li Chenqun, Yang Guojun, Guo Peng

**Meeting topics:**
1.   The impact of the change of the export tax rebate policy in the first half of this year on various enterprises;
2.   Impact of the increase in national road freight rates on the selling price of color tubes after June 20 this year;
3.   Impacts that Sony, Toshiba, and Philips' 29" pure flat color TV price cuts (below 2,000 yuan/set) have on the domestic market in the second half of the year.

**Meeting contents:**

**I.**      **Impact of changes in the export tax rebate policy on the industry**

Read out a letter to Vice Premier Wu Yi, and ask the general managers of all the color tube companies to sign. See the meeting materials for details.

Participants unanimously agreed that:
1.   The impact of the drop in export tax rebates on the color tube industry is not only the loss of profits, but also more about the impact of imported color tubes from Southeast Asia, because Southeast Asia purchases a large number of raw materials (glass bulbs/shadow masks/electron guns/deflection yokes, etc.) from China. The purchase price is cheaper than the domestic price, so they can export color tubes to China at a lower price;
2.   Color TV plants are also affected by the decline in the export tax rebate rate. They are less willing to do domestic carry-over, and are more inclined to use imported color tubes for export machines. In order to meet the needs of color TV plants, domestic color tube factories have increased the number of one-day trips in Hong Kong, which has increased the transportation costs of color tube factories. Regarding how to solve the problem of one-day trips in Hong Kong, the industry association has repeatedly reported to the central government,

**[stamp:] 04001236**

1

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090225E

but the problem has not been resolved.

3. This letter has contributed relatively significantly to the CPT industry, but it is worried whether the government will modify the policy to support the development of the CPT industry. The recommendation is to analyze the relevant industries in the entire industrial chain, and the persuasion should be stronger.

**II.    2004 1H color tube industry work summary**

Summary by Secretary-General Yang Guojun, see meeting materials for details

**III.   Thomson Seligent:**

1. The main reasons for not joining the industry association in 1999 were: Foshan has only one line, which cannot be compared with other brother factories. For them, if one production line is stopped, other production lines are still in production. It cannot participate because of survival. If it participated at that time and did not stop production, this is against the spirit of the association. After the successful acquisition of Fortune, it is a matter of course to become a member of the association.

2. CPT is now facing not only peer competition, but also more about high-end color TV competition. It takes RMB 2 billion to invest in a CPT factory, but a seventh-generation LCD panel production line requires USD 3-4 billion. Because high-end flat-panel displays require relatively significant investment, many companies are now adopting joint ventures to develop together and share risks.

3. Although CPT is suppressed by high-end color TVs, there is still room for development. CPT is not a sunrise industry, but it is not a sunset industry at the same time. Now is the time for everyone to unite. As long as the relationship between supply and demand is properly handled, life can still go on. Bear with it in the off-season and do not cut prices easily. Once the price drops, it will be difficult to recover.

4. In terms of production line: Thomson currently has 5 production lines, and it is impossible to add new production lines in China. In the second half of the year, except for one production line in Foshan, which has no transformation plan, the other four production lines have transformation plans. The main items of transformation are the transformation from normal flat to pure flat, and the transformation from Hitachi technology to Thomson technology. In the second half of the year, the average shutdown of each line is about 20-25 days, which will be conducive to the healthy development of the industry.

5. CPT output: The output of color tubes in the first half of the year will be greater than that in the second half of the year. There will be about 100,000 in stock at the end of June, and there will be more than 200,000 in stock by the end of July. In the first half of the year, 4 million units have been produced, including 3.7 million units for domestic sales and more than 200,000 units for export. In the second half of the year, about 3.7 million units are planned, including 3.2 million units for domestic sales and 500,000 units for export.

6. Color tube companies should develop more new products, such as research on ultra-thin color tubes, to strive for more profits.

**III. Beijing Matsushita:**

1. Due to various considerations, BMCC completely gave up the plan to bring in production lines from Japan;

2. We should be optimistic about the market in the second half of the year. According to the behavioral consistency of previous years, the market will turn into the peak season after July, and CTV production will increase relatively significantly in September. Now is the darkness before dawn, everyone should hold tight.

3. As for the inventory of CPT and CTV, we feel that the inventory should not be so large,

**[stamp:] 04001237**

2

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090226E

because now the CTV factories have become more rational after 2000, and each company decides production based on sales.

4.  Requirements for information analysts: We hope that in the future, there will be more integration with the sales staff. Regarding the inventory of the color TV factories, in addition to analyzing from the perspective of the industrial chain, it is also necessary to strengthen the detailed grasp of the production, sales and inventory of each color TV factory, and cross-check the accuracy of the data.

4.  In terms of cost, the recommendation is to communicate more with shadow mask and glass bulb manufacturers. Conducive to the healthy development of the entire industry.

5.  Handling historical issues: Due to the analysis of the industry chain by SEG Hitachi and relevant information personnel in the industry, the inventory volume of color TV factories (color TV and color tube) at the end of the first half of 2004 was 21 million, which is huge and inconsistent with the current situation of the color TV factories, so it is requested to reduce the inventory volume of the color TV factory 5 million units. The specific operation requires relevant information personnel to trace the historical data and complete it together. In the future market analysis, the inventory of color TV factories must be 16 million as the starting point.

**IV. Samsung SDI**

1.   The sales results of SDI CPT this year are better than last year. But there are still problems in the whole industry, especially 29" PF. The current demand is only about 800,000/month, but the production capacity reached 1.1 million/month in the second half of 2004, and the production and sales are obviously unbalanced. Industry should coordinate how to respond to this change.

2.   The traditional peak season is approaching, and July-August should be the most difficult period, and demand will increase after September. We hope that everyone will cooperate more and tide over the difficulties together. As long as the market improves after September, the peak season will last for five months. The price of CPT, especially the price of large-screen CPT, is very unlikely to increase, so the price must be stabilized now, in order to strive for more profits when the peak season comes.

3.   The CPT industry is a very mature industry, so we should deal with problems rationally. During the off-season, we hope everyone can adjust production and maintain a balance between production and sales. Taking 25" and 29" as an example, the cost has remained unchanged from last year to now, but the price has dropped relatively significantly. The recommendation is that everyone cooperate more.

4.   In terms of the price cut of joint venture brand color TVs, as a matter of fact, many joint venture brands have already lost their own costs, but there are still many color TV factories in China that do OEM for joint venture brands. This is a short-term making. Eventually, CTV factories themselves will be hurt. Without the help of domestic whole-set makers, foreign brands will soon withdraw from the Chinese CRT TV market. The recommendation is to communicate more with whole-set makers and ask them not to be simple processors.

5.   In terms of price: Since the beginning of this year, the price of color tubes has dropped relatively significantly, but the cost has not dropped at all compared with the beginning of the year. From the cost analysis, the price of CPT has dropped by 5%, and the cost should also drop by 5%. However, this year, the prices of the small and medium products of glass bulbs have increased and those of large and medium types have remained unchanged, so it is suggested that from now on, everyone should put pressure on the glass bulb and demand a price reduction.

6.   In 2005, the target price of Samsung's 40" and below LCD TVs will be USD 1,000, and the target price of 42" plasma TVs will be USD 600. If they can be achieved, the impact on high-end CRT TVs will be very severe. Flat panel display TV has become the main competitor of the

**[stamp:] 04001238**

3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090227E

color tube industry, and the color tube industry needs to unite to safeguard common interests.

## V. Xianyang IRICO:

1.   The color tube industry is now facing pressure from multiple situations, and now is the time to unite. We need to sit down and contemplate how our CPT industry can integrate upstream and downstream resources to meet the impact and squeeze of substitutes on us.

2.   The recommendation is to communicate more with upstream and downstream industry associations, which will benefit the healthy development of the industry.

3.   In terms of price: Although external factors play a role in the price drop, the main reason is internal factors. Excessive competition and competition in price cuts. The current CPT price cannot be lowered any further. Although there is a seasonal surplus of color tubes, we must hold tight. The market will start to some extent in the second half of the year.

4.   Correctly treat the impact of flat panel display technology on color TVs, and CRT TVs still have room for survival due to their high price-performance ratio. At the same time, our hope is that the association will play a role in creating conditions to encourage CTV factories to go international, so that domestic CPT and CTV will maintain a healthy development.

5.   Everyone communicate with each other more, treat each other with sincerity, and announce the content of this meeting with a unified version.

## 6. Shanghai Novel:

1.   From this year to next year, 13 TFT-LCD large-screen panel production lines (above 4.5G) will be added, and they will definitely cut prices to absorb the increased production capacity.

2.   The domestic CPT glass bulbs are not tense this year. Right now, no CPT factory has stopped production due to the shortage of glass bulbs. This may be due to the good operation of the glass bulb industry.

3.   Sony's price cuts: The total production capacity of Sony's 29" PF is only 300,000, which should not have an impact on CPT, but it has a certain impact on CTV. The main purpose of Sony's price reduction this time is to use CRT color TV as an introduction to occupy the market and prepare for the next flat panel display TV (PDP, LCD, PRTV). If other foreign brands follow suit, it will have an impact on the CPT industry, and domestic CTV factories may raise their requirements for CPT quality when the time comes.

4.   In terms of production line: After the PF transformation of the 29" SF line, the production capacity of Novel 29" PF will reach 250,000/month or higher, but it does not mean that 29" PF will be produced in all of the second half of the year, and there may still be 1-2 months to do 29" SF .

5.   The recommendation is that several major 29 "PF manufacturers choose an appropriate time, and whether they can sit down and communicate with each other with sincerity. To ensure the healthy development of the entire industry.

## VII. Nanjing Huafei:

Due to power cuts in Nanjing, the 34" production line was shut down from July 18th to August 10th, and other production lines were shut down for 10 days from August 1st.

**[stamp:] 04001239**

4

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090228E

## VIII. LG Shuguang:

1. June and July are the traditional off-season for CTV sales, and it is expected that the entire inventory will increase now. It is expected that the market will be prosperous in August and September, and the output may double.

2. In terms of price: CPT prices have been falling this year, and until now CTV is still asking for a price cut, the main reasons are: The color tube industry has increased production lines and more technological innovations. CTV factories have high hopes and took the opportunity to suppress the price of color tubes. We hope everyone will communicate more in the future. There should be price differences, but they should not be too large.

## IX. SEG Hitachi

1. Although a new line has been added this year, due to the single variety, it will still focus on survival for a long period of time in the future. Production volume is estimated to reach 6 million this year.

2. Because the market price and its cost are too far apart, the production of 21" PF is stopped, and 21" FS is produced in large quantities.

3. In terms of price: 21" FS Shenzhen FOB price is $38.5, regarding the domestic selling price, the hope is that all CRT makers do not have those less than RMB 385 after August.

4. Regarding the increase of freight, in order to ensure the smooth transportation of goods, SEG has increased the freight. The Chinese official reported the day before yesterday that the 20% increase in freight rates was only a normal return to the original position.

5. All costs are rising, but the price of color tubes is still falling. It is necessary to stabilize the selling price of color tubes of 21" FS and 29" RF

6. How to ensure a considerable price difference with the flat panel display technology, the cost is very critical.

Glass bulb production volume in China:

|  | 2003 | | 2004 | |
|---|---|---|---|---|
|  | Weight | Quantity | Weight | Quantity |
| Glass screen | 3430 tons | 62.2 million pieces | 4950 tons | 83 million pieces |
| Glass funnel | 1570 tons | 65.6 million pieces | 1960 tons | 74 million pieces |

After September, the supply volume of glass bulbs in China will increase significantly. The profit of the glass bulb factory is very high now, generally more than 13%. The cost of glass bulbs per kilogram is about more than RMB 6. The goal of the glass bulb factory is 5 yuan. It is suggested that all the color tube factories put pressure on the glass bulb factory to reduce the price by 5~8%.

**Conclusion of this meeting:**

1. **Oversupply of color tubes does exist, but the seasonal performance is more serious. Generally speaking, it will maintain balance by the end of the year. How to get through the off-season:  Control output, maintain price, control inventory.   The price should not fall any further. The company aims to make profits,**

**[stamp:] 04001240**

5

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090229E

and the fate of the general manager is directly determined by whether the operation is good or bad.

2.    The recommendation for all is that you sign the contract first, and then deliver the goods.   In addition, strictly follow the contract to handle matters to get rid of the passive situation.

3.    Next time, the association will invite heads of purchasing departments, glass bulb factories, shadow mask factories, and CTV factories to participate in color tube industry conferences to form a big alliance to discuss how to counteract the impact of the development of high-end color TVs (flat panel displays) on CRTs.   To extend the life cycle of CRT.

4.    For the next meeting, we will invite Li Shuang, Vice President of Global Sales of Thomson to introduce the situation in Europe:  The development of CPT, CDT, PDP and LCD, and the operation of the European color tube industry association.

5.    For the next meeting, we will invite executive director Hoo Mok Ha of Samsung to introduce the development of global PDP and LCD.

6.    Content to open to the public:  The state retreats a little, the glass bulb falls a little (target 5%-8%), the color TV rises a little, and the color tube rises a little.

Eight major CPT industry association
February 23, 2004

[stamp:] 04001241

6

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090230E

# 彩管行业总经理会议纪要

会议时间：2004 年 07 月 20 日

会议地点：苏州吴宫喜来登

会议主持：范文强 会长　　　杨国钧 秘书长

与会代表：彩虹集团：马金泉、郭盟权、申小琳

北京松下：范文强、李大林

三星 SDI：河侯穆、杨真、高涛、谢云

汤姆逊：李爽、杨向杰、黄志业

乐金曙光：杨亚平、田钰、龙玲玉

上海永新：顾德庆、徐志平

南京华飞：顾万宏、许明晖、钱程（LPD）

赛格日立：李陈群、杨国钧、郭鹏

会议议题：

1、今年上半年出口退税政策的变更对各企业的影响；

2、今年 6 月 20 日以后，全国公路运费上涨对彩管售价的影响；

3、索尼、东芝、飞利浦 29"纯平彩电降价（2000 元以下/台）对国内下半年市场的冲击。

会议内容：

## 一、　出口退税政策的变更对行业的影响

宣读给吴仪副总理的一封信，并请各彩管企业总经理签字，详见会议资料。

参会人员一致认为：

1、出口退税下降给彩管行业带来冲击不仅是利润的损失，更多是来自东南亚进口彩管的冲击，因为东南亚从中国大量采购原材料（玻壳/荫罩/电子枪/偏转线圈等），其采购价比国内价格还便宜，所以他们可以以更低的价格向中国出口彩管；

2、彩电厂也受出口退税率下降的影响，不太愿意做国内结转，而更倾向于使用进口彩管做出口机，而国内彩管厂为了迎合彩电厂的需求，加大香港一日游的数量，这又加重了彩管厂的运输成本。就如何解决香港一日游的问题，行业协会已经多次向中央政府

04001236
1

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090225

反映，但问题一直都没有解决。

3、这封信对彩管行业贡献较大，但担心政府会否修改政策来支持 CPT 行业发展。建议再从整个产业链上相关产业进行分析，说服力应该会更强一些。

二、 **2004 年 1H 彩管行业工作总结**

杨国钧秘书长总结，详见会议资料

三、汤姆逊新骏：

1. 99 年没参加行业协会主要原因是：佛山只有一条线，不能与其它兄弟厂相提并论，停一条线仍有其它线生产，因生存而不能参加，如果当时参加又不停产，这又违背协会精神。现成功收购福地后，理所当然成为协会的一员。

2. CPT 现不仅面临同行竞争，更多面临高端彩电的竞争，投资一个 CPT 厂需要人民币 20 亿，但一条第七代 LCD 面板生产线则需要 30-40 亿美金。因为高端平板显示投资较大，现很多公司均采取合资开发，共同发展，分担风险。

3. CPT 虽然受到高端彩电的打压，但仍有其发展空间，CPT 不是朝阳行业，但同时也不是夕阳行业，现在是大家团结的时候，只要处理好供求关系，日子仍然可以过下去的。在淡季忍一忍不要轻易降价，价格一旦下跌下去将很难恢复。

4. 生产线体方面：汤姆逊现有 5 条线，不可能再在国内增加新的生产线。下半年除了佛山的一条生产线没有改造计划外，其余四条生产线均有改造计划。改造的主要项目是，普平向纯平转变，日立技术向汤姆逊技术转变。下半年各线平均停产大约在 20-25 天，这将有利于行业的健康发展。

5. 彩管产出方面：上半年彩管产量将大于下半年彩管产量，6 月底大约 10 万库存，到 7 月末会有 20 多万的库存。上半年已经生产 400 万，其中内销 370 万，出口 20 多万，下半年计划做 370 万只左右，其中内销 320 万，出口 50 万。

6. 彩管企业应该多开发新的产品，比如研究超薄型彩管，来争取更多的利润。

三、北京松下：

1. 出于多方面的考虑，北松完全放弃了从日本引进生产线的计划；

2. 对下半年市场应该乐观点，依照往年行为贯性，7 月份一过市场将转入旺季，9 月份 CTV 产量将有较大幅度攀升。现在是黎明前的黑暗，大家不应自乱阵脚。

3. 关于 CPT、CTV 库存方面，感觉库存应该没有这么大，因为现在 CTV 厂经过 2000 年之

04001237   2

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090226

后现都变为较理性，各家都以销定产。

4．对信息分析人员的要求：希望今后多与销售人员结合在一起，对于彩电厂的库存，除了从产业链角度来分析以外，还要加强对各家彩电厂产销存的详细把握，交叉印证数据的准确性。

4．在成本方面，建议多与荫罩和玻壳厂多沟通。有利于整个行业的健康发展。

5．对历史遗留问题作出处理：由于赛格日立及行业相关信息人员对产业链分析得出的2004年上半年底彩电厂库存量（彩电与彩管）2100万，数量巨大，与彩电厂现状不符，特要求减少彩电厂库存量500万台，具体操作请相关信息人员追溯历史数据，共同完成。以后的市场分析，彩电厂库存方面务必以1600万为起点。

## 四、三星 SDI

1.SDI CPT 今年销售结果较去年好。但整个行业仍然存在问题，尤其以 29 "PF 最为突出，现在需求只有 80 万/月左右，而在 2004 年下半年产能却达到 110 万/月，产销明显不平衡。行业应协调如何应对这一变化。

2．传统旺季即将来临，7-8 月应该是最困难时期，9 月以后需求将增加。希望各家多合作，一齐渡过难关。只要 9 月以后市场好转，此后将维持 5 个月旺季的到来。彩管价格，特别是大屏幕彩管的价格上涨的可能性很小，所以现在务必稳定价格，以期在旺季到来时能争取更多的利润。

3．CPT 行业是一个非常成熟的行业，应该理性处理问题。在淡季时，希望大家调整生产，维持产销平衡。以 25 "、29 "为例，从去年到现在成本一直保持不变，但价格却下跌较多，建议大家多多合作。

4．合资品牌彩电降价方面，其实很多合资品牌本身的成本已经无法做下来，但国内仍有许多彩电厂为合资品牌做代加工，这是一种短期行为，最终受伤害的是 CTV 厂本身。如果没有国内整机厂的帮忙，外资品牌很快会退出中国 CRT 电视市场，建议多与整机厂沟通，请他们不要做简单的加工商。

5、价格方面：今年以来彩管价格下跌较多，但成本较年初却没有任何下降，从成本上分析，CPT 价格下跌 5%，成本也应下降 5%，但今年以来，玻壳中小品种却涨价，大中型一直保持不变，因而建议从现在开始大家一齐向玻壳实施压要求降价。

6、2005 年，三星 40 "以下的液晶电视目标价格为 1000 美金，42 "等离子电视的目标价格为 600 美金，如能达到，对高端 CRT 电视的冲击非常剧烈。平板显示电视已经成为彩管行

04001238

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

业的主要竞争对手，彩管行业需要团结起来维护共同的利益。

**五、咸阳彩虹：**

1．彩管行业现已面临多重形势压力，现在是团结的时候。我们要坐下来静思，我们彩管行业如何整合上下游资源去迎接替代品对我们的冲击和挤压。

2、建议与上下游行业协会多多沟通，这样将有利于行业的健康发展。

3．价格方面：价格下降虽然外因有一定的作用，但主要还是内因，竞争过度，竞相降价。现在的彩管价格不能再降低了。虽然彩管出现季节性过剩，但要沉住气，下半年市场会有所启动。

4．正确对待平板显示技术对彩电产生冲击，CRT 电视由于性价比高仍有其生存空间。同时希望协会发挥作用创造条件，鼓励 CTV 厂走向国际，这样国内 CPT、CTV 将会保持一个良性发展。

5．大家相互多多沟通，以诚相待，对外统一口径公布本次会议内容。


**六、上海永新：**

1．今年到明年将会增加 13 条 TFT-LCD 大屏幕面板生产线（4.5G 以上），他们肯定会降价来消化增加的产能。

2．今年国内的 CPT 玻壳并不紧张，现在没有一家彩管厂因为玻壳短缺而停产，这可能是玻壳行业操作得好的缘故。

3．索尼降价方面：索尼 29"PF 总产能不过 30 万，应不会对 CPT 产生影响，但对 CTV 是有一定的影响。索尼此次降价的主要目的是希望把 CRT 彩电作为占有市场的一个导入，为接下来的的平板显示电视（PDP、LCD、PRTV）做准备。若果其它外资品牌跟进将会对 CPT 行业产生影响，国内 CTV 厂到时可能会提高 CPT 质量方面的要求。

4．生产线体方面：29"SF 线进行 PF 改造后，永新 29"PF 产能将达到 25 万/月或更高，但并不意味着下半年都生产 29"PF，可能仍有 1-2 个月做 29"SF。

5．建议主要的几家 29"PF 生产厂家选一个适当的时间，能否坐下来以诚相待多多沟通。以保证整个行业的良性发展。


**七、南京华飞：**

由于南京限电，34"生产线从 7 月 18 日到 8 月 10 日停产，其他生产线从 8 月 1 日起停产

04001239  4

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090228

10 天。

## 八、乐金曙光：

1. 六、七月份是 CTV 销售传统淡季，现在整个库存增加也是意料之中。预计 8、9 月份市场将会转旺，产量还可能翻翻。

2. 价格方面：今年彩管价格一直下跌，到现在为止 CTV 仍要求降价，其主要原因是：彩管行业增线，技改较多，CTV 厂寄予厚望，借机打压彩管价格。希望大家今后多多沟通，价格方面差异应有，但不应太大。

## 九、赛格日立

1. 今年虽然新增一条线，但因为品种单一，故今后在较长的一段时间内仍以生存为主。今年估计生产量达 600 万。

2. 由于市场价与其成本相差太远，停止生产 21 "PF，大量生产 21" FS。

3. 价格方面：21 "FS 深圳 FOB 价$38.5，国内售价希望各家彩管厂 8 月份以后不要低于人民币 385 元。

4. 关于运费上调，为保证货物运输畅通，赛格现已调高运费。前天中国官方已有报道，运费上涨 20%也只是正常回复到原来的位置。

5. 所有的成本都在涨价，而彩管还在跌价，必须要稳住 21"FS 和 29"RF 的彩管售价

6. 如何保证与平板显示技术保持相当的价格差，成本非常关键。

中国的玻壳产量：

|  | 2003 年 | | 2004 年 | |
|---|---|---|---|---|
|  | 重量 | 数量 | 重量 | 数量 |
| 玻屏 | 3430 吨 | 6220 万只 | 4950 吨 | 8300 万只 |
| 玻锥 | 1570 吨 | 6560 万只 | 1960 吨 | 7400 万只 |

9 月份以后，中国国内的玻壳供应量将会大幅增加，现在玻壳厂的利润很高，一般应该在 13%以上，现在每公斤玻壳的成本大约人民币 6 元多，玻壳厂的目标是做到 5 元。建议各彩管厂给玻壳厂施压，让其降低 5~8%。

本次会议结论：

1、彩管供大于求确实存在，只是季节性表现更加严重，总体上来讲，年终将保持平衡，如何渡过淡季：控制产量、保持价格、控制库存。价格不应再下跌，企业以营利为目的，

04001240₅

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090229

而且经营好坏直接决定总经理命运。

2、建议大家先签合同，再发货。并严格以合同办事，以摆脱被动局面。

3、下次协会将邀请采购部长，玻壳厂、荫罩厂、**CTV** 厂参加彩管行业会议，形成大联盟，商议如何抗衡高端彩电（平板显示器）的发展对 **CRT** 造成的冲击。达到延长 **CRT** 生命周期。

4、下次会议邀请汤姆逊全球销售副总裁李爽介绍欧洲情况：**CPT、CDT、PDP、LCD** 的发展情况，并介绍欧洲彩管行业协会运作情况。

5、下次会议邀请三星河候穆常务介绍全球 **PDP、LCD** 发展情况。

6、对外公开内容：国家退一点、玻壳降一点（目标 **5%-8%**）、彩电涨一点、彩管升一点。

八大彩管行业协会

2004 年 2 月 23 日

04001241

6

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090230

EXHIBIT 51

# *彩管行业信息研讨会*

（2004.10.21）





Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090233

会议时间：2004年10月21日

会议地点： 北京燕翔酒店

参加会议人员：范文强会长、陈曦总经理

BMCC ： 黄海、李树良、张雪梅

赛格日立： 郭鹏

三 星 ： 谢云、金美、李雪花

汤姆逊： 王志伟、辛鹏

LPD－HF： 钱程、于江南

LPD－CS： 龙玲玉、陈小静

永新 ： 王政、叶青

彩虹 ： 刘宏武、甄小红

中怡康： 彭煜

赛诺 ： 于会敏、汪仲灵

中华商： 杨洁、刘琴、杨润

Confidential

Page 2

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090234

会议内容：

范文强会长致辞，并且对信息工作提出以下几点建议和要求：

1. 全球性：目前中国的CPT必须从整个世界范围内来考虑资源分配情况，信息工作现在除要了解国内的CPT情况，而且要了解整个全球的CPT情况，要借助像三星、LG-PHILLIP、TOMSHON等国际跨国公司的信息优势，每个公司分工合作，逐步把全球CPT的市场信息工作纳入我们目前的市场分析中来。

2. 全面性：我们现在的信息工作除了要关注CPT的情况，还要对上游主要材料的信息（例如：玻壳），下游整机厂的生产销售情况，以及LCD，PDP等高端市场的情况进行了解分析，才能把我们的信息工作做得更加全面、更加细致。

3. 超前性：我们的信息工作一定要有前瞻性，不能光总结已经过去的市场状况，应该多描述多预测，今后一段时间内的市场情况、市场状况、市场走势，要能预测市场，这样才能更好的为公司的决策提供帮助。

*Confidential*

**Page 3**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation



单位：万台

| 2004 年 | 彩虹 | 三星 | 永新 | 长沙 | 华飞 | 北松 | 赛格 | 汤姆逊 | 索尼 | 总计 |
|---|---|---|---|---|---|---|---|---|---|---|
| 21" | 430 | 280 | 222 | 270 | 85 | 260 | 530 | 220 | | 2297 |
| 25" | 150 | 5 | 172 | 120 | 145 | | | 230 | | 822 |
| 29" | | | 93 | 14 | 46 | 130 | | 150 | | 433 |
| 34" | | | 39 | | | 35 | 65 | 20 | | 159 |
| 14" | 430 | | | | | 210 | | | | 640 |
| 20" | | 5 | | | | | | | | 5 |
| 15"PF | 15 | | | | | | | | | 15 |
| 21"PF | 150 | 200 | | 12 | 160 | 130 | 30 | | | 682 |
| 25"PF | 120 | 150 | | 72 | | | | | | 342 |
| 29"PF | 15 | 280 | 194 | 184 | 110 | 80 | | 165 | 20 | 1048 |
| 34"PF | | 60 | 0 | | 54 | 13 | | 28 | 20 | 175 |
| 总合 | 1310 | 980 | 720 | 672 | 600 | 858 | 625 | 813 | 40 | 6618 |

资料来源：同行交流

*Confidential*

Page 4

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

0400124 5

| 区分 | 2005 | Share | 2004 | Share |
|---|---|---|---|---|
| 长虹 | 1000 | 14% | 950 | 14% |
| TCL | 1400 | 19% | 1200 | 18% |
| 创维 | 900 | 12% | 850 | 13% |
| KONKA | 1000 | 14% | 900 | 13% |
| 海信 | 600 | 8% | 500 | 7% |
| 海尔 | 450 | 6% | 350 | 5% |
| PANDA | 150 | 2% | 130 | 2% |
| 厦华 | 250 | 3% | 210 | 3% |
| Sub-Total | 5750 | 78% | 5090 | 75% |
| LG | 210 | 3% | 230 | 3% |
| Sanyo | 150 | 2% | 140 | 2% |
| Philips | 100 | 1% | 120 | 2% |
| Samsung | 140 | 2% | 160 | 2% |
| Panasonic | 45 | 1% | 45 | 1% |
| Toshiba | 50 | 1% | 60 | 1% |
| Funai | 200 | 3% | 200 | 3% |
| Sony | 40 | 1% | 30 | 0% |
| 三菱 | 55 | 1% | 60 | 1% |
| 福日 | 20 | 0% | 20 | 0% |
| Sub-Total | 1010 | 14% | 1065 | 16% |
| 创佳 | 100 | 1% | 80 | 1% |
| 赛博 | 50 | 1% | 60 | 1% |
| 西湖 | 60 | 1% | 60 | 1% |
| 上广电 | 100 | 1% | 90 | 1% |
| 康惠 | 30 | 0% | 30 | 0% |
| 嘉华 | 40 | 1% | 40 | 1% |
| Sub-Total | 380 | 5% | 360 | 5% |
| 其它 | 250 | 3% | 250 | 4% |
| TTL | 7390 | 100% | 6765 | 100% |

Page 5

Confid...

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090237

单位：万只、万台



04001247

Confidential

Page 6

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090238

**2004年中国CRT彩电、彩管供需图说明：**

➢   2004年CPT预计生产6520万只，年底CPT在行业里的库存将达到150万只。

➢   2004年年初和年底的整机库存，为整机厂实际的整机库存量，不包括商业流通领域中的彩电库存（因为商业流通中的彩电库存永远都存在，所以以后不再加入到计算中）。

➢   CPT出口和进口数据都包含一日游（今年一日游估计在660万左右）。

➢   CPT周转库存是指整机厂采购彩管的20天左右的生产量， 2004年年初为400万，年底预计为720万。

➢   CPT销售量是彩管行业内的彩管销售数量。

➢   彩电生产量是指CRT彩电生产数量（整机厂彩电的生产量减去非CRT彩电生产量）

➢   CRT内销数量以中怡康公司的数据为准

*Confidential*

Page 7

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

单位：万台

| 2005 年 | 彩虹 | 三星 | 永新 | 长沙 | 华飞 | 北松 | 赛格 | 汤姆逊 | 索尼 | 总计 |
|---|---|---|---|---|---|---|---|---|---|---|
| 21" | 500 | 300 | 245 | 210 | 70 | 230 | 600 | 185 | | 2340 |
| 25" | 130 | 0 | 130 | 75 | 100 | | | 180 | | 615 |
| 29" | | 0 | 110 | 16 | 5 | 115 | | 120 | | 366 |
| 34" | | | 45 | | | 25 | 40 | 0 | | 110 |
| 14" | 450 | | | | | 210 | | | | 660 |
| 15"PF | 15 | | | | | | | | | 15 |
| 21"PF | 240 | 210 | 40 | 100 | 210 | 170 | 50 | 50 | | 1070 |
| 25"PF | 120 | 170 | | 76 | 15 | | | 27 | | 408 |
| 29"PF | 20 | 300 | 230 | 210 | 150 | 90 | 40 | 220 | 30 | 1290 |
| 31"PF | | | | | | | | 50 | | 50 |
| 34"PF | 15 | 70 | 10 | | 53 | 20 | | 18 | 20 | 206 |
| 32"WSRF | 10 | | 3 | | 3 | 3 | | | | 19 |
| 36"WSRF | 5 | | | | | 2 | | | | 7 |
| 总合 | 1505 | 1050 | 813 | 687 | 606 | 865 | 730 | 850 | 50 | 7156 |

资料来源：同行交流

*Confidential*

Page 8

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

04001249

SDCRT-0090240

单位：万只、万台



04001250

Confidential

Page 9

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090241

2005年中国CRT彩电、彩管供需图说明：

➤   2005年CPT出口预计增长10%。

➤   2005年整机出口预计增长10%， 2005年由于整机厂国外建厂等因素，散件出口都将有明显增长。

*Confidential*

**Page 10**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090242

04001251



2004年国内玻壳情况简介

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

04001252

SDCRT-0090243

◇安阳：04年8月、11月与05年2月将增加3个屏炉，预计增加800吨产能；

◇三星：04年3月-7月搬迁+扩建的8条屏3条锥生产线陆续启动生产

◇宝石：冷修的锥炉与04年5月份恢复，增加30吨产量，达到270吨；

◇上旭：04年7~8月2号屏炉冷修（3条P线），9月下旬恢复生产，产能基本无变化；

◇长沙HEG：屏炉（3条P线）04年4月底试产，目前开通2条线，1条备用。

◇福州NEG：03年底屏炉试产，到04年7月5条线屏线全部开通。

04年5月份国内屏炉产量约3600吨，预计到05年2月份达到5120吨，增幅42%；

04年5月份国内锥炉产量约1630吨，预计到05年2月份达到1830吨，增幅12.3%；

注：产能指吨/天，国内工厂的产能转换率一般在55%左右。

*Confidential*

**Page 12**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090244

## 2004年前三季度供应情况

由于国外玻壳厂不断关闭，以及全球玻壳的短缺，进口玻壳不断减少，占有率由04年初的39%减少至9月的20%。

国内玻壳品种及数量的供应能力不断提高，国产玻壳的占有率由04年初的61%增加至9月的80%。

（以上需求和供应中均含CPT和CDT）。

## 2004年国内玻壳供需情况

CRT彩管玻壳全年供应量为5700万套，CDT用玻壳全年供应量为1100万套。而国内04年预计生产7850万套，其中不少于1050万套出口。预计CRT彩管04年产量为6500万只，则供需差为大于等于800万套，需要用进口来补充（主要来源于日本、韩国、马来西亚及台湾）。CDT则需要进口近2000万套补充。

Confidential

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090245

04001254

国内玻壳供求：04年前3个季度玻壳供应继续着供不应求的势头，随着国内玻壳厂的搬迁扩建（赛格三星）、新建（福州NEG、长沙HEG）、冷修结束（上海AGC、彩虹）等生产能力的完全释放，国内玻壳供应数量将迅速增加（04年比03年预计产量增加1200万套），部分品种供应紧张的局面会有所缓解。但由于销售旺季的到来，同时国外04年6月份，THOMSOM美国工厂关闭2屏炉1锥炉；04年8月份NEG美国工厂关闭2屏炉1锥炉；04年11月份，SCHOTT德国工厂计划关闭2屏炉1锥炉，（以上合计关闭14条P线7条F线，P生产能力减少1400万套，还未包括NEG日本关闭的玻壳厂）因此，整体上4季度玻壳仍会保持产销两旺、供不应求的局面。预计05年下半年开始趋于供求平衡。

04001255

*Confidential*

**Page 14**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**最后会议确定了以下内容：**

1.   各公司信息员本着合作分工的原则，确定了每个公司负责信息采购包干区：长虹、TCL、康佳、创维四大公司为所有公司负责数据采集；另外北京松下负责松下、东芝、三菱、赛博的数据采集工作；三星SDI负责海信、海尔、厦华、三洋、三星、FUNY的数据采集工作；汤姆逊负责康惠、嘉华的数据采集工作；LG-飞利浦负责熊猫、LG、飞利浦的数据采集工作；上海永新负责厦华、索尼、上广电的数据采集工作；赛格日立负责福日、创佳的数据采集工作；彩虹负责熊猫、厦华、西湖的数据采集工作，以后每次会议上，各个公司对所负责公司的数据进行交流汇总。

2.   确定了今后会议讨论的基本内容：下一个季度的各个公司CPT计划生产数量，下一个季度的各个整机厂整机计划生产数量，下个季度的CPT价格走势分析，以及下个季度的彩管、彩电资源供求情况预测分析。

3.   确定了信息交流会的会议周期：每两个月召开一次信息交流会。

4.   确定下次信息交流会暂定为12月中旬，地点为上海永新公司。

04001256

*Confidential*

Page 15

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090247

EXHIBIT 52



STATE of NEW YORK      )
                       )        ss:
COUNTY of NEW YORK     )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"BMCC-CRT000540532 - BMCC-CRT000540536"* originally written in *Chinese* is to the best of our knowledge and belief, a true, accurate and complete translation into *English*.

Dated: January 15, 2015

*Allison Carey*
Allison Carey
Consortra Translations

Sworn to and signed before ME this
15th day of January,
2015.

Notary Public

JAMES G. MAMERA
Notary Public- State of New York
No. 01MA6157195
Qualified In New York County
My Commission Expires December 4, 2018

Your
legal
translation
partner

# Meeting Summary

Meeting Time:          November 25, 200

Meeting Venue:          Nan Hai Hotel, Shenzhen

Representatives Attending the Meeting:  Special Guests: Academicians Zukai Wu and Hsing-Yao Chen

Shanxi IRICO: Jinquan Ma, Xiaolin Shen, Hongwu Liu

Beijing Matsushita: Mitsunori Yokomakura, Wenqiang Fan, Dalin Li, Liman Lu

Thomson Seligent: Truett, Shuang Li, Casanova, Xiangjie Yang, Zhibin Liang, Zhiwei Wang

LPD: Chang Gi Kim, Ki Sang Kim

LPD Shuguang: Yaping Yang, Yu Tian, Lingyu Long

LPD Huafei: Yinhua Zhang, Xiuhua Li, Dezhu Zhang, Jiangnan Yu

Shanghai Novel: Zhiping Xu, Wenyi Fan

Samsung SDI: Hoo Mok Ha, Zhen Yang, Yinzhi Huang, Yun Xie

SEG Hitachi: Shengdian Sun, Chenqun Li, Guojun Yang, Peng Guo

Meeting Moderators: Association President Wenqiang Fan, Secretary-General Guojin Yang

Meeting Agenda:

- Speech from Hsing-Yao Chen, Ph.D., Life Academician of China International Institute of Electronic and Electrical Engineering, and a Fellow of the Society for Information Display;

- Hoo Mok Ha, Samsung's Vice President, introduces the development and market current situation of global PDP and TFT-LCD;

- Mr. Shuang Li, Thomson's Sales Vice President, introduces the operation situation of European CPT industry association[s];

- Speech from Zukai Wu, an Academician of Chinese Academy of Engineering;

- Analysis of current situation;

- Discussion on CRT color TV market around the Spring Festival in 2005


Meeting Contents:

I. Mr. Hsing-Yao Chen's speech topic:

Can FPD really replace CRT? (See the attachment for the full text)

II. Vice President Hoo Mok Ha's introduction topic:

Future markets of LCD&PDP (see the attached materials for details)

III. Vice President Shuang Li's introduction topic:

Operation situation of European CPT industry association[s] (see the attached materials for details)

IV. Mr. Zukai Wu's speech topic:

CONFIDENTIAL

CRT is still the mainstream in the TV market for a relatively long time (see the attachment for the full text)

V. Secretary-General Guojun Yang reported the analysis on the current situation (see the attachment for details)

Questions and Answers about the report contents

Question: How to do in the face of the current inventory pressure?

Answer: The volume of glass shells will rise dramatically after February, so their prices will drop. We should not carry the inventory pressure into 2005.

Question: In the materials just showed, the volumes of exports in November and December will not drop. Why will the volumes of exports not drop despite the end of the preparation for Christmas business war?

Answer: What drops is the volume of Hong Kong one-day tour. Regarding the purchase orders of exports, they are relatively stable evidenced by the reaction before the Spring Festival; they are mainly exports to South America. The stocking for direct exports was done in Q3 and it was reduced to certain extent in Q4 compared with Q3.

Question: What is the current progress of the issue of export tax rebate?

Answer: At the Suzhou Meeting held in July this year, the CPT industry submitted a report regarding export tax rebate to Yi Wu, the Minister of Foreign Trade and Economic Cooperation of State Council. It is expected that the previous regulation of lowering tax rebate by 4% will be cancelled and the tax rebate rate of 17% will be resumed in 2005.

VI. Discussions on the CRT color TV market around the 2005 Spring Festival:

Beijing Matsushita:

1. At the end of 2004, the domestic transmission standard for ground wave digital TV will be determined. Therefore, the digital TV signal source will not be a problem in 2005. The development of digital TV will face a leap. The prospect for digital broadcasting in China is optimistic.

2. The issue that CRT is facing is how to elevate CRT TV technology, to bring the CPT technology and strength into play. This needs strong cooperation of CTV makers, so that the CRT TV will win the consumer market.

SEG Hitachi:

1. SEG hopes to rely on the group's power to solve the current problems.

2. SEG plans to control its inventory with adjustment of production volume to make the inventory at the end of the year lower than that in the same period in the last year.

3. The joint suspension of production based on the Beijing Meeting five years ago produced very good result; the inventory was also well consumed and profit went up sharply. The plan was finished ahead of schedule. This is worth our contemplation and using it as a lesson to learn from.

Shanxi IRICO:

1. We totally agree to the above-announced viewpoints regarding the prospect of CRT. Like every market has divisions, for example BMW, Xiali, etc. existing in the automobile industry, CRT still has big development room evidenced by the performance analysis above.

2. When encountering a difficulty, we should mention it to the government with the industry's force just like the export tax rebate rate. Also, we should correctly treat the aspects of anti-dumping and

CONFIDENTIAL

strengthen the consciousness about the aspects of anti-dumping in order to avoid recurrence of similar situation.

3. Currently, the entire industry is in the win-win period of competition and cooperation. How to gain common healthy development is an issue that we should discuss jointly.

4. In order to meet needs of numerous consumers, our CPT makers should bring the products into full play and actively develop new products to make a long-term counterbalance with flat panel display devices.

5. The media excessively publicize flat panel display devices, which misleads consumers. The Industry Association should promote our views to the media to correctly treat CRT TV.

6. We agree to suggestions proposed on the Department Chief Meetings. We should decide production based on sales instead of deciding sales based on production. We do not want to keep too large inventory.

LPD Huafei:

1. There is no doubt that CRT technology will have further development. The life of CRT has not stepped into the end.

2. Rational control over inventory is correct. When the inventory pressure is big, prices will drop quickly and companies' profits will be low. Hence, we should maintain the inventory within a reasonable range and conduct adjustments. We should not only make adjustments during the Spring Festival, but also make the fastest response according to the market. The scenario repeated in 1999-2001, the past three years. However, the current situation differs from the situation at that time. We believe the Association will solve the issue.

3. Three years ago, the production of CPT and CTV were expanded blindly. The current production of CPT and CTV are more rational. Although the current situation is not good, we still have hopes. Huafei will make efforts according to the suggestions of the Industry Association and will make contributions that it should do for the development of the Association. Huafei has limited production after August. We should reduce volumes and limit production by the end of the year; this action will be more favorable to our development in the next year. At least, we should take actions at 29"RF first. Otherwise, we will face bigger pressure in next year.


LPD Shuguang:

1. Currently, 29"RF has the most serious problem; its volume should be reduced and its production should be limited.

Shanghai Novel:

1. We should have confidence in CRT, elevate the content of technology and strengthen promotion to make consumers know its advantages and therefore further strengthen purchases.

2. Novel has limited production for models that face bigger pressure and will further adjust the structure of products.

3. We agree to the Association's suggestion that the holiday period of the Spring Festival will be extended.


Samsung SDI:

1. There were world-wide events from 2002 (the World Cup) to 2004 (the Olympic Games), but there were no such events in 2001 and no such events will occur in 2005. The demand will drop and 2005 will be a hard year. The market was better in 2002 and 2003. In 2004, currently, the market is in peak season. Prices drop and inventory rises. Risks will very likely be very high after the Spring

Festival. If we cannot control the inventory, the consequences would be unthinkable. Samsung will comprehensively control its inventory.

2. We hope that the Department Chief Meeting will be convened monthly to analyze demand and to make prompt adjustment.

3. Currently, 14" and 21" have huge imports from Southeast Asia, causing pressure to domestic CPT makers. We should jointly persuade CTV makers to purchase domestic tubes. We should defeat imported tubes with prices.

4. 29" RF has huge volume, but there are also many lines that are compatible with its production. We hope to consider expanding the production of 29"FS/SF. The price of 29"RF also has been dropping sharply, with 1130 in November 2003 and 890 in November 2004. It is said it will drop to 800 Yuan at the end of 2005. If the relationship between supply and demand for 29"RF has no change, its price will possibly drop to 800 Yuan in February 2005. We should jointly negotiate prices with Glass makers and Mask makers to relieve the pressure that the upstream and the downstream apply to us at the same time.

5. The import in 2004 is predicted to be 23 million (among these, 6.6 million for one-day tour). The import for 14" and 21" is predicted to be 16.4 million, having the main position (the real import is 5 million). If the prices of domestic CPTs can compete with the prices of imported tubes, it is impossible for the imported tubers to enter the domestic market in large quantity. The cancellation of the 4% export tax rebate rate, effective in the next year, is advantageous to us. Despite RMB appreciation, the export will have certain growth in next year.


Foshan Thomson:

1. Thomson has balanced production and sales. We import tubes in large quantity for producing CTVs for export. The solution of the tax rebate issue will benefit the expansion of export of CPT.

2. Currently, the inventory is huge and the prices drop. However, we should distinguish models and make differential treatments.

3. We suggest following the mode of European associations. We should invite Glass makers and Mask makers to join the CPT Industry Association. We should explain everything to upstream manufactures so that prices will be adjusted based on market situation. Otherwise, the whole supply chain will be impacted.

4. In the past months, the situation was not good and prices dropped continuously. We encountered the similar situation several years ago. We believe the Association can jointly tide over the crisis.

5. All companies will launch new products one after another starting in Q3 and Q4, which will benefit the development of CRT.


Secretary-General Guojun Yang's conclusion for speeches of all companies:

See the attachment for details.


Speech made by Mr. Truett, who is Thomson's Senior Executive Vice President and holds a concurrent post as the Chairman of CPT Group:

1. Thomson joined China's CPT Industry Association and became a member of the Association in the middle of this year. (There are industry associations in Europe and USA too and the effect is very good.) Thomson will abide by the agreement of the Association and promote the development of the Association.

2. Although domestic production lines have superfluous outputs and inventories, Thomson does not plan to exit the CPT industry. Here, I clarify the rumor that states that Thomson will exit the CPT

industry. Like other companies, Thomson's business covers many fields. This year, Thomson partnered with TCL, and the entertainment media accounts for 70% of the sales amount. Currently, the purpose that Thomson looks for partners is not for existing; rather, the purpose is to make our business bigger and stronger, with the target of becoming the largest supplier in the world. Likewise, in the CPT field, Thomson is also looking for partners to make its CPT development healthier and stronger. Previously, LG and Philips had partnership in the CPT field, and we are doing the same thing now. In fact, in the recent one or two months, seeking partners and closing the USA factory to have partnership with Fortune are for our purposes to make CPT stronger. How to have a healthy development to make CRT continue to survive is an urgent task that each company is facing.

3. The decision of joining the Association is right. In recent years, Thomson has expanded capacities in China. We hope you all can understand this. In this industry, some peers think that TTE only purchases Thomson's CPT; this is wrong. TTE is one of our customers and Thomson hopes even more to have partnership with more makers. Many Thomson businesses emerge in China's market in low-key. Our partnership with TTE is for CTV only. Other businesses will still develop independently.

4. I make an announcement regarding Thomson's holding shares of KONKA. Thomson invested over 20 million Euros to hold A shares and B shares, mainly involving partnership of TV and mobile phone parts and holding shares. This investment was made by Thomson Headquarters. The investment in KONKA was made by Thomson Headquarters, rather than Thomson CPT Group. So, it does not mean Thomson returns to the CTV market.


Association President Wenqiang Fan's speech:

The current situation proves that our CPT Industry is a most responsible and effective association with best development. During the 12-year cooperation, we seek common grounds to a great extent while reserving minor differences, and we have overcome many difficulties in the precarious times.

1. By the end of this year, we should control our inventories to the level of last year.

2. I suggest convening a material department chief meeting by the end of this year to reduce purchase prices, with purpose to block the 16 million imported tubes from entering China's market. Information staff make great efforts for this meeting. I hope they strengthen further communication and cooperation to provide more precise market information for management level.

3. I believe that CPT will receive another spring under cooperation of one mind and action in concert of all companies in the CPT industry.

Top Eight Color Picture Tube Industry Association

November 25, 2004

CONFIDENTIAL                    BMCC- CRT000540536E_Translation

EXHIBIT 53



September 12, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, Jennifer Brooks, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates numbers range: SDCRT-0091409 – SDCRT-0091409.

*(Digital or printed signature here above the line)*

*Jennifer Brooks*

Jennifer Brooks

Project Number: BBLLP_2309_P0040

# Information Symposium on the Color Tube Industry

## (2005. 1/13-1/14)

05001048

1

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. CaL) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

Meeting date: January 13-14, 2005

Meeting location: SEG Hitachi

Meeting participants: Huang Hai, Li Shuliang (BMCC)

                              Guo Peng (SEG Hitachi)

                              Xie Yun, Jin Mei, Li Xuehua (Samsung SDI)

                              Wang Zhiwei, Xin Peng (Tang Muxun)

                              Xu Minghui (Nanjing Huafei)

                              Long Lingyu (Changsha LG)

                              Wang Zheng (Shanghai Novel)

                              Liu Hongwu (Xianyang Irico)

0500I049

2

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. CaL) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091410

## Meeting Agenda

Topics requested by the secretary-general:

1. Check of color tube industry inventory data (Why is there so much inventory? What were the internal and external causes of the large-scale drop in prices and production curtailment during the '04 year-end peak season?)

2. '04 color tube import figures (How to resist large-scale imports in '05)

3. Will the color TV market during the '05 Spring Festival be able to reach 5,300,000? How will the market be after the Spring Festival?

4. Color TV and color tube export market for '05

　　Reductions in North America and Europe; the largest export market is southeast Asia (What impact will the tsunami have? Will it be long-term or short-term?)

5. Production capacity of glass bulb plants in '05 and future development trends? Is there a prediction as to when there could be a large-scale price drop?

6. Information officers should pool wisdom and efforts, making the most of each individual's advantages and the strength of the group

7. Making the most of the strength of industry associations and promptly providing the government with accurate, valid, and timely information

8. Prepare the content of this meeting for the General Manager meeting

Other topics of discussion:

1. Summary of the color TV and color tube market in 2004

2. Analysis of the 2005 market

3. Discussion of reasonable inventory figures of the color tube industry in the future

4. Production line operations (renovation and expansion plans) and new product development of each plant in 2005

5. Color tube industry 2004 profit statistics

05001050

3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. CaL) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091411

## 2004 Domestic CRT Color TV and Color tube Supply and Demand Analysis

Units: 10k units, 10k sets



Explanation:
1. After the second half of '04, the color TV market did not reach its expected targets, and one by one, different color TV manufacturers adjusted their plans to achieve the goal of reducing inventory. However, at the same time, the color tube manufacturers were going all out, causing what was already an extremely fragile market to rapidly become imbalanced in supply and demand. Inventories quickly increased, forcing 11-12 color tube plants to curtail or suspend production.
2. The above figures include the output of Shanghai Sony and Foshan Thomson

Including the beginning of year turnover of 4 million, 1,200,000 have been invoiced but not shipped

05001051

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. CaL) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091412

4

## 2005 Domestic CRT Color TV and Color tube Supply and Demand Forecast



**Conclusion:**
If color tubes and color TVs are produced according to the abovementioned plan, it will lead to an inventory of 27,700,000 color tubes and color TVs at the end of '05. Also, the information officers' meeting predicts that color TV plant output will be less than 72,000,000, and the color tube inventory will continue to grow.

05001052

5

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. CaL) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**Explanation of the 2005 Market**

Favorable factors:

1. It is predicted that the 4% export tax rebate rate will be resumed in 2005

2. The rural market will begin to ramp up, and domestic demand will rise

3. Some large color TV plants curtailed production in '04, reducing inventory pressure and lessening the burden in '05

4. It is predicted that the price of glass bulbs will tumble in '05 and the cost of color picture tubes will decline


Unfavorable factors:

1. pressure from anticipated  RMB appreciation2. The further development of flat panel display devices will deliver a blow to CRTs

3. The shift from CDT lines to CPT lines (Fuzhou Chunghwa will convert two production lines to 14" and 21" RF production, with a production capacity of 2,000,000) will cause the domestic CPT supply to increase further, and supply will severely exceed demand

4. A rise in the prices of raw materials such as steel

5. Anti-dumping in North America and Western Europe

05001053

6

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. CaL) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**2005 Color tube Production Forecast**                    Unit: 10k sets

| Size | | 14" | 15"PF | 20" | 21" | 21"PF | 25" | 25"PF | 29"FS | 29"SF | 29"PF | 31"PF | 32"PF | 34"FS | 34"SF | 34"PF | 36"PF | TTL | G/R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Irico | 04' | 426 | 30 | | 423 | 190 | 170 | 121 | | | 9 | | | | | | | 1369 | |
| | 05' | 440 | 50 | | 500 | 210 | 170 | 120 | | | 20 | | 10 | | | 10 | 5 | 1535 | 12.1% |
| Samsung SDI | 04' | | | 5 | 272 | 223 | 9 | 172 | | | 280 | | | | | 62 | | 1023 | |
| | 05' | | | 5 | 215 | 270 | | 180 | | | 300 | | 5 | | | 80 | | 1055 | 3.1% |
| Panasonic | 04' | 206 | | | 238 | 155 | | | | 137 | 73 | | | | 36 | 19 | | 864 | |
| | 05' | 210 | | | 200 | 170 | | 50 | | 115 | 90 | | 3 | | 25 | 20 | 2 | 885 | 2.4% |
| Thomson | 04' | | | | 226 | | 228 | | 136 | 4 | 159 | 8 | | 15 | | 17 | | 793 | |
| | 05' | | | | 185 | 50 | 182 | 25 | 105 | | 230 | 50 | 4 | 19 | | 20 | | 870 | 9.7% |
| Novel | 04' | | | | 223 | | 166 | | | 93 | 181 | | | | 41 | | | 704 | |
| | 05' | | | | 245 | 40 | 130 | | | 110 | 250 | | | | 45 | 10 | | 830 | 17.9% |
| LG | 04' | | | | 256 | 22 | 108 | 74 | | 19 | 173 | | | | | | | 652 | |
| | 05' | | | | 200 | 70 | 110 | 75 | | 15 | 195 | | | | | | | 665 | 2.0% |
| SEG Hitachi | 04' | | | | 522 | 31 | | | | | | | | 67 | | 0 | | 620 | |
| | 05' | | | | 578 | 60 | | | | | 30 | | | 60 | | | | 728 | 17.4% |
| Huafei | 04' | | | | 92 | 172 | 127 | | | 46 | 96 | | | | | 50 | | 583 | |
| | 05' | | | | 100 | 210 | 100 | 30 | | | 160 | | | | | 60 | | 660 | 13.2% |
| Sony | 04' | | | | | | | | | | 23 | | | | | 8 | | 31 | |
| | 05' | | | | | | | | | | 15 | | | | | 10 | | 25 | -19.4% |
| 04'TTL | | 632 | 30 | 5 | 2252 | 793 | 808 | 367 | 136 | 299 | 994 | 8 | 0 | 82 | 77 | 156 | 0 | 6639 | |
| 05'TTL | | 650 | 50 | 5 | 2223 | 1080 | 692 | 480 | 105 | 240 | 1290 | 50 | 22 | 79 | 70 | 210 | 7 | 7253 | 9.2% |
| 05' VS 04' | | 18 | 20 | 0 | -29 | 287 | -116 | 113 | -31 | -59 | 296 | 42 | 22 | -3 | -7 | 54 | 7 | 614 | 9.2% |

* The 2004 data has been partially adjusted.

* It can be seen from the 2005 planned production output that the total output rises steadily, and 6,140,000 additional units are anticipated across all products, for an increase of 9.2%;

* There is a large increase in the planned output of flat panel color tubes in 2005, and all traditional color tubes exhibit a declining trend;

05001054

7

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. CaL) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                    SDCRT-0091415

**Explanation of the 2004 Chinese CRT color TV and color tube supply and demand graph:**

➢ The 2004 predicted production of CPTs was 65,200,000 units, and at the end of the year there will be 1,500,000 inventoried CPTs in the industry.

➢ The 2004 beginning of year and end of year complete-device inventories are the actual complete-device inventories of complete-device plants, which do not include the color TV inventory in the commercial distribution field (there will always be an inventory of color TVs in commercial distribution, so they are not going to be included in future calculations).

➢ CPT export and import data both include day trip (this year's day trip is estimated at around 6,600,000).

➢ CPT turnover inventory refers to the roughly 20-day production of complete-device plants after purchasing color picture tubes; at the beginning of 2004 it was 4,000,000, and it is estimated to be 7,200,000 at the end of the year.

➢ CPT sales number are the numbers of color tube sold inside the color tube industry.

➢ Color TV production output refers to the CRT color TV production quantity (the color TV production of complete-device plants minus non-CRT color TV production )

➢ CRT domestic sales quantities are based on data from Zhongyikang

**Explanation of the 2005 Chinese CRT color TV and color tube supply and demand graph:**

➢ 2005 CPT exports are predicted to grow by 10%.

➢ 2005 complete device exports are predicted to grow by 10%; due to factors such as the construction of complete-device plants overseas, parts exports will experience significant growth in 2005.

05001055

8

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. CaL) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

# 彩管行业信息研讨会

## （2005． 1/13–1/14）

1

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091409

会议时间：2005年1月13-14日

会议地点：赛格日立

参加会议人员：黄海、李树良（北京松下）

郭鹏（赛格日立）

谢云、金美、李雪花（三星SDI）

王志伟、辛鹏（汤姆逊）

许明晖（南京华飞）

龙玲玉（长沙LG）

王政（上海永新）

刘宏武（咸阳彩虹）

2

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091410

## 本次会议议题

秘书长要求事项：

1、彩管行业库存数据核对（为什么会有这么大的库存，04年底旺季时为何大幅降价以及限产的内外部原因）

2、04年彩管进口量（05年如何抵制大幅的进口）

3、05年春节的彩电市场，可否达到530万？春节以后的市场如何？

4、05年的彩电彩管出口市场

　　北美、欧洲减量；最大出口市场东南亚（海啸有何影响？是长期的还是短期的？）

5、玻壳厂05年的生产能力以及今后的发展趋势？预计何时可能会有大幅降价？

6、信息员应群策群力，发挥各自的优势，发挥团体的力量

7、发挥行业协会的力量，及时给政府提供准确、有效、及时的信息

8、此次会议内容为总经理会议做准备


其他研讨事项：

1、总结2004年彩电、彩管市场情况

2、分析2005年市场情况

3、试讨论今后彩管行业合理库存量

4、2005年各厂生产线运营（改建、扩建计划）、新品开发

5、2004年彩管行业利润统计

3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091411

# 2004 年国内CRT彩电`彩管供需分析

单位：万只、万台



说明：

1、 04年下半年以后，彩电市场没有达到预期目标，各彩电厂纷纷调整计划达到减少库存的目的，但同时彩管厂大干快干，使原本非常脆弱的市场迅速供需失衡，库存快速增加，迫使11-12彩管厂纷纷限产停产。

2、 以上数字包含上海索尼及佛山汤姆逊的产量

含年初周转量400万，已开票未发货120万

4

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091412



## 2005年国内CRT彩电、彩管供需预测

单位：万只、万台

结论：

如果彩管彩电按上述计划生产，05年末将会导致2770万的彩管彩电库存，而信息员会议预计彩电厂产量将会低于7200万，彩管库存将继续加大。

5

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091413

# 2005年市场情况说明

有利因素：

1、预计2005年4%的出口退税率将会恢复

2、农村市场开始启动，国内需求增加

3、部分彩电大厂04年限产，减少库存的压力，使05年的包袱减轻

4、玻壳价格预计在05年会下跌，彩管成本下降

不利因素：

1、人民币预期升值的压力

2、平板显示器件的进一步发展对CRT的冲击

3、CDT线向CPT线的转移（福州中华将两条生产线改成14"、21"RF生产，产能200万）使得国内CPT供应进一步增加，严重供过于求

4、钢铁等原材料涨价

5、北美及西欧反倾销

6

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091414

## 2005年彩管生产预测

单位：万只

| Size | | 14" | 15"PF | 20" | 21" | 21"PF | 25" | 25"PF | 29"FS | 29"SF | 29"PF | 31"PF | 32"PF | 34"FS | 34"SF | 34"PF | 36"PF | TTL | G/R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 彩虹 | 04' | 426 | 30 | | 423 | 190 | 170 | 121 | | | 9 | | | | | | | 1369 | |
| | 05' | 440 | 50 | | 500 | 210 | 170 | 120 | | | 20 | | 10 | | | 10 | 5 | 1535 | 12.1% |
| 三星 SDI | 04' | | | 5 | 272 | 223 | 9 | 172 | | | 280 | | | | 62 | | | 1023 | |
| | 05' | | | 5 | 215 | 270 | | 180 | | | 300 | 5 | | | 80 | | | 1055 | 3.1% |
| 松下 | 04' | 206 | | | 238 | 155 | | | 137 | 73 | | | | 36 | 19 | | | 864 | |
| | 05' | 210 | | | 200 | 170 | | 50 | 115 | 90 | | 3 | | 25 | 20 | 2 | | 885 | 2.4% |
| 汤姆逊 | 04' | | | | 226 | | 228 | | 136 | 4 | 159 | 8 | | 15 | | 17 | | 793 | |
| | 05' | | | | 185 | 50 | 182 | 25 | 105 | | 230 | 50 | 4 | 19 | | 20 | | 870 | 9.7% |
| 永新 | 04' | | | | 223 | | 166 | | | 93 | 181 | | | | 41 | | | 704 | |
| | 05' | | | | 245 | 40 | 130 | | | 110 | 250 | | | | 45 | 10 | | 830 | 17.9% |
| LG | 04' | | | | 256 | 22 | 108 | 74 | | 19 | 173 | | | | | | | 652 | |
| | 05' | | | | 200 | 70 | 110 | 75 | | 15 | 195 | | | | | | | 665 | 2.0% |
| 赛格 日立 | 04' | | | | 522 | 31 | | | | | | | 67 | 0 | | | | 620 | |
| | 05' | | | | 578 | 60 | | | | | 30 | | 60 | | | | | 728 | 17.4% |
| 华飞 | 04' | | | | 92 | 172 | 127 | | | 46 | 96 | | | | 50 | | | 583 | |
| | 05' | | | | 100 | 210 | 100 | 30 | | | 160 | | | | 60 | | | 660 | 13.2% |
| 索尼 | 04' | | | | | | | | | | 23 | | | | 8 | | | 31 | |
| | 05' | | | | | | | | | | 15 | | | | 10 | | | 25 | -19.4% |
| 04'TTL | | 632 | 30 | 5 | 2252 | 793 | 808 | 367 | 136 | 299 | 994 | 8 | 0 | 82 | 77 | 156 | 0 | 6639 | |
| 05'TTL | | 650 | 50 | 5 | 2223 | 1080 | 692 | 480 | 105 | 240 | 1290 | 50 | 22 | 79 | 70 | 210 | 7 | 7253 | 9.2% |
| 05'VS 04' | | 18 | 20 | 0 | -29 | 287 | -116 | 113 | -31 | -59 | 296 | 42 | 22 | -3 | -7 | 54 | 7 | 614 | 9.2% |

*2004年的数据经过了部分的调整。

*2005年计划生产量可以看出，总量稳中有升，全品种预计新增614万只，增幅为9.2%；

*2005年纯平彩管的计划产量大幅增加，传统的彩管都呈减少的趋势；

7

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091415

05001054

2004年中国CRT彩电、彩管供需图说明：

➤ 2004年CPT预计生产6520万只，年底CPT在行业里的库存将达到150万只。

➤ 2004年年初和年底的整机库存，为整机厂实际的整机库存量，不包括商业流通领域中的彩电库存（因为商业流通中的彩电库存永远都存在，所以以后不再加入到计算中）。

➤ CPT出口和进口数据都包含一日游（今年一日游估计在660万左右）。

➤ CPT周转库存是指整机厂采购彩管的20天左右的生产量，2004年年初为400万，年底预计为720万。

➤ CPT销售量是彩管行业内的彩管销售数量。

➤ 彩电生产量是指CRT彩电生产数量（整机厂彩电的生产量减去非CRT彩电生产量）

➤ CRT内销数量以中怡康公司的数据为准

## 2005年中国CRT彩电、彩管供需图说明：

➤ 2005年CPT出口预计增长10%。

➤ 2005年整机出口预计增长10%，2005年由于整机厂国外建厂等因素，散件出口都将有明显增长。

8

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091416

EXHIBIT 54



STATE of NEW YORK    )
                     )          ss:
COUNTY of NEW YORK   )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *SDCRT-0091569E - SDCRT-0091572E*, originally written in *Chinese,* is to the best of our knowledge and belief, a true, accurate and complete translation into *English*.

Dated: December 7, 2017

*Allison Carey*
Allison Carey
Consortra Translations

Sworn to and signed before ME this
7th day of December,
2017.

Notary Public

JAMES G. MAMERA
Notary Public- State of New York
No. 01MA6157195
Qualified In New York County
My Commission Expires December 4, 2018

Your
legal
translation
partner

# MEETING MINUTES

Meeting Date: September 16, 2005

Attending Representatives:

> Meeting Convener: Fan Wenqiang (Color Tube Industry Association Chairman)
>
> Shaanxi IRICO: Xing Daoqian, Wang Wencheng, Shen Xiaoling
>
> Beijing Matsushita: Yokomakura Mitsunori, Fan Wenqiang, Chen Xi, Li Dalin, Lu Liman
>
> Thomson: Han Dade, Yang Xiangjie, Huang Zhiye
>
> LPD: Jing Cangqi [Korean name in Chinese]
>
> LPD Shuguang: Quan Xiangyun, Yang Yaping, Tian Yu
>
> LPD Huafei: Zhang Dezhu, Yu Jiangnan
>
> Shanghai Novel: Sun Wei, Xu Zhiping
>
> Samsung SDI: He Houmu, Xie Yun, Liu Zainan

Meeting Agenda:

- Chairman chairs meeting and describes industry situation;
- Each general manager introduces company situation;
- Discuss 2006 market prospects;
- Agreements reached at this meeting;

Meeting Content:

I.  Chairman Fan Wenqiang speaks about color tube situation:
    The color tube industry began making adjustments last October; 59 CPT plants worldwide have been reduced to 37 CPT plants. To date in 2005, color TV plants have correspondingly purchased six million fewer domestically, making things worse for what was already a terrible color tube business. We hope the industry can use this meeting to exit the period of restructuring.

II. Introduction to situation in 2005:
    BMCC: Hopefully the market can revive after this meeting. Looking back this year, Beijing Matsushita has had a hard time doing business; comparative sales volume fell 20%, and comparative sales revenue fell 30%. Production lines have been adjusting between last December and now (including PRT). On the operational side, we also undertook in many energy-saving measures to lower costs, but due to prices dropping too quickly, we were completely unable to turn around the loss circumstances. Right now is the industry's low point; we should look forward to the market to come.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                    SDCRT-0091569E

SDI: If a general managers' meeting could have been held in the first half of this year, I think all companies' business would be better than at present. The root cause of such painful business is inventory issues. 21″ NOR has shown industry-wide losses. Although this is caused by supply exceeding demand, looking at it another away, the CDT supply-demand contradiction is even more extreme; its price has only fallen around 10-15%, while our 21″NOR price has dropped 38%. This has to cause us to reflect.

About the Changhong bid solicitation problem, the industry did not play its intended role. At the time we hoped to work with our brother companies and refuse to join the bidding, but due to their different circumstances, each company failed to work together successfully.

Right now LCD is very strongly impacting the CRT market; estimates are 19 million this year, and next year it will reach 36 million sets, of which 32″ and above alone will be around 16.5 million. Now even though peak season is arriving, it cannot be compared to past years. If we cannot generate profits even in peak season, then it will be hard for our industry to survive. Our company's Germany plant plans to halt production, and Korea also plans to cut two to three production lines.

The color tube industry should expand cooperation, coming up with a system-wide production reduction plan, in order to halt the decline in color tube prices. We propose that the general managers' meeting should be held once every quarter, and that the department chiefs' meetings should be held monthly to discuss color TV makers' PSI and make timely reports to the general managers to make a decision. In the industry there should be a spirit of sacrificing one own company's smaller interests for the benefit of the industry as a whole. On the Changhong bidding incident, we at Samsung sacrificed our small interests; if the three major groups of SDI, LPD, and Thomson also conducted bidding, then the drop in color tube prices would definitely be even more than it is now.

CPT looks to be decreasing worldwide, but the China market still has much growth. With 250 million farm village families, as farm income grows, CTV demand will also grow. So if the industry just strengthens cooperation, the industry will still have bigger growth.

LPD: I took this position in January of this year, and have had a hard time. I agree with Executive Director He's proposal to limit production. Although each company has its own policy, we should place more consideration on the industry's interests as a whole.

Although this year's most difficult period has passed, an even harder period will soon arrive next year. At year-end last year, at the general managers' conference held at Nanhai, Shenzhen, we clearly knew the situation then, and also recommended that the industry move with the trend and halt and limit production. Due to various factors, we failed to achieve this, leading to the terrible defeat this year.

Our company's 29″, 32″, and 34″ utilization rate is less than 50%. We remain pessimistic about the coming market. For the growth of the entire industry, the company has aggressively introduced new products: In 4Q we will mass produce 29″ VIXLIM, and in 1Q we have already begun producing 21″ VIXLIM.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

IRICO (Caihong): Business in the first half of this year was very difficult; sales volume dropped 24%, and sales revenues fell more than 40%. We had the first loss since the plant's establishment. From the birth of the first color tube in '81, to passing inspection in '82. In 2001 there was one month of loss, and 1H 2005 was a loss, and we are still having losses in August. In the first half of this year we had five production lines halt production; the longest halted production for two months, with a greater impact on the workers. We also had a glass line stop production, and mask also stopped one line. The phosphor production line is also halting production. In general the entire supply chain has a big problem.

NOVEL (Yongxing): Every industry reaches an era of cooperative competition; the industry association should coordinate each company to even more unified action. Any competitive effort yields no winners, only lose-lose. Although the color tube industry is difficult, NOVEL has it the worst. NOVEL's primary mission now is to solve the inventory problem; fixing this problem is now relevant to the company's survival. Although CRT has received quite a large impact from flat panels, our industry should aggressively seek an effective way to restrain it. Big box stores have an especially large influence on CRTs.

THOMSON (Thomson): Our 1H production ratio was reduced by 25%. We agree that the most difficult period has passed, but we should still pay close attention to market changes. The industry's inventory is still quite large; if we expand production, in a few months inventory will rise. Although we have been continuously cutting production the past few months, we still cannot achieve hoped-for sales. We hope the industry can play its intended role.

The industry association now faces two paths to choose from: One is to grow large and strong; the other is death. The industry's development already reflects China CPT's issues in development. This problem can still be coordinated; the industry's fate is in our hands, and the key is how we develop.

1 – In August the industry's development had some problems, and we paid a considerable price for this. Although three new bosses have come up, that also means three old friends left the industry; this compels us to reflect. We in CPT are situated in the middle of the entire supply chain, prices both up and downstream have not fallen as much; how come our CPT prices fell so quickly? The root cause is a relatively high color tube inventory and the introduction of new lines (SEG and IRICO combined added around 14 million). In the entire industry there are no winners, and even a win is a pyrrhic victory.

2- During the Changhong bidding, the industry association did not respond. Each time, prices fell 8-10%, really causing heartache. Although THOMSON owns shares in TTE and KONKA, we still cannot supply at the price of 220 yuan. Before Changhong's bidding we also reached out to Changhong's senior management and talked it over, asking them to withdraw their position from before the bidding.

3- The market's current revival is only partial; it is only a seasonal revival. The current CPT difficulties are structural difficulties, and should be resolved with structural methods. The industry currently has a production capacity of 75 million. The Association should start from a broad perspective, and discuss how to get rid of excess capacity (shut, halt, merge, transform)

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

III.    Positive factors for 2006 market prospects:
1. 22 CPT companies shut down and supply correspondingly reduced, but global total demand is still around 1.5 sets.
2. In the slow season CTV makers' CPT inventory was reduced from 9.63 million at the beginning of the year to 4.5 million;
3. The country is currently concerned about vulnerable groups and building a harmonious society. CPT is a true Three Represents product;
4. The country is reducing taxes on farm villages [and implementing] nine-year compulsory education. Farmers are taking out medical insurance; marriages during Chinese New Year in widow years [translator's note: occurring every four years or so when first day of Chinese New Year falls after first day of spring] are relatively high.
5. The effect of color TV plants acting in unison is more pronounced (major domestic TV plants are expanding color tube purchases)

IV.    Negative factors for 2006 market prospects:
1. Industry production capacity is too high, utilization rate is not even 80%; inventory is quite high; a few companies have around one million;
2. LCD's impact is too big, if CRT is not planned well, there will be developmental difficulties;
3. The difference between 1H and 2H is quite large, 1H only has about 40% (supply-demand contradiction stands out). Next year there are positive factors but not enough;
4. 29″ production capacity is too high;
5. 21″ prices have dropped too much;

V.    This meeting has reached the following agreements:
1. Hold a general managers' meeting every quarter to exchange opinions on the major issues currently faced by the industry, and to provide instructions on the industry's future growth.
2. Hold a sales division chiefs' meeting every month to jointly discuss the business situation for color tube and color TV makers; and make timely reports to the general managers, so that general managers may come up with corresponding strategies;
3. It is suggested that each company carry out humanitarian management, giving 15 to 30 days of vacation during Chinese New Year, in order to ameliorate excessive production capacity; actual vacation time and methods of implementation will be decided at the next general managers' meeting;
4. Price: Pricing for mid-size models should be set so that each company can reduce losses, and also block the impact of foreign color tubes; in February the import price was 30 USD, or 285 yuan RMB. (However, sales chiefs believe this price can only serve as a reference price for the end of the year or 1Q next year)
   21″ pure flat price will be set at 100 yuan higher than regular flat.
   29″ price will be maintained unchanged at August prices; in October we will make appropriate adjustments based on the market;

[end of document]

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

# EXHIBIT 55



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**SDCRT-0091027_573-583**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____

Dan McCourt

Sworn to before me this
August 22, 2023

_____

Signature, Notary Public



_____

Stamp, Notary Public

# CPT industry information seminar

## (2005.10/24-10/25)

[hw:] *Irico*

[stamp:] 05001212

1

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D.Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091573E

[stamp:] 05001213

| | | |
|---|---|---|
| Meeting time: | October 24-25, 2005 | |
| Meeting location: | Business conference room on the 14th floor of Xianyang International Trade Hotel | |
| Conference participants: | Huang Hai | (Beijing Matsushita) Executive Chairman |
| | Guo Peng | (SEG Hitachi) Executive Secretary |
| | Xie Yun | (Samsung SDI) |
| | Jin Mei | (Samsung SDI) |
| | Xu Minghui | (LPD Nanjing) |
| | Yu Jiangnan | (LPD Nanjing) |
| | Long Lingyu | (LPD Changsha) |
| | Yao Jun | (IRICO) |
| | Ye Qing | (Shanghai Novel) |
| | Wang Zhiwei | (Thomson/Videocon) |
| | Xin Peng | (Thomson/Videocon) |

2

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D.Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091574E

Implementation of the agenda of this meeting

Main content

[stamp:] 05001214

1.   CPT factory new product advancement plan

2.   2005 CPT line production capacity table

3.   2005 domestic CRT color TV and color tube supply and demand forecast

4.   Optimistic forecast of domestic CRT color TV and color tube supply and demand in 2006

5.   CPT factories' 2005 outlook/2006 production plan

6.   2005 outlook/2006 production plan of each color TV factory

7.   Conclusion of the meeting

3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D.Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091575E

2005/2006 new product development and promotion plan for CPT factories

[stamp:] 05001215

05001215

| Factory | Variety | Production time | Line body | Shadow mask material | Note |
|---------|---------|----------------|-----------|----------------------|------|
| Thomson | 29" Slim | 05. December | Foshan 2# | INVAR | November PP |
|  | 21" Slim | 06. February | Dongguan 1# | AK | Capacity of 200,000 units/month |
|  | 32"WDF | 05. November | Foshan 2# |  |  |
| SEG Hitachi | 29" F | 05.3Q | 3# | INVAR | Plan to begin sales in 4Q |
|  | 21" F | 05. August | 4# | AK |  |
| SDI | 21" VX | 05. November | 1# |  | SSDI |
|  | 29" VX | 06. 2Q | 4# |  | TSDI |
| Changsha LG | 25"F (100HZ) | 05. NOVEMBER | 1# | INVAR | Originally planned for July, postponed to November |
|  | 29" Slim | 05. December | 3# |  | October renovation, December mass production |
| Nanjing Huafei | 25" F | 05. July | 2# | AK | MP |
|  | 32"WDF | 05. August | 5# | AK | MP |
| Shanghai Novel | 21"F | 05. August | 1# | AK |  |
|  | 25"F | 06. April | 2# | AK |  |
| Xianyang IRICO | 15"F | 06. April | 3# | AK | Originally INVAR, it is planned to change to AK in April 2006 |
|  | 21" Slim | 06. August | 3# |  |  |
|  | Super Large | 06. March | 9# |  | 32 ''PF, 34-DEGREE PF, 36-DEGREE PF |
|  | 25" F | 06. May | 8# | AK | Originally INVAR, it is planned to be changed to AK in May 2006 |
| Beijing Matsushita | 25" F | 05. July | 1# | AK | Capacity of 1.2 million/year |
|  | 21" Slim | 05. DECEMBER | 4# |  |  |
|  | 28" WDF | 06. January | 5# |  | At present, BARE products are imported from Malaysia and debugged in China for ITC |
|  | 32" WDF | 05. August | 6# |  |  |

4

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D.Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**2005 CPT line production capacity table**

[stamp:] 05001216

051024 unit: Ten thousand

| CPT MAKER | Line | CPT | Current production | CAPA | LINE renovation plan |
|---|---|---|---|---|---|
| SDI Tianjin | 1# | 25"/25"F/29"/29"SF/29"F | 25"/25"F/29"F | 230 | |
| | 3# | 29"F/34"F/32"WDF | 29"F/34"F | 90 | *Plan to transform for 32" VIXLIM in 2Q of 2006* |
| SDI Shenzhen | 1# | 20"/21"/21"F/21"VX | 21"/21"F | 320 | *Plan to mass produce 21" VIXLIM in October 2005* |
| | 3# | 20"/21"/21"F | 21"/21"F | 240 | |
| | 4# | 25"F/29"F/29VX | 25"F/29"F/29"VX | 230 | August 2005 29" VX MP |
| SUB-TTL | | | | 1110 | |
| Novel | 1# | 21"/21"F | 21"/21"F | 260 | August 2005 21" F(AK) MP |
| | 2# | 25"/25"F | 25" | 160 | |
| | 3# | 29"SF/29"F | 29"SF/29"F | 160 | |
| | 4# | 34"SF/32"WDF | 34"SF | 60 | |
| | 5# | 29"F | 29"F | 200 | |
| SUB-TTL | | | | 840 | |
| LPD Nanjing | 1# | 21"/21"F/21"Slim | 21"F/21"Slim | 250 | 2005 1Q 21"F SLIM MP |
| | 2# | 21"/25"/25"F | 21"/25"/25"F | 250 | 'July 2005 25" PF (AK)MP |
| | 3# | 29"SF/29"F | 29"SF/29"F | 80 | |
| | 4# | 29"F | 29"F | 80 | *29"F (AK) in progress* |
| | 5# | 34"F/32"WDF | 34"F/32"WDF | 70 | August 2005 32" WDF MP |
| | 6# | 21"/21"F | 21"/21"F | 70 | CDT LINE transformed to CPT LINE |
| SUB-TTL | | | | 800 | |
| IRICO | 1# | 14" | 14" | 220 | |
| | 2# | 14" | 14" | 220 | |
| | 3# | 21"PF/15"PF | 15"F/21"F | 220 | |
| | 4# | 21"/21"PF | 21"/21"F | 200 | |
| | 5# | 21"FS | 21" | 200 | |
| | 6# | 21"FS | 21" | 200 | |
| | 7# | 25"FS/25"F | 25" | 170 | |
| | 8# | 25"F"/29"F | 25"F | 80 | |
| | 9# | *32"WPF/34"PF/36"WPF* | | 60 | |
| SUB-TTL | | | | 1510 | |
| BMCC | 1# | 21"/25"F | 21"/25"F(AK) | 140 | July 2005 25" FMP |
| | 2# | 14" | 14" | 210 | |
| | 3# | 21"/21"F/29"SF/29"F | 21"/21"F/29"SF/29"F | 160 | |
| | 4# | 21"/21" Slim | 21"/21"Slim | 180 | *Plan to produce 21" SLIM in February 2006* |
| | 5# | 28WDF/29"SF | 29"SF | 120 | *Plan to produce 28" WDF in January 2006* |
| | 6# | *29"F/34"SF/34"F/32"WDF/36"WDF* | 32"WDF/34"SF/34"F | 80 | August 2005 32" WDF MP |

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D.Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091577.01E

[stamp:] 05001217

| | | | | | |
|---|---|---|---|---|---|
| SUB-TTL | | | | 890 | |
| LPD Changsha | 1# | 25"/25"F/21"F | 21"F/25"/25"F | 250 | |
| | 2# | 21"/21"F | 21"/21"F | 260 | |
| | 3# | *29"/29"SF/29"F/34"SF/29"F SLIM* | 29"SF/29"F | 210 | Plan to produce 29" F SLIM in December 2005 |
| SUB-TTL | | | | 720 | |
| HITACHI | 1# | 21" | 21" | 190 | |
| | 2# | 21" | 21" | 190 | |
| | 3# | 34"/34"SF/29″F | 34"/29"F | 100 | Produce 29" F in August 2005 |
| | 4# | 21"/21"F | 21"/21"F | 280 | July 2005  21" F (AK) MP |
| SUB-TTL | | | | 760 | |
| Thomson | 1# | *20"/28"/29"/29"SF/29"F/29"F SLIM* | 29"/29"F | 230 | *Plan to transform 29" FSLIM in 4Q 2005* |
| | 2# | *29"F/30"WP/31"F/34"/34"F/32"WDF* | 29"/30"WP/31"F/34"/34"F/32"WDE | 150 | *Plan to produce 32" WDF in  November 2005* |
| Thomson Dongguan | 1# | 21"/21"F/21"Slim/25" | 21"/21"F | 220 | June 2005 21" F(AK)MP/Plan to produce 21" SLIM in February 2006 |
| | 2# | 21"/25"/25"F/29"/29"SF/29"F | 25"/25"F | 160 | *June 2005 25" F(INVAR)MP/Plan to produce 25" PF (AK) PP in 4Q 2005* |
| | 3# | 25"/29"/29"SF | 25" | 140 | |
| SUB-TTL | | | | 900 | |
| TTL | 42 | | [illegible] | 7530 | |

*IRICO 9#CAPA (600,000/year) not included in total CAPA

5

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D.Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091577.02E

Domestic CRT color television and color tube supply and demand forecast in 2005 — Unit : ten thousand units, ten thousand sets

[stamp:] 05001218

**CPT production 6185**

**CPT inventory at the beginning of the year 180**

**CPT export 2500**

**CPT sales 6115**

**CPT inventory at the end of the year 250**

**CPT import 2050**

**CPT inventory at the beginning of the year 990**

**Purchase volume of TV factory 5665**

**Color television output 6000**

**CPT inventory at the end of the year 655**

**TV inventory at the beginning of the year 800**

**TV sales 6400**

**TV inventory at the end of the year 400**

**TV domestic sales 3350**

**Complete machine export 2650**

**Export of parts 400**

Among them, the color TV factories only admit 2.55 million stocks, and another 4 million color tube factories have already invoiced, but they have not entered the color TV factories procurement system.

Explanations:

One-day trip: 12.5 million (first half of the year: 5.5 million; second half of the year: 7 million).

If color tubes and color TVs are produced according to the above plan, by the end of 2005 there will be 13.05 million color tubes and color TVs in stock. In the first half of the year, the color TV factories cleared inventory, causing the production of the color tube factories to be limited and stopped. It is expected that the inventory of color TVs and color tubes in color factories will decrease from 17.9 million at the beginning of the year to 10.55 million at the end of the year. The color tube inventory of the color tube factories will increase from 1.8 million at the beginning of the year to 2.5 million.

6

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D.Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091578E

Optimistic forecast of supply and demand of domestic CRT color TV and color tube in 2006    Unit: ten thousand units, ten thousand sets

[stamp:] 05001219



**Explanations:**

One-day trip: 13 million, an increase of 500,000 compared to last year

If color tubes and color TVs are produced according to the above plan, the entire industry's color TV and color tube stocks will drop to 9.95 million by the end of 2006, including 1.5 million color tube stocks in color tube factories and 8.45 million color TV and color tube stocks in color TV factories. By the end of 2006, the supply and demand relationship of the industry will become normal.

7

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D.Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091579E

[stamp:] 05001220

Description of supply and demand chart of CRT color TV and color tube in China:

➢ The complete machine inventory at the beginning of the year and the end of the year is the actual complete machine inventory volume of the complete machine factory, excluding the color TV inventory in the commercial circulation field (because the 500 color TV inventory in the commercial circulation will always exist, it will not be added to the calculation in the future).

➢ Both CPT export and import data include one-day trip.

➢ CPT turnover inventory refers to the quantity of color tubes purchased by the complete machine factory for normal production, which is estimated to be 4 million.

➢ CPT sales volume refers to the quantity of color CRT sold in the color CRT industry.

➢ Color television output refers to the quantity of color CRT television produced (the output of color television minus the output of non-CRT color television in the complete machine factory)

➢ Refer to the data of Beijing CMM for the quantity of CRT domestic sales

8

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D.Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091580E

| CPT production forecast in 2006 |
|---|

Comparison of China's domestic CPT output in 2005 and planned output in 2006

Unit: Ten thousand unit

| Specification model | | 14" | 15"F | 21" | 21"F | 21"VX | 25" | 25"F | 29" | 29"SF | 28"WF | 29"F | 29"VX | 32"WF | 32"VX | 34" | 34"SF | 34"F | Total | Month-on-month increase |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IRICO | 2005 | 440 | 60 | 377 | 122 | | 159 | 120 | | | | | | | | | | 1 | 1279 | |
| | 2006 | 440 | 60 | 380 | 150 | | 160 | 120 | | | | 10 | | 5 | | | | 15 | 1340 | 5% |
| Samsung SDI | 2005 | | | 200 | 318 | 11 | 48 | 170 | | | | 260 | 16 | | | | | 39 | 1062 | |
| | 2006 | | | 124 | 216 | 196 | 39 | 160 | | | | 185 | 144 | | | | | 16 | 1080 | 2% |
| BMCC | 2005 | 221 | | 137 | 160 | 19 | | 60 | | 80 | | 90 | | | 10 | | 29 | 15 | 821 | |
| | 2006 | 220 | | 100 | 180 | 50 | | 80 | | 60 | 42 | 100 | | | 20 | | 20 | 10 | 882 | 7% |
| Thomson | 2005 | | | 80 | 100 | | 119 | 40 | 108 | | | 193 | 9 | 4 | | 9 | | 14 | 676 | |
| | 2006 | | | 100 | 120 | 60 | 80 | 100 | 50 | | | 140 | 60 | 20 | | 5 | | 10 | 745 | 10% |
| Novel | 2005 | | | 157 | 5 | | 79 | | | 70 | | 146 | | | | | 35 | | 492 | |
| | 2006 | | | 130 | 40 | | 70 | 10 | | 70 | | 150 | | | | | 30 | | 500 | 2% |
| LPD Changsha | 2005 | | | 197 | 120 | | 99 | 95 | | 5 | | 160 | 0 | | | | | | 676 | |
| | 2006 | | | 150 | 190 | | 80 | 90 | | 8 | | 130 | 60 | | | | | | 708 | 5% |
| SEG | 2005 | | | 376 | 110 | | | | | | | 10 | | | | 30 | 5 | | 531 | |
| | 2006 | | | 320 | 200 | | | | | | | 40 | | | | 40 | 10 | | 610 | 15% |
| LPD Nanjing | 2005 | | | 88 | 230 | 70 | 54 | 20 | | 9 | | 130 | | 8 | | | | 39 | 648 | |
| | 2006 | | | 30 | 220 | 130 | 30 | 70 | | | | 140 | | 25 | | | | 30 | 675 | 4% |
| Total in 2005 | | 661 | 60 | 1612 | 1165 | 100 | 558 | 505 | 108 | 164 | 0 | 989 | 25 | 22 | 0 | 39 | 69 | 108 | 6185 | |
| Total in 2006 | | 660 | 60 | 1334 | 1316 | 436 | 459 | 630 | 50 | 138 | 42 | 895 | 264 | 70 | 0 | 45 | 60 | 81 | 6540 | 6% |
| 2006-2005 | | -1 | 0 | -278 | 151 | 336 | -99 | 125 | -58 | -26 | 42 | -94 | 239 | 48 | 0 | 6 | -9 | -27 | 355 | 6% |

9

[stamp:] 05001221

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D.Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091581E

| Actual production performance of color TV factory in 2005 and forecast for 2006 | | | | | | | | | | Unit: 10,000 units | |

[stamp:] 05001222

| Distinguish | 2006 | Share | 2005 | Share | Growth | G/R | FPD/05 | PJTV/05 | CRT/05 | FPD/06 | PJTV/06 | CRT/06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Changhong | 815 | 12% | 770 | 12% | 45 | 6% | 25 | 17 | 728 | 45 | 20 | 750 |
| TCL | 1,200 | 18% | 1,020 | 16% | 180 | 18% | 19 | 9 | 992 | 90 | 10 | 1,100 |
| S/WORTH | 895 | 13% | 880 | 14% | 15 | 2% | 49 | 8 | 823 | 77 | 3 | 815 |
| KONKA | 800 | 12% | 800 | 12% | 0 | 0% | 35 | 8 | 757 | 47 | 3 | 750 |
| HISENSE | 750 | 11% | 680 | 11% | 70 | 10% | 45 | 6 | 629 | 68 | 2 | 680 |
| HAIER | 660 | 10% | 550 | 9% | 110 | 20% | 23 | | 527 | 65 | | 595 |
| PANDA | 100 | 1% | 120 | 2% | -20 | -17% | 1 | | 119 | 5 | | 95 |
| XOCECO | 260 | 4% | 245 | 4% | 15 | 6% | 80 | | 165 | 100 | | 160 |
| *Sub-Total* | 5,480 | 81% | 5,065 | 78% | 415 | 8% | 277 | 48 | 4,740 | 497 | 38 | 4,945 |
| LG | 250 | 4% | 250 | *4%* | 0 | 0% | 40 | 8 | 202 | 58 | 2 | 190 |
| Sanyo | 115 | 2% | 105 | *2%* | 10 | 10% | 5 | | 100 | 10 | | 105 |
| Philips | 17 | 0% | 57 | 1% | -40 | -70% | 10 | 6 | 41 | 15 | 2 | 0 |
| Samsung | 200 | 3% | 205 | *3%* | -5 | -2% | 5 | 5 | 195 | 8 | 2 | 190 |
| Panasonic | 35 | 1% | 40 | 1% | -5 | -13% | 11 | 8 | 21 | 13 | 2 | 20 |
| Toshiba | 50 | 1% | 50 | 1% | 0 | 0% | 5 | 5 | 40 | 8 | | 42 |
| Funai | 60 | 1% | 100 | 2% | -40 | -40% | | | 100 | | | 60 |
| Sony | 30 | 0% | 25 | 0% | 5 | 20% | 5 | 6 | 14 | 8 | | 22 |
| Mitsubishi | 30 | 0% | 38 | 1% | -8 | -21% | 0 | | 38 | 0 | | 30 |
| *Sub-Total* | 787 | 12% | 870 | 13% | -83 | -10% | 81 | 38 | 751 | 120 | 8 | 659 |
| Canca | 80 | 1% | 100 | 2% | -20 | -20% | | | 100 | | | 80 |
| Syber | 0 | 0% | 30 | 0% | -30 | -100% | | | 30 | | | 0 |
| West Lake | 100 | 1% | 50 | 1% | 50 | 100% | 2 | | 48 | 3 | | 97 |
| SVA | 120 | 2% | 65 | 1% | 55 | 85% | 3 | | 63 | 5 | | 116 |
| CASIL | 30 | 0% | 40 | 1% | -10 | -25% | | | 40 | | | 30 |
| TOMEI | 30 | 0% | 40 | 1% | -10 | -25% | | | 40 | | | 30 |
| *Sub-Total* | 360 | 5% | 325 | 5% | 35 | 11% | 5 | 0 | 321 | 8 | 0 | 353 |
| *Other* | 180 | 3% | 200 | 3% | -20 | -10% | 5 | 7 | 188 | 10 | 6 | 164 |
| TTL | 6,807 | 100% | 6,460 | 100% | 347 | 5% | 368 | 93 | 6,000 | 635 | 52 | 6,121 |

**In 2005, including high-end 4.51 million (930,000 rear projection, 2.98 million LCD, 700,000 PDP)**
**In 2006, including high-end 6.87 million (520,000 rear projection, 5.15 million LCD, 1.2 million PDP)**

10

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D.Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091582E

| Conclusion of this meeting |
| --- |

[stamp:] 05001223

1 We believe from the meeting that, in 2005, because the color tube industry was burdened with the color tube inventory transferred from the color TV factories, production limitation would be a long-term topic to be able to stabilize product prices. The extremely high CRT inventory pressure will affect every enterprise in the industry. Industry-wide cohesion will help weather the storm.

2 If the production volume of color tubes and color TVs in 2006 follows that currently forecasted, the inventory of color TVs and color tubes in the industry will reach 9.95 million at the end of 2006, a decrease of 3.1 million compared with the same period in 2005. Among them, the inventory of color tubes in color tube factories 1.5 million, and the inventory of color TVs and color tubes in color TV factories is 8.45 million. It is optimistically estimated that the supply and demand relationship in the industry at the end of 2006 will be slower than that in 2005. However, we believe from the meeting that the industry alliance relationship is still fragile, which will lead to potential contradictions between supply and demand, resulting in no stable product prices.

3 The industry believes that domestic sales of CRT color TVs will show a negative growth in 2006 (Sino believes that due to the drive of the rural market, domestic sales will remain flat).
4 In 2006, the production structure of CPT products will undergo great changes. For their own survival needs, each company will intensify efforts to promote new products, such as ultra-thin and wide-screen products. It will extend the life of CRT products to some extent.

5. It is suggested that all companies increase their export efforts.

6. Affected by flat-panel TVs, the sales forecast of CRT color TVs above 30" is relatively pessimistic. It is expected that the sales of 34" pure flat CRT in 2006 will be more difficult.

[hw:] ~~LPD Nanjing~~ Irico

11

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D.Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091583E

# 彩管行业信息研讨会

## （2005. 10/24-10/25）

05001212

1

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091573

| | |
|---|---|
| 会议时间： | 2005年10月24-25日 |
| 会议地点： | 咸阳国贸大酒店14楼商务会议室 |
| 参加会议人员： | 黄　海　　　　（北京松下）执行主席 |
| | 郭　鹏　　　　（赛格日立）执行秘书长 |
| | 谢　云　　　　（三星SDI） |
| | 金　美　　　　（三星SDI） |
| | 许明晖　　　　（LPD南京） |
| | 于江南　　　　（LPD南京） |
| | 龙玲玉　　　　（ LPD长沙） |
| | 姚　军　　　　（彩虹） |
| | 叶　青　　　　（上海永新） |
| | 王志伟　　　　（汤姆逊/Videocon ） |
| | 辛　鹏　　　　（汤姆逊/Videocon） |

2

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091574

05001213

## 本次会议议题执行情况

主要内容

1、彩管厂新品推进计划

2、'05年CPT线体产能表

3、'05年国内CRT彩电彩管供需预测

4、'06年国内CRT彩电彩管供需乐观预测

5、各彩管厂'05年展望/'06年生产计划

6、各彩电厂'05年展望/'06年生产计划

7、会议结论

3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091575

# '05/'06年各彩管厂新品开发推广计划

| 厂家 | 品种 | 生产时间 | 线体 | 荫罩材料 | 备注 |
|---|---|---|---|---|---|
| 汤姆逊 | 29" Slim | 05.12月 | 佛山2# | INVAR | 11月PP |
| | 21" Slim | 06.2月 | 东莞1# | AK | 产能20万只/月 |
| | 32"WDF | 05.11月 | 佛山2# | | |
| 赛格日立 | 29"F | 05.3Q | 3# | INVAR | 计划4Q开始销售 |
| | 21"F | 05.8月 | 4# | AK | |
| SDI | 21"VX | 05.11月 | 1# | | SSDI |
| | 29"VX | 06.2Q | 4# | | TSDI |
| 长沙LG | 25"F (100HZ) | 05.11月 | 1# | INVAR | 原计划7月，推迟到11月 |
| | 29"Slim | 05.12月 | 3# | | 10月改造，12月份量产 |
| 南京华飞 | 25"F | 05.7月 | 2# | AK | MP |
| | 32"WDF | 05.8月 | 5# | AK | MP |
| 上海永新 | 21"F | 05.8月 | 1# | AK | |
| | 25"F | 06.4月 | 3# | | |
| 咸阳彩虹 | 15"F | 06.4月 | 3# | AK | 原为INVAR，计划'06.4月改为AK |
| | 21"Slim | 06.8月 | 3# | | |
| | 超大型 | 06.3月 | 9# | | 32"PF, 34"PF, 36"PF |
| | 25"F | 06.5月 | 8# | AK | 原为INVAR，计划'06.5月改为AK |
| 北京松下 | 25"F | 05.7月 | 1# | AK | 产能120万/年 |
| | 21"Slim | 05.12月 | 4# | | |
| | 28"WDF | 06.1月 | 5# | | 目前从马来西亚进口BARE品，在国内ITC调试 |
| | 32"WDF | 05.8月 | 6# | | |

4

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091576

# '05年CPT线体产能表

051024 单位:万

| CPT MAKER | Line | CPT | 目前生产 | CAPA | LINE改造计划 |
|---|---|---|---|---|---|
| SDI 천진 | 1# | 25"/25"F/29"/29"SF/29"F | 25"/25"F/29"F | 230 | |
| | 2# | 29"F/34"F/32"WDF | 29"F/34"F | 90 | 计划'06年2Q 改造 32"VIXLIM |
| | 3# | | | 320 | 计划'05年10月 量产21"VIXLIM |
| SDI 심천 | 1# | 20"/21"/21"F/21"VX | 21"/21"F | 240 | |
| | 4# | 25"F/29"F/29"VX | 25"F/29"F/29"VX | 230 | '05年8月 29"VX MP |
| SUB-TTL | | | | 1110 | |
| 永新 | 1# | 21"/21"F | 21"/21"F | 260 | '05年 8月 21"F(AK) MP |
| | 2# | 25"/25F | 25" | 160 | |
| | 3# | 29"SF/29"F | 29"SF/29"F | 160 | |
| | 4# | 34"SF/32"WDF | 34"SF | 60 | |
| | 5# | 29"F | 29"F | 200 | |
| SUB-TTL | | | | 840 | |
| LPD南京 | 1# | 21"/21"F/21"Slim | 21"F/21"Slim | 250 | '05年1Q 21"F SLIM MP |
| | 2# | 21"/25"/25"F | 21"/25"/25"F | 250 | '05年 7月 25"PF(AK) MP |
| | 3# | 29"SF/29"F | 29"SF/29"F | 80 | |
| | 4# | 29"F | 29"F | 80 | *29"F(AK) 推进中* |
| | 5# | 34"F/32"WDF | 34"F/32"WDF | 70 | '05年 8月 32"WDF MP |
| | 6# | 21"/21"F | 21"/21"F | 70 | CDT LINE 改造为 CPT LINE |
| SUB-TTL | | | | 800 | |
| 彩虹 | 1# | 14" | 14" | 220 | |
| | 2# | 14" | 14" | 220 | |
| | 3# | 21"PF/15"PF | 15"F/21"F | 220 | |
| | 4# | 21"/21"PF | 21"/21"F | 200 | |
| | 5# | 21"FS | 21" | 200 | |
| | 6# | 21"FS | 21" | 200 | |
| | 7# | 25"FS/25"F | 25" | 170 | |
| | 8# | 25"F/29"F | 25"F | 80 | |
| | 9# | *32"WPF/34"PF/36"WPF* | | *60* | |
| SUB-TTL | | | | 1510 | |
| BMCC | 1# | 21"/25"F | 21"/25"F(AK) | 140 | '05年7月 25"F MP |
| | 2# | 14" | 14" | 210 | |
| | 3# | 21"/21"F/29"SF/29"F | 21"/21"F/29"SF/29"F | 160 | 计划'06年2月 生产21" SLIM |
| | 4# | 21"/21" Slim | 21"/21" Slim | 180 | 计划'06年1月 生产28" WDF |
| | 5# | 28WDF/29"SF | 29"SF | 120 | |
| | 6# | 29"F/34"SF/34"F/32"WDF/36"WDF | 32"WDF/34"SF/34"F | 80 | '05年8月 32" WDF MP |
| SUB-TTL | | | | 890 | |
| LPD长沙 | 1# | 25"/25"F/21"F | 21"F/25"/25"F | 250 | |
| | 2# | 21"/21"F | 21"/21"F | 260 | |
| | 3# | 29"/29"SF/29"F/34"SF/29"F Slim | 29"SF/29"F | 210 | 计划'05年12月生产29"F SLIM |
| SUB-TTL | | | | 720 | |
| HITACHI | 1# | 21" | 21" | 190 | |
| | 2# | 21" | 21" | 190 | |
| | 3# | 34"/34"SF/29" F | 34"/29"F | 100 | '05年8月 生产29"F |
| | 4# | 21"F | 21"/21" F | 280 | '05年7月 21"F(AK) MP |
| SUB-TTL | | | | 760 | |
| Thomson | 1# | 20"/28"/29"/29"SF/29"F SLIM | 29"/29"F | 230 | 计划'05年4Q 改造 29"F SLIM |
| | 2# | 29"/29"SF/33"F/34"/34"F/32"WDF | 29"F/30"WP/31"F/34"/34"F/32"WDF | 150 | 计划'05年11月 生产32"WDF |
| Thomson 东莞 | 1# | 21"/21"F/21"Slim/25" | 21"/21"F | 220 | '05年6月 21"F(AK) MP/计划'06年2月 生产21"SLIM |
| | 2# | 21"/25"/25"F/29"SF/29"F | 25"/29"F | 160 | '05年6月 25"F(INVAR) MP/计划'05年4Q生产25"PF(AK)PP |
| | 3# | 25"/29"/29"SF | 25" | 140 | |
| SUB-TTL | | | | 900 | |
| TTL | 42 | | | 7530 | |

*总 CAPA中未包含彩虹 9# CAPA(60万/年)

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation



# 2005年国内CRT彩电、彩管供需预测

单位：万只、万台

**CPT生产 6185**

**年初CPT库存 180**

**CPT出口 2500**

**年初CPT库存 990**

**年初TV库存 800**

**CPT销售 6115**

**年末CPT库存 250**

**CPT进口 2050**

**TV厂采购量 5665 彩电产量 6000**

**TV销售 6400**

**TV内销 3350**

**整机出口 2650**

**散件出口 400**

**年末CPT库存 655**

**年末TV库存 400**

其中彩电厂只承认255万库存，另有400万彩管已开票，但未进入彩电厂采购系统。

说明：

一日游：1250万（上半年：550万；下半年：700万）

如果彩管彩电按上述计划生产，05年末将会导致1305万的彩管彩电库存。经过上半年彩电厂清理库存行为导致彩管厂限产、停产，预计彩电厂彩电彩管库存将由年初的1790万减少到年末的1055万。而彩管厂的彩管库存将由年初的180万增加到250万。

6

05001217

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation



## 2006年国内CRT彩电、彩管供需乐观预测

单位：万只、万台

CTV流通库存500万台

**说明：**

一日游：1300万，较去年增加50万

如果彩管彩电按上述计划生产，06年末全行业的彩电和彩管库存将降至995万，其中彩管厂的彩管库存150万，彩电厂的彩电和彩管库存845万。2006年底行业的供求关系将趋于正常。

7

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091579

**中国CRT彩电、彩管供需图说明：**

➢ 年初和年底的整机库存，为整机厂实际的整机库存量，不包括商业流通领域中的彩电库存（因为商业流通中的500 彩电库存永远都存在，所以以后不再加入到计算中）。

➢ CPT出口和进口数据都包含一日游。

➢ CPT周转库存是指整机厂正常生产而采购彩管的量，预计为400万。

➢ CPT销售量是彩管行业内的彩管销售数量。

➢ 彩电生产量是指CRT彩电生产数量（整机厂彩电的生产量减去非CRT彩电生产量）

➢ CRT内销数量参考北京中怡康公司的数据

05001219

8

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091580

# 2006年彩管生产预测

## 中国国内彩管05年产量与06年计划产量对比

单位：万只

| 规格型号 | | 14" | 15"F | 21" | 21"F | 21"VX | 25" | 25"F | 29" | 29"SF | 28''WF | 29"F | 29"VX | 32"WF | 32"VX | 34" | 34"SF | 34"F | 合计 | 环比增幅 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | 1 | 1279 | |
| 彩虹 | 05年 | 440 | 60 | 377 | 122 | | 159 | 120 | | | | 10 | | 5 | | | | 15 | 1340 | 5% |
| | 06年 | 440 | 60 | 380 | 150 | | 160 | 120 | | | | | | | | | | 39 | 1062 | |
| 三星 SDI | 05年 | | | 200 | 318 | 11 | 48 | 170 | | | | 260 | 16 | | | | | 16 | 1080 | 2% |
| | 06年 | | | 124 | 216 | 196 | 39 | 160 | | | | 185 | 144 | | | | 29 | 15 | 821 | |
| BMCC | 05年 | 221 | | 137 | 160 | 19 | | 60 | | 80 | | 90 | | 10 | | | 20 | 10 | 882 | 7% |
| | 06年 | 220 | | 100 | 180 | 50 | | 80 | | 60 | 42 | 100 | | 20 | | 9 | | 14 | 676 | |
| 汤姆逊 | 05年 | | | 80 | 100 | | 119 | 40 | 108 | | | 193 | 9 | 4 | | 9 | | 14 | 745 | 10% |
| | 06年 | | | 100 | 120 | 60 | 80 | 100 | 50 | | | 140 | 60 | 20 | | 5 | | 10 | 492 | |
| 永新 | 05年 | | | 157 | 5 | | 79 | | | 70 | | 146 | | | | | 35 | | 500 | 2% |
| | 06年 | | | 130 | 40 | | 70 | 10 | | | | 150 | | | | | 30 | | 676 | |
| LPD 长沙 | 05年 | | | 197 | 120 | | 99 | 95 | | 5 | | 160 | | | | | 30 | | 708 | 5% |
| | 06年 | | | 150 | 190 | | 80 | 90 | | 8 | | 130 | 60 | | | | 5 | | 531 | |
| SEG | 05年 | | | 376 | 110 | | | | | | | 10 | | | | 30 | 5 | | 610 | 15% |
| | 06年 | | | 320 | 200 | | | | | | | 40 | | | | 40 | 10 | | 648 | |
| LPD 南京 | 05年 | | | 88 | 230 | 70 | 54 | 20 | | 9 | | 130 | | 8 | | | | 39 | 675 | 4% |
| | 06年 | | | 30 | 220 | 130 | 30 | 70 | | | | 140 | | 25 | | | | 30 | | |
| 05年合计 | | 661 | 60 | 1612 | 1165 | 100 | 558 | 505 | 108 | 164 | 0 | 989 | 25 | 22 | 0 | 39 | 69 | 108 | 6185 | |
| 06年合计 | | 660 | 60 | 1334 | 1316 | 436 | 459 | 630 | 50 | 138 | 42 | 895 | 264 | 70 | 0 | 45 | 60 | 81 | 6540 | 6% |
| 06年－05年 | | -1 | 0 | -278 | 151 | 336 | -99 | 125 | -58 | -26 | 42 | -94 | 239 | 48 | 0 | 6 | -9 | -27 | 355 | 6% |

9

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091581

05C1229

# 05年彩电厂生产实绩及06年预测

单位：万台

| 区分 | 2006 | Share | 2005 | Share | Growth | G/R | FPD/05 | PJTV/05 | CRT/05 | FPD/06 | PJTV/06 | CRT/06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 长虹 | 815 | 12% | 770 | 12% | 45 | 6% | 25 | 17 | 728 | 45 | 20 | 750 |
| TCL | 1,200 | 18% | 1,020 | 16% | 180 | 18% | 19 | 9 | 992 | 90 | 10 | 1,100 |
| S/WORTH | 895 | 13% | 880 | 14% | 15 | 2% | 49 | 8 | 823 | 77 | 3 | 815 |
| KONKA | 800 | 12% | 800 | 12% | 0 | 0% | 35 | 8 | 757 | 47 | 3 | 750 |
| HISENSE | 750 | 11% | 680 | 11% | 70 | 10% | 45 | 6 | 629 | 68 | 2 | 680 |
| HAIER | 660 | 10% | 550 | 9% | 110 | 20% | 23 | | 527 | 65 | | 595 |
| PANDA | 100 | 1% | 120 | 2% | −20 | −17% | 1 | | 119 | 5 | | 95 |
| XOCECO | 260 | 4% | 245 | 4% | 15 | 6% | 80 | | 165 | 100 | | 160 |
| *Sub-Total* | 5,480 | 81% | 5,065 | 78% | 415 | 8% | 277 | 48 | 4,740 | 497 | 38 | 4,945 |
| LG | 250 | 4% | 250 | 4% | 0 | 0% | 40 | 8 | 202 | 58 | 2 | 190 |
| Sanyo | 115 | 2% | 105 | 2% | 10 | 10% | 5 | | 100 | 10 | | 105 |
| Philips | 17 | 0% | 57 | 1% | −40 | −70% | 10 | 6 | 41 | 15 | 2 | 24 |
| Samsung | 200 | 3% | 205 | 3% | −5 | −2% | 5 | 5 | 195 | 8 | 2 | 190 |
| Panasonic | 35 | 1% | 40 | 1% | −5 | −13% | 11 | 8 | 21 | 13 | 2 | 20 |
| Toshiba | 50 | 1% | 50 | 1% | 0 | 0% | 5 | 5 | 40 | 8 | | 42 |
| Funai | 60 | 1% | 100 | 2% | −40 | −40% | | | 100 | | | 60 |
| Sony | 30 | 0% | 25 | 0% | 5 | 20% | 5 | 6 | 14 | 8 | | 22 |
| 三菱 | 30 | 0% | 38 | 1% | −8 | −21% | 0 | | 38 | 0 | | 30 |
| *Sub-Total* | 787 | 12% | 870 | 13% | −83 | −10% | 81 | 38 | 751 | 120 | 8 | 659 |
| 创佳 | 80 | 1% | 100 | 2% | −20 | −20% | | | 100 | | | 80 |
| 燊博 | 0 | 0% | 30 | 0% | −30 | −100% | | | 30 | | | 0 |
| 西湖 | 100 | 1% | 50 | 1% | 50 | 100% | 2 | | 48 | 3 | | 97 |
| SVA | 120 | 2% | 65 | 1% | 55 | 85% | 3 | | 63 | 5 | | 116 |
| CASIL | 30 | 0% | 40 | 1% | −10 | −25% | | | 40 | | | 30 |
| TOMEI | 30 | 0% | 40 | 1% | −10 | −25% | | | 40 | | | 30 |
| *Sub- Total* | 360 | 5% | 325 | 5% | 35 | 11% | 5 | 0 | 321 | 8 | 0 | 353 |
| *其它* | 180 | 3% | 200 | 3% | −20 | −10% | 5 | 7 | 188 | 10 | 6 | 164 |
| *TTL* | 6,807 | 100% | 6,460 | 100% | 347 | 5% | 368 | 93 | 6,000 | 635 | 52 | 6,121 |

- 05年含高端451万（93万背投，298万液晶，70万PDP）
- 06年含高端687万（52万背投，515万液晶，120万PDP）

10

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091582

## 本次会议结论

1、会议认为，2005年由于彩管行业背负了彩电厂转移来的彩管库存，限产将是得以稳定产品价格的长期话题。超高的CRT库存压力将会影响到全行业的每个企业。全行业的凝聚力将有助于度过难关。

2、如果彩管彩电按照目前预测的2006年的生产量，06年末全行业的彩电和彩管库存将达到995万，较2005年同期下降310万，其中彩管厂的彩管库存150万，彩电厂的彩电和彩管库存845万。乐观估计，2006年底行业的供求关系比2005年趋缓。但是会议认为，行业同盟关系依然脆弱，会引发潜在的供求矛盾，导致没有稳定的产品价格。

3、业内认为2006年CRT彩电内销呈现负增长（赛诺认为受到农村市场拉动，内销将会保持持平）。

4、2006年彩管产品生产结构将会有很大变化，为了自身生存需求，各家将加大力度推广新品，如超薄和宽屏产品。将会从某种程度上延长CRT产品的寿命。

5、建议各家加大出口的力度。

6、受平板电视的影响，30"以上的CRT彩电的销售预期较为悲观。预计06年34"纯平CRT的销售将更加困难。

11

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091583