# EXHIBIT 56



**consortra**
translations

100 Park Ave. 16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.                                                     www.consortra.com

STATE of NEW YORK          )
                           )
COUNTY of NEW YORK         )

### _CERTIFICATE OF ACCURACY_

This is to certify that applicable sections of the attached document, _"SDCRT-0091584 – SDCRT-0091588"_, originally written in _Korean_ is, to the best of our knowledge and belief, a true, accurate, and complete translation into _English_.

Dated: July 20, 2012

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
20th day of July,
2012.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

<u>Toshiba(ID) 타키모토B과의 통화내용</u>

작성자 : 김석연 (2008년 7월 4일 월요일 오전 16:44:34)
인쇄자 : 전용수 사원/브라운관/마케팅팀/삼성SDI (2008년 1월 8일 화요일 오전 11:10:16)

인, \_ 십니까.

Toshiba(ID) 타키모토B과의 통화내용를 간략하게 보고드립니다.

---------------------------------------------

1) 29HF 출발 (물량조 1K → 7월 3K) 에 대한 감사

2) 3Q 제시가격의 타사와의 비교

---------------------------------------------

를 위해 전화를 했었습니다.

1) 29HF 증량의 건은.

오리온 사업정리 계획 소문이 있어서 그 물량이 SDI에 전환된 것이라고 합니다.

'      '3K keeping, 8월 2.5K forecast가 있으나 이 물량을 유지하기 위해서는

현재 가격인 $ 63원서 $ 1.5 인하를 해달라고 합니다.

→ 지금까지 SDI/Orion의 2차구매를 해왔는데, Orion의 상황 및 타경쟁사의 접근 가능성들을

파악하여 대응해야 할 것 같습니다.

2) 3Q 제시가격의 타사동의 비교

과회와 6/30일 3Q 가격 미팅을 한후, 오리온/MTPD와의 가격미팅 일정이 있어 확인을 하였습니다.

MTPD의 경우 금주에 가격을 제시하기로 하였다고 합니다.

구체적인 가격은 못 들었지만,

- 21F는 AK보 $ 37 제시한 SDI가 현재 1위.

- \_ \_ .F, 28P는 타사에 뒤쳐있음.

현재물량(29F 5K, 28HF 3K)을 지키기 위해서는 $ 1.5 씩 인하가 필요하다고 습니다.

05000666

또한, TJP에서의 7월 초 혹은 통순에의 미팅를 (강력하게) 요청를 받았습니다.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091027

**Minutes of the Meeting of Operations Department Directors of the Color Picture Tube Industry**

Date: November 18, 2005

Location: Beijing Yan Xian Hotel

Attendees:

Samsung SDI: Huang Yinzhi and Xie Yun

Changsha LG: Dai Yaiyong and Long Lingyu

Nanjing Huafei: Zhang Dezhu

Shanghai Yongxin: Fan Wenyi

Seg Hitachi: Wang Yufeng

Xianyang Rainbow: Liu Hongwu

Thompson: Zhu Yongjie

Beijing Panasonic: Li Dalin, Zhang Xuemei and Huang Hai

Subject: Summary of industry work in 2005 and outlook of healthy development in 2006

Agenda item of the meeting:

Introduction of information on domestic CRT production, sales, inventory and export, CTV production, sales and inventory from January to October this year as well as production projections of various color picture tube plants for 2006.

Samsung SDI:

Samsung currently makes about 30,000 29" PF super thins. 15,000 are used for domestic carryover of Samsung Electronics and the remaining 15,000 for domestic sales. Clients from the North (Haixin and Haier) are making active investments in this type and among the clients from the South, except Chuang Wei, which is making rapid progress by stocking up for New Year's Day,

05001223

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M — 07 – 5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                SDCRT – 0091584E_Translation

others are still in the P-P stage and have stagnated after National Day. Currently, the market price of the entire machine is about 3200 – 3500 Yuan. The CRT price is set at 890 Yuan, with maintenance of this price level being advocated for the entire industry. Haixin required the price of 29" PF super thin picture tubes to be only 200 Yuan higher than the 29" PF color tubes, but director Huang of Samsung SDI believes that this should be the price of the mature period of the market, instead of the price of the introduction period.

Seg Hitachi:

2006 sales strategy: Drawing lessons from 2005, once a sales gap appears, price will bounce back immediately. Therefore, an effort must be made to regulate production with sales and strictly control inventory.

Shanghai Yongxin:

In 2006, production must be strictly based on purchase orders and less than one month of inventory must be maintained (500,000 is a reasonable turnover for Yongxin) and production will cease over this amount. About 5 million are planned for production and sales for next year. The plan has scheduled 11 months of production and sales, with automatic reduction of one month production, to control inventory.

We expect that production shutdown will be scheduled for March to April next year, instead of for July to August in past years.

In 2006, we will launch 21" PF AK and expect to launch 25" PF at the end of the year. After the 21" FS line was changed to be compatible with the 21" PF, the pure 21" PF production is 120,000/month, but the pure 21" FS production can reach 180,000/month.

Currently, we have a wait and see attitude to 28" ~ 32" 16:9 widescreen CRT. Previously, we already prepared a proposal. We will not make this due to our uncertainty about the market, but the production line had this capacity when large screens were introduced. We have made 32" PF for export to Australia (the quote then is the same as 34" PF).

The color TV plant this year does not favor CRT. In the first half of the year, we had been trying to digest last year's inventory, with reduced purchases. Therefore, in the second half of the year, we obviously feel a shortage of resources. In 2006, the color TV plant will adjust its purchase strategy and maintain the percentage of purchases for the first half and second half of the year within a reasonable range of 4:6.

05001224

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M — 07 – 5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                    SDCRT – 0091585E_Translation

Changsha LG:

The good news for the entire market is: inventory has been reduced relatively: the worry is: for long-term development, it will be squeezed by flat panels.

The goal for 2006 is: how to raise profits and deal with the squeezing by FPD. There are two approaches. The first is to vigorously push for materials such as AK and control the cost: the second is introduction of new products, but we need to carefully consider this in terms of price setting and future maintenance.

Beijing Panasonic:

Currently importing 28" WPF light tubes from Ma Song and are performing ITC test in the country, with 15,000 to 20,000 every month. The sales price is 920 Yuan/ per pipe. The market price for color TV is about 2980 Yuan.

In 2006, we may make 15" PF with compatible production on the 14" line. The annual capacity remains unchanged. We advocate that all companies make a rigorous effort to expand exports in 2006, such as to the South American market. Take 42" PDF as an example, the sales price in the South American market is 40,000 to 50,000 Yuan RMB. The sales price of 20" CRT TV from the Brazil plant of Samsung and LG is also more than 2000 Yuan. Compared with the domestic price, there is still a lot of potential to tap. Among CRT sales of Beijing Panasonic for this year, 30% is expected to be direct export and 20% to be same day tour. The rest will be domestic sales. Expanding export is a powerful means to effectively safeguard the balance of domestic supply and demand.

4400:

The current sales price for 15" PF (INVAR) is 28 USD. Production projection for 2005 is 600,000. For 2006, it basically remains flat in our plan.

2. How to deal with request by picture tube plant for a price increase

Currently, the key issue is: due to a shortage of major materials (Shanghai Yongxin "borrowed" 50,000 picture tubes from Shanghai Xu Electronics in November because it could not resist the request for price increase of picture tubes). Small screen picture tube plants requested a price increase, whereas the color tube plant needs to maintain the price and vigorously pushes for price increases (still need to consider maintenance of a price difference from imported tubes, so that imported tubes cannot break into the country), but the color TV plant may not agree to the price increase and may even request the start of a price drop. In early November, the picture tube plant already officially submitted a request to the color tube plant for a price increase in writing. Except 34" PF, a request was made for a price increase for all other sizes

05001225

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M — 07 – 5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                SDCRT – 0091586E_Translation

by 10% to 20%. All enterprises have received the notice of price increase. The attitude of the color tube plant is to stabilize the current price level. The proposal on a detailed response will be studied and discussed at the general managers meeting next month.

3. Regarding the price setting for new products

In 2006, most of the plants will introduce super thin tubes and widescreen tubes, one after another. In terms of price setting for the products, it must be differentiated from the conventional pure flat products, to avoid a price drop for such tubes along with the price drop for conventional tubes. This is because enterprises have invested huge funds and research and development efforts in the new products. Continuous price drops will cause the income of enterprises to outrun the expenditures and even cause them to suffer losses. Therefore, new products must have an independent price system and prices must be set according to their cost, instead of writing just by a range on the basis of conventional ordinary tubes.

Take a 21" PF super thin tubes of Huafei as an example. Its ideal price is best to set at more than 50 Yuan above the 21" PF introduced in the current month. But currently, Huafei is higher only by 20 to 30 Yuan. Due to sudden changes on the market, the prices of 21" PF continue to drop, causing the prices of the 21" PF super thin tubes to keep falling shortly after their introduction. Therefore, in the future, the pricing of super thin tubes must be separated from ordinary tubes. It is particularly important for them to become an independent price system.

4. Regarding color tube inventory and price

This year, various manufacturers lowered their prices over each other in order to grab orders. Some color tube enterprises experienced heavy losses in the first half of the year. Two general managers in this industry lost their jobs one after another.

We hope that in future years, the directors will communicate more on prices. Everybody is already completely exhausted after the price war in 2005. We hope that next year, we will learn from the experience and lessons of this year and rationally treat the price request of color TV plants.

In terms of price setting, a benchmark can be used as reference. For each size, several manufacturers with a large volume will serve as a benchmark. The remaining manufacturers will look up to them. The purpose is not for a price alliance, but to strive not to wage a price war.

The color TV plant believes that the slow season in 2006 is different from 2005. Prices will be steadier. The key is how the color tube plant will operate itself. The lesson from 2005 is profound. When the color tube plant inventory rises by a small amount and sales drop slightly, the price of color tubes drops substantially; whereas when inventory is reduced,

05001226

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M — 07 – 5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                    SDCRT – 0091587E_Translation

and a small gap appears in sales volume, price will rebound immediately. The experience of Rainbow and Beijing Panasonic for 14" maybe borrowed. The color tube plants should be able to communicate candidly with each other and treat the healthy development of the industry as the first priority, be more rational and cooperate more. At the same time, the effect of active production limitation and passive production imitation is different. Active production limitation can save the price, in order to achieve the profit goal.

We must make production adjustments based on inventory information, to avoid triggering another price war.

We should strive to negotiate prices according to the following principles:

1) Just like the picture tube plant, talk about volume and price first and then ship after completing the negotiations (I guess this proposal is rather difficult).

2) At the beginning of the month, conclude a draft with the color TV plants first. Confirm it once more in the middle of the month. Finalize it at the end of the month. Proceed in an orderly way and step by step. Allow the color TV plant to be psychologically ready and avoid the suddenness in psychological feeling for the one time pricing at the end of the month.

5. Arrangements for general managers meeting next month

1) Date: December 12 to 17, 2005, to be confirmed by the general managers of various companies, which should schedule the itineraries.

2) Location: Shanghai

3) Sponsor: Samsung SDI

4) Agenda items of the meeting:

A. A look back at the market in 2005, market prospect for 2006 and an exploration of sales strategies

B. Draft an agreement regarding production cessation of color tube and implement "winter and summer breaks." The Spring Festival period and March and April will be the winter break and June and July will be the summer break. The comprehensive utilization rate for 2005 was only 85%, proving that the color tube plants also limited their production and ceased production, but since they were forced to cease production instead of offering to cease production, there was little effect. In 2006, they need to offer to cease production and put pressure on upstream picture tube plants, to avoid their increase of prices and to give downstream color TV plants a sense of urgency and control their request for a price drop. Manufacturers can continue to operate and the industry can develop healthily only by doing this.

***: Hold a directors meeting one day prior to the general managers meeting. Information personnel of various companies should also attend the meeting and organize meeting materials, for an exploration by the general managers meeting.

05001227

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M — 07 – 5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                    SDCRT – 0091588E_Translation

EXHIBIT 57

# 彩管行业总经理会议

## （2005. 12/18）

05001229

1

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091589

# 本次会议议题

## 1、2005年彩电彩管市场形势回顾

## 2、2006年彩电彩管市场形势展望及对策

2

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091590

# 2005年国内CRT彩电、彩管供需预测

单位：万只、万台



说明：

一日游：1400万（上半年：550万；下半年：850万），

经过上半年彩电厂清理库存行为导致彩管厂限产、停产，彩电厂彩电彩管库存将由年初的1790万减少到年末的1260万。而彩管厂的彩管库存将由年初的180万减少到120万。

3

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091591

# 2005年彩管经营状况回顾

2005年国内彩管厂家的产量原计划生产7300万，实际大约生产6300万，减少1000万。彩管厂减产的原因：

- 2004年末库存影响（彩电彩管库存1970万）；

- 2005年1季度在彩电厂急剧减少采购时，彩管厂仍持续满负荷生产，从而加速彩管库存上升。

- 4月份开始的长虹招标加剧了市场价格的下跌。

- 大量的库存导致价格快速下滑，为消化库存彩管厂被迫低于成本销售，并被动停产限产。

4

05001231

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091592

# 2005年彩电厂生产实绩及2006年预测

单位：万台

| 区分 | 2006 | Share | 2005 | Share | Growth | G/R | 平板/05 | 背投/05 | CRT/05 | 平板/06 | 背投/06 | CRT/06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 长虹 | 815 | 11% | 770 | 11% | 45 | 6% | 25 | 17 | 728 | 45 | 20 | 750 |
| TCL | 1,400 | 19% | 1,280 | 18% | 120 | 9% | 19 | 9 | 1252 | 90 | 10 | 1300 |
| 创维 | 900 | 12% | 880 | 13% | 20 | 2% | 49 | 8 | 823 | 70 | 8 | 822 |
| KONKA | 880 | 12% | 850 | 12% | 30 | 4% | 34 | 8 | 808 | 80 | 8 | 792 |
| 海信 | 780 | 11% | 752 | 11% | 28 | 4% | 44 | 6 | 702 | 80 | 6 | 694 |
| 海尔 | 700 | 10% | 550 | 8% | 150 | 27% | 22 | | 528 | 30 | | 670 |
| PANDA | 100 | 1% | 120 | 2% | -20 | -17% | 1 | | 119 | 5 | | 95 |
| 厦华 | 300 | 4% | 245 | 3% | 55 | 22% | 77 | | 168 | 150 | | 150 |
| *Sub-Total* | 5,875 | 80% | 5,447 | 78% | 428 | 8% | 271 | 48 | 5128 | 550 | 52 | 5273 |
| LG | 250 | 3% | 250 | 4% | 0 | 0% | 40 | 8 | 202 | 58 | 5 | 187 |
| Sanyo | 150 | 2% | 135 | 2% | 15 | 11% | 5 | | 130 | 31 | 2 | 117 |
| Philips | 0 | 0% | 57 | 1% | -57 | -100% | 10 | 6 | 41 | | | 0 |
| Samsung | 200 | 3% | 205 | 3% | -5 | -2% | 5 | 5 | 195 | 8 | 3 | 189 |
| Panasonic | 35 | 0% | 40 | 1% | -5 | -13% | 25 | 7 | 8 | 35 | 3 | -3 |
| Toshiba | 50 | 1% | 50 | 1% | 0 | 0% | 5 | 5 | 40 | 8 | | 42 |
| Funai | 60 | 1% | 100 | 1% | -40 | -40% | | | 100 | | | 60 |
| Sony | 30 | 0% | 30 | 0% | 0 | 0% | 4 | 6 | 20 | 8 | 8 | 14 |
| 三菱 | 30 | 0% | 38 | 1% | -8 | -21% | 0 | | 38 | 0 | | 30 |
| *Sub-Total* | 805 | 11% | 905 | 13% | -100 | -11% | 94 | 37 | 774 | 148 | 21 | 636 |
| 创佳 | 80 | 1% | 100 | 1% | -20 | -20% | | | 100 | | | 80 |
| 赛博 | 0 | 0% | 30 | 0% | -30 | -100% | | | 30 | | | 0 |
| 数源 | 100 | 1% | 83 | 1% | 17 | 20% | 2 | | 81 | 10 | | 90 |
| 上广电 | 120 | 2% | 65 | 1% | 55 | 85% | 3 | | 62 | 20 | | 100 |
| 康惠 | 30 | 0% | 40 | 1% | -10 | -25% | | | 40 | | | 30 |
| 嘉华 | 30 | 0% | 40 | 1% | -10 | -25% | | | 40 | | | 30 |
| *Sub- Total* | 360 | 5% | 358 | 5% | 2 | 1% | 5 | 0 | 353 | 30 | 0 | 330 |
| 其它 | 280 | 4% | 300 | 4% | -20 | -7% | 5 | 7 | 288 | 10 | 6 | 264 |
| TTL | 7,320 | 100% | 7,010 | 100% | 310 | 4% | 375 | 92 | 6543 | 738 | 79 | 6503 |

•05年含高端467万（92万背投，305万液晶，70万PDP）

•06年含高端817万（79万背投，588万液晶，150万PDP）

5

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091593

# 2005年/2006年各彩管厂新品开发推广

| 厂 家 | 品 种 | 生产时间 | 线 体 | 荫罩材料 | 备 注 |
|---|---|---|---|---|---|
| 汤姆逊 | 29"PF(超薄) | 06.01 | 佛山2# | INVAR | 一季度下旬可量产 |
| | 21"PF(超薄) | 06.02 | 东莞1# | AK | 产能20万只/月 |
| | 25"PF | OK | 东莞2# | INVAR | |
| | 32"WSRF | OK | 佛山2# | | |
| 赛格 | 29"PF | OK | 3# | INVAR | |
| | 21"PF | OK | 4# | AK | |
| 三星 | 32"WF(超薄) | 06.04 | 天津3# | | 05年11月份做ITC调试 |
| | 32"WSRF | Cancel | 天津3# | | |
| | 21"RF(超薄) | 05.12 | 深圳1# | AK | 05年12月开始量产 |
| | 29"PF(超薄) | 06.04 | 天津1# | INVAR | 06年2季度改造 |
| | 29"PF(超薄) | OK | 深圳4# | INVAR | |
| 曙光 | 21"PF | OK | 1# | AK | |
| | 29"PF | Cancel | | AK | |
| | 25"PF(100HZ) | 05.11 | 1# | INVAR | 05年推迟,原计划7月 |
| | 29"PF(超薄) | 05.12 | 3# | INVAR | 10月改造,12月份量产 |
| 华飞 | 25"PF | OK | 2# | AK | |
| | 21"FS/PF/SUS | 06.06 | NEW | AK/INVAR | 原停产的CDT线改造 |
| | 29"SUS | 06.06 | 1# | INVAR | |
| | 28"WTF | 06.06 | 5# | INVAR | 34"线兼容 |
| | 32"WF | OK | 5# | | |
| 永新 | 21"PF | OK | 1# | AK | |
| 彩虹 | 15"PF | 06.04 | H | AK | 原为阴钢,改造 |
| | 21"PF超薄 | 06.08 | G | AK | |
| | 大屏幕彩管 | 06.03 | K | | 32"PF, 34"PF, 36"PF |
| | 25"PF | 06.05 | D | AK | INVAR改为AK |
| 北松 | 25"PF | OK | 1# | AK | 产能120万只/年 |
| | 21"PF(超薄) | 05.12 | 4# | AK | 05年 |
| | 28"WSPF | 06.01 | 5# | | |
| | 32"WSRF | OK | 6# | | |

05061233

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091594

# 2005年实际/2006年彩管生产预测　　　单位：万只

| 规格型号 | | 14" | 15"PF | 21" | 21"PF | 21"sus | 25" | 25"PF | 29"FS | 29"SF | 28"WTF | 29"PF | 29"Sus | 30"PF | 32"PF | 32"Sus | 34"FS | 34"SF | 34" | 合计 | 环比增幅 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 彩虹 | 05年 | 470 | 70 | 360 | 150 | | 150 | 120 | | | | | | | | | | | 2 | 1322 | |
| | 06年 | 440 | 100 | 380 | 150 | | 160 | 120 | | | | 10 | | | 5 | | | | 15 | 1380 | 4.4% |
| 三星 | 05年 | | | 200 | 320 | 6 | 43 | 170 | | | | 270 | 8 | | | 0 | | | 39 | 1056 | |
| | 06年 | | | 140 | 200 | 200 | | 150 | | | | 180 | 140 | | | 32 | | | 20 | 1062 | 0.6% |
| 北松 | 05年 | 220 | | 170 | 160 | | | 20 | | 90 | | 100 | | | 5 | | | 42 | 17 | 824 | |
| | 06年 | 210 | | 100 | 250 | 30 | | 10 | | 70 | 35 | 100 | | | 20 | | | 30 | 10 | 865 | 5.0% |
| 汤姆逊 | 05年 | | | 116 | 140 | | 145 | 36 | 100 | | | 230 | | 2 | | | 11 | | 10 | 790 | |
| | 06年 | | | 110 | 130 | 50 | 100 | 100 | 120 | | | 120 | 50 | 10 | 10 | | | | | 800 | 1.3% |
| 永新 | 05年 | | | 170 | 2 | | 120 | | | 60 | | 115 | | | | | | 38 | | 505 | |
| | 06年 | | | 170 | 80 | | 85 | | | 60 | | 210 | | | | | | 40 | | 645 | 27.7% |
| 曙光 | 05年 | | | 210 | 115 | | 95 | 80 | | 8 | | 170 | 0.3 | | | | | | | 678 | |
| | 06年 | | | 150 | 190 | | 80 | 90 | | | | 130 | 60 | | | | | | | 708 | 4.4% |
| 赛格 | 05年 | | | 370 | 110 | | | | | | | 5 | | | | | 30 | 5 | | 520 | |
| | 06年 | | | 340 | 200 | | | | | | | 20 | | | | | 40 | 10 | | 610 | 17.3% |
| 华飞 | 05年 | | | 86 | 230 | 58 | 55 | 22 | | 9 | | 140 | | | 8 | | | | 42 | 650 | |
| | 06年 | | | 50 | 185 | 180 | 30 | 90 | | 8 | | 103 | 16 | | 30 | | | | 32 | 724 | 11.4% |
| 索尼 | 05年 | | | | | | | | | | | 10 | | | | | | | 5 | 15 | |
| | 06年 | | | | | | | | | | | 10 | | | | | | | 3 | 13 | -13.3% |
| 05年合计 | | 690 | 70 | 1682 | 1227 | 64 | 608 | 448 | 100 | 167 | 0 | 1040 | 8 | 2 | 13 | 0 | 41 | 85 | 115 | 6360 | |
| 06年合计 | | 650 | 100 | 1440 | 1385 | 460 | 455 | 560 | 120 | 138 | 43 | 883 | 266 | 10 | 65 | 32 | 40 | 80 | 80 | 6807 | 7.0% |
| 06年－05年 | | -40 | 30 | -242 | 158 | 396 | -153 | 112 | 20 | -29 | 43 | -157 | 258 | 8 | 52 | 32 | -1 | -5 | -35 | 447 | 7.0% |

050C1234

7

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

# 2006年国内CRT彩电、彩管供需预测



商业流通库存500万台
+

2006쾨브밖뺀쓱뢰롾

年初CPT库存
602

年初TV库存
658

CPT出口
2400

CPT生产
6807

CPT销售
6553

年初CPT库存
120

CPT库存
374

CPT进口
2350

TV厂
采购量
6503

彩电产量
6503

TV销售
6450

TV内销
3350

TV出口
2700

散件出口
400

CPT库存
602

TV库存
711

+
商业流通库存500万台

송묵宅윗얹멀밑溝

说明：

净进口CPT与05年持平

2006年初彩电、彩管库存1380万，到年末将达到1687万，增加307万；但预计彩电厂仍会保持理智的态度，以销定产，增加的大多数库存仍停留在彩管厂，因此2006年的彩管市场状况仍不容乐观，

8

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091596

# 对策：



精诚合作：信息共享、发挥行业协会的作用、协调突发事件、视小家为大家；

主动出击：2006年彩管行业实施寒暑假制。

　　a、2006年1月底彩管行业应配合整机厂春节放假的计划，主动调整自身的生产计划，同步放假

　　二周.

　　b、在每年年中的传统淡季的时候，实施统一的放暑假。（备注：维持彩管供求关系，抑制原材

　　料价格上涨。）

摆脱困境：理性看待市场、理性安排生产、理性控制库存、不做恶性价格竞争。

05001236

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091597



05001237

10

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091598

EXHIBIT 58

SDCRT-0091980

**SEG HITACHI**

# 彩管彩电市场情况分析及预测

（彩管行业总经理会议报告）

彩管行业协会秘书长·杨国钧

**2006年2月**

06000126

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

2

# 目录

❖ 彩电市场概况及分析

- 全球彩电市场概况
- 北美彩电市场
- 中国彩电市场发展态势

❖ 显示器件市场概况及分析

- 全球CRT市场概况
- 中国CRT市场概况
- 显示器件市场情况分析

❖ 对行业运作的建议

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000127

SDCRT-0091982

3

# 全球彩电市场概况

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation



❖ 消费市场、彩电市场的发展及动向，将决定上游彩管市场的变化方向；

❖ 了解及分析彩电市场的动态，对分析和研讨整个彩管彩电行业的变化和发展具有重要的意义。

4

SDCRT-0091983

06000129

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation



# 2004～2009全球彩电市场销售情况预测（金额）

单位：10亿美金

■CRT TV ■PJT TV ■PDP TV □LCD TV

❖ 根据对全球CTV的市场销售情况预测，预计06年LCD彩电的销售金额将首次超过CRT彩电。

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091984

5

06000130



全球CTV彩电市场变化趋势（按销售金额百分比%）

❖ 很明显，LCD销售金额比例逐年快速增长：到2009年，LCD彩电的销售金额将占CTV的57%，而CRT彩电的销售金额则从04年的58%下降到18%。

6

SDCRT-0091985

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000131

SDCRT-0091986



有关机构对2004～2009全球彩电销售数量的预测

□FPD TV   ■CRT TV

单位:百万台

- 2005年: 190 (FPD 159, CRT 31)
- 2006年: 200 (FPD 152, CRT 48)
- 2007年: 208 (FPD 140, CRT 68)
- 2008年: 216 (FPD 126, CRT 90)
- 2009年: 224 (FPD 117, CRT 107)

❖ 根据有关统计，虽然2005年全球平板电视（包括LCD、PDP、PRT）的市场销售金额占52%，但其销售量只占彩电总产量的16%（预计在2009年，这一比例将增加到48%）；

7

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000132



对**05年以后的全球LCD彩电产量的预测**

❖ **05年全球平板电视中，LCD的产量将超过1900万，与上年比较实现了100%的增长，而相关预测指出，07年平板电视的产量将比05年再翻一番，达到4800万。**

8

SDCRT-0091987

06000133

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation



全球CRT/LCD彩电销量的变化趋势

❖ 全球多条第六代LCD厂05年已完成建线，预计06年开始大批量生产后，21"以上LCD的产量比例将逐年增加。到2009年，LCD和CRT彩电的销量比例已比较接近

SDCRT-0091988

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000134

北美彩电市场

10

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091989

06000135

# 北美彩电市场销售情况

2005北美CTV销售结构



❖ **05年在北美销售的2930万台CTV中，CRT彩电占64%，LCD彩电占20%，PDP彩电占6%。专家预测，北美地区，2007年LCD彩电将成为销路最旺的机型，而PDP彩电的销量将在2009年超过传统的CRT彩电。**

11

SDCRT-0091990

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

060C0136

## 数字电视时代来临

❖ **2009年2月18日**，全美电视台将终止模拟电视信号的传送，换言之，还有**3年**，当前**40%**美国家庭的电视机将需要更新换代为数字电视。

❖ 全球电视数字化的步伐一直在不断的推进中，我国**2015年**也将停止发送模拟电视信号，可以说数字电视的发展，传统电视的更新换代已成为必然的趋势，这将促使传统电视的空间变小，而平板电视产业快速增长。

12

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091991

06000137



13

SDCRT-0091992

# 中国彩电市场发展态势

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000138

SDCRT-0091993

## 2004～2008年中国彩电销售金额预测



- ❖ 从销售金额上看，平板电视发展态势明显加快，预计**2008年LCD/PDP/PJT等平板电视的销售金额将从05年的32%增加到55%，首次超过传统的CRT彩电；**

- ❖ 与全球市场比较，中国市场**LCD、PDP等平板电视的增**长速度相对较低。

14

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000139

SDCRT-0091994

# 2005年国内品牌彩电价格走势

05年国产品牌彩电零售价变化趋势（元/台）



图例：21"FS　21"PF　25"FS　25"PF　29"SF　29"PF

坐标：2500　2000　1500　1000　500　0

1月　2月　3月　4月　5月　6月　7月　8月　9月　10月　11月　12月



❖ **05年CRT彩电主流品种降幅均在10%左右，29"PF彩电的降价幅度最大，同比下降11%，最低与最高相差16.3%，25"PF、29"SF彩电降幅最小，仅仅是1%～3%的微调，远远低于平彩管的降价幅度。**

❖ 平板电视技术水平不断成熟，市场普及加速，使其价格持续走低，05年平板电视平均价格降幅达35%，其性价比的优势逐步提高；

❖ 彩管厂亏本销售，为彩电厂在05年实现较好利润作出了贡献。

15

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000140

# 2004～2008年中国彩电市场销量及结构预测（数量）



❖ 预测06年后，传统CRT彩电的市场份额将以 **10～12%** 的速度逐年递减，新型平板彩电的份额则逐年递增。

16

SDCRT-0091995

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000141

SDCRT-0091996

# 国内LCD彩电市场预测

2005年国内CTV构成比例



2008年国内CTV构成比例预测





❖ 对于传统**CRT**彩电的两个品种：**普平**及**纯平**，很明显**CRT**彩电市场份额的下降，主要体现在普平市场份额的快速下降上（预计到**2008年NFCRT**彩电仅占**11%**），相比而言,纯平**CRT**彩电的市场份额相对稳定。

17

06000142

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

# 全球彩管市场概况

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091997

18



# 2005～2009全球CRT产量变化预测

单位:百万只

■2005年 □2009年

中国　韩国　亚洲其它　欧洲　北美　南美　印度　合计

- ❖ 05～09年期间，从全球CTV市场变化的影响，CRT市场呈逐年递减的态势，预计09年全球CRT产量，比05年下降40%。
- ❖ 降幅最大的是韩国71%，其次为欧洲70%，北美61%，亚洲其他32%，中国降幅30%，印度则增长33%（增量370万）。

19

SDCRT-0091998

06000144

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091999



近年CRT/CDT生产线减少或关闭情况

❖ 受传统彩电、彩管市场萎缩的影响，全球CRT及CDT生产线将持续减少或关闭：05年与04年比较，线体减少16%（25条）；06年将在05年的基础上再关闭3%（4条）的线体。

20

06000145

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

# 中国彩管市场概况

SDCRT-0092000

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000146

SDCRT-0092001



# 2005年国内各彩管厂产量比较

国内八家彩管厂05年与04年生产量对比(单位：万只)

- ❖ 与04年比较，国内八家彩管企业中韩系企业产量均出现增长，其中三星SDI的增幅最多，达**162万只**，增幅**17.6%**；华飞增幅**7%**，LG增幅**4%**；三家合计增产**232万**；

- ❖ 负增长的有上永(-28%).赛格(-16%).汤姆逊(-8%).北松(-6%).彩虹(-3%)；五家合计减产**419万**。

22

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000147

SDCRT-0092002



# 2005/2004年国内彩管产量比较

05年与04年国内彩管产量对比（单位：万只）

❖ 在全面限产停产的情况下，05年行业产量环比减少187万只，降幅2.9%；库存比环比减少42万，降幅23%；

❖ 从品种上分析，普平CPT降幅较大：21"普平减少539万，25"FS减少194万，29"FS+SF减少173万。纯平管保持了增长的态势，尤其是21"PF，增产498万只；

23

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000148

EXHIBIT 59



# 2005/2004年国内彩管出口量比较

05年与04年国内彩管出口量对比（单位：万只）

❖ 在国内需求不足的情况下，各厂积极开拓国外市场。**05**年比**04**年出口量增加**758万只**，增幅为**44.5%**；

❖ 出口的主力品种虽然仍集中在传统的中小屏幕上，管型有向纯平管发展的趋势。

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091925

06000071



## 05/04彩管产量与出口的增量及增幅比较

### 2005/2004年CRT产量及出口增量比较

产量增量　出口增量

三星　华飞　LG　彩虹　北松　汤姆逊　装箱　上永

162　91　43　104　27　130　62　309　-40　-28　-60　132　-97　-30　-194　40

400
300
200
100
0
-100
-200
-300

### 2005/2004年CRT产量及出口增幅比较

产量增幅　出口增幅

三星　华飞　LG　彩虹　北松　汤姆逊　装箱　上永

18% 32.9% 7% 73.8% 4% 75.1% 25.4% 108.0% -3% 116.8% -3% -8% -8.6% -16% -28% -23.1%

150%
100%
50%
0%
-50%

❖ 在国内需求不足的情况下，**05年彩管厂出口力度加大，全年彩管出口量合计增加758万只，环比增幅44.5%；**

❖ 虽行业的总出口量增加，但个别厂**05年的产量增加明显大于**出口增量。

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091926

SDCRT-0091927

# 2005年国内彩管价格走势

## 2005年国内彩管价格走势（单位：元/只）



图例：21"FS —— 21"PF —— 25"FS —— 25"PF —— 29"SF —— 29"PF

横轴：1月 2月 3月 4月 5月 6月 7月 8月 9月 10月 11月 12月

纵轴：0 200 400 600 800 1000

❖ 因供需矛盾剧恶化，自**05年初开始，彩管厂独自、被**动以及不间断的停产、限产，全年实际产量较**04年减少187万只**（较**05年原计划产量减少近1000万只**），但是这并没有抑止价格下滑的趋势，全品种售价大幅下降，主流品种降幅均在**20%以上**，如**21"FS同比下降19.7**%，最低价与最高价差比**32.4%**。

26

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

# 显示器件市场情况分析

27

SDCRT-0091928

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

060C0074

## CRT衰退的速度加快

❖ 从市场销售情况看，**05**年三季度已出现了**LCD**面板取代**CRT**的"替代效应"，即全球**LCD**彩电的市场占有率在第三季度达到**10%**，预计后续将持续增长，**2006**年**CRT**彩电的营销收入将再降**15%**；

❖ 由于全球显像管（**CRT**）市场萎缩，**CRT**的衰退速度出乎意料，包括**LG-Philips Display**等国际大集团在内的所有**CRT**厂利润大幅下降，均呈现困难及亏损的局面；预计今年欧洲市场**CRT**彩电的需求量将下滑**20%**；

❖ **LG 2006**年制定了"蓝海战略"：改变以往依靠提高运营效率来获取竞争优势的策略，重新计划在新兴市场乃至全球范围及的空白市场寻求利润增长空间。换言之，传统**CRT**彩电等低附加值的产品将逐渐被取代，这将加速**CRT**产业的衰退。

28

SDCRT-0091929

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000075

SDCRT-0091930

## CRT衰退的速度加快

❖ 行业利润的下降，使CRT的衰退速度更快。在05年第四季度的欧洲电视市场中，传统CRT彩电的市场份额虽仍占**73%**，但其市场价格比预计的低**50%**以上，显示由于预计CRT市场的疲软，彩电零售商除对了一些非常便宜的基本型CRT彩电外，对CRT彩电已不感兴趣，这又从另一方面加快了传统CRT彩电市场的萎缩速度；

❖ 尽管全球各成熟市场对CRT的需求量急剧下降，但全球尤其是新兴市场对此仍有较大需求。

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000076

SDCRT-0091931

# 近年来跨国大公司关闭的CRT工厂

| 公司 | 关闭的工厂 | 关闭时间 | 备注 |
|---|---|---|---|
| LG-Philips Display | 荷兰埃因霍温的 LG-Philips Display Netherlands B.V.工厂 | 06年1月27日申请破产保护 | 06年2月，宣布显示屏工厂破产 |
| | 德国亚琛工厂 | 申请破产保护 | |
| | 法国工厂 | 寻求清盘保护 | |
| SONY | 匹兹堡附件的一家CRT工厂 | 2006年2月 | 1条线 |
| | 关闭圣地亚哥CRT工厂 | 06年6月(2006.01.20宣布) | 2条线 |
| 松下-东芝 | 纽约CRT-CTV工厂 | 2004年 | |

❖ 中华映管控股的华映视讯，收购国内厦华电子**32.64%**的股份后，成为第一大股东，开创了国内面板厂收购**CTV**厂的先河，从一个侧面反映了传统**CRT**彩电市场衰退对行业带来的影响；

❖ **LG-Philips Displays** 公司行政长官**Louis Deterink 2月10**日宣布，因无力偿还债务及重组业务失败，宣布破产，除上列三工厂外，将涉及德国所有的**20**家工厂，共**1.7**万名员工。此外，位于美国、捷克、斯洛伐克及墨西哥的**CRT**工厂和办事处的破产程序也已启动。

30

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000077

SDCRT-0091932

# LCD等平板显示器件新线筹建、扩建及投产

❖ 韩国三星和LG两大LCD面板厂2006~2008的年增产计划中，拟大幅增加40~50寸大屏幕LCD面板的产量

| 公司 | 时间 | 投资 | 生产线 | 基板月产能 | 备注 |
|---|---|---|---|---|---|
| 三星 | 2006年1月 | 21亿美元 | 第七代(II) | 4.5万/月 | 合计月产量16.5万/月，按算相当于40"LCD换算相当于132万/月 |
|  | 06下半年 | 追加16亿美金 | 七代线扩建 | 合计9万/月 |  |
| 三星-SONY | 06下半年 | 20亿美元 | 第七代(I) | 7.5万/月 |  |
|  | 2007年 | 26亿美元 | 第八代 |  |  |
| LG-飞利浦 | 2007年首季 |  | 七代线扩建 | 9万/月 | 拟增八代线 |
|  | 2006年 | 2.8亿美元 | 等离子 | 韩国、墨西哥、波兰生产线增产 | 06年PDP目标产量400万台 |
| 上广电 | 2006年 | 40亿美金 | 第七代 |  |  |

注：以上统计未包括台湾地区

31

06000078

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

## LCD彩电市场发展迅速

❖ 05年LCD彩电市场总价值达到了**50亿美元**，较**04**年的**22亿美元**增长**122%**，整体出货量重高达**156%**。**2005年全球LCD**玻璃基板市场销售重量增加了约**60%**，可以说越来越多的**CRT**正在被**LCD**所替代。

❖ 中国商务部在**2月15日**发布了对**06年上半年600种**主要消费品供求状况调查的分析结果，数据显示，**600种**消费品主要消费品种，供求基本平衡商品仅占**28.3%**，其余**71.7%**的商品均供过于求，没有供不应求的商品。其中平板电视机和手机产品供过于求尤为严重，**40%**左右的意见认为其价格会继续下跌，预跌比例在各商品种保持最高。

32

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000079



预测全球PDP需求量快速增长

全球PDP需求量预测

单位：百万台

❖ 日立公司公布的PDP电视业务战略中，预期通过自主研发的ALIS面板技术的成本优势，PDP电视的成本将比05年上半期下降40%，计划到2008年其PDP将达到预量260万台，XGA规格以上的PDP市场份额占30%。

33

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091934

06000080

## 预测全球PDP需求量快速增长

❖ 综合而言，预计全球PDP的销售金额在06～07年期间有较大的增长，并且将在09达到与CRT彩电相当的水平。

❖ 由于看好后续的PDP市场，另一家跨国公司松下近期亦斥资15.7亿美元新建PDP工厂，到2008年，预计包括新工厂在内的4间工厂的PDP总产能将达到1100万台。松下05～06财政年度中，在PDP业务中获得了可观的利润，预计全年松下PDP销量将达210万台，利润5亿美元，相当于松下公司总营业利润的45%。

SDCRT-0091935

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000081

## 欧盟反倾销的背景和资料

❖ 2005年12月30日，欧盟委员会通知中国相关部门，将对原产地为中国的彩色显像管进行反倾销立案调查，使对原彩电行业再次雪上加霜。此前的1988年和1992年，欧盟委员会曾两次受理对中国彩电的反倾销调查案件，并在95年8月开始对中国彩电进行了长达40个月的反倾销调查，对中国彩电征收的税率从15.3%到28.8%，又到25.6%，最后达到44.6%，致使中国出口欧洲的彩电逐年减少，最后失去了欧洲市场。

❖ 目前中国对欧洲的年彩电出口额月2000万美元，此次在彩电、彩管行业全线亏损的背景下，欧盟的反倾销调查无疑给中国彩电业带来更大的打击。

SDCRT-0091936

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000082

36

对行业运作的几点建议

SDCRT-0091937

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000083

## 目前彩管行业形势

❖ **2004年**彩管行业的总产量达到了**9000万**只，盲目的扩产最终导致了彩管的大量库存和积压。近年来平板电视产业的冲击，也从另一方面抑制了彩电产业链下游对彩管的需求。内因外患的作用，最终导致了彩管供求市场严重失衡，彩管价格持续下滑。

❖ 与彩管价格下跌相反，彩管原材料价格的一路上涨。

❖ 传统**CRT**的衰退不可避免，并且有加速衰退的迹象，产业结构调整将不可避免。

SDCRT-0091938

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000084

# 目前彩管行业形势

❖ **2005年**，由于在价格和技术上障碍，**超薄CRT**的上量未见大的起色，彩管企业向平板转型已成为必然。但是，平板领域的天价投入和变幻莫测的前景，预示着彩管行业在这场艰难的转型中要走的路还很长。总之，对中国彩管行业来说，目前最大的威胁是行业盈利能力的下降和平板电视的冲击；

❖ **06年**国内平板电视销量要突破**500万**台，除非大幅度降价促销，否则无法达到销售目标。海信是**05年**国内平板电视销售较好的彩电厂，但前三季度的净利润率仅**0.80%**，这没有两方面的原因：较大的规模才能盈利；上下游资源分配不均，如果平板电视销售亏损，意味着彩电全行业将陷入亏损。

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091939

06000085

## 几点建议

❖ 加强行业内部自律，建立和强化内部协调机制，辅以必要的行业内部控制手段，走共同生存和发展的道路；

❖ 彩管厂要相互协调，避免"价格下跌曲线"与"成本下跌曲线"的交叉，避免同系列产品产量比例过高，避免产品竞相降价，使行业能健康地发展；

❖ 在彩管行业内构建相对均衡的利润分配结构（包括产品结构），有利于行业内稳定和谐发展，使每个成员都能享受到行业发展成果。

39

SDCRT-0091940

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000086



SDCRT-0091941

40

06000087

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

# EXHIBIT 60



City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**SDCRT-0091855_942-949**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Dan McCourt

Sworn to before me this
August 22, 2023

_____
Signature, Notary Public



_____
Stamp, Notary Public



**Industry meeting report**

'06.3.24-3.25

**[stamp:] 06000088**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No.M-07-5944SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**SDCRT-0091942E**

**Meeting contents**

- Review of the first quarter and outlook for the second quarter (color TV, color tube)

- Inventory and price relationship

- New product advancement (Slim)

- New product advancement (Wide)

- New product advancement (AK)

- Conclusion of the meeting

**[stamp:] 06000089**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No.M-07-5944SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**SDCRT-0091943E**

### 1. Review of the first quarter and outlook for the second quarter

- In January 2006, the supply and demand relationship was in a relatively balanced state, and after the Spring Festival, it began to enter a state of oversupply in February.
- If the CPT factory produces according to the current plan, the monthly supply will exceed the demand of 1 million units in the second quarter, resulting in a continuous increase in inventory.

**[CTV]** (unit: Ten thousand)

| | 05.12 | 06.1 | 06.2 | 06.3 | 06.4 | 06.5 | 06.6 |
|---|---|---|---|---|---|---|---|
| CHONGHONG | 70 | 70 | 53 | 40 | 33 | 33 | 33 |
| SKYWORTH | 102 | 60 | 28 | 32 | 45 | 41 | 38 |
| KONKA | 80 | 75 | 40 | 25 | 60 | 50 | 40 |
| TTE | 140 | 95 | 60 | 70 | 80 | 80 | 80 |
| HISENSE | 80 | 50 | 13 | 15 | 25 | 18 | 20 |
| HAIER | 64 | 45 | 15 | 13 | 35 | 34 | 34 |
| Above TOTAL | 536 | 395 | 209 | 195 | 278 | 256 | 245 |
| Color TV production extrapolated total | 724 | 527 | 299 | 357 | 400 | 380 | 370 |

**[CPT]**

| | 05.12 | 06.1 | 06.2 | 06.3 | 06.4 | 06.5 | 06.6 |
|---|---|---|---|---|---|---|---|
| THOMSON | 80 | 75 | 59 | 81 | 60 | 65 | 65 |
| LPD-HF | 67 | 60 | 61 | 63 | 60 | 59 | 60 |
| LPD-CG | 67 | 57 | 54 | 56 | 58 | 53 | 50 |
| NOVEL | 67 | 51 | 36 | 27 | 35 | 31 | 30 |
| IRICO | 112 | 99 | 79 | 89 | 103 | 100 | 80 |
| BMCC | 79 | 71 | 63 | 75 | 76 | 70 | 70 |
| SAMSUNG | 111 | 87 | 68 | 74 | 88 | 89 | 91 |
| SEG | 58 | 46 | 37 | 38 | 40 | 40 | 45 |
| Color CRT production extrapolated total | 641 | 544 | 456 | 503 | 520 | 507 | 491 |
| Monthly supply and demand difference | -53 | 17 | 138 | 106 | 90 | 107 | 101 |
| Cumulative supply and demand difference | 93 | 110 | 248 | 354 | 444 | 551 | 652 |
| CPT inventory last month | 146 | 120 | 157 | 200 | 300 | 350 | 370 |
| Color CRT import and export difference this month | 30 | 0 | -20 | -40 | -30 | -20 | -20 |



[stamp:] 06000090

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No.M-07-5944SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

## 2. Relationship between inventory and price

- CPT price is inversely proportional to CPT inventory, and an increase in CPT inventory will lead to a decrease in price.

- Color TV enterprises want to continue the momentum in 2005 to quickly reduce production and inventory, and use the inventory caused by the stable production of the CRT industry as the reason for their price reduction.

- In 2005, 21" FS has become the main model that all the color TV factories has suppressed the price significantly. It is expected that a similar phenomenon will appear in 29" F this year.



[stamp:] 06000091

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No.M-07-5944SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**3. New product advancement (Slim)**

| CPT MAKER | 21" | 29" | 32" | Local Customers |
|---|---|---|---|---|
| SDI | MP | MP | MP | |
| LPD (Nanjing) | MP | '06.4Q transformation | - | 6 top customers |
| LPD (Changsha) | Assessment in progress | MP | - | Changhong/Hisense |
| BMCC | March customer PP/ 2Q MP | - | - | SPL：6 top customers |
| Thomson | 2Q MP | Technical instability, improvement in progress | - | Changhong/TTE/Konka |
| IRICO | June 2006 SPL/ 4Q MP | - | - | - |

**[stamp:] 06000092**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No.M-07-5944SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091946E

**3. New product advancement (Wide)**

| CPT MAKER | 24" | 28" | 30" | 32" | Local Customers |
|---|---|---|---|---|---|
| LPD (Nanjing) | MP | May 2006 transformation | - | - | 6 top customers |
| BMCC | Assessment in progress | MP | - | MP | 6 top customers |
| Thomson | - | - | MP | - | Changhong/Skyworth |
| IRICO | | | | Technical instability, difficult MP | |

**[stamp:] 06000093**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No.M-07-5944SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091947E

**3. New product advancement (AK)**

| CPT MAKER | 15" | 25" | 29" | Local Customers |
|---|---|---|---|---|
| SDI | | | | |
| LPD (Nanjing) | | | MP | |
| LPD (Changsha) | | | | |
| BMCC | | | MP | |
| Thomson | | | | |
| IRICO | | | | |
| SEG | | | Under development | |

**[stamp:] 06000094**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No.M-07-5944SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**SDCRT-0091948E**

**4. Meeting conclusion**

- At the end of 2005, the supply and demand relationship was relatively balanced. After the Chinese New Year, the demand decreased significantly in February. Although various color tube manufacturers have taken measures such as production shutdown and production restriction, the inventory of the entire industry is climbing.

- In February 2005, the Chinese New Year market led to certain sales, while in February this year, the domestic color television sales were quite low, so the whole machine enterprises in China made significant adjustments to the production in February. Although the number of domestic TV inventories dropped significantly in February, this was a mandatory means under the conditions of a significant reduction in production by the whole-set plants. TV inventories are expected to be reduced to 10 million units in March. (including 5 million circulation inventory)

- When the color television plants actively reduce the inventory, [if] the color tube plants still produce according to the current plans or cut production insufficiently, it could only provide the color television plants with a favorable environment for pressing prices.

- It is believed that ultra-thin and wide flat are future development trends, and all manufacturers strive to develop new products of ultra-thin and wide flat.

-  Actively develop cost-saving products (AK) under the situation of relatively difficult business environment, falling prices and reduced profits.

**[stamp:] 06000095**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No.M-07-5944SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

# 行业会议报告

## '06. 3. 24-3. 25

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091942

# 会议内容

- 一季度回顾及二季度展望（彩电，彩管）

- 库存与价格关系

- 新品推进（Slim）

- 新品推进（Wide）

- 新品推进（AK）

- 会议结论

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091943

# 1. 一季度回顾及二季度展望

▪ '06年1月供求关系处于相对平衡的状态，春节过后从2月份开始进入供过于求状态。

▪ 如CPT厂按照目前计划生产，在2季度每月供应将超过需求的100万台，导致库存的持续增加。

（单位：万）

**[CTV]**

| | 05.12 | 06.1 | 06.2 | 06.3 | 06.4 | 06.5 | 06.6 |
|---|---|---|---|---|---|---|---|
| CHONGHONG | 70 | 70 | 53 | 40 | 33 | 33 | 33 |
| SKYWORTH | 102 | 60 | 28 | 32 | 45 | 41 | 38 |
| KONKA | 80 | 75 | 40 | 25 | 60 | 50 | 40 |
| TTE | 140 | 95 | 60 | 70 | 80 | 80 | 80 |
| HISENSE | 80 | 50 | 13 | 15 | 25 | 18 | 20 |
| HAIER | 64 | 45 | 15 | 13 | 35 | 34 | 34 |
| 以上 TOTAL | 536 | 395 | 209 | 195 | 278 | 256 | 245 |
| 彩电生产推总 | 724 | 527 | 299 | 357 | 400 | 380 | 370 |

**[CPT]**

| | 05.12 | 06.1 | 06.2 | 06.3 | 06.4 | 06.5 | 06.6 |
|---|---|---|---|---|---|---|---|
| THOMSON | 80 | 75 | 59 | 81 | 60 | 65 | 65 |
| LPD-HF | 67 | 60 | 61 | 63 | 60 | 59 | 60 |
| LPD-CG | 67 | 57 | 54 | 56 | 58 | 53 | 50 |
| NOVEL | 67 | 51 | 36 | 27 | 35 | 31 | 30 |
| IRICO | 112 | 99 | 79 | 89 | 103 | 100 | 80 |
| BMCC | 79 | 71 | 63 | 75 | 76 | 70 | 70 |
| SAMSUNG | 111 | 87 | 68 | 74 | 88 | 89 | 91 |
| SEG | 58 | 46 | 37 | 38 | 40 | 40 | 45 |
| 彩管生产推总 | 641 | 544 | 456 | 503 | 520 | 507 | 491 |
| 每月供求差 | -53 | 17 | 138 | 106 | 90 | 107 | 101 |
| 累计供求差 | 93 | 110 | 248 | 354 | 444 | 551 | 652 |
| 上月彩管库存 | 146 | 120 | 157 | 200 | 300 | 350 | 370 |
| 本月彩管进出口差 | 30 | 0 | -20 | -40 | -30 | -20 | -20 |



Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

# 2. 库存与价格关系

- CPT价格与CPT库存成反比，CPT库存的增加将导致价格的下降。
- 彩电企业想延续2005年的势头迅速减少生产，减少库存，将CRT产业平稳生产造成的库存，成为其压价的理由。
- '05年21"FS成为各彩电厂大幅打压价格的主要机种，预计今年29"F会出现类似现象。



Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091945

# 3. 新品推进（Slim)

| CPT MAKER | 21" | 29" | 32" | Local Customers |
|---|---|---|---|---|
| SDI | MP | MP | MP | |
| LPD（南京） | MP | '06.4Q改造 | – | 6大客户 |
| LPD（长沙） | 评估中 | MP | – | 长虹/ Hisense |
| BMCC | 3月客户PP/ 2Q MP | – | – | SPL: 6大客户 |
| Thomson | 2Q MP | 技术不稳定，改进中 | – | 长虹/ TTE/ Konka |
| 彩虹 | '06.6月SPL/ 4Q MP | – | – | – |

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

# 3. 新品推进 (Wide)

| CPT MAKER | 24" | 28" | 30" | 32" | Local Customers |
|---|---|---|---|---|---|
| LPD(南京) | MP | '06.5月改造 | – | – | 6大客户 |
| BMCC | 评估中 | MP | – | MP | 6大客户 |
| Thomson | – | – | MP | – | 长虹/Skyworth |
| 彩虹 | | | | 技术不稳定，MP困难 | |

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000093

SDCRT-0091947

# 3. 新品推进 (AK)

| CPT MAKER | 15" | 25" | 29" | Local Customers |
|---|---|---|---|---|
| SDI | | | | |
| LPD(南京) | | | MP | |
| LPD(长沙) | | | | |
| BMCC | | | MP | |
| Thomson | | | | |
| 彩虹 | | | | |
| SEG | | | 正在开发中 | |

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091948

# 4. 会议结论

- '05年末供求关系处于相对平衡的状态，春节过后2月份需求明显减少，虽然各彩管厂已采取停产限产等措施，但整个行业库存却在攀升中。

- '05年2月份有春节市场带动了一定的销售，而今年2月份国内彩电销售相当的低弥，因此国内的整机企业对2月份的生产均做出了大幅调整。 2月份国内TV库存数量虽有大幅下降，但这是在整机厂大幅削减生产的条件下进行地强制手段，预计3月份的TV库存有望降低到1000万台。（含流通库存500万）

- 在彩电厂积极降低库存的时候，彩管厂仍按照目前计划生产或减产力度不够，只能给彩电厂提供压价的有利环境。

- 认为超薄和宽平为以后的发展趋势，各厂家努力开发超薄和宽平的新品。

- 经营环境比较困难,价格下降,利润减少的情况之下积极开发成本节俭产品 （AK）。

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000095

# EXHIBIT 61



City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**SDCRT-0091855_950-956**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Dan McCourt

Sworn to before me this
August 22, 2023

_____
Signature, Notary Public



_____
Stamp, Notary Public

**Market analysis report of the general manager meeting of the color tube industry**

**June 23, 2006**
**Shenzhen Seaview**

**[stamp:] 06000096**
Highly Confidential
Subject to Protective Order
U.S.D.C.(N.D. Cal.) No.M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091950E

**Content**

1. Changes in Global Color Tube Supply

2. Q1~Q3 China color tube/color TV supply and demand relationship

3. Conclusion

4. General manager meeting topics

   * Discuss how the color tube industry can strengthen cooperation, eliminate disharmonious factors, and take the road of common development. General managers, company leaders in charge of sales and marketing directors, please prepare to make a speech

   * How to seek the harmonious development between CRT color TV, flat panel TV and the industry

**[stamp:] 06000097**
Highly Confidential
Subject to Protective Order
U.S.D.C.(N.D. Cal.) No.M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**SDCRT-0091951E**



**1. Changes in the number of global CRT manufacturers and the share of Chinese production capacity**



The closure of CRT manufacturers in major regions of the world does not mean that the demand for CRT TVs has shrunk rapidly. China's cost advantage and supporting advantages have made China the manufacturing center of the global CRT industry, and its status is becoming increasingly important. This can be seen from the obvious increase in exports from China and the Asia-Pacific region in the first half of the year.

[stamp:] 06000098
Highly Confidential
Subject to Protective Order
U.S.D.C.(N.D. Cal.) No.M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091952E

**2006 Q1~Q3 domestic color TV and color tube supply and demand diagram**



[stamp:] 06000099
Highly Confidential
Subject to Protective Order
U.S.D.C.(N.D. Cal.) No.M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091953E

**Supply and demand relationship of color television and color tubes from Q1 to Q3**

| Month | 06.01 | 06.02 | 06.03 | 06.04 | 06.05 | 06.06 | 06.07 | 06.08 | 06.09 | H1 Actual | Q1-Q3 | Y06 plan | Remaining volume |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHONGHONG | 70 | 53 | 50 | 40 | 35 | 56 | 65 | 70 | 70 | 304 | 205 | 750 | 446 |
| SKYWORTH | 60 | 28 | 32 | 51 | 44 | 60 | 60 | 65 | 75 | 275 | 200 | 832 | 557 |
| KONKA | 75 | 40 | 35 | 60 | 50 | 65 | 70 | 75 | 80 | 325 | 225 | 790 | 465 |
| TTE | 95 | 60 | 107 | 111 | 90 | 100 | 110 | 130 | 140 | 563 | 380 | 1400 | 837 |
| HISENSE | 55 | 13 | 20 | 40 | 35 | 40 | 45 | 50 | 65 | 203 | 160 | 694 | 491 |
| HAIER | 45 | 15 | 20 | 30 | 25 | 30 | 45 | 50 | 60 | 165 | 155 | 670 | 505 |
| Above TOTAL | 400 | 209 | 264 | 332 | 279 | 351 | 395 | 440 | 490 | 1835 | 1325 | 5136 | 3301 |
| Color TV production extrapolated total | 533 | 299 | 394 | 511 | 416 | 524 | 590 | 657 | 731 | 2677 | 1978 | 6500 | 3823 |
| Among them, the net imported color CRT quantity | 80 | 70 | 76 | 88 | 70 | 70 | 80 | 90 | 110 | 454 | 734 | 900 | 447 |
| Available domestic color CRT quantity | 453 | 229 | 318 | 423 | 346 | 454 | 510 | 567 | 621 | 2224 | 1698 | 5600 | 3376 |

Color CRT production forecast

| | 06.01 | 06.02 | 06.03 | 06.04 | 06.05 | 06.06 | 06.07 | 06.08 | 06.09 | H1 Actual | Q1-Q3 | Y06 plan | Remaining volume |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| THOMSON | 75 | 59 | 69 | 80 | 69 | 75 | 73 | 80 | 80 | 427 | 660 | 850 | 423 |
| LPD-HF | 60 | 61 | 64 | 66 | 56 | 71 | 72 | 72.5 | 71 | 378 | 593.5 | 780 | 402 |
| LPD-CG | 57 | 54 | 60 | 58 | 59 | 62 | 60 | 60 | 62 | 350 | 532 | 688 | 338 |
| NOVEL | 51 | 36 | 30 | 31 | 32 | 44 | 40 | 45 | 45 | 225 | 354.6 | 550 | 325 |
| IRICO | 99 | 79 | 109 | 117 | 111 | 110 | 115 | 115 | 115 | 625 | 970 | 1380 | 755 |
| BMCC | 71 | 63 | 75 | 74 | 72 | 83 | 88 | 88 | 85 | 438 | 699 | 870 | 432 |
| SAMSUNG | 78 | 62 | 68 | 79 | 92 | 100 | 94 | 96 | 110 | 479 | 779 | 1062 | 583 |
| SEG | 46 | 37 | 48 | 50 | 46 | 52 | 55 | 55 | 60 | 279 | 449 | 600 | 321 |
| Color CRT production extrapolated total | 587 | 451 | 523 | 555 | 537.4 | 597.2 | 597 | 611.5 | 628 | 3201 | 3261 | 6780 | 3579.4 |
| Net export | 64 | 78 | 95 | 87 | 85 | 80 | 90 | 130 | 150 | 564 | 934 | 1200 | 636 |
| Color CRT import and export difference this month | 16 | -8 | -19 | 1 | -15 | -10 | -10 | -40 | -40 | -111 | -201 | -300 | |
| Domestic supply quantity of color CRT | 473 | 373 | 428 | 468 | 452 | 517 | 507 | 482 | 478 | 2637 | 2327 | 5580 | 2943.4 |
| Monthly supply and demand difference | 20 | 144 | 110 | 45 | 106 | 63 | -3 | -85 | -143 | | | | |
| CRT inventory quantity | 159 | 303 | 413 | 458 | 564 | 627 | 625 | 539 | 396 | | | | |
| Industry exchange data inventory | 154 | 196 | 244 | 263 | 238 | 230 | 250 | 250 | 250 | | | | |
| Gray inventory | 5 | 107 | 169 | 195 | 326 | 397 | 375 | 289 | 146 | | | | |

Note: At the end of December 2005, the color tube inventory of the color tube factories = 1.39 million;

With the increase in inventory, the actual inventory of color tubes will be greater than the industry exchange data.

It is estimated that by the end of June, 2 million pieces of inventory will be deposited in the middle layer of color TV and color tube factories.

74    76    117

The inventory of color CRT in color television factories is expected to be a certain volume

[stamp:] 060000100
Highly Confidential
Subject to Protective Order
U.S.D.C.(N.D. Cal.) No.M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091954E

**Conclusion**

- **The off-season is not off - the reason:**
  1. **Color TV manufacturers are worried about the shortage of tube supply in peak season.**
  2. **Avoid purchasing at high prices of the tube sources during the peak season as best as they could.**
  Therefore, in June and July, discuss strategic procurement with color tube manufacturers.   **CRT inventory increased in color TV factories.**
- **According to the production plans of color TV and color tube factories we currently understand, it is expected that color TV factories will begin to use strategic inventory in the middle and late third quarter.**
- **Recommendation:  Starting from July, the prices of all products will be raised appropriately.**
  1. **During the peak season, color tube factories appropriately limit production to promote continued price increases.**
  2. **Maintain the price during the peak season to reach operation at full capacity.**

**[stamp:] 060000101**
Highly Confidential
Subject to Protective Order
U.S.D.C.(N.D. Cal.) No.M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                                    **SDCRT-0091955E**

**Today's topic**

- **Discuss how the color tube industry can strengthen cooperation, eliminate disharmonious factors, and take the road of common development.**

   **General managers, company leaders in charge of sales and marketing directors, please prepare to make a speech**

- **How to seek the harmonious development between CRT color TV, flat panel TV and the industry**

**[stamp:] 060000102**
Highly Confidential
Subject to Protective Order
U.S.D.C.(N.D. Cal.) No.M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**SDCRT-0091956E**

# 彩管行业总经理会议
# 市场分析报告

## 二〇〇六年六月二十三日
## 深圳 海景

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091950

# 内容

1. 全球彩管供应变化

2. Q1～Q3中国彩管/彩电供求关系

3. 结论

4. 总经理会议议题

    * 研讨彩管行业如何加强合作，消除不和谐因素，走共同发展道路。请各位总经理、主管销售的公司领导及营销部长做好发言准备

    * 如何谋求CRT彩电、平板电视与行业间的和谐发展

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091951

# 1、全球CRT厂家数量变化及中国产能占有率



全球各大地区CRT厂家的关闭并不意味着CRT TV需求的快速萎缩，中国的成本优势和配套优势使得中国成为全球CRT产业的制造中心，地位日趋重要，这一点可以从上半年中国及亚太地区的出口明显增加看出来。

0600000098

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091952



## 2006年Q1～Q3国内彩电彩管供求关系图

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

# Q1～Q3彩电彩管供求关系

| 月份 | 06.01 | 06.02 | 06.03 | 06.04 | 06.05 | 06.06 | 06.07 | 06.08 | 06.09 | H1实际 | Q1-Q3计划 | Y06计划 | 剩余量 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHONGHONG | 70 | 53 | 50 | 40 | 35 | 56 | 65 | 70 | 70 | 304 | 205 | 750 | 446 |
| SKYWORTH | 60 | 28 | 32 | 51 | 44 | 60 | 60 | 65 | 75 | 275 | 200 | 832 | 557 |
| KONKA | 75 | 40 | 35 | 60 | 50 | 65 | 70 | 65 | 75 | 325 | 225 | 790 | 465 |
| TTE | 95 | 60 | 107 | 111 | 90 | 100 | 110 | 130 | 140 | 563 | 380 | 1400 | 837 |
| HISENSE | 55 | 13 | 20 | 40 | 35 | 40 | 45 | 50 | 65 | 203 | 160 | 694 | 491 |
| HAIER | 45 | 15 | 20 | 30 | 25 | 30 | 45 | 50 | 60 | 165 | 155 | 670 | 505 |
| 以上TOTAL | 400 | 209 | 264 | 332 | 279 | 351 | 395 | 440 | 490 | 1835 | 1325 | 5136 | 3301 |
| 彩电生产推总 | 533 | 299 | 394 | 511 | 416 | 524 | 590 | 657 | 731 | 2677 | 1978 | 6500 | 3823 |
| 其中净进口彩管量 | 80 | 70 | 76 | 88 | 70 | 70 | 80 | 90 | 110 | 454 | 734 | 900 | 447 |
| 可使用国产彩管量 | 453 | 229 | 318 | 423 | 346 | 454 | 510 | 567 | 621 | 2224 | 1698 | 5600 | 3376 |
| 彩管生产预测 | | | | | | | | | | | | | |
| THOMSON | 75 | 59 | 69 | 80 | 69 | 75 | 73 | 80 | 80 | 427 | 660 | 850 | 423 |
| LPD-HF | 60 | 61 | 64 | 66 | 56 | 71 | 72 | 72.5 | 71 | 378 | 593.5 | 780 | 402 |
| LPD-CG | 57 | 54 | 60 | 58 | 59 | 62 | 60 | 60 | 62 | 350 | 532 | 688 | 338 |
| NOVEL | 51 | 36 | 30 | 31 | 32 | 44 | 40 | 45 | 45 | 225 | 354.6 | 550 | 338 |
| IRICO | 99 | 79 | 109 | 117 | 111 | 110 | 115 | 115 | 115 | 625 | 970 | 1380 | 755 |
| BMCC | 71 | 63 | 75 | 74 | 72 | 83 | 88 | 88 | 85 | 438 | 699 | 870 | 432 |
| SAMSUNG | 78 | 62 | 68 | 79 | 92 | 100 | 94 | 96 | 110 | 479 | 779 | 1062 | 583 |
| SEG | 46 | 37 | 48 | 50 | 46 | 52 | 55 | 55 | 60 | 279 | 449 | 600 | 321 |
| 净出口 | 64 | 78 | | 95 | 87 | | | | | | | | |
| 本月彩管进出口差 | 16 | -8 | -19 | 1 | -15 | -10 | -10 | 90 | 130 | 150 | 564 | 934 | 1200 |
| 彩管国内供应量 | 473 | 373 | 428 | 468 | 452 | 517 | 507 | 482 | 478 | 2637 | 2327 | 5580 | |
| 每月供求差 | 20 | 144 | 110 | 45 | 106 | 63 | -3 | -85 | -143 | | | | |
| CRT库存量 | 159 | 303 | 413 | 458 | 564 | 627 | 625 | 539 | 396 | | | | |
| 行业交换资料库存 | 154 | 196 | 244 | 263 | 238 | 230 | 250 | 250 | 250 | | | | |
| 灰色库存 | 5 | 107 | 169 | 195 | 326 | 397 | 375 | 289 | 146 | | | | |

备注: 2005年12月底彩管厂彩管库存=139万；

随着库存的增加，彩管的实际库存将大于行业交换数据，

预计到6月底将有200万只库存沉积在彩电彩管厂的中间层。

74　76　117

彩电厂彩管的库存预计为一定量

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

06000100

# 结论

- 淡季不淡——形成原因：

  **1、彩电厂家担心旺季管源紧张。**

  **2、尽量避免在旺季管源高价位采购。故在6、7月间与彩管厂家商讨战略采购。CRT库存在彩电厂增加。**

- 根据目前了解到的彩电彩管厂的生产计划，预计在三季度中下旬彩电厂开始启用战略库存。

- 建议：**7月开始适当上调所有产品价格。**

  **1、在旺季时候，彩管厂适当限产，以促进价格继续上涨。**

  **2、旺季时维持价格，达到满负荷运转。**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091955

# 今日议题

- 研讨彩管行业如何加强合作，消除不和谐因素，走共同发展道路。

  请各位总经理、主管销售的公司领导及营销部长做好发言准备

- 如何谋求**CRT**彩电、平板电视与行业间的和谐发展

06000102

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

EXHIBIT 62

**[TRANSLATION]**

Report on Information Meeting of Mainland China Color Tube Industry Association

Meeting dates: 2006/07/20 ~ 2006/07/21

Meeting attendees: Representatives from 7 major color tube makers, representatives from 4 glass bulb makers, representatives from 2 *MASK* makers, representatives from 2 color TV makers, representatives from 1 research institute

CPT member: Director Mu-Lin (Jimmy) Chen, Chaw-Ping (Veronica) Yong

Meeting content: 7/20 – Color tube industry meeting
              7/21 – Industry chain meeting

<u>Introduction</u>

I.      From 2005 up to now, with many major European color tube plants stopping production and shutting down businesses in succession, the global color tube production capacity have further gathered up in Mainland China/Southeast Asia/India etc.   As far as production capacity is concerned, <u>the annual worldwide color tube production capacity could reach 200*M/YR*</u> [Underlined by hand], including over 40% production capacity in Mainland China.   As far as demand is concerned, the annual demand for color tubes in Mainland China (including domestic/export sales) <u>could reach 60*M/YR*</u> [Underlined by hand], which makes up more than 1/3 of the worldwide color tube demand.   Hence, it's clear that the Mainland color tube industry is positioned to play decisive role.

II.     Sales understands the importance of the Mainland China color tube market. After a period time of interaction, it was learned that the Mainland China color tube industry also has industry meetings similar to *GSM* meetings in Southeast Asia.   After contacts and negotiations, we were allowed to attend the meeting.   The main purpose of attending the meetings is to collect market information, especially to gain an overall understanding with regard to the change of the production line/utilization situation, and the general production, sales and inventory situation.

III.    In addition to the color tube makers, makers from upstream and downstream were also invited to attend the meeting.   It was the first time *CPT* attended. In addition to becoming familiar with the meeting procedures, we have exchanged contact methods with representatives of each party, the most important step for *CPT* to enter into the Mainland color tube industry chain.

IV.     This meeting report will divide and describe the meeting contents in three major sections:

       (1) The development of the eight major color tube makers

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL            CHU00725770.01E

(2) *SLIM* market development trend

(3) Other related market information

<u>The development of the eight major color tube makers</u>

I.     With regard to the eight major color tube makers, except for *SDI*, who was absent from this meeting, the other makers (*BMCC/IRICO/THOMSON/LPD/NOVEL/SEG-H*) all sent people who are in charge of market information to attend this meeting.

II.    In the first half of the year, due to worldwide small and medium sized *CRT* products makers' production stoppages, the general utilization situation of Mainland China's small and medium sized products makers was good.   The demand for the large sized ones is still not clear.   Also in Mainland China (even globally) they were continuously eroded by *LCD*, and the utilization situation was not quite as good.   The utilization situation of Mainland China's eight makers in the first half of this year is as follows:

| CRT-MAKER | Utilization rate in the first half of this year | REMARK |
|---|---|---|
| IRICO | 80~85% | #9 started mass production in the latter part of the first half of this year. Therefore it was not included in the calculation. |
| BMCC | 87% | |
| SDI (T+S) | 72% | 1.  Affected by T plants' major large sized products, the utilization situation was poor. 2.  S plants 21" line FEB/MAR chose to stop production temporarily due to overly high inventory, which had some effect on the overall utilization in the first half of the year. |
| Huafei | 78% (including CDT) | # 6 CDT line JUN converted to entirely produce CPT |
| THOMSON (Dongguan + Fushan) | 88% | The utilization rate of medium sized products at Dongguan plant was good.   Fushan plant # 2 utilization was poor, however, because of small production capacity, its overall effect was small. |
| NOVEL | 52% | #3/#4 stopped production |
| Changsha LPD | 90% | |
| SEG-H | 75% | |

III.   Each maker was deeply concerned with regard to the current hot market demand situation, without excluding *TV-MAKER* stocking up inventories.   Some believed that by *Q*4 the demand would drop all-round.   Some even

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

believed that the color tube inventories would rise to the *MAY/JUN* level of last year, and that the price would then collapse completely.   As a matter of fact, based on the estimation of Mainland color tube industry, by *JUNE/E* the color tube inventories had already reached 6*M*, including 4*M* color tube inventories of color TV plants + 2*M* color tube inventories of color tube plants. If the production capacity of the color tube plants is calculated as 6~6.5*M/MO* per month, it is still considered reasonable for color tube plants to have 1/3 (the equivalent of about 10 days) of inventories per month. With respect to the color TV plants,

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

the TV set inventories were 8*M* by *JUNE/E*.   If calculating the production capacity at *4M/MO* per month, the inventory level has been equivalent to two-months of production volume.   The color tube inventory accumulated by the color TV plants was at the one-month output level.

IV.    In spite of reservations about color TV makers' stocking up inventories, each *CRT* maker still held an optimistic attitude towards the shipment prospects for color tubes in the second half of the year.   They believed that this year's inventory level was still healthier than that of last year.   In addition, influenced by favorable factors such as the current boom season in the Indian market and the production stoppage by local makers, shipments to Indian market are expected to increase.   In the meantime, the meeting attendees all indicated that the South American market would be an important area for future color TV/color tube development because of its continuous strong market demand.

V.    *JAN~MAY* of this year, Mainland China's color tube export exceeded 8*M*, an increase of 23% compared to the same period of last year.   As for imports, the color tube import volume in *JAN~MAY* was 7.3*M*, a decrease from the same period last year.   On the other hand, the Hong Kong one-day-tour number also increased by 42% above the same period of last year.   *JAN~MAY* of this year the Hong Kong one-day-tour number exceeded 3*M*.   This year Mainland China's color tube production capacity has already reached 82*M*. The active steps that the local color tube makers should take are to seek sales in overseas markets and to increase domestic shares in various ways to absorb production capacity.

VI.    The production capacity situation of small and medium sized products in Mainland China: (calculated based on maximum production capacity)

| CRT-MAKER | 14"/15" RF | 21"FS/21"RF |
|---|---|---|
| Huafei | 0 | 4.3 |
| Changsha LPD | 0 | 2.6 |
| SDI (T+S) | 0 | 7.2 |
| BMCC | 2.6 | 3.5 |
| THOMSON (Dongguan+Fushan) | 0 | 4.2 |
| NOVEL | 0 | 2.4 |
| SEG-H | 0 | 6.1 |
| IRICO | 4.4 | 8 |
| TOTAL CAPACITY | 7 | 38.3 |

1.  The small sized – *BMCC* 15"*AK* just started mass production; production volume is still small.

2.  Medium-sized makers indicated that the demand for medium-sized products looked promising, believed that they were the most important sizes for *CRT* products.   Each maker has completed line changes, and is expected to have

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

higher utilization flexibility in medium-sized products.

_SLIM_ market development tendency

I.      The other focus of the meeting was to discuss the possibility of future development for _SLIM TUBE/TV_.   Regarding the _SLIM_ market in which _LPD/SDI_ have played leading roles, _LPD/SDI_ Korean/Mainland China plants entered into mass production one after the other in 2006.   In the Mainland China region, Huafei currently produces a monthly output of 140_K/MO_ 21"_SLIM_.   In addition to selling them in the Mainland China market, they are mostly exported to _LG_'s whole set assembly plants in Europe and America. Changsha _LPD_ mainly aims toward 29"_SLIM_ and was heard to be mainly focused on domestic customers.   At present, it has two customers, and has not reached the mass production stage of large quantities.   The _SLIM_ leading-in/general production situation of the eight major color tube makers is as follows:

| CRT-MAKER | 21"SLIM   [Circled by hand] | 29"SLIM | 32"SLIM |
|---|---|---|---|
| IRICO | Started to send samples recently; put into mixed production with the existing 21" line | No plan at this time | No plan at this time |
| BMCC | The samples are already out. At present there are still technology/quality issues to be solved. | No plan at this time | No plan at this time |
| SDI (T+S) | Already into mass production; plan to produce 2M this year | Already into mass production | Already into mass production |
| Huafei | Already into mass production, 140K/YR.   Mostly Mainland China customer; also exports to LG whole set plants in Europe and America | No plan at this time | No plan at this time |
| THOMSON (Dongguan + Fushan) | No plan at this time | Under planning | No plan at this time |

English words found in the original text are _italicized_.
Translator's remarks are indicated in brackets [ ].

| NOVEL | No plan at this time | No plan at this time | No plan at this time |
|---|---|---|---|
| Changsha LPD | No plan at this time | Sample delivery completed.   At present has two Mainland customers; still hasn't entered into mass production period. | No plan at this time |
| SEG-H | Under planning | No plan at this time | No plan at this time |

1. Additionally, the new generation *SLIM* technology, or as it is commonly called, *ULTRA SLIM*, *SDI/LPD* is going to start production.   Based on information, *SDI* Mainland China plant plans to have an output of 300*K/YR* this year. Huafei's sample is *OK*, but still requires change in production lines.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

    2.   The meeting attendees hold an optimistic opinion towards 21"*SLIM*'s development trend.   *LPD* thinks that the concept of *SLIM* is to extend the life of *CRT*.   21"*SLIM* has this kind of characteristic, and looks promising in both its tendency and appearance.

    3.   The high degree of acceptance for 21"*SLIM* at the Mainland China's domestic market is one of the reasons to drive each maker to put 21"*SLIM* into production.   Also because the development of 29"/32"*SLIM* has been hindered by *LCD*'s obvious pressure.

II.     Demand Analysis: *LPD* indicated that this year's global demand for *SLIM-TV* would exceed 14*M*, including 7*M* of 21"*SLIM*; <u>the remainder would be 29"/32"*SLIM*</u> [Underlined by hand] [Handwritten notes on top of the underlined sentence: "At present, only *SDI* is into mass production.   It is impossible to have a demand of 7*M* in the second half of the year!"]; the demand would mainly come from Japan/Korea/Mainland China etc.   Sales inquired *LPD* about the degree of acceptance for *SLIM* in the European and American regions.   *LPD* indicated that at present the shipments mainly went to *LG* plants in Europe and America.   The market reaction was not bad.   In the meantime, it indicated that at one point 32"*SLIM* sales in the Korean area had been almost the same as 32"*LCD*, and there were even chances of surpassing 32"*LCD*.   In addition, with regard to the hot reaction to *SLIM* in the Russian market, currently *LPD* delivers its shipments from the Korean plants, and the shipment volume is not bad.   As for the Mainland China region, at present the color TV makers only focus on the domestic market, and hold a wait-and-see attitude towards the export market.

III.    With regard to the degree of market acceptance toward *SLIM*, as the market leader, both *LPD/SDI* indicated that the reaction has been good.   However, it is feared that a good command of the overall market situation won't be obtained by just listening to *LPD/SDI*'s one-sided opinions.   Putting the current *SLIM* shipments of *LPD/SDI* into analysis, the reaction from the Mainland China domestic market seems not bad, and there is also an increase in demand by the Russian market.   Other than that, it's not difficult to see that *LPD/SDI* still mainly makes shipments to its own *LG/SAMSUNG* color TV plants.

IV.    Besides the existing 21"/29"/32", for the *SLIM* family members, based on information, *SDI* is developing 24"/28".   Meanwhile, the two makers are also conducting R& D to further shorten *SLIM TUBE*, calling it *ULTRA SLIM*. The product varieties will be even more diversified.

V.    Although the participating glass bulb makers expressed concern with regard to the launch of *SLIM*, they were focused on expecting that *SLIM* would extend *CRT* life.   In the meantime, to those glass bulb makers who had suffered a huge loss, no matter what kinds of *SLIM* sizes of glass they develop, they will require a large amount of money.   Hence, in order to decrease the cost of

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

development investment, they urged each *CRT* maker to see whether they can have a more complete grasp with regard to the demand for each size. Regarding cost, the glass bulb plants indicated that, using 21" *SLIM* for example, the cost for glass bulbs would be a 10~15% increase over the earlier 21"*RF*.

VI.  As the leader in *SLIM*, *LPD/SDI*'s upstream and downstream layout can be considered perfect.   Upstream, they have supplies from their own glass bulb/*MASK* plants; downstream, they have *LG/SAMSUNG* taking care of absorbing production capacity.   The market extension is quite broad and complete.   Because of the resurgence in the domestic market, the Mainland China makers expressed their intentions of putting *SLIM* into production. Other than that, most of the other *CRT* makers still hold a wait-and-see attitude. Since investment in production lines/raw materials when leading-in *SLIM* will involve a large amount of money, and since the demand is not clear, the makers take conservative positions with regard to investment.

Others

I.  *LPD* and *ORION* Mexico plants have already stopped production and ceased business.   At present, *SDI* and *THOMSON* are the only *CRT* makers remaining in Mexico.

II.  The annual production capacity of the glass bulb makers in 2006 was 83*M*. Since the global *RMB* 1 billion loss in 05, they have been suffering continuous losses.   Meanwhile, the glass bulb makers clearly expressed that, the current global glass bulb inventory (including *CPT*+*CDT*) could only support one month.   The supply and demand for worldwide glass bulbs in the next two months would be even tighter.

III.

Conclusion

The market in *Q*3 will still be hot.   There will be tight supply and demand in places such as Mainland China/Southeast Asia/India.   However, whether this is due to *TV* makers' stocking up inventory is yet to be observed.   It is predicted that the tight situation will gradually slow down in the end of *OCT* and return to the normal level. In the meantime, with respect to Mainland China's current annual production capacity of 82*M* color tubes, the active pursuit of overseas export with low prices will further impact the *CPT* global market situation.   As for *SLIM* development, each maker still cannot be sure about the degree of market acceptance.   Additionally, the makers in the upper stream are conservative about the development and investment of new products.

End of report
Respectfully submitted to          Manager Huang
                                   Director Chen

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00725772.02E

[Submitted by:] Employee, Chaw-Ping (Veronica) Yong
July 24, 2006

[Handwritten:]

1. At present, Mainland China's color tube and color TV inventory is as high as 6*M* and 8*M*.    In case the sales at the boom season are not good, it will collapse completely in November.    Need to watch carefully.

2. As for *Slim* portion, the market for 21" looks relatively promising.    *CPT* should speed up the launch.    Regarding 29"/32", only *SDI/LPD* are still in mass production.    The other makers are all taking a wait-and-see attitude.    Need to follow the market demand closely.

[Signed:] Lee-Chiat Huang 25/7/06

[Handwritten:]

1. Collect more market information to be used as reference for the sales to broaden the market.

2. In August, *GLASS* is very tight.    *PUR* is working hard at it.    Arrange production based on the *GLASS* quantities that can be obtained.    Sales need to prepare ahead of time with regard to choosing customers.

[Signed:] Hwang-Yun (Henry) Chen
26/7

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00725772.03E

彩管行業協會會員會議報告

會議日期:2006/07/20~2006/07/21
與會者 :7大彩管行業代表、4家玻殼廠代表、2家MASK廠代表、2家彩電廠代表、1家研究機構代表
蒞臨人員:陳木林處長、楊超萍
會議內容:7/20 — 彩管行業會議
　　　　　7/21 — 產業鏈會議

<u>前言</u>

一、從 2005 年至今,隨著歐洲眾多彩管大廠續停產歇業,全球彩管產能進一步往大陸/東南亞/印度等地集中。就產能來看,<u>全球彩管年產能目前可達 200M/YR</u>,其中超過40%產能集中在大陸;就需求面而言,大陸彩管年需求(含內/外銷)<u>可達 60M/YR</u>,占全球彩管需求的1/3以上。由此,足見大陸彩管業舉足輕重之地位。

二、業務了解到大陸彩管市場的重要性,經過一段時間的聯繫,獲悉大陸彩管業亦有類同東南亞 GSM 會議之行業大會;經接洽後,獲對方同意參與會議。參與會議的最主要目的,在於市場資訊之收集,尤其針對生產線變化/稼動情形、產銷存概況等有更全面的了解。

三、除彩管業者以外,大會也邀請上下游廠商參與。CPT 首次參與,除熟悉會議進行模式以外,與各廠代表交換聯絡方式,作為 CPT 踏入大陸彩管產業鏈的最重要步驟。

四、本會議報告將把會議內容分三大部份撰寫:
　(一)八大家彩管廠商動態
　(二)SLIM 市場發展趨勢
　(三)其它相關市場資訊

<u>八大家彩管業廠商動態</u>

一、八大家彩管業者,除 SDI 缺席本次會議外,其餘各家(BMCC/IRICO/THOMSON/LPD/NOVEL/SEG-H)等皆派出市場信息主管參與。

二、上半年彩管業受到全球中小尺寸 CRT 業者停產效應影響,大陸中小尺寸業者一般稼況良好;大尺寸需求仍未見明朗,且在大陸(甚至是全球)持續受 LCD 侵蝕,稼動情況稍為遜色。大陸八大家上半年稼動情形如下:

| CRT-MAKER | 上半年稼動率 | REMARK |
|---|---|---|
| IRICO | 80~85% | #9上半年下旬始量產,因此未納入計算 |
| BMCC | 87% | |
| SDI(T+S) | 72% | 1. 受 T 廠主力大尺寸影響,稼動情況差。<br>2. S 廠 21" 線 FEB/MAR 應庫存過高選擇性暫時停產,對整體上半年稼動亦有所影響。 |
| 華飛 | 78%(含CDT) | #6 CDT 線 JUN 全面轉產 CPT |
| THOMSON(東莞+佛山) | 88% | 東莞廠中尺寸稼動率佳;佛山廠#2 稼動差;但產能較小,對整體影響小。 |
| NOVEL | 52% | #3/#4 停產 |
| 長沙 LPD | 90% | |
| SEG-H | 75% | |

三、各家針對目前市場上需末熱絡情形深表擔憂,不排除 TV-MAKER 國積庫存:有者認為到了 Q4 需求將全面下控;甚至認為彩管庫存有可能上昇到去年 MAY/JUN 的水準,屆時價格必將全面崩盤。事實上,按大陸彩管行業的估計,截至 JUN/E 彩管庫存已達 6M;這其中包括彩電廠彩管庫存 4M,彩管廠彩管庫存 2M。如按彩管廠每月 6~6.5M/MO 產能計算,彩管廠每月 1/3(約等同於 10 天)之庫存仍算合理。彩電廠部份,整

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00725770

織庫存高達 8M，各家應將其降低去化，以一個月之產量水準。

四、盡管對彩電廠囤積庫存一事持保留態度，各 CRT 業者對下半年彩管出貨走勢仍持樂觀態度，認為今年的庫存水準仍較去年健康。另外，在印度市場旺季當頭及當地業者停產等有利因素影響下，對印度市場之出貨有望增加。同時，與會業者均表示南美市場需求持續強勁，是未來彩電/彩管發展重鎮。

五、今年 JAN-MAY，大陸彩管出口超過 8M，較去年同期成長 23%。進口部份，JAN-MAY 彩管進口量 7.3M，比去年同期下滑。另一方面，香港一日遊數量也較去年同期成長 42%，今年 JAN-MAY 透過香港一日遊突破 3M。大陸彩管產能今年已達 82M，尋求海外市場銷售以及各方法增加國內有率是當地彩管業者消化產能的積極步驟。

六、大陸中小尺寸產能情況：（按最大產能計算）

| CRT-MAKER | 14"/15"RF | 21"FS/21"RF |
|---|---|---|
| 華飛 | 0 | 4.3 |
| 長沙LPD | 0 | 2.6 |
| SDI(T+S) | 0 | 7.2 |
| BMCC | 2.6 | 3.5 |
| THOMSON(東莞+佛山) | 0 | 4.2 |
| NOVEL | 0 | 2.4 |
| SEG-H | 0 | 6.1 |
| IRICO | 4.4 | 8 |
| TOTAL CAPACITY | 7 | 38.3 |

1. 小尺寸-BMCC 15" AK 剛量產，產量仍小。

2. 中尺寸-業者對中尺寸需求表示看好，認為這是 CRT 產品最重要的尺寸；各家完成改線，期能在中尺寸有更高的稼動彈性。

### SLIM 市場發展趨勢

一、會議的另一重點在討論 SLIM TUBE/TV 未來發展的可能性。由 LPD/SDI 所主導的 SLIM 市場，2006 年 LPD/SDI 韓國/大陸等工廠陸續進入量產。大陸地區，華飛 21" SLIM 目前每月產量 140K/MO，除在大陸市場銷售外，主要出口到歐美 LG 整機組裝廠。長沙 LPD 主攻 29" SLIM，據悉以國內客戶為主，目前有兩家客戶，仍未達大量量產階段。八大家彩管業者 SLIM 導入/生產概況如下：

| CRT-MAKER | 21" SLIM | 29" SLIM | 32" SLIM |
|---|---|---|---|
| IRICO | 近期開始送樣，與現有 21" 線混投 | 暫無計畫 | 暫無計畫 |
| BMCC | 樣品已推出，目前仍有技術/品質問題待解決 | 暫無計畫 | 暫無計畫 |
| SDI(T+S) | 已量產，計畫今年做 2M | 已量產 | 已量產 |
| 華飛 | 已量產，140K/YR。大陸客戶為主，另出口歐美 LG 整機廠 | 暫無計畫 | 暫無計畫 |
| THOMSON(東莞+佛山) | 暫無計畫 | 計畫中 | 暫無計畫 |
| NOVEL | 暫無計畫 | 暫無計畫 | 暫無計畫 |
| 長沙 LPD | 暫無計畫 | 完成送樣，目前有兩家大陸客戶，仍未進入量產階段 | 暫無計畫 |
| SEG-H | 計畫中 | 暫無計畫 | 暫無計畫 |

1. 另外，新一代 SLIM 技術，或一般稱做 ULTRA SLIM，SDI/LPD 即將投產。據悉，SDI 大陸廠規劃今年產量 300K/YR；華飛樣品 OK，但仍需要改產線。

2. 與會各廠商皆表示目前市場上各尺寸 CRT 產品中，唯獨 21" SLIM 有客戶下單，可見 21" SLIM 具有此種特性，走勢及賣相最被看好。

3. 大陸內銷市場對於 21" SLIM 接受程度高是促使各家投產 21" SLIM 的原因之一；又因為 29"/32" SLIM 勢必削減 SDI 量產中不易年末可能會下沉需求，LCD 擠壓明顯，發展受阻。

二、需求面分析：LPD 表示，今年全球 SLIM-TV 需求將超過 14M，其中 21" SLIM 將占 7M，餘為 29"/32" SLIM；需求主要來自日/韓/大陸等地。業務向 LPD 了解歐美地區對 SLIM 接受度的問題，LPD 表示，目前主要是出貨到 LG 歐美廠，市場反映還不錯。同時表示在韓國地區 32" SLIM 銷售一度與 32" LCD 持平，且有超越 32" LCD 的機會。另外，針對俄羅斯市場對 SLIM 的熱絡反應，LPD 目前由韓國工廠出貨，且表示出貨量不俗。大陸地區部份，彩電業者目前僅鎖定內銷市場，外銷市場仍持觀望態度。

三、市場對 SLIM 的接受度為何，LPD/SDI 做為市場先驅皆表示反應良好；但如單方面聽 LPD/SDI 意見恐怕無法全面掌握市況發展。分析 LPD/SDI 目前對 SLIM 的出貨來看，除大陸內銷市場反應似乎還不錯外，俄羅斯市場需求也漸抬頭外；不難看出 LPD/SDI 主要仍以自家 LG/SAMSUNG 彩電廠之出貨為主。

四、SLIM 家族成員除現有的 21"/29"/32" 外，據悉 SDI 在開發 24"/28"。於此同時，兩家也在研發將 SLIM TUBE 進一步縮短，稱之為 ULTRA SLIM；產品種類看似日趨多樣化。

五、與會玻殼廠商對 SLIM 之推出盡皆表示關注，但重點仍期待 SLIM 可延長 CRT 壽命。於此同時，對於虧損累累的玻殼廠商而言，無論開發何種 SLIM 尺寸之玻殼皆需投資一大筆金錢，因此也呼籲各 CRT 業者是否能就各尺寸需求面有更完整的掌握，減少開發投入所需之成本。從成本面來看，玻殼廠表示，以 21" SLIM 為例，玻殼成本將較先有 21" RF 增加 10~15%。

六、LPD/SDI 做為 SLIM 領導者，上下游佈局堪稱完善。上有自家玻殼/MASK 廠供貨，下有 LG/SAMSUNG 負責消化產能，市場推導較為全面且完善。其餘 CRT 業者，除大陸業者因內銷市場需求漸抬頭表態有意願投入 SLIM 生產外，大部份業者仍持觀望態度。且因 SLIM 之導入涉足產線/原材料等大筆金額之投入，業者在需求未見明朗的情況下投資上採取保守。

<u>其它</u>

一、LPD 及 ORION 墨西哥廠宣布已停產歇業，墨西哥 CRT 業者目前僅剩 SDI 及 THOMSON。

二、2006 年玻殼廠年產能 83M，自 05 年全球 RMB10 億虧損以來，持續處於虧損狀態。同時，玻殼廠商皆明確表態，目前全球玻殼庫存（含 CPT+CDT）僅維持一個月，未來兩個月全球玻殼供需將更為緊張。

三、

<u>結語</u>

Q3 市場仍將呈現熱絡，且無論大陸/東南亞/印度等地皆將出現供需緊張。然而是否為 TV 業者囤貨現象仍需再觀察，預料此緊張局勢將在 OCT 是將緩步下滑，回到正規水位。與此同時，以大陸目前 82M 彩管年產能來看，積極以低價尋求海外出口對 CPT 全球市場佈局將有進一步的衝擊。在 SLIM 開發上，市場之接受程度為何，各家仍無法斷定，且上游廠商對於新產品之開發及投入搶守。

以上報告.

敬呈　黃經理
　　　陳處長

1. 巴刷大陸之彩管及彩色顯示管下達 6M 及 8M，一旦供多銷售不佳，11月即全盤崩潰 續銷 切勿需.

2. s/m 部份，以積極市場為少 CPT 更加速陸拓. 29"/32" 僅有 SDI/LPD 量產中，依業者皆在觀望中. 市場需求須再密切掌握.

1. 各項佈場多次事 先業務市場掌握之参考.                黃西堯  25/7/06

2. 八月份 GMES 非常緊張．PUR 努力中；依 GMES 取得量多配生產；業務客戶之挑選．預先局在. 职 楊超洋 2006年7月24日

EXHIBIT 63



City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**SDCRT-0091957-60**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Dan McCourt

Sworn to before me this
March 6, 2023

_____
Signature, Notary Public



_____
Stamp, Notary Public

Minutes of the Industry Information Exchange Meeting

Time: 2006-10-30

Location. Xianyang Irico Hotel

Meeting participants:   Xianyang Irico      Yao Jun    Xu Gaowen
                        BMCC              Huang Hai
                        Samsung SDI       Jin Mei
                        Thomson           Xin Peng
                        Seligent          Wang Zhiwei
                        LPD               Yu Jiangnan
                         Changsha LG       Feng Jing
                        Nanjing Huafei    Xu Minghui
                        SEG Hitachi        Guo Peng
                        Shanghai Novel     Ye Qing

Topic 1: Analysis of China's CRT supply and demand in 4Q 2006

Conclusion:
• 1. In the fourth quarter, the inventory of the CRT industry showed a rising trend, which was opposite to the decrease in inventory at the end of 2005; it is expected that the industry exchange data inventory will exceed 2.5 million at the end of December, and the strategic CRT inventory of color television manufacturers will be 1.45 million (excluding turnover inventory). According to the analysis of the supply and demand relationship of color televisions and CRT, compared with last year, the supply of CRT is obviously greater than the demand, and the inventory is rising; according to the statistical analysis, the inventory of 2 million CRT manufacturers will be a watershed to define the relationship between supply and demand, and >2 million is oversupply; <2 million is supply falling short of demand.
••2. In 2006, the output of the CRT industry is expected to be 71 million pieces (conservative estimate). If the current trend continues, it will reach more than 72 million. The supply and demand situation will be more serious, which will have a serious impact on the supply and demand relationship in the first quarter of next year. The summarization of the industry's comprehensive information shows that starting from October, triggered by some products (mainly 21" PF, 25" PF), the market supply and demand relationship has reached an inflection point; the sales situation at the end of 2004 may reappear;
••3. It is suggested that starting from the fourth quarter, the industry should implement targeted production restriction and inventory management to ensure the overall price stability of CRT.

1
[stamp:] [06000103]

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091855                                    SDCRT-0091957E
                                                 TRANSLATION

Topic 2: Forecast and analysis of production plans of Chinese CRT manufacturers in 2007

•1. According to the 2007 production plan forecast statistics provided by CRT manufacturers, it is estimated that domestic CRT production in 2007 will reach 77.53 million, VS 71.28 million in 2006, an increase of 8.8% from the previous month. The brief situation of the 2007 production plan of each CRT manufacturer is as follows:

Irico: 15.6 million month-on-month +11.4%, Samsung 11.8 million month-on-month +5.4%, BMCC 8.75 million month-on-month -5.4%,
Thomson 9.9 million month-on-month -2%, Novel 4.85 million month-on-month -1%, LG Shuguang 6.95 million month-on-month -2.4%, SEG 6.2 million month-on-month +0.8%, Nanjing HF 8.38 million month-on-month -0.6%
*Shanghai SONY completely stopped production in March 2007, and currently all 34" CRTs are exported to foreign countries.
*Fuzhou CRT expects the production plan for 2007 to be 4.6 million, the main model is 14"/21" CV/21 "RF/21" SUS

**Irico information:**
1# was transformed on 1/11 in 2006 and put into operation on 25/11; 2# produced 21PFSUS on 25/3 in 2007; 3# produced 21FS/PF on 15/4 in 2007 and changed 2 CDT lines

Reasons for the transformation:
1. Continue to share the cost of the production line through transformation, because the CDT global market is dead, and CRT still has relatively large global market space
2. The Fuzhou municipal government also hopes that Chunghwa Picture Tubes will continue to produce to promote local employment, and is more supportive of the line change
3. With Chunghwa Picture Tubes considering their global strategy, the establishment of CRT production in China is an important aspect of their display device strategy. (Chunghwa Picture Tubes already has LCD and PDP panel production in China)

**BMCC information:**
15" CDT line was converted to the production of 14", 2.5 million/year, 17" CDT line was converted to the production of 21"CV/21"RF/21" SUS, 2 million/year

2
[stamp:] [06000104]

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091855                                                    SDCRT-0091958 E
                                                                 TRANSLATION

(Details are subject to further confirmation)

* Changzhou Baoma introduced a PHILIPS old line in 4Q 2006, and produced 14" CRT in 2007 with an annual production capacity of 500,000

Topic 3: New product trends of industry manufacturers

      Irico: C line 25FS/PF is currently being changed to 25 "/21" CV/21 "SUS

      G line 21SUS (AK) October MP

      Q line Q1 2007 large-screen CRT

      (28" PF/29" PF/34"/32" compatible line, 28"/32" sample tubes have been sent)

      Samsung: 21US Shenzhen 1 LINE September MP, mainly exporting SDI to the world as of now

10K/M, domestic PP in progress      28WPF (SUS) Tianjin 3 LINE 2007 H1

      BMCC: 15 "PF (AK) 2 LINE June MP, with production capacity, but not yet producing

        24 "WPF 1 LINE February 2007 MP, production capacity of 1.2 million/year

      Thomson: 26 WSRF assessment in progress, imported tubes from Poland, currently 34" consumption of stock materials and no production plan in 2007

      Novel: 21SUS MP 2007 H1

      SEG: 21SUS 4 LINE Q1 2007 MP, production capacity 1 million/year, 34 "continued production

      Nanjing HF: 29SUS 1 LINE originally planned to be transformed in October, but it has been cancelled

Topic 4: Discussion on trends of key varieties in the industry (21/29SLIM, 21FS, 25PF)

      21" RF price positioning is very important, it affects the pricing and sales of other models.

      Currently, the tendency of the sales prices of 21RF and 21SUS CTV are basically the same. 21SUS is occupying the 21RF market, and 21US may directly replace 21SUS if new products are on the market.

      Expected future variety trends: 14"/15"/21"/29" and WS/SUS super large model sizes, therefore, the development of new WS and SUS/US products in the industry will be accelerated to inject vitality into the future development of CRT, but at the same time, the industry internally focuses on coordinating and balancing the price chain between various types of SLIM tubes and non-SLIM tubes to avoid internal chaos

3
[stamp:] [06000105]

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091855

SDCRT-0091959 E
TRANSLATION

Note: There is a trend in the color television market at present, that is, the size of color television is gradually concentrating on the two specifications of 21'' and 29'', so the information officers recommend that each company invest more energy in the two varieties of 21'' and 29'', such as research and development of new products (ultra-slim, super ultra-slim), reduce costs (AK transformation), improve quality, etc.

5. Evaluation of "Beijing Actions" and follow-up plan discussion
1. Use Sino's quarterly color television market conference as a platform to publicize the strengths and advantages of CRT products, and regularly release CRT color television information to the market.

2. Extensively contact the media in various places, release press releases, break flat-panel's monopoly of the media channel, and all manufacturers' information officers are responsible for carrying out in the city where they are located. (ongoing project, fixed input)

Industry meeting summary:
1. Strengthen the self-discipline of the industry, safeguard the interests of the industry, implement production restrictions, and plan the trend of rising inventories, so as to lay a good foundation for the tough market in 2007.
　　　In view of the current and future supply and demand situation analysis and prediction, it is recommended to pay attention to the subsequent decline in demand for CRT, implement industry production restrictions, alleviate the contradiction between supply and demand, and jointly maintain the healthy development of the industry;

2. The pure flat transformation and ultra-slim transformation trends of the leading varieties in the industry have been established, and we need to continue to pay attention to them. At the same time, we should continue to pay close attention to the impact of FPD on CRT color televisions (especially large-size CRT color televisions such as 34"/29"/28");

3. At the same time, the industry should internally focus on coordinating and balancing the price chain between various types of SLIM tubes and non-SLIM tubes to avoid internal chaos;

4. Although the digital television standard has been established, it is still impossible to fundamentally reverse the excessive publicity of FPD in the domestic market and the vigorous sales of manufacturers. It is recommended to continue to take the offensive approach in the fall to deepen and expand the influence of Beijing Actions and guide rational consumption;

4
[stamp:] [06000106]

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091855                                                          SDCRT-0091960E
                                                                       TRANSLATION

产业信息交流会会议纪要

时间：2006-10-30

地点：咸阳 彩虹宾馆

与会人员：咸阳彩虹　　姚军 徐高文

　　　　　北京松下　　黄海

　　　　　三星 SDI　　金美

　　　　　汤姆逊　　　辛鹏

　　　　　新骏　　　　王志伟

　　　　　LPD　　　　于江南

　　　　　长沙 LG　　　冯靖

　　　　　南京华飞　　许明晖

　　　　　赛格日立　　郭鹏

　　　　　上海永新　　叶青

**议题 1：06 年 4Q 中国 CRT 供需关系分析**

结论：

•1、四季度彩管行业库存呈现攀升趋势，与 05 年底库存降低，形成相反的走势；预计 12 月底行业交流数据库存 250 万以上，彩电厂战略彩管库存 145 万（不含周转库存）。根据彩电和彩管供求关系分析，彩管与去年相比，明显供大于求，库存上升；据统计分析，CPT 厂家库存 200 万将是界定供求关系的分水岭，>200万 供过于求；<200 万 供不应求。

••2、2006 年预计彩管行业产量 7100 万只（保守估计），若按目前趋势，将达到7200 万以上，供求形势更加严峻，将对明年一季度供求关系产生严重的影响，综合行业综合信息显示，从 10 月份开始，由部分产品引发(主要是 21" PF, 25" PF)，市场供求关系出现拐点；04 年底的销售情况将有可能重现；

••3 、建议从四季度开始，行业有针对性地实行限产和库存管理，以确保彩管整体价格的稳定。

06000103

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091957

SDCRT-0091855

议题2：07年中国CRT厂家生产计划预测分析

• 1、据CPT厂家提供2007年生产计划预测统计，预计07年国内CPT生产能达到7753万，VS 06年7128万，环比增加了8.8%。各CPT厂07年生产计划简要情况如下：

彩虹：1560万 环比+11.4%，三星 1180万 环比+5.4%，北松 875万 环比-5.4%，

汤姆逊 990万 环比-2%，永新 485万 环比-1%，LG曙光 695万 环比-2.4%，

赛格 620万 环比+0.8%，南京HF 838万 环比-0.6%

＊ 上海SONY 07年3月完全停产，目前34"彩管全部出口国外。

＊ 福州CPT预计2007年生产计划为460万，主要型号为14"/21"CV/21"RF/21"SUS

彩虹信息：

1#06年1/11改造，25/11投产；2#07年25/3产出21PF SUS；3#07年15/4产出21FS/PF改着2条CDT线

改造的原因：

1，    通过改造继续摊分生产线的成本，因为CDT全球市场已经死掉，而CPT还有比较大的全球市场空间

2，    福州市政府也希望中华映管继续生产以促进当地的就业，对改线比较支持

3，    中华映管从全球的战略考虑，在中国设立CPT生产是他们显示器件战略的一个重要方面。（中华映管在国内已设有LCD和PDP面板生产）

BMCC信息：

15"CDT线改生产14"，250万/年，17"CDT线改生产21"CV/21"RF/21"SUS，200万/年

06000104
2

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091958

SDCRT-0091855

<u>（具体详情有待进一步确认）</u>

* 常州宝马　06年4Q,引进PHILIPS旧线,07年生产14"彩管　年生产量为50万

议题3：行业厂家新品动态

彩虹：C线 25FS/PF 目前正改做 25"/21"CV/21"SUS

G线 21SUS（AK）10月 MP

Q线 07年Q1 大屏幕彩管

（28"PF/29"PF/34"/32"兼容线,28"/32"样管已送）

三星：21US 深圳1 LINE 9月 MP,目前出口 SDI 全球为主 10K/M,国内 PP 中　28WPF（SUS）天津3 LINE 07年H1

北松：15"PF（AK）2 LINE 6月 MP,具备生产能力,但未生产

24"WPF 1 LINE 07年2月 MP,产能120万/年

汤姆逊：26WSRF 评估中 波兰进口管,目前34"消耗库存材料 07年无生产计划

永新 ：21SUS MP 07年H1

赛格 ：21SUS 4 LINE 07年Q1MP,产能100万/年,34"继续生产

南京HF：29SUS 1 LINE 原计划10月改造,现已取消

议题4：行业重点品种趋势研讨（21/29SLIM、21FS、25PF）

21"RF 价格定位很重要,其影响其它型号的定价和销售。

目前,21RF 与 21SUS CTV 销售价格趋向基本一致,21SUS 正强占 21RF 市场,切新品在市场上 21US 也将可能直接替代对21SUS。

预计未来品种趋势：14"/15"/21"/29"及 WS/SUS 超大型号尺寸,因此加快行业内各 WS 和 SUS/US 新品的开发,为 CRT 未来发展注入活力,但同时行业内部重点协调平衡好各品种 SLIM 管与非 SLIM 管之间的价格链,避免内部混乱

96000105

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091959

SDCRT-0091855

注：目前彩电市场上有一个趋势，即彩电尺寸逐步向 21'' 和 29'' 这两个规格集中，所以信息员建议各家在 21'' 和 29'' 这两个品种上投入更多的精力，如研发新品（超薄，超超薄），降低成本（AK 化），提高质量等。

5、"北京行动"评估，后续方案研讨

　　1，以赛诺的季度彩电市场发布会为平台，宣传 CRT 产品的优点，优势，向市场定期发布 CRT 彩电信息。

　　2，广泛的联络各地的媒体，发布新闻通稿，打破平板垄断媒体渠道的局面，由各家信息员负责在所在城市进行。（持续的项目，固定的投入）。

行业会议总结：

1.加强行业自律，维护行业利益，实行限产，拟制库存攀高趋势，为 07 年严峻市场打好基础。

　　鉴于目前以及今后的供求态势分析预测，建议共同关注后续彩管的需求下降趋势，实施行业限产，缓解供需矛盾，共同维护行业的健康发展；

2.行业各主导品种的纯平化、超薄化趋势已经确立，需要继续关注，同时继续高度关注 FPD 对 CRT 彩电的冲击（尤其是 34"/29"/28" 等大尺寸 CRT 彩电）；

3.同时行业内部重点协调平衡好各品种 SLIM 管与非 SLIM 管之间的价格链，避免内部混乱；

4.尽管数字电视标准已经确立，但目前仍然无法从根本上扭转国内市场有关 FPD 的过分宣传和厂商的极力推销，建议继续采取秋季攻势，深化和扩大北京行动影响，引导理性消费；

06000106

4

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0091960

SDCRT-0091855

EXHIBIT 64

**From:** jill-yy@163.com
**Sent:** Thursday, January 18, 2007 3:51 AM
**To:** yangsj; Yang Sheng Jen - Sales Assistant Vice President
**Subject:** □辨Θ□?癢

**Attachments:** ??理??Conferenceminutes20061121.doc; ??例????料（06-12-21）.doc

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00102751

EXHIBIT 65

June 20, 2012


**Certification**

                        **Park IP Translations**


This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00102752E – CHU00102754.


_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

[TRANSLATION]

**Meeting Minutes of 2006 Color Tube Industry Presidents' Meeting**

Meeting date: November 21, 2006

Meeting location: Shanghai, Huaxia Hotel

Attending companies and personnel:

| | |
|---|---|
| BMCC: | Wenchiang Fan, Heng Zheng Guang Ze [Japanese name in Chinese phonetics], Dalin Li, Yongchun Chi, Liman Lu, Hai Huang |
| Xianyang Irico: | Xiaolin Shen |
| SEG Hitachi: | Guojun Yang, Jianmin Huang, Peng Guo |
| Changsha Shuguang: | Yaping Yang, Jing Feng |
| *LPD*: | Zaiguan Han, Yingyuan Lu, Jiangnan Ding |
| Nanjing Huafei: | Jianzhong Sheng, Dezhu Zhang, Minghui Xu |
| Novel: | Wei Sun, Lei Lee, *Q*ing Ye |
| Samsung *SDI*: | Hoo Mok Ha, Chong Huan Lee, Yun Xie, Jing Wen [Korean names in Chinese phonetics]. |
| Thomson: | Dade Han, Peng Xin |
| Xin Jun: | Xiangjie Hang, Zhiwei Wang |

Main content:

Chief Secretary Yang chaired the meeting and begun with opening speech.
Chief Fan spoke: This Presidents' meeting is a key meeting; each of us are here to discuss and study about next year's market trend, strive for stability of the environment and seeking a industry of healthy development.

**Agenda I: Information collector reported the current color TV and color tube industry condition and forecast of the future market (Details refer to *PPT*).**

Chief Secretary Yang: As for the market reports from the information collectors, the following comments were mentioned: In future reports, impact analysis on *CRT* to color television in flat color television market should be included: In 2007, the *CRT* capacity increase will create significant problems for the sale of *CRT*s, reason being the extremely shortage of materials, glass bulbs price increase due to capacity decrease.  Screen capacity decrease by 15.9%, cone capacity reduced by 19.3%.  Currently, the issue in which requires urgent resolution is how should *CRT* be developed from now on?  How to limit production and protect prices?  In order to keep profitability, the *CRT* market in 2007 should realize optimization of capacity and does not need to produce in large volume.  Based on understanding, there are a few *LCD* lines starting to expand capacity. 32*LCD* screen price reduced by 10%--comparing to the previous 34*FS*, the price is even lower.  Therefore, the suggestion is: while facing the

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

worsening market of *Q*1 in 2007 and the declined exports in Christmas 2006, and with next year's Chinese new year being later than usual, color tubes sales will have a longer slow season, the pressure on sales is significant, but, in *Q*2 this year, some color tube companies dumped their color tubes with low prices, currently, the color television makers are still digesting these inventories, the impact is very bad. Therefore, it is recommended to the color tube makers to take more action on realistic issues for the sake of the customers and the market.

**Agenda II: How to go into in-depth communication among the Color Tube Industry and together face the challenge of *Q*4 2006 and *Q*1 2007?**

Chief Secretary Yang: As far as *Q*4 2006 and *Q*1 2007 market condition are concerned, how to have self-discipline in the industry? How to respond to *Q*1 2007 while maintaining *Q*4 pricing,? Chief Secretary asked for comments from respective companies:

BMCC Heng Zhen: it is more difficult in *Q*4 2006, end of 2005 and beginning of 2006 around Chinese New Year. Production has been adjusted based on what was agreed upon. As far as the added capacities are concerned, how will respective makers collectively resolve this issue? Most important issue is that respective makers should categorize production types.

Samsung Ha: *Q*4 2006 will be over soon, what is more important is to focus on *Q*1 2007 condition. Samsung group's policy is to transfer business unit leaders each year at the beginning of each year, I hope I will not be responsible for the sales of color tubes of China next year. Based on internal information of Samsung, it is shown that 2010 China domestic *LCD* demand exceeded 20M. Currently, domestic *CTV* demand is less than 40M, domestic color tube capacity is over 70M. As to the publicly announced information, Chunghwa Picture Tubes converted 3 production lines, Samsung has no plan currently, I would like to listen to all of your opinion. As for the current supply and demand conditions, respective color tube makers should have mutual information exchanges for the profitability of the company and to jointly formulate a good plan. There is room for reduction on *LCD* cost, but *CRT* material costs are not optimistic. *CRT* industry should consider these elements: strengthen information communication for the overall industry chain. Based on *SDI* internal analysis, *CDT* price was reduced 14%, but the cost only reduced 3%. It is expected that *CPT* will face similar situation as *CDT*. Therefore, it is hereby suggested that makers should seek cooperation in pricing, and jointly resolve the issue of pricing on materials.

Shuguang Yang: In 2007, the company's business plan indicated that corresponding to the decrease in 2006, *Q*1 2007 cost should increase, it was estimated that the price will not be maintained. As for 2007

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

*Q*1, when talking about production limits, gray inventory is very large, the reliability and accuracy of said data is yet to be verified. Based on understanding, some of the domestic major color television factories have heavy inventories, normal production can be maintained even if they did not make any purchases for two months.

Chief Secretary Yang: In October 2006, *CPT* production volume was 6.55Mpcs, what should be the production volume in January 2007 in order to satisfy the market, maintain the price and maintaining inventory?

Shuguang Yang: Large screen *LCD* price dropped, under 32 and 34, *CRT* will all be impacted and be pressured.

Samsung Ha: *Q*1 condition is worrisome, we need to resolve this during our meeting, whether we can sustain our prices until the end of the year requires industry to take proper measures.

Huafei Sheng: Facing the impact by *LCD*, the industry should reconsider the production limits to protect pricing as suggested before.  At the same time of maintaining prices, whether it will provide more entry opportunities for the newly jointed makers, and under these circumstances, we should increase exports and resist imports.  *Q*3 2006 industry price increase has brought opportunities for imports, long term consideration should be given as to how to get them to back out.  Based on the experience from past years, production is usually greater than sales in the first half of the year, and the second half of the year would have sales greater than production.  Based on past experience, respective color tube makers would convert line to speed up production, how should that be controlled?

Irico Sheng: Production limits—if the production is stopped, it will bring opportunities for the new *CPT* factories, how should the industry resist imports?  Currently Irico is expanding exports, expecting to export 6M this year.  Based on understanding, Northern Europe and Central Europe regions do not have any concept on flat screen yet, the main stream is still *CRT*s.  *CRT* market allocation is 70%-80%, flat screen 20% or so.  Based on understanding, Northern Europe has 24M *CRT* color television demands.  Production limits and price limits are less probable in China.  Prices would be loosen just because entering into a slow season, *CTV* makers know the trend and implemented price squeeze strategy.  How can the industry have a healthy development?  I would like to clarify, currently Irico *K* line has no production plan for the time being due to cost considerations.  28/29 inches will be produced on the old lines.

Thomson Han: Color tube makers are being sandwiched between the suppliers and the customers: the upstream materials continues to increase, downstream *CTV* factories are continually squeezing prices.  If the production is limited to protect the price, it will provide opportunities for the newcomers and import tubes. Currently, there is no better way than limit production to cure the condition of oversupply. Dongguan factory ceased production 7 days in November, it is not because of lack of sales, and it was because we did not want to produce too much, hoping to control prices.  *Q*1 2007 market is very tough, primary opportunity would be to export.  Currently China region capacity is increasing, but capacity in other regions

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00102753.01E
Translation

worldwide is decreasing.  Based on understanding, Western Europe will have demands of 12M-15M next year, part of them will be supplied from China, also agreeable to limit production to protect the price.

Novel Sun: I suggest respective makers study the issues in the market report generated by the information collectors: 1. Provide resolution to respond to the issues for *Q4* 2006 and *Q1* 2007 market, the reason for increased inventories, and why is capacity being added?  2. How to resolve the issue on newly added capacity?

Chief Fan: Regarding EU's anti-dumping, the two makers being sued have already bankrupted. *CRT* production volume in Europe is 11M, among which Thomson has 6M, Samsung 5M, but the demands for Western Europe market is 15M, Russian market demand is 10M.

As for the anti-dumping suit for China's color tubes export to Europe has been dismissed (11/16), but the color television restriction has not been cancelled.  If the color televisions are using color tubes from China, whether it is under the restriction is yet to be studied.  Since *LCD*'s power consumption is three times as much as *CRT*, UK suggested to sell color television in different levels, and set *LCD* color television as level 3.  As to the newly added capacity for Chunghwa and Changzhou Baoma, a strategy can be discussed to categorize them into types.

Xinjun Yang: Regarding to communicate with the newcomers in the industry, should we use conversational format?

Chief Secretary Yang: Changzhou Baoma infringed intellectual property; it is not possible for them to create impact for the industry.  As for CPTF, the country was exporting all *CDT* made initially, now Fuzhou can do *CPT* business, and is a major shareholder of Huaxia, the industry hopes to be able to send representative to discuss with them and invite them into the industry to unify standards.  Whether CPTM will decrease production, and do they have in-depth understanding of the impact on worldwide market?  The reason for the trade differential came from Malaysia is that they shipped the tubes to China, and put them into a set for export, 12% tariff was applied.

Chief Fan, What changes are there for the capacity of CPTM?

Samsung Ha: According to my understanding, CPTM stopped one line, CPTF opened 3 lines, SDIM stopped 1 line in December.

Chief Secretary Yang: The purpose for this meeting is to hope that makers will not suffer a loss by the end of the year, I would suggest to use the strategy of production limitation to protect prices.  As far as what was mentioned in the information collectors' report regarding newly added capacity, we will not consider Irico and Changzhou Baoma for the time being, and we will invite CPTF into the industry.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

**Agenda III: What is the opinion from respective makers regarding inventory increases, what is your view on *Q*1 2007?**

Xinjun Yang: Limit production to protect prices in *Q*1 2007, and reconsider total input volume for *Q*1 market.

Chief Secretary Yang: Setup production based on sales and do not expand production blindly.

Irico Shen: I would suggest to stop production during Chinese New Year holiday period, with a win/win situation for the company and the employees.

Samsung Ha: Character of slow season: Oversupply, *CTV* factory gets large order (unit price for large order is dropped more than 5%), sign low price contract with *CPT* factory.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00102753.03E
                                                                                        `Translation`

If these types of large orders are accepted, sacrificing industry price will bring significant impact for industry development.  When the industry operating environment is not favorable, *CTV* makers' will make harsher demands; for example, Changhong *VMI*'s payment method, such *VMI* methods may change payment due date which will severely impact the healthy development of the industry.

**Agenda IV: How to deal with the trend of *Q*4 materials procurement?**

Chief Secretary Yang:

| | |
|---|---|
| Screen capacity reduced by 23.7% | Cone capacity reduced by 19.3% |
| Anci stopped 11 lines and started 14 lines | Anci stopped 4 lines |
| Xu Electronics stopped 2 lines | Changsha stopped 1 line |
| Shijiazhuang stopped 1 line | Shijiazhuang stopped 1 line |
| Total lines stopped 14, started 45 | Total stopped 6 lines and started 19 |

Estimated total annual production of screens 96.44M, Cones production at 86.44M.

Copper price increased. *DY* price increased; especially for 21" it increased by US6. Although color tube price has increased, but in fact it was only converted into materials price ups, the tube itself did not have much profits.

Chief Secretary Yang: First of all, inventory has to be reduced to zero, and ultimately come to an appropriate reserved inventory.  Currently, there are 5-6M extra capacity, and the entire industry shall consume this capacity by limiting production.  It is recommended to cease production and limit production in order to ease the seriously oversupplied situation for color tubes in 2007, each maker shall consolidate its own condition and stop production for an accumulated 30 days for the whole year.

As to Chief Secretary Yang's recommendation, each has expressed comments as follow:

Novel Sun: Agreed.

Xinjun Yang: Voluntarily reduce capacity, follow the rules of the game, and agree with Chief Secretary's recommendation.

BMCC Heng Zhen: Support the healthy development of the industry as a priority, agree to Chief Secretary's proposal to invite CPTF into the industry.  In addition, it is hoped that each company would try to increase export volume, but would need to understand the composition of the current import data of 11M.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00102754.01E
                                                                      **Translation**

Samsung Ha: The decision to completely stop production is out of his authority, it is to be determined.

Shuguang Yang: Need to be confirmed.

Huafei Sheng: Based on market condition, respective companies shall initialize active and flexible strategy in stopping production; since by stopping production blindly brings significant impact on any company, it can be based on model types and consolidated golden week/summer vacation types of methods to confirm the condition of stopped production.

Irico Yao: Agreed to limit production, and agrees with Huafei's suggestion. Proposed to immediately implement limited production and stop production in *Q*4. As far as Fuzhou, he agreed to Chief Secretary Yang's recommendation, as far as CPTM exported to China close to 6M color tubes, he is considering whether there exists a anti-dumping issue.

Chief Secretary Yang: Material prices are increasing, especially the foreign materials factories, this is a disadvantage to CPTM.  Currently, the entire *CRT* industry focus is on China. Domestic cost has the most competitive edge, if the domestic factories suffer losses, the foreign factories for sure will lose money.  Therefore, it is proposed to each company accumulatively stop overall production for 1 month, and take up industry monitoring mechanism.

Chief Fan's proposal resolution draft: detailed in *WORD* document.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

**2006 年彩管行业总经理会议会议纪要**

会议时间：2006 年 11 月 21 日
会议地点：上海　　华夏宾馆
与会单位及人员：

北京松下　　范文强　横枕光则　李大林　迟永纯　卢丽曼　黄海
咸阳彩虹　　申小琳
赛格日立　　杨国钧　贾建民　郭鹏
长沙曙光　　杨亚平　　冯靖
LPD　　　　韩在琯　卢滢元　丁江南
南京华飞　　盛建忠　张德柱　许明晖
上海永新　　孙伟　　李雷　　叶青
三星 SDI　　河侯稷　李昌焕　谢云　　文静
汤姆逊　　　韩达德　辛鹏
新骏　　　　杨向杰　王志伟


主要内容：
杨秘书长主持，致开幕词。
范会长致辞：这次总经理会议是一次关键的会议，大家在此研讨明年的市场形势，力求稳定环境，寻求行业健康发展。

**议题一：信息员代表汇报当前彩电彩管行业现状及今后市场的预测（详见 PPT）。**

杨秘书长：针对信息员的市场汇报，提出如下意见：以后的市场汇报应增加平板彩电市场对 CRT 彩电的冲击分析：07 年 CRT 产能增加，会对 CRT 销售产生重大问题，原因在于材料奇缺，玻壳因产能下降而涨价。屏的产能下降 15。9%，锥的产能下降 19。3%。现在急需解决的问题，CRT 今后该如何发展？如何限产保价？为了保持利润，在 07 年的 CRT 市场应实现产能最优化而不需大量生产。据了解，目前有几条 LCD 线上马，产能扩大。32LCD 屏价格下降 10%，与以前 34FS 相比，价格还要便宜。因此，建议面对 07 年 Q1 市场恶化，06 年圣诞节出口萎缩的局面，明年春节比较晚，彩管销售淡季较长，销售压力很大。但是，今年 Q2 有些彩管企业低价抛售的彩管，现在彩电厂还在消化这些库存，影响很不好。所以，建议各彩管厂家为了客户和市场多做一点实事。

**议题二：彩管行业如何深入沟通协作，共同迎战 06 年 Q4 和 0 7 年 Q1**

杨秘书长：针对 06 年 Q4 和 07 年 Q1 的市场情况，行业如何自律？维持 Q4 的价格，如何应对 07 年 Q1？请各个公司发表意见。

北松 横枕：06 年 Q4 比较困难。05 年年底和 06 年年初春节前后，已按约定调整生产。对于新增生产能力，各家如何联合解决此问题。最重要的一点是，各家尽量区分生产品种。

三星 河：06 年 Q4 即将过去，更重要是关注 07 年 Q1 的情况。三星集团规定每年年初事业部门领导调任，我希望明年不再负责中国彩管销售任务。据三星内部资料显示，2010 年中国国内 LCD 需求超过 2000 万。目前国内 CTV 需求在 4000 万以下，国内彩管产能在 7000 万以上。针对刚发表市场资料，中华映管改造 3 条生产线，三星暂时没有方案，想听听各家的意见。针对目前供求关系情况，各彩管厂家应互相交流信息，为求公司利润，共同谋划好的方案，LCD 在成本上有下降的空间，而 CRT 瓷材价格不容乐观，CRT 行业应考虑此方面因素，加强整个产业链的信息沟通。据 SDI 内部分析，CDT 价格下降 14%，而成本仅下降 3%，预计 CPT 将出现与 CDT 类似情况。因此，建议各家在价格方面寻求合作，共同解决材料价格问题。

曙光 杨：07 年公司事业计划相对 06 年有下降，07 年 Q1 成本上涨，预计不能保价，针对 07

年 Q1，谈限产问题，灰色库存很大，这个数据的可靠性和准确性需要再考究。据了解，国内一些大彩电厂库存大，即使两个月不采购，也可维持正常生产。

杨秘书长：06 年 10 月份 CPT 产量 655 万只，07 年 1 月份产量应为多少才能满足市场，保价保库存？

曙光 杨：大屏幕 LCD 价格下降，32 34 以下 CRT 都会受到冲击，受到积压。

三星 河：担心 Q1 的情况，我们开会需要解决，我们是否可以把价格挺到年底，需要行业措施。

华飞 盛：面对 LCD 的冲击，提议的限产保价措施，行业需要重新思考一下，保价的同时是否给新入行者更多机会增加了进口，在此情况下，我们应限进口，抵挡进口。06 年 Q3 行业涨价给进口带来了机会，如何让其退出，应做长远的考虑。根据往年的经验，上半年是产大于销，下半年大于产。按以往经验，各彩管厂会改造提速。如何控制？

彩虹 申：限产——如果等产会给新增 CPT 厂带来机会，行业应如何抵制进口？彩虹目前扩大出口，预计今年出口 600 万。据了解，北欧 中欧消费者对平板无概念，主流还是 CRT，CRT 市场分额 70%-80%。平板 20%左右。据了解，北欧市场有 2400 万 CRT 彩电需求。中国限产限价可能性小，因为涮进入淡季，价格就有所松动，CTV 厂家掌握了动向，实行了压价策略。行业应如何健康发展？澄清一下，目前彩虹 K 线因考虑成本原因，暂无生产计划。28/29 英寸在老线上生产。

汤姆逊 韩：彩管厂正处于供应商与客户夹缝之间，上游材料在不断涨价，下游 CTV 厂在不断压价。如果限产保价，会给新加入者和进口管机会。目前供大于求的情况下，不采取限产，也没有更好的办法。东莞工厂 11 月停产 7 天，不是因为卖不出去，而是不想生产太多，希望控制价格。07 年 Q1 市场很困难，主要机会是出口。目前中国地区产能在增加，而全球其它地区产能在减少。据了解，明年欧欧的需求在 1200-1500 万，部分来自中国，对于限产保价表示赞同。

永新 孙：建议各家对信息员的市场汇报提出的问题进行探讨：一 针对 06 年 Q4 07 年 Q1 市场提出解决问题的相应对策，库存增加原因，为什么新增产能？二 如何解决新增的产能？

范会长：针对欧盟反倾销，起诉的两家已经倒闭，欧洲 CRT 产量有 1100 万，其中汤姆逊 600 万 三星 500 万，而西欧市场需求 1500 万，俄罗斯市场需求 1000 万。

有关中国彩管出口欧洲的反倾销已经撤消（11/16），但是对彩电的限制还没有取消。如果彩电用来自中国彩管，是不是还是受到限制，还需要研究。鉴于 LCD 能耗是 CRT 的三倍，英国建议彩电进行分级销售，将 LCD 彩电定于三级。针对新增产能中华映管和常州宝马，实行分品种协商策略。

新骏 杨：针对行业的新加入者，是否采用对话形式。

杨秘书长：常州宝马因侵犯知识产权，对行业不可能造成影响。福州中华，当初国家全部外销，做 CDT。现在福州可以做 CPT 业务，又是厦华的大股东。行业希望能够派代表与他们协商，邀请其入行，统一规范。华映马来西亚是否会减产，对全球的影响应深入了解了吗？贸易逆差来自于马来西亚的原因，他们出口管子到中国，再作成整机再出口，要收取 12%的关税。

范会长：华映马来西亚有什么产能上的变化？

三星 河：据了解，华映马来西亚停 1 条线，中华福州开 3 条线。三星 马来西亚 12 月份停 1 条线。

杨秘书长：本次会议的目的是希望各家在年底不亏损，建议采取限产保价的策略。对于信息员报告中提到新增的产能，目前可不考虑彩虹和常州宝马。中华福州邀请其入行。

## 议题三：针对库存上升，07 年 Q1，请各家提提看法？

新骏 杨：07 年 Q1 限产保价，对于 Q1 市场整体投放量，需再整体考虑。

杨秘书长：以销定产，不盲目扩大生产。

彩虹 申：建议春节期间停产，来限产保价，给公司和员工带来双赢的局面。

三星 河：淡季特点：供大于求，CTV 厂拿大单（大单价格下降 5%以上）与 CPT 厂低价签定合

CHU00102753

同。如果接受此类大单，牺牲行业价格，将会给行业发展带来很大影响。同行业经营环境不善，CTV 厂家要求越来越苛刻，例如长虹 VMI 结算方式，这些例如 VMI 方式或者变更付款期限，都严重影响了行业的健康发展。

### 议题四：如何针对 Q4 材料采购形势？

杨秘书长：

| | |
|---|---|
| 屏产能下降 23。7% | 锥 产能下降 19。3% |
| 安彩停 11 条 开 14 条 | 安彩停 4 条 |
| 旭电了 停 2 条 | 长沙停 1 条 |
| 石家庄 停 1 条 | 石家庄停 1 条 |
| 共计停 14 条 开 45 条 | 共计停 6 条开 19 条 |

预计全年屏生产 9644 万，锥生产 8644 万。

铜价格上涨。DY 价格上涨，尤其是 21 上涨 6 个美金。彩管虽然涨价，其实只是转移到材料涨价，本身没有赚多少钱。

杨秘书长：首先要作到无库存，然后作到适当的储备库存。目前多余的 500-600 万产能，整个行业采取限产方式把它消耗掉。建议为了缓和 2007 年彩管严重供大于求的局势，会议提议停产限产，每家结合自身情况全年整体停产累计 30 天。

对于杨秘书长的建议，各家表态：

永新 孙：表示赞同。

新骏 杨：主动将产能降低，遵守游戏规则，赞同秘书长的意见。

北松 横枕：首先支持行业的健康发展，对于秘书长提出的邀请中华福州入行表示赞同。另外，希望各公司尽量增加出口，针对目前的进口数据 1100 万，需要了解一下构成。

三星 河：完全停产超过他的决策范围，待定。

曙光 杨：需要再确定。

华飞 盛：根据市场情况，各公司采取主动灵活的停产策略，因为任何公司盲目的停产影响很大，可根据品种和结合黄金周/夏假等方式来确定停产情况。

彩虹 姚：对于限产表示赞同，同意华飞的建议。提议 Q4 马上实施限产 停产。对于福州的事宜，赞同杨秘书长的建议，针对中华马来西亚出口到中国将近 600 万的彩管，是否考虑存在反倾销问题。

杨秘书长：现在材料涨价，尤其是国外的材料工厂，这个对中华马来西亚不利，目前整个 CRT 产业的重心在中国。国内成本最具有竞争力，如果国内亏损，国外厂家一定亏损。所以提议全年各个公司累计整体停产 1 个月。并采取行业监督机制。

范会长的提议的决议草案，详细 WORD 文件。

EXHIBIT 66

**From:** 黃振誼
**Sent:** Wednesday, January 17, 2007 6:14 AM
**To:** Yang Sheng Jen - Sales Assistant Vice President
**Subject:** ??: 氮蝇□氮蝇: ceo??硪□

**Attachments:** 咸???理??通知20070112.DOC

呈：

BOSS

以下附件请您了解，届时我再电话联络您讨论如何应对？

　　　　DENIS.H 2007/1/17

　　─────

发件人: Humf@cptf.com.cn [mailto:Humf@cptf.com.cn]
发送时间: 2007年1月17日 14:02
收件人: huangzy@cptf.com.cn; ljs@cptf.com.cn; lincc@cptf.com.cn
主题: 转发:答复：答复: ceo会议通知

----- 转发人 胡美芳/行销课/业务部/STAFF/cptf 时间 01/17/2007 02:01PM -----

收件人： humf@cptf.com.cn
发件人： huang-hai@bmcc.panasonic.com.cn
日期： 01/17/2007 01:56PM
主题： 答复：答复: ceo会议通知

.(See attached file: 咸阳总经理会议通知20070112.DOC)

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00102863

# EXHIBIT 67

June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00102864E – CHU00102865E.

_____

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

To: Chief Wen-Qiang Fan, Chief Secretary Guo-Jun Yang

| | |
|---|---|
| Xianyang Irico: | Daoqin Xing, Xiaolin Shen |
| Samsung *SDI*: | Hoo-Mok Ha, Yin-Zhi Huang |
| SEG Hitachi: | Chenqun Li, Yufeng Wang |
| Changsha *LG*: | Zheng-Yuan Ha, Yaping Yang |
| Nanjin Huafei: | Yinhua Zhang, Jianzhong Sheng |
| Thomson: | Dade Han, Xiangjie yang |
| Novel: | Wei Sun, Zhiping Xu |
| BMCC: | Heng Zhen Guang Ze [Japanese name in Chinese phonetics] Dalin Lee |
| CPT: | Jing-Song (Jason) Lu, Xiao-Yan Liu |

<u>Color Tube Industry Association Presidents' Meeting Notice</u> (No.200701)

Based on the spirit of the Shanghai President's meeting held in December 2006, through discussion, with consent from Chief Wenqing Fan, the 8 major color tubes industry association will hold Presidents' meeting on January 23, 2007 (Tuesday) in Shann'xi Xi'an, detailed as follows:

I.  Date: January 23, 2007

    09:00 -- 10:30     Current industry condition report
    10:30 -- 11:00     Lead attendees' speech
    11:00 -- 11:50     Lead attendees' workshop
    12:20 --           Lunch

II.  Location: Shannxi Xi'an Datang Furong Garden Fanglin Hotel

III.  Attendees:

    Especially inviting CPTF (Fuzhou factory) to attend this meeting

    Respective companies' president, company leader in charge of sales, sales department head and industry information collectors

IV.  Meeting chair:

    Chief Secretary Guojun Yang

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00102864.01E
**Translation**

V. Agendas for the meeting:

1. Current condition of color television and color tubes and quarterly, 2007 market trend forecast report (30 minutes)

2. Solidified meeting spirit from the December Shanghai Presidents' meeting and looking back (20 minutes)

3. How to have an in-depth communication and cooperation in the color tube industry to welcome the 2007 market jointly (10 minutes to each speaking party from respective companies).

4. Leader attendees workshop in how to pursue long term development and relative topics on *CRT* color television (50 minutes)

VI. Requirements for the meeting

1. Each company shall send company leaders for timely attendance.

2. Please prepare advance materials for speech, no audio recording during meeting, meeting contents shall not be leaked to outside.

3. Meeting fee based on *AA* policy.

VII. Respective information collector for color tube industry shall provide attending leaders' list to Irico group sales company marketing department by January 16th, 2007, Irico shall arrange for airport transportation.  Thank you for your cooperation!

Contact: Irico Group Sales Company   Jun Yao

*TEL*: 029-33333333                     13309106828
*FAX*: 029-33333399
*EMAIL*: yj-xs@ch.com.cn

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00102864.02E
                                                      Translation

**Eight Major Color Tube Industry Association**
January 15, 2007

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                                CHU00102865E
                                                                                `Translation`

致：范文强会长、杨国钧秘书长

**咸阳彩虹 -** 邢道钦、申小琳　　　　**三星 SDI -** 河候穆、黄银植

**赛格日立 -** 李陈群、王宇峰　　　　**长沙 LG -** 河正源、杨亚平

**南京华飞 -** 张银华、盛建忠　　　　**汤姆逊 -** 韩达德、杨向杰

**上海永新 -** 孙　伟、徐志平　　　　**北京松下 -** 横枕光则、李大林

**中华映管 -** 吕镜松、刘晓燕

## 彩管行业协会总经理会议通知(编号 200701)

根据 2006 年 12 月上海总经理会议精神，经商范文强会长同意，八大彩管行业协会拟定于 2007 年 1 月 23 日(星期二)在陕西西安召开总经理会议，具体如下：

**一、　时间**：2007 年 1 月 23 日

　　　09：00～10：30　　行业现状通报

　　　10：30～11：00　　与会领导发言

　　　11：00～11：50　　与会领导座谈

　　　12：20～　　　　　午宴

**二、地点**：陕西 西安大唐芙蓉园芳林苑酒店

**三、与会人员**：

　　　本次会议特邀请中华映管（福州厂）参加会议

　　　各公司总经理、主管销售的公司领导、营销部长及行业信息员

**四、会议主持**：

　　　杨国钧秘书长

**五、会议议题**：

　　　1、　当前彩电彩管行业现状及一季度、07 年市场形势预测汇报（30 分钟）；

　　　2、12 月上海总经理会议精神的落实及其回顾（20 分钟）；

　　　3、彩管行业如何深入沟通协作，共同迎接 07 年市场（各公司发言 10 分钟）；

　　　4、与会领导座谈如何谋求 CRT 彩电的长远发展等相关议题（50 分钟）

**六、　会议要求**：

　　　1、　请各公司领导准时出席；

　　　2、请提前做好发言的资料准备，会议期间不得录音，会议内容不得外泄；

　　　3、会务费用 AA 制；

**七、**请各位彩管行业信息员在 07 年 1 月 16 日前将参加会议领导名单反馈到彩虹集团销售公司市场部，彩虹将安排接送机服务。谢谢合作！

　　　联系人：彩虹集团销售公司　　姚　军

　　　　　TEL：029-33333333　　　13309106828

　　　　　FAX：029-33333399

　　　　　EMAIL:yj-xs@ch.com.cn

CONFIDENTIAL – GRAND JURY MATERIAL　　　　　　　　　　　　　　　　　CHU00102864

**八大彩管行业协会**

2007 年 1 月 15 日

CHU00102865

EXHIBIT 68

**From:** jill-yy@163.com
**Sent:** Thursday, January 25, 2007 8:06 AM
**To:** Yang Sheng Jen - Sales Assistant Vice President; Jimmy Chen - SAL
**Subject:** Fw:Meeting minutes

**Attachments:** 西安总经理会议记要20070123.doc

(See attached file: 西安总经理会议记要20070123.doc)

—————

HYPERLINK "http://www.126.com/" \n网易邮箱精准过滤超过96%的垃圾邮件 www.126.com

CONFIDENTIAL – GRAND JURY MATERIAL

EXHIBIT 69

# 2007 年 1 月 23 日彩管行业总经理（西安）会议纪要

**会议时间**：2007 年 1 月 23 日

**会议地点**：西安　芳林苑宾馆

**与会单位及人员：**

北京松下　范文强　黄新文　黄海

咸阳彩虹　邢道钦　郭盟权　王西民　申小琳　姚军　徐高文

赛格日立　杨国钧　郭　鹏

LPD　　金昌起　于江南

长沙曙光　杨亚平　冯靖

南京华飞　盛建忠　张德柱　许明晖

上海永新　孙　伟　徐志平　叶　青

三星 SDI　吴翊焕　谢　云

中华映管　刘晓燕

**会议主持**：杨国钧秘书长

**主要内容：**

邢道钦董事长致欢迎词

范文强会长致辞并宣读汤姆逊（新骏）对于本次未出席此次会议原因说明的函件：

信息员代表汇报 06 及 07 年市场情况，阐述严峻的市场趋势（详见附件）


与会人员认为：

永新：　支持行业协会的决定，希望行业能够联合应对，面对生存的窘境，在法律方面可以考虑少一些，建议协会可以统一价格，控制产量；

华飞：　各公司根据自身情况自行限制产量

LPD：　LPD 韩国今年 1 季度将停产 4 条线，部分订单及生产计划将向华飞及长沙转移，行业一定要控制库存；

LG：行业成员各自分头停产的力度不够，建议行业统一安排停产；

中华：　07 年福州工厂计划生产 450~600 万只，品种是 14" 及 21".目前福州共有 8 条生产线，已经改造 1 条生产 14"CPT，2 条生产 21"CPT（07 年 7 月份以后计划用生产 CDT 短管的技术生产 21"短管），另还计划改造第 4 条线，不过要看 08 年后市场情况来定.福州工厂投产 CPT 后，马来西亚中华将减少部分产量，预计若干年以后，中华映管只能保存一个工厂，但因为早期建厂时设备等受到海关监管，监管期还没有达到，所以关闭的时间将是一个较长的预期。中华的口号是"战到最后的一兵一卒"

SDI：三星是严格按照订单生产，逐步安排停产；

彩虹：行业协会为国家及行业做出了很大贡献，但就目前行业情况应做出一些约束，要前瞻性的了解如何使行业走出困境。并且建议行业协会更名，如"显示器件行业协会"等等，吸收新会员，扩大视野。

北京松下：控制产销平衡，行业要增加出口，增强全球竞争力。关于申请国家恢复出口退税的事宜，以前行业所做的工作没有对准目标，目前已经联系了一个财政部下属的咨询公司进行推广，如果成功，将要收取一定费用，不成功分文不取；

CHU00447511

CHU00447510

杨秘书长：此次会议方针： 限产、压库、保价

范会长： 会议形成新闻稿，以便大家统一口径。

07 年春节期间停产时间及预期库存

|  | 2 月 | 预计 2 月底库存量 |
|---|---|---|
| 赛格日立 | 10 日~28 日 | 40 万 |
| 上海永新 | 16 日~28 日 | 40 万 |
| 南京华飞 | 16 日~28 日 | 30 万 |
| 长沙 LG | 10 日~25 日 | 25 万 |
| 中华映管 | 15 日~28 日 | 0 |
| 三星 SDI | 15 日~28 日 | 20 万 |
| 彩虹 | 15 日~28 日 | 50 万 |
| 北京松下 | 16 日~25 日 | 50 万 |

会议决定：春节后召开行业部长会议。

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00447512

CHU00447510

EXHIBIT 70

# 行业会议纪要

时间：2007 年 7 月 5 日

地点：东莞富盈酒店

出席人员：

秘书长致辞：2007 年上半年整个市场变化很大，行业本身暴露的问题很多，平板产品对 CRT 的冲击越来越显现出来，在此环境下与会厂家能够在此非常时期开会商讨，希望会议成功。

CRT、CTV 现状分析（请参见会议报告内容）

杨国钧秘书长：

1、今年彩管年初库存 920 万只，到了年底仍旧有 750 万只，还是供大于求，就目前的状况来看库存应该再逐步削减 500 万只。TV 的库存从行业推总来看 450 万台并不多，但 CRT 的库存远远大于 CTV 库存。因此，解决库存问题仍是关键。

2、各家减产的数量不够，下半年生产 3600 万只。

各公司总经理发言：

1、BMCC 陈曦总经理

　　今年供应链玻壳上已发生了明显的危机，上旭电的炉子刚刚修好，就受到资金的压力。其他供应商安彩、宝石也都不乐观。玻壳企业的生存是 CRT 的基础。

BMCC-CRT000105586

BMCC 在今年 4 月份就开始对 14"彩管价格开始恢复，价格再降，将影响整个产业。

TV 厂依靠 CRT 赢利，扶持 LCD，到时候等 LCD 成熟了，抛弃 CRT 就太容易了。只有保价才能在短期内自救。

BMCC 下半年出口计划将进一步增加。


2、咸阳彩虹王西民

去年 11、12 月备受磨难，今年的 1-3 月企业经营也是相当困难。29"刚出来，价格上亏损太大。购买的玻壳、网板等材料，由于是指定使用自己集团内的，因此要比大家的价格还要高。

彩电、彩管的再生品对行业威胁很大，也不环保，应要求国家相关部门对此严格控制。

建议主要品种 21"、29"从 7 月份开始上涨 10%，大家的认识要统一。再就是限产。

对于今后主要品种起码要有一个限价。

尽量出口，比如印度对 14"的需求很大。我们和 BMCC 对 14"价格的控制是好的。


3、三星 SDI 成圣国

今年三星 SDI 的墨西哥工厂将继续生产，不存在关闭的可能。韩国的工厂由于经营成本太高，将会考虑关闭。将余下的生产量转移到中国的天津、深圳两个工厂，以及马来西亚、墨西哥、巴西的工厂。

由于巴西 LPD 工厂的关闭，三星在那里的工厂状况要好一些。

CONFIDENTIAL

2008 年韩国、墨西哥的工厂将会关闭，巴西将只保留一条生产线。

4、赛格日立王宇峰

赛格日立的退出将给行业腾出了每年 600 万只 21"CRT 的产能。

认为下半年市场的回暖不是问题。但赛格日立是因在深圳生产成本高等原因，受市政府要求停止 CRT 业务的。

5、汤姆逊总经理

中国有完善的 CRT 配套生产的体系，预计到 2009 年 CRT 产品依旧是全球最具性价比的产品。

虽然 LCD 厂家出现了产能的少许生产过剩，但价格继续上升，汤姆逊在中国以及全球的 CRT 新品项目（超薄、荫罩 AK 化）上继续投资，致力于长期的发展，成为最后一家彩管制造商为我们的使命。建立完整的玻壳等配套材料的供应链体系，相信合作、公平竞争的重要。

印度市场介绍：

印度有两家 CRT 制造商，VIDECON 和 Smtal。年产 1200 万只，主要集中在 14"CRT 的生产。

原材料供应商也是 VIDECON。

印度的进口税是 12%，所以出口比较困难。

6、上海永新范文懿

上海永新上半年仅一条多线在生产，下半年要加大生产，预计两条线要生产

21FS、21PF、25FS、29PF 四个品种，产量将在 180 万只。同时，人员要做 60%左右的裁员调整。

上海旭电子 7 月开始停一半的炉子，如 3 季度不好，将全部关掉。上海旭电子经营的状况对上海市政府的影响很大。

预计上海新芝网板厂年底关闭。

### 7、BMCC 李大林

从全球市场来看还是有机会的，机会与挑战并存，对于目前的生产，各企业面临的问题各不相同。BMCC 将立足于出口市场，预计下半年将有 15%的增长。

从中国出口到印度的关税较高，泰国出口到印度要相对好一些。

价格要用市场和供需来决定。

积极拓展海外市场，海外市场做得好的话，国内市场也可以减轻部分压力。

### 8、南京华飞盛建忠

CRT 全球来看是减少的，但生命力还是很强，特别是在中国，加速国外工厂的关闭的同时，国内一些厂家也开始转型了。

对于价格的上涨要有信心，小屏幕已经开始有所迹象了。上半年大家不挣钱，下半年不抓住机会的话，今年就很困难了。

价格应该上涨，大家对外要统一，不然下月价格又要下降了。目前，飞利浦出口业务的彩管价格已经开始涨价了。

应该增加出口，从彩管进口的预计数据来看，全年仍将有 500 万只的进口，要减少这个量。

对于一些企业（赛格日立）的抵债管对行业彩管价格的冲击要值得关注。

杨国钧秘书长总结：

1、要把库存降下去，这样才能稳住价格或略有上升，在国内上涨 10%是完全可以的。

2、出口增加对于现金流是有好处的，解决付款条件的问题要下决心解决。

3、要继续做下去的话，行业要做好自己的事情。

4、计划 8 月初，把玻壳厂老总召集起来和 CRT 一起开会，做到整个 CRT 行业大家都不亏损，对 CRT 行业的健康发展是有好处的。

5、CRT 的价格相对 LCD 来说仅是三分之一，所以对 CRT 行业要有信心。现在大家要团结起来，如果下半年没做好，今年就都困难了。

CONFIDENTIAL

EXHIBIT 71



STATE of NEW YORK      )
                       )          ss:
COUNTY of NEW YORK     )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"SDCRT-0105131 - SDCRT-0105134"* originally written in *Chinese and Korean* is to the best of our knowledge and belief, a true, accurate and complete translation into *English*.

Dated: March 7, 2014

*Allison Carey*
Allison Carey
Consortra Translations

Sworn to and signed before ME this
_7th_ day of _March_ ,
2014.

_____
Notary Public

JAMES G. MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

Your
legal
translation
partner



| | |
|---|---|
| **From:** | Eunsik Hwang <es2368.hwang@samsung.com> |
| **Sent:** | Friday, July 6, 2007 10:27 AM |
| **To:** | Mei Jin <mei.jin@samsung.com>; Eun Sik Hwang <es2368.hwang@samsung.com>; Young Woo Park <ywoopark@samsung.com>; Dong Hoon Lee <dhl0814@samsung.com>; Hu Mok Ha <hmha@samsung.com>; Ik Hwan Oh <aone@samsung.com>; Sung Kook Sung <sungsk@samsung.com>; Ik Tae Song <itsong@samsung.com>; Jae Tae Byun <jt.byun@samsung.com>; Seung Chul Hong <chengzhe@samsung.com>; Il Chul Kim <btskim@samsung.com>; Chang Hwan Lee <larry@samsung.com> |
| **Subject:** | Fwd: CPT industry CEO meeting log (July 5) |
| **Attach:** | ATT00001.dat |

I am reporting on the CPT industry meeting held in Dongguan, China.
With relation to fixes following the 1H price decreases, most companies' opinions for the 2H is taking the standpoint of taking a position of trying to recover.
In order to create an atmosphere to increase prices, a consensus was made that production should be suppressed in the second half, each company's predominant product should primarily be sold, and to prepare for competitiveness.

------- Original Message -------
**Sender:** Mei Jin <mei.jin@samsung.com> staff/SSDI) Business Team/Samsung SDI Co. Ltd)
**Date:** 07-06-2007 17:59
**Title:** CPT Industry CEO meeting log (July 5)

Hello.
I would like to report on the CPT industry CEO meeting presided by Thomson.

☐ Date and time: July 5, '07 (Thu) 14:30 ~ 18:00

☐ Place: Fuying Hotel in Dongguan

☐ Background: Under the difficult conditions of the business environment and 2H sales measures related issues, a CPT industry CEO meeting was held under Thomson's leadership using the opportunity prompted by the Skyworth supplier meeting held on July 4.

☐ Participants

Thomson: Saurabh Dhoot Videocon Group, General Manager Kumar Neeraj, Sales General Manager Prakash Rajeev, General Manager Xiangjie Yang, Sales Manager Zhiye Huang, Section Chief Yongjie Zhu, Information Officer Peng Xin, Information Officer Zhiwei Wang, Information Officer Shanshan Wu
BMCC: Vice General Manager Xi Chen, Sales Department Head Dalin Li, Information Officer Hai Huang
SEG Hitachi: Chief Marketing Officer Guojun Yang, Section Chief Yufeng Wang, Section Chief Ying Dai, Information Officer Peng Guo
LPD Nanjing: General Manager of Business Department Jianzhong Sheng, Section Chief Tao Jiang, Information Officer Minghui Xu, Information officer Jiangnan Yu
LPD Changsha: China Region Sales General Manager Changqi Jin, Vice General Manager Yaping Yang, Information Officer Jing Feng
Caihong: Vice President Ximin Wang, Associate Zhengrong Yuan
Youngxin: Vice General Manager Wenyi Fan
SDI: General Manager Sungkook Sung, General Manager Eun Sik Hwang, Manager Yun Xie, Associate Mei Jin

☐ Meeting conclusion (joint consensus)

- Price increase is possible only with inventory management reinforced.
- Exports must continue to be increased (necessary to increase prices in China)
- Task to deteriorate and overcome CRT payment terms (LCD purchase = cash/LCD loss to be borne by CRT)
- Currently CPT supply chain threatened → In order to continue to develop the CRT TV industry, it is necessary to normalize prices
  → Raw materials suppliers should work together as well

<Major discussions of the meeting>
1. Market situation analysis

☐ '07 CTV demand

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0105131E_Translation

- The CTV demand in '07 is expected to be 58 million (domestic 27 million /SET exports 27 million/SKD exports 4 million), with the rapid increase of FPD, CRT demand has a large decrease compared to the existing forecast.
→ Domestic: Used TV's sold in rural markets, the reuse of disposed CPT tubes and other problems is causing a huge impact.
   With the increase in FPD's in urban markets, the CRT demand continues to go down.
→ Exports: Export volume of CRT TV's has gone down substantially beginning in March, and the volume was reduced by 35% compared to the same period of last year.  Of those, the decrease is substantial in Asia, NAFTA, and the Middle East.
- Customer inventory management reinforced and plans to substantially decrease the CTV/CPT inventory amount in comparison to the beginning of the year is making it more difficult to sell CPT's.

CTV inventory held by customers: Beginning of year 8.3 million → End of year 4.5 million (△3.8 million, △46%) / CPT inventory held by customers: beginning of year 6.02 million → End of year 3 million (△3.02 million, △50%)

☐ '07 CPT production forecast

- CPT production for '07 is forecast at 59 million units.  At the year end, CPT companies are expected to hold 4.42 million units in inventory.

2. Opportunities/threats in the second half

☐ Opportunities
- The second half is traditionally the peak season in the rural markets in China.
- CPT/CTV exports increase in the second half
- Capacity reduction partly due to business changes by CPT companies and partly due to line closures
- Currently, because domestic Chinese CTV companies' profits are generated from CRTs, CTV companies are gradually taking an interest in the CPT supply chain.

☐ Threats
- Glass companies management crisis deepedning
→ Shanghai Asahi: Utilization rate is low and capital is insufficient.  Operations in the second half will be very difficult.
→ Anyang: Due to financial difficulty, Shinik, Anyang Factory 1, Anyang's Sungdo, and other factories closed.  It is expected that the capacity will continue to decrease in the second half as well.
Due to the refund rate change for value added tax (reduced from the existing 13% to 8%), exports are expected to decline.
→ Glass companies submitted price increases
- Mask suppliers and other suppliers are experiencing operation difficulties.

3. Each company's statements

☐ BMCC
- The status of suppliers' (glass) financial difficulties is increasingly severe.  Glass companies existence is important for the survival of CPT companies, so they should be valued.  BMCC started to increase the price of 14" CPT since April and this is advantageous not only for CPT companies but also for glass companies.  This is a very important problem related to the overall CPT supply chain.
- Necessary to increase the price
Currently, the situation is that TV makers generate profit from CRT's and TV makers are purchasing LCD panels with money made from CRT's to push ahead with production.  After the LCD market matures in many ways, it will be inevitable to give up on CRTs.  The traditional peak season starts in August, so the price should be increased in order to reduce loss and generate profit.
- Increase in exports
BMCC exports are pursued.  After the close of the overseas MTPD factory, BMCC's export order increased.
The export volume of BMCC in the first half is 65% of total sales, and in the second half, a 15% increase compared to the first half is planned.

☐ Caihong
- All of Caihong's models are in the red, especially, after the launch of 29"F, the prices continue to fall.
- It is necessary to increase the prices starting July, push ahead to increase the price level by 10% compared to the previous month.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                                    SDCRT-0105132E_Translation

- Due to the current excessive capacity of CPT companies, it is necessary to control production/inventory.
- Strengthen exports, currently, due to the Indian government's policy of supporting 14" TV's, sales of 14" to India are good.
- 25" price is low, the deficit is in a serious situation, and so a gradual reduction of production/sales is planned.
- Caihong, as the largest government company in Shenyang, in order to resolve obtaining employment for 20,000 people, the company must maintain a steady level of operation.

☐ LPD Changsha
- With the continuous price decrease, the amount of loss is large and so, it is thought that inventory management is important.
- Looking at CDT, because inventory is well managed, there is stable production/sales compared to CPT.  It is necessary to strengthen inventory management of CPT's.

☐ SDI
- SDI is also in a serious operational situation, and SSDI, which is the best line globally, also experienced difficulties in the first half of '07.
Although CDT sales are OK, the CPT price in China is too low, especially, the 21" model is serious.
- The strategy in the second half is to pursue exports.  Due to large increase in exports to SEC (centered on VX), it seems that the operation of the medium SSDI line will not be problematic.
In terms of models, 21"N price is low, and due to the deficit, sales will be reduced, if possible.  Large models will be centered around VX and sales will progress.
Price recovery in the second half is pursued.

☐ SEG Hitachi
- It is fully possible to increase the prices of the major CPT models in the second half.  Prices were increased between September and December of '05 and between July and October of '06.  If raw materials are provided stably in '07, price increases will be possible.
- SEG Hitachi's giving up on the CRT business and conversion to a LCD parts business was decided by the Shenzhen city government and SEG group.  Currently, employees are being laid off and some employees are trying to find jobs.
→ The company stated that it expected to stop line operations in mid-July.

☐ Thomson
- Although the CRT market is being reduced, in China it looks like the CRT market will remain as a dominant market in China until '09.
- Although the CPT prices in China are continuing to go down, the TV prices remain at existing levels.
- Thomson will continue to invest in new products (VX, AK) and has the decision to remain in the CPT industry until the end.
- In '07, only if CPT production in China is reduced by 20% compared to '06, will it be possible to also have inventory control and will it be possible to also increase prices by at least 10%.
- It is necessary to pursue exports.
- Production/inventory control in the first half tightened, since there is no increase in demand even though the price is reduced, inventory has been managed strictly for the past 6 months.
- Indian market situation
→ Currently, the demand in the Indian market is around 12M, and the demand is increasing by 10% to 15% each year and there are only two companies: Videocon and Samtel.
→ The Indian market TV brand is Videocon, which focuses on Samsung and LG.  The main models are 14" and 21".

☐ Shanghai Youngxin
- The company plans to operate only two lines in the second half and the main models will be focused on medium"/25"/29"F models.  The production plan for the second half is 1.8 million units and the utilization rate is expected to be around the 40% level.
- SVA will support Youngxin, and the company plans to maintain only 2 lines for production in the future.
- It is possible to sell products as long as the price is not below cost.

☐ LPD Nanjing
- Although CRTs are trending downward, China is still competitive.  It is necessary to increase exports.
- It is necessary to increase prices.  The export prices are currently being increased, and the prices for the products headed for Philips are also being increased.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0105133E_Translation

The attachment is presentation data related to the second half forecast.

Thank you.

- End -

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

| | |
|---|---|
| **From:** | EUNSIK HWANG <es2368.hwang@samsung.com> |
| **Sent:** | Friday, July 6, 2007 10:27 AM |
| **To:** | MEI JIN <mei.jin@samsung.com>; 황은식 <es2368.hwang@samsung.com>; 박영우 <ywoopark@samsung.com>; 이동훈 <dhl0814@samsung.com>; 하추록 <hmha@samsung.com>; 오익환 <aone@samsung.com>; 성성국 <sungsk@samsung.com>; 송익태 <itsong@samsung.com>; 변재태 <jt.byun@samsung.com>; 홍승철 <chengzhe@samsung.com>; 김인철 <btskim@samsung.com>; 이창환 <larry@samsung.com> |
| **Subject:** | Fwd: CPT업계 총경리 미팅 회의록(7/5일) |
| **Attach:** | ATT00001.dat |

7/5일 동관에서 이루어진 **CPT 업계 미팅 결과를** 보고 합니다.
상반기 가격 하락 에 따른 손질에 대한 대부분 업체의 의견은 하반기에
만회를 해야 한다는 입장을 견지 하고 있었슴.
가격을 인상 하는 분위기 조성위하여 하반기도 생산을 억제 하고 ,각자의 우세 제품을 주로 판매 하고,
스스로 경쟁력을 갖추어 나가기에 의견이 모아짐.

------- **Original Message** -------
**Sender** : MEI JIN<mei.jin@samsung.com> Staff/SSDI)Business Team/SAMSUNG SDI CO. LTD
**Date** : 2007-07-06 17:59
**Title** : CPT업계 총경리 미팅 회의록(7/5일)

안녕하세요.
아래와 같이 THOMSON주관하에 진행된 CPT업계 총경리 미팅 회의록 보고 드립니다.

☐ 일시 : '07년 7월 5일(木) 14:30 ~ 18:00
☐ 장소 : 동관 富盈 HOTEL
☐ 배경 : 7월 4일 SKYWORTH 공급업체 미팅을 계기로 경영환경이 어려운 상황하에 하반기 판매대책 관련하여
         THOMSON 주관아래 동관에서 CPT업계 총경리회의 실시함.
☐ 참석 인원
    THOMSON : Saurabh Dhoot Videocon집단 소속, Kumar Neeraj 总经理, Prakash Rajeev 销售总经理
              杨向杰总经理, 黄志业 销售经理, 朱永杰 科长, 辛鹏 信息员, 王志伟 信息员, 伍珊珊 信息员
    BMCC : 陈曦 副总经理, 李大林 销售部长, 黄海 信息员
    SEG HITACHI : 杨国钧 市场总监, 王宇峰 科长, 戴瑛 科长, 郭鹏 信息员
    LPD남경 : 盛建忠 商务部总经理, 江涛 科长, 许明晖 信息员, 于江南 信息员
    LPD상사 : 金昌起 中国区销售总经理, 杨亚萍 副总经理, 冯靖 信息员
    彩虹 : 王西民 副总裁, 原峥嵘 S
    永新 : 范文懿 副总经理
    SDI : 성성국 부장, 황은식 부장, 谢云 과장, 金美 S
☐ 회의 결론( 업체들 공동적 의견)
    – 재고 관리를 강화해야만 가격 인상 가능함.
    – 수출을 지속 증가가 추진 해야 함 ( 종국내 가격인상 필요)
    – CRT Payment Term 조건 악회 극복 과제(LCD 구매 =현금/ LCD 적자 부분 CRT 에 부담)
    – 현재 CPT SUPPLY CHAIN 위험 –>CRT TV 업계 건강하고 지속적 발전을 위하여 가격 정상화 필요
                              –>자재 업체도 공동 노력 필요

< 회의 주요 내용 >

1. 시장현황 분석

    ☐ '07년 CTV 수요
       – '07년 CTV수요는 5,800만(내수 2,700만/ SET 수출 2,700만/ SKD 수출 400만)으로 예상되며 FPD급속한 증가로
         CRT 수요 기존 예상 대비 대량 감소.

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

→ 내수 : 농촌시장 중고 TV 판매,폐기된 CPT구 재사용 등 문제로 인한 영향을 많이 받음.
　　　도시시장 FPD 증가로 CRT수요 지속 감소 중.
　→ 수출 : 3월부터 CRT TV 수출 물량 대폭 감소, 전년 동기 比 △35% 감소함. 그중 아시아, NAFTA,
　　　중동향 감소폭이 큼.
– 고객 재고 관리 강화, CTV/CPT 재고 보유량 년초 대비 대폭 감소 계획으로 CPT 판매 더욱 어려워짐.
　고객 CTV보유 재고: 년초 830만 → 년말 450만(△380만, △46%) / 고객 CPT 보유 재고:
　년초 602만 → 년말 300만(△302만, △50%)

□ '07년 CPT 생산 전망
– '07년 CPT 생산 5900만으로 예상하며, 년말 CPT 업체 CPT 보유 재고  442만 도달할 것으로 예상.

## 2. 하반기 기회/위협 요인

□ 기회요인
– 하반기는 중국 농촌시장의 선통적 성수기임
– 하반기 CPT/CTV 수출 증가
– 부분 CPT 업체 사업 전환 및 부분 라인 CLOSE에 따른 CAPA 감소
– 현재 중국내 CTV업체 이익은 CRT에서 나고 있으므로 CTV업체 점차적으로 CPT SUPPLY CHAIN에 관심을 돌리고 있음.

□ 위협요인
– GLASS업체 경영 위기 심화
　→ 상해 아사히 : 가동율 저조, 자금 부족, 하반기 운영 상당히 어려움.
　→ 안양 : 자금난으로 信爲, 안양 1공장, 안양 성도 등 공장을 CLOSE, 하반기에도 CAPA 지속 감소
　할 것으로 예상 됨.
　→ 증치세 환급율 변경(기존 13%에서 8%로 감소)으로 인한 수출 감소 예상
　→ GLASS업체 가격인상 제출
– MASK 등 기타 부품 공급업체도 경영이 어려움.

## 3. 업체별 발언 내용

□ BMCC
– 공급업체(GLASS) 경영난이 더욱 심각해지고 있는 상황임. GLASS업체 존재는 CPT 생존의 기초이므로 중요시해야 함.
　BMCC는 4월부터 14" CPT 가격 인상을 추진했으며 이는 CPT업체뿐만아니라 GLASS업체에도 유리한 것으로 전반
　CPT SUPPLY CHAIN에 관련되는 중요한 문제임.
– 가격 인상 추진 要.
　현재 TV MAKER 이익은 CRT에서 나고 있으며 CRT에서 번 돈으로 LCD PANEL을 구입하여 생산을 진행하고 있는 상황임.
　LCD가 여러 면에서 성숙된 후 필연적으로 CRT를 포기하게 될 것임. 8월부터 전통적 성수기에 진입, 가격 인상 추진하여
　적자 감소, 이익 창출해야 함.
– 수출 증가 추진
　BMCC 수출 추진 중, MTPD 해외 공장 CLOSE 후 BMCC 수출 오더 증가.
　BMCC 상반기 수출물량은 판매총량의 65% 점유, 하반기에는 상반기 대비 15% 증가 계획임

□ 채흥
– 채흥 전 기종 적자임, 특히 29"F 출시후 가격 지속 하락 중.
– 7월부터 가격 인상 추진 要, 전월 比 +10%↑ 추진.
– 현재 CPT업체 CAPA 과다로 생산/재고 CONTROL 要.
– 수출 강화, 현재 인도 정부 14" TV 지원정책으로 인도향 14' 판매 양호함.
– 25" 가격 低, 적자가 심각한 상황이며 생산/판매 점차 감소 계획임.
– 채흥은 함양시 최대 국유업체로 2만여명의 직원의 취업을 해결해야 하므로 일정한 수준의 가동율을 유지해야 함

□ LPD장사
– 가격 지속 하락으로 적자가 많이 나고 있으며 재고 관리가 중요하다고 생각됨.
　CDT를 보면 재고 관리를 잘 하고 있는 원인으로 CPT대비 안정적 생산/판매 중임, CPT도 재고 관리 강화 要

□ SDI
– SDI 경영도 심각한 상황임, 글로벌적으로 BEST LINE인 SSDI 도 '07년 상반기에는 어려운 시기를 겪었음.

**Highly Confidential**
**Subject to Protective Order**
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

CDT판매는 괜찮은 편이지만 종국 CPT가격이 너무 낮음,특히 21" 기종이 심각함.
- 하반기 전략은 수출 추진임. SEC향(VX위주) 수출 증가가 많으므로 SSDI 종혈 라인 가동은 별 문제가 없을 것으로
  보여짐.
  기종면에서 21"N 가격 低, 적자가 나므로 판매 가능한 감소, 대형은 VX 위주로 판매 진행.
  하반기 가격 회복 추진.
□ SEG HITACHI
- 하반기 CPT 주요 기종 가격 인상 충분히 가능함. '05.9~12월 가격 인상, '06.7~10월 가격인상하였으며
  '07년에도 원자재만 안정적으로 공급하면 인상 가능함.
- SEG HITACHI CRT사업 포기,LCD 부품사업으로의 전환은 심천시 정부와 SEG집단에서 결정한 사항으로
  현재 감원, 부분 직원 재취업 등을 추진하고 있는 중임.
  -=> 실직적으로 7월 중손경 LINE 비가동 전망 한다고 함.
□ THOMSON
- CRT시장은 비록 지속 감소 중이지만 종국에서는 '09년까지 주도적지위에 있을 것으로 보여짐.
- 중국 CPT가격은 계속 하락 하고 있지만 TV가격은 기존 수준을 유지하고 있는 상황임.
- THOMSON은 신제품(VX,AK)면에서 투자를 지속 진행할 것이며 CPT업계에서 최종까지 견지할 결심을 가지고 있음.
- '07년 중국 CPT 생산은 '06년 대비 20%이상 감소해야만 재고도 CONTROL 가능하며 가격도 10%이상으로 인상 가능함.
- 수출 추진 要.
- 상반기 생산/재고 CONTROL 강화, 가격을 인하하여도 수요는 증가가 없으므로 지난 6개월간 재고 엄격히 공제.
- 인도 시장 현황
  → 현재 인도 시장 수요는 12M정도로 매년 10%~15% 증가추세이며 VIDEOCON/SAMTEL 2개 업체만 있음.
  → 인도 시장 TV브랜드는 VIDEOCON , 삼성, LG에 집중 되고 있으며 주요 기종은 14"/21" 임.

□ 상해영신
- 하반기 2개 라인만 운영 계획이며 기종은 중형"/25"/29"F 위주로 생산 계획임.하반기 생산계획은 180만으로 가동율은
  40% 수준으로 예상됨.
- 상해 광전집단에서 영신을 지원할 것이며 향후 2개 라인 생산만 유지할 계획임.
- 원가이하의 가격만 아니면 판매 가능함.

□ LPD남경
- CRT는 감소추세지만 중국은 여전히 경쟁력 有. 수출 증가 要.
- 가격 인상 추진 要, 현재 수출 가격은 인상하고 있으며 PHILIPS향 가격도 인상 중임.


첨부는 실무자가 분석한 하반기 예측 관련 발표자료 입니다.


감사합니다.


- 이 상 -

**Highly Confidential**
**Subject to Protective Order**
**U.S.D.C. (N.D. Cal.) No. M-07-5944 SC**
**In re Cathode Ray Tube (CRT) Antitrust Litigation**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

EXHIBIT 72



June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00029131E – CHU00029137E.

_Abraham I. Holczer_

Abraham I. Holczer

Project Manager

EXHIBIT #710E
WIT: SON
DATE: 2-5-13
TOM FRASIK, CSR 6961

Park                    Case                    #                    29567

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

**Visitation Report (Submit)**

Date:    2000-05-25
Visitors:   *SDD-Mr. Inn Kim, Mr. K.H.Lee, Mr. S.K. Park, Mr. Michael Son*
          *LG-Mr. S. Y. Choi, Mr. G. I. Choi, Mr. D. Y.Ko, Mr. K.J. Park*
          *Orion-Mr. H.K. Cho, Mr. H.S. Lee, Mr. Karl Min*
          *PH-Mr. Jim. Smith, Mr. Jin Qiang, Mr. Jerry Lim*
*CPT* Staff:  Director Liu, Senior Manager Yang, Ching-Yuan (Michael) Du
Topic:    Market Information Exchange and Price Review
Content:

    (A) Review *of previous meeting:*

        (a) 14" *CPT price suggestion of European market:*
        At the last *meeting*, it was resolved that the European 14" tube price
        should be:

        (1)  *The reasonable price in Europe will be a 116% level of S.E. Asia due*
        *to the additional cost, e.g. freight charge and import duties etc.*

             **14" *CPT price-gap curve between Europe and S.E. Asia***



        (2) *European 14" price should be at least $40 on the assumption that*
        *S.E. Asia price will be a $34 on Q4.*

        (3)  *European meeting is scheduled on 5/26 in Brussels, there is some*
        *lower price, but current price level is $36, $38/Q3 & $40/Q4 can be*
        *possible as we mentioned the certain price level of Europe on 4/14*
        *meeting. However, Set price continue to down regardless of increasing*
        14" *CPT price.*

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL        CHU00029131.01E
                                        TRANSLATION

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029131.01E
TRANSLATION

(4) *OEC Mr. Cho* explained that the production volume of the main 14" suppliers in Europe in 2000 are as follows: *OEC - 0.7M, Ekranna s- 1.0M, Sony - 0.4M, CPTUK - 2.4M, PH - 4.7M, Total*: 9.2M. Europe's actual volume of demand for 14" is 11.0 *M*, and after deducting import volume of 1.9*M*, 9.1*M* can be fulfilled by local suppliers, so we request main suppliers not to further expand

1

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029131.02E
TRANSLATION

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029132E
TRANSLATION

production. (The demand for 14" in Europe can be seen below)

**14" *CPT* balance situation of Europe**

|  |  |  |  |  |  | *Unit: mp* |
|---|---|---|---|---|---|---|
|  |  | *1997* | *1998* | *1999* | *2000* | *AAGR* |
| *Demand* | *W.EU* | *7.1* | *6.8* | *6.5* | *6.0* | *-5.5%* |
|  | *E.EU* | *2.7* | *3.7* | *4.3* | *5.0* | *22.8%* |
|  | *TOTAL* | *9.8* | *10.5* | *10.8* | *11.0* | *3.9%* |
| *Imported* | *KOR* | *1.1* | *0.6* | *0.3* | *0.0* | *-100.0%* |
|  | *SEA* | *1.8* | *1.8* | *1.0* | *0.3* | *-45.0%* |
|  | *KOR+SEA* | *2.9* | *2.4* | *1.3* | *0.3* | *-53.1%* |
|  | *CHN* | *0.3* | *0.9* | *1.8* | *1.6* | *74.7%* |
|  | *KOR+SEA+CHN* | *3.2* | *3.3* | *3.1* | *1.9* | *-16.0%* |
|  |  | *6.6* | *7.2* | *7.7* | *9.1* | *11.3%* |

Director Liu added that the *Anti-dumping* problem will impact *Samtel/IRICO*'s sales volume to Europe. The European market situation for 14" should be better, while that of Asia-Pacific Area will be worse. Although CPT's *UK* plant increased its production, many orders are from old customers, such as *TCE/Orion*, etc. The plant is busy with production and distribution and hasn't been looking for new customers, but CPT's current prices are all above $37. According to the results of the meeting between CPT/*PH/IRICO* on 4/28, currently, the European price increase problem lies mainly with *PH* and *IRICO*. Both of these companies *Pushed* each other to raise *Vestel*'s price, but no further action has been taken. Because *IRICO* already raised its price close to *PH*'s price in March and is currently impacted by *Anti-dumping*, *PH* should be the first to raise prices, and judging from the current market situation, a price increase will not be a problem. *Mr. Jim* of *PH* expressed that the current European 20" price is only US $46 because of depreciation of the Deutsch mark, and he is worried that the demand for 14" will shrink if the price of 14" is increased. He thinks that $38 for 14" will be the highest price acceptable in the market.

(b) *China* 21" *CPT*:

A summary of information presented and conclusions reached follows:

1.   *PH* Huafei: Original export price to Korea was $50 (*ITC*); currently the

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

price has been increased by $0.5 to $50.5 and will be increased again according to the market situation.

2.    *HTC* Shenzhen: Current price is for *Bare*: $48. *Mr. Inn Kim* explained that *HTC* Shenzhen will visit *SDI* on 5/27. *SDI* will relay to *HTC* personnel information regarding the current market price and the *Complaint*s regarding their practice of pricing low to bring in orders, requesting them to improve. At the same time, *HTC* staff might also have some complaints against the meeting participants. *SDI* will report on this and request everyone to make improvements. It is estimated that there will be another *meeting* with *HTC* Shenzhen personnel in mid-June to inform of the implemented improvement according to their requirements and to request that their export price of 21" must *FLW* the market price. According to *Mr. Inn Kim*'s suggestion, the current 20" price is approximately *Bare*: $48 and a reasonable price difference between 20" and 21" is $3, *China*'s 21" *CPT* price should be *Bare*: $51(*ITC* price should consider giving a *handicap*: $54.5).

(B) *Price* adjustment condition:

(a) *Review of last meeting*

1. *The price gap should be less than $0.5 between customers.*
→*in case of 14", target price $34.5 itc arr → then minimum price $34*
→*in case of 20", target price $53.5 itc arr→ then minimum price $53*

2. *TCE 20" price need to add $0.5 more on the target*
→*Chairman has sent a letter officially to TCRT, Mr. Chaovalit on 4/18*

2

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00029133.02E
                                                     TRANSLATION

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL -- GRAND JURY MATERIAL

CHU00029134E
TRANSLATION

→*TCRT mentioned "There should not be a problem" in his letter on* 4/20

   3. *Leader finalize price negotiation until* 4/24

   4. *Follower finalize price negotiation until* 4/E

   5. *Target Price*:

### *Price review (target price)*

| *Customer* | *14"* | | | | *20"* | | | |
|---|---|---|---|---|---|---|---|---|
| | *ITC* | | *Bare* | | *ITC* | | *Bare* | |
| | *Arrival* | *CIF* | *Arrival* | *CIF* | *Arrival* | *CIF* | *Arrival* | *CIF* |
| *ORION* | *$34.0* | *$33.7* | *$30.5* | *$30.2* | *$53.0* | *$52.7* | *$48.5* | *$48.2* |
| *SREC* | *$34.5* | *$34.2* | *$31.0* | *$30.7* | *$53.5* | *$53.2* | *$49.0* | *$48.7* |
| *TCE* | *$34.0* | *$33.7* | *$30.5* | *$30.2* | *$53.5* | *$53.2* | *$49.0* | *$48.7* |
| *AIWA* | *$34.5* | *$34.2* | *$31.0* | *$30.7* | *$53.5* | *$53.2* | *$49.0* | *$48.7* |
| *FUNAI* | *$34.5* | *$34.2* | *$31.0* | *$30.7* | *$53.0* | *$52.7* | *$49.0* | *$48.7* |

*Conversion*)   1. *Inland* = $0.3
                       2. *ITC* = $3.5/14", $4.5/20" (*Mini* $4.0)
Remarks)      1. *Funai* 20" *itc cost = mini* $4.0

   (b) Each maker's current price situation and progress of increases:
   The following are the current status of price increase from each maker for
   *ORION/SREC/TCE/AIWA/FUNAI*

   *1.*   *ORION*:

| *SIZE* | *Vendor* | *Condition* | *MAR* | *APR* | *MAY* | *JUNE* | *JULY* | *RMKS* |
|---|---|---|---|---|---|---|---|---|
| *14"* | *CPT* *LGE* *OEC* *PHS* *SDI* | *itc/arr* | *$32.0* | *$32.0* | *$33.0* | *$33.0* | *$33.0* | *Aug:$34* |
| | *Thai* | *itc/arr* | *$32.0* | *$32.0* | *$33.0* | *$33.0* | *$33.0* | *cnfmed* |
| *20"* | *CPT* *LGE* *OEC* *PHS* *SDI* | *itc/arr* | *$51.0* | *$51.0* | *$52.0* | *$52.0* | *$52.0* | *Aug:$53* |
| | *Thai* | *itc/arr* | *$51.0* | *$51.0* | *$51.0* | *$52.0* | *$52.0* | *cnfmed* |

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

2.  *SREC*:                    3

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00029135E
                                                                TRANSLATION

| SIZE | Vendor | Condition | MAR | APR | MAY | JUNE | JULY | RMKS |
|------|--------|-----------|-----|-----|-----|------|------|------|
| 14" | CPT | bare/arr | $29.5 | $29.5 | $31.0 | $31.0 | $31.0 | 6/5 cnfmed |
| | LGE | bare/cif | $30.0 | $30.0 | $31.0 | $31.0 | $31.0 | Not cnfmed |
| | OEC | | | | | | | |
| | PHS | itc/cif | $32.0 | $32.0 | $32.0 | $33.5 | ? | cnfmed |
| | SDI | bare/arr | $29.8 | $30.8 | $30.8 | $30.8 | ? | cnfmed |
| | Thai | | | | | | | |
| 20" | CPT | bare/arr | $48.0 | $48.0 | $48.0 | $48.0 | $49.0 | 6/5 cnfmed |
| | LGE | bare/cif | $48.0 | $48.0 | $48.0 | $48.0 | $49.0 | offered |
| | OEC | | | | | | | |
| | PHS | | | | | | | |
| | SDI | bare/arr | $48.0 | $48.0 | $48.0 | $49.0 | $49.0 | Not cnfmed |
| | Thai | | | | | | | |

Because *Leader SDI* only raised $0.8 for *SREC* and did not reach the *Target price*, *PH/CPT/LG* all expressed that this made the price increase difficult. After discussions, it was resolved that from May to July *FLW SDI* price is $30.8 and further increase the price to $31 in August.

3.   *TCE*:

| SIZE | Vendor | Condition | MAR | APR | MAY | JUNE | JULY | RMKS |
|------|--------|-----------|-----|-----|-----|------|------|------|
| 14" | CPT | itc/arr | $32.5 | $32.5 | $34.0 | $34.0 | $34.0 | cnfmed |
| | LGE | itc/arr | $32.5 | $32.5 | $34.0 | $34.0 | $34.0 | offered |
| | OEC | | | | | | | |
| | PHS | | | | | | | |
| | SDI | itc/arr | $33.0 | $33.0 | $34.1 | $34.1 | $34.1 | cnfmed |
| | Thai | itc/arr | $32.5 | $32.5 | $33.5 | $33.5 | $34.5 | cnfmed |
| 20" | CPT | itc/arr | $52.5 | $52.5 | $52.5 | $52.5 | $53.5 | cnfmed |
| | LGE | itc/arr | $52.0 | $52.5 | $52.5 | $52.5 | $53.0 | offered |
| | OEC | | | | | | | |
| | PHS | | | | | | | |
| | SDI | | | | | | | |
| | Thai | itc/arr | $52.5 | $53.0 | $53.0 | $53.0 | $53.5 | No BIZ |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00029136.01E
                                                       TRANSLATION

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029136.01E
TRANSLATION

4.   *AIWA*:

| SIZE | Vendor | Condition | MAR | APR | MAY | JUNE | JULY | RMKS |
|------|--------|-----------|-----|-----|-----|------|------|------|
| 14" | CPT | itc/cif | $33.0 | $33.0 | $34.5 | $34.5 | $34.5 | cnfmed |
| | LGE | itc/cif | $33.0 | $34.5 | $34.5 | $34.5 | $34.5 | cnfmed |
| | OEC | | | | | | | |
| | PHS | | | | | | | |
| | SDI | | | | | | | |
| | Thai | itc/arr | $33.0 | $33.0 | $33.0 | $34.0 | ? | cnfmed |
| 20" | CPT | itc/arr | $53.5 | $53.5 | $53.5 | $53.5 | $54.0 | cnfmed |
| | LGE | itc/arr | $54.0 | $54.0 | $54.0 | $54.0 | $54.5 | cnfmed |
| | OEC | | | | | | | |
| | PHS | | | | | | | |
| | SDI | itc/arr | $55.0 | $55.0 | $55.0 | $55.0 | $55.0 | No BIZ |
| | Thai | itc/arr | $53.0 | $53.0 | $53.0 | $53.0 | ? | cnfmed |

4

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029136.02E
TRANSLATION

5.   *FUNAI*:

| SIZE | Vendor | Condition | MAR | APR | MAY | JUNE | JULY | RMKS |
|------|--------|-----------|-----|-----|-----|------|------|------|
| 14" | CPT | bare/cif | $30.0 | $30.0 | $30.5 | $30.5 | $31.0 | cnfmed |
| | LGE | bare/cif | $30.0 | $30.0 | $31.0 | $31.0 | $31.0 | cnfmed |
| | OEC | bare/cif | $29.5 | $30.5 | $30.5 | $30.5 | $30.5 | cnfmed |
| | PHS | | | | | | | |
| | SDI | bare/arr | $30.0 | $30.8 | $30.8 | $30.8 | ? | cnfmed |
| | Thai | | | | | | | |
| 20" | CPT | bare/cif | $48.0 | $48.0 | $48.0 | $48.0 | $49.0 | cnfmed |
| | LGE | | | | | | | |
| | OEC | bare/cif | $47.5 | $48.0 | $48.5 | $48.5 | $48.8 | cnfmed |
| | PHS | | | | | | | |
| | SDI | bare/cif | $48.0 | $48.0 | $48.0 | Pend' | ? | Not cnfmed |
| | Thai | bare/cif | $48.0 | $48.0 | $48.0 | $48.0 | ? | Not cnfmed |

Originally, *Leader OEC* confirmed that the price for *FUNAI* 14" would be increased to *Target Price*, $31 in July. However, it is now July and the price still remains at $30.5. Director Liu indicated that this is unacceptable and asked *OEC* to lead in raising the price to $31 starting in July no matter what. *Mr. Cho* of *OEC* said that the price to *SREC* has already been confirmed until September and thus cannot be changed. From July, *OEC* will respond by saying their production capacity is limited and cannot deliver. Additionally, *SDI* indicated that the price of 14" is calculated on an *Arrival* basis + 0.3, that is, $30.8, so if other makers are using an *Arrival Base* delivery price, they should adjust to $30.8.

(D)*AOB*:
It was resolved that the *GSM TOP Meeting* will take place in Malaysia on 6/20, to be arranged by *CPT*.

- End of report -

Respectfully submitted for approval and instructions

5

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00029137E
                                                      TRANSLATION

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

EXHIBIT 73

**[TRANSLATION]**

Visitation Report (Submit)

Date:          2000-03-25 [Crossed out and handwritten: "04-14"]

Visitors:      *SDD- Mr. Inn Kim, Mr. K.H Lee, Mr. S.K. Park, Mr. Michael Son,*
               *LG- Mr. S.Y. Choi, Mr. G.I. Choi, Mr. D.Y. Ko, Mr. K.J. Park*
               *Orion- Mr. H.K. Choa, Mr. H.S. Lee, Mr. Karl Min*
               *PH- Mr. Jim Smith, Mr. Jin Qiang, Mr. Ney, M. Corsino*

*CPT* Members:   Director Liu, Manager Yang, Ching-Yuan (Michael) Du

Topic:          Exchange of Market Information and Price Discussions

Content:

(A) *Market overview:*

(a) *European* 14" *market:*

   Supply/demand and prices for the 14" tube market in Europe are presented below:

   *Due to shortage market and rising* 14" *Price, European manufactures are fully operation.*

   1.   *Production & Sales*

*Unit: Mpcs*

| 14" CPT production & sales in Europe | | | | | |
|---|---|---|---|---|---|
| Producer | Production | Import | Export | Actual sales | Remarks |
| CPT | 2.4 | | 0.6 | 1.8 | Thailand |
| PH | 4.7 | | 0.2 | 4.5 | Middle East |
| Dosa | 0.7 | | | 0.7 | |
| Ekranas | 1.0 | | | 1.0 | |
| Sony | 0.4 | | | 0.4 | |
| PH Brazil | | 0.7 | | 0.7 | |
| Irico | | 1.6 | | 1.6 | |
| Samsung | | 0.3 | | 0.3 | |
| Others | | 0.2 | | 0.2 | Samtel |
| Total | 9.2 | 2.8 | 0.8 | 11.2 | |

   2.   *Price*:

| 14" CPT price information | | | |
|---|---|---|---|
| Q1 | Q2 | Q3 | Q4 |
| $35~36 | $36~37 | $37~38 | $38 |

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**          CHU00029138.01E

*14" CPT price will be increased gradually for this year.*

In respect of prices, Director Liu proposed that, even though the price for 14" tube in Europe had dropped dramatically due to decreased demand, right now demand for 14" tubes in Europe is hot and originally the difference between the tube price in the European and Asian markets was more than $5.0, but now that the price in Asia has risen to around *ITC* $35, the price target in Europe should be increased to above $40. However, *OEC/PH* both claim, the prices for 20"/21" are calculated in Deutsche Marks; 20" tube is 100 Deutsche Marks (approximately US$50) and 21" tube is 110 Deutsche Marks (approximately US$55).    The price difference between the 14" tube and 20"/21" tubes needs to be considered.    After discussions, would like European *GSM Chairman Mr. Moon* to increase the price for 14" to $39 in 3*Q* and $40 in 4*Q*.

1

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

**CONFIDENTIAL – GRAND JURY MATERIAL**                    CHU00029138.02E

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

(b) *China* 21" *CPT*:

A summary of the information reported at the *working level meeting* on 3/24 follows:

1. *IRICO*: CPT explained that currently *IRICO*'s two operating lines that manufacture 21" tubes produced 3,050,000 units in 1999 and 2 million units are forecasted for 2000 (a portion will be converted to produce 25/29"*F*), and there is no direct export.   Large domestic Chinese customers' price is *RMB*500 and general customers' price is *RMB*510.   Korean manufacturers all questioned whether *IRICO* is capable of starting production of 25/29"*F* by the end of this year, requesting that CPT investigate further.   CPT replied that it has already arranged with *PH* personnel to meet *IRICO* personnel in Xian on April 28[th] and will provide further *update* on *IRICO* in due course.

2. *HTC* Shenzhen: *SDI* reported that *HTC* Shenzen 21" exports approximately 60-70*k/m*.   The estimate for this year is 800*k*.   It primarily supplies to the Turkish market: 25*k/m*; Southeast Asia: 25-30*k/m*; South America: 5-10*k/m*.   The current price for *Bare* is approximately $48-49.5 (price to *JVC* Thailand is approximately *Bare* $48).

3. *PH* Huafei: *PH* explained that business for 21" in China is getting better and inventory is being reduced.   The estimated production volume for this year is 1,450,000 units.   The current price for export to Korea is approximately $50-51(*ITC*).   *SDI* complained that this is lower than *local* 20" tube prices by $1~2 and requested *PH* to increase sales price immediately.   *Mr. Jim Smith* promised to request Huafei personnel to raise the price.   *Mr. Chairman* requested *PH* to report the good news of an increased at the next *meeting*, even though the price increase cannot be done in one step.

   Attendees resolved to request *SDI*, CPT, and *PH* to continue working hard and communicating to arrive at a direct export price for 21" tube to be at best $3.0/*pcs* higher than that of 20" tube.   However, considering that, in practice, the acceptable difference between 20" and 21" in China is $1, so if the price for the 20" *Bare* tube is increased to $50, the price of 21" in China for direct export cannot be lower than $52.

(c)   *Any other market information*:

1.   *IRICO*: CPT reported on *IRICO*'s production and sales situation of 14" tube. There are currently two lines.   Production volume for 1999 was 3.2*M*. Forecasted production volume for 2000 is 2.6*M*.   It currently only exports to Turkish customer *Vestel*, the supply volume for which was 1.5*M* in 1999, and forecasted production volume for 2000 is 1.2*M*.   The difference between the price, *FOB* $28.5(*ITC*) → $28.5 + $1.5 (*Sea Freight*) + $4.2 (*Import Duty*) + $0.5 (*Inland Freight*) = $34.7 (*Landing Price*), and *PH Landing Price*, $35.7 (*FOB* $35), is $1.   However, commencing March, such price will be increased to $29.3 (*Landing Price* $35.6), which is similar to the *PH* price.   IRICO is hoping to raise the price to *PH* to $36.   Another new customer is *TCE* Thai factory and the forecasted supply to them is 100*k* for this year.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                CHU00029140.01E

2.   *PH* reported that the price 14" tube sold to *NAFTA* for 2*Q* is $34.   The forecasted sales volume for this year is 0.3*M* (plus 0.2*M* for 20", totaling 0.5*M*). Additionally, the Brazilian *TV* market is expected to grow 10%, so the overall demand may reach 4.5*M*.   There are no sales to *MKA* in the USA, but they are considering a quotation of *CIF* $33.7/*pcs* for a supply volume of 10*k/m*.   Director Liu stated that the price currently proposed by CPT is *FOB base*, and if it were calculated on a *CIF* basis, then $2/*pcs* should be added to the price to cover shipping charges, so *PH* should take note of the price difference.   *Mr. Chairman* later requested *PH Mr. Corsino* to keep contact with *SDI/OEC* personnel stationed in Mexico in order to exchange market and customer information.

3. *LG* reported that the current price from *Samtel* to *Funai* for 14" tube is $29.5, which will be increased to $30.5 in May.

(B) *Update Glass Price Information:*

|  | 14" GLS | 14" CPT | 20" GLS | 20" CPT |
|---|---|---|---|---|
| Current Price | $10.0 | $30.0 | $18.0 | $49.0 |
| Increased Pric [sic] | $0.5 | $1.0 | $0.5 | $1.0 |
| Increased Rate | 5.0% | 3.3% | 2.8% | 2.0% |

(C) *Price* Adjustment Situation:

The price increase and the proposed price of each maker to their respective customers are as follows:

2

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00029140.02E

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

| Customer | Leader | Size | Q1 | Apr | May | Jun | July onward |
|----------|--------|------|-----|-----|-----|-----|------------|
| FUNAI | OEC | 14" Bare | $29.5 | $30.5 | $30.5 | $30.5 | $31.5 |
| | | 20" Bare | $47.5 | $48.5 | $48.5 | $48.5 | $49.5 |
| AIWA | LG | 14" ITC | $33.5 | $34.5 | $34.5 | $34.5 | $34.5 |
| | | 20" ITC | $53.5 | $53.5 | $53.5 | $53.5 | $54.5 |
| SREC | SDI | 14" Bare | $29.8 | $31.0 | $31.0 | $31.0 | $31.5 |
| | | 20" Bare | $48.0 | $48.0 | $48.0 | $48.0 | $49.0 |
| ORION | CPT | 14" ITC | $32.0 | $32.0 | $34.0 | $34.0 | $34.0 |
| | | 20" ITC | $51.0 | $51.0 | $52.0 | $52.0 | $53.0 |
| TCE | Thai-CRT | 14" ITC | $32.5 | $32.5 | $34.0 | $34.0 | $34.0 |
| | | 20" ITC | $52.5 | $52.5 | $52.5 | $52.5 | $53.0 |

1.  Regarding 20" tubes, Director Liu suggested that everyone originally had less faith in how hot the market would become in March, so the agreed price increase was small.   Right now, the market is very hot, so he suggested that the price for 20" tube can be increased by $1 to bottom price *Bare* $50 (*ITC* $54.5).   After discussions, the bottom price of 20" *ITC* to customers from each maker is as follows: *Funai*: $53.5; *AIWA*: $53.5; *SREC*: $53.5; *ORION*: $53.0; *TCE: Request* $53.5 (*Thai-CRT* has already informed its customers of a price increase to only $53, so *Thai-CRT* is requested to continue working on this).

2.  Attendees have faith in increasing the price for 14" tube as original established by *SKDL* starting May 1st.

3.  The price may be further increased in July.

**(D)** *AOB*:
It was resolved that the *GSM TOP Meeting* shall be held in Shanghai on May 25[th,] to be arranged by *PH*.

- End of report -

Submitted for approval.

3

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00029142E

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

洽訪報告(呈)

日期：2000-08月25-1/4

洽訪人員：SDD-Mr.Inn Kim, Mr.K.H. Lee, Mr. S.K.Park, Mr. Michael Son
　　　　　LG-Mr.S.Y. Choi, Mr.G.I.Choi, Mr.D.Y.Ko, Mr.K.J.Park
　　　　　Orion- Mr.H.K.Cho, Mr.H.S.Lee, Mr. Karl Min
　　　　　PH-Mr. Jim.Smith, Mr.Jin Qiang, Mr.Jerry Lim

CPT 人員：劉處長,楊經理,杜清源

主題：市場資訊交流及價格檢討

內容：

　　(A) Market overview：

　　(a)European 14" market：

　　　　整理歐洲目前14"管市場供需及價位狀況如下：

　　　　Due to shortage market and rising 14" Price，European manufactures are fully operation.

　　❶Production & Sales

Unit:Mpcs

| 14" CPT production & sales in Europe | | | | | |
|---|---|---|---|---|---|
| Producer | Production | Import | Export | Actual sales | Remarks |
| CPT | 2.4 | | 0.6 | 1.8 | Thailand |
| PH | 4.7 | | 0.2 | 4.5 | Middle East |
| Dosa | 0.7 | | | 0.7 | |
| Ekranas | 1.0 | | | 1.0 | |
| Sony | 0.4 | | | 0.4 | |
| PH Brazil | | 0.7 | | 0.7 | |
| Irico | | 1.6 | | 1.6 | |
| Samsung | | 0.3 | | 0.3 | |
| Others | | 0.2 | | 0.2 | Samtel |
| Total | 9.2 | 2.8 | 0.8 | 11.2 | |

　　❷Price：

| 14" CPT price information | | | |
|---|---|---|---|
| Q1 | Q2 | Q3 | Q4 |
| $35~36 | $36~37 | $37~38 | $38 |

14" CPT price will be increased gradually for this year

針對價格劉處長提議歐洲14"管價位因市場需求不振大幅滑落，現歐洲14"管需求也熱絡
起來，原14"管歐洲和亞洲管差價即在$5.0以上，現亞洲價格將調至ITC $35左右，歐洲
管價位目標亦應調高至$40以上。惟OEC/PH皆稱現20"/21"皆以德國馬克計價20"管價格
100(約美金50)，21"管價格110(約美金55)，14"管價格需考量和20"/21"管的差價。經討
論後將請歐洲GSM Chairman Mr.Moon設法調高14"管價格至3Q：$39,4Q：$40。

1

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00029138

CONFIDENTIAL - GRAND JURY MATERIAL

CHU0029139

P4 - 3/5

# SUPPLIER RATING

**CUSTOMER:** 源興科技股份有限公司

**Period:** Q3 1999

**CATEGORY：SERVICE & MANNER (SCORES：10 POINTS)**

**Date:** 1999-10-15

CRITERIA：*SALES SPECIALITY (0~3 POINTS)
  * VISITING FREQUENCY & COORDIATION (0~3 POINTS)
  * RESPONSE TIMING (0~2 POINTS)
  * MANNER & COURTESY (TRUCK) STATUS (0~2 POINTS)

NOTE: For reference, please shown down the other supplier's score as clear as possible.

|  | SALES SPECIALITY | VISITING FREQUENCY & COORDIATION | RESPONSE TIMING | MANNER & COURTESY | TOTAL SCORE | AVERAGE SCORE |
|---|---|---|---|---|---|---|
| A | 2 | 2 | 2 | 2 | 8 |  |
| B | 2 | 2 | 2 | 2 | 8 |  |
| C | 2 | 2 | 2 | 2 | 8 |  |
| D | 2 | 1 | 2 | 2 | 7 |  |
| CPT | 2 | 3 | 1 | 2 | 7 |  |

Compiled by:



(b)China 21" CPT：

彙總3/24 working level meeting時提報資訊如下：

❶IRICO：華映說明現IRICO 2線21"管生產線，'99年生產量：305萬台、'00年預計：200萬台(部份轉生產25/29"F)，現並無直接外銷；於大陸內部銷售價格大戶RMB500，一般客戶RMB510。針對IRICO是否有能力於今年底開始投產25/29"F，韓商皆表懷疑，請華映能再查證了解；華映回覆已安排於4/28會同PH人員至西安和IRICO人員會談，屆時將對IRICO現況再update。

❷ITC深圳：SDI提報現ITC深圳21"管外銷約60~70k/m，今年度預計800k，主要給土耳其市場：25k/m、東南亞：25~30k/m、南美：5~10k/m。現價格如Bare：$48~49.5(對JVC泰國的銷售現價位為Bare：$48左右)。

❸PH華飛：PH說明現大陸21"生意已轉住，原有庫存已減少；今年預計生產量：145萬台。目前外銷韓國價格約$50~51(ITC)，SDI表怨比local 20"管價格還低$1~2，請PH即調高售價，Mr.Jim Smith承諾將要求華飛廠人員調高售價；Mr. Chairman要求PH雖無法一次調足價位，但下次meeting時一定要有已作調漲的好消息。

與會人員決議仍續請SDI、華映、PH努力溝通要求21"管直接外銷價格最好和20"管價差能高$3.0/pcs，但考量大陸實際21"產銷狀況可容許$1的差異，即如20" Bare管價位調高至$50，則大陸21"管直接外銷價，不要低於$52。。

(c)Any other market information：

❶IRICO：華映提報IRICO現14"管產銷狀況：現有2線，'99年生產量：2.6M，'00年預計生產量：3.2M。現僅外銷土耳其客戶Vestel'99年供應量：1.5M，'00年供應量預計：1.2M。售價FOB $28.5(ITC)→$28.5 + $1.5(Sea Freight) +$4.2(Import duty)+ $0.5(Inland Freight) =$34.7(Landing Price)和PH Landing Price $35.7(FOB $35)差價$1；然3月份起已調高售價$29.3 (Landing Price $35.6)已和PH價格相當，希PH調至$36。另新客戶為TCE泰國廠，預計今年供應量100k。

❷PH提報現2Q銷NAFTA 14"管價格$34，今年度預計銷售量0.3M(另20"預計0.2M共0.5M)。另稱巴西TV市場今年將有10%的成長，整體需求量可達4.5M。對美國MKA現尚無銷售但考慮報價CIF $33.7/pcs，供應量10k/m；劉處長告知現華映價格為FOB base，若以CIF價格計運費需另加$2/pcs，請PH亦能正視此差價。後Mr. Chairman請PH Mr. Corsino能多和SDI/OEC等駐墨西哥人員聯繫，以交換市場及客戶訊息。

❸LG提報現Samtel對Funai 14"管價格為$29.5，5月份亦將調高至$30.5。

(B)Update Glass Price Information：

| | 14" GLS | 14" CPT | 20" GLS | 20" CPT |
|---|---|---|---|---|
| Current Price | $10.0 | $30.0 | $18.0 | $49.0 |
| Increased Price | $0.5 | $1.0 | $0.5 | $1.0 |
| Increased Rate | 5.0% | 3.3% | 2.8% | 2.0% |

(C)Price 調整狀況：

各家提報對專賣客戶價格調漲通知及預定售價狀況如下：

2

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00029140

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00029141

PT 4/5

# SUPPLIER RATING

**CUSTOMER:** 瀠奕科技股份有限公司

Period: Q2 1999

**CATEGORY：DELIVERY (SCORES：20 POINTS)**

Date: 1999-7-15

CRITERIA：*DELIVERY RELIABILITY (0~5 POINTS)—THE ACCURACY OF DELIVERY SKDL

*DELIVERY FLEXIBILITY (0~5 POINTS)—THE ABILITY TO MEET CUSTOMER'S NEEDS

*COORDINATION (0~5 POINTS)

* JIT DELIVERY SERVICE (0~5 POINTS)

NOTE: For reference, please shown down the other supplier's score as clear as possible.

| CRITERIA / SUPPLIER | DELIVERY RELIABILITY | DELIVERY FLEXIBILITY | COORDINATION | JIT DELIVERY SERVICE | TOTAL SCORE | AVERAGE SCORE |
|---|---|---|---|---|---|---|
| A  SDI | 4 | 3 | 5 | 4 | 16 | |
| B  PH | 4 | 4 | 5 | 4 | 17 | |
| C  26 | 4 | 4 | 4 | 4 | 16 | |
| D  ORN | 4 | 4 | 4 | 3 | 15 | |
| CPT  CPT | 5 | 5 | 4 | 5 | 19 | |

Compiled by:

 

| Customer | Leader | Size | Q1 | Apr | May | Jun | July onward |
|----------|--------|------|-----|-----|-----|-----|-------------|
| FUNAI | OEC | 14" Bare | $29.5 | $30.5 | $30.5 | $30.5 | $31.5 |
|       |     | 20" Bare | $47.5 | $48.5 | $48.5 | $48.5 | $49.5 |
| AIWA | LG | 14" ITC | $33.5 | $34.5 | $34.5 | $34.5 | $34.5 |
|      |    | 20" ITC | $53.5 | $53.5 | $53.5 | $53.5 | $54.5 |
| SREC | SDI | 14" Bare | $29.8 | $31.0 | $31.0 | $31.0 | $31.5 |
|      |     | 20" Bare | $48.0 | $48.0 | $48.0 | $48.0 | $49.0 |
| ORION | CPT | 14" ITC | $32.0 | $32.0 | $34.0 | $34.0 | $34.0 |
|       |     | 20" ITC | $51.0 | $51.0 | $52.0 | $52.0 | $53.0 |
| TCE | Thai-CRT | 14" ITC | $32.5 | $32.5 | $34.0 | $34.0 | $34.0 |
|     |          | 20" ITC | $52.5 | $52.5 | $52.5 | $52.5 | $53.0 |

❶針對 20"管部分劉處長提議原 3 月份大家對市況的熱絡程度信心不夠，議定的調漲幅度較低；現市況十分熱絡，建議 20"管可再多調漲$1 至底價 Bare $50(ITC $54.5)；經討論後各家客戶 20"管 ITC 底價為 FUNAI：$53.5、AIWA：$53.5、SREC：$53.5、ORION：$53.0、TCE：Request$53.5(現 Thai-CRT 已通知客戶僅調至$53，請 Thai-CRT 努力)。

❷14"管調漲與會人員皆有信心可依原定 SKDL 自 5 月 1 日起調漲成功，7 月起之價格應可有機會再調漲。

(D)AOB：

決議於 5/25 在上海舉行 GSM TOP Meeting 由 PH 安排。


—以上報告—


恭呈核示

3

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00029142

CONFIDENTIAL - GRAND JURY MATERIAL

P6 - 3/5

# SUPPLIER RATING

**CUSTOMER:** 源興科技股份有限公司                    Period: Q2 1999

**CATEGORY：**·QUALITY (SCORES：20 POINTS)            Date: 1999-7-15

CRITERIA：*QUALITY COMPLAINT (0~5 POINTS)

　　　　　　*PPM V.S. TARGET (0~5 POINTS)

　　　　　　*COMPLAINT RESPONCE (0~5 POINTS)

　　　　　　* COUNTERMEASURE (0~5 POINTS)

NOTE: For reference, quality issue for other supplier can be shown as clear as you will.

| CRITERIA / SUPPLIER | QUALITY COMPLAINT | PPM V.S. TARGET | COMPLAINT RESPONCE | COUNTERMEASURE | TOTAL SCORE | AVERAGE SCORE |
|---|---|---|---|---|---|---|
| A | 4 | 4 | 4 | 4 | 16 | |
| B | 4 | 5 | 3 | 4 | 16 | |
| C | 4 | 4 | 3 | 4 | 15 | |
| D | 4 | 3 | 4 | 4 | 15 | |
| CPT | 4 | 4 | 5 | 4 | 17 | |

Compiled by:

 

CHU00029143

# Exhibit 74

STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

### CERTIFICATION

I, Dan McCourt, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Chinese into English translation(s) of the source document(s) listed below are true and accurate:

- IRI-CRT-00024212-IRI-CRT-00024215

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

_____

Dan McCourt, Project Assistant

Sworn to before me this
Monday, August 28, 2023

_____
Signature, Notary Public

_____
Stamp, Notary Public

[handwritten text is indicated in italics]
*February 14, 2003 pm 2:30 (Friday) Third small meeting room*

Administrative office meeting

Attendees: Ma Jinquan, Tao Kui, Xing Daoqin, Guo Mengquan, Zhang Shaowen, Niu Xin'an

Non-voting attendees: Persons in charge of the Planning and Development Department, the Technology and Quality Department, Technical Center and Office

Chaired by: Ma Jinquan                                    Recorded by: Wei Xiaojun

Topic: Discussion on the Relevant Work at the Beginning of the Year (February)

Agenda and Contents:

Ma: Start by discussing the super large screen tubes project

Zhang: 1. The sources of the technology for the oversize screen tubes are Hitachi, Mitsubishi and Thomson, all have different characteristics and cooperation advantages. Issues were stated; we will choose either Mitsubishi or Thomson for bringing in the large tubes technology.

2. 32", 34" resolution →pixel →pitch, it is planned to select the half piece of tight type shadow mask, pitch 0.75~0.60

3. Regarding the sizes of the tube types, consider 32" of 16:9 and 34", 36" of 4:3 at the same time.

Li Danghui: 1. I learned from relevant materials that the leading product for 37" after 5 years will be PDP, and the prospect of 36" CRT is unclear.

Ma: 1. Comparing 32" and 36" from cost and the national effective sizes, it is better to select 36".

2. The medium resolution is sufficient for household use, select the pure screen and engage in the technology for very fine tubes.

Discussion…

Xu: 1. Discuss from the perspective of feasibility.

Decided upon Discussion: (1) Conduct the argument and demonstration on bringing in the oversize screen tubes technology, dissect the tubes, and visit the companies.

(2) The Planning and Development Department shall bring up a feasibility report.

[handwritten text is indicated in italics]
*February 14, 2003 pm 2:30 (Friday) Third small meeting room*

Xu Quancheng: 1. Explain the situation of the argument and demonstration on the reported projects of 2003 technological modification and measures  (see the attachment)

2. CRT Plant One's 15" PF line transformation plan .

3. Electron gun 15" PF matching support transformation plan

Decided upon Discussion: the above three projects.

Tao: 1. Adjust the equity structure of Irico Fluorescence Company, and plan to adjust to give 10% of the 45% shares held by the Group to the Tertiary Co., and the Group will account for 35%, so as to facilitate the separation of the Tertiary in the logistics.

Xu Quancheng, 1. The project of the technological modification on the cold repair of the furnace of the Glass for treating tubes, with an investment of RMB 7.64 million.

Decided upon Discussion: We can prepare and keep it as long as possible.

Liang Tianxiang: Report on the evaluation of the Party Committee in 2002. The situation of the evaluation

Advanced Party Committee: the First Factory, the joint-stock company, the electron gun factory, the glass factory

Directly affiliated branch: The part factory, the shadow mask factory

Advanced branch: Outstanding Party members are evaluated and selected by the basic level, with 18 branches and 46 Party members.

Decided upon Discussion: Agree, the award standard is the same as last year.

Niu Xin'an: 1. The notice of Shaanxi Electronics Association: Irico recommends Chief Ma for "May 1" Labor Award, which will be reported to Shaanxi Province for balancing and election, and to further grab a shift.

Ma: 1. I am already a deputy to the National People's Congress, it is better to recommend other leaders and comrades.

2. We would rather abandon this quota than give it to me.

Decided upon Discussion: Agree with Chief Ma's proposal to recommend Comrade Tao Kui, and recommend a shift from a large branch factory.

Wei: 1. The initial situation of the evaluation of the industrial advancement

CONFIDENTIAL                                                                              IRI-CRT-00024213E

[handwritten text is indicated in italics]
*February 14, 2003 pm 2:30 (Friday) Third small meeting room*

Decided upon Discussion: (1) Agree with the list of advanced individuals of all units, and the grades of the awards for the achievements in modernized management.

(2) Management award:

Gold Award: The glass factory

Silver Award: The Joint Stock Company and CRT Plant One

Bronze Award: The fluorescence company, the sales company, the group office.

2. The situation of preparing the matters related to the agenda of the workers' congress and summary commendation meeting.

Decided upon Discussion: (1) Agree to hold a meeting in the club at 8:30 AM on February 24, [illegible], participants, hold an evening party in the evening.

Guo Mengquan: The matter of the planned implementation of the planned price of parts for 2003 internal supporting materials.

Discussion…

Xing: (1) Explain the situation of undertaking contracts of production and operation by respective units in 2003, undertaking by using the indicators of completion in 2002 as the benchmark. Assess the undertaking by indicators of class A and class B.

(2) Some issues in negotiations with Thomson

• Share percentage: Irico controls the shares, Thomson's share is more than 25%

• Joint venture structure: Establish a joint venture company and set up factories in the southern and northern parts.

• Register the joint-venture company in Xianyang

• The inclusion of the old glass factory in the joint-venture company will wait to be discussed in the next step

(3) The situation of preparing the market simulation and parts and components export meeting (in the afternoon of the 24th)

Niu: (1) Report on the matters of the school management:

• Regarding student fees, the children of [illegible] Company and [illegible] factories do not pay→ General Factory undertakes to pay.

[handwritten text is indicated in italics]

*February 14, 2003 pm 2:30 (Friday) Third small meeting room*

- The other part of the single employee should be borne by the respective unit.

- It is planned that the school separates high school from middle school and elementary school. High school is independent and operates by simulating market.

- The school plans to recruit two foreign teachers.

- Request that volunteers provide sponsorship for the ceremony of coming to town in Shaanxi, otherwise no volunteers will be sent.

- It is planned to recruit two teachers for the elementary school

(2) Restructuring of the company, enterprises becoming legal entities, and organizing the units. First register the power plant and the electron gun factory. Retain an intermediary company to help operate the shareholding of the management level.

Decided upon Discussion: Agree with the above two proposals.

Chief Ma: 1 Chief Guo and I will go to Hainan on the 16th to attend the industry meeting. Urgently prepare and implement all work.

303

2003 年 2 月 14 日 PM 2:30   星期五   三小会议室

引资办公会

参加人：马金泉 闫鲲 邢道钦 记燕友 张为文 牛诏安

　　　列席：规划处部 技术部 技术处 办公室负责人

主持：马金泉　　　　记录：魏小羊

议题：　年初（二月份）有关工作明注

议纪内容：

马：首先谈论起大屏幕百项目

讨论：1. 超大屏幕项目 技术到区 有日立公司，三菱公司，汤姆逊
　　　公司，各有特点，今后必须 同时进引作进，引进大型方
　　　面技术 在上述和国外公司 中选择。

　　　2. 从"34"分辨率 → 需求 → 节距 拟选择半张坐或前显
　　　节距 0.75 ～ 0.60

　　　3. 百视尺寸 同比清度 16:9 从 到"4:3 的 34" 36"

李密令：1. 以有关条件 从 5年后 37"以上来看至一是 POP 36" CRT
　　　前景不明朗

马：1. 以 从"与 36"比较 从成本 同步有视尺寸从看 36" 取胜

　　　2. 中低辨率 需要用足够 出符需屏 真的旧百型技术。

讨论 ⋯⋯

经：1. 从引进方面起引作进。

讨论建议：（1）引进超大屏幕技术 讨论 限制百于 方案 公司。
　　　　　（2）经制 在近了 复出引进报告。

第 1 页

年　　　月　　　日　　　　星期

徐全成 1. 2003年发起拉培申报以川化证行比比例 (见附件)
　　　2. 彩石一丁15″PF线改投资方案。
　　　3. 电子机 15″PF …… 。
　　讨论决定 上述三项件。

陶：1. 训礼彩化恩志司股权投任约，拟以华园～45％股份
　　　初佑三幸引 10％ 华园即占收35％ 仅于三幸后功的尘齐

徐全成 1. 硬动投百吨年行拉拉项 投资 764万元。
　　　讨况决定。 3吹作为首 尽气伴随

张天祥：02年党季评化4季比12报 讨60等比。
　　　　先进先考：一丁 电2部丁，他化行，硬动丁
　　　　直年部丁：另申丁，回临丁
　　　　先进部丁 优率党员 由苍居评选 13号部丁 4后空员
　　　讨论决定 1月考 发动科州5卡车一样

牛训贵 1. 陕西电子工会通知，彩化推荐与芳"五一"苏动些彩 根
　　　列陕西市专幸的 选举 再列些一个科组

彦：1. 我讼全园人大代表 黄如尧推荐 其志12季王1月志。
　　2. 这个老志宁庭座隆 也又吧佑我

讨论决定。 1月志与己二化恩推荐列到1月志。 从久与丁机苍一
　　个科组。

魏：1. 彩化先进评化 挪子付志。

年　　月　　日　　星期

讨论决定：(1) 旧岛在新机先已个人群，和新机比较新机味些劳动强度。

(2) 岛执些：

　　　全些：驱动丁

　　　银些：股份公司，到子一丁

　　　铜些：蒸气公司，铜公公司，各個办。

又，取此会及召任务的会议九有之之直亦奇将心。

讨论决定：(1) 旧岛，2月24日上午8:30，在後平丁召开，由机、专如人员，此上电別些分。

部盘权：03年内瓦材料，部件拟定引件划同之直

　　　注流……

即：(1) 03在新机的化要要完对此论册，以02年完成情况有各机孤迅

　　分A、B两阶段划子完善权。

(2) 与周姐迎洄讨判中心一些间区

　　· 股比：利机控股　周姐迎洄大于25%

　　· 合资公司架构：成遇去合资公司，专门方，北为建丁

　　· 合资公司注册　专威抓。

　　· 老观动丁走入合资公司，待下一步再选

(3) 拖机和名部件对新会议情况对比（2411下年）

牛：(1) 江級关校有些之直：

　　· 学也收要，芸旋河，从而丁么多梯去艾　一订承性去结

第 3 页

年　　月　　日　　　星期

- 军职工仍为外一户分，由古单位承担。批去
- 拟学校优高中，与初中小学分开，高中拟加补偿吸引
- 学校拟聘两名外聘教老师。
- 承成伯庭者主张入股议或要求赞助，否则，只低伯匹春
- 拟仿小学招聘两名老师

（四）公司限制、压缩债人仕、优化机构。先活册动力，优化机丁，另给养培吸请一个中行了可帮助运作。

讨论决定：同意上述两个议议。

马志、我去讲去16日到海南另引论今、记己北风吸深水的走去。

CONFIDENTIAL

IRI-CRT-00024215

# Exhibit 75



September 25, 2018

**Certification**

**Park IP Translations**

**TRANSLATOR'S DECLARATION:**

I, Jennifer Brooks, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with the bates number range of: IRI-CRT-00003490 - IRI-CRT-00003497

_____

Jennifer Brooks

Project Number: BBLLP_1809_021

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com

006

**Irico Group Corporation**
# Audit Department Document

Cai Shen [2001] No. 1

Report on the Audit Situation of Irico (USA) Inc.

Irico Group Corporation:

      In accordance with the instructions of the Group Corporation's leaders, this department organized a three-person audit group lead by Department Chief Zhang Xingxi, and on 27 April 2001, this department issued an audit notice via fax to Irico (USA) Inc. On 27 May, the audit group arrived in Fremont, California, US and immediately launched audit work. First, the audit group required the company's general manager, Liu Feng, to provide materials required for conducting an audit, such as accounting documents, account books, and financial reports, going back to the time of the company's establishment. However, General Manager Liu Feng stated that prior to 1998, the company's financial affairs were controlled by American stockholder Huang Xueli, and the accounting materials were not handed over to Irico when the American party divested in 1998, so they could not be provided. The accounting materials from after 1998 were transferred to INB Co. on 10 April 2001 by the company, and all materials of the original company are owned by the assignee. Therefore, any request to provide these must be agreed to by the assignee. After multiple audit group negotiations, Liu Feng only provided the following materials:



Scanned and created by CamScanner

CONFIDENTIAL

007

1. Stubs of checks externally issued by the company from 1 January 1998 to 30 April 2001;
2. Bank statements from 1 January 2000 to 30 April 2001;
3. Irico (USA) Inc. transfer contract;
4. Resolution of the Irico (USA) Inc. second board of directors (copy);

Because Liu Feng made an unauthorized transfer of Irico (USA) Inc. to the United States' INB Co. on 10 April 2001, and because Liu Feng did not provide the accounting materials related to business activities, such as financial statements and accounting documents, required by the audit, it was not possible to meet the most basic conditions for an audit, and subject to the limitations of lawful duties, authority, and inspection methods, it was not possible to uncover the true situation reflected by the accounting report forms of the audited Irico (USA) Inc. or to issue complete, accurate audit findings, making it impossible to carry out normal audit work. The audit group could only conduct an investigation of some of the circumstances of Irico (USA) Inc. based on the materials provided by Liu Feng, such as check stubs and partial bank statements and the Irico (USA) Inc. transfer contract.

Over the course of the investigation, the audit group mainly conducted the following work with regard to the materials provided by Liu Feng:

1. One-by-one registration of the provided expenditure check stubs since 1998;
2. Categorization of the registered expenditures according to the economic details listed on the check stubs;
3. One-by-one verification of the bank statements from 1 January 2000 to 30 April 2001;
4. Verification of all company credit card expenditures exceeding US$1000 since 1998.
5. Examination of the company transfer contract he signed, and consultation with a local law firm on the contract details.
6. Investigation and consultation with the relevant United States governmental departments on the basic status of the assignee INB Co. and its stockholders and corporate credit standing.

2

 Scanned and created by CamScanner

CONFIDENTIAL                                                                    IRI-CRT-00003491

008

I. Basic conditions of the company

Irico (USA) Inc. is a joint venture company established by the Group Corporation and an American party, located in Fremont, California, US. The company was established in July 1995, with registered capital of US$1.75 million, wherein: Import/Export Caihong Co. investment was US$600,000 cash, for 34.3% equity; Irico (Hong Kong) Co. investment was US$800,000 cash, for 45.7% equity; Huang Xueli invested US$125,000 cash and delivered US$50,000 in dry shares, for a total of US$175,000, for 10% equity; and Huang Maike invested US$175,000 cash, for 10% equity. In October 1995, Irico Group Corporation sent Liu Feng and Zhu Jian to the United States. Zhu Jian did not go the United States after March 1997 due to visa problems.

As reflected by Liu Feng, due to extraordinary difficulties in cooperation with the Huang siblings, foreign parties in the joint venture, an agreement was reached with the foreign parties on 26 February 1998, the American parties divested from the company, and US$1 million of Irico capital was returned in 1998. At this point, the company was independently run by Irico, with Liu Feng being solely responsible. During the audit investigation, it was learned that Liu Feng gained US permanent resident status (green card) on 20 July 2000. On 10 April 2001, General Manager Liu Feng made an unauthorized transfer of the company to the United States' INB Co.

II. Financial revenue and expenditures of the company

1. Situation prior to 1998

Because Liu Feng could not provide the company's accounting materials prior to 1998, it was not possible to check operations before 1998.

2. Situation since 1998

According to the check stub materials provided by Liu Feng, from January 1 1998

3

Scanned and created by CamScanner

CONFIDENTIAL                                                     IRI-CRT-00003492

009

to 30 April 2001, the company incurred costs totaling US$914,670.45.

(2) According to the company's deposit bank check stubs provided by Liu Feng, from 1 January 1998 to 30 April 2001, the company purchased fixed assets totaling US$40,417.48.

(3) Because the company did not provide bank statements for 1998 and 1999, it was not possible to check the company's operating revenue, fund investment income, and interest revenue for 1998 and 1999. According to the 2000 and 2001 bank statements of the company's deposit bank provided by Liu Feng, the company's cumulative main business revenue from 1 January 200 to 30 April 2001 was US$122,943.00, and its cumulative main business costs were US$112,896.00.

(4) According to the 2000 and 2001 bank statements of the company's deposit bank provided by Liu Feng, the company's interest revenue from 1 January 2000 to 30 April 2001 was US$12,105.59. This included:

2000: US$10,444.06

2001: US$1,661.53

(5) According to the company's deposit bank statements and fixed assets lists provided by Liu Feng, as of 30 April 2001, the company's net assets were US$119,581.42. This included:

Net value of fixed assets:       US$30,364.17

Bank deposits:       US$89,217.25

III. Investigation of contract

On 10 April 2001, Irico (USA) Inc. was transferred to the United States' INB Co. by Liu Feng. Based on the transfer contract provided by Liu Feng, the audit group commissioned Mr. Shi Xiaodong, general manager of a San Francisco container services company established by China Ocean Shipping (Group) Company, to conduct a legal consultation with the United States' Morrison & Foerster Law Firm on this contract.

4

 Scanned and created by CamScanner

CONFIDENTIAL

IRI-CRT-00003493

010

Zhao Qimin of this law firm believed that the contract signature procedures and basis of the contract itself complied with US law.

Given the overall opinions of the lawyers, the audit group believes the transfer contract signed by Liu Feng ran counter to the wishes of the Group Corporation and damaged the interests of the Group Corporation in the following ways:

1. It did not comply with the spirit and intentions of the 9 March 2000 Irico (USA) Inc. board meeting resolution. The Irico (USA) Inc. 9 March 2000 board meeting fully authorized Liu Feng to transfer Irico (USA) Inc. for a price of US$1 million, with recovery of the transfer funds by 31 December 2000 at the latest; it did not require the precondition of Irico Group Corporation providing US$700,000 profits in annual support, as written in the contract signed by Liu Feng. In reality, this was the covert transfer of the company free of charge, and it resulted in the loss of Irico (USA) Inc. assets.

2. Because the name "Irico (USA) Inc." was transferred at the same time that Irico (USA) Inc. was transferred, the assignee continued to use Irico (USA) Inc. to conduct business. In the event of improper or illegal operating activities, it would harm the reputation of Irico Group. For example, if Irico Group were to go to the United States to invest in a registered company, it would not be able to use the name "Irico (USA) Inc.".

Regarding the contract signed by Liu Feng to transfer Irico (USA) Inc., Zhao Qimin of a US law firm believed it is possible to sue Liu Feng and the buyer INB Co. for the reason that "Liu Feng did not follow the spirit and intentions of the Irico (USA) Inc. 9 March 2000 board meeting resolution in signing this transfer contract", to terminate the execution of the contract.

However, if legal action is taken in the United States to file a lawsuit to resolve the Irico (USA) Inc. transfer matter, Irico Group will need to pay a considerable amount of money (USD). As stated by US lawyer Zhao Qimin,

5

 Scanned and created by CamScanner

CONFIDENTIAL

IRI-CRT-00003494

it is very common in the United States for a lawsuit to cost US$100,000.

The audit group held a special consultation on this issue with Mr. Shi Xiaodong, general manager of a San Francisco container services company established by China Ocean Shipping (Group) Company, and Ms. Zhou Yuzhen, chief financial officer. They believed it is very easy to register a company in the United States. Given that Irico (USA) Inc. currently has no real estate investments or credit and debt disputes in the United States and is merely a shell company, paying a large amount in attorney fees to pursue a lawsuit in the United States would have little value, and the losses would outweigh the gains.

To gain an understanding of the assignee company, the audit group made inquiries into INB Co. with several departments of the California government. INB Co. was established on 24 October 1997, with a registered address of 3695 STEVENSON BLVD BLD STE 236 FREMONT, CA 94538. Company materials reported to the state government on 12 January 1998 indicated that the only stockholder was Liu Feng, with US$50,000 in capital stock. In materials reported on 18 March 1999, Liu Feng was the company's CEO, secretary, and chief financial officer. In materials reported on 7 May 2001, the general manager, secretary, and chief financial officer were changed to Sun Xiaolin.

According to Liu Feng: Sun Xiaolin of Hong Kong commissioned him to incorporate and hold INB Co., until 30 March 2001, when he transferred it to Sun Xiaolin's name. On April 10, he represented Irico in signing the transfer of Irico (USA) Inc. with Sun Xiaolin.

IV. Problems

1. Liu Feng's unauthorized transfer of Irico (USA) Inc. and refusal to provide the audit department with the required audit materials related to business activities, such as financial statements and accounting documents, made it impossible to conduct normal audit work. This is a serious violation of rules and discipline.

2. Looking at the expenditure check stubs since 1998 provided by Liu Feng, the audit group found

6

 Scanned and created by CamScanner

CONFIDENTIAL

012

that the company made three payments of US$400,000 in April 1999, for expenditures such as short-term fund investments and operational electronic products and molds for the years 1998 and 1999. Because Liu Feng did not provide the relevant financial accounts, it was not possible to check this income.

3. Without the agreement of the Group Corporation, the company's general manager, Liu Feng, made an unauthorized transfer of Irico (USA) Inc. to the United States' INB Co. on 10 April 2001, resulting in the loss of state-owned assets and in violation of provisions regarding the supervision and administration of the property of state-owned enterprises.

4. The contract transferring the company damaged the interests of Irico Group Corporation. First, the resolution of the second board of directors commissioned him to transfer the company for US$1 million, but the contract included a condition stating that Irico Group must obtain profits of US$700,000 annually to support it. This not only violated the intention of the board of directors' resolution, it also resulted in the loss of company assets. Second, the name "Irico (USA) Inc." was transferred at the time of the transfer, and the assignee continued to use the name Irico (USA) Inc. for operations. In the event of improper or illegal operating activities, it would harm the reputation of Irico Group.

5. In materials reported to the California government on 18 March 1999, Liu Feng was the CEO, secretary, and chief financial officer of the assignee INB Co. It was only in the company's materials reported on 7 May 2001 that the general manager, secretary, and chief financial officer were changed to Sun Xiaolin.

V. Recommendations

Liu Feng is clearly suspected of violations of law and discipline. However, the current evidence is insufficient. The investigation and verification of the Liu Feng matter presents two major difficulties: First, Liu Feng is in the United States and has a green card; he will not return to China. Second, the obtaining of evidence is a US legal matter, with massive and numerous obstacles and considerable costs; it will be very difficult to manage. This being a civil case, a civil lawsuit could be brought. However, Irico Group would need to pay a considerable amount of money (USD). This would have little value, and the losses would outweigh the gains.

7

Scanned and created by CamScanner

CONFIDENTIAL

013

If the Group Corporation were to undertake an administrative resolution regarding Liu Feng based on the relevant management system, such as dismissal, this could be the best outcome for Liu Feng and could be what Liu Feng is hoping for. Therefore, an administrative resolution should not be immediately undertaken when there are other possible ways to resolve the problem.

Given the aforementioned circumstances, recommendations for handling the Irico (USA) Inc. and Liu Feng issue are as follows:

1. Liu Feng's unauthorized transfer of Irico (USA) Inc. without the approval of the Group Corporation violated the wishes of the Group Corporation and seriously damaged the Group Corporation's interests. Do not acknowledge the Irico (USA) Inc. transfer contract signed by him and the United States' INB Co., and wait for an opportunity to investigate Liu Feng's legal liability.

2. Continue negotiations with Liu Feng, and call on him to immediately terminate the transfer contract signed with the United States' INB Co., execute the Irico (USA) Inc. board meeting resolution of 9 March 2000, and conduct the transfer at a price of US$1 million.

3. The Group Corporation should undertake an administrative resolution regarding Liu Feng at the appropriate time according to the relevant management system.

4. The handling of the Irico (USA) Inc. and Liu Feng issue involves foreign and transnational matters, with strong foreign case policy implications, there are massive and numerous obstacles, and the Group Corporation is subject to the limitations of lawful duties, authority, and inspection methods. Therefore, it will be very difficult to investigate this case. We recommend referring the matter to superiors, for handling by relevant departments.

[Stamp: Irico Group Corporation, Audit Department]
27 July 2001

| CC: Supervision Department | | Grade (2) |
|---|---|---|
| Audit Office | | Printed and issued 27 July 2001 |
| Printed by: Qing Bei | Proofreader: Zhang Xingxi | No. of copies: 4 |

8

 Scanned and created by CamScanner

CONFIDENTIAL

# 彩 虹 集 团 公 司

# 审 计 部 文 件

彩审 [2001] 1 号

## 关于彩虹（美国）公司审计情况汇报

彩虹集团公司：

　　根据集团公司领导的指示，我部组成了以部长仇兴喜为组长的三人审计小组，2001年4月27日我部以传真的方式向彩虹（美国）公司下达了审计通知。审计小组于5月27日到达美国加利福尼亚州福利蒙特市，随即展开审计工作。首先审计小组要求公司总经理刘丰提供自公司成立以来历年的会计凭证、帐簿和财务报告等实施审计所必需的资料。但刘丰总经理称，1998年以前，公司的财务是由美方股东黄雪莉控制，98年美方撤股时，未将会计资料移交我方，因而无法提供；98年以后的会计资料因公司已在2001年4月10日转让给INB公司，原公司的一切物品归受让方所有，若要求提供须经受让方同意。经过审计小组多次交涉，刘丰仅提供了以下资料：

1

 由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00003490

1. 1998年1月1日至2001年4月30日公司对外开具的支票存根；

2. 2000年1月1日至2001年4月30日的银行对帐单；

3. 彩虹（美国）公司转让合同；

4. 彩虹（美国）公司第二届董事会决议（复印件）；

由于刘丰将彩虹（美国）公司已在2001年4月10日擅自转让给美国INB公司，刘丰对审计所需的与经营活动有关的财务决算报表、会计凭证等会计资料不予提供，无法满足审计最基本的条件，受法定职责、权限和检查手段的局限，无法揭示被审计的彩虹（美国）公司会计报表反映会计信息的真实情况，作出完整、正确的审计结果，使正常的审计工作无法进行。审计小组只能根据刘丰所提供的支票存根和部分银行对帐单、彩虹（美国）公司转让合同等资料对彩虹（美国）公司的一些情况进行调查了解。

在调查了解实施过程中审计小组主要对其提供的资料进行了以下工作：

1. 对其所提供1998年以来支出的支票存根进行了逐一登记；

2. 对登记的支出按支票存根所列的经济内容进行了分类；

3. 对2000年1月1日至2001年4月30日银行对帐单进行了逐一核查；

4. 对98年以来1000美元以上的公司信用卡支出进行了核查。

5. 对其所签定的公司转让合同进行了审查，并就合同内容咨询了当地的律师行。

6. 对受让方INB公司的基本情况以及股东、公司资信等情况

2

 由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00003491

向美国政府有关部门进行了调查咨询。

## 一、 公司基本情况

彩虹（美国）公司是集团公司与美方合资成立的合资公司，地址位于美国加利福尼亚州福利蒙特市。公司成立于1995年7月，注册资本175万美元，其中：彩虹进出口公司投资60万美元现金，占34.3%股权；彩虹（香港）公司投资80万美元现金，占45.7%股权；黄雪莉投资12.5万美元现金，送其干股5万美元，合计17.5万美元，占10%股权；黄麦克投资17.5万美元现金，占10%股权。1995年10月彩虹集团公司派刘丰、竺简赴美。1997年3月以后竺简因签证问题在没有去美国。

据刘丰反映由于与合资外方黄氏兄妹的合作极为困难，1998年2月26日与外方达成协议，美方从公司撤股，并在1998年一年内归还我方100万美元资本金。自此，该公司转由我方独自经营，由刘丰一人负责，审计调查时得知刘丰于2000年7月20日取得美国永久居住身份（绿卡）。2001年4月10日公司被总经理刘丰擅自转让给美国INB公司。

## 二、公司财务收支情况

1． 1998年以前的情况

由于刘丰未能提供 1998 年以前的公司会计资料，因此，无法对1998年以前的经营情况进行核实。

2． 1998年以来的情况

① 据刘丰提供的支票存根资料，公司自 1998 年 1 月 1 日

3


由 扫描全能王 扫描创建

009

至 2001 年 4 月 30 日累计发生费用 914,670.45 美元。

② 根据刘丰提供的公司开户银行支票存根，公司自 1998 年 1 月 1 日至 2001 年 4 月 30 日累计购置固定资产 40,417.48 美元。

③ 由于公司未提供 98、99 年度的银行对账单，其 98、99 年度的经营收入、基金投资收益和利息收入等无法核实。依据刘丰提供的公司开户银行 2000 年和 2001 年银行对账单，公司 2000 年 1 月 1 日至 2001 年 4 月 30 日累计主营业务收入 122,943.00 美元，累计主营业务成本 112,896.00 美元。

④ 依据刘丰提供的公司开户银行 2000 年和 2001 年银行对账单，公司 2000 年 1 月 1 日至 2001 年 4 月 30 日利息收入 12,105.59 美元。其中：

2000 年    10,444.06 美元

2001 年     1,661.53 美元

⑤ 依据刘丰提供的公司开户银行对账单和固定资产清单，截止 2001 年 4 月 30 日，公司净资产 119,581.42 美元。其中：

固定资产净值      30,364.17 美元

银行存款         89,217.25 美元

### 三、 合同调查情况

2001 年 4 月 10 日彩虹（美国）公司被刘丰转让给美国 INB 公司。根据刘丰所提供的转让合同书，审计小组委托中国远洋运输（集团）总公司在旧金山所设的集装箱服务有限公司总经理石小东先生，找到美国美富律师事务所对该合同进行了法律方面的

4

由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00003493

咨询。该律师事务所赵启民律师认为就合同本身来讲，合同签定的程序、依据均符合美国的法律。

综合律师的意见，审计小组认为刘丰所签订的转让合同有以下方面是违背了集团公司意愿并损害了集团公司利益的：

1、不符合彩虹（美国）公司2000年3月9日董事会决议精神和意愿。彩虹（美国）公司2000年3月9日董事会全权委托刘丰出让彩虹（美国）公司，是以100万美金的价格出让，且转让资金收回最迟应在2000年12月31日前，并没有象刘丰所签订的合同中所写的同时要彩虹集团公司每年支持其70万美金利润作为前提。这实际上是变相将公司无偿转让了，并造成彩虹（美国）公司资产的损失。

2、由于彩虹（美国）公司转让的同时"彩虹（美国）公司"的名称也被转让了，受让方继续使用彩虹（美国）公司来做生意，如有不正当或非法经营行为将会给彩虹集团的声誉造成一定的损害。例如彩虹集团再来美国投资注册公司将不能使用"彩虹（美国）公司"这个名称。

对于刘丰转让彩虹（美国）公司所签定的合同，美国律师事务所赵启民律师认为可按"刘丰没有按照彩虹（美国）公司2000年3月9日董事会决议精神和意愿签定了本转让合同"为理由起诉刘丰和买方INB公司，终止其合同的执行。

但如在美国通过法律诉讼打官司解决彩虹（美国）公司转让一事，彩虹集团将要支付一笔相当数额的美金，按美国律师赵启


由 扫描全能王 扫描创建

CONFIDENTIAL

民所说，在美国打一场官司花 10 万美金是一件很平常的事。

就此问题审计小组又专门与中国远洋运输（集团）总公司在旧金山所设的集装箱服务有限公司总经理石小东先生、财务总监周玉珍女士进行了交谈咨询。他们认为在美国注册公司是一件很容易的事情，如目前彩虹（美国）公司在美国没有不动产投资，没有债权债务纠纷，仅仅是一个空壳公司，在美国起诉打官司花上一大笔律师费，意义不大，得不偿失。

为了解受让方公司的情况，审计小组先后到加州政府多个部门查询 INB 公司的情况。IBN 公司成立于 1997 年 10 月 24 日，注册地点是 3695 STEVENSON BLVD BLD STE 236 FREMONT, CA 94538。1998 年 1 月 12 日上报州政府的公司资料显示只有一名股东为刘丰，股本 50,000 美元。1999 年 3 月 18 日上报资料中公司 CEO、秘书、财务总监均为刘丰，2001 年 5 月 7 日公司上报的资料将总经理、秘书、财务总监变更为孙晓林。

据刘丰讲：INB 公司是香港人孙晓林委托他注册成立并持股，直到 2001 年 3 月 30 日才被其转到孙晓林名下的。4 月 10 日他又代表彩虹与孙晓林签定了转让彩虹（美国）公司的。

**四、存在的问题**

1、刘丰将彩虹（美国）公司擅自转让并拒绝向审计部门提供所需的与经营活动有关的财务决算报表、会计凭证等审计资料，使正常的审计工作无法进行，是严重的违规违纪行为。

2、从刘丰所提供的1998年以来支出的支票存根中审计小组发

6


由 扫描全能王 扫描创建

CONFIDENTIAL

012

现，公司99年4月分三次支付40万美元，用于短期基金投资和98、99年度经营电子产品、模具等业务的费用支出，因刘丰不提供有关财务帐目，所以无法对此收益情况进行核实。

3、公司总经理刘丰未经集团公司同意，于2001年4月10日擅自将彩虹（美国）公司转让给美国INB公司，造成国有资产流失，违反了国有企业财产监督管理的有关规定。

4、转让公司的合同中，损害了彩虹集团公司的利益。首先，第二届董事会决议委托其以100万美元转让，而合同中却以彩虹集团须每年支持其获得70万美元的利润为条件，不仅违背了董事会决议的原意，而且使公司资产造成损失；其次，在转让的同时"彩虹（美国）公司"的名称也被转让了，受让方继续以彩虹（美国）公司的名称经营，如有不正当或非法经营行为将会给彩虹集团的声誉造成一定的损害。

5、在1999年3月18日上报加州政府资料中受让方INB公司的CEO、秘书、财务总监均为刘丰，2001年5月7日公司上报的资料才将总经理、秘书、财务总监变更为孙晓林。

**五、建议**

刘丰涉嫌违法违纪问题明显，但目前证据不足。刘丰问题如要查证有两大难点：一是刘丰在美国，持有绿卡，不可能再回国；二是取证涉及到美国的法律问题，障碍太大太多，费用也不会少，很难做到。作为民事案子，可打民事官司，但彩虹集团将要支付一笔相当数额的美金，意义不大，得不偿失。

7


由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00003496

集团公司依据有关管理制度对刘丰其作出行政处理，如开除厂籍，这可能是刘丰最好的结局，也是刘丰所希望的。所以，在还有其他解决问题的可能情况下，不宜立即作出行政处理。

鉴于上述情况，对彩虹（美国）公司及刘丰问题的处理建议如下：

1、刘丰未经集团公司同意擅自转让彩虹（美国）公司，违背了集团公司意愿并严重损害了集团公司的利益，对其与美国 INB 公司所签定的彩虹（美国）公司的转让合同不予承认，等待机会，追究和保留追究对刘丰的法律责任。

2、继续和刘丰交涉，要求其立即终止与美国 INB 公司所签定的转让合同，执行彩虹（美国）公司 2000 年 3 月 9 日董事会决议，按 100 万美金的价格转让。

3、集团公司应依据有关管理制度在适当时候对其作出行政处理。

4、由于彩虹（美国）公司及刘丰问题的处理涉外跨国，而涉外案件政策性强，障碍太大太多，集团公司受法定职责、权限和检查手段的局限，很难查处此案，建议请示上级机关由有关部门处理。

二○○一年七月二十七日

| 抄送：监察处 | 档（2） |
| --- | --- |
| 审计办公室 | 2001 年 7 月 27 日印发 |
| 打印：庆蓓 | 校对：仇兴喜 | 份数：4 |

8

由 扫描全能王 扫描创建

CONFIDENTIAL

IRI-CRT-00003497

# Exhibit 76

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1995-1998 | Taiwan: Taipei | X | X | X | X | | | | | X | | | | | | | | | | PHS: David Chang<br>PHS: Jerry Lin<br>CPT: CC Liu<br>SDI: Mr. Ha<br>SDI: Mr. Lee<br>LG: Pil Jae Lee | n/a | Pil Jae Lee | 29<br>37<br>79-88 |
| 1995-1998 | Taiwan: Taipei | X | X | | | | | | | | | | | | | | | | | LG: PJ Lee<br>CPT: CC Liu | n/a | Pil Jae Lee | 105-107 |
| 2/14/1995 | | | X | X | X | | | | | | | | | | | | | | | SDI - Hoo Mok Ha, Sung Kook Sung, Rak Jin Kim<br>LG - Choong Bae Kim, Chang Gi Kim, Moon Bong Choi<br>Orion - Wol Sub Kim, Sang Chul Yoon, Yong Gyu Oh | SDCRT-0086208 | Dae Eui Lee | 141:2-144:21 |
| 3/13/1995 | Korea | | | X | X | | | | | | | | | | | | | | | SDI - Oh Sung Kwon, Dae Eui Lee<br>Orion - Young Jae Kim, Jin Sung Kim | SDCRT-0086211 | Dae Eui Lee | 146:3-150:18 |
| 3/22/1995 | | X | | | X | | | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Chun-Mei Hsieh<br>CPT: Section Chief Dong | CHU00028877-878 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 203-206 |
| 5/29/1995 | Malaysia | X | X | | X | | | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Vincent Lee<br>LGI: Mr. B.K. Jeon<br>LGI: Mr. Kim<br>LGI: Mr. Tam | CHU00028933-945 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 74-78<br>Dep. Vol. 2, 247-250<br>Dep. Vol. 2, 262-263 |
| 6/22/1995 | Amsterdam, Netherlands | | | | | | | | | X | | | | | | | | | X | THOM: Alain Clement<br>THOM: Wright<br>PHS: Pelters<br>PHS: Jef J.H. Pos | HDP-CRT00055626 | | |
| 7/17/1995 | | X | | | X | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT:Tony Chien<br>CPT: C.Y. Lin<br>CPT: Tony Cheng<br>SDD: Specialist Yin<br>SDD: Generalist Qingxing Yin<br>Taipei President Li<br>Department Manager Luo | CHU00028873 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 110-112 |
| 8/16/1995 | Malaysia | X | | | X | | | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Christina Hsieh (Chun Mei)<br>CPT: Vincent Lee<br>SED: Mr. D.H. Lee<br>SED: Mr. Moon<br>SED: Mr. Goo<br>SED: Mr. Kun | CHU00028869-872 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 78-85 |
| 9/7/1995 | | X | | | | | | | X | | | | | | | | | | | CPT: Michael Du<br>CPT: C.C. Liu<br>CPT: Tony Cheng<br>TSB: Section Chief Kon Chun Yeu<br>TSB: Director Yun-Peng Hong | CHU00028311-313 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 112-114 |
| 10/5/1995 | Taiwan | X | X | | X | | | | | | | | | | | | | | | CPT: Ching-Yuan Du<br>CPT: Mingjing Peng<br>LG: PJ Lee<br>SDI: Myoung Sik Lee | CHU00028851<br>CHU00028856 | Pil Jae Lee | 206 |
| 11/13/1995 | Madrid, Spain | | | | | | | | | X | | | | | | | | | X | THOM: John Neville<br>THOM: Alain Clement<br>PHS: Jacques Bouyer<br>PHS: Gerard<br>PHS: Kleisterlee<br>PHS: Jef J.H. Pos | HDP-CRT00055593 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/4/1995 | | X | | | | | | X | | | | | | | | | | | | CPT: Michael Du<br>MIT: Assistant Vice President Chien-Jen Wang<br>MIT: Head of Division Wen-Hsian Tseng | CHU00028558 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 114-115 |
| 12/5/1995 | | X | X | | | | | | | | | | | | | | | | | CPT: Jason Lu<br>CPT: Tony Du<br>CPT: General Manager Export Dept. Mr. C.G. Kim<br>CPT: Rep. from Singapore B.K. Jeon<br>CPT: Rep. from K.L. Mr. Mark Tam | CHU00028930-931 | C.C. Liu<br>J.S. Lu | C.C. Liu, Dep. Vol. 1, 115-116<br>J.S. Lu, Dep. Vol. 2, 263-263 |
| 1/00/1996 | | | | | X | X | | | | | | | | | | | | | | HIT: Kobayashi<br>SDI: Kim | HDP-CRT0025646 | Nobuhiko Kobayashi | 205 (Nobuhiko Kobayashi) |
| 2/2/1996 | SEDM | X | | | | | X | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Christina Hsieh<br>SED: Mr. Park | CHU00028841-843 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 85-86<br>Dep. Vol. 2, 250-251 |
| 2/9/1996 | | X | | | | | | | X | | | | | | | | | | | CPT: President<br>TSB: Mr. Fujiwara<br>TSB: Mr. Sunaga<br>TSB: Mr. Yasukawa | CHU00028302-304 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 334-336 |
| 4/23/1996 | Malaysia | X | | | X | | X | | | | | X | | | | | | | | CPT: Lu (Direcor)<br>CPT: Hsieh, Chun-Mei (Christina)<br>MEC: Tomori, (Mr.)<br>MEC: Vasu, (Mr.) | CHU00028524 | Jason Lu | at 86-89 |
| 4/29/1996 | | X | | | | | | | X | | | | | | | | | | | CPT: Michael Du<br>TSB: Mr. Fukunaga<br>TSB: Mr. Kon Chun Yeu | CHU00028300-301 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 117-118 |
| 5/6/1996 | Taiwan | X | | | | | X | | | | | | | | | | | | | MEC: Hsu<br>MEC: Chang<br>MEC: Huang<br>CPT: Liu<br>CPT: Cheng<br>CPT: Du<br>CPT: Liu (Director)<br>CPT: Cheng (Head of Division)<br>CPT: Du, Ching-Yuan (Michael)<br>MEC: Hsu, Chi-Yen (Section Chief)<br>MEC: Chang, Yu-Hau | CHU00028521 | Allen Chang (Zhang) Michael Hsu | Chang at 78<br>Hsu at 102 |
| 5/17/1996 | | X | X | X | X | | | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Christina Hsieh<br>SED: Mr. Park (Sales Senior Manager) | CHU00028809-810 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 222-225 |
| 5/24/1996 | CPT Malaysia | X | | X | | | | | | | | | | | | | | | | CPT: J.S. Lu<br>Orion: Mr. H.C. Moon<br>Orion: Mr. M.J. Lee | CHU00028968-969 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 225-230 |
| 6/12/1996 | CPT Malaysia | X | X | | | | | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Christina Hsieh<br>LG: Mr. Bak et al | CHU00028912-914 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 90-96<br>Dep. Vol. 2, 263-263 |
| 7/19/1996 | TDDT | X | | | | | | | X | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Ms. Christina Hsieh<br>TSB: Mr. Sunaga | CHU00028295-296 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 96-99<br>Dep. Vol. 2, 264-267 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/1996 | | X | | | X | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: C.Y. Lin<br>CPT: Tony Chien<br>SDD: Mr. D.Y. Kim<br>SDD: Mr. Hoo Mok Ha | CHU00028803-804 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 120-122 |
| 9/23/1996 | Hitachi Asia Taipei office | X | | | | X | | | | | | | | | | | | | | HIT: Senior Manager Chang Chien Chang<br>CPT: Director Liu, Senior Manager Cheng, Ching-Yuan (Michael) Du | CHU00028400.01E | C.C. Liu; Kazuhiro Sakashita | 276:01 (Kazuhiro Sakashita) |
| 10/9/1996 | | X | | | | | | | X | | | | | | | | | | | CPT: Liu (Director): Du, Ching-Yuan (Michael)<br>TSB: Wakayama (Department Manager): Yamamoto (Section Chief): Dasen (Assistant Vice President): Lu (Section Chief) | CHU00028291 | Yasuki Yamamoto | 152:2-161:25 |
| 10/17/1996 | | | X | X | X | | | | | | | | | | | | | | X | SDI- Dong Hun Lee, Dae Eui Lee, Hun Sul Chu Orion - Bok Il Jung, Sang Chul Yoon, Dae Sik Lee<br>LG - Chang Ki Kim, Chul Ho Lee | SDCRT-0086221 | Dae Eui Lee | 151:8-155:13 |
| 10/24/1996 (Taiwan) | | X | X | | | | | | | | | | | | | | | | | CPT: Mr. Liu<br>CPT: Ching-Yuan Du<br>LG: KS Huh<br>LG: JM Park<br>LG: PJ Lee | CHU00028909 CHU00032068 | Pil Jae Lee | 111 |
| 10/30/1996 Taiwan | | X | | | | | X | | | | | | | | | | | | | MEC: Hsu<br>MEC: Chang<br>CPT: Cheng (Edward)<br>CPT: Du              CPT: Du, Ching-Yuan (Michael)<br>CPT: Cheng, Ling-Yun (Edward)<br>MEC: Hsu, Chih-Yen (Section Manager)<br>MEC: Chang, Yu-Hao (Head of Department) | CHU0002B51 4 | Michael Hsu | at 132 |
| 11/21/1996 | | X | | | X | | | | | | | | | | | | | | | CPT: Michael Du<br>CPT: Tony Cheng | CHU00028398-399 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 69-71 |
| 11/21/1996 | | X | | | X | | | | | | | | | | | | | | | CPT: Michael Du<br>CPT: Tony Cheng<br>HIT: Taiwan Branch Senior Manager Chien-Lung Chang | CHU00028398-399 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 122-123 |
| 11/21/1996 HAS Taiwan | | X | | | X | | | | | | | | | | | | | | | HIT: Chang Chien Chang<br>CPT: Ching-Yuan (Michael) Du, Ling-Yun (Edward) Cheng | CHU00028398.01E | Kazuhiro Sakashita | 289:23 (Kazuhiro Sakashita) |
| 11/23/1996 | | X | | X | X | | | | | | | | | | | | | | | CPT: Chairman Lin<br>CPT: Director C.C. Liu<br>CPT: Jason Lu<br>CPT: President Fang<br>SDD: CEO Sun et al<br>Orion: CEO Yan et al | CHU00028791-793 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 353-362 |
| 11/23/1996 | | X | X | X | X | X | | | | X | | | | | | | | | | CPT: J.S. Lu<br>CPT: President CPTM Fang<br>CPT: C.Y. Lin<br>CPT: C.C. Liu<br>SDD: Mr. Sun et al<br>Orion: Mr. Yan et al | CHU00028786-788 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 99-105 Dep. Vol. 2, 252-260 |
| 11/25/1996 | | X | | | X | X | | | | | | | | | | | | | | HIT: Mr. Kimura, Kazuhiro Sakashita<br>SDI: Mr. Na<br>CPT: Director Chi-Chun (C.C.) Liu, Jason (King-Song) Lu | CHU00028784.01E | Kazuhiro Sakashita | 238:10 (Kazuhiro Sakashita) |
| 11/25/1996 | | | X | | X | | | | X | | | | | | | | | | | | SDCRT-0086224 | Hoon Choi | 98:13 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/25/1996 | | X | | | X | X | | X | X | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Jason Lu<br>HTC: Mr. Sakashita<br>HTC: Mr. Kimura<br>SDD: Mr. Na | CHU00028396-397 | C.C. Liu<br>J.S. Lu | C.C. Liu, Dep. Vol. 1, 83-86<br>J.S. Lu, Dep. Vol. 2, 252-260 |
| 11/26/1996 | | X | | | X | X | | | | | | | | | | | | | | CPT: Jason Lu: CPT: C.C. Liu: HIT: Kazuhiro Sakashita: HIT: Mr. Kimura: SDI: Mr. Na | CHU00028396.01, CHU0028784.01 | | |
| 11/26/1996 | | | | | X | | | X | | | | | | | | | | | | | SDCRT-0086224 | Hoon Choi | 98:13 |
| 1997 | | | X | X | X | | | | | | | | | | | | | | | SDI - Mungwoo Lee, Donghoon Lee, Changhee Jang, Dae Eui Lee<br>LG - Mr. Kim, Moonbong Choi, Youngik Jung, Hochul Lee<br>Orion - Bool Jung, Mr. Sangchul Yoon, Yongkyu Oh | SDCRT-0086238 | Dae Eui Lee | 156:1-158:7 |
| | 35440 HIT Asia Plant, Taipei | X | | | | X | | | | | | | | | | | | | | CPT: Michael Du: CPT: Edward Cheng: CPT: C.C. Liu: CPT: Tony Cheng: HIT: Chiang-Lung Chang | CHU00028394 | | |
| 1/15/1997 | | X | X | | | | | | | | | | | | | | | | | CPT: Mr. Lin<br>CPT: Wen-Chun Cheng<br>LG: Kyoung Soo Hue<br>LG: Zong Mei Lin<br>LG: Zhen-Zi Lin<br>LG: PJ Lee | CHU00028394 | Pil Jae Lee | 119 |
| 1/28/1997 | | X | | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: C.Y. Lin<br>CPT: Tony Cheng<br>SDD: Mr. Na<br>SDD: Mr. Ha<br>SDD: Mr. Lee<br>PHS: President Yu<br>Orion: Mr. Moon<br>Orion: Mr. Hee Kil Moon | CHU00028768 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 515-517 |
| 2/24/1997 | Taiwan: Taipei | X | X | | | | | | | | | | | | | | | | | CPT: Mr. Liu<br>CPT: Yu-Shuen Liu<br>CPT: Ching-Yuan Du<br>LG: PJ Lee | CHU00028907 | Pil Jae Lee | 210 |
| 2/24/1997 | | X | | | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Taipei President Da-Wan Ra<br>SDD: Manager Joon Yeul Yoon<br>SDD: AVP Lee | CHU00032057-058 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 371-373 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/25/1997 | | X | X | | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: President Lin<br>CPT: Plant Manager Chen<br>CPT: Senior Manager Cheng<br>SDD: Ming-Pei Song<br>SDD: Mr. Yoon<br>SDD: Mr. Na<br>SDD: all together 7 members<br>LG: Taipei President Lin<br>PHS: Market Sales Senior Manager Tseng | CHU00028760-762 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 123-125 |
| 3/4/1997 | | X | | | | | X | | | | | | | | | | | | | MEC: Hsu<br>MEC: Chang<br>CPT: Cheng (Edward)<br>CPT: Cheng (Tony)<br>CPT: Du<br>+V154CPT: Cheng (Senior Manager)<br>CPT: Du, Ching-Yuan (Michael)<br>CPT: Cheng, Ling-Yun (Edward)<br>MEC: Xu, Zhi-Yan (Section Chief)<br>MEC: Zhang, Yu-Hao (Director) | CHU000285O7 | Allen Chang (Zhang)<br>Michael Hsu | Chang at 94<br>Hsu at 140 |
| 3/5/1997 | | | | | X | | | | | | X | | | | | | | | | PHS- Fred Hovey and<br>Patrick Canavan.<br>SDI: L. J. Kim,<br>SDI: H. H. Hwang and<br>SDI: C. M. Son. | FOX00207286 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 91:25-102:17 |
| 3/12/1997 | Samsung's Taiwan office | X | X | X | X | X | X | | | X | | | | X | | | | | | MEC: Zhang (Chang)<br>LG: Lee<br>Daewoo: Moon<br>PHS: Zeng<br>HIT: Chang            CPT: Cheng, Wen-Chun (Tony)    CPT: Ching-Yuan Du<br>HIT: Jian-Long Zhang<br>HIT: Zhang, Jian-Long<br>LG: Lee, Pil Jae<br>MEC: Zhang, Yur-Hao<br>OEC: Moon, Jong Hee<br>PHS: Zeng, Huan-Rong<br>SDI: Ha, Hoo Mok<br>SDI: Lee, Myoung Sik<br>SDI: Lee, Gae Min | CHU00028755 | Allen Chang (Zhang) | Allen Chang (Zhang)at 103: Pil Jae Lee at 211 |
| 3/19/1997 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: President Lin<br>SDD: Mr. H.S. Lee<br>SDD: Mr. Otto Lee<br>PHS: Mr. Milan Bala<br>PHS: Mr. Tseng<br>Orion: Mr. Moon<br>LG: Mr. Ahn | CHU00028752-754 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 96-99 |
| 3/26/1997 | | X | | | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Director Yang<br>CPT: Michael Du<br>SDD: Mr. Na<br>SDD: Mr. Ha<br>SDD: Mr. Lee<br>PHS: Director Zeng | CHU00028746-748 | C.C. Liu<br>S.J. Yang | C.C. Liu, Dep. Vol. 1, 125-126<br>S.J. Yang, Dep. Vol. 1, 71-80 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/7/1997 | | X | | | | | | | X | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>TSB: Mr. Fu-Yong<br>TSB: Mr. Hong<br>TSB: Mr. Song | CHU00028283-285 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 126-128 |
| 4/23/1997 | | X | X | | X | | X | | X | X | | | | | | | | | | CPT: Yang<br>CPT: Liu, Chih-Chun (C.C.) (Director)<br>CPT: Yang, Sheng-Jen (S.J.) (Director)<br>CPT: Du, Ching-Yuan (Michael)<br>MEC: Ya, Xu-Zhu (Section Head)<br>MEC: Koga, (Mr.) | CHU00028503 | Y.J. Yang | S.J. Yang, Dep. Vol. 1, 80-83<br>Vol. 3, 417-420 |
| 4/23/1997 | | X | X | X | X | X | X | | | X | | X | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Na<br>SDD: Mr. Ha<br>SDD: Mr. M.S. Lee<br>SDD: Mr. Otto Lee<br>PHS: Mr. Song<br>Orion: Mr. Moon | CHU00028740-743 | C.C. Liu<br>S.J. Yang | C.C. Liu, Dep. Vol. 1, 128-129<br>S.J. Yang, Vol. 3, 414-417 |
| 4/29/1997 | | X | | | X | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: C.Y. Lin<br>CPT:Edward Cheng<br>HTC: Chien-Lung Chang | CHU00028393 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 129-131 |
| 4/29/1997 | | X | | | | | X | | | | | | | | | | | | | MEC:  Hsu<br>CPT: Cheng (Edward)<br>CPT: Du | CHU00028505 | Michael Hsu | at 147 |
| 4/29/1997 | | X | | | X | | | | | | | | | | | | | | | HIT:  Chang Chien Chang<br>CPT: Ching-Yuan (Michael) Du, Ling-Yun (Edward) Cheng | CHU00028393.01E | Kazuhiro Sakashita | 279:12 (Kazuhiro Sakashita) |
| 5/2/1997 | | X | | | X | | | | | | | | | | | | | | | CPT: Senior Manager Cheng<br>CPT:Edward Cheng<br>CPT: Michael Du<br>SDI: Mingzhi Li<br>SDI: Jiemin Li | CHU00028734-735 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 131-132 |
| 5/9/1997 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: D.Y. Kim<br>SDD: Mr. Ha<br>SDD: Mr. H.S. Lee<br>LG: Mr. Lim<br>Orion: Mr. Moon<br>PHS: Mr. Zeng | CHU00028730-733 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 100-102 |
| 5/20/1997 | | X | X | | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Na<br>SDD: Mr. Ha<br>SDD: Mr. Yeon<br>PHS: President Song<br>PHS: Director Tseng<br>LG: AVP Lu | CHU00028725-727 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 132-133 |
| 5/20/1997 | | X | | | X | | | | X | | | | X | | | | | | | CPT: Miss Hsieh<br>SED: Mr. Park<br>SED: Mr. Moon<br>SED: Mr. Joseph JQ<br>SED: Ms. Dran | CHU00028723-724 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 109-113 |
| 5/23/1997 | | X | | | | | X | | X | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Christina Hsieh<br>M-MEC: Mr. Tomori | CHU00028501-502 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 113-117 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/1997 | | | X | | | | | | X | | | | | | | | | | | Toshiba - Wakayama Kimura<br>SDI - Dae Eui Lee | SDCRT-0086245 | Dae Eui Lee | 158:21-162:16 |
| 7/8/1997 | | X | | | X | | | | | | | | | | | | | | | CPT: Director S.J. Yang<br>CPT: Michael Du<br>CPT: Ms. Hsieh<br>SDD: Mr. Ha<br>SDD: AVP Mr. Lee | CHU00028711-712 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 83-87 |
| 7/9/1997 | Versailles, France | | | | | | | | | X | | | | | | | | | X | THOM: Alain Clement<br>PHS: Jef J.H. Pos<br>PHS: Palzers | HDP-CRT00055190 | | |
| 7/16/1997 | | X | | | X | | | | X | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: S.J. Yang<br>CPT: Michael Du<br>TSB: Mr. Matsuda<br>TSB: Mr. Ohmori<br>TSB: Mr. Fukunaka | CHU00028277 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 514-515 |
| 7/16/1997 | | X | | | X | | | | X | | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: S.J. Yang<br>CPT: Michael Du<br>TSB: Mr. Matsuda<br>TSB: Mr. Ohmori<br>TSB: Mr. Fukunaka | CHU00028277-278 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 87-90 |
| 7/18/1997 | | X | | | X | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Taipei President Ha<br>SDD: AVP Lee<br>SDD: Ga Gle Lee | CHU00028707-710 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 134-135 |
| 8/18/1997 | | X | | | X | | | | | | | | | | | | | | | CPT: C.Y. Lin<br>CPT: C.C. Liu<br>CPT: S.J. Yang<br>SDD: Mr. Na<br>SDD: Mr. Ha<br>SDD: Mr. Lee<br>SDD: Mr. Kim | CHU00028701-703 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 135-137 |
| 8/19/1997 | | X | | | X | | | | | | | | | | | | | | | Sang Kyu Park (SDI): J. Lu: Chistina: Soungseop Moon | SDCRT-0086247 | SK Park | |
| 9/12/1997 | | X | | | | | X | | | | | | | | | | | | | MEC: Hsu<br>MEC: Chang<br>CPT: Cheng (Edward)<br>CPT: Du | CHU00026497 | Allen Chang (Zhang) Michael Hsu | Chang at 119: Hsu at 150 |
| 9/29/1997 | | X | | | | | | | X | | | | | | | | | | | CPT: J.S. Lu<br>TSB: Mr. Sunaga<br>TSB: Mr. Nino<br>TSB: Mr. Sato | CHU00028273-274 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 117-123 |
| 10/9/1997 | | X | | | X | | | | | X | | | | | | | | | | CPT: Director S.J. Yang<br>CPT: Director C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. H.S. Lee<br>SDD: Mr. Na<br>SDD: Mr. Fang Ming Lee<br>PHS: Jerry Lin | CHU00028691-693 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 90-98 |
| 10/20/1997 | | X | | | X | | | | | | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Michael Du<br>CPT: President C.Y. Lin<br>CPT: Factory Manager chen<br>CPT: Head of Division S.J. Yang<br>SDD: CEO Shon<br>SDD: Hong Kong Branch President Zheng<br>SDD: Mr. D.Y. Kim<br>SDD: Mr. Ha<br>SDD: Mr. Lee | CHU00028689-690 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 137-139 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/1997 | SDD Taipei | X | | | X | | | | | X | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Michael Du<br>CPT: Director S.J. Yang<br>SDD: Taipei President Ha<br>SDD: AVP Lee<br>PHS: President Song | CHU00028687-688 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 139-141 |
| 10/31/1997 | | X | | | | | X | | | | | | | | | | | | | MEC: Chang, Hsu, Bo-Chang Lee (Matsushitaa Taiwan - LCD): CPT: Du, Cheng (Edward), Ms. Lin | CHU00028495 | Allen Chang (Zhang) Michael Hsu | Chang at 121, 129: Hsu at 153 |
| 11/7/1997 | [Matsushita's Taipei office] | X | | | | | X | | | | | X | | | | | | | | MEC: Chang, Hsu: CPT: Du, Liu, Yang<br>CPT: Liu (Director)<br>CPT: Yang (Director)<br>CPT: Du, Ching-Yuan (Michael)<br>MEC: Xu, Zhiyan (Assistant Manager)<br>MEC: Zhang, Yu-Hao (Director) | CHU00028490-492 | C.C. Liu: Allen Chang (Zhang): Hsu | Liu at 141-42: Chang at 129-30: Hsu at 156 |
| 11/21/1997 | | X | | | X | | | | | | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Director S.J. Yang<br>CPT: Michael Du<br>SDD: Taipei President Ha<br>PHS: Senior Manager Xiu-Li Lin<br>LG: Mr. J.M. Park<br>LG: VP Bi-Cai Li | CHU00028674-676 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 142-144 |
| 12/00/1997 | | | | | X | | | | X | | | | | | | | | | | | HDP-CRT00025612 | Nobuaki Ito Nobuhiko Kobayashi | 254:12 (Nobuaki Ito): 221 (Nobuhiko Kobayashi) |
| 12/3/1997 | | X | X | X | X | | X | | X | | | | X | | | | | | | CPT: J.S. Lu<br>CPT: Director C.C. Liu | CHU00020779-781 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 123-131 |
| 12/9/1997 | | X | | X | X | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: S.J. Yang<br>SDD: Mr. Ha<br>SDD: Mr. H.S. Lee<br>Orion: Mr. Moon | CHU00028670 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 517-518 |
| 12/9/1997 | | X | | X | X | | | | | | | | | | | | | | | CPT: Director S.J. Yang<br>CPT: Director C.C. Liu<br>CPT: Michael Du<br>SDD:Mr. Ha<br>SDD: Mr. Lee<br>SDD: Mr. H.S. Lee<br>Orion Taipei: Mr. Moon | CHU00028670-671 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 98-103 |
| 12/16/1997 | Korea | | X | X | X | | | | | | | | | | | | | | | Orion - Bok Il Jung, Hong Kyu Oh, Dae Shik Lee Yong Il Jung, Seung Yeul Shin<br>SDI - Dong Hoon Lee, Change Hee Change, Dae Eui Lee | SDCRT-0086248: SDCRT-0086249 | Dae Eui Lee | 163:1-167:15: 167:25-169:17 |
| 12/24/1997 | | X | | | X | | | | | | | | | | | | | | | MEC: Chang, Hsu<br>CPT: Hsu, Chih-Yen (Assistant Manager)<br>CPT: Chang, Yu-Hao (Head of Division)<br>MEC: | CHU00028487 | Allen Chang (Zhang) Michael Hsu | Chang II at 150: Hsu at 158 |
| 12/29/1997 | | | X | X | X | | | | | | | | | | | | | | | SDI - Dae Eui Lee | SDCRT-0086253 | Dae Eui Lee | 170:5-175:9 |
| 1998-2001 | | X | X | X | X | | | | | X | | | | | | | | | | Kwang Ho Lee (SDI): Song, Michael (SDI): Dae Eui Lee (SDI): Jae In Lee (SDI) | N/A | J.I. Lee | Jae In Lee Vol 1 25:24-26:2, 28:10-29:1, 29:14-30:20, 37:12-37:13, 62:5-62:9: 65:11-66:3, 66:7-66:11 |
| 1998/1999 | Taiwan | X | | | X | | | | | | | | | | | | | | | J.Y. Youn | | J.Y. Youn | 43:01:00 |
| 1998 | Cheju Island, South Korea | | | | X | | | | X | | | | | | | | | | | Toshiba: Yamamoto, Yasuki: Yoshino<br>SDI: D.Y. Kim: another SDI employee | | Yasuki Yamamoto | 117:22-121:23: 137-21-141:14 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1998 Hakone, Japan | | | | X | | | | X | | | | | | | | | | | Toshiba: Yamamoto, Yasuki: Yoshino<br>SDI: D.Y. Kim: another SDI employee | | Yasuki Yamamoto | 117:22-121:23; 137-21-141:14 |
| | 1998 Taiwan | X | X | X | X | | | | | X | | | | | | | | | | J.Y. Youn | | J.Y. Youn | 50:10, 51:8 |
| | 1998 | | X | | | X | | | | | | | | | | | | | X | | HEDUS-CRT00159915 | Tom Heiser | 55:19 (Tom Heiser) |
| 1/19/1998-1/24/1998 | Taiwan | | | | | | | | | | | | | | | | | | | D.Y. Kim | SDCRT-0086373 | | |
| 1/15/1998 | | X | | | | | | | X | | | | | | | | | | | CPT: President C.Y. Lin<br>CPT: Michael Du<br>TSB: Mr. Hamano<br>TSB: Mr. Oshima<br>TSB: Mr. Yang-Chang Li | CHU00028263-264 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 404-411 |
| 2/20/1998 | | X | | X | | | | | | | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Michael Du<br>OEC: Taipei VP Moon | CHU00028955-957 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 144-145 |
| 2/24/1998 | | X | | | X | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. C.W. Luo<br>SDD: Mr. Yoon<br>SDD: Mr. Lee | CHU00028656-657 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 190-192 |
| 3/3/1998 | n/a | | | | X | | | | | | | | | | | | | | X | THOM: Kevin Trompack<br>HIT: Tom Heiser | HEDUS-CRT00126627 | | |
| 3/4/1998 | Taiwan | X | | X | X | | | | | X | | | | | | | | | | CPT: S.J. Yang<br>CPT: Michael Du<br>CPT: C.C. Liu<br>SDD: Mr. Na<br>SDD: Mr. Ha<br>SDD: Mr. Lee<br>SDD: Mr. H.S. Lee<br>PHS: Mr. Jeong Lin<br>Orion: Mr. Moon | CHU00028654-655 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 103-106 |
| 3/11/1998 | Tokyo, Japan | | | | | | | | | X | | | | | | | | | X | THOM: Giles Taldu<br>THOM: Christian Lissorgues<br>PHS: Jacques Bouyer<br>PHS: Frans A. de Bruunr<br>PHS: Job Mensink | HDP-CRT00055091;<br>HDP-CRT00055172 | | |
| 3/12/1998 | Hitachi Greenville, S.C. Factory | | | | X | | | | | | | | | | | | | | X | HIT: Tom Heiser, Thom Schmitt<br>THOM: P. Kevin Trompak | HEDUS-CRT00126627 | Tom Heiser | 169:06 (Tom Heiser) |
| 3/13/1998 | | | | | X | | | X | | | | | | | | | | | | MIT: Mr. Hasegawa: HIT: Mr. Oda: HIT: Mr. Komiri | HDP-CRT00025601 | | |
| 3/25/1998 | | X | X | | X | | | | X | | | | | | | | | | | CPT: S.J. Yang<br>CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Chi-Hsiao Ra<br>SDD: Mr. Gae Min Lee | CHU00028648-650 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 274-278 |
| 3/30/1998 | Taipei office | X | X | X | X | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: Michael Du<br>SDD: Mr. Na<br>SDD: Mr. Ha<br>SDD: Mr. Lee<br>LG Taipei: Mr. Lim<br>LG Taipei: Mr. Park<br>Orion: Mr. Moon | CHU00028645-646 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 107-110 |
| 4/9/1998 | Busan | X | | | X | | | | | | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Michael Du<br>SDD: President Qiwan Luo | CHU00028642-644 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 110-115 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/14/1998 | | X | X | X | X | | | | | | | | | | | | | | | CPT: Senior Manager S.J. Yang<br>CPT: President C.Y. Lin<br>CPT: Director C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Sun<br>SDD: Mr. Na<br>SDD: Mr. He<br>SDD: Mr. Jin<br>SDD: Mr. Li | CHU00028651-652 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 115-122 |
| 4/27/1998 | | | | | | X | | X | | | | | | | | | | | X | | HEDUS-CRT00002105 | Tom Heiser | 174:06 (Tom Heiser) |
| 05/00/1998 | | | | | | X | | X | | | | | | | | | | | | | HDP-CRT00025584 | Kazumasa Hirai | 130:16 (Kazumasa Hirai) |
| 05/00/1998 | | | | | | X | | | X | | | | | | | | | | X | | HIT: Tom Heiser Thom Schmitt | HEDUS-CRT00002107 | Tom Heiser | 184:12 (Tom Heiser) |
| 5/18/1998 | Taiwan | X | | | | | | | X | | | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Manager Yang<br>CPT: Michael Du<br>TSB: Mr. Michihiro Yoshino<br>TSB: Taipei Mr. Yong Fu<br>TSB: Section Chief Yun-Peng Hong | CHU00028252-253 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 145-147 |
| 5/18/1998 | | X | | X | | | | | | | | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Senior Manager Yang<br>CPT: Michael Du<br>OEC: Mr. Moon<br>OEC: Mr. Kang | CHU00028952-954 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 147-148 |
| 5/18/1998 | Taiwan | X | | | | | | | X | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: C.C. Liu<br>CPT: Michael Du<br>TSB: Mr. Michihiro Yoshino<br>TSB: Mr. Fukunaka<br>TSB: Mr. Yun-Peng Hong<br>TSB: Mr. Yong Fu | CHU00028252-253 | S.J. Yang | S.J. Yang, Dep. Vol. 3, 429-433 |
| 6/1/1998 | Future meeting planned for Taiwan | X | X | X | X | | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Na<br>SDD: Ha<br>SDD: Lee<br>Orion: Moon<br>Orion: Kang | CHU00026832-634 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 122-130 |
| 6/3/1998 | EIAJ/EECA Meeting in Osaka | | | | | X | X | X | X | | | | | | | | | | | | TSB: Wakiyama: MIT: Tsukamoto: HIT: Uchida: MEC: Shimoda | HDP-CRT00055114 | | |
| 6/4/1998 | Korea | X | X | X | X | | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: C.C. Liu | CHU00028638 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 130-134 |
| 7/8/1998 | White Columns Golf Club, Alpharetta, GA | | | | | X | | | | | | | | | | | | | | X | HIT: Tom Heiser<br>THOM: Rick Love, Hans Braun | HEDUS-CRT00166576 | Tom Heiser | 92:03 (Tom Heiser) |
| 7/13/1998 | Third Serve Sports Grill, Norcross, GA | | | | | X | | | | X | | | | | | | | | | | HIT Tom Heiser, Thom Schmitt, GL, JS<br>PHS: Jeff Johnson, Pat Canavan, | HEDUS-CRT00166576 | Tom Heiser | 92:03 (Tom Heiser) |
| 7/13/1998 | Hitachi Office, Norcross, GA | | | | | X | | | | X | | | | | | | | | | | HIT:Tom Heiser Thom Schmitt<br>PHS: Geert Lievens, Pat Canavan, Jeff Johnson | PHLP-CRT-081748 | Tom Heiser | 100:18 (Tom Heiser) |
| 7/15/1998 | Hitachi, Norcross, GA | | | | | X | | | | X | | | | | | | | | | | PH: Pat Canavan<br>PH: Jeff Johnson<br>HIT: Tom Heiser<br>HIT: Thom Schmitt<br>HIT: Geert Lievens | PHLP-CRT-081748 | Jim Smith | Jim Smith Dep. Vol. 1, 249-255 |
| 7/16/1998 | Matsushita | | | | | X | X | | | | | | | | | | | | | | SDI: Lee (possibly) | SDCRT-0086416 | Jae In Lee | Lee I at 88-94 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/18/1998 | | | | | X | | | | | | | X | | | | | | | | Jae In Lee (SDI) | SDCRT-0086416 | J.I. Lee | |
| 7/30/1998-8/1/1998 | Taiwan | | | | | | | | | | | | | | | | | | | D.Y. Kim | SDCRT-0086270 | | |
| 7/31/1998 | | X | X | X | X | | | | | X | | | | | | | | | | | SDCRT-0086419 | | |
| 8/00/1998 | | X | X | X | X | | | | | X | | | | | | | | | | Kwang Ho Lee (SDI): Song, Michael (SDI): Dae Eui Lee (SDI): Jae In Lee (SDI) | N/A | J.I. Lee | Jae In Lee Vol 1 25:24-26:2, 28:10-29:1, 29:14-30:20, 37:12-37:13, 62:5-62:9; 65:11-66:3, 66:7-66:11 |
| 8/21/1998 | | X | | | | X | | | | | | | | | | | | | | HIT: Jian-Lung Zhang: CPT: C.C. Liu: CPT: Michael Du | HDP-CRT00055114 | | |
| 8/25/1998 | [Matsushita's Taipei office] | X | | | | | X | | | | | X | | | | | | | | MEC: Chang, Hsu: CPT: Liu, Du CPT: Liu (Director) CPT: Du, Ching-Yuan (Michael) MEC: Hsu (Assistant Manager) MEC: Chang, Yu Tai (Senior Manager) | CHU00028463 | Allen Chang (Zhang): Michael Hsu: C.C. Liu | Chang at 157: Hsu at 160 |
| 8/25/1998 | | X | X | | X | | | | | | | | | | | | | | | CPT: J.S. Lu SED: Mr. S.K. Park SED: Mr. Y.S. Moon SED: Mr. P.K. Jeon | CHU00028613-614 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 131-132 |
| 8/27/1998 | | X | | | X | | | | | | | | | | | | | | | CPT: C.C. Liu CPT: Michael Du HTC: Manager Chien-Lung Chang | CHU00028385-387 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 151-153 |
| 9/00/1998 EIAJ | | | | | | | X | X | | | | | | | | | | | | | HDP-CRT00025568 | Nobuaki Ito Nobuhiko Kobayashi | 314:19 (Nobuaki Ito): 230 (Nobuhiko Kobayashi) |
| 9/7/1998 | | X | X | X | X | | | | | | | | X | | | | | | | SDI - Michael Son, In Kim, K.H. Lee, D.H. Lee, D.E. Lee | CHU00029316 | Michael Son | 124:11-133:8 |
| 9/7/1998 | | X | X | X | X | | | | | | | | X | | | | | | | SDI - Dae Eui Lee | SDCRT-0086460 | Dae Eui Lee | 201:21-205:9 |
| 9/7/1998 to 9/8/1998 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: C.C. Liu CPT: Michael Du SDD: Mr. Inn Kim SDD: Mr. K.H. Lee SDD: Mr. D.H. Lee SDD: Mr. D.E. Lee SDD: Mr. Son LG: Mr. Choi LG: Mr. C.G. Kim LG: Mr. P.Y. Jeong LG: Mr. Y.I. Jeong LG: Mr. D.E. Lee Orion: Mr. H.C. Moon Orion: Mr. B.I. Jeong Orion: Mr. Karl Min Orion: Mr. H.S. Oh TCRT: Mr. Thanasak Chaiyavech | CHU00029316-320 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 102-104 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/9/1998 | | X | X | X | X | | | | | | | | X | | | | | | | SDI - Dae Eui Lee | SDCRT-0086480 | Dae Eui Lee | 205:20-209:9 |
| 9/26/1998 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: J.S. Lu<br>CPT: Michael Du<br>SDD: Mr. K.H. Lee<br>SDD: Mr. S.K. Park<br>SDD: Mr. Moon<br>SDD: Mr. Son<br>LG: Mr. Cho<br>LG: Mr. C.S. Jeon<br>LG: Mr. Y.I. Jeong<br>LG: Mr. K.Y. Kuo<br>Orion: Mr. H.C. moon<br>Orion: Mr. B.C. Jeon<br>Orion: Mr. D.S. Lee<br>Orion: Mr. S.K. Oh<br>TCRT: Mr. Boonchoo | CHU00029262-264 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 133-137 |
| 9/26/1998 | Taiwan | X | X | X | X | | | | X | | | | X | | | | | | | | SDCRT-0086481 | Dae Eui Lee | 209:21-214:22 |
| 9/26/1998 | | | | | | | | | | | | | | | | | | | | SDI - Michael Son | CHU00029281 | Michael Son | 144:12-145:2 |
| 10/9/1998 | Fuzhou | X | X | X | X | | | | | X | | | | | X | | | | | CPT: J.S. Lu<br>CPT: Dai Huang-Kuei<br>CPT: Alex Yeh<br>CPT: Guang-Hui Dai<br>CPT: Wei-Lie Yu<br>PHS: Zheng-Er Shao<br>PHS: President Jian-Zhong Sheng<br>PHS: Manager Bing Ma<br>SSDD: Manager Myoung-Sik Lee<br>SSDD: Zhen Yang<br>Orion: Tae Sik Kong<br>LG: J.B. Park<br>IRI: VP Jian-She Wei | CHU00030679-683 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 170-176 |
| 10/9/1998 | | X | | | X | | | | | X | | | | | | | X | | | Jae In Lee (SDI) | SDCRT-008642 | J.I. Lee | |
| 10/13/1998 | Ruth's Chris Scottsdale, AZ | | | | | X | | | | | | | | | | | | | X | HIT: Tom Heiser<br>THOM: Mr. Sterling Owens | HEDUS-CRT00160563 | Tom Heiser | 191:05 (Tom Heiser) |
| 10/15/1998 | | X | | | | | X | | | | | | | | | | | | | MEC: Chang, Hsu, Kuo-Wei Kuo: CPT: Du, Ms. Lin<br>CPT: Du, Ching-Yuan (Michael)<br>CPT: Hsieh, Chun-Mei (Christina)<br>CPT: Lin, Fang-Yi<br>SDI: Assistant Vice President<br>SDI: Lee, Jie-Min<br>SDI: Lee, Jia Chih | CHU00028459 | Michael Hsu | Hsu II at 183 |
| 11/00/1998 | | | | | | X | X | | | | | | | | | | | | | HIT: Nobuaki Ito:<br>MEC: K. Shimoda | HDP-CRT00023360 | Nobuaki Ito | 343:08 (Nobuaki Ito) |
| 11/4/1998 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086440 | J.I. Lee | |
| 11/16/1998 | Singapore | | X | X | X | X | | | | | | | | | | | | | | SDI - Sang Kyu Park, Executive Vice President Kim, Senior Vice President Kim | | Dae Eui Lee | 215:6-220:3 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/16/1998 | Singapore | | X | X | X | X | | | | | | | | | | | | | | SDI - Sang Kyu Park, Executive Vice President Kim, Senior Vice President Kim | SDCRT-0086482 | | |
| 11/20/1998 | HIT Asia Plant, Taipei | X | | | | X | | | | | | | | | | | | | | HIT: Chiang-Lung Zhang; CPT: C.C. Liu; CPT: Michael Du | CHU00028383 | | |
| 11/24/1998 | Korea | | X | X | X | | | | | | | | | | | | | | | SDI - Michael Son, D.E. Lee | SDI rog responses: SDCRT-0086485 | Michael Son | 101:15-102:14; 151:15-163:11 |
| 11/27/1998 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: C.C.Liu<br>CPT: Tony Chien<br>CPT: Michael Du<br>SDD: Mr. K. H. Lee<br>SDD: Mr. D.E. Lee<br>SDD: Mr. Son<br>LG: Mr. Choi<br>LG: Mr. Y.I. Jeong<br>LG: Mr. K.Y. Ko<br>Orion: Mr. H.C. Moon<br>Orion: Mr. B.I. Jeong<br>Orion: Mr. Karil Min<br>Orion: Mr. H.S. Oh<br>TCRT: Mr. Boonchoo | CHU00029259-261 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 149-151 |
| 11/27/1998 | Korea | X | X | X | X | | | | | | | | X | | | | | | | SDI - Michael Son, D.E. Lee, K.H. Lee; Orion - H.C. Moon, B.I. Chung, K.Y Ko; CPT - C.C. Ryu; TCRT - Boonchoo | SDI rog responses: SDCRT-0086487 | Michael Son | 36:25 - 37:3 ; 39:17 - 42:9; 102:16-103:6; 163:21-176:23 |
| 11/27/1998 | Korea | X | X | X | X | | | | | | | | X | | | | | | | SDI - Kwang Ho Lee, Dae Eui Lee, Michael Sohn<br>LG - Kyu In Choi, Yong Ik Chung, Kyu Young Ko<br>Orion - Hee Chul Moon, Bok Il Chung, Sang Ryun Byun, Sum Kwang Oh, Dae Sik Lee<br>Chunghwa - C.C. Ryu, Michael Du<br>Thai CRT - Mr. Boonchoo | SDCRT-0086487 (Ex. 665) | Dae Eui Lee | 221:1-227:19 |
| 12/8/1998 | Beijing, China | X | X | X | X | | | | | X | | | | X | X | | | | | CPT: J.S. Lu<br>CPT: Tony Cheng<br>CPT: Michael Du<br>CPT: Alex Yeh<br>PHS: Shou-Li Li<br>PHS: Cheng-Er Shao<br>PHS: Dong Liu<br>SDD: Mr. D.Y. Kim<br>SDD: M.S. Lee et al<br>Orion: Mr. Moon<br>Orion: Mr. Kong et al<br>IRI: President Ma et al<br>BMCC: Wen-Chiang Fan<br>BMCC: Hsin-Wen Huang | CHU00030688-691 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 139-140 |
| 12/11/1998 | | X | | | | | X | | | | | | | | | | | | | MEC: Chang, Hsu; CPT: Du, Cheng (Tony)<br>CPT: Cheng, Wen-Chun (Tony) (Manager)<br>CPT: Du, Ching-Yuan (Michael)<br>MEC: Hsu, Chih- Yen (Assistant Manager)<br>MEC: Chang, Yu-Hao (Assistant Section Chief) | CHU00026457 | Allen Chang (Zhang) Michael Hsu | Chang II at 170; Hsu II at 177 |
| 12/17/1998 | | X | X | | | | | | | | | | | | | | | | | CPT: S.J. Yang<br>LG: Mr. B.K. Jeon | CHU00028887-888 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 139-143 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/1998 | | | X | X | X | | | | | | | | | | | | | | | SDI - Dae Eui Lee | SDCRT-0086473 | Dae Eui Lee | 228:2-229:25 |
| 1999 | | X | | | | | | | | | | | | | | | | | | | HEDUS-CRT00152622 | Tom Heiser | 435:16 (Tom Heiser) |
| 1/00/1999 | | | | | X | X | | | | | | | | | | | | | | | HDP-CRT00051345 | Nobuhiko Kobayashi | 252 (Nobuhiko Kobayashi) |
| 1/6/1999 | Rosewood Grill, Las Vegas, NV | | | | | X | | | | X | | | | | | | | | | HIT: Tom Heiser, Thom Schmitt, BK PHS: Joe Snyder, Emmanual Corney, | HEDUS-CRT00166472 | Tom Heiser | 107:23 (Tom Heiser) |
| 1/7/1999 | Terrace Point, Las Vegas, NV | | | | | X | | | | X | | | | | | | | | | HIT: Tom Heiser, Thom Schmitt PHS: J. Johnson, P. Canavan | HEDUS-CRT00166472 | Tom Heiser | 107:23 (Tom Heiser) |
| 1/7/1999 | Terrace Point, Las Vegas, NV | | | | | X | | | | X | | | | | | | | | | HIT: Thom Schmitt, YN PHS: Pat Canavan, Jeff Johnson, Hiyoshi Kashimura | HEDUS-CRT00098394 | Tom Heiser | 110:14 (Tom Heiser) |
| 1/8/1999 | Xiamen, China | X | | X | X | | | | | X | | | | | X | | | | | CPT: J.S. Lu CPT: Guang-Hui Tai CPT: Wei-Lie Yu SDD: Ming-Zhi Li SDD: Yang Zhen PHS: Zheng-Xi Shao PHS: Bing Ma (Hua Fei Manager) Orion: Tae Sik Kong IRI: Wei-Sheng Li IRI: Jun Yao IRI: Zhao-Jie Wang | CHU00030695-697 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 137-138 |
| 1/12/1999 | U.S. | | | X | X | X | | | X | X | | | | | | | | | X | SDI: Chul Hong Im | SDCRT-0002526 | | |
| 1/13/1999 | (CPT) | X | X | X | X | | | | | X | | | | | | | | | | CPT: Senior Manager Cheng CPT: Miss Hsieh SDD: Mr. Ha SDD: Ms. Betty PHS: Mr. Frank Shao Orion: Mr. Moon LG: Mr. Park | CHU00030698-700 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 153-154 |
| 1/18/1999 | | X | X | X | X | X | | | | X | | | | | | | | | | CPT: C.C. Liu CPT: Miss Hsieh SDD: Mr. Inn Kim SDD: Mr. D.Y. Kim SDD: Mr. Na SDD: Mr. Ha SDD: Mr. J.I. Lee LG: Mr. S.Y. Choi LG: Mr. C.S. Jeon LG: Mr. K.Y. Ko LG: Mr. J.M. Park Orion: Mr. H.C. Moon Orion: Mr. K.H. Kang Orion: Mr. J.H. Moon PHS: Mr. David Chang PHS: Mr. Jerry Lin PHS: Ms. Rosa Hu | CHU00030701-704 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 154-157 Dep. Vol. 3, 411-417 |
| 1/18/1999 | | X | X | | X | | | | | X | | | | | | | | | | | SDCRT-0086557 | | |
| 1/19/1999 | | | | | | X | | | | X | | | | | | | | | | HIT: Thom Schmitt, Tom Heiser, KF, SI, YN, PHS: Ben Matengee Joe Snyder | HEDUS-CRT00098394 | Tom Heiser | 110:14 (Tom Heiser) |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/22/1999 | | X | | | | | | | X | | | | | | | | | | | CPT: S.J. Yang<br>TSB: Mr. Yushino<br>TSB: Mr. Kawano<br>TSB: Mr. Jiye<br>TSB: Mr. Heye | CHU00028240 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 163-166<br>Dep. Vol. 3, 420-423 |
| 1/22/1999 | | | X | | | X | | | | | | | | | | | | | | HIT: Thom Schmitt<br>LG: Bruce Lee, Ji Woo, | HEDUS-CRT00098394 | Tom Heiser | 110:14 (Tom Heiser) |
| 1/22/1999 | Philips Monitor Facility, Raleigh, N.C. | | | | | X | | | | X | | | | | | | | | | HIT: Dan Mead,<br>PHS: Paul Toma | HEDUS-CRT00158744 | Tom Heiser | 426:05 (Tom Heiser) |
| 2/5/1999 | | X | | | | | | | | | | | | | | | | | | C.C. Liu<br>CPT: C.Y. Lin<br>CPT: Michael Du | CHU00021289 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 106-109 |
| 2/10/1999 | | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086561 | J.I. Lee | |
| 2/11/1999 | email | | | | X | | | | | X | X | | | | | | | | | | PIC-00007637 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 102:25-122:20 |
| 2/12/1999 | | | | | | | | | | X | | | | | | | | X | | Sony: Abbott<br>Sony: Rigby<br>Sony: Inuoe<br>Sony: Mckie<br>Sony: Yamano<br>PH: J. Smith<br>PH: S. Longley<br>PH: S. Akass | PTC-00009040 | Jim Smith | Jim Smith Dep. Vol. 1, 255-260 |
| 2/12/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Senior Manager Tony Cheng<br>CPT: Miss Hsieh<br>SDD: Mr. Ha<br>SDD: Mr. J.I. Lee<br>SDD: Ms. Betty<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Rosa Hu<br>Orion: Mr. Moon<br>Orion: Mr. Jimmy Kim<br>LG: Mr. Park<br>LG: Mr. I.H. Song | CHU00030713-716 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 157-158 |
| 3/1/1999 | | | X | | | X | | | | | | | | | | | | | | HIT: Thom Schmitt, RYN, TS<br>LG: Daniel Lee, Gary Michak, | HEDUS-CRT00098394 | Tom Heiser | 110:14 (Tom Heiser) |
| 3/3/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Miss Hsieh<br>SDI: Mr. Youn<br>SDI: Mr. Otto<br>PHS: Mr. Jerry Lin<br>PHS: Mr. Limay<br>LG: Mr. Lu<br>LG: Mr. Song<br>Orion: Mr. Justin Park | CHU00030720-727 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 158-160 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/7/1999 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. K.H. Lee<br>SDD: D.H. Lee<br>SDD: D.E. Lee<br>SDD: H.S. Chu<br>SDD: S.E. Lee<br>LG: Mr. Choi<br>LG: Mr. P.Y. Jeong<br>LG: Mr. K.Y. Ko<br>Orion: Mr. H.C. Moon<br>Orion: Mr. S.Y. Byun<br>Orion: Mr. Karl Min<br>Orion: Mr. H.S. Oh<br>TCRT: Mr. Boonchoo<br>TCRT: Mr. Wuttinun | CHU00029245-247 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 160-165 |
| 3/7/1999 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. K.H. Lee | CHU00029245-247 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 160-165 |
| 3/7/1999 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. K.H. Lee<br>SDD: D.H. Lee<br>SDD: D.E. Lee<br>SDD: H.S. Chu<br>SDD: S.E. Lee | CHU00029245-247 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 160-165 |
| 3/16/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Michael Du<br>CPT: Senior Manager Cheng<br>SDD: Mr. Ha<br>SDD: Mr. J.I. Lee<br>LG: Mr. Lim<br>LG: Mr. Park<br>LG: Mr. Kon Chun Yeu | CHU00030731-733 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 165-167 |
| 3/16/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Michael Du<br>CPT: Senior Manager Cheng<br>SDD: Mr. Ha<br>SDD: Mr. J.I. Lee<br>LG: Mr. Lim<br>LG: Mr. Park<br>LG: Mr. Kon Chun Yeu<br>LG: Mr. Ko<br>Orion: Mr. Moon | CHU00030731-733 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 165-167 |
| 3/16/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Michael Du<br>CPT: Senior Manager Cheng<br>SDD: Mr. Ha<br>SDD: Mr. J.I. Lee<br>LG: Mr. Lim<br>LG: Mr. Park<br>LG: Mr. Kon Chun Yeu<br>LG: Mr. Ko<br>Orion: Mr. Moon<br>Orion: Mr. Jimmy Kim<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Rosa Hu | CHU00030731-733 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 165-167 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/16/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Ha<br>SDD: Mr. J.I. Lee<br>LG: Mr. Lim<br>LG: Mr. Park<br>LG: Mr. Kon Chun Yeu<br>LG: Mr. Ko<br>Orion: Mr. Moon<br>Orion: Mr. Jimmy Kim<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Rosa Hu | CHU00030731-733 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 373-377 |
| 3/20/1999 | | X | X | X | X | | X | | X | | | | X | | | | | | X | | CHU00123746 | | |
| 3/24/1999 | Korea | | X | X | X | | | | | | | | | | | | | | | SDI - Michael Son, J.I. Lee, J.H. Lee: Orion - K.T. Min, J.M. Kim: LG - S.H. Cho, G.Y. Ko | SDI rog responses: SDCRT-0086537 | Michael Son | 103:20-104:9; 176:25-179:8 |
| 3/25/1999 | Paris, France | | | | X | | | | | | | | | | | | | | X | THOM: Christian Lissorgues<br>THOM: Giles Taldu<br>THOM: Bob Lorch<br>THOM: P. Combes<br>SDI: Yoon Yang<br>SDI: Lak Jin Kim | SDCRT-0086490 | | |
| 3/31/1999 | | X | X | X | X | | | | | X | | | | | | | | | | SDI - Dae Eui Lee<br>Chunghwa - C.C. Liu, Mr. Du<br>Philips - Jerry Lin | SDCRT-0086569 | | |
| 4/2/1999 | | | X | | | X | | | | | | | | | | | | | | HIT: Yoshi, Kou;<br>LG: Ro, Chon | HDP-CRT00025934 | Nobuhiko Kobayashi | 320 (Nobuhiko Kobayashi) |
| 4/2/1999 | LGE Gumi Plant | | X | | | X | | | | | | | | | | | | | | LG: Yeo: HIT: Nobuhiko Kobayashi | HDP-CRT00025934 | | |
| 4/8/1999 | LG Indonesia | X | X | X | X | | | | X | | | | X | | | | | | | CPT: S.J. Yang<br>SDDM: S.K. Park<br>LG: Mr. B.K. Jeon<br>LG: Mr. M.J. Kim | CHU00028606-608 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 143-151 |
| 4/8/1999 | Huntsville, Alabama | | X | | | X | | | | | | | | | | | | | | HIT: CH SB Thom Schmitt<br>LG: Joseph Kim Joseph Woo, | HEDUS-CRT00098394 | Tom Heiser | 110:14 (Tom Heiser) |
| 4/10/1999 | | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI): D.Y. Kim (SDI): C.C. Liu (CPT): Jerry Lin (Philips) | SDCRT-0086584 | J.I. Lee | |
| 4/13/1999 | Seoul | X | | | X | | | | | | | | | | | | | | | C.Y. Lin (CPT): Jae In Lee | SDCRT-0086586 | J.I. Lee | |
| 4/15/1999 | | X | X | X | X | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Inn Kim<br>SDD: Mr. K.H. Lee<br>SDD: Mr. D.H. Lee<br>SDD: Mr. Michael Son<br>LG: Mr. Choi<br>LG: Mr. G.I. Choi<br>LG: Mr. C.H. Lee<br>LG: Mr. S.H. Jo<br>Orion: Mr. H.C. Moon<br>Orion: Mr. S.Y. Byun<br>Orion: Mr. Karl Min<br>Orion: Mr. J.W. Moon | CHU00029235-237 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 167-168 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/15/1999 | | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086593 | J.I. Lee | |
| 4/15/1999 | Korea | X | X | X | X | | | | | | | | X | | | | | | | SDI - Michael Son, In Kim, K.H. Lee, D.H. Lee, Mikial Sohn: Orion - H.C. Moon, I.B. Chung, J.O. Moon, S.K. Oh: LG - S.Y. Choi, I.K. Choi, S.H. Cho, C.H. Lee, CPT - C.Y. Lin, C.C. Ryu, Michael Du: TCRT - Tanasak, Boonchoo | SDI rog responses: SDCRT-0086541 | Michael Son | 104:11-17; 179:9-187:18 |
| 4/15/1999 | | X | X | X | X | | | | | X | | | X | | | | | | | SDI - Dae Eui Lee | SDCRT-0086545 | Dae Eui Lee | 233:19-236:15 |
| 4/15/1999 | Brussels, Belgium | | | | X | | X | | | X | | | | | | | | X | X | THOM: Serafinski<br>SDI: Yoong Yang<br>SDI: Hak-Jin Kim<br>PHS: Jim Smith<br>PHS: Jef Pos<br>MEC: E. Nill<br>MEC: J. Krauss<br>DOSA: H.K. Kin<br>DOSA: G. Nam<br>SDI: T.S. Park<br>SDI: Y. Yang | SDCRT-0086500 | | |
| 4/21/1999 | Philips Monitors Juarez | | | | | X | | | | X | | | | | | | | | | HIT: Tom Heiser, Genichi Watanabe,  Akira Ookubo | HEDUS-CRT00152273 | Kenichi Hazuku Tom Heiser | 122:8 (Kenichi Hazuku); 327, 429 (Tom Heiser) |
| 4/22/1999 | | | | | | | | | | X | | | | | | | | | | PH: Pat Canavan | PTC-00007239 | Jim Smith | Jim Smith Dep. Vol. 1, 269-286 |
| 4/22/1999 | Cafe Lousianne, Norcross, GA | | | | X | | X | | | X | | | | | | | | | | HIT: Tom Heiser TN SI<br>PHS: Pat Canavan | HEDUS-CRT00160568 | Tom Heiser | 124:10 (Tom Heiser) |
| 4/27/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | J.Y. Youn: Senior Lim; C.C. Liu: Deputy General Park | SDCRT-0086597 | | |
| 4/28/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Ha<br>SDD: Mr. Youn<br>SDD: Ms. Betty Lee<br>LG: Mr. Lim<br>LG: Mr. Song<br>LG: Mr. Ko<br>Orion: Mr. Moon<br>Orion: Mr. Cho<br>PHS: Mr. Frank Shoo<br>PHS: Ms. Rosa Hu | CHU00030749-751 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 168-170 |
| 4/30/1999 | Taiwan | X | X | X | X | | | | | | | | X | | | | | | | J.Y. Youn | | J.Y. Youn | 112:25 |
| 5/11/1999 | | X | X | X | X | | | | | | | | | | | | | | | CPT: Senior Manager Yang<br>CPT: Michael Du | CHU00029228-230 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 170-171 |
| 5/12/1999 | Taiwan | X | X | X | X | | | | | | | | X | | | | | | | J.Y. Youn | | J.Y. Youn | 132:10 |
| 5/12/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | J.Y. Youn | SDCRT-0086605 | J.I. Lee; J.Y. Youn | 360:14 ; 453:18 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/14/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Section Chief Du<br>CPT: Section Chief Yu<br>CPT: Chun-Mei Hsieh<br>SDD: Mr. D.Y. Kim<br>SDD: Mr. Yoon<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Rosa Hu<br>PHS: Mr. Frank Shao<br>Orion: Mr. Cho<br>LG: Mr. Lin<br>LG: Mr. Park<br>LG: Mr. Lu | CHU00030757-762 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 171-173 |
| 5/20/1999 | | X | X | X | X | | | | | | | | X | X | | | | | | CPT: C.C.Liu<br>CPT: Miss Chun-Mei Hsieh<br>SDD: Mr. I. Kim<br>SDD: Mr. Michael Son<br>SDD: Mr. Ha<br>OEC: Mr. H. C. Moon | CHU00029191-194 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 109-110 |
| 5/21/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: J.S. Lu | CHU00030766-767 | J.S. Lu | J.S. Lu, Dep. Vol. 2. |
| 6/2/1999 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: President C.Y. Lin<br>CPT: Director C.C. Liu<br>CPT: Michael Du<br>OEC: Mr. Moon et al<br>SDD: Mr. Lee et al<br>LG: Mr. Choi et al<br>TCRT: Mr. Chaovalit et al | CHU00029189-190 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 173-174 |
| 6/4/1999 | mainland China (China Shenzhen) | X | | X | X | | X | | | X | X | | | X | X | | | | | CPT: Lu, Jing-Song (Jason) 9Senior Manager)<br>CPT: Dai, Guang-Hui<br>IRI: Wang, Zhao-jie<br>MEC: Huang, Xin-wen (Senior Manager)<br>OEC: Kong, Tae Sik (Section Chief)<br>PHS: Shao, Zheng-xi (Senior Manager of Operations)<br>PHS: Liu (Director)<br>PHS: Ma, Bing<br>SDI: Li, Ming-zhi (Department Manager)<br>SDI: Yang, Zhen | CHU00030777 | Jason lu | Lu II at 179-83 |
| 6/7/1999 | Philips Singapore | | | | | X | | | | X | | | | | | | | | | HIT: Thom Schmitt,<br>PHS: John Tan Arrisato-san Rickey Chian | HEDUS-CRT00098394 | Tom Heiser | 110:14 (Tom Heiser) |
| 6/8/1999 | Philips Suzhou | | | | | X | | | | X | | | | | | | | | | HIT: Thom Schmitt | HEDUS-CRT00098394 | Tom Heiser | 110:14 (Tom Heiser) |
| 6/15/1999 | email | | | | | | | | | | X | | | | | | | | X | | | PTC-00007204: PTC-00007205 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 159:16-161:8: 161:15-172:21 |
| 6/17/1999 | Brussels, Belgium | | | X | X | | X | | | X | | | | | | | | | X | X | THOM: Serafinski<br>SDI: Joe Colvin<br>PHS: Jef Pos<br>PHS: Leo Mink<br>MEC: Krauss<br>DW: Nam<br>SONY: Kurebayashi | SDCRT-0086496 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/21/1999 | | X | X | X | X | | | | X | | | | X | | | | | | | CPT: S.J. Yang<br>CPT: Michael Du<br>SDI: S.K. Park<br>SDI: S.W. Lee<br>LG: G.I. Choi<br>LG: S.H. Jo<br>Orion: D.S. Lee<br>Orion: Karl Min<br>TCRT: Thanasakoo<br>TCRT: Boonchoo | CHU00029185-188 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 152-163 |
| 6/21/1999 | | X | X | X | X | | | | | | | | X | | | | | | | SDI- Dae Eui Lee | SDCRT-0086546 | Dae Eui Lee | 237:3-239:1 |
| 6/22/1999 | Fuzhou | X | | X | | | | | | | | | | | X | | | | | CPT: J.S. Lu<br>CPT: Director C.C. liu<br>Orion: Director Moon<br>IRI: Manager Li<br>IRI: Manager Sha | CHU00029050-051 | J.S. Lu | J.S. Lu, Dep. Vol 2, 183-190 |
| 6/23/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086641 | J.I. Lee | |
| 6/28/1999 | | | | X | X | | | | | X | X | X | | | | | | X | X | SDD: J. Colvin,<br>SDD: M. Son.<br>SDD: P. Peeters,<br>SDD: M. Schoonderwoert,<br>SDD: R. Tabaksblat. | PHLP-CRT-080623 | Bob O'Brien | Bob O'Brien Dep. Vol. 1,: 113:24-121:1 |
| 6/28/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: President C.Y. Lin<br>CPT: Manager Tony Cheng<br>CPT: Michael Du<br>CPT: Mx. Chun-Mei Hsieh<br>SDD: Mr. Inn Kim<br>SDD: Mr. D.Y. Kim<br>SDD: Mr. J.I. Lee<br>SDD: Mr. Ha<br>PHS: Mr. David Chang<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Rosa Hu<br>Orion: Mr. H.C. Moon<br>Orion: Mr. K.H. Kang<br>Orion: Mr. J.H. Moon<br>Orion: Mr. Jimmy Kim<br>LG: Mr. K.S. Cho<br>LG: Mr. C.S. Jeon<br>LG: Mr. J.M. Park<br>LG: Mr. K.Y. Ko | CHU00030787-794 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 174-176 |
| 6/28/1999 | Netherlands | | | | X | | | | | X | | | | | | | | | | SDI - Michael Son, Joe Colvin | PHLP-CRT080623 | Michael Son | 331:19-334 |
| 7/13/1999 | Tianjin | X | | | X | | | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Wei-Lie Yu<br>TSDD: Yu-Huan Wu<br>TSDD: Jun Cui<br>TSDD: Gang Li | CHU00030799-800 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 138-139 |
| 7/16/1999 | | | | X | X | | | | | | | | | | | | | | X | THOM: Christian Lissorgues | SDCRT-0086506 | | |
| 7/20/1999 | | X | | | | | X | | | | | | | | | | | | | MEC: Chang, Hsu, Kuo-Wei Kuo: CPT: Du, Ms. Lin | CHU00030803 | Allen Chang (Zhang)<br>Michael Hsu | Chang II at 179; Hsu II at 183 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/23/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: President C.Y. Lin<br>CPT: Manager Tony Cheng<br>CPT: Michael Du<br>CPT: Mx. Chun-Mei Hsieh<br>SDD: Mr. Inn Kim<br>SDD: Mr. D.Y. Kim<br>SDD: Mr. J.I. Lee<br>SDD: Mr. Ha<br>PHS: Mr. David Chang<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Rosa Hu<br>Orion: Mr. H.C. Moon<br>Orion:Mr. K.H. Kang<br>Orion:Mr. J.H. Moon<br>Orion:Mr. Jimmy Kim<br>LG: Mr. S.Y. Choi<br>LG: Mr. C.S. Jeon<br>LG: Mr. Johnny Song<br>LG: Mr. K.Y. Ko | CHU00030809-814 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 176-177 |
| 7/28/1999 | | X | X | | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Ms. Fang-Yi Lin<br>CPT: Michael Du<br>SDD: Mr. Youn<br>SDD: Mr. Otto Lee<br>LG: Mr. Lin<br>LG: Mr. Xong<br>PHS: Mr. Milan<br>PHS: Ms. Rosa Hu | CHU00030807-808 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 177-179 |
| 7/28/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | C.C. Liu: Senior Lim: Deputy General Manager Moon: J.Y. Youn | SDCRT-0086662 | J.Y. Youn | 141:5: 458:7 |
| 8/00/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: C.Y. Lin<br>OEC: Young Nam Kim<br>OEC: Hee Chul Moon<br>SDI: In Kim<br>SDI: Duk Yun Kim<br>LG: Ki Song Cho<br>LG: Sang Ryong Choi<br>PH: President David<br>PH: Jerry Lin<br>PH: Kyung Ho Kang<br>PH: Jae Ho Bae<br>PH: Jung Sik Lim<br>PH: Seung Pyung Koo<br>PH: Yong Ro Song<br>PH: Han Ku Cho | SDCRT-0086675 | Jim Smith | Jim Smith Dep. Vol. 1, 192-198 |
| 8/3/1999 | Japan: Kanagawa | | | | | X | X | | | | | | | | | | | | | | HIT: Junji Kaneko: MEC: Takadera | HDP-CRT00025918 | | |
| 8/4/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | J.Y. Youn | | J.Y. Youn | 145:7 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/5/1999 | Nanjing, China | X | | X | X | | | | | X | | | | X | X | | | | | CPT: J.S. Lu<br>CPT: Yu Wei-Lieh<br>CPT: C.C. Liu<br>SDD: Myoung Sik Lee<br>SDD: Zhen Yang<br>BMCC: Xin-Wen Huang<br>Orion: Jung Saeng Park<br>IRI: Wei-Sheng Li<br>IRI: Zhao-Jie Wang<br>PHS: Zheng-Xi Shao<br>PHS: Xiu-Hua Li<br>PHS: Si-Quan Li<br>PHS: Dong Liu | CHU00030819-822 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 157-158 |
| 8/9/1999 | | X | | | X | | | | | | | | | | | | | | | PH: David Chang<br>SDI: D.Y. Kim | SDCRT-0086690 | Jim Smith | Jim Smith Dep. Vol. 1,  44-61 |
| 8/16/1999 | | | X | | X | | | | | | | | | | | | | | | Hwa Gyu Lee (LG): Chang Seon Choi (LG): Seung Hwa Baek (LG): Woon Gyu Lee (LG): Young Sup Moon (SDI): Jung Hoon Choi (SDI): Hun Sul Chu (SDI) | SDCRT-0086772 | HS Chu | |
| 8/20/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Lin (President)<br>CPT: Liu (Director)<br>CPT: Du, Ching-Yuan (Michael)<br>LG: Cho, S.Y.<br>LG: Jeon, C.S.<br>LG: Ko, K.Y.<br>OEC: Moon, H.C.<br>OEC: Cho, Han-Koo<br>OEC: Kang, K.H.<br>OEC: Kim<br>PHS: Chang, David<br>PHS: Smith, J.M.<br>PHS: Lin, Jerry<br>PHS: Pei, J.H.<br>SDI: Kim, In<br>SDI: Kim, D.Y.<br>SDI: Ha<br>SDI: Lee, Jae In | CHU00030835 & CHU00030835.01E | Jim Smith | Jim Smith Dep. Vol. 1, 61-79 |
| 8/20/1999 | | X | | | | | | | | | | | | | | | | | | CPT: President Lin<br>CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. In Kim<br>SDD: Mr. D.Y. Kim<br>SDD: Mr. Ha<br>SDD: Mr. Lee Jae In<br>LG: Mr. S.Y. Cho<br>LG: Mr. C.S. Jeon<br>LG: Mr. K.Y. Ko<br>Orion: Mr. H.C. Moon<br>Orion: Mr. Han-Koo cho<br>Orion: Mr. K.H. Kang<br>Orion: Mr. Kim<br>PHS: Mr. David Chang<br>PHS: Mr. J.M. Smith<br>PHS: Mr. Jerry Lin<br>PHS: Mr. J.H. Pei | CHU00030835-838 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 179-180 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/23/1999 | Future meeting planned for Taiwan and Malaysia | X | X | X | X | | | | | X | | | X | X | X | X | | | | CPT: S.J. Yang<br>CPT: Michael Du<br>CPT: Tony Cheng<br>SDI: Mr. In Kim<br>SDI: D.E. Lee<br>SDI: Y.S. Moon<br>SDI: Michael Son<br>LG: S.Y. Choi<br>LG: G.I. Choi<br>LG: Hwa-Kyu Lee<br>LG: C.S. Choi<br>LG: K.J. Park<br>Orion: Mr. H.C. Moon<br>Orion: Mr. H.K. Cho<br>Orion: Mr. Karl Min<br>TCRT: Mr.Thanasakoo<br>TCRT: Mr. Boonchoo | CHU00029179-184 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 166-172 |
| 8/23/1999 | Taiwan | | | | X | | | | | | | | | | | | | | | SDI - Michael Son, In Kim | CHU00029179 | Michael Son | 337:21-339:22 |
| 8/26/1999 | | X | X | X | X | | | | | | | | | | | | | | | CPT: Michael Du<br>CPT: Chu Xiangguo (TOK)<br>LG: Mr. Mok-Hyeon Seong<br>SDD: Mr. Kim Young Gon<br>Orion: Mr. Sung-Bae Kim | CHU00030839-840 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 401-404 |
| 8/27/1999 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: Michael Du<br>CPT: Senior Manager Cheng<br>CPT: Senior Manager Yang<br>SDD: Mr. Inn Kim<br>SDD: Mr. D.E. Lee<br>SDD: Mr. Y.S. Moon<br>SDD: Mr. Michael Son<br>LG: Mr. S.Y. Choi<br>LG: Mr. G.I. Choi<br>LG: Mr. Hwa-Kyu Lee<br>LG: Mr. C.S. Choi<br>LG: Mr. K.J. Park<br>Orion: Mr. H.C. Moon<br>Orion: Mr. H.K. Cho<br>Orion: Mr. Karl Min<br>TCRT: Mr. Thanasa<br>TCRT: Mr. Boonchoo | CHU00029179-184 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 180-182 |
| 09/00/1999 | | | | | X | X | | | | X | | | | | | | | | | | HDP-CRT00025915 | Kazumasa Hirai Nobuhiko Kobayashi | 283:23 (Kazumasa Hirai): 260, 471 (Nobuhiko Kobayashi) |
| 9/2/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Ms. Hsieh<br>CPT: Senior Manager Cheng<br>SDD: Mr. Youn<br>PHS: Mr. Jerry Lin<br>Orion: Mr. Moon<br>LG: Mr. Lin<br>LG: Mr. Song | CHU00030846-850 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 182-183 |
| 9/2/1999 | | X | X | X | X | | | | | X | | | | | | | | | | J.Y. Youn | | J.Y. Youn | 152:8 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/7/1999 | | X | | | | | X | | | | | | | | | | | | | CPT: Yang, Sheng-Jen (S.J.) <br> MEC: Tomori, (Mr.) (Sales Manager) | CHU00028438 | S.J. Yang: Y.J Yang | Yang at 172-73 |
| 9/13/1999 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: C.C. Liu <br> CPT: S.J. Yang <br> SDD: Mr. Park et al <br> LG: Mr. Jeon et al <br> Orion: Mr. Kim et al <br> TCRT: Mr. Boonchoo | CHU00029065-067 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 192-198 |
| 9/14/1999 | | X | | | | | X | | | | | | | | | | | | | MEC: Chang, Hsu, Kuo    CPT: Liu (Sales Director) <br> CPT: Yang, Sheng-Jen (S.J.) <br> MEC: Songben (Department Manager) | CHU00028439 | Allen Chang (Zhang); Y.J Yang | Chang II at 183: Yang at 192-203 |
| 9/14/1999 | M-MEC Malaysia factory | X | | | | | X | | | | | | | | | | | | | CPT: S.J. Yang <br> CPT: Director Liu <br> M-MEC: Mr. Matsumoto <br> M-MEC: Mr. Songben | CHU00028441-446 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 198-203 |
| 9/20/1999 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: Liu, Chih-Chun (C.C.) (Director) <br> CPT: Cheng, Wen-Chun (Tony) (Senior Manager) <br> CPT: Yang, Sheng-Jen (S.J.) (Senior Manager) <br> CPT: Du, Ching-Yuan (Michael) <br> SDI: Kim, Inn (In) <br> SDI: Kim, D.Y. <br> SDI: Lee, Jae In <br> SDI: Ha <br> LG: Choi, S.Y. <br> LG: C.S. Jeon <br> LG: Lim <br> LG: Ko, K.Y. <br> OEC: Cho, H.K. <br> OEC: Moon <br> OEC: Kang, K.H. <br> OEC: Kim, Jimmy <br> PHS: Smith, Jim <br> PHS: Jerry Lin <br> PHS: Hu, Rosa | CHU00030855 & CHU00030855.01E | Jim Smith | Jim Smith Dep. Vol. 1, 79-98 |
| 9/20/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Liu, Chih-Chun (C.C.) (Director) <br> CPT: Chen (Manager) <br> CPT: Yang, Sheng-Jen (S.J.) (Senior Manager) <br> CPT: Du, Ching-Yuan (Michael) <br> SDI: Kim, Inn (In) <br> SDI: Son, Michael <br> SDI: Ha <br> LG: Choi, S.Y. <br> LG: Choi, G.I. <br> LG: Lee, Hwa-Kyu <br> LG: Ko, K.Y. <br> LG: Park. K.J. <br> OEC: Cho, H.K. <br> OEC: Moon, J.H. <br> OEC: Min, Karl <br> PHS: Mink, Leo <br> PHS: Hu, Rosa | CHU00029175 & CHU00029175.01E | Jim Smith | Jim Smith Dep. Vol. 1, 98-106 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/20/1999 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: C.Y. Lin<br>CPT: Tony Cheng<br>CPT: S.J. Yang<br>CPT: Michael Du<br>SDD: Mr In Kim<br>SDD: Mr D.Y. Kim<br>SDD: Mr. Lee Jae In<br>SDD: Mr. Ha<br>LG: Mr. S.Y Choi<br>LG: Mr. C.S. Jeon<br>LG: Mr. K.Y. Ko<br>LG: Mr. Lim<br>Orion: Mr. Han-Koo Cho<br>Orion: Mr. K.B. Kang<br>Orion: Mr. Jimmy Kim<br>Orion: Mr. Moon<br>PHS: Mr. Jim Smith<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Rosa Hu | CHU0003085-868 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 183-185 |
| 9/20/1999 | Taipei | | X | X | X | | | | | X | | | | | | | | | | | | | 109:6 |
| 9/20/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086700 | J.I. Lee | |
| 9/21/1999 | | X | | X | X | | | | | X | | | | X | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: Senior Manager Tony Cheng<br>CPT: S.J. Yang<br>SDD: Mr Inn Kim<br>SDD: Mr. Michael Son<br>SDD: Mr. Ha<br>LG: S.Y Choi<br>LG: G.I. Choi<br>LG: Mr. Hwa-Kyu Lee,<br>LG: Mr. K.Y. Ko,<br>LG: Mr. K.J. Park<br>Orion: Mr H.K. Cho<br>Orion: Mr. J.H. Moon<br>Orion: Mr. Karl Min<br>PHS: Mr. Leo Mink<br>PHS: Ms. Rosa Hu | CHU00029175-178 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 185-187<br>Dep. Vol. 3, 421-424<br>Dep. Vol. 3, 539-541 |
| 9/23/1999 | | | | | X | | X | | | X | | | | | | | | X | X | PHS: Jef Pos<br>PHS: Leo Mink<br>SDI: Colvin<br>THOM: P. Serafinski<br>THOM: M. Kris<br>MEC: J. Krauss<br>SONY: M. Kurebayashi<br>OEC: Heechul Moon<br>OEC: Gil Nam | SDCRT-0086508 | | |
| 9/27/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086700 | J.I. Lee | |
| 9/28/1999 | Email | | | | X | X | | | | | | | | | | | | | | HIT: Koyabashi, Hirai, Ito | HDP-CRT00025915 | Nobuhiko Kobayashi | 260 (Nobuhiko Kobayashi) |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/29/1999 | Toshiba Thailand | X | | | | | | | X | | | X | | | | | | | | S.J. Yang, C.C. Liu: Toshiba-Mr. Kanno, Mr. Kawashima, Mr. Nishimura, Mr. Yuasa | CHU00028228 | S.J. Yang: Kazutaka Nishimura | |
| Late 1999 | | | | | X | | X | | | | | | | | | | | | | | SDCRT-0087291 | HS Chu | |
| 10/00/1999 | | | | | X | X | | | | | | | | | | | | | | | HDP-CRT00023305 | Nobuhiko Kobayashi | 285 (Nobuhiko Kobayashi) |
| 10/1/1999 | | X | | | | | X | | | | | | | | | | | | | MEC: Chang, Yi-Feng Huang | CHU00028432 | Allen Chang (Zhang) | Chang II at 185 |
| 10/4/1999 | Taiwan | X | | | X | | | | | | | | | | | | | | | J.Y. Youn | | J.Y. Youn | 260:25 |
| 10/11/1999 | | X | | | X | | | | | | | | | | | | | | | SDI- Dae Eui Lee Chunghwa - S.J. Yang | SDCRT-0086553 | Dae Eui Lee | 239:12-241:17 |
| 10/13/1999 | | X | X | X | X | | | | | | | | | | | | | | | CPT: President Lin CPT: Director C.C. Liu CPT: Section Chief Du CPT: Ms. Hsieh SDD: Mr. Lee PHS: Mr. Jerry Lin PHS: Ms. Limay Liu Orion: Mr. Moon LG: Mr. Lin LG: Mr. Charles Lu | CHU00030888-893 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 187-188 |
| 10/15/1999 | Fax | X | X | X | X | | | | | | X | | | | | | | | | CPT: Michael Du CPT: C.Y. Lin CPT: C.C. Liu CPT: Tony Cheng SDI: H. M. Ha SDI: In Kim SDI: D.Y. Kim SDI: J. I. Lee SDI: H.M. Ha LG: J. S. Rim LG: S.Y. Choi LG:K.Y. Ko LG: C.S. Jeon OEC: J.H. Moon OEC: H. K. Cho OEC: H.S. Lee OEC: K. H. Kang OEC: Jimmy Kim PH: Jim Smith PH: Jerry Lin PH: Limay Liu | CHU00021272 | Jim Smith | Jim Smith Dep. Vol. 1, 234-249 |
| 10/20/1999 | | X | X | | | | | | X | | | | | | | | | | | CPT: S.J. Yang TSB: Mr. Yasukawa | CHU00028229-330 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 208-216 |
| 10/26/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086703 | J.I. Lee | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/27/1999 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: Senior Manager Yang<br>SDD: Mr. Inn Kim,<br>SDD: Mr. S.K Park<br>SDD: Mr. Y.S. Moon<br>LG: Mr. S. Y Choi,<br>LG: Mr. G.I. Choi,<br>LG: Mr. Hwa-Kyu Lee,<br>LG: Mr. H.W. Jeon,<br>LG: Mr. E.J. Kim<br>Orion: Mr. H.K. Cho,<br>Orion: Mr. J.H. Moon,<br>Orion: Mr. Karl Min<br>TCRT: Mr. Chovali<br>TCRT: Mr.Thanasa<br>TCRT: Mr. Boonchoo | CHU00030899-903 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 188-189<br>Dep. Vol. 2, 362-370 |
| 10/29/1999 | Paris, France | | | | X | | | | | | | | | | | | | | X | THOM: Christian Lissorgues<br>SDI: Y. Yang<br>SDI: L.J. Kim | SDCRT-0086511 | | |
| 10/29/1999 | | | | X | X | | X | | | X | | | | | | | | X | X | PHL: J. Pos<br>PHL: L. Mink<br>PHL: G. Staal<br>SDI: Ma. Matthes<br>SDI: Lak Jin Kim<br>SDI: Colvin<br>MEC: J. Krauss<br>SONY: Kurebayashi<br>OEC: G. Nam<br>THOM: Serafinski<br>THOM: K. Mortier | SDCRT-0086514 | | |
| 11/3/1999 | | X | | | | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Senior Manager Cheng<br>CPT: Michael Du<br>SDD: Mr. Youn<br>LG: Mr. Lim<br>LG: Mr. Lu<br>PHS: Mr. Jerry Lin<br>PHS: Mr. Milan Balan<br>PHS: Ms. Limay Liu | CHU00030904-909 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 189-191 |
| 11/3/1999 | | X | X | | X | | | | | X | | | | | | | | | | | | J.Y. Youn | 269:13 |
| 11/9/1999 | SDD Korea | X | X | X | X | | | | | X | | | | | | | | | | CPT: S.J. Yang<br>SDD: Mr. Y.S. Moon<br>SDD: Mr. Michael Son<br>SDD: Mr. T.R. Park<br>LG: Mr. Choi<br>Orion: Mr. Oh<br>Orion: Mr. Karl Min | CHU00029059-061 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 216-223 |
| 11/9/1999 | | | | | | X | | | X | | | | | | | | | | | HIT: Saito: TSB: Amano | MTPD-0016566 | | |
| 11/9/1999 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | J.Y. Youn: Mr. Ha | | J.Y. Youn | 158:3: 320:13 |
| 11/14/1999 | | X | X | | | X | X | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: S. J. Yang<br>M-MEC: Department Manager Songhen | CHU00028441 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 518-519 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/25/1999 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: Liu (Director)<br>CPT: Cheng (Manager)<br>CPT: Yang (Manager)<br>CPT: Du (Section Chief)<br>CPT: Hsieh, Chun-Mei (Christina)<br>LG: Choi, S.Y.<br>LG: Choi, G.I.<br>LG: Park, K.J.<br>LG: Ko, K.Y.<br>OEC: Cho, H.K.<br>OEC: Kang<br>OEC: Min, Karl<br>PHS: Smith, Jim<br>PHS: Hu, Rosa<br>SDI: Song, Michael<br>SDI: Park, J.Y.<br>T-CRT: Chaovalit<br>T-CRT: Boonchoo | CHU00029163 & CHU00029163.01E | Jim Smith | Jim Smith Dep. Vol. 1, 106-114 |
| 11/25/1999 | | X | X | X | X | | | | | X | | | | | X | X | | | | CPT: Director C.C. Liu<br>CPT: Manager Yang<br>CPT: Section Chief Du<br>CPT: Ms. Hsieh<br>SDD: Mr. Michael Song<br>SDD: Mr. J.Y. Park<br>PHS: Mr. Jim Smith<br>PHS: Ms. Rosa Hu<br>LG: Mr. S.Y. Choi<br>LG: Mr. G.I. Choi<br>LG: Mr. K.J. Park<br>LG: Mr. K.Y. Ko<br>Orion: Mr. H.K. Cho<br>Orion: Mr. Kang<br>Orion: Mr. Karl Min<br>TCRT: Mr. Chaovalit<br>TCRT: Mr. Boonchoo | CHU00029163-170 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 191-192<br>Dep. Vol 2, 382-384<br>Dep. Vol. 3. 424-433 |
| 11/26/1999 | Brussels, Belgium | | | X | X | | X | | | X | | | | | | | | | X | Philips: Pos Mink, Staal:<br>Thomson:<br>Mortier:<br>Samsung: Colvin,<br>Samsung: Matthes,<br>Samsung: Lak Jin Kim:<br>Europe Matsushita Electronics Co.<br>J. Krauss:<br>Orion: G. Nam | Samsung 2nd Supplemental Response p 35 | Kris Mortier | Kris Mortier Dep.Vol. 2, 537-550 |
| 11/26/1999 | | X | X | X | X | | X | | | | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086722 | J.I. Lee | |
| 11/26/1999 | Taiwan | | | | X | | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0086889 | | |
| 12/9/1999 | | | | X | X | | X | | | X | | | | | | | | X | X | OEC: Moon<br>MEC: Nill<br>MEC: Krauss<br>THOM: Lissorgues<br>SDI: Park<br>SDI: Yang<br>SONY: Sekiya<br>PHS: Smith<br>PHS: Pos | SDCRT-0086233 | | |
| 12/10/1999 | Malaysia | | | | X | | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0086893 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/1999 | | X | | | | | X | | | | | | | | | | | | | MEC: Chang;<br>CPT: Du, Ching-Yuan (Michael)<br>CPT: Lin, Fang-Yi<br>MEC: Chang, Yu-Hao | CHU00028434 | Allen Chang (Zhang) | Chang II at 189 |
| 12/16/1999 | Hitachi's Greenville plant | | | | | X | | | | X | | | | | | | | | | HIT: Fukuzawa, Saito, Toyama,<br>PHS: Schaffer, Gotje | JLI-00001286 | Noboru Toyama | 115 (Noboru Toyama) |
| 12/17/1999 | | X | X | X | X | X | X | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086722 | J.I. Lee | |
| 12/22/1999 | | | | | | | X | | | X | | | | | | | | | | MEC: Nishiyama<br>PHS: Canavan | MTPD-0212628 | Nishiyama | |
| 12/22/1999 | | X | X | X | X | | | | | X | | | | | | | | | | J.Y. Youn | | J.Y. Youn | 162:22 |
| 12/31/1999 | | X | | X | X | | | | X | X | | | | | | X | | | | CPT: C.C. Liu<br>CPT: S. J. Yang<br>TSB: Mr. Yasukawa | CHU00029039-041 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 332-334<br>Dep. Vol. 3, 433-436 |
| 2000 | | | | | | X | | | | X | | | | | | | | | | | HEDUS-CRT00026591 | Kazumasa Hirai | 253:7 (Kazumasa Hirai) |
| 2000 | | | | | X | X | | | | X | | | | | | | | | | | HDP-CRT00044868 | Kenichi Hazuku | 149:1, 168 (Kenichi Hazuku) |
| 2000 | | | | | X | X | | | X | | | | | | | | | | | | HDP-CRT00052500 | Kenichi Hazuku | 138:1 (Kenichi Hazuku) |
| 2000/2001 | | X | X | | X | | | | | | | | | | | | | | | LG: Mr. Han<br>LG: Sang Jong Han<br>Other unnamed competitors | n/a | Duk Chul Ryu | 113<br>119<br>170-173 |
| 2000-2001 | n/a | | | X | X | | | | | | | | | | | | | | X | THOM: James Hanrahan | TDA00705 | | |
| 1/1/2000 | Philips' Ottowa plant | | | | X | | | | | X | | | | | | | | | | HIT: Toyama, Enomoto | JLI-00002601 | Noboru Toyama | 155 (Noboru Toyama) |
| 1/3/2000 | | | | | X | | | | | | | | | | | | | | | HIT: Saito; TSB: Amano | MTPD-0016566 | | |
| 1/18/2000 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: S.J. Yang<br>SDD: Mr. Park<br>SDD: Mr. Yang<br>SDD: Mr. Michael Son<br>LG: Mr. Choi<br>LG: Mr. Ko et al<br>Orion: Mr. Won<br>Orion: Mr. Oh<br>Orion: Mr. Karl Min<br>TCRT: Mr. Boonchoo<br>TCRT: Mr. Naratip<br>PHS: Ms. Rosa Hu | CHU00029155-162 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 223-228 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/24/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: President Lin<br>CPT: Senior Manager Cheng<br>LG: Choi, S.Y.<br>LG: Lee, S.K.<br>LG: Ko, K.Y.<br>LG: Lim<br>OEC: Cho, Han-Koo<br>OEC: Lee, H.S.<br>OEC: Moon, J.H.<br>OEC: Oh, S.G.<br>PHS: Smith, Jim<br>PHS: Lin, Jerry<br>PHS: Liu, Limay<br>SDI: Kim, In<br>SDI: Kim, D.Y. | CHU00030960 & CHU00030960.01E | Jim Smith: Duk Chul Ryu: C.C. Liu | Jim Smith Dep. Vol. 1, 126-135; DC Ryu 200: C.C. Liu, Dep. Vol. 1, 194-195 |
| 1/24/2000 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: Liu (Director)<br>CPT: Yang (Senior Manager)<br>CPT: Michael Du<br>LG: Choi, S.Y.<br>LG: Choi, G.I.<br>LG: Lee,Hwa-Kyu<br>LG: Ko, K.Y.<br>LG: Son, Jonny<br>OEC: Cho, H.K.<br>OEC: Min, Karl<br>PHS: Smith Jim<br>PHS: Hu, Rosa<br>SDI: Kim, Inn<br>SDI: Son, Michael<br>SDI: Ha<br>T-CRT: Thanasa<br>T-CRT: Boonchoo | CHU00029152 & CHU00029152E | Jim Smith: C.C. Liu | Jim Smith Dep. Vol. 1, 114-125; C.C. Liu, Dep. Vol. 1, 192-193 |
| 1/24/2000 | | X | X | X | X | X | X | | | | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086733 | J.I. Lee | |
| 1/24/2000 | Taiwan | | | | X | | | | | | | | | | | | | | | SDI - Michael Son, In Kim, Mr. Ha | SDCRT-0087008; CHU00029152 | Michael Son | 321:4-323:10 |
| 1/25/2000-1/28/2000 | | | | | | | | | | | | | | | | | | | | | SDCRT-0087015 | Hoon Choi | 111:03:00 |
| 1/26/2000 | | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI) | SDCRT-0086733 | J.I. Lee | |
| 1/29/2000 | Mitsubishi Mexico | | | | X | | | X | | X | | | | | | | | | X | HIT: Ryuuichi Ueda,<br>MIT: Sales Department General Manager | HDP-CRT00025965 | Kazumasa Hirai | 116:21 (Kazumasa Hirai) |
| 2/2/2000 | | | | X | X | | | | | X | | | | | | | | | X | PHS: Leo Mink<br>THOM: Christian Lissorgues<br>DOSA: Hee Chul Moon<br>DOSA: Gil Name<br>SDI: Lak Jin Kim | SDCRT-0087301 | | |
| 2/22/2000 | HIT Asia Plant, Taipei | X | | | X | | | | | | | | | | | | | | | CPT: Michael Du: CPT: C.C. Liu: HIT: Chiang-Lung Chang | CHU00028382 | | |
| 2/23/2000 | Japan: Fujisawa | | | | | X | X | | | | | | | | | | | | | HIT: Junki Kaneko | HDP-CRT00025970 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/23/2000 | | | | | X | | | | | X | | | | | | | | | | | SDCRT-0087405 | J.I. Lee | |
| 2/25/2000 | N/A | X | | | X | | X | | | X | | | | | | | | | X | Philips: J. Pos, Philips: L. Mink, G. Staal; EMEC: J. Krauss; Dosa: G. Nam; Chunghwa: D. Ross; Thomson: A. Martin, Thomson: K. Mortier; Samsung: L.J. Kim | Samsung 2nd Supplemental Response p 37 | Kris Mortier | Kris Mortier Dep.Vol. 2, 537-550 |
| 3/00/2000 | | X | X | | X | X | | X | | | | | | | | | | | | HIT: Watanabe; LG, CPT, SDI, MIT: Unspecified employees | HDP-CRT00025985 | Nobuhiko Kobayashi | 268 (Nobuhiko Kobayashi) |
| 3/00/2000 | | | | | X | X | | | | | | | | | | | | | | | HDP-CRT00051348 | Nobuhiko Kobayashi | 289 (Nobuhiko Kobayashi) |
| 3/2/2000 | | | | | | X | | | X | | | | | | | | | | | HIT: Saito: TSB: Amano | MTPD-0016566 | | |
| 3/3/2000 | | | | | X | | | | X | | | | | | | | | | | KC Oh (SDI): Wakiyama (Toshiba) | SDCRT-0005813 | KC Oh | |
| 3/6/2000 | Indonesia | X | | | | | | | X | | | | | | | | | | | CPT: S.J. Yang; CPT: C.C. Liu; CPT: Michael Du; TSB: Mr. Kazuteru Yasukawa | CHU00028224-225 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 228-231 |
| 3/6/2000 to 3/10/2000 | Indonesia, Thailand | X | | X | X | | | | X | | | | | | | | | | | CPT: Director C.C. Liu; CPT: Manager Yang; CPT: Michael Du; TSB: Mr. Katzuteru Yasukawa | CHU00028215-216 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 330-332 |
| 3/7/2000-3/8/2000 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: Liu (Director); CPT: Yang (Manager); CPT: Du, Ching-Yuan (Michael); LG: Choi, S.Y.; LG: Choi, G.I.; LG: Jeon, B.K.; LG: Ko, K.Y.; LG: Park, K.J.; OEC: Cho, H.K.; OEC: Lee, H.S.; OEC: Jeon, B.C.; OEC: Min, Karl; PHS: Smith, Jim; PHS: Knippenberg, Janvan; SDI: Lee, D.E.; SDI: Park, S.K.; SDI: Song, Y.K.; SDI: Lee, S.W.; T-CRT: Chaovalit; T-CRT: Boonchoo | CHU00030979 & CHU00030979E | Jim Smith: C.C. Liu | Jim Smith Dep. Vol. 1, 135-145; C.C. Liu, Dep. Vol. 1, 195-200 |
| 3/19/2000 | Philips | X | X | X | X | | | | | X | | | | | | | | | | | SDCRT-0087408 | J.I. Lee | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/24/2000 | | X | X | X | X | | | | | X | | X | | | | | | | | CPT: Michael Du<br>CPT: S.J. Yang<br>SDD: Mr. Park<br>SDD: Mr. Ahn<br>SDD: Mr. Son<br>SDD: Mr. Lee<br>LG: Mr. Choi<br>LG: Mr. Park<br>Orion: Mr. Lee<br>Orion: Mr. Jeon<br>Orion: Mr. Min<br>TCRT: Mr. Boonchoo<br>PHS: Rosa Hu | CHU00029144-146 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 231-238 |
| 3/28/2000 | | | | | X | | | | | | | X | | | | | | | | Matsushita - Shimizu Matsumoto<br>SDI - Dae Eui Lee, Sr. Vice President Kim., Dir. Lee, General Mgr. Park, G.M. Song, Manager Cho. | SDCRT-0087314 | Dae Eui Lee | 242:22-245:15 |
| 3/29/2000 | | X | | | X | | | | | | | | | | | | | | | SDI - Dae Eui Lee, President Kim<br>Chunghwa - President Hwang | SDCRT-0087316 | Dae Eui Lee | 246:1-249:3 |
| 3/30/2000 | Japan | | | | | X | | | | | | | | | | | | | | HIT: Genichi Watanabe (meets with competitor who he won't name in email) | HDP-CRT00025985 | | |
| 3/31/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: J.S. Lu<br>CPT: Hsieh Chun-Mei | CHU00030985-990 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 190-196 |
| 4/00/2000 | | | | | X | X | | | | | | | | | | | | | | HIT: Yuuichi Kumazawa | HDP-CRT00049231 | Nobuaki Ito Yuuichi Kumazawa | 445:08 (Nobuaki Ito): 128 (Yuuichi Kumazawa) |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | | X | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>SDI: Lee, Justin | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | X | | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>LG: Chung, A. H. | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | X | | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>LG: Chung, A. H. | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | X | | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>LG: Chung, A. H. | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | X | | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>LG: Chung, A. H. | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | X | | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>LG: Chung, A. H. | | Norio Fujita | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/00/2000-6/00/2003 | Korea | | X | | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>LG: Chung, A. H. | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | X | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>Orion: Cho | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | X | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>Orion: Cho | | Norio Fujita | |
| 4/00/2000-6/00/2003 | Korea | | | X | | | | | X | | | | | | | | | | | TSB: Fujita, Norio<br>Orion: Cho | | Norio Fujita | |
| 4/6/2000 | Xiamen, China | X | X | X | X | | | | | X | | | | X | X | | | | | CPT: J.S. Lu<br>CPT: Wei-Lie Yu<br>SDD: Myong Sik Lee<br>SDD: Zhen Yang<br>SDD: Xiao-Mei Yu<br>IRI: Zhao-Jie Wong<br>BMCC: Xin-Wen Huang<br>LG: Zong-Wen Park<br>PHS: Zheng-Fu Tian<br>PHS: Dong Liu<br>Orion: Myong Doek Pak | CHU00030992-994 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 158-160 |
| 4/6/2000 | | | | | | X | X | | | | | | | | | | | | | HIT: Yuici Kuamazawa | HDP-CRT00049232 | | |
| 4/11/2000 | HIT Asia Plant, Taipei | X | | | | X | | | | | | | | | | | | | | CPT: Michael Du: CPT: C.C. Liu: HIT: Chiang-Lung Chang | CHU00028380 | | |
| 4/11/2000 | | | | | | X | X | | | | | | | | | | | | | HIT: Yuici Kuamazawa | HDP-CRT00049231 | | |
| 4/12/2000 | | X | | | X | | | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: Jiang Xuexing | CHU00030998 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 197-203 |
| 4/14/2000 | | | | | | X | | | X | | | | | | | | | | | HIT: Saito: TSB: Amano | MTPD-0016566 | | |
| 4/14/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: Manager Yang<br>SDD: Mr. K.H. Lee<br>SDD: Mr. S.K. Park<br>SDD: Mr. Michael Son<br>SDD: Mr. S.W. Lee<br>LG: Mr. S.Y. Choi<br>LG: Mr. G.I. Choi<br>LG: Mr. D.Y. Ko<br>LG: Mr. K.J. Park<br>Orion: Mr. H.K. Choo<br>Orion: Mr. Y.J. Kim<br>Orion: Mr. Karl Min<br>PHS: Mr. Jim Smith<br>PHS: Mr. Jerry Lim<br>PHS: Mr. Ney<br>PHS: M. Corsino | CHU00030995-997 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 218-219 |
| 4/13/2000 | | | X | | | | | | X | | | | | | | | | | | LG: A.H. Chung<br>Toshiba: Norio Fujita | TSB-CRT-00042493 | Kazuhiro Nishimaru: Norio Fujita | Nishimaru: 255:24-265:2 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/14/2000 | | X | X | X | X | | | | | X | | | | | | | | | | LG: Choi, S.Y.<br>LG: Choi, G.I.<br>LG: Ko, D.Y.<br>LG: Park, K.J.<br>OEC: Choa, H.K.<br>OEC: Kim, Y.J.<br>OEC: Min, Karl<br>PHS: Smith, Jim<br>PHS: Lim, Jerry<br>PHS: Ney<br>PHS: Corsino, M.<br>SDI: Lee, K.H.<br>SDI: Park, S.K.<br>SDI: Son, Michael<br>SDI: Lee, S.W. | CHU00030995 & CHU00030995.01E | Jim Smith | Jim Smith Dep. Vol. 1, 286-295; 335-340 |
| 4/19/2000 | LG Office | X | X | X | X | | | | | X | | | | | | | | | | | SDCRT-0087411 | J.I. Lee | |
| 4/21/2000 | | | | | | X | | | | | | | | | | | | | | HIT: Genichi Watanabe (meets with Korean CRT competitor who we won't name) | HDP-CRT00043292 | | |
| 5/2/2000 | | X | | | | | X | | | | | | | | | | | | | MEC: Chang | CHU00025427 | Allen Chang (Zhang) | Chang II at 194 |
| 5/15/2000 | | | X | | | | | | X | | | | | | | | | | | TSB: Yamamoto, Yasuki<br>LG: Hoshinori, Kane: Noh | TSB-CRT-00041620 | Shinichiro Tsuruta: Norio Fujita | Tsuruta: 139:12-149:7 |
| 5/17/2000 | N/A - Fax | | X | X | X | | | | | | X | | | | | | | | | | FOX00207394 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 213:16-221:22 |
| 5/25/2000 | China: Shanghai | X | X | X | X | | | | | X | | | | | | X | X | | | | CPT: Liu (Director)<br>CPT: Michael Du<br>LG: Choi, S.Y.<br>LG: Choi, G.I.<br>LG: Ko, D.Y.<br>LG: Park, K.J.<br>OEC: Cho, H.K.<br>OEC: Lee, H.S.<br>OEC: Min, Karl<br>PHS: Smith, Jim<br>PHS: Qiang, Jin<br>PHS: Lim, Jerry<br>SDI: Kim, Inn<br>SDI: Lee, K.H.<br>SDI: Park, S.K. | CHU00029131 & CHU00029131.01E | Jim Smith: C.C. Liu | Jim Smith Dep. Vol. 1, 145-148; 283-286; C.C. Liu, Dep. Vol. 2, 219-220 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/25/2000 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: S.J. Yang<br>CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Inn Kim<br>SDD: Mr. K.H. Lee<br>SDD: Mr. S.K. Park<br>SDD: Mr. Michael Son<br>LG: Mr. S.Y. Choi<br>LG: Mr. G.I. Choi<br>LG: Mr. D.Y. Ko<br>LG: Mr. K.J. Park<br>Orion: Mr. H.K. Cho<br>Orion: Mr. H.S. Lee<br>Orion: Mr. Karl Min<br>PHS: Mr. Jim Smith<br>PHS: Mr. Jin Qiang<br>PHS: Mr. Jerry Lim | CHU00029135-137 | S.J. Yang | S.J. Yang, Dep. Vol. 3, 392-409 |
| 5/26/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Liu (Director)<br>CPT: Lu, Jing-Song (Jason) (Manager)<br>CPT: Yang (Manager)<br>CPT: Du, Ching-Yuan (Michael)<br>LG: Choi, S.Y.<br>LG: Lee, S.K.<br>LG: Ko, K.Y.<br>LG: Lim<br>OEC: Cho, Han-Koo<br>OEC: Moon, J.H.<br>PHS: Smith, Jim<br>PHS: Lin, Jerry<br>SDI: Kim, In<br>SDI: Kim, D.Y.<br>SDI: Lee, Jae In | CHU00031006 & CHU00031006.01E | Jim Smith: J.S. Lu | Jim Smith Dep. Vol. 1, 148-158: J.S. Lu, Dep. Vol. 2, 160-162 |
| 5/26/2000 | N/A | | | X | X | | X | | | | | | | | | | | | X | EMEC: J. Krauss:<br>Philips: J. Pos,<br>Philips: L. Mink,<br>Philips: G. Staal:<br>Thomson: K. Mortier:<br>SDI: L.J. Kim,<br>SDI: M.A. Matthes:<br>Orion: G. Nam r | Samsung 2nd Supplemental Response p 39 | Kris Mortier | Kris Mortier Dep.Vol. 2, 537-550 |
| 5/26/2000 | China | | | | X | | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0087069; CHU00029131 | Michael Son | 215:16-217:3 |
| 5/31/2000 | Nanjing | X | | | | | | | | X | | | | | | | | | | CPT: J.S. Lu<br>CPT: Director C.C. Liu<br>PHS: VP Yao Zong<br>PHS: VP Jin<br>PHS: Xiu-Hua Li<br>PHS: Dong Liu | CHU00031015-016 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 162-163 |
| 6/8/2000 | Taiwan, Taipei | X | | | | | X | | | | | | | | | | | | | MEC: Hsu (Vice Manager)<br>MEC: Chang, Yu-Hao (Director)<br>CPT: Cheng (Sr. Manager)<br>CPT: Du, Ching-Yuan (Michael) | CHU00028425 | Allen Chang (Zhang) Michael Hsu | Chang II at 200: Hsu II 187 |
| 6/9/2000 | Taiwan | X | | | | | | | X | | | | | | | | | | | CPT: Liu, C.C.: Cheng, Tony: Du, Michael<br>Toshiba:  Suzuki, Satoshi: Fukunaga, Seeichi: Yun-Peng, Hong | TSB-CRT-00039414 | Yasuki Yamamoto: Norio Fujita | Yamamoto:  316:3-325:10: 338:2-354:2 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/9/2000 | | X | | | | | | | X | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Manager Cheng<br>CPT: Michael Du<br>TSB: Mr. Fukunaka<br>TSB: Mr. Suzuki<br>TSB: Mr. Yun-Peng Hong | CHU00028209-210 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 220-222 |
| 6/16/2000 | | X | | | X | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: Manager Cheng<br>TSB: Manager Chien-Lung Chang | CHU00031028-030 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 222-223 |
| 6/20/2000 | Malaysia: The Mines Resort & Golf Club | X | X | X | X | | | | | X | | | X | | | | | | X | CPT: Liu (Director)<br>CPT: Yang (Senior Manager)<br>CPT: Du, Ching-Yuan (Michael)<br>LG: Choi, S.Y.<br>LG: Park, K.J.<br>OEC: Cho, H.K.<br>OEC: Lee, H.S.<br>OEC: Min, Karl<br>PHS: Smith, Jim<br>PHS: Lim, Jerry<br>SDI: Kim, Inn<br>SDI: Lee, K.H.<br>SDI: Park, S.K.<br>SDI: Son, Michael<br>T-CRT: Thanasak<br>T-CRT: Sirichai | CHU00021262 & CHU00021262.01E; CHU00029116 & CHU00029116.01E | Jim Smith: C.C. Liu | Jim Smith Dep. Vol. 1, 158-181: C.C. Liu, Dep. Vol. 2, 223-227 |
| 6/20/2000 | Malaysia | X | X | X | X | | | | | X | | | | | | | | | | CPT: President Lin<br>CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: Senior Manager Yang<br>SDI: Mr. S.T. Kim<br>SDI: Mr. Inn Kim<br>SDI: Mr. Lee Jae In<br>SDI: Mr. D.Y. Kim<br>LG: Mr. K.S. Cho<br>LG: Mr. S.Y. Choi<br>LG: Mr. S.K. Lee<br>LG: Mr. K.Y. Ko<br>LG: Mr. Lim<br>Orion: Mr. H.K. Cho<br>Orion: Mr. Y.N. Kim<br>Orion: Mr. J.H. Moon<br>Orion: Mr. Jimmy Kim<br>PHS: Mr. Jim Smith<br>PHS: Mr. Jerry Lin | CHU00031010-012 | C.C. Liu: Duk Chul Ryu | C.C. Liu, Dep. Vol. 2, 227-229: DC Ryu 209 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/20/2000 | | X | X | X | X | | X | | | X | | X | | | | | | | | CPT: S.J. Yang<br>CPT: C.Y. Lin<br>CPT: C.C. Liu<br>CPT: Michael Du<br>SDI: Mr. S.T. Kim<br>SDI: Mr. In Kim<br>SDI: Mr. D.Y. Kim<br>SDI: Mr. Lee Jae In<br>LG: Mr. K.S. Cho<br>LG: Mr. S.Y. Choi<br>LG: Mr. S.K. Lee<br>LG: Mr. K.Y. Ko<br>LG: Mr. Lim<br>OEC: Mr. Y.N. Kim<br>OEC: Mr. Han-Koo Cho<br>OEC: Mr. J.H. Moon<br>OEC: Mr. Jimmy Kim<br>PHS: Mr. Jim Smith<br>PHS: Mr. Jerry Lin | CHU0003101-012 | S.J. Yang | S.J. Yang, Dep. Vol. 3, 423-429 |
| 6/20/2000 | Shenzhen | X | X | X | X | | | | | X | | | | | | | | | | CPT: J.S. Lu<br>CPT: Michael Du<br>SDI: Mr. S.T. kim<br>SDI: Mr. In Kim<br>SDI: Mr. D.Y. Kim<br>SDI: Mr. Lee Jae In<br>LG: Mr. K.S. Cho<br>LG: Mr. S.Y. Choi<br>LG: Mr. S.K. Lee<br>LG: Mr. K.Y. ko<br>LG: Mr. Lim<br>OEC: Mr. Y.N. Kim<br>OEC: Mr. Han-Koo Cho<br>OEC: Mr. J.H. Moon<br>OEC: Mr. Jimmy Kim<br>PHS: Mr. Jim Smith<br>PHS: Mr. Jerry Lin | CHU00031010-012 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 163-165 |
| 6/20/2000 | Malaysia | | | | X | | | | | | | | | | | | | | | SDI - Michael Son, In Kim, S.K. Park, K.H. Lee | SDI rog responses:<br>SDCRT-0087103;<br>CHU00021262;<br>CHU00029116 | |
| 6/21/2000 | M-MEC Malaysia | X | | | | X | X | | | | | | | | | | | | | CPT: Yang<br>CPT: Liu (Director)<br>CPT: Yang: (Manager)<br>CPT: Du, Ching-Yuan (Michael)<br>MEC: Shimizu (Managing Director)<br>MEC: Matsumoto, Mitsuhiro (Gen Mgr) | CHU00028424 | Y.J. Yang | S.J. Yang, Dep. Vol. 2, 238-244<br>Dep. Vol. 3, 368-379 |
| 6/21/2000 | Japan | | | | X | | | | | X | | | | | | | | | | HIT: Gonichi Watanabe; PHS: Nico Veenstra;<br>PHS:Jasper Staaden: PHS:Reinoud Selbeck;<br>PHS:Rober Lu | HDP-CRT00052474 | | |
| 6/23/2000-6/25/2000 | | X | | | | | | | | X | | | | | X | | | | | CPT: Cheng, Wen-Chun (Tony)<br>IRI: Tao, Sa (SaTao) (Sales President)<br>PHS: Smith, Jim<br>PHS: Mink, Leo | CHU00029110.01E | Jim Smith | Jim Smith Dep. Vol. 1,  290-295 |
| 6/27/2000 | | X | | X | X | | | | | | X | | | | | | | | | | SDCRT-0087417 | J.I. Lee | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/28/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Cheng (Director)<br>CPT: C. Y. (Michael) Du<br>SDI: Ha<br>SDI: Anita Tsai<br>LG: Lim<br>LG: Lu<br>OEC: Kang<br>PH: Jerry Lin<br>PH: Milan Baran<br>PH: Limay Liu | CHU00031013 & CHU00031013.01E | Jim Smith: C.C. Liu | Jim Smith Dep. Vol. 1, 181-184: C.C. Liu, Dep. Vol. 2, 229-230 |
| 7/3/2000 | | | | | X | X | | | | | | | | | | | | | | HIT: Nobuaki Ito<br>SDI: General Manager Lee | HDP-CRT00019426 | Nobuaki Ito | 123:04 (Nobuaki Ito) |
| 7/3/2000 | | | | | X | X | | | | | | | | | | | | | | HIT: Kobayashi,<br>SDI: Kim | HDP-CRT00051354 | Nobuhiko Kobayashi | 277 (Nobuhiko Kobayashi) |
| 7/4/2000 | | | | | X | | | | | X | | | | | | | | | | | HAS-CRT00066386 | Kawashima | 76-98, 82-84 (Kawashima) |
| 7/13/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: S.J. Yang<br>CPT: Michael Du<br>CPT: C.C. Liu<br>SDI: Mr. Kim<br>SDI: Mr. Lee<br>SDI: Mr. Park<br>SDI: Mr. Son<br>LG: Mr. Choi<br>LG: Mr. Park<br>Orion: Mr. Cho<br>Orion: Mr. Kim<br>Orion: Mr. Min<br>PHS: Mr. Lim<br>PHS: Mr. Park | CHU00029108-109 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 244-249 |
| 7/18/2000 | | X | | | X | | | | | | | | | | | | | | | CPT: Fang-Yi Lin<br>CPT: Michael Du<br>HTC: Assistant Manager Chien-Lung Chang | CHU00028376 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 230-232 |
| 7/18/2000 | HIT Asia Plant, Taipei | X | | | X | | | | | | | | | | | | | | | CPT: Michael Du: CPT: C.C. Liu: CPT: Tony Cheng:<br>CPT: Fang-Yi Ling: HIT: Chiang-Lung Chang | CHU00028376 | | |
| 7/26/2000 | Shanghai | X | | | X | | | X | | | | | | | | | | | | | SDCRT-90322 | J.I. Lee | |
| 7/28/2000 | U.S. | | | | X | | | | | X | | | | | | | | | X | SDI: C.H. Im<br>SDI: Yoon Yang<br>PHS: Cor Saris<br>PHS: Jeff Johnson | SDCRT-0002506 | | |
| 8/7/2000 | | | | | | X | X | | | | | | | | | | | | | | HDP-CRT00023416 | Nobuaki Ito Yuuichi Kumazawa | 58:5 (Nobuaki Ito): 132 (Yuuichi Kumazawa) |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/7/2000 | Email | | X | | | X | | | | | | | | | | | | | | HIT: Kaneko, Kawamu;<br>LG: Choi | HDP-CRT00026001 | Noboru Toyama | 231 (Noboru Toyama) |
| 8/9/2000 | | | | | X | X | | | | | | | | | | | | | | HIT: Yuichi Kumazawa (codes for other competitors (Toshiba or Thomson; and Matsushita or Mitsubishi) | HDP-CRT00023414 | | |
| 8/10/2000 | | | | | | X | X | | X | X | | | | | | | | X | | HIT: Nobuaki Ito.<br>SONY: Shogo Urata<br>MEC: K. Shimoda<br>PHS: Mr. POS<br>TSB: Keisuke Wakiyama | HDP-CRT00022897 | Nobuaki Ito | 405:05 (Nobuaki Ito) |
| 8/21-8/26/2000 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0087107 | SK Park | |
| 8/22/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Liu (Vice President)<br>CPT: Yang (Director)<br>CPT: Ching-Yu. Michael Du<br>LG: Choi, S.Y.<br>LG: Choi, G.I.<br>LG: Son, Johnny<br>OEC: Cho, H.K.<br>OEC: Lee<br>OEC: Min, Karl<br>OEC: Kang<br>PHS: Smith, Jim<br>PHS: Lim, Jerry<br>PHS: Hu, Rosa (Ms.)<br>SDI: Kim, Inn<br>SDI: Park, S.K.<br>SDI: Son, Michael<br>SDI: Ha | CHU00029105 &<br>CHU00029105.01E | Jim Smith: C.C. Liu | Jim Smith Dep. Vol. 1, 184-192: C.C. Liu, Dep. Vol. 2, 232-233 |
| 8/24/2000 | Beijing, China | X | X | | X | X | | | | X | | | | X | | | | | X | BMCC: Shing Chung Yang<br>BMCC: Moon Gang Beom<br>SEG/HIT: Sung Jeon Son<br>SEG/HIT: Kuk Kyun Yang<br>LG: Ah Pyung Yang<br>CPT: Chun Kyu Ha<br>CPT: Wie Hun Oh<br>Caihong: Geon Chung Ma<br>Caihong: Geon Seol Wei<br>PHS: Cheol Ahn Kye<br>Sanghai Yongxing: Ok Mae Hu<br>THOM: Geg Wang<br>SDI: Kwan Tae Choi<br>SDI: Lim Bong Wang | SDCRT-0087334 | | |
| 8/28/2000 | Japan | | | | X | X | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0087112 | | |
| 8/29/2000 | Nihon Building | | | | X | X | | | | | | | | | | | | | | SDI:  Director Lee | HDP-CRT00023416 | Nobuaki Ito Yuuichi Kumazawa | 58:5 (Nobuaki Ito): 132 (Yuuichi Kumazawa) |
| 8/30/2000 | | | | | X | | X | | | | | | | | | | | | | Jae In Lee (SDI): Alex Kinoshita (MEC) | SDCRT-0087381 | J.I. Lee | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/21/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: V.P. Liu<br>CPT: Director Cheng<br>CPT: Director Yang<br>CPT: Director Ching-Yuan Du<br>SDI: In Kim<br>SDI: D.Y. Kim<br>SDI: Lee, Jae In<br>SDI: Ha<br>LG: S.Y. Choi<br>LG: S.K. Lee<br>LG: Lim<br>LG: K.Y. Ko<br>OEC: Cho<br>OEC: J.H. Moon<br>OEC: Jimmy Kim<br>OEC: Kang<br>PH: Jerry Lin | CHU00031051 & CHU00031051.01E | Jim Smith: C.C. Liu | Jim Smith Dep. Vol. 1, 198-200: C.C. Liu, Dep. Vol. 2, 320-323 |
| 9/21/2000 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: VP Liu<br>CPT: Director Cheng<br>CPT: Director Yang<br>CPT: Ching-Yuan (Michael) Du<br>SDI: In Kim<br>SDI: D.E. Lee<br>SDI: S. K. Park<br>SDI: Michael Son<br>LG: S.Y. Choi<br>LG:K.J. Park<br>LG: K.Y. Ko<br>OEC: Cho<br>OEC: Lee<br>OEC: Karl Min<br>OEC: Kang<br>PH: Jim Smith<br>PH: Jerry Lin<br>PH: Rosa Hu | CHU00031056.01E | Jim Smith | Jim Smith Dep. Vol. 1, 295-302 |
| 9/21/2000 | | X | | | | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: Tony Cheng<br>SDI: Mr. In Kim<br>SDI: Mr. D.Y. Kim<br>SDI: Mr. Lee Jae In<br>SDI: Mr. Ha<br>LG: Mr. S.Y. Choi<br>LG: Mr. J.H. Moon<br>LG: Mr. Lim<br>LG: Mr. K.Y. Ko<br>Orion: Mr. Cho<br>Orion: Mr. J.H. Moon<br>Orion: Mr. Kim<br>Orion: Mr. Kang<br>PHS: Mr. Jerry Lin | CHU00030151-155 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 249-251 Dep. Vol. 3, 423-423 |
| 9/29/2000 | U.S. | | | | X | | | | | X | | | | | | | | | X | SDI: Chul Hong Im<br>SDI: Woongrae Kim<br>PHS: Cor Saris | SDCRT-0002488 | | |
| 10/00/2000 | CEA Convention | | | | | X | | | | | | | | | | | | | X | HIT: Tom Heiser Thom Schmitt,<br>THOM: Alex Hepburn | HEDUS-CRT00161617 | Tom Heiser | 408:20 (Tom Heiser) |
| 10/3/2000 | | X | | | | | | | X | | | | | | | | | | | Toshiba:  Seeiichi Fukunaga | TSB-CRT-00039829 | Norio Fujita | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/6/2000 | | | | | X | X | | | | | | | | | | | | | | HIT: Kumazawa, Ito, Kubo | HTP-CRT00023427 | Yuuichi Kumazawa | 141:9-25,142:8-13 (Yuuichi Kumazawa) |
| 10/15/2000 | | X | | X | X | | | | | X | | | | | | | | | | | SDCRT-0087427 | J.I. Lee | |
| 10/18/2000 | | | | | | X | X | | | X | | | X | X | | | | X | | | HDP-CRT00042019 | Kazumasa Hirai | 327:6 (Kazumasa Hirai) |
| 10/22/2000 | Irico Displays Group Corporation Cathode ray tube Plant | | | | X | | | | | | | | | X | | | | | | | HDP-CRT00042019 | Kazumasa Hirai | 327:6 (Kazumasa Hirai) |
| 10/24/2000 | | | | | X | | | | X | | | | | | | | | | | | TSB-CRT-00041721 | Yasuki Yamamoto | 203:13-209:12 |
| 10/25/2000 | | | X | | | | | | X | | | | | | | | | | | Toshiba: Norio Fujita LG: Chun | TSB-CRT-00042610 | Norio Fujita | |
| 10/25/2000 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: Liu (Vice President) CPT: Yang (Director) CPT: Michael Du LG: Choi, S.Y. LG: Choi, G.I. LG: Park, K.J. OEC: Cho OEC: Kim OEC: Min, Karl OEC: Lee PHS: Smith, Jim PHS: Hu, Rosa SDI: Kim, In SDI: Park, S.K. SDI: Son, Michael T-CRT: Thanasa T-CRT: Sirichai | CHU00031075 & CHU00031075.01E; CHU00028975 & CHU00028975.01E | Jim Smith: C.C. Liu | Jim Smith Dep. Vol. 1, 200-203: Jim Smith Dep. Vol. 1, 203-205: C.C. Liu, Dep. Vol. 2, 233-236 |
| 11/00/2000 | | | | | X | X | X | X | | | | | | | | | | X | | | HDP-CRT00004416 | Nobuaki Ito | 346:14 (Nobuaki Ito) |
| 11/1/2000 | | | | | X | | | | | | | | | | | | | | X | HIT: Tom Heiser Thom Schmitt THOM: Alex Hepburn | HEDUS-CRT00161617 | Tom Heiser | 408:20 (Tom Heiser) |
| 11/3/2000 | | X | | | X | | | | | | | | | | | | | | | CPT: VP C.C. Liu CPT: Michael Du HTC: AVP Chien-Lung Chang | CHU00028374-375 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 236-237 |
| 3/19/2001 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: VP C.C. Liu CPT: Edward Cheng CPT: Director Yang CPT: Fang-Yi Lin SDD: Mr. D.Y. Kim SDD: Mr. Ha SDD: Mr. J.I. Lee LG: Mr. S.Y. Choi LG: Mr. S.K. Lee LG: Mr. J.K. Han LG: Mr. K.Y. Ko Orion: Mr.Cho Orion: Mr. J.H. Moon Orion: Mr. Jimmy Kim Orion: Mr. Kang PHS: Mr. Jim Smith PHS: Mr. Jerry Lin PHS: Mr. Milan Baran | CHU00031111-112 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 237-239 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/8/2000 | Philips offices conference room | | | | X | | | | | X | | | | | | | | | | HIT: Wata, Ooku, Chen, Chang, Kuma, Ooyama, PHS: Wente, Selbeck, Lu, Huang, Lee | HDP-CRT00007139 | Nobuhiko Kobayashi | 427 (Nobuhiko Kobayashi) |
| 11/8/2000 | | | | | X | | | | | | | | | | | | | | X | HIT: Tom Heiser, Thom Schmitt, Kazumasa Hirai, Ryoji Hirai, THOM: Alex Hepburn | HEDUS-CRT00164814 | Tom Heiser | 193:23 (Tom Heiser) |
| 11/8/2000 | U.S. | | | | X | | | | | | | | | | | | | | X | HIT: Thom Schmitt HIT: Tom Heiser THOM: Alex Hepburn | HEDUS-CRT00164814; HEDUS-CRT00164816 | Lloyd Heiser | 193 |
| 11/27/2000 | | | | | X | | | | | X | X | | | | | | | | | HIT: Dan Mead PHS: Luke Chiang | HEDUS-CRT00183630 | Tom Heiser | 126:22 (Tom Heiser) |
| 11/27/2000-12/01/2000 | Malaysia | X | X | X | X | | | | | X | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0087178 | SK Park | |
| 11/29/2000 | | | | | X | | | | | | | X | | | | | | | | SDI - Jae In Lee, Mr. Park, Ki Young Chung, Dae Eui Lee Matsushita - B. Tomori, K. Matsumoto | SDCRT-0087331 | Dae Eui Lee | 251:1-253:7 |
| 12/14/2000 | Japan | | | | | X | | | | X | | | | | | | | | | HIT: Taku Yamanaka PHS: George Chou PHS: Hardy Lin | HDP-CRT00052436 | | |
| 12/7/2000 | U.S. | | | | | X | | | | | | | | | | | | | X | HIT: Thom Schmitt HIT: Tom Heiser THOM: Alex Hepburn | HEDUS-CRT00168774 | Thomas Schmitt | 274:18 (Thom Schmitt) |
| 12/13/2000 | | | | | X | X | | | | | | | | | | | | | | HIT: Ooku, Ueda, Kumazawa SDI: Seung Cheol Kim, Sun, Korasaki | HTP-CRT00023426-23427 | Yuuichi Kumazawa Nobuhiko Kobayashi | 146:17-25,147:6-25, 148:9-23 (Yuuichi Kumazawa) 474 (Nobuhiko Kobayashi) |
| 12/22/2000 | China | X | X | | X | | | | | X | | | | X | | | | | X | MII: Won Bang Lim MII: Geon Chung Hwang BMCC: Dae Lim Lee SEC: Kuk Kyun Yang LG Changsha: Ah Pyung Yang Guangdong CPT: Chung Hae Ryu Caihong: Hyo Rim Shin PHS: Ho Joo Sanghai Yongxing: Moon Eui Bun THOM: Geg Wang THOM: Ji Up Hwang SDI: Kwan Tae Choi SDI: Lim Bong Wang | SDCRT-0087336 | | |
| 2001 | Bangkok | | | | | | | | X | | X | | | | | | | | | Toshiba: Nishimaru, Kazuhiro | | Kazuhiro Nishimaru | 115:23-121:21 |
| 2001 | | | | | | X | X | | | X | X | | | | | | | | | | HEDUS-CRT00005869 | Tom Heiser | 354:09 (Tom Heiser) |
| 2001 | | | | | X | X | | | | | | | | | | | | | | | HDP-CRT00005044 | Kenichi Hazuku | 165:2 (Kenichi Hazuku) |
| 2001 | | | | | X | X | | | X | X | | | | | | | | X | X | | HDP-CRT00027193 | Kazumasa Hirai Nobuhiko Kobayashi Noboru Toyama | 69 (Kazumasa Hirai): 332, 478 (Nobuhiko Kobayashi); Noboru Toyama (69) |
| 2001 | | X | | X | X | X | X | X | X | X | X | | | | | | | X | | | HDP-CRT00027174 | Kazumasa Hirai | 214:4 (Kazumasa Hirai) |
| Early 2001 | South Korea | | | | X | | | | | X | | | | | | | | | | Toshiba: Yamamoto, Yasuki: Kawano; Wakiyama SDI: Lee; Lee LG: Fairly high ranking employee | | Yasuki Yamamoto | 117:22-121:23; 122:12; 134:8 |
| Early 2001-1/2003 | South Korea | | | | X | | | | | X | | | | | | | | | | Toshiba: Yamamoto, Yasuki: Kawano; Wakiyama | | Yasuki Yamamoto | 117:22-121:23; 136:17-137:3 |
| Early 2001-1/2004 | South Korea | | | | X | | | | | X | | | | | | | | | | Toshiba: Yamamoto, Yasuki: Kawano; Wakiyama | | Yasuki Yamamoto | 117:22-121:23; 136:17-137:3 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Early 2001-1/2005 | South Korea | | | | X | X | | | X | | X | | | | | | | | | Toshiba: Yamamoto, Yasuki: Kawano: Wakiyama | | Yasuki Yamamoto | 117:22-121:23; 136:17-137:3 |
| Early 2001-1/2006 | South Korea | | | | X | X | | | X | | X | | | | | | | | | Toshiba: Yamamoto, Yasuki: Kawano: Wakiyama | | Yasuki Yamamoto | 117:22-121:23; 136:17-137:3 |
| Early 2001-1/2007 | South Korea | | | | X | X | | | X | | X | | | | | | | | | Toshiba: Yamamoto, Yasuki: Kawano: Wakiyama | | Yasuki Yamamoto | 117:22-121:23; 136:17-137:3 |
| 1/9/2001 | | | | | | X | | | | | | | | | | | | | X | HIT: Thom Schmitt, Tom Heiser, THOM: Alex Hepburn | HEDUS-CRT00187137 | Tom Heiser | 409:17 (Tom Heiser) |
| 1/10/2001 | Toshiba Booth | | | | | X | | | X | | | | | | | | | | | HIT: Thom Schmitt, BK, TSB: Scott Ramirez | HEDUS-CRT00187137 | Tom Heiser | 409:17 (Tom Heiser) |
| 1/11/2001 | | X | X | X | X | X | | | X | X | | | X | | | | | | | | HAS-CRT00065403 | Kenichi Hazuku | 210:18 (Kenichi Hazuku) |
| 1/15/2001 | | | | | X | | | | X | | | | | | | | | | | | TSB-CRT-00041746 | Yasuki Yamamoto | 209:15-221:10 |
| 1/26/2001 | England | | X | | X | | | | | X | | | | | | | | X | X | PHS: Leo Mlnk THOM: Christian Lissorgues SDI: Lockjin Kim DOSA: Kyounghoon Choi | SDCRT-0087662 | | |
| 1/30/2001 | Sony's Osaki Office | | | | X | | | | | | | | | | | | | X | | HIT: Junji Kaneko SONY: Ikeda SONY: Tsukii | HDP-CRT00026045 | | |
| 1/30/2001 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0087464 | SK Park | |
| 02/00/2001 | | | | | X | X | X | | | | | | | | | | | | | HIT: Nobuaki Ito | HDP-CRT00049280 | Nobuaki Ito Yuuichi Kumazawa | 83:24, 325 (Nobuaki Ito): 175 (Yuuichi Kumazawa) |
| 02/00/2001 | | | | | X | | | | | | | | | | | | | X | | | HDP-CRT00049270 | Nobuaki Ito Noboru Toyama | 277:5, 349 (Nobuaki Ito): 195 (Noboru Toyama) |
| 2/15/2001 | Nihon Building, Tokyo, Japan | | X | | X | | | | | | | | | | | | | | | HIT: Maruyama HIT: Watanabe HIT: Sakamoto LG: Kim Sung-Bun | HDP-CRT00026050, HDP-CRT00027948 | | |
| 2/15/2001 | | | X | | X | | | | | | | | | | | | | | | LG: In Kim LG: Pyung Goo Jeon LG: Mr. Ryu SDI: Mr. Lee | SDCRT0087679 | Duk Chul Ryu | 125 |
| 2/20/2001 | n/a | | | | X | | | | | | | | | | | | | | X | HIT: Kazumasa Hirai HIT: Thom Schmitt HIT: Tom Heiser HIT: Ryoji Hirai HIT: Yosuke Nakanishi HIT: Tetsuo Asano HIT: Keith Brown HIT: Ed Paige HIT: Patrick Watson HIT: Kawamura Katsuyuki HIT: Nobuhiko Kobayashi HIT: Kiyoshi Kubo | HEDUS-CRT00188826 | | |
| 2/21/2001 | | | | | X | | | | X | | | | | | | | | | | | HEDUS-CRT00004617 | Tom Heiser | 457:04 (Tom Heiser) |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/23/2001 | | | | | | X | X | | | | | | | | | | | | | HIT: Nobuaki Ito | HDP-CRT00049280 | | |
| 2/23/2001 | Matsushita in Fujisawa, Kanagawa, Japan | | | | | X | X | | | | | | | | | | | | | HIT: Kiyoshi Kubo MEC: Takadera | HDP-CRT00049226 | | |
| 2/26/2001 | | | | | X | X | | | | | | | | | | | | | | HIT: Yuuichi Kumazawa | HDP-CRT00056186 | Nobuaki Ito Yuuichi Kumazawa | 129,398 (Nobuaki Ito): 282, 424 (Yuuichi Kumazawa) |
| 03/00/2001 | | X | | X | X | X | X | X | X | X | X | | X | | | | | X | X | | HDP-CRT00023625 | Nobuaki Ito | 360:01 (Nobuaki Ito) |
| 3/00/2001 | | | | | X | | | | | X | X | | | | | | | X | X | | HEDUS-CRT00188863 | Tom Heiser Thom Schmitt Noboru Toyama | 219:7, 405 (Tom Heiser): 201 (Thom Schmitt): 222 (Noboru Toyama) |
| 3/3/2001 | SDI San Diego | | | | X | | X | | | | | | | | | | | | | Jae In Lee (SDI): Moon Il Bae (SDI): CH Lim (SDI): K.C. Oh (SDI): Woong Rae K Kim (SDI): Alex Kinoshita (MEC) | SDCRT-0002585 | J.I. Lee | |
| 3/7/2001 | | | | | X | | | | | X | | | | | | | | | | | HEDUS-CRT00004710 | Tom Heiser Kazumasa Hirai | 133:3 (Tom Heiser): 263, 423 (Kazumasa Hirai) |
| 3/8/2001 | email | | | | | | | | | | X | | | | | | | | | PDC: J. Killen, LPD: P. Canavan Okuda, Hongoh, Ino | PTC-00006569 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 205:10-213:4 |
| 3/10/2001 | SDI San Diego | | | | X | | | | | | X | | | | | | | | | Jae In Lee (SDI): Moon Il Bae (SDI): CH Lim (SDI): K.C. Oh (SDI): Kyu In Choi (LPD) | SDCRT-0002588 | J.I. Lee | |
| 3/13/2001 | Email | | | | X | | | | X | | | | | | | | | | | | PHLP-CRT-030092 | Kris Mortier | Kris Mortier Dep.Vol. 2, 402-410 |
| 3/14/2001 | Singapore | | | | | X | | | | | | | | | | | | | | HIT: Mike Chen Teco: Martni Hsei | HAS-CRT00078245 | | |
| 3/16/2001 | | | | X | X | X | | | X | | | | | | | | | | | HIT: Nobuaki Ito | HDP-CRT00049348 | Nobuaki Ito Yuuichi Kumazawa | 372:22 (Nobuaki Ito) |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/16/2001 | | | | | | X | X | X | X | | | | | | | | | X | | HIT: Nobuaki Ito, Sony: Mayumi Kuroyanagi, Takayoshi Kitawaki, Yoichi Tamamura, Masayuki Watanabe<br>MEC: K. Shimoda, Mitsubishi: Norikazu Nakanishi<br>TSB: Keisuke Wakiyama | HDP-CRT00022911 | Nobuaki Ito | 353:10 (Nobuaki Ito) |
| 3/19/2001 | | X | X | X | X | | | | | X | | | | | | | | | | CPT: Mr. Liu<br>CPT: Mr. Cheng<br>LG: S.Y. Choi<br>LG: S.K. Lee<br>LG: J.K. Han<br>LG: K.Y. Ko<br>OEC: Mr. Cho<br>OEC: JH Moon<br>OEC: Jimmy Kim<br>OEC: Mr. Kang<br>PHS: Jerry Lin<br>PHS: Jim Smith<br>PHS: Milan Baran<br>SDI: DY Kim<br>SDI: Mr. Ha<br>SDI: J.I. Lee | CHU00031111 | Duk Chul Ryu | 213 |
| 3/19/2001 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: Liu (Vice President)<br>CPT: Cheng (Director)<br>LG: Choi, S.Y.<br>LG: Lee, S.K.<br>LG: Han, J.K.<br>LG: Ko, K.Y.<br>OEC: Cho<br>OEC: Moon, J.H.<br>OEC: Kim, Jimmy<br>OEC: Kang<br>PHS: Lin, Jerry<br>PHS: Smith, Jim<br>PHS: Baran, Milan<br>SDI: Kim, D.Y.<br>SDI: Ha<br>SDI: Lee, J.I. | CHU00031111 & CHU00031111.01E | Jim Smith | Jim Smith Dep. Vol. 1,  205-208 |
| 3/20/2001 | | X | X | X | X | | | | X | | | | X | | X | | | | | CPT: VP C.C. Liu<br>CPT: Edward Cheng<br>CPT: Director S.J. Yang<br>SDI: Mr. S.K. Park<br>SDI: Mr. J.Y. Yuan<br>LG: Mr. S.Y. Choi<br>LG: Mr. G.I. Choi<br>LG: Mr. K.J. Park<br>Orion: Mr. S.H. Cho<br>Orion: Mr. Kung<br>Orion: Mr. Y.J. Kim<br>Orion: Mr. Choe<br>PHS: Mr. Jerry Lin<br>PHS: Ms. Rosa Hu | CHU00031113-114 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 239-240<br>Dep. Vol. 3, 418-421<br>Dep. Vol. 3, 541-544 |
| 3/19/2001-3/20/2001 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0087467 | SK Park | |
| 3/20/2001 | Detroit, Michigan | | | | | X | | | | X | | | | | | | | | | HIT: Tom Heiser TS<br>PHS: Pat Canavan Jeff Johnson Daren Ivy | HEDUS-CRT00004705 | Thom Schmitt | 257:05 (Thom Schmitt) |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/22/2001 | | | X | | | | | | | | X | | | | | | | | | | PTC-00002381 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 34:7-49:13 |
| 3/22/2001 | email | | | | | | | | | | X | | | | | | | | | X | | PHLP-CRT-089918 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 123:7-136:4 |
| 3/22/2001 | | | | | X | | | | | | | | | | | | | | | | | HDP-CRT00005257 | Nobuaki Ito Nobuhiko Kobayashi | 425:12 (Nobuaki Ito): (Nobuhiko Kobayashi) 401 |
| 4/12/2001 | | | X | | | | | | X | | | | | | | | | | | | LG: PJ Lee<br>PHS: F. Albertazzi | PHLP-CRT-026830 | Pil Jae Lee | |
| 4/14/2001 | | | | | X | X | | | | | | | | | | | | | | | HIT: Nobuaki Ito | HDP-CRT00048694 | Nobuaki Ito Yuuichi Kumazawa | 134:2, 190 (Nobuaki Ito): 65 (Yuuichi Kumazawa) |
| 4/17/2001 | Philips-Chungli | | | | | X | | | | X | | | | | | | | | | | HIT: Watanabe<br>PHS: A. Wente<br>PHS: R. Selbeck<br>PHS: A. Lee<br>PHS: R. Lu | HDP-CRT0029634 | | |
| 4/19/2001 | | X | X | X | X | | | | | X | | | | | | | | | | | CPT: S.J. Yang<br>CPT: C.C. Liu<br>CPT: Edward Cheng<br>SDI: Mr. D.Y. Kim<br>SDI: Mr. Ha<br>SDI: Mr. J.I. Lee<br>LG: Mr. S.K. Lee<br>LG: Mr. J.K. Han<br>LG: Mr. K.Y. Ko<br>OEC: Mr. J.H. Moon<br>OEC: Mr. Jimmy Kim<br>PHS: Mr. Jerry Lin<br>PHS: Mr. J.K. Park | CHU00031123-125 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 251-252 |
| 4/20/2001 | Shanghai | X | | | | | | | X | | | | | | | | | | | | CPT: VP Liu<br>CPT: Alex Yeh<br>TSB: Ekihiro Yoshino<br>TSB: AVP Suzuki<br>TSB: Manager Du | CHU00028203 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 240-242 |
| 4/24/2001 | N/A - email | | | | X | | | | | | X | | | | | | | | | X | | PHLP-CRT-090140 | Bob O'Brien | Bob O'Brien Dep. Vol. 1,: 105:7-108:18 |
| 4/24/2001 | Shenzhen City, China | X | X | | X | X | | | | | | | | X | X | | | | | X | BMCC: Dae Lim Lee<br>SEG/HIT: Kook Kyun Yang<br>LG Changsha: Ah Pyung Yang<br>Gwangdong CPT: Ui Hun Oh<br>IRI: Hyo Rim Shin<br>PHS: Soo Hwa Lee<br>Shanghai Yunshin: Mr. Chang<br>Shanghai Yunshin: Moon Oi Bun<br>THOM: Hyang Gul Yang<br>THOM: Ji Up Hwang<br>SDI: Lim Bong Wang | SDCRT-0087340 | | |
| 4/26-4/27/2001 | China | X | X | X | X | | | | | | X | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0089035 | SK Park | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/00/2001 | Taipei, Taiwan | X | | | | | | | | | | | | | | | | | X | | CHU00121161 | | |
| 5/3/2001 | email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-090221 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 173:5-177:8 |
| 5/6/2001 | Sushi Taro, Washington D.C. | | | | | X | X | | X | | | | | | | | | | | | MEC: Nishiyama: HIT: Hirai: TSB: Kimura | MPDA_SEC-0896104 | Kazumasa Hirai; Nishiyama | 180:3 (Kazumasa Hirai): Nishiyama I at 162-66 |
| 5/7/2001 | Grand Hyatt - Washington D.C. | | | | | X | X | | X | X | | | | | | | | | | X | HIT: Kazumasa Hirai, Tom Heiser<br>PHS: Jeff Johnson<br>TSB: John Webster<br>MEC: Harry Nishiyama<br>THOM: Alex Hepburn, Tom Carson, Tom Hallowell | PHLP-CRT-077930 | Kazumasa Hirai, Tom Heiser | 146:17 (Kazumasa Hirai) 147:13 (Tom Heiser) |
| 5/7/2001 | | | | | | X | | | | X | | | | | | | | | X | HIT: Heiser, K. Hirai | HEDUS-CRT00162777 | Tom Heiser<br>Kazumasa Hirai<br>Thom Schmitt<br>Noboru Toyama | 140:3 (Tom Heiser) 347(Kazumasa Hirai) 224(Thom Schmitt) 213 (Noboru Toyama) |
| 5/8/2001 | email | X | X | X | X | | | X | X | X | X | | | | | | | X | | | | PHLP-CRT-026590 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 222:9-227:7 |
| 5/17/2001 | Berlin, Germany | | | | X | | | | | X | | | | | | | | | | X | THOM: Christian Lissorgues<br>DOSA: Hee Cheol Moon<br>DOSA: Kyung Hoon Choi<br>SDI: Rak Jin Kim<br>SDI: Jeong Sik Yoon<br>PHS: Leo Mink | SDCRT-0087667 | | |
| 5/23/2001 - 5/24/2001 | Taiwan | X | | X | X | | | | | | X | | | | | | | | | | | SDCRT-0087414 | J.I. Lee | |
| 5/23/2001 | Email | | | | | | | | | | X | | | | | | | | | X | | PHLP-CRT-02656 | Kris Mortier | Kris Mortier Dep.Vol. 2, 492-499 |
| 5/24/2001 | | | | | X | X | | | | | | | | | | | | | | | HIT: Genichi Watanabe<br>SDI: Arimoto | HDP-CRT00049291, HEDUS-CRT00027271 | | |
| 5/24/2001 | Hitachi | | | | X | X | | | | | | | | | | | | | | | HIT: Genichi Watanabe<br>SDI: Tokyo President | HDP-CRT00049291 | Kazumasa Hirai<br>Noboru Toyama<br>Yuuichi Kumazawa | 294:3 (Kazumasa Hirai): 65 (Noboru Toyama) 400 (Yuuichi Kumazawa) |
| 5/30/2001 | email | | | X | | | | | X | | X | | | | | | | | | | | PHLP-CRT-01642 | Patrick Canavan | Patrick Canavan Dep. Vol. 2, 427:21-444:12 |
| 5/30/2001 | | | | | X | X | | | | | | | | | | | | | | | HIT: Nobuaki Ito: Oohashi, Kuma, Kubo | HDP-CRT00048797 | Nobuaki Ito Yuuichi Kumazawa | 167:16 (Nobuaki Ito): 193 (Yuuichi Kumazawa) |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/2001 | | X | | | | | | | | | | | | | | | | | X | CPT: Mr. Liu<br>CPT: Sheng-Jen Yang<br>CPT: Director Chen<br>CPT: Vice President Chen<br>CPT: C.C. Liu<br>CPT: Wen-Chun (Tony) Cheng<br>CPT: Mei-Que Wang<br>THOM: Mr. Fabac<br>THOM: Peter Ho<br>THOM: Anthony Lee<br>THOM: Tony Liu | CHU00031136; CHU00031136E | C.C. Liu | C.C. Liu, Dep. Vol. 2, 242-244 Dep. Vol. 3, 545-548 |
| 6/4/2001 | Spain | | | X | X | | | | | X | X | | | | | | | | X | SDI - Sung Deok Park<br>Philips - L. Mlin, Kris Mortier<br>Thomson - A. Martin<br>Orion - Jae Suk Kim | SDCRT-0006510 | | |
| 6/6/2001 | U.S. | | | | X | | | | | X | | | | | | | | | X | SDI: Cheol Hong Lim<br>PHS: Joe Killen | SDCRT-0002582 | Joseph Killen | 148 |
| 6/6/2001 | | X | | | | | X | | | | | | | | | | | | | CPT: Yvonne Yun<br>CPT: Edward Cheng<br>MEC: Sales Section Chief Youhao Zhang | CHU00031137 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 531-536 |
| 6/7/2001 | | X | | | X | | | | | | | | | | | | | | | CPT: J.S. Lu<br>CPT: C.C. Liu<br>SDI: President Huang<br>SDI: Mr. Xi | CHU00031138-139 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 210-212 |
| 6/9/2001 | Thomson Mexico Color picture tube Factory | | | | | X | | X | | | | | | | | | | | X | HIT: Ryoji Hashimoto | HEDUS-CRT00027270 | Tom Heiser | 201 (Tom Heiser) |
| 6/11/2001 | | | X | | | X | X | | X | X | | | | | | | | X | X | HIT: Tom Heiser<br>PHS: Pat Canavan | PHLP-CRT-090736 | Tom Heiser | 150:22, 397 (Tom Heiser) |
| 6/15/2001 | Greenville, S.C. | | | | | X | | | | X | | | | | | | | | | HIT: Kazumasa Hirai<br>PHS: Daniel den Engelsen, Hemant Betrabet | PHLP-CRT-090934 | Kazumasa Hirai | 271:12 (Kazumasa Hirai) |
| 6/22/2001 | | | | | X | X | | | | | | | | | | | | | | HIT: Kumazawa | HDP-CRT00026180 | Nobuaki Ito Yuuichi Kumazawa | 191:5 (Nobuaki Ito); 311 (Yuuichi Kumazawa) |
| 6/26/2001 | | X | X | X | X | | | | | | | | | | | | | | | CPT: VP C.C. Liu<br>CPT: Director S.J. Yang<br>CPT: Edward Cheng<br>SDI: Mr. Lee<br>SDI: Mr. Park<br>SDI: Mr. Michael Son<br>LG: Mr. S.Y. Choi<br>LG: Mr. K.J. Park<br>Orion: Mr. Cho<br>Orion: Mr. Kim | CHU00036414-415 | C.C. Liu | C.C. Liu, Dep. Vol. 244-245 |
| 6/26/2001 | | | | | X | | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0005830; CHU00036414 | Michael Son | |
| 6/26/2001 | China | | | | | | | | | | | | | | | | | | | | SDCRT-0007599 | | |
| 6/27/2001 | | | X | X | X | | | | | | | | | | | | | | | | | | 117:3-7 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/27/2001 | | X | X | X | X | | | | | | | | | | | | | | | CPT: VP C.C. Liu<br>CPT: Director Yang<br>CPT: Edward Cheng<br>SDI: Mr. D.Y. Kim<br>SDI: Mr. J.I. Lee<br>SDI: Mr. Choi<br>LG: Mr. S.Y. Choi<br>LG: Mr. S.K. Lee<br>LG: Mr. J.K. Han<br>LG: Mr. K.Y. Ko<br>Orion: Mr. Lee<br>Orion: Mr. Kang<br>Orion: Mr. Jimmy Kim | CHU00031142-147 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 245-248<br>Dep. Vol. 3, 454-455 |
| 07/00/2001 | Philips Atlanta | | | | X | X | | | | X | X | | | | | | | | | HIT: Thom Schmitt, Biff Kinney<br>PHS: Christian Haring, Sukrit Mitra, | HEDUS-CRT00147432 | Tom Heiser | 359:04 (Tom Heiser) |
| 7/0/2001 | | X | X | X | X | | | | | X | | | | | | | | | | | CHU00660395-407 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 451-461 |
| 7/1/2001 | | X | X | X | X | | | | | | X | | | | | | | | | | CHU00660454 | Duk Chul Ryu | 219 |
| 7/4/2001 | | X | X | X | X | | | | X | X | | | | | | | | | | | TSB-CRT-00035348; TSB-CRT-00035350 | Yasuki Yamamoto; Kazuhiro Nishimaru; Norio Fujita | Yamamoto: 233:10-246:23<br>Nishimaru: 149:14-178:7 |
| 7/5/2001 | Luxembourg | | | | X | | | | | X | | | | | | | | | | X | PHS: Leo Mink<br>THOM: Christian Lissorgues<br>SDI: Lockjin Kim<br>SDI: Jungsik Yoon<br>DOSA: Heechul Moon<br>DOSA: Kyounghoon Choi | SDCRT-0087664 | | |
| 7/6/2001 | | | | | | X | | | | X | | | | | | | | | | | HIT: Taku Yamanaka<br>PHS: Reinoud Selbeck<br>PHS: Hardy Lin<br>PHS: AleX Lee<br>PHS: George Chou<br>PHS: Sala Liu | HDP-CRT00051624 | | |
| 7/9/2001 | Email | | | | X | | | | | | X | | | | | | | | | | | PHLP-CRT-028034 | Kris Mortier | Kris Mortier Dep.Vol. 2, 406-410 |
| 7/24/2001 | | X | X | X | X | | | | | | | | | | | | | | | | CPT: VP C.C. Liu<br>CPT: Edward Cheng<br>CPT: Director Yang<br>SDI: Mr. D.Y. Kim<br>SDI: Mr. J.I. Lee<br>SDI: Mr. Choi<br>SDI: Mr. Park<br>LG: Mr. S.Y. Choi<br>LG: Mr. S.K. Lee<br>LG: Mr. K.Y. Ko<br>Orion: Mr. Cho<br>Orion: Mr. Kang<br>Orion: Mr. Jimmy Kim | CHU00031150-152 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 248-250 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/24/2001 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: VP C.C. Liu<br>CPT: Edward Cheng<br>CPT: Director Tony Cheng<br>CPT: Director S.J. Yang<br>SDI: Mr. Michael Son<br>SDI: Mr. J.I. Lee<br>SDI: Mr. Park<br>LG: Mr. S.Y. Choi<br>LG: Mr. H.K. Lee<br>LG: Mr. J.S. Kim<br>Orion: Mr. Cho<br>Orion: Mr. Adam<br>Orion: Mr. Kim<br>TCRT: Mr. Thanasak | CHU00036412-413 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 250-251 |
| 7/24/2001 | | | | | X | X | | | | X | | | | | | | | | X | HIT: Yuji Mitsumoto | HEDUS-CRT00162931 | Tom Heiser Kazumasa Hirai (2387) Thom Schmitt (1838) | 211:16 (Tom Heiser); 298, 320 (Kazumasa Hirai) 249:16 (Thom Schmitt) |
| 7/24/2001 | Taiwan | | | | X | | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0087557 | | |
| 8/00/2001 | N/A: Admits to glass meeting participation | X | X | X | X | | | | | X | | | | | | | | | | Jae In Lee (SDI): S.K. Park (SDI) | N/A | J.I. Lee | 137:5 |
| 8/00/2001 | | X | | X | X | X | | | | | X | | | | | | | | | HIT: Watanabe | HDP-CRT00035179 | Nobuhiko Kobayashi | 309 (Nobuhiko Kobayashi) |
| 8/0/2001 | | X | X | X | X | | | | | X | | | | | | | | | | | CHU00660408 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 471-473 |
| 8/2/2001 | email | | | | X | | | X | | | | X | | | | | | X | X | | PHLP-CRT-0938 13 | Patrick Canavan | Patrick Canavan Dep. Vol. 2, 382:25-387:10 |
| 8/2/2001 | N/A - email | | | X | | | | | | | X | | | | | | | X | | | JLI-00004273 | Bob O'Brien | Bob O'Brien Dep. Vol. 1,: 128:6-131:18 |
| 8/21/2001 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: VP C.C. Liu<br>CPT: Edward Cheng<br>CPT: Director S.J. Yang<br>SDI: Mr. Michael Son<br>SDI: Mr. D.H. Lee<br>LG: Mr. Lim<br>LG: Mr. Edmond Park<br>LG: Mr. J.S. Kim<br>Orion: Mr. Adam<br>Orion: Mr. Kim<br>TCRT: Mr. Sirichai | CHU00036410-411 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 251-253 |
| 8/24/2001 | Email & PPT | | | | | | | | | | X | | | | | | | | | | PHLP-CRT-091383 & Attachments (PHLP-CRT-091386; PHLP-CRT-091387; PHLP-CRT-091388) | Kris Mortier | Kris Mortier Dep.Vol. 1, 152-165 |
| 8/26/2001-8/31/2001 | Germany | | | | X | | | | | | | | | | | | | | X | SDI: Michael Son | SDCRT-0087609 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/29/2001 | email | | | | | | | | | | X | X | | | | | | | | | PHLP-CRT-091401 | Bob O'Brien | Bob O'Brien Dep. Vol. 2.; 416:10-419:14 |
| 8/29/2001 | | X | | | X | X | X | X | X | X | X | | | | | | | | X | HIT: Nobuaki Ito | HDP-CRT00026189 | Nobuaki Ito Yuuichi Kumazawa | 204:8, 524 (Nobuaki Ito): 317,369 (Yuuichi Kumazawa) |
| 09/00/2001 | | | | | X | X | | | | | | | | | | | | | | | HDP-CRT00026193 | Nobuaki Ito | 221:25 (Nobuaki Ito) |
| 09/00/2001 | Email | | | | X | X | | | | | | | | | | | | | | HIT: Nobuaki Ito, Yuuichi Kumazawa, Kazuo Oohashi SDI: Chong Woo Lee | HDP-CRT00026197 | Nobuaki Ito Yuuichi Kumazawa | 213:14 (Nobuaki Ito): 259 (Yuuichi Kumazawa) |
| 09/00/2001 | | | | | X | X | | | X | | X | | | | | | | | X | | JLI-00003298 | Tom Heiser | 158:14 (Tom Heiser) |
| 9/1/2001 | email but references Brazil | | X | | X | | | | | | X | | | | | | | | | | PHLP-CRT-91465 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 234:6-239:8 |
| 9/4/2001 | | | | | X | X | | | | | | | | | | | | | | HIT: Nobuaki Itou SDI: Choong Woo Lee | HDP-CRT00026197 | | |
| 9/5/2001 | Hitachi's Greenville plant | | | | | X | | | | X | | | | | | | | | | HIT: Toyama. PHS: Gotje | PHLP-CRT-091563 | Noboru Toyama | 134 (Noboru Toyama) |
| 9/13/2001 | Conference Room 856 | | | | X | X | | | | | | | | | | | | | | HIT: Kumazawa SDI: Oyangi & Lee | HTO-CRT00051298 | Yuuichi Kumazawa | 251:9-17 (Yuuichi Kumazawa) |
| 9/20/2001 | Email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-043139 & Attachment | Kris Mortier | Kris Mortier Dep.Vol. 2, 417-422 |
| 9/26/2001 | email | | | | X | X | | | | | X | | | | | | | | | | PHLP-CRT-091703 | Patrick Canavan | Patrick Canavan Dep. Vol. 2, 459:8-471:3; 504:4-508:25 |
| 10/4/2001 | | | | | X | X | | | | | | | | | | | | | | HIT: Yuuichi Kumazawa | HDP-CRT00049201 | Nobuaki Ito Yuuichi Kumazawa | 237:21 (Nobuaki Ito): 296 (Yuuichi Kumazawa) |
| 10/4/2001 | n/a | | | | | | X | | | | | | | | | | | | X | MEC: Yuji Mitsumoto | HDP-CRT00026209 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/12/2001 | Mobara, Japan | | X | | X | | | | | X | | | | | | | | | | HIT: Watanabe<br>HIT: Yoshiwara<br>HIT: Yoshimi<br>HIT: Shirai<br>HIT: Sato | HDP-CRT00036262 | | |
| 10/15/2001 | | X | X | X | X | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Edward Cheng<br>SDI: Mr. Ahn<br>SDI: Mr. Michael Son<br>LG: Mr. Lim<br>LG: Mr. Edmond Park<br>LG: Mr. J.S. Kim<br>Orion: Mr. Kim<br>Orion: Mr. Yang<br>Orion: Mr. Adam | CHU00660366-368 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 253-254 |
| 10/16/2001 | La Quinta Resort, La Quinta, California | | | | X | | | | | X | | | | | | | | | X | HIT: Thom Schmitt, Kazumasa Hirai, Thomas Heiser<br>THOM: Alex Hepburn<br>PHS: Jeff Johnson<br>LPD: Bob O'Brien<br>MEC: Harry Nishiyama | HEDUS-CRT00186930 | Thom Schmitt | 265:13 (Thom Schmitt) |
| 10/18/2001 to 10/19/2001 | China | X | | | | | | | | | | | | | X | | | | | CPT: S.J. Yang<br>IRI: VP Ximin Wang<br>IRI: Mr. Xiolin Shen<br>IRI: Mr. Zhiyuan Wei<br>IRI: Mr. Xiaohua Su<br>IRI: Mr. Linghai Liu<br>IRI: Ms. Yuan Liang | CHU00040992-993 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 305-309 |
| 10/23/2001 | | X | | | X | | | | | | X | | | | | | | | | CPT: Tony Cheng<br>CPT: C.Y. Lin<br>SDI: Director Kim In<br>SDI: Kim Doek-Yoen<br>SDI: Park Sang-Kyu<br>LPD: Director Joe<br>LPD: Lee Seung-Kyu | CHU00028589-590 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 254-256 |
| 10/24/2001 | Email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-033435 | Kris Mortier | Kris Mortier Dep.Vol. 2, 410-413 |
| 10/25/2001 | Korea | | X | X | X | | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0087243 | | |
| 10/26/2001 | Brussels, Belgium | X | | | X | | | | | X | | | | | | | | X | X | THOM: Giles Taldu<br>THOM: Christian Lissorgues<br>PHS: Mr. Mint (Leo Mink)<br>PHS: Mr. Pos<br>SDI: Mr. Neinke<br>SDI: Lockjin Kim<br>CPT: Mr. D. Ross<br>SONY: Heechul Moon<br>Schott: Mr. Raster<br>BME: Mr. Zipfel<br>ZVEI: Mr. Stoppok<br>FEI: Mr. Faterhouse<br>Sitelese: Mr. Oliver<br>ANIE: Ms. Dr. Quattrocchi | SDCRT-0087670 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/2001 | n/a | X | X | X | | X | X | | X | X | | | X | | X | X | | X | X | | PHLP-CRT-095826 | | |
| 11/00/2001 | | | | | | X | | | | X | | | | | | | | | | HIT: Biff Kinney<br>PHS: Sukrit Mitra<br>PHS: Helene Tacquet | HEDUS-CRT00006768 | | |
| 11/5/2001 | Hong Kong | | | | X | | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0087652 | | |
| 11/20/2001 | Taiwan | X | | | X | | | | | | | | | | | | | | | SDI - Michael Son | SDCRT-0087542 | | |
| 11/20/2001 | | X | | | X | | | | | | | | | | | | | | | | | | 120:21 |
| 11/26/2001 | Email | | | | | | | | | | X | | | | | | | | X | | PHLP-CRT-092571 | Kris Mortier | Kris Mortier Dep.Vol. 2, 499-502 |
| 11/26/2001 | N/A - email | | | | | | | | | | X | | | | | | | | X | | PHLP-CRT-092571 | Bob O'Brien | Bob O'Brien Dep. Vol.: 1: 226:18-229:21 |
| 11/27/2001 | | X | | | X | X | | | X | | X | | | | | | | | | Toshiba: Michael Du | TAEC-CRT-00087224 | Shinichiro Tsuruta; Dan Ryan | Tsuruta: 358:1-359:18<br>Ryan: 173:2-183:15 |
| 11/29/2001 | | | | | X | X | | | | | | | | | | | | | | HIT: Yuuichi Kumazawa | HTP-CRT00051340 | Yuuichi Kumazawa | 301:10-15 (Yuuichi Kumazawa) |
| 11/30/2001 - 11/30/2003 | North America | | | | X | | | | | | | | | | | | | | X | Market Allocation Agreement concerning 34" CPTs (HIT & THOM) | HDP-CRT00052643 | | |
| 12/4/2001 | Email | X | X | X | X | | X | | X | | X | | | | | | | X | | | PHLP-CRT-094627 | Kris Mortier; Bob O'Brien | Kris Mortier Dep.Vol. 1, 165-183: Bob O'Brien Dep. Vol. 1.: 159:9-181:18: Vol. 2.: 427:6-431:13 |
| 12/4/2001 | Email | | | | | | | | | | X | | | | | | | | | | PHLP-CRT-094627 | Kris Mortier | Kris Mortier Dep.Vol. 2, 581-589 |
| 12/10/2001 | email | | | | X | | | | | | X | | | | | | | | | | JII-00004606 | Patrick Canavan | Patrick Canavan Dep. Vol. 2, 387:22-390:13 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/11/2001 | email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-094860 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 136:14-141:16 |
| 12/17/2001 | | X | | X | X | | | | | | X | | | | | | | | | CPT: VP C.C. Liu<br>CPT: Edward Cheng<br>SDI: Mr. D.Y. Kim<br>SDI: Mr. Park<br>SDI: Mr. J.I. Lee<br>LPD: Mr. S.Y. Choi<br>LPD: Mr. Milan<br>LPD: Mr. S.K. Lee<br>LPD: Mr. K.Y. Ko<br>Orion: Mr. Kang<br>Orion: Mr. Yang<br>Orion: Mr. Jimmy Kim | CHU00031172-173 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 256-257 |
| 12/17/2001 | | X | | | X | | | | X | | X | | | | | | | | | | TAEC-CRT-00088054 | Yasuki Yamamoto; Shinichiro Tsuruta; Dan Ryan; Norio Fujita | Yamamoto: 284:21-294:22<br>Tsuruta: 352:20-357:14<br>Ryan: 168:6-172:17 |
| 12/21/2001 | | X | X | X | X | | | | | | | | X | | X | | | | | CPT: S.J. Yang<br>CPT: Maxim Chen<br>SDI: Mr. D.E. Lee<br>SDI: Mr. Park<br>SDI: Mr. Ahn<br>SDI: Mr. Son<br>LG: Mr. Lim<br>LG: Mr. Park<br>Orion: Mr. Choe | CHU00036390-391 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 301-305 |
| 12/25/2001 | | X | | | X | | | | X | | X | | | | | | | | | Toshiba: Michael Du | TAEC-CRT-00088432 | Shinichiro Tsuruta; Dan Ryan | Tsuruta: 359:20-363:1<br>Ryan: 156:16-168:5 |
| 12/26/2001 | Toshiba offices in Fukaya, Japana | | | | | | X | | X | | | | | | | | | | | HIT: Hideharu Sakamoto<br>TSB: Imai<br>TSB: Kuroki | HEDUS-CRT00185474 | | |
| After 2001 | Bangkok | | | | | | | | | | X | X | X | | | | | | | Toshiba or MTPD: Nishimaru, Kazuhiro<br>Thai-CRT: Montri Sirichai | | Kazuhiro Nishimaru | 122:10-129:9 |
| After 2001 | Bangkok | | | | | | | | | | X | | X | | | | | | | Toshiba or MTPD: Nishimaru, Kazuhiro<br>Thai-CRT: Montri | | Kazuhiro Nishimaru | 131:4-132:5 |
| 2002 | | | | | | | | | | | | | | | | | | | | | SDCRT-0087291 | KC Oh | |
| 2002 | | X | | X | X | | | | | | X | | | | | | | | | | SDCRT-0087963 | I.H. Song | 183:21-186:19 |
| 2002-2004 | Korea | | | | X | | | | | | X | X | | | | | | | | LPD: PJ Lee<br>LPD: Mr. Yang<br>LPD: HK Lee<br>SDI: Mr. Lee<br>MTPD: Mr. Kawano | n/a | Pil Jae Lee | 128-148 |
| 2002-2004 | Japan | | | | X | | | | | | X | X | | | | | | | | LPD: PJ Lee<br>LPD: Mr. Yang<br>LPD: HK Lee<br>SDI: Mr. Lee<br>MTPD: Mr. Kawano | n/a | Pil Jae Lee | 128-148 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002-2004 | Japan | | | | X | | | | | | X | X | | | | | | | | LPD: PJ Lee<br>LPD: Mr. Yang<br>LPD: HK Lee<br>SDI: Mr. Lee<br>MTPD: Mr. Kawano | n/a | PiI Jae Lee | 128-148 |
| 2002-2006 | U.S. (Ohio: Detroit; Washington, DC) | | | | | | X | | | | | | | | | | | | X | MEC: Shinchi Iwamoto<br>THOM: James Hanrahan | | Shinichi Iwamoto | 45-55, 81, 262-64, 359-62 |
| 1/4/2002 | | X | X | X | X | | | | | X | X | | | | | | | | | CPT: J.S. Lu<br>SDI: Park Sang Kyu<br>SDI: Anita<br>LPD: L.S. Kyu<br>OEC: Manager Han | CHU00031176 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 155-157 |
| 1/7/2002 | | X | | | X | | | | X | | X | | | | | | | | | Toshiba: Michael Du | TAEC-CRT-00088715 | Yasuki Yamamoto; Shinichiro Tsuruta; Dan Ryan: Norio Fujita | Yamamoto: 295:17-306:17; Tsuruta: 363:4-367:23; Ryan: 187:19-191:21 |
| 1/9/2002 | | | | | | X | | | | | X | | | | | | | | | HIT: Thom Schmitt | HEDUS-CRT00187137 | Tom Heiser | 409:17 (Tom Heiser) |
| 1/9/2002 | | X | | | X | | | | | | X | | | | | | | | | SDI - Dae Eui Lee<br>Chunghwa - S.J. Yang | SDCRT-0006266 | Dae Eui Lee | 257:11-259:2 |
| 1/11/2002 | U.S. | | | | | | X | | | | X | | | | | | | | X | LPD: Ney Corsino<br>THOM: Tom Carson<br>MEC: Nakamoto | JIU-00004807 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 262:12-270:18 |
| 1/14/2002 | | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-084379 | Kris Mortier | Kris Mortier Dep.Vol. 1, 184-188 |
| 1/15/2002 | Email | | | | | X | | X | | | | | | | | | | | | HIT: Kumazawa, Ito<br>TSB: Wakiyama | HTP-CRT00026227 | Yuuichi Kumazawa | 199:9-25, 200:1-12 (Yuuichi Kumazawa) |
| 1/18/2002 | N/A - email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-095739 | Bob O'Brien | Bob O'Brien Dep. Vol. 1,: 137:5-141:6 |
| 1/18/2002 | | X | | X | X | | | | | | X | | | | | | | | | CPT: VP C.C. Liu<br>CPT: Edward Cheng<br>SDI: Mr. D.Y. Kim<br>SDI: Mr. Park<br>SDI: Mr. Choi<br>LPD: Mr. S.Y. Choi<br>LPD: Mr. MIlan<br>LPD: Mr. S.K. Lee<br>LPD: Mr. K.Y. Ko<br>Orion: Mr. Lee<br>Orion: Mr. Kang<br>Orion: Mr. Yang<br>Orion: Mr. Jimmy Kim | CHU00031178-179 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 257-259 |
| 1/18/2002 | | X | | X | X | | | | | | X | | | | | | | | | CPT: C.C. Liu<br>CPT: Edward Cheng<br>SDI: Mr. Lee<br>SDI: Mr. Park<br>SDI: Mr. Ahn<br>LPD: Mr. Choi<br>LPD: Mr. Lim<br>LPD: Mr. Edmond Park<br>Orion: Mr. Lee<br>Orion: Mr. Kim<br>Orion: Mr. Adam Choe | CHU00036392-393 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 259-260 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/18/2002 | | | | | X | X | | | | | | | | | | | | | | HIT: Nobuaki Ito, SDI: Chong Woo Lee | HDP-CRT00049440 | Nobuaki Ito | 228:09 (Nobuaki Ito) |
| 1/21/2002 | | X | | X | X | | | | X | | X | | | | | | | | | Toshiba: Michael Du | TAEC-CRT-00089342 | Shinichiro Tsuruta; Dan Ryan | Tsuruta: 368:1-370:16 Ryan: 192:2-195:24 |
| 1/23/2002 | | X | | X | X | | | | | X | X | | | | | | | | | CPT: C.C. Liu CPT: Edward Cheng CPT: Tony Cheng CPT: Edward Cheng SDI: Mr. Park LPD: Mr. S.K. Lee LPD: Mr. Han Orion: Mr. Park | CHU00031180-181 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 317-319 |
| 1/29/2002 | | X | | | X | | | | X | | X | | | | | | | | | Toshiba: Michael Du | TAEC-CRT-00089968 | Yasuki Yamamoto; Shinichiro Tsuruta; Dan Ryan; Norio Fujita | Yamamoto: 306:19-314:1; Tsuruta: 370:19-377:9 Ryan: 196:1-201:18 |
| 1/30/2002 | | X | X | | | | | | | X | X | | | | | | | | | CPT: VP C.C. Liu CPT: Edward Cheng CPT: Director Tony Cheng LPD: Xiang-Long Cui LPD: Seung Kyu Lee | CHU00031182 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 260-262 |
| 2/4/2002 | | X | | | | | | | X | | | | | | | | | | | Toshiba: Michael Du | TAEC-CRT-00090127 | Shinichiro Tsuruta; Dan Ryan | Tsuruta: 298:14-309:15 Ryan: 201:19-207:18 |
| 2/6/2002 | | | | | X | | | | | | | X | | | | | | | | Hun Sul Chu (SDI): Sanogawaya (MTPD) | SDCRT-0007277 | KC Oh | |
| 2/8/2002 | Nippon Building | X | | | X | X | X | | | | | | | | | | | | | HIT: Nobuaki Ito | HDP-CRT00026234 | Nobuaki Ito | 382:21 (Nobuaki Ito) |
| 2/12/2002 | Email | | | | | | | | | | X | | | | | | | | | | PHLP-CRT-096369 & Attachment (PHLP-CRT-096371) | Kris Mortier | Kris Mortier Dep.Vol. 1, 188-193 |
| 2/22/2002 | | X | | X | X | | | | | | X | | | | | | | | | SDI: Ahn, Park and SDI: Lee: LPD: Lim, E. Park: Orion: Kim and Orion: Nan: CPT: S. Jen, Y. Shih-Ming, CPT: C. Ling-Yun, CPT: C. Ling-Yuan and CPT: Yun | CHU00036394 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 310:4-320:18 |
| 2/25/2002 | | | | | X | | | | X | | | | | | | | | | | Toshiba: Yasuki Yamamoto SDI: Jo, J. | TSB-CRT-00041862 | Yasuki Yamamoto | 247:1-250:19; 261:2-271:7 |
| 2/25/2002 | | X | | X | X | | | | X | | X | | | | | | | | | Toshiba: Michael Du | TAEC-CRT-00056158; TAEC-CRT-00091751 | Dan Ryan | 219:25-22 |
| 3/1/2002 | email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-097351 | Joseph Killen | Joseph Killen Dep. 167:4-186:1; 205:10-208:12; 269:19-270:4 |
| 3/4/2002 | N/A - email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-097351 | Bob O'Brien | Bob O'Brien Dep. Vol. 1,; 141:11-143:16; Vol. 2,: 423:15-427:4 |
| 3/13/2002 | | | | | X | X | X | X | X | X | | | | | | | | X | X | | HDP-CRT00004413 | | |
| 3/14/2002 | CSO Office | | X | | | | | | | X | X | | | | | | | | | | PHLP-CRT-014609 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 302:16-309:13 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/18/2002 | | | | | X | | | | | | X | | | | | | | | | LPD: PJ Lee | PHLP-CRT 098241 | Pil Jae Lee | 190 |
| 3/19/2002 | Email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT098241 | Kris Mortier | Kris Mortier Dep.Vol. 1, 309-313 |
| 3/19/2002 | email | | | | X | | | | | | X | | | | | | | | | | JLJ-00005511 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 142:9-148:12 |
| 3/19/2002 | email attachment | X | X | X | X | X | | X | X | | X | X | | | | | | X | X | | JLJ-00005514 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 149:6-159:6 |
| 3/25/2002 | | X | | X | X | | | X | | | X | | | | | | | | | Toshiba: Michael Du | TAEC-CRT-00093312 | Shinichiro Tsuruta; Dan Ryan | Tsuruta: 378:9-381:20 Ryan: 227:10-23 |
| 3/26/2002 | | | | | X | X | | | | | | | | | | | | | | HIT: Kumazawa SDI: Lee | HTP-CRT00049313 | Yuuichi Kumazawa | 266:22-25, 267:1 (Yuuichi Kumazawa) |
| 3/26/2002 | Changsha City, Hunan Province, China | X | X | | X | | | | | X | | | | | | | | | | | SDCRT-0087944 | Hoon Choi | 122:08 |
| 3/27/2002 | | | | | X | X | | | | | | | | | | | | | | HIT: Kumazawa SDI: Lee | HDP-CRT00026272 | Yuuichi Kumazawa | 270:6-25 (Yuuichi Kumazawa) |
| 3/28/2002 | Email | | | | X | X | | | | | | | | | | | | | | HIT: Kumazawa SDI: Lee | HTP-CRT00056188 | Yuuichi Kumazawa | 277:9-22, 279:14-18, 280:20-24 (Yuuichi Kumazawa) |
| Q4 2002 | | | | | X | | | | | | | X | | | | | | | | | SDCRT-0007279 | HS Chu | |
| 4/00/2002 | | | | | | X | | X | | | | | | | | | | | | HIT: Kumazawa TSB: Wakiyama | HDP-CRT00051407 | Yuuichi Kumazawa | 386:3-14 (Yuuichi Kumazawa) |
| 4/1/2002 | | | | | X | | X | | | | | | | | | | | | | MEC: Kinoshita; SDI: Kim | MTPD-0426017 | Kinoshita | Kinoshita II at 318-24 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/17/2002 | | | | | | X | | | X | | | | | | | | | | | HIT: Yuuichi Kumazawa<br>TSB: Wakiyama | HDP-CRT00051358 | | |
| 4/18/2002 | | | | | | X | | | X | | | | | | | | | | | HIT: Yuuichi Kumazawa<br>TSB: Wakiyama | HDP-CRT00051407 | | |
| 4/18/2002 | | | | | X | | | | X | | | | | | | | | | | SDI: Jo (CDT Sales GM)<br>Toshiba: Yamamoto, Yasuki | TSB-CRT-00041870 | Yasuki Yamamoto; Kazuhiro Nishimaru | Yamamoto: 221:13-227:10 Nishimaru: 271:1-273:23 |
| 4/19/2002 | | | | | X | | | | X | | X | | | | | | | | | LPD: Phil Lee | PHLP-CRT-012646 | Pil Jae Lee | 291 |
| 4/22/2002 | | X | | X | X | | | | X | | | | X | | | | | | X | | CHU00660373 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 474-478 |
| 4/24/2002 | | X | | X | X | | | | | | X | | | | | | | | | CPT: Edward Cheng<br>CPT: Yvonne Yun<br>SDI: Mr. Kevin Park<br>LPD: Mr. Edmond Park<br>Orion: Mr. Nam<br>Orion: Mr. Adam Choe | CHU00030406-407 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 262-264 |
| 4/29/2002 | Email | | | | | | X | | X | | X | | | | | | | | X | LPD: Kris Mortier<br>LPD: Leo Mink<br>Toshiba: Keisuke Wakiyama<br>Toshiba: Kurosawa<br>Thomson: Martina<br>Panasonic: Norikazu Nakanishi<br>Sony: Takayoshi Kitawaki<br>Sony: Toshiya Shiga<br>Sony: Yoko Hayashi | MTPD-0331740 | Kris Mortier | Kris Mortier Dep.Vol. 2, 437-439 |
| 4/30/2002 | | X | | X | X | | | | X | | X | | | | | | | | | Toshiba: Michael Du | TAEC-CRT-00095236 | Dan Ryan | 234:8-238:6 |
| 5/13/2002 | | | | | X | X | | | | | | | | | | | | | | HIT: Watanabe<br>SDI: Pak, Kim, Rhee | HDP-CRT00049470 | Noboru Toyama | 204 (Noboru Toyama) |
| 5/16/2002 | Email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-14431 & Attachment (PHLP-CRT-134432) | Kris Mortier | Kris Mortier Dep.Vol. 1, 194-202 |
| 5/22/2002 | Indonesia | X | | | X | | | | X | | X | X | X | | | | | | | LPD - B. Jeon, B. Lee, Kyu Hwa, Yong Joon, K. Park<br>SDI - C. Ahn, C. Lee, S.K. Park, D. Bae, Dae Eui Lee, Chunghwa Yang, Chen<br>Thai CRT - Montri<br>Toshiba/MPTD - Yasukawa | | Dae Eui Lee | 268:10-274:1 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/22/2002 | Indonesia | X | | | X | | | | X | | X | X | X | | | | | | | LPD - B. Jeon, B. Lee, Kyu Hwa, Yong Joon, K. Park SDI - C. Ahn, C. Lee, S.K. Park, D. Bae, Dae Eui Lee, Chunghwa Yang, Chen Thai CRT - Montri Toshiba/MPTD - Yasukawa | SDCRT-0088715 | | |
| 5/27/2002 | | X | X | X | X | X | X | X | X | X | X | | X | | X | | | X | X | LPD: PJ Lee | PHLP-CRT-014816 PHLP-CRT-014272 | Pil Jae Lee | 203 287 |
| 5/27/2002 | | X | | | X | | | | X | | X | | | | | | | | | Toshiba: Michael Du | TAEC-CRT-00096166 | Shinichiro Tsuruta; Dan Ryan | Tsuruta: 382:22-384:22 Ryan: 243:11-24 |
| 5/28/2002 | Korea | X | | X | X | | | | | | X | | | | | | | | | SDI - Joon Seok Ahn, Sung Doek Park, Bo Kyung Lee LPD - Sung Dae Lim, Joon Yong Park Orion - Young Jae Kim, Gil Nam, Gyu Chul Choi, Jae Suk Kim Chunghwa - S.J. Yang | SDCRT-0007585 (Ex. 675) | Dae Eui Lee | 260:15-264:1 |
| 5/30/2002 | Email | | | | X | | | | X | | X | | | | | | | | | | PHLP-CRT-014272 | Kris Mortier | Kris Mortier Dep.Vol. 1, 313-317 |
| 06/00/2002 | | | | | X | X | | | | | | | | | | | | | | | HDP-CRT00004468 | Nobuaki Ito | 211:03 (Nobuaki Ito) |
| 6/6/2002 | | X | | | X | | | | | | | | | | | | | | | SDI - Dae Eui Lee Chunghwa - S.J. Yang | SDCRT-0007602 | Dae Eui Lee | 264:11-266:7 |
| 6/6/2002 | Thailand | X | | | | | | | | | | | | | | | | | X | Thompson - Peter Ho Chunghwa - S.J. Yang | SDCRT-0007602 | | |
| 6/11/2002, 7/11/2002 | Tokyo, Osaka | | | | | | | | | | X | X | | | | | | | X | TSB: S. Trinker, TSB: K. Mortier. | JLI-00001899 | Patrick Canavan | Patrick Canavan Dep. Vol. 2, 396:10-398:21 |
| 6/13/2002 | | X | | | X | | | | X | | X | | | | | | | | | Toshiba: Michael Du | TAEC-CRT-00096935 | Shinichiro Tsuruta; Dan Ryan: Norio Fujita | Tsuruta: 384:24-387:22 Ryan: 265:3-277:9 |
| 6/13/2002 | phone call | | | | | | X | | X | | | | | | | | | | | MEC: Sanogawaya | MTPD-0024384 | Sanogawaya | Sanagowaya III at 407-12 |
| 6/14/2002 | Samsung's Tijuana factory | | | | X | | | | | | | | | | | | | | | MEC: Kinoshita | MTPD-0042010 | Kinoshita | Kinoshita I at 67-77 |
| 6/27/2002 | Rome, Italy | | | | X | | | | | | X | | | | | | | | X | LPD: Leo Mink THOM: Emeric Charamel SDI: Rak Jin Kim DOSA: Kyung Hoon | SDCRT-0087705 | | |
| 7/3/2002 | | | | | X | X | | | | | | | | | | | | | | HIT: Yuuichi Kumazawa HIT: Nobuaki Itou | HDP-CRT00051412 | | |
| 7/7/2002 | n/a | X | | X | X | | X | | | | X | | | | | | | X | X | | LPD_00042916 | | |
| 7/18/2002 | Email | | | | X | | | | | | X | | | | | | | | | LPD: Kris Mortier LPD: Jun Yong Park SDI: Jae In Lee SDI: Sung Deok Park | SDCRT-0006799-6800 | Kris Mortier | Kris Mortier Dep.Vol. 1, 318-323 |
| 7/19/2002 | | X | X | X | X | X | X | X | X | X | | | X | | X | X | | X | X | LPD: PJ Lee | PHLP-CRT-020282 | Pil Jae Lee | 158 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/15/2002 | U.S. | | | | X | | | | | X | | X | | X | | | | | X | MTPD: Shigkazu Shibata<br>MTPD: Shinichi Iwamoto<br>MTPD: Ayumu Kinoshita<br>MTPD: Mike Nakamoto<br>MTPD: Takaki Kokado<br>THOM: J.P. Hanrahan | MTPD-0223790 | | |
| 8/16/2002 | | | | | | | X | | | | | | | | | | | | X | MEC: Iwamoto | MTPD-0223790 | Iwamoto | Iwamoto I at 190-97 |
| 8/28/2002 | Mobara, Japan | X | | | X | | | | | | | | | | | | | | | HIT: Yoshiichi Arita<br>CPT: S.C. Chen | HDP-CRT00037711 | | |
| 9/00/2002 | Paris, France | | | | X | | | | | | | | | | | | | | X | HIT: K. Hirai<br>HIT: Garry Gwaltney<br>PHS: Sukrit Mitra<br>PHS: Christian Haring | HEDUS-CRT00007566 | | |
| 9/00/2002 | | | | | X | | | | | X | | | | | | | | | X | HIT: K. Hirai<br>HIT: Garry Gwaltney<br>PHS: Sukrit Mitra<br>PHS: Christian Haring | HEDUS-CRT00007566 | | |
| 9/3/2002 | N/A - email | | | | | | | | X | | X | | | | | | | | | | PHLP-CRT-087780 | Bob O'Brien | Bob O'Brien Dep. Vol. 1.; 258:7-263:25 |
| 9/13/2002 | | X | | | | | | | X | | | | | | | | | | | CPT: Maxim Chen<br>CPT: Jeff Yue | CHU00030414-018 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 252-255 Dep. Vol. 3, 362-365 |
| 9/27/2002 | Brussels, Belgium | X | | X | X | | X | | | | X | | | | | | | X | X | THOM: Didier Trutt<br>THOM: Christian Lissorgues<br>Ekranas: Alain Clement<br>Schott: Max Raster<br>Schott: Stefan Georgi<br>SDI: Helmut Meinke<br>LPD: Felice Albertazzi<br>LPD: Leo Mink<br>EECA EDIA: Anne-Marie Leclercq | PHLP-CRT-010790 | | |
| 10/4/2002 | Email | | | | X | X | | | | | | | | | | | | | | HIT: Kazumasa Hirai<br>SDI: unspecified | HDP-CRT00038398 | Noboru Toyama | 187 (Noboru Toyama) |
| 10/8/2002 | Parmesano Dayton Marriott Hotel | | | | | X | X | | | | | | | | | | | | | HIT: Kazumasa Hirai<br>MEC: Shinichi Iwamoto | MTPD-0036413 | Kazumasa Hirai | 152:4, 170, 435 (Kazumasa Hirai) |
| 10/16/2002 | | | | | X | | X | | | | | | | | | | | | | Hun Sul Chu (SDI): | SDCRT-0007266 | HS Chu | |
| 10/22/2002 | U.S. | | | | X | | | | X | | X | | | X | | | | | X | THOM: Tom Carson<br>THOM: Alex Carson<br>LPD: Jeff Johnson<br>LPD: Bob O'Brien<br>HIT: Thom Schmitt<br>HIT: Jake Spengler<br>BMCC: Elaine Sears | PHLP-CRT-087372 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/23/2002 | email | | | X | | | | | | | X | | | | | | | | | SDI: C. Bycon,<br>SDI: B. Lee,<br>SDI: S. Kim,<br>LPD: N. Corsino,<br>LPD: C. Kim,<br>LPD: E. Park | PHLP-CRT-087304 | Patrick Canavan | Patrick Canavan Dep. Vol. 2., 390:22-395:22: 489:3-499:11 |
| 11/4/2002 | Email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-010267 | Kris Mortier | Kris Mortier Dep.Vol. 2, 413-417 |
| 11/5/2002 | Email | X | | | | | | | | | X | | | | | | | | | | PHLP-CRT-012917 | Kris Mortier | Kris Mortier Dep.Vol. 1, 247-249 |
| 11/8/2002 | | | | X | | X | X | | X | | X | | X | | | | | | | | JLI-0001899 & Attachment JLI-00001901 | Kris Mortier | Kris Mortier Dep.Vol. 1, 323-326 |
| 11/12/2002 | Email | | | | | | X | | X | | X | X | | | | | | | | | PHLP-CRT-087420 | Kris Mortier | Kris Mortier Dep.Vol. 1, 326-330: Bob O'Brien Dep. Vol. 1,: 152:13-155:13 |
| 11/14/2002 - 11/15/2002 | Jungli, China | X | | | X | | | | | | | | | | | | | | | | HIT: Shouji Shirai<br>CPT: K.C. Chen | HDP-CRT00038725, HDP-CRT00038733 | | |
| 11/14/2002 | Longwy, France | | | X | X | | | | | | | | | | | | | | | | Sung Won Ahn (OEC): Kyung Hoon Choi (OEC): Rak Jin Kim (SDI): Sung Deok Park (SDI) | SDCRT-0006632 | J.I. Lee: KC Oh | |
| 11/15/2002 | Paris | | | | X | | | | | | | | | | | | | | | X | Agnes (Thomson): Francoise (Thomson): SD Park (SDI) | SDCRT-0006632 | J.I. Lee: KC Oh | |
| 11/17/2002 - 11/18/2002 | China: Zhangjiajie | | X | | X | X | | | | X | | | | | X | X | | | | | BMCC: Chae-hong<br>HIT: Yongxin<br>BMCC: Fan<br>PHS: Zhang, Dezhu | SDCRT-0006674, SDCRT-0006675 | | |
| 11/18/2002 | Japan | | | | | | | | X | | | | | | | | | | | X | THOM: Christian Lissorgues<br>THOM: Emeric Charamel<br>THOM: J.P. Hanrahan<br>THOM: Jack Brunk<br>THOM: A. Konuma<br>TSB: T. Onda<br>TSB: K. Ehara<br>TSB: K. Nakana<br>TSB: M. Mashinoto | TDA02994 | | |
| 11/20/2002 | | | | | X | | | | | X | | | | | | | | | | | | SDCRT-0006442 | KC Oh | |
| 11/20/2002 | Paris, France | | | | X | | | | | | | | | | | | | | | X | SDI: Sung Deok Park<br>THOM: Ms. Agnes<br>THOM: Ms. Francoise | SDCRT-0006632 | KC Oh: Jae In Lee | Oh 477: Lee 569 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/25/2002 | Email | | | | | X | | | X | | | | | | | | | | | HIT: Yuuichi Kumazawa, Nobuaki Ito TSB: Keisuke Wakiyama | HDP-CRT00026077 | Nobuaki Ito Yuuichi Kumazawa | 262:4 (Nobuaki Ito): 207, 387 (Yuuichi Kumazawa) |
| 11/28/2002 | | X | | | X | | | | | | X | | | | | | | | | | | SDCRT-0006043E | I.H. Song; Hoon Choi | Song: 195:19-198:24; Choi: 124:16 |
| 12/6/2002 | | | | | X | | | | X | | X | | | | | | | | | | | SDCRT-0087934 | | |
| 12/10/2002 | Mexico | | | | X | | | | | | X | | | | | | | | | | | SDCRT-0087934 | | |
| 12/15/2002 | | | | | X | | | | | | X | | | | | | | | | | | PHLP-CRT-005637 | Pil Jae Lee | 311 |
| 12/16/2002 | | X | | | X | | | | | | X | | | | | | | | | | | SDCRT-0088832 | I.H. Song | 238:19-241:1 |
| 12/17/2002 | | X | | X | | | | | | | X | | | | | | | | | | CPT: S.J. Yang CPT: Maxim Chen | CHU00030559-562 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 255-259 Dep. Vol. 3, 365-368 |
| 12/18/2002 | Email | | | | | | | | | | X | | | | | | | | | | | PHLP-CRT-014413 & Attachment (PHLP-CRT-014414) | Kris Mortier | Kris Mortier Dep.Vol. 1, 202-212 |
| 12/22/2002 | | X | | | X | | | | | | X | | | | | | | | | | Tony Cheng | SDCRT-0087953 | I.H. Song | 174:7-176:14, 178:14-23, 181:13-182:1, 183:4-19 |
| 12/27/2002 | | | | | X | | X | | | | | | | | | | | | | | MEC: Nishiyama | SDCRT-0006670 | Nishiyama | Nishiyama III at 407-10 |
| 12/27/2002 | | | | | X | | X | | | | | | | | | | | | | | MEC: Sanogawaya | MTPD-0222758 | Sanogawaya | Sanogawaya III at 472-77 |
| 2003 | n/a | | | | X | | | | | | | | | | | | | | X | | | SDCRT-0088604 | | |
| 2003 | n/a | | | | X | | | | | | | | | | | | | | X | | THOM: CL (Christian Lissorgues) | TDA01365 | | |
| 2003-2004 | | | | | X | | | | | | X | X | | | | | | | | | MTPD: Yamamoto, Yasuki | | Yasuki Yamamoto | 83:22-86:9 |
| 2003-2004 | | | | | X | | | | | | X | X | | | | | | | | | MTPD: Yamamoto, Yasuki | | Yasuki Yamamoto | 83:22-86:9 |
| 2003-2004 | | | | | X | | | | | | X | X | | | | | | | | | MTPD: Yamamoto, Yasuki | | Yasuki Yamamoto | 83:22-86:9 |
| 1/00/2003- 3/00/2003 | South Korea | | | | X | | | | X | | X | | | | | | | | | | Toshiba: Yamamoto, Yasuki: Kawano; Wakiyama | | Yasuki Yamamoto | 117:22-121:23: 136:3-137:3 |
| 1/00/2003 | | | | | X | | | | | | | | | | | | | | | | | SDCRT-0007280 | KC Oh | |
| 1/1/2003 | | X | | | X | | | | | | X | | | | | | | | | | CPT: C.C. Liu CPT: Yvonne Yuan CPT: VP Chan CPT: Alex Yeh | CHU00031804 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 264-267 |
| 1/8/2003 | N/A - email | X | | X | | | | | | | X | | | | | | | | | | | PHLP-CRT-013964 | Bob O'Brien | Bob O'Brien Dep. Vol. 1,: 200:4-214:24 |
| 1/8/2003 | Garden Cafe, Harrah's Las Vegas | | | | | X | | | | X | | | | | | | | | | | HIT: Tom Heiser, Thom Schmitt, JS, SB, PHS: C. Haring, S. Little | HEDUS-CRT00166481 | Tom Heiser | 244:06 (Tom Heiser) |
| 1/8/2003 | La Playa Lounge, Harrah's Las Vegas | | | | | X | | | | | | | | | | | | | | X | HIT: Tom Heiser, Thom Schmitt, AP SB THOM: G. O'Donnel, J.P. Colin | HEDUS-CRT00166481 | Tom Heiser | 244:06 (Tom Heiser) |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/9/2003 | email | | | | X | | | | | | | | | | | | | | | IDC: B. O'Donnell<br>SDI: J. Lee and<br>SDI: H. Choi<br>SRI: S. Nebrich. | SDCRT-0005172_CT | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 183:6-197:2 |
| 1/9/2003 | U.S. | | | | X | | | | | | X | | | | | | | | | LPD - Chang Hoo Kim | SDCRT-0087934 | | |
| 1/10/2003 | email | | | | X | | | | | | X | | | | | | | | | LPD: P. Canavan,<br>LPD: R. O'Brien;<br>SDI: J. Lee and<br>SDI: H. Choi | SDCRT-0005170_CT | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 183:6-197:2 |
| 1/13/2003 | N/A - email | | | | | | | | | | X | X | | | | | | | | | MTPD-0197518 | Bob O'Brien | Bob O'Brien Dep. Vol. 1.; 267:9-272:-24 |
| 1/29/2003 | Email | | | | X | | | | | | X | | | X | X | | | X | X | | | PHLP-CRT-014465 & Attachments (PHLP-CRT-014469: 14470) | Kris Mortier | Kris Mortier Dep.Vol. 1, 212-224 |
| 2/00/2003 | | | | | X | | | X | | | X | | | | | | | | | | | SDCRT-0087934 | | |
| 2/3/2003 | Ann Arbor, MI | | | | X | | | | | | X | | | | | | | | | | | PTC-00004295 | Bob O'Brien | Bob O'Brien Dep. Vol. 1.; 251:20-258:2 |
| 2/10/2003 | email | X | | X | X | X | X | X | X | X | X | X | | | | | | X | X | | | PHLP-CRT-015233 | Joseph Killen | Joseph Killen Dep. 208:17-219:6: 269:19-270:4 |
| 2/10/2003 | | | | | X | | | | | | X | X | | | | | | | | | | SDCRT-0088705 | J.I. Lee | |
| 2/19/2003 | | | | | X | | | | | | X | | | | | | | | | | Moon Jin Choi (LPD): Eui Seob Jo (SDI) | SDCRT-0005933 | KC Oh | |
| 2/21/2003 | | X | | | | | | X | | | X | | X | | | | | | | | CPT: S.J. Yang<br>CPT: Maxim Chen | CHU00020660 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 259-262 |
| 2/24/2003 | Marriott Hotel, Korea | X | | | X | | | | | | X | | | | | | | | | | | SDCRT-0091605 | | |
| 2/24/2003 | EIA meeting | | | | X | | X | | | | | | | | | | | | | | MEC: Nishiyama | PHLP-CRT-089887; SDCRT-0007282 | Nishiyama | Nishiyama I at 96-98 |
| 2/26/2003 | Taiwan | X | | | | | X | | | | | | | | | | | | | | CPT: Liu, Chih-Chun (C.C.) (Vice President): Yang, Sheng-Jen (S.J.)(Assistant Vice President): Chen, Shih-Ming (Maxim): MEC: Tomori (CPT Sales Manager, MDDM): Koga (Sales Manager, MDDM) | CHU00020661 CHU00030080 CHU00030553 | | |
| 2/27/2003 | Taiwan | X | | | | | | | | | | | X | | | | | | | | CPT: Liu, Chih-Chun (C.C.) (Vice President): Yang, Sheng-Jen (S.J.)(Assistant Vice President): Chen, Shih-Ming (Maxim): T-CRT: Kanet (Managing Director): Montri (Sales & Marketing Manager) | CHU00020661 CHU00030080 CHU00030553 | | |
| 2/28/2003 | Taiwan | X | | | | | | | X | | | | | | | | | | | | CPT: Liu, Chih-Chun (C.C.) (Vice President): Yang, Sheng-Jen (S.J.)(Assistant Vice President): Chen, Shih-Ming (Maxim): TSB: Ohmori (Sales & Marketing Senior Manager, TDDT): Nishimaru (Sales & Marketing Manager, TDDT) | CHU00020661 CHU00030080 CHU00030553 | Kazuhiro Nishimaru | 274:22-278:9 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/28/2003 | N/A - email | | X | | | | | | | | X | X | | | | | | | | | MTPD-0218782 | Bob O'Brien | Bob O'Brien Dep. Vol. 1,; 273:11-277:16 |
| 3/00/2003 | | | | | X | | | | X | | X | | | | | | | | | | SDCRT-0087934 | | |
| 3/3/2003 | SDI Conference Room | | | | X | | | X | | | | | | | | | | | | Deok Yeon Kim (SDI): Eui-sub Cho (SDI): Jae-in Lee (SDI): Nakashima (Mitsubishi): Katou (Koshida-tech) | SDCRT-0006041 | I.H. Song | 221:22-223:11 |
| 3/3/2003 3/11/2003 | San Diego: Mexico | | | | X | | | | | | X | X | | | | | | | X | KC Oh (SDI) | SDCRT-0076953: SDCRT-0076954 | KC Oh | 82:18-83:11 |
| 3/5/2003 | N/A - email | | | | | | | X | | | X | | | | | | | | | | JLJ-00001928 | Bob O'Brien | Bob O'Brien Dep. Vol. 1,; 264:5-266:25 |
| 3/7/2003 | email | | | | | | | | | | X | X | | | | | | | | | MTPD-0198889 | Bob O'Brien | Bob O'Brien Dep. Vol. 1,; 277:21-281:7 |
| 3/7/2003 | email | | | | | | | | | | X | X | | | | | | | | | MTPD-0226478 | Bob O'Brien | Bob O'Brien Dep. Vol. 1,; 281:12-285:11 |
| 3/10/2003 | | | | | X | | | | | | | X | | | | | | | | MTPD: Kinoshita | MTPD-0223553:MTPD-0025531 | Kinoshita | Kinoshita I at 150-51 |
| 3/12/2003 | | | | | | X | | | | | | X | | | | | | | | HIT: Nobuaki Ito MTPD: Mr. Nishimura | HDP-CRT00026082 | Nobuaki Ito | 93:09 (Nobuaki Ito) |
| 3/12/2003 | | | | | X | | | | | | | | | | | | | | | Sang Cheol Yoon (DOMEX): CH Im (SDI) | SDCRT-0002514 | KC Oh | |
| 3/23/2003 | | | | | X | | | | | | | | | | | | | | X | | SDCRT-0002515 | KC Oh | |
| 3/24/2003 | Atlanta, GA | | | | | X | X | | | | | | | | | | | | | HIT: Kazumasa Hirai, Nakanishi MEC: Shinichi, (Steve) Iwamoto, President Mike Nakamoto | MTPD-0025523 | Kazumasa Hirai | 183:06 (Kazumasa Hirai) |
| 3/24/2003 | Atlanta, GA | | | | | X | X | | | | | | | | | | | | | HIT: Kazumasa Hirai Yosuke Nakanishi, Kumiko Wilson, MEC: Shinichi (Steve) Iwamoto, President Mike Nakamoto | MTPD-0042965 | Kazumasa Hirai | 194:13, 435 (Kazumasa Hirai) |
| 3/24/2003 | Atlanta, GA | | | | | X | X | | | | | | | | | | | | | HIT: Kazumasa Hirai MEC: Shinichi (Steve) Iwamoto | MTPD-0041033 | Kazumasa Hirai | 202:3 (Kazumasa Hirai) |
| 3/27/2003 | Shenzhen | X | | | X | | | | | | X | | | | | | | | | CPT: J.S. Lu SSDI: Zhen Yang LPD: Yu Tian LPD: VP Shenglie Xin LPD: Minghui Xu LPD: Jiangnan Yu | CHU00031822 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 166-167 |
| After March 2003 | Bangkok | X | | | | | | | | | | X | | | | | | | | MTPD: Nishimaru, Kazuhiro: Omori | | Kazuhiro Nishimaru | 130:2-131:2: 132:16-132:23 |
| After March 2003 | Bangkok | | | | | | | | | | X | X | | | | | | | | MTPD: Nishimaru, Kazuhiro | | Kazuhiro Nishimaru | 131:20-132:15 |
| April 2003-March 2005 | | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Nishimura, Kazutaka | | Kazutaka Nishimura | |
| April 2003-March 2005 | | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Nishimura, Kazutaka | | Kazutaka Nishimura | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| April 2003-March 2005 | | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Nishimura, Kazutaka | | Kazutaka Nishimura | |
| 4/10/2003 | Email | | | | X | | | X | | | X | | | | | | | X | X | | PHLP-CRT-022244 [Attachments at -022245 and 022246] | Kris Mortier | Kris Mortier Dep.Vol. 1, 249-256 |
| 4/10/2003 | | | | | X | | | | | | X | | | | | | | | X | SDI: KC Oh<br>SDI: KH Kim<br>SDI: Gabriel LJ Kim<br>Ekranas: Mr. Zvybas<br>Ekranas: Mr. Clement        LPD: Mun Bong Choi        Thomson: Charamel | SDCRT-0006903 | KC Oh | 206 |
| 4/14/2003 | Japan: Sony Osaki Office | | | | | X | X | X | | | | | | | | | | X | | SONY: Toshiya Shiga<br>HIT: Nobuaki Itou<br>HIT: Kawamura Katsuyuki<br>MIT: Norikazu Nakanishi | HDP-CRT00022991, HDP-CRT00022994, HDP-CRT00022995, HDP-CRT00022996 | | |
| 4/25/2003 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Kawano: Sanogawaya: Tanaka: Nishimura<br>SDI: Lee, Dong Hoon: Ahn, John S.: Jo, E.K.: Lee, Seungmin<br>LPD: Yang, Yeong-Ug: Lee, Hwa-Kyu: Lim, Sung-Dai: Park, Edmond | MTPD-0423675 | Kazutaka Nishimura | |
| 4/25/2003 | | X | | | X | | | | | | | | | | | | | | X | | SDCRT-0088713 | | |
| 4/25/2003 | | | | | X | | | | | | X | X | | | | | | | | LPD: Yang, Yeong-Ug<br>LPD: Lee, Hwa-Kyu<br>LPD: Lim, Sung-Dai<br>LPD: Park, Edmond<br>MTPD: Kawano<br>MTPD: Sanogawaya<br>MTPD: Tanaka<br>MTPD: Nishimura<br>MTPD: Nakanishi<br>SDI: Lee, Dong Hoon<br>SDI: Ahn, John S.<br>SDI: Jo, E.K.<br>SDI: Lee, Seungmin | MTPD-0423675: MTPD-0573683 | Sanogawaya Nishimura | Sangowaya II at 210-13<br>Nishimura II at 172-84 |
| 4/29/2003 | | | | | X | | | | | | X | | | | | | | | | Joel Garbi (LPD): Joao Gordo (LPD): Sung Shik Kim (SDI): Francisco (SDI) | SDCRT-0093913 | KC Oh | |
| 4/30/2003 | | X | | | X | | | | | | X | | | | | | | | | CPT: S.J. Yang<br>SDI: VP Dong-Shun Lee<br>SDI: Jun-Zhe An<br>SDI: Zai-Ren Lee<br>LPD: VP Yong-Shu Liang<br>LPD: Hua-Sheng Lee<br>LPD: Sheng-Da Lin | CHU00123742 | S.J. Yang | S.J. Yang, Dep. Vol. 3, 350-355 |
| 4/30/2003 | | | | | X | | | | | | X | | | | | | | | | Joel Garbi (LPD): Joao Gordo (LPD): Sung Shik Kim (SDI): Francisco (SDI) | SDCRT-0093913 | KC Oh | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2003 | email | | | | X | | | X | | | X | X | | | | | | | X | | MTPD-0011040 | Bob O'Brien | Bob O'Brien Dep. Vol. 1.: 286:6-294:13: Dep. Vol. 2.: 437:6-438:7 |
| 5/2/2003 | U.S. | | | | X | | | | | | | | | | | | | | X | SDI: Woongrae Kim SDI: Dong Suk Lee THOM: J.P. Hanrahan THOM: Jack Brunk | SDCRT-0007239 | KC Oh | 445 |
| 5/9/2003 | | | | | X | X | | | | | | | | X | X | | | | | Wenqiang Fan: Jianshe Wei: Xiaolin Shen: Xiuhua Li: Zhiping Xu: Guojun Yang: Weixian Wu: Yaping Yang: S.K. Sung | BMCC-CRT000142063 | | |
| 5/13/2003 | email | | | | X | | | | | | X | X | | | | | | | | | MTPD-0276153 | Bob O'Brien | Bob O'Brien Dep. Vol. 2.: 329:17-335:15: 438:11-18 |
| 5/20/2003 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0088791 | I.H. Song | 209:3-210:25, 217:14-221:3 |
| 5/21/2003 | | | | | X | | | | | | | X | | | | | | | | Hun Sul Chu (SDI) | SDCR T-0070524 | HS Chu | |
| 6/2-4/2003 | | | | | | | | | | | X | X | | | | | | | X | MTPD: Nakamoto MTPD: Shibata | MTPD-0013872 | | |
| 6/4/2003 | Spain | | | | X | | | | | X | | | | | | | | | X | (SDI): S. D. Park: EECA: Anne-Marie Leclercq: Philips: Leo Mink, Philips: Kris Mortier: Thomson: A. Martin: EIAK: Hong Sik Kang, and EIAK: In Su Lee | Samsung 2nd Supplemental Response p 63 | Kris Mortier | Kris Mortier Dep.Vol. 2, 537-550 |
| 6/5/2003 - 6/9/2003 | | | | | X | | | | | | X | | | | | | | | | Woo Seok Huh (SDI) | SDCRT-0006927 | KC Oh | |
| 6/6/2003 | email | | | | X | | | | | | X | X | | | | | | | | | MTPD-0276234 | Bob O'Brien | Bob O'Brien Dep. Vol. 2.: 338:9-343:19: 439:24-440:6 |
| 6/9/2003 | email and attachment | | | | X | | | | | | X | | | | | | | | | | SDCRT0006927: SDCRT0006928 | Bob O'Brien | Bob O'Brien Dep. Vol. 2.: 358:14-360:16: 442:3-442:17: Vol. 2,: 360:18-362:2 |
| 6/9/2003 | | | | | | | | | | | | X | | | | | | | X | MTPD: Shigakazu Shibata | MTPD-0011066 | | |
| 6/10/2003 | n/a | | | | X | | | | | | | | | | | | | | X | THOM: James Hanrahan THOM: Jack Brunk THOM: Christian Lissorgues | TDA01360 | | |
| 6/12/2003 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0088798 | I.H. Song | 224:21-226:24 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/13/2003 | | | | | X | | | | | | X | | | | | | | | X | EECA: Anne-Marie Leclerq LPD: Leo Mink LPD: Kris Mortier THOM: A. Martin SDI: Kevin Park | SDCRT-0006510 & SDCRT-0006510E | Kris Mortier | Kris Mortier Dep.Vol. 2, 434-437 |
| 6/25/2003 | | | | | | | | | | | X | X | | | | | | | | LPD: B. O'Brien. MTPD: S. Lammers, MTPD: N. Bray, MTPD: S. Iwamoto, MTPD: M. Nakamoto, MTPD: C. Read. | MTPD-0016475 | Bob O'Brien | Bob O'Brien Dep. Vol. 2.: 335:19-338:5; 438:21-439:23 |
| July 2003-June 2006 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio SDI: Kim, Ray | | Norio Fujita | |
| July 2003-June 2006 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio SDI: Kim, Ray | | Norio Fujita | |
| July 2003-June 2006 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio SDI: Kim, Ray | | Norio Fujita | |
| July 2003-June 2006 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio SDI: Kim, Ray | | Norio Fujita | |
| July 2003-June 2006 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio SDI: Kim, Ray | | Norio Fujita | |
| July 2003-June 2006 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio SDI: Kim, Ray | | Norio Fujita | |
| July 2003-June 2006 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio SDI: Kim, Ray | | Norio Fujita | |
| July 2003-June 2006 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio SDI: Kim, Ray | | Norio Fujita | |
| 7/2/2003 | Thomson Mexicali factory | | | | | | | | | | | X | | | | | | | X | MTPD: Alex Kinoshita MTPD: Kazutaka Nishimura | MTPD-0035375 | Kazutaka Nishimura; Ayumu Kinoshita 30(b)(6): Shinichi Iwamoto 30(b)(6) | Kinoshita 30(b)(6) 121, 393: Iwamoto 30(b)(6) 332: Nishimura II at 185-89 |
| 7/14/2003 | | | | | | X | | | | | | X | | | | | | | | HIT: Nobuaki Ito MTPD: Kazutaka Nishimura | HDP-CRT00026313 | Nobuaki Ito | 265:14 (Nobuaki Ito) |
| 7/17/2003 | | | | | | X | | | | | | X | | | | | | | | HIT: Nobuaki Ito MTPD: Kazutaka Nishimura | HDP-CRT00026313 | Nobuaki Ito | 265:14 (Nobuaki Ito) |
| 7/18/2003 | U.S. | | | | X | | | | | | X | | | | | | | | X | LPD: Quin Choi SDI: KC Oh THOM: Jack Brunk | SDCRT-0007173 | KC Oh | 210 |
| 7/22/2003 | MIT's Mexico factory | | | | | X | | X | | | | | | | | | | | | HIT: Shibuya MIT: Shinagawa | HEDUS-CRT00000531 | Noboru Toyama | 183 (Noboru Toyama) |
| 7/25/2003 | | | | | X | | | | | | X | X | | | | | | | | | | SDCRT-0088720 | J.I. Lee | |
| 7/26/2003 | Santee, CA | | | | X | | | | | | X | | | | | | | | X | | SDCRT-0007173 | KC Oh | |
| 8/5/2003 | | | | | X | | | | | | X | X | | | | | | | | Eisaburo Himano (MTPD): Hisashi Matsuda (MTPD): Tomoyuki Kawano (MTPD): Chang Hu Kim (LPD) | SDCRT-0088726 | J.I. Lee | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/6/2003 | | | | | | | | | | X | | X | | | | | | X | X | MTPD: Shigkazu Shibata | MTPD-0426070 | | |
| 8/19/2003 | U.S. | | | | | | | | | | | X | | | | | | | X | THOM: J.P. Hanrahan<br>THOM: J.R. Hirschler<br>MTPD: President Shibata<br>MTPD: Iwamoto<br>MTPD: Usuda | MTPD-0576483 | | |
| 8/28/2003 | | X | | | X | | | | | | X | | | | | | | | | | CHU00660606 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 478-485 |
| 9/5/2003 | Bangkok, Thailand | X | | | X | | | | | | X | X | X | | | | | | | D.E. Lee (SDI): Jae In Lee (SDI): Byung Koo Jeong (LPD): Yong Ik Jeong (LPD): Joon Young Park (LPD): Yang (CPT): Chen (CPT): Montri (TCRT): Cirichai (TCRT): Yasukawa (MTPD) | SDCRT-0088732 | J.I. Lee | |
| 9/5/2003 | Thailand | X | | | X | | | | | | X | X | X | | | | | | | SDI - Dae Eui Lee, Jae In Lee<br>LPD - Byung Koo Jeong, Yong Ik Jeong, Joon Young Park<br>Chunghwa - Mr. Yang, Mr. Chen<br>Thai CRT - Mr. Montri, Mr. Cirichai<br>MTPD - Yasukawa | SDCRT-0088732 | Dae Eui Lee | 276:12-279:24 |
| 9/5/2003 | | X | | | X | | | | | | X | X | X | | | | | | | CPT: S.J. Yang<br>CPT: Maxim Chen | CHU00030060-063 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 262-263 |
| 9/19/2003 | email | | | | X | | | | | | X | X | | | | | | | | | MTPD-0183877 | Bob O'Brien | Bob O'Brien dep. 343:24-346:15: 440:7-11 |
| 10/00/2003 | Korea | | X | X | X | | | | | X | X | | | | | | | | X | | SDCRT-0006510 | | |
| 10/8/2003 | n/a | | X | | X | X | | | | | | X | | | | | | | | MTPD: Muramatsu<br>MTPD: Nakamoto<br>MTPD: Iwamoto<br>MTPD: Nishiyama | MTPD-0314102 | | |
| 10/17/2003 | n/a | | | | | | | | | | | X | | | | | | | | X | MTPD: Tom Fote<br>MTPD: Iwamoto<br>THOM: Alex Hepburn | MTPD-0184084 | | |
| 10/28/2003 | TASHEE, Ming Garden Restaurant | X | | | X | | | | | | X | | | | | | | | | | CHU00660626 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 485-487 |
| 10/30/2003 | Pittsburgh, PA | | | | | X | | | | X | | | | | | | | | | X | MEC: S. Iwamoto, Tom Fote<br>THOM: Alex Hepburn<br>LPD: Bob O'Brien | HEDUS-CRT00164095 | Thom Schmitt | 272:21 (Thom Schmitt) |
| 10/31/2003 | U.S. | | | X | X | | | | | | X | X | | | | | | X | X | MTPD: Alex Kinoshita | MTPD-0426066 | Ayumu Kinoshita 30(6)(b) | 397 |
| 10/31/2003 | USA, San Diego: Matsushita Offices | | | | | | | | | | | X | | | | | | | | | MTPD: Kinoshita | MTPD-0426066 | Kinoshita | Kinoshita II at 397-98 |
| 11/6/2003 - 11/9/2003 | Irico offices in Xianyang | | | | | X | | | | | | | | | X | | | | | HIT: Satoshi Mutou<br>HIT: Watanabe Mitsuru<br>IRI: Takenaga | HDP-CRT00047354 | | |
| 11/7/2003 | Brussels, Belgium | | | | X | | | | | | X | | | | | | | | X | X | THOM: Emeric Charamel<br>SDI: Helmut Meinke<br>SDI: Gabriel Kim<br>Buckbee Mears Europe: Frank Sandtmann<br>Ekranas: Michael Leipold<br>SONY: Goro Sekiya<br>Tesla Ecimex: Michal Mlka<br>Tesla Ecimex: Zdenek Stuchlik<br>LPD: Leo Mink<br>ANIE: Marcella Quattrocchi<br>EECA EDIA: Anne-Marie Leclercq | SDCRT-0088629 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/11/2003 | n/a | | | X | | X | | | | | X | X | | | | | | X | X | | SDCRT-0005709 | | |
| 11/12/2003 | | X | | | X | X | | | | | X | X | X | | | | | | | CPT: S.J. Yang<br>CPT: Maxim Chen | CHU00030058-059 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 263-267 |
| 11/18/2003 | | | | | X | | | | | | | X | | | | | | | | MTPD: Kinoshita<br>MTPD: Kinoshita, Alex<br>SDI: Lee, Jaein<br>SDI: Kim: Woongrae<br>SDI: Hur, Woo Suk | MTPD-0141811: SDCRT-0005645 | Kinoshita | Kinoshita II at 218-28 |
| 11/21/2003 | Netherlands | | X | | X | | | | | | X | | | | | | | | X | THOM: Emeric Charamel<br>SDI: Gabriel<br>LPD: MB | SDCRT-0088635 | | |
| 11/28/2003 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Kinoshita<br>SDI: Kim | MTPD-0038856 | Kinoshita<br>Nishimura | Kinoshita I at 88-99<br>Nishimura II at 191-96 |
| 12/1/2003 | | | | | X | | | | | | | X | | | | | | | | MTPD: Nishimura | MTPD-0426042 | | |
| 12/4/2003 | Paris, France | | X | | X | | | | | | X | X | | | | | | X | X | | SDCRT-0088661 | | |
| 12/4/2003 | | | | | X | | | | | | X | X | | | | | | | X | SDI: Dong Hoon Lee<br>SDI: Lak Jin Kim<br>LPD: Moon Bong Choi<br>THOM: Emeric Charamel | SDCRT-0088661 | | |
| 12/5/2003 | | X | | X | X | | | | | X | X | | | | | | | | | CPT: C.C. Liu<br>CPT: Tony Cheng<br>CPT: Alex Yeh<br>CPT: Yvonne Yuan | CHU00031214-220 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 275-276 |
| 12/6/2003 | U.S. | | | | | | | X | | | X | | | | | | | | X | MTPD: Shigkazu Shibata<br>THOM: J. Hanrahan<br>THOM: Christian Lissorgues | MTPD-0026563 | | |
| 12/10/2003 | | | | | X | | | | | | X | | | | | | | | | Hun Sul Chu (SDI): Nishiyama (MTPD): Sanogawaya (MTPD) | SDCRT-0088431 | HS Chu | |
| 12/17/2003 | email | | | | X | | | | | | X | X | | | | | | | | | MTPD-00140013 | Bob O'Brien | Bob O'Brien Dep. Vol. 2.: 351:11-358:2: 440:19-441:24 |
| 12/17/2003 | U.S. | | | | | | | | | | | X | | | | | | | X | MTPD: Shigkazu Shibata<br>THOM: J. Hanrahan<br>THOM: Christian Lissorgues<br>THOM: Didier Trutt | MTPD-0043577 | | |
| 12/18/2003 | Shangri-La Hotel, Singapore | X | | | X | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: Maxim Chen<br>SDI: Mr. D.E. Lee | CHU00030064-065 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 267-271 |
| Late 2003 | Korea | | | | X | | | | | | X | X | | | | | | | | MTPD: Nishimura, Kazutaka: Tanaka: Kawano | | Kazutaka Nishimura | |
| 2004 | | X | | | X | | | | | | X | | | | | | | | | LPD: IH Han | n/a | Jim Kang Jung | 70-71 |
| 2004 | | X | | | X | | | | | | | | | | | | | | | I.H. Song: Yvonne Yun | | I.H. Song | 245:4-19 |
| 2004 | | X | | | X | | | | | | X | | | | | | | | | I.H. Song | | I.H. Song | 305:1-307:22 |
| 2004 | LPD Taipei Office | X | | | X | | | | | | X | | | | | | | | | Alex Yeh (CPT): Yvone Yun (CPT) | SDCRT-0090312 | I.H. Song | 315:12-317:11 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004 | | | | | X | | | | | | X | | | | | | | | | I.H. Song; Cesar Jung (LPD) | | I.H. Song | 349:11-15 |
| 2004 | | X | | | X | | | | | | | | | | | | | | | I.H. Song | SDCRT-0096624E | I.H. Song | 358:3-359:12 |
| 2004 | U.S. | | | | | | | | | | | | | | | | | | X | THOM: Christian Lissorgues | MTPD-0014992; MTPD-0573840 | | |
| 2004 | | | | | | X | | | | | | X | | | | | | | | X | | HEDUS-CRT00164378 | Tom Heiser | 254:04 (Tom Heiser) |
| 2004-2005 | Yangmei Factory, Taiwan | X | | | X | | | | | | | | | | | | | | | | | | 77:20-21 |
| 2004-2005 | | | | | X | | | | | | X | | | | | | | | | | | | 78:1-2 |
| 2004-2005 | LPD Office | X | | | X | | | | | | X | | | | | | | | | | | | 78:05:00 |
| 1Q 2004 | | | | | X | | | | | | X | | | | | | | | | | SDCRT-0066803 | KC Oh | |
| 1/0/2004 | | X | | | X | | | | | | X | | | | | | | | | | CHU00660671 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 487-491 |
| 1/7/2004 - 1/10/2004 | Various meetings and locations | | | | X | | | | | | X | X | | | | | | | X | Thom: Trutt, Thom: Lissorgues, Thom: J. Dumas. LPD: A, White, LPD: P. Canavan, LPD: A. Leunis, LPD: D. Ivey, LPD: R. Stafford, LPD: B. O'Brien, LPD: Q. Choi, LPD: R. Silva, LPD: H. Kashimura, LPD: W. Kim, LPD: P. Lee, SDI: J. Kim, SDI: D. Lee, SDI: K. Oh, SDI: C. Bae, SDI: C. Lee, SDI: K. Park. Orion: Yano, Itakura. TSB: Y. Kimura. | LPD-0000280 | Bob O'Brien | Bob O'Brien Dep. Vol 1,; 246:18-251:15 |
| 1/9/2004 | Europe | | | | X | | | | | | X | | | | | | | | | X | LPD: Munbong Choi THOM: Emeric Charamel SDI: Junghwan Seo SDI: Lockjin Kim | SDCRT-0090077 | | |
| 1/12/2004 | email | | | | X | | | | | | X | X | | | | | | | | | | MTPD-0027781 | Bob O'Brien | Bob O'Brien Dep. Vol. 2,; 364:25-369:6; 442:19-443:2; 443:22-446:3 |
| 1/27/2004 to 1/30/2004 | Xiamen, China "Fuzhou" | X | | X | X | | X | | | | X | | | | | | | | | | CPT: C.C. Liu CPT: Alex Yeh CPT: Yvonne Yuan | CHU00031227-231 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 276-277 |
| 2/7/2004 | | | | | X | | | | | | | X | | | | | | | | | MTPD: Kinoshita | MTPD-0042034 | Kinoshita | Kinoshita II at 302-08 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/16/2004 | | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Yasukawa<br>MTPD: Tomor<br>MTPD: Nishimura | MTPD-0423651 | Nishimura | Nishimura II at 203-15 [See also Nishimura III at 345-54] |
| 2/16/2004 | Singapore | X | | | X | | | | | | X | X | X | | | | | | | SDI: Lee, D.E.: Park, Kevin<br>LPD: Joon, B.K.: Park, Edmond<br>CPT: Liu, C.C.: Yang, S.J.: Ming, Chen Shih<br>Thai-CRT: Montri: Sirichai<br>MTPD: Yasukawa: Tomori: Nishimura | MTPD-0423641 | Kazutaka Nishimura | |
| 2/16/2004 | Singapore | X | | | X | | | | | | X | X | X | | | | | | | SDI - Dae Eui Lee, Sung Duk Park<br>LPD - Byung Goo Jeon, Joon Yong Park<br>MTPD - Yasukawa, Tomori, Nishimura<br>Chunghwa - C.C. Liu, Mr. Yang, Mr. Chen<br>Thai CRT - Mr. Montri, Mr. Sirichai | SDCRT-0090157 | Dae Eui Lee | 282:6-285:13 |
| 2/16/2004 to 2/17/2004 | | X | X | X | X | | | | | | X | X | X | | X | | | | | CPT: C.C. Liu<br>CPT: Tony Chen | CHU0030036-039 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 277-279 |
| 2/19/2004 | email | | | | | | | | | X | | | | | | | | | | LPD: P. Canavan:<br>Pansonic: M. Kamoto | MTPD-0015858 | Patrick Canavan | Patrick Canavan Dep. Vol. 2., 380:6-381:6 |
| 2/23/2004 | LPD Taipei Office | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0090253 | Hoon Choi | 137:10 |
| 2/26/2004 | Amsterdam, Netherlands | | | | X | | | | | | X | | | | | | | | X | LPD: Felice Albertazzi<br>LPD: Leo Mink<br>THOM: Emeric Charamel<br>SDI: Lockjin Kim | SDCRT-0090098 | | |
| 3/1/2004 | Novel, Shanghai | X | | | | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: Maxim Chen<br>CPT: Jeff Yue<br>CPT:Tony Cheng<br>CPT: C.C. Liu | CHU00030056 | S.J. Yang | S.J. Yang, Dep. Vol. 3, 410-414 |
| 3/2/2004 | | | | | | | | | | | | | | | | | | | | | SDCRT-0090253 | Hoon Choi | 137:10: 145:9 |
| 3/2/2004 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0090275 | I.H. Song | 248:1-250:20 |
| 3/3/2004 | Shenzhen | X | | X | | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: Maxim Chen<br>Korea Orion: Mr. Kim | CHU00030051 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 271-274 |
| 3/12/2004 | email | | | | X | | | | | | X | X | | | | | | | | | MTPD-0024653 | Bob O'Brien | Bob O'Brien Dep. Vol. 2.: 362:11-364:13 |
| 3/15/2004 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0090280 | I.H. Song | 255:4-24, 256:21-258:19 |
| 3/16/2004 | Singapore | X | | | X | | | | | | X | X | X | | | | | | | | SDCRT-0090157 | | |
| 3/16/2004 | Singapore | X | | | X | | | | | | X | X | X | | | | | | | SDI - Dae Eui Lee, Sung Duk Park<br>LPD - Sung Dae Im, Joon Yong Park<br>MTPD - Yasukawa, Nishimura<br>Chunghwa - Mr. Yang, Mr. Chen<br>Thai CRT - Mr. Montri | SDCRT-0090163 | Dae Eui Lee | 286:9-289:9 |
| 3/17/2004 | Budapest NH Hotel Conference Room, Hungary | | | | X | | | | | | X | | | | | | | | X | SDI: Lak Jin Kim<br>SDI: Tae Ryong Park<br>SDI: Dr. Glowik<br>PH: Kris Mortier<br>PH: Leo Mink<br>THOM: Emeric Charamel | SDCRT-0090100 & SDCRT-0090100E: Samsung 2nd Supplemental Response p 69 | Kris Mortier | Kris Mortier Dep.Vol. 2, 353-356, 537-550 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/21/2004 | Singapore | X | X | | | | | | | | | | | | | | | | X | CPT: S.J. Yang | CHU00030449-457 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 299-301 |
| 3/21/2004 | Singapore | X | | | X | | | | | | X | X | | | | | | | X | CPT: S.J. Yang | CHU00123358.1 | | |
| 3/22/2004 | phone call | | | | | | | | | | X | X | | | | | | | | MTPD: Tanaka | MTPD-0419572 | Nishimura | Nishimura II at 217 on |
| 3/22/2004 | phone call | | | | X | | | | | | | X | | | | | | | | MTPD: Tanaka | MTPD-0419572 | Nishimura | Nishimura II at 217 on |
| 3/31/2004 | | | | | X | | | | | | | | | | | | | | X | HIT: Heiser, Wen, Guojun, Shibuya, Toyama, Komori, Schmitt, Sakamoto | HEDUS-CRT00184595 | Noboru Toyama | 108 (Noboru Toyama) |
| 3/31/2004 | Email | | | | X | | | | | X | | | | | | | | | | HIT: Heiser, Wen, Guojun, Shibuya, Toyama, Komori, Schmitt, Sakamoto | HEDUS-CRT00184595 | Tom Heiser Noboru Toyama | 273:24 (Tom Heiser); 230 (Noboru Toyama) |
| 3/31/2004 | Korea | X | X | X | | | X | | | X | X | | | | | | | | | CPT: C.C. Liu<br>CPT: Tony Cheng<br>CPT: Alex Yeh<br>CPT: Yvonne Yun | CHU00031240-247 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 279-280 |
| 4/1/2004 | San Diego | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio: Yoshikawa: Usuta SDI: Oh, Patrick: Kim, Ray | MTPD-0027035 | Fujita | Fujita II at 298 |
| 4/1/2004 | | X | | | X | | | | | | X | X | X | | | | | | | | MTPD: Ohmori<br>MTPD: Tomori<br>MTPD: Nishimura | MTPD-0576449 | Nishimura | Nishimura II 221-25 |
| 4/6/2004-4/7/2004 | Budapest | | | | X | | | | | | X | | | | | | | | | | LPD: Oterloo<br>LPD: Felice<br>LPD: Kris<br>SDI: D.S. Kim<br>SDI: Meinke<br>SDI: Rockow | SDCRT-00990102 & attachment | Kris Mortier | Kris Mortier Dep.Vol. 2, 374-391 |
| 4/20/2004 | Delafoil - Perrysburg, OH | | | | X | | | | | | X | | | | | | | | X | HIT: Tom Heiser, Tom Schmitt<br>LPD: Pat Canavan, Bob O'Brien<br>MTPD: Steve Lammers, Tom Fote, Steve Iwamoto<br>THOM: Alex Hepburn | MTPD-0009514 | Tom Heiser | 222:21 (Tom Heiser) |
| 4/23/2004 | Thailand | X | | | X | | | | | | X | X | X | | | | | | | | CPT: Yan, S. J. (Assistant VP, Sales & Marketing, Taiwan): Ming, Chen Shih (Director, Malaysia)<br>LPD: Kang, Il-Gyu (CPT Export Team, Korea): Park, Edmond (Marketing Asia Pacific, Korea)<br>MTPD: Ohmori (Thailand): Tomori (Malaysia): Nishimura, K. (Takatsuki)<br>SDI: Lee, D.E. (Sales, Malaysia): Park, Kevin (Marketing, Korea)<br>T-CRT: Montri (Senior Manager, Sales, Thailand): Sirichai (Manager, Sales) | MTPD-0576449 | Kazutaka Nishimura | |
| 4/23/2004 | Bangkok | X | | | X | | | | | | X | X | X | | | | | | | | | SDCRT-0090163 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/23/2004 | Bangkok | X | | | X | | | | | | X | X | X | | | | | | | SDI - Dae Eui Lee, Sung Duk Park LPD - Joon Yong Park, Il Gyu Kang MTPD - Omori, Tomori, Nishimura Chunghwa - Mr. Yang, Mr. Chen Thai CRT - Mr. Montri | SDCRT-0090167 | Dae Eui Lee | 292:11-294:7 |
| 4/26/2004 | | X | | | X | | | | | | X | | | | | | | | | | | | I.H. Song | 261:2-20 |
| 4/26/2004 | SDI's San Diego Office | | | | X | | | | | | | X | | | | | | | | MTPD: Kawano: Tobinaga | MTPD-0637815 | Tsuruta | Tsuruta II at 230-34 |
| 4/28/2004 | LGE's Offices | | X | | | | | | | | X | | | | | | | | | LGE: Duk Chul Ryu LPD: PKAM Group | LGE00092293 | | |
| 5/6/2004 | SDI's San Diego office | | | | X | | | | | | | X | | | | | | | | MTPD: Yoshikawa, Masakazu: Fujita, Norio SDI: Kim, C.W.: Choi, H.W.: Lee, J.I.: Kim, R. | MTPD-0260906 | Norio Fujita | Fujita II at 303 |
| 5/6/2004 | LPD Taiwan Office | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0090299 | Hoon Choi | 147:11 |
| 5/6/2004 | | X | | | X | | | | | | X | | | | | | | | | | | Hoon Choi | 369:9 |
| 5/12/2004 | | | | | X | | | | | | X | X | | | | | | | | | MTPD-0260262 | Norio Fujita | |
| 5/13/2004 | Czech Republic | | | | X | | | | | | X | | | | | | | X | X | SDI: Helmut Meinke: LG Philips: Felice Albertazzi, LG Philips: Kris Mortier: Thomson: Emeric Charamel: Schott Glass: Stefan Georgi, Schott Glass: Peter Schreiner: Ekranas: Aydin Giz, Ekranas: Michael Leipold: Ecimex: Michael Minka: Sony: Goro Sekiya: BME: Frank Sandtmann: EECA EDIA: Leo Mink, and EECA EDIA: Anne-Marie Leclercq | Samsung 2nd Supplemental Response p 71 | Kris Mortier | Kris Mortier Dep.Vol. 2, 537-550 |
| 5/18/2004 | Malaysia, Kuala Lumpur | X | | | X | | | | | | X | X | X | | | | | | | SDI: Lee, D. E. (Sales, Malaysia), Park, Kevin (Marketing, Korea) LPD: Kang, Il-Gyu (CPT Export Team, LPD Korea), Park, Edmond (Marketing Asia Pacific, Korea) CPT: Yang, S. J. (Assistant VP, Sales & Marketing, Taiwan), Chen, Shih Ming (Director, Malaysia) T-CRT: Montri (Senior Manager, Sales, Thailand), Sirichai (Manager, Sales) MTPD: Yasukawa (Indonesia), Tomori (Malaysia), Nishimura K. (Takatsuki) | MTPD-0497049;CHU00030530 | Yasuki Yamamoto: Kazuhiro Nishimaru: Kazutaka Nishimura | Yamamoto: 423:2-431:20: 433:24-435:18 Nishimaru: 417:24-442:18: Nishiyama II at 317-20, 323-30 Nishimura III at 417-27 Nishimura II at 226-236 Nishimura II at 318-36 |
| 5/18/2004 | | X | | | X | | | | | | X | X | X | | | | | | | CPT: S.J. Yang | CHU00030530 | S.J. Yang | S.J. Yang, Dep. Vol. 3, 355-357 |
| 5/18/2004 | | X | | | X | | | | | | X | X | X | | | | | | | | SDCRT-0090167 | | |
| 5/18/2004 | Malaysia | X | | | X | | | | | | X | X | X | | | | | | | MTPD- Yasukawa, Nishimura, Tomori Chunghwa - Mr. Yang, Mr. Chen Thai CRT - Montri, Sirichai LPD - D. Park, D. Kang SDI - Sung Duk Park, Seung Min Lee, Dae Eui Lee | SDCRT-0090174 | Dae Eui Lee | 294:13-298:21 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/23-24/2004 | | X | | | X | | | | | | X | | | | | | | | | | | Hoon Choi | 147:11:00 |
| 5/23-24/2004 | | X | X | | X | | | | | X | | | | | | | | | | | SDCRT-0090312 | Hoon Choi | 168:13:00 |
| 5/23-24/2004 | | X | X | | X | | | | | X | | | | | | | | | | | | Hoon Choi | 168:13:00 |
| 5/23-24/2004 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0090299 | Hoon Choi | 147:11:00 |
| 5/24-5/26/2004 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0089060 | SK Park | |
| 6/2/2004 | | | | | X | | | | | | | X | | | | | | | | | MTPD: Nishimura, Kazutaka | MTPD-0236375 | Shinichiro Tsuruta | 244:13-248:2 |
| 6/14/2004 | email | | | | | | | | | X | X | | | | | | | | | | LPD: J. Son, LPD: P. Van Bommel, LPD: W. Vaartjes. PHS: J. Lombaerde | PHLP-CRT-001000 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 190:4-204:14 |
| 6/18/2004 | Thailand | X | | | X | | | | | | X | X | X | | | | | | | | MTPD: Nishimura, Kazutaka: Yasukawa, Kazuteru | MTPD-0493549 | Yasuki Yamamoto | 404:6-422:20 |
| 6/18/2004 | Thailand | X | | | X | | | | | | X | X | X | | | | | | | | | MTPD-0493549 | Kazutaka Nishimura | |
| 6/18/2004 | | X | | | X | | | | | | X | X | X | | | | | | | | SDI - Dai Eui Lee, S.K. Park Chunghwa - Yang, Chen MTPD - Yasukawa, Nishimura Thai CRT - Montri LPD - Sung Dae Im, D. Park, Joon Yong | SDCRT-0090180 | Dae Eui Lee | 299:2-301:13 |
| 6/18/2004 | Thailand | X | | | X | | | | | | X | X | X | | | | | | | | | MTPD-0493549: | Yamamoto Sanogawaya Nishimura | Yamamoto III at 404-12 Sanogawaya II at 303-05 Nishimura II at 238-45 |
| 6/24/2004 | Thailand | X | | | X | | | | | | X | X | X | | | | | | | | | SDCRT-0090174 | | |
| 6/28/2004 | | | | | | X | | | | | | | | | | | | | | X | | HEDUS-CRT00164492 | Tom Heiser | 297:23 (Tom Heiser) |
| After June 2004 | | X | | | X | | | | | | X | X | X | | | | | | | | MTPD: Yamamoto: Yasuki | | Yasuki Yamamoto | 358:5-362:1: 420:1-421:1 |
| After June 2004 | | X | | | X | | | | | | X | X | X | | | | | | | | MTPD: Yamamoto: Yasuki | | Yasuki Yamamoto | 358:5-362:1 |
| 7/2/2004 | | X | | | | | | | | | | | | | | | | | | | CPT: Alex Yeh | CHU00031254 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 377-379 |
| 7/5/2004 | | X | | X | X | X | | | | | X | | | | X | | | | X | X | | MTPD-0580871 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/72004 | Email | | | | X | | | | | | X | | | | | | | | | | | PHLP-CRT-011458 | Kris Mortier | Kris Mortier Dep.Vol. 2, 422-424 |
| 7/14/2004 | email | | | | | | | | | | X | | | | | | | | | X | | PHLP-CRT-012615 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 215:6-218:5 |
| 7/16/2004 | | X | | | | | | | | | | | | | | | | | | X | CPT: C.C. Liu CPT: Hsiang-Kwei Chung CPT: Sheng-Jen Yang | CHU00030040 | | |
| 7/22/2004 | Singapore Conrad Hotel | X | X | | X | | | | | | | X | X | | | | | | | | CPT: Chen, Shih-Ming (Maxim): Yang, S.J. LPD: Lim, S.D.: Park, Edmond MTPD: Yasukawa, K. SDI: Jaya T-CRT: Montri: Shirlachai | MTPD-0486918 | Kazuhiro Nishimaru | 484:1-491:21 |
| 7/22/2004 | Singapore: Hotel Conrad | X | | | X | | | | | | | X | X | X | | | | | | | MTPD: Tomori MTPD: K. Yasukawa SDI: Mr. Jaya LPD:Mr. S.D. Lim, Mr. Edmond Park CPT: Shih-Ming (Maxim) Chen, Mr. S.J. Yang TCRT: Mr. Montori, Mr. Shirlachai | SDCRT-0090180: MTPD-0486917: MTPD-0485511 | Nishiyama | Nishiyama III at 419-26 |
| 7/26/2004 to 7/27/2004 | Renaissance Hotel | X | | | X | | | | | | | X | | | | | | | | | | CHU00660709 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 491-492 |
| 7/26-7/27/2004 | China | X | X | X | X | | | | | X | | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0089076 | SK Park | |
| 7/26/2004 | | X | | | X | | | | | X | | X | | | | | | | | | CPT: VP C.C. Liu CPT: VP Chung | CHU00031262-267 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 280-281 Dep. Vol. 2, 379-382 |
| 7/28/2004 | | X | | | X | | | | | X | | | | | | | | | | | | SDCRT-0090319: SDCRT-0090233 | SK Park | |
| 8/4/2004 | email | | | | X | | | | | | | X | | | | | | | | | | PHLT-CRT-014085 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 218:10-225:11: 232:13-235:9 |
| 8/13/2004 | email | | | | X | | | | | | | X | | | | | | | | | | MTPD-0483335 & MTPD-0483335E_Translation | Patrick Canavan | Patrick Canavan Dep. Vol. 2, 407-23-411:15 |
| 8/13/2004 and 8/16/2004 | CPT | X | | | X | | | | | | | X | | | | | | | | | CPT: C.C. Liu CPT: Yvonne Yun CPT: Alex Yeh | CHU00031268-269 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 281-283 |
| 8/17/2004 | Japan | X | | | X | | | | | | | X | | | | | | | | | CPT: C.C. Liu | CHU00660717-727 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 285-288 |
| 8/17/2004 | | | X | | | | | | | | | | X | | | | | | | | LG: P.J. Lee LG: Ian Song MTPD: Kazuhiro Nishimaru | MTPD-0613379 | Pil Jae Lee | 217 |
| 8/17/2004 | MTPD Thailand | | | | | | | | | | | X | X | | | | | | | | LPD: Lee, Phil J.: Song, Ian MTPD: Ohmori (SM): Nishimaru | MTPD-0490549 | Kazuhiro Nishimaru | 280:1-291:7 |
| 8/17/2004 to 8/18/2004 | | X | | | X | | | | | | | X | | | | | | | | | | CHU00660717 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 492-496 |
| 8/17/2004 to 8/18/2004 | Japan | X | | | X | | | | | | | X | | | | | | | | | CPT: C.C. Liu CPT: Alex Yeh | CHU00031272-273 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 283-285 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/17-8/18/2004 | Japan | X | | | X | | | | | X | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0089091; SDCRT-0090328 | SK Park | |
| 8/17/2004 | MTPD Offices | | | | | | | | | | X | X | | | | | | | | LPD: Mr. Phil J. Lee: Mr. Ian Song MTPD: Ohmori SM, Nishimaru | MTPD0490551 | Nishimaru | Nishimaru Ii at 288-91 |
| 8/18/2004 | | | | | | | | | | | | X | | | | | | | | | MTPD-0490549 | Nishimaru | Nishimaru II at 279-87 |
| 8/20/2004 | Belgium | | | | X | | | | | | X | | | | | | | | X | X | SDI: Helmut Meinke: LG Philips: Felice Albertazzi, LG Philips: Kris Mortier: Thomson: Emeric Charamel: Schott Glass: Stefan Georgi, Schott Glass: Peter Schreiner: Ekranas: Aydin Giz, Ekranas: Michael Leipold: Tesla Ecimex: Michal Mika, Tesla Ecimex: Zdenek Stuchlich: Sony: Goro Sekiya: BME: Michael Sillmann: EECA EDIA: Leo Mink, and EECA EDIA: Anne-Marie Leclercq | Samsung 2nd Supplemental Response p 73 | Kris Mortier | Kris Mortier Dep.Vol. 2, 537-550 |
| 8/30/2004 | Email | | | | | | | | | | X | | | | | | | | | | | PHLP-CRT-015346 | Kris Mortier | Kris Mortier Dep.Vol. 1, 259-265 |
| 8/30/2004 | email | | | | | | | X | | | X | | | | | | | | | | MIT: R. Haarst (CRT Mkt Mgr) LPD: K. Lam | PHLP-CRT-015923 | Wiebo Jan Vaartjes: Kris Mortier | Wiebo Jan Vaartjes Dep. 225:20-232:10; Kris Mortier Dep.Vol. 2, 502-506 |
| 9/0/2004 | | X | | | X | | | | | | X | | | | | | | | | | | CHU00660729 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 496-497 |
| 9/3/2004 | | | | | | X | | | | | | X | | | | | | | | | MTPD: Ohmori SM: Nishimaru | MTPD-0267083 | Fujita | Fujita II at 320 |
| 9/3/2004 | | | | | X | | | | | | | X | | | | | | | | | MTPD: Fujita, Norio SDI: Kim, Ray | MTPD-0267083 | Shinichiro Tsuruta: Norio Fujita | Tsuruta: 415:8-420:2 |
| 9/4/2004 | email | X | X | X | X | X | | X | X | | | X | | | | | | | X | X | | PHLP-CRT-091458 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 227:17-233:21 |
| 9/9/2004 | | | | | X | | | | | | X | X | | | | | | | | X | | PHLP-CRT-017120 & attachment PHLP-CRT-017121 | Kris Mortier | Kris Mortier Dep.Vol. 2, 464-472 |
| 9/13/2004 | | | | | X | | | | | | X | X | | | | | | | | | | MTPD-0483334 | Nishimura | Nishimura II at 247-51 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/23/2004 | Korea | X | X | | X | | | | | | X | | | | | | | | | CPT: Yvonne Yun<br>CPT: AVP Jin-Yao Yang<br>CPT: Alex Yeh | CHU00031274-277 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 288-290 |
| 9/24/2004 | | X | | | | | | | | | | X | | | | | | | | MTPD: Kazutaka Nishimura<br>CPT: Maxim Chen | MTPD-0492286 | Yasuki Yamamoto; Kazuhiro Nishimaru; Kazutaka Nishimura | Yamamoto: 182:17-195:20<br>Nishimaru: 292:1-299:21 |
| 9/27/2004 | | X | | | | | | | | | | X | | | | | | | | MTPD: Nishimura | MTPD-0492286 | Kinoshita, Nishiyama, Nishimura | Kinoshita II at 389-91, Nishiyama II at 364-66; Nishimaru II at 252, 292-302 |
| 10/1/2004 | | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio<br>SDI: Kim, Ray | MTPD-0230970 | Shinichiro Tsuruta; Norio Fujita | Fujita II at 322-23; Tsuruta: 420:5-424:5 |
| 10/4/2004 | Email | X | | X | X | | | | | | X | X | | | | | | X | X | | PHLP-CRT-019008 | Kris Mortier | Kris Mortier Dep.Vol. 2, 449-458 |
| 10/18/2004 | Email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-020159 & Attachment PHLP-CRT-02016 | Kris Mortier | Kris Mortier Dep.Vol. 2, 391-397 |
| 10/19/2004 | Email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-019930 & Attachments (PHLP-CRT-19933: -19934: -19935: -19936: -19937: -19938: -19939: -19940: -19941: -19942) | Kris Mortier | Kris Mortier Dep.Vol. 1, 224-247 |
| 10/27/2004 | email | | | | | | | | | | X | X | | | | | | | X | | PHLP-CRT-021673 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 235:13-242:18 |
| 11/2/2004 | | X | X | | X | | | | | | | | | | | | | | | CPT: AVP J.S. Lu<br>CPT: Mei Da-Peng<br>SDI: Mr. Jae In Lee | CHU00033227-228 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 167-170 |
| 11/3/2004 | Paris, France | | | | X | | | | | X | | | | | | | | | X | LPD: MB Choi<br>LPD: PJ Lee<br>THOM: Christian Lissorgues<br>SDI: DH Lee | PHLP-CRT-022741 | | |
| 11/4/2004 | LPD Taipei Office | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0090350 | Hoon Choi | 214:11 |
| 11/5/2004 | | | | | | | | | | | X | | | | | | | | | Joon Suk Kim<br>CPT: Jim Kang Jung | CHU00646035 | Jim Kang Jung | 113 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/5/2004 | Telephone / MTPD's Ohio factory | | | | | X | | | | | | X | | | | | | | | HIT: Kawamura<br>MTPD: Totoku | HEDUS-CRT00028552 | Noboru Toyama | 178 (Noboru Toyama) |
| 11/9/2004 | Email | | | X | X | | | | | | X | | | | | | | | X | | PHLP-CRT-024274 & Attachments (PHLP-CRT0436734) | Kris Mortier | Kris Mortier Dep.Vol. 1, 265-268 |
| 11/11/2004 | | X | | | X | | | | | | | | | | | | | | | SDI: Hoon Choi | CHU0645177 | Jim Kang Jung | 122 |
| 11/15/2004 | Taiwan: Taipei. LPD offices | X | | | X | | | | | | X | X | | X | | | | | | CPT: Ling Yuan Yun<br>CPT: Sheng Bo Yang<br>LPD: Qingxie Han<br>LPD: Zhenkang Zheng<br>SDI: Yinhuan Song<br>SDI: Xun Cui | CHU00578883 | Jim Kang Jung | 134 |
| 11/15/2004 | | X | | | X | | | | | | X | | | | | | | | | | n/a | Jim Kang Jung | 133 |
| 11/15/2004 | | X | | | X | | | | | | X | | | | | | | | | LPD: Gyeong Seop Han<br>LPD: Jin Gan Jeong<br>CPT: Yvone Yun<br>SDI: Hwan Song<br>SDI: Hoon Choi | SDCRT0090350 | Jim Kang Jung | 142 |
| 11/15/2004 | | X | | | X | | | | | | X | | | | | | | | | | | Hoon Choi | 214:11 |
| 11/15/2004 | LPD Taipei Office | X | | | X | | | | | | X | | | | | | | | | Gyeong Seop Han (LPD Branch Manager): Jin Gang Jeong (LPD Section Chief): Yvone Yun (CPT): Hwan Song (SDI Branch Manager): Hun Choi (SDI Section Chief) | SDCRT-0090350E | I.H. Song | 350:14-351:15 |
| 11/16/2004 | | X | | | X | | | | | | X | | | | | | | | | SDI: Hoon Choi<br>SDI: Sam Song<br>LPD: Kenny Han<br>CPT: Mr. Yang | CHU00645156 | Jim Kang Jung | 149 |
| 11/19/2004 | email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-023513 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 286:8-293:2 |
| 11/19/2004 | Amsterdam, Netherlands | | | | X | | | | | | X | | | | | | | | X | SDI: Lockjin Kim<br>THOM: Emeric Charamel | SDCRT-0090144 | | |
| 11/24/2004 | | X | | | X | | | | | | X | | | | | | | | | SDI: Hoon Choi<br>SDI: Sam Song<br>LPD: Kenny Han<br>CPT: Mr. Yang | CHU00644987 CHU00644988 | Jim Kang Jung | 152 |
| 11/24/2004 | | X | | | X | | | | | | X | | | | | | | | | | | Hoon Choi | 221:23 |
| 12/1/2004 | email | | | | | | | | | X | X | | | | | | | | | | PHLP-CRT-024736 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 113:11-121:6 |
| 12/2/2004 | | X | X | | | | | | | | | | | | | | | | | LG: Jim Kang Jung<br>CPT: Yang Sheng-po | CHU00638344 | Jim Kang Jung | 167 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2/2004 | | | | | X | | | | | | X | X | | | | | | | | | MTPD-0455847: MTPD-0521744 | Shinichiro Tsuruta | 109:12-115:6 |
| 12/6/2004 | Korea | X | | | X | | | | | X | X | | | | | | | | | CPT: Director Alex Yeh<br>CPT: Yvonne Yun | CHU00031279-282 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 290-291 |
| 12/6/2004 | | X | | | X | | | | | | X | | | | | | | | | LG: Jim Kang Jung<br>SDI: Hoon Choi | CHU00651590 | Jim Kang Jung | 94 |
| 12/6/2004 | Email | | | X | X | | | | | | X | | | | | | | X | X | | PHLP-CRT-024999 | Kris Mortier | Kris Mortier Dep.Vol. 1, 256-259 |
| 12/6/2004 | Takatsuki | | | | | | | | | | | | | | | | | | | | LPD: W. Vaartjes,<br>LPD: K. Kortekaas,<br>LPD: K. Mortier,<br>LPD: N. Corsino,<br>LPD: W. Brouwer,<br>LPD: M. Smits,<br>LPD: H. Kashimura.<br>Unknown: D. Engelsen. | PHLP-CRT-027718 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 242:22-249:24 |
| 12/21/2004 | email | | | | | | | | | | X | X | | | | | | | | | PHLP-CRT-027715 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 2, 449:5-457:1 |
| 12/28/2004 | | X | | | X | | | | | | X | | | | | | | | | | CHU00649654 | Jim Kang Jung | Jung, 170 |
| 12/28/2004 | Singapore | X | | | X | | | | | | X | X | X | | | | | | | | MTPD: Nishimura<br>CPT: Shih-Ming (Maxim) Chen: Sheng-Jen (S.J) | MTPD-0479660 - MTPD-0479661 | Kazutaka Nishimura | Nishimura II at 252-56 |
| 12/28/2004 | | | | | | | | | | | | | | | | | | | | | | | |
| 12/29/2004 | | X | | | | | | | | | X | | | | | | | | | SDI - SK Sung | SDCRT-0066803 | | |
| 2005 | | X | | | X | | | | | | X | | | | | | | | | LPD: Jim Kang Jung<br>CPT: KS Han | n/a | Jim Kang Jung | 70-71 |
| 2005 | Seoul, South Korea | | | | X | | | | | | X | X | | | | | | | | | MTPD: Tsuruta, Shinichiro: Nishimaru, Kazuhiro | | Shinichiro Tsuruta | 25:2-37:19: 43:3-52:14 |
| 2005 | Takatsuki, Japan | | | | X | | | | | | X | X | | | | | | | | | MTPD: Tsuruta, Shinichiro | | Shinichiro Tsuruta | 25:2-37:19: 42:1-12 |
| 2005 | | | | | X | | | | | | X | X | | | | | | | | | MTPD: Tsuruta, Shinichiro | | Shinichiro Tsuruta | 25:2-37:19 |
| 2005 | | | | | X | | | | | | X | X | | | | | | | | | MTPD: Tsuruta, Shinichiro | | Shinichiro Tsuruta | 25:2-37:19 |
| 2005 | Email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-009416 | Kris Mortier | Kris Mortier Dep.Vol. 2, 506-510 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/7/2005 | Los Angeles | | | | X | | | | | | X | | | | | | | | | LPD: W. Vaartjes, LPD: N. Corsino, LPD: K. Nam Je, LPD: C. Gyu. | SDCRT 0007539E | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 263:12-283:18 |
| 1/7/2005 | | | | | X | | | | | X | | | | | | | | | | Wiebo Vaartjes (LPD): Ney Corsino (LPD): Nam Je Ko (LPD): Gyu In Choi (LPD): Jae Shik Kim (SDI): Yeo Chang Yoon (SDI) | SDCRT-0007547 | SK Park | |
| 1/10/2005 | | X | | | X | | | | | | X | | | | | | | | | LG: Jim Kang Jung CPT: Mr. Yang SDI: Hoon Choi | CHU00637563 CHU00637566 | Jim Kang Jung | 216 |
| 1/12/2005 | Email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-023189 | Kris Mortier | Kris Mortier Dep.Vol. 2, 439-442 |
| 1/19/2005 | Taiwan: Taipei | X | | | X | | | | | | X | | | | | | | | | CPT: Mr. Yang CPT: Alex Yeh CPT: Yvonne Yun CPT: Sam Yang LPD: Simon Lee LPD: Kenny Han LPD: J.S. Kim SDI: SK Park SDI: Sam Song SDI: JH Choi | CHU00648816 CHU00648817 CHU00648818 | Jim Kang Jung | 207 |
| 1/19/2005 | | X | | | X | | | | | | X | | | | | | | | | CPT: S.P. Yang CPT: JJ Yeh CPT: LY Yun LPD: JK Jung LPD: Kenny Han SDI: Hoon Choi SDI: Sam Song | CHU00648741 | Jim Kang Jung | 232 |
| 1/20/2005 | | | | X | X | | | | | | X | | | | | | | | X | SDI: L.J. (Gabriel) Kim Thom: E. Charamel LPD: M.B. Choi | PHLP-CRT-023135 | Kris Mortier | Kris Mortier Dep.Vol. 2, 442-449 |
| 1/20/2005 | email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-023137 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 254:23-257:7 |
| 1/27/2005 | | | | | | X | | | | | | X | | | | | | | | HIT: Ryouji Hirai, MTPD: Muramatsu | HDP-CRT00033831 | Noboru Toyama | 170 (Noboru Toyama) |
| 1/28/2005 | n/a | | | | | | | | | | X | | | | | | | | X | THOM: Christian Lissorgues PHS: Rik Dombrecht PHS: Jan De Lombaerde | PHLP-CRT069798: PHLP-CRT069800 | | |
| 2/2/2005 | | | | | X | | | | | | | X | | | | | | | | MTPD: Yoshikawa: Fujita SDI: Jin, Sean: Kim, Ray | MTPD-0235157 | Norio Fujita | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/2/2005 | San Diego | | | | X | | | | | | | X | | | | | | | | MTPD: Yoshikawa, Masakazu | SDI 2nd Supp Interrogatory Responses | | |
| 2/2/2005 | San Diego | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita SDI: Kim, Ray | MTPD-0235157 | Fujita | Fujita II at 326-27 |
| 2/2/2005 | email | | | | | | | | | | X | | | | | | | | | | LPD-NL00249890 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 293:3-301:7 |
| 2/4/2005 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Nishimura, Kazutaka | MTPD-0258403 | Norio Fujita | |
| 2/16/2005 | | X | | | X | | | | | | X | | | | | | | | | CPT: SP Yang CPT: JJ Yeh LPD: JK Jung SDI: Hoon Choi | CHU00735251 CHU00735253 | Jim Kang Jung | 195 |
| 2/16/2005 | Belgium | | | | X | | | | | | X | | | | | | | | X | SDI: Helmut Meinke, SDI: Gabriel Kim; Thomson: Emeric Charamel; Schott: Stefan Georgi; Ekranas: Michael Leipold; Tesla Ecimax: Michael Minka, Tesla Ecimax: Zdenel Stuchlich; BME: Michael Stillmann; LG Philips: Kris Mortier; Wickeder: Bruno Streb; EECA EDIA: Leo Mink, and EECA EDIA: Anne-Marie Leclercq | Samsung 2nd Supplemental Response p 77 | Kris Mortier | Kris Mortier Dep.Vol. 2, 537-550 |
| 2/18/2005 | Hong Kong | | | | | | | | | | X | | | | | | | | X | PHS: A. Huijser, PHS: Y.S. Kwon, PHS: Y.B. Na, PHS: H. Bolhaar, PHS: M. McHugh. LPD: J.I. Son, LPD: P. Van Bommel, LPD: W. Vaartjes and LPD: D.S. Moon. | LPD-NL00228337 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 82:5-94:8 |
| 2/22/2005-2/25/2005 | Malaysia | X | | | X | | | | | X | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0091742 | SK Park | |
| 2/24/2005 | Palm Garden Golf Club, Marriott Hotel, Goongjun | X | | | X | | | | | | X | | | | | | | | | | CHU00647932-940 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 497-500 |
| 2/25/2005-2/26/2005 | | | | | X | | | | | | X | X | | | | | | | | | CHU00030499 & CHU00030499.01E | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 340:25-346:18 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/25/2005 | | X | | | X | | | | | | X | X | X | | | | | | | MTPD - Yasukawa, Tmori, Ohmori Chunghwa - Yang, Chen Thai CRT - Montri, Sirichai LPD - K Lim SDI - Dae Eui Lee, S.K. Park | SDCRT-0091351 | Dae Eui Lee | 299:22-304:1 |
| 3/2/2005 | Malaysia | X | | | X | | | | | | X | | | | | | | | | CPT: VP C.C. Liu CPT: Yvonne Yuan | CHU00608095-105 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 291-292 |
| 3/7/2005 | Email | | | | | | | | | | X | | | | | | | | | | PHLP-CRT-031189 | Kris Mortier | Kris Mortier Dep.Vol. 2, 589-598 |
| 3/15/2005 | | | | X | X | | | | | | X | X | | | | | | | X | | SDCRT-0002998 | | |
| 3/17/2005 | Email | | | | | | | | | | X | | | | | | | | X | | PHLP-CRT-031643 & Attachment PHLP-CRT-031644 | Kris Mortier | Kris Mortier Dep.Vol. 2, 472-477 |
| 3/22/2005 | Amsterdam, Netherlands | | | | X | | | | | | X | | | | | | | | X | | SDCRT-0002984 | | |
| 3/29/2005 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0091616: ESDCRT-0091616 | I.H. Song: Choi | Song: 647, 647E: 359:14-18, 360:3-361:3: Choi: 369:20 |
| 3/29/2005 3/30/2005 | Taiwan: Taoyuan, Chinatrust Landmark Hotel | X | | | X | | | | | | X | | | | | | | | | | CPT: Ling-Yuan Yun CPT: Ling-Yun Cheng CPT: Chih-Chun Liu CPT: Mr. Chiu LPD: Cesar Jung SDI: Hoon Choi | CHU00363404 | Jim Kang Jung | 221 |
| 3/29-30/2005 | | X | | | X | | | | | | X | | | | | | | | | | | SDCRT-0091616 | Hoon Choi | 252:25:00 |
| 4/00/2005 | | | | | X | | | | | | X | | | | | | | | | | Seong Shik Kim (SDI): | SDCRT-0006868 | KC Oh | |
| 4/5/2005 | Email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-027540 | Kris Mortier | Kris Mortier Dep.Vol. 2, 424-428 |
| 4/11/2005 | | | | | X | | | | | | | X | | | | | | | | | Hun Sul Chu (SDI): Yamamoto (MTPD) | SDCRT-0007257 | HS Chu | |
| 4/12/2005 | | | | | | | | | | | | | | | | | | | | | | SDCRT-0091628 | Hoon Choi | 259:19 |
| 4/21/2005 | | | | | X | | | | | | X | | | | | | | | | | | PHLP-CRT-028048 | Kris Mortier | Kris Mortier Dep.Vol. 2, atpp. 477-484 |
| 4/29/2005 | Indonesia | X | | | X | | | | | | X | X | X | | | | | | | | Sung Dae Im (LPD): Joon Yong Park (LPD): Yasukawa (MTPD): Nishimura (MTPD): Yang (CPT): Chen CPT): Montri (Thai CRT): Shirichai (Thai CRT): Dae Oi Lee (SDI): Sung Duk Park (SDI) | SDCRT-0091364 | KC Oh | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/29/2005 to 4/30/2005 | | X | | | | | | | | | X | X | X | | | | | | | CPT: S.J. Yang | CHU00030495 | S.J. Yang | S.J. Yang, Dep. Vol. 3, 357-359 |
| 5/00/2005 | Korea | | | | X | | | | | | X | X | | | | | | | | MTPD: Nishimaru, Kazuhiro SDI: Park, Kevin LPD: Park, Edmond | | Kazuhiro Nishimaru | 101:23-109:23 |
| 5/6/2005 | Email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-033503 & Attachment | Kris Mortier | Kris Mortier Dep.Vol. 1, 285-289 |
| 5/12/2005 | Email | | | | X | | | | | | X | X | | | | | | X | X | | PHLP-CRT-10067 | Kris Mortier | Kris Mortier Dep.Vol. 1, 276-285 |
| 5/25/2005 | | X | | | X | | | | | | X | | | | | | | | | | | SDCRT-009 1643 | SK Park | |
| 5/26/2005 | | | | | | X | | | | | | X | | | | | | | | | MTPD: Iwamota, Murumatsa | MTPD-0479804 | Murumatsa | Murumatsa at |
| 5/30/2005 | | X | | | X | | | | | | X | | | | | | | | | | CPT: J.S. Lu | CHU00607732-735 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 219-221 |
| 5/31/2005 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | | MTPD: Fujita, Norio SDI: Kim, Ray | MTPD-0479837 | Shinichiro Tsuruta: Norio Fujita | Tsuruta: 208:7-221:2: Fujita II at 336-38 |
| 6/3/2005 | | | | | | X | | | | | | | | | | | | | | | HIT: Isao Yoshimi | HDP-CRT00034133 | | |
| 6/9/2005 | Malaysia | X | | | X | | | | | | X | X | X | | | | | | | | MTPD: Yamamoto, Yasuki | MTPD-0517734 | Yamamoto | Yamamoto III at 367-77 |
| 6/9/2005 | Malaysia | X | | | X | | | | | | X | X | X | | | | | | | | | MTPD-0517734 | Yasuki Yamamoto: Shinichiro Tsuruta | Yamamoto: 367:10-377:22 Tsuruta: 406:18-409:1 |
| 6/9/2005 | | X | | | X | | | | | | X | X | X | | | | | | | | SDI - S.K. Park, Dae Eui Lee MTPD - Yasukawa, Tommori, Nishimura, Yamamoto Thai CRT - Montri LPD - Edmond Park Chunghwa - Yang Chen, Jimmy Chen | SDCRT-0091377 | Dae Eui Lee | 304:16-307:5 |
| 6/9/2005-6/10/2005 | Kuala Lumpur | | | | | | | | | | | | | | | | | | | | MTPD: Yasukawa: Tomori: Nishimura: Yamamoto SDI: Lee, D.E.: Park, Kevin LPD: Lim: Park, Edmond CPT: Yang, S.J.: Chen, S.M. Thai-CRT: Damri: Kanet: Montri: Sirichai: Pangsun | MTPD-0517540 | Yasuki Yamamoto | 362:9-367:8 |
| 6/13/2005 | | X | | | X | | | | | | X | | | | | | | | | | CPT: S.P. Yang CPT: JJ Yeh CPT: LY Yun LPD: J.K. Jung LPD: Kenny Han SDI: Hoon Choi | CHU00646730 CHU00646732 | Jim Kang Jung | 224 |
| 6/13/2005 | Email | | | | | | | | | | X | | | | | | | | | | | PNV0007136 & Attachment PNV0007138 | Kris Mortier | Kris Mortier Dep.Vol. 1, 300-306 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/13/2005 | | | | | X | | | | | | X | | | | | | | X | X | EECA: Anne-Marie Leclerq          EDIA: Leo Mink LPD: Felice Albertazzi THOM: Emeric Charamel Sony: Goro Sekiya Sony: Tetsuro Shibasaki  SDI: Helmut Meinke | PHLP-CRT-037126 & Attachments | Kris Mortier | Kris Mortier Dep.Vol. 2, 428-433 |
| 6/17/2005 | Email | | | | | | | | | | X | | | | | | | | | | PHLP-CRT-029020 | Kris Mortier | Kris Mortier Dep.Vol. 1, 292-300 |
| 6/19/2005 | email | | | | | | | | | | | | | | | | | | | LPD: J. Son and LPD: LPD Team PHS: M. McHugh and PHS: PCE team. | PHLP-CRT-064261 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 183:1-189:24 |
| 6/20/2005 | China | | | | | X | | | | | | | | | | | | | X | HIT: Tom Heiser HIT: Hirai Ryouji HIT: Yang Ziming Meachael Bougia | HEDUS-CRT00161054 | | |
| 6/21/2005 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | J.Y. Youn | | J.Y. Youn | 51:18 |
| 6/22/2005 | Email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-06200 & attachment PHLP-CRT-036202 | Kris Mortier | Kris Mortier Dep.Vol. 2, 397- |
| 6/22/2005 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | J.Y. Youn | | J.Y. Youn | 51:22 |
| 6/23/2005 | email | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-038073 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 2, 448:20-492:11 |
| 6/23/2005 | | X | X | X | X | | | | | X | | | X | | | | | | | | CHU00660383 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 461-465 |
| 6/27/2005 | | X | | X | | | | | | X | | | | | | | | | | | CHU00125895 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 216-217 |
| 6/27/2005 | | X | | | | | | | | | | | | | | | | | | J.S. Lu | CHU00125849-858 | J.S. Lu | |
| 6/28/2005 | Taiwan | X | | | X | | | | | | X | | | | | | | | | I.H. Song: SK Park | | I.H. Song | 368:13-369:13 |
| 6/29/2005 | Email | | | | X | | | | | | X | X | | | | | | X | X | | PHLP-CRT-035894 & PPT Attachment | Kris Mortier | Kris Mortier Dep.Vol. 1, 306-318 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/30/2005 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Yamamoto | MTPD-0479738; MTPD-0479739 | Yamamoto | Yamamoto III at 377-91 |
| 7/1/2005 | | X | | X | X | X | X | X | | | X | | X | | | | | X | X | | CHU00125257 | | |
| 7/4/2005 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0091656E | I.H. Song | 367:3-24 |
| 7/4/2005 | n/a | | | | | | | | | X | | | | | | | | X | X | PHS: Rik Dombrecht PHS: Jan De Lombaerde | PHLP-CRT-062325; PHLP-CRT-062493 | | |
| 7/11/2005 | Amsterdam | | X | | | | | | | | X | | | | | | | | | PHS: A. Huijser, PHS: Y.S. Kwon, PHS: M. McHugh, PHS: Y.B. Na and PHS: H. Olde Bolhaar. LPD: J.I. Son, LPD: P. vanBommel, LPD: W. Vaartjes, LPD: S.D. Han and LPD: D.S. Moon. | LPD-NL00263838 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 94:14-100:14 |
| 7/12/2005 | | | | | X | | | | | | X | | | | | | | | | | LPD NL00214835 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 301:9-306:5 |
| 7/19/2005 | | | | | | | | | | | X | X | | | | | | | | MTPD: Tsuruta, Shinichiro LPD: Kang | MTPD-0403729 | Shinichiro Tsuruta | 431:12-436:3 |
| 7/22/2005 | | X | | | X | | | | | | X | | | | | | | | | | SDCRT-0091668 | I.H. Song | 364:20-367:1 |
| 8/00/2005 | Thailand | | | | X | | | | | | X | X | | | | | | | | MTPD: Nishimaru, Kazuhiro: Yamamoto, Yasuki SDI: Park, Kevin LPD: Park, Edmond | | Kazuhiro Nishimaru | 101:23-102:3; 137:1-143:5 |
| 8/00/2005 | Bangkok, Thailand | X | | | X | | | | | | X | X | X | | | | | | | | MTPD: Nishimaru, Kazuhiro: Yamamoto, Yasuki: Tomori, Yasukawa Thai-CRT: Montri LPD: Park, Edmond SDI: Park, Kevin | | Kazuhiro Nishimaru | 145:15-148:24; 213:6-215:20 |
| 8/1/2005 | Thailand | X | | | X | | | | | | X | X | X | | | | | | | | MTPD: Nishimaru | MTPD-0400553 | Nishimaru | Nishimaru II at 332-37 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/3/2005 | n/a | | | | | | | | | | X | | | | | | | | X | LPD: Felice Albertazzi LPD: MB Choi THOM: Christian Lissorgues | PHLP-CRT-037654; PHLP-CRT-037940 | | |
| 8/5/2005 | | X | | | X | | | | | | X | X | X | | | | | | | | MTPD-0400553 | Kazuhiro Nishimaru | 332:9-341:4 |
| 8/18/2005 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio SDI: Kim, Ray | MTPD-0303225 | Shinichiro Tsuruta; Norio Fujita | Tsuruta: 235:15-244:9 |
| 8/18/2005 | phone call | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita; SDI: Kim, Ray | MTPD-0303225 | Fujita, Tsuruta | Fujita III at 353-55, Tsuruta II at 235-39 |
| 8/19/2005 | | X | | | X | | | | | | X | X | X | | | | | | | | | MTPD-0518803 | | |
| 8/31/2005 | email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-007921 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 308:12-313:15 |
| 9/00/2005 | | X | | | X | | | | | X | | | | | | | | | | | SDCRT-0091687 | J.I. Lee | |
| 9/3/2005 | | | | | X | | | | | | X | | | | | | | | | | SDCRT-0007609 | KC Oh | |
| 9/3/2005 | China | | | | X | | | | | | X | | | | | | | | | SDI - SK Sung; LPD - Yang | SDI rog responses | SK Sung | 148:4-149:15 |
| 9/5/2005 | | X | | | X | | | | | | X | X | X | | | | | | | | Thai-CRT: Mahaplerkpong, Montri: Rujirat, M., K. Pongsun, Sirichai, S. MTPD: Yamamoto, Yasuki: Nishimaru, Kazuhiro: Nishimura, Kazutaka; Omori, Masaru: Tomori, Yasuaki CPT: Yang, S.J. LPD: Lim S.D.: Edmond SDI: Lee, D.E.: Park, Kevin | MTPD-0622464 | Kazuhiro Nishimaru | 314:24-318:7 |
| 9/9/2005 | email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-008353 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 2, 405:1-410:15 |
| 9/20/2005 | U.S. | | | | X | | | | | | | | | | | | | | X | SDI: K.C. Oh THOM: Alonso Pando THOM: Li Yuguo THOM: ES Shuy THOM: Michael Bourgerie | SDCRT-0016638 | | |
| 9/21/2005 | email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-010256 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. 127:16-152:1: 284:25-291:2 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/22/2005 | Jakarta | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Yasakawa, Chen, Hwang-Yun (Henry)<br>TCRT: Chen, Mu-Lin (Jimmy) | MTPD-0479726 | | |
| 9/28/2005 - 9/29/2005 | | X | | | X | | | | | | X | | | | | | | | | CPT: LY Yun<br>CPT: JS Kim<br>LPD: Simon Lee<br>LPD: JK Jung<br>LPD: Kenny Han<br>SDI: John Ha | CHU00014223 | Jim Kang Jung | 241 |
| 9/29/2005 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Tanaka | MTPD-0479721 | Nishiyama | Nishiyama II at 291-300 |
| 9/29/2005 | email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-038897 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 313:16-316:10 |
| 10/21/2005 | Taiwan | X | | | X | | | | | | X | X | X | | | | | | | | MTPD-0479728 | Kazuhiro Nishimaru | 318:12-326:6 |
| 10/21/2005 | Taiwan | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Nishiyama, Nishimaru<br>MTPD: Mr. Yasukawa<br>MTPD: Mr. Tomori<br>MTPD: Mr. Nishimura<br>MTPD: Mr. Yamamoto<br>MTPD: Mr. Omori<br>SDI: Mr. D.E. Lee<br>SDI: Mr. Kevin Park<br>LG: Mr. Lim<br>LG: Mr. Edmond Park<br>LG: Mr. Ian Song<br>CPT: Mr. S.J. Yang<br>CPT: Mr. Jimmy Chen<br>T-CRT: Mr. Montri<br>T-CRT: Mr. Sirichai<br>T-CRT: Mr. Pongsun | MTPD-0479728 | Nishiyama, Nishimaru | Nishiyama II at 367-69, Nishimaru II at 318-26 |
| 10/25/2005 | email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-039666 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 2, 501:9-505:2 |
| 11/00/2005 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Nishimaru, Kazuhiro<br>SDI: Park, Kevin<br>LPD: Park, Edmond | | Kazuhiro Nishimaru | 101:23-102:3; 216:8-235:13 |
| 11/1/2005 | LPD | | | | X | | | | | | X | X | | | | | | | | MTPD: Nishimaru | | Nishimaru | Nishimaru II at 216-31 |
| 11/2/2005 | Taipei | X | | | X | | | | | | X | | | | | | | | | CPT: J.S. Lu<br>CPT: Lin<br>LPD-Taipei President Han<br>SDI-Taipei President Song | CHU00014218 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 206-209 |
| 11/21/2005 | | X | X | | X | | | | | | X | X | | | | | | | | CPT: J.S. Lu<br>SDI: Mr. S.K. Park<br>SDI: Mr. Sam Song<br>LPD: Mr. S.K. Lee<br>LPD: Mr. Hang | CHU00014227-229 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 242-247 |
| 11/30/2005 | U.S. (California) | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Norio<br>SDI: Kim, Ray | MTPD-0291761 | Yasuki Yamamoto; Norio Fujita | Yamamoto: 478:6-481:19 |
| 12/1/2005 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Tsuruta, Shinichiro | MTPD-0297131 | Norio Fujita | |
| 12/2/2005 | | | | | X | | | | | | | X | | | | | | | | MTPD: Fujita, Shibata<br>SDI: Kim, Ray | MTPD-0291761 | Yamamoto, Fujita | Yamamoto III at 478-81, Fujita III at 359-63 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/12/2005 | Korea | | | | X | | | | | | X | X | | | | | | | X | MTPD: Yamamoto, Yasuki: Kawano, Tomoyuki: Tanaka, Yasuo | MTPD-0410018: MTPD-0410020 | Yasuki Yamamoto | 392:16-404:5, 392, 399 |
| 12/14/2005 | email | | | | X | | | | | | X | | | | | | | | | | PHLP-CRT-005669 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 316:12-312:20 |
| 12/15/2005 | Korea | | | | X | | | | | | X | X | | | | | | | | MTPD: Yamamoto, Tsuruta, Fujita | MTPD-0410018: MTPD-0410020: MTPD-0521744: TSB-CRT-00041620 | Yamamoto, Fujita | Yamamoto III at 392-404, Fujita III at 364-70 |
| 12/20/2005 | Taoyuan | X | | | X | | | | | | X | | | | | | | | | | CPT: J.S. Lu | CHU00014232 | J.S. Lu | J.S. Lu, Dep. Vol. 2, 217-219 |
| 12/20/2005-12/23/2005 | Taiwan | X | X | X | X | | | | | X | | | | | | | | | | | Sang Kyu Park (SDI) | SDCRT-0091852 | SK Park | |
| Late 2005 | | X | X | | X | | | | | | | | | | | | | | | | Jae In Lee (SDI) | SDC RT-009 1692 | J.I. Lee | |
| 3/00/2006 | Singapore | | | | X | | | | | | X | X | | | | | | | | | MTPD: Nishimaru, Kazuhiro LPD: Park, Edmond | | Kazuhiro Nishimaru | 101:23-102:3: 243:9-247:7 |
| 3/00/2006 | Singapore | X | | | X | | | | | | X | X | X | | | | | | | | MTPD: Nishimaru, Kazuhiro: Tomori: Yasukawa Thai-CRT: Montri | | Kazuhiro Nishimaru | 238:11-243:8 |
| 3/1/2006 | | | | | X | | | | | | X | X | | | | | | | | | MTPD: Nishimaru | | Nishimaru | Nishimaru II at 243-48 |
| 3/1/2006 | | | | | X | | | | | | | X | | | | | | | | | | MTPD-0504767: MTPD-0504768 | Tobinaga, Kinoshita | Tobinaga I at 100-01, Kinoshita I at 169-81 |
| 3/9/2006 | Singapore Marriott | X | | | X | | | | | | X | X | X | | | | | | | | CPT: Yang: Jimmy LPD: Lim, S.D. SDI: Jaya Thai-CRT: Montri MTPD: Yasukawa: Nishimaru: Tomori | MTPD-0479732: CHU00030458 | Shinichiro Tsuruta | 276:4-297:21 |
| 3/10/2006 | Singapore | X | | | X | | | | | | X | X | X | | | | | | | | MTPD: Nishimaru,Yakazowa | MTPD-0400555 | Nishiyama, Nishimaru | Nishiyama III at 452-58, Nishimaru II at 239-43 |
| 3/13/2006 | | X | | | X | | | | | | X | | | | | | | | | | | SDCRT-0091715E | I.H. Song | 362:19-364:9 |
| 3/14/2006 | | | | | X | | | | | | X | | | | | | | | | | | CHU00014215E & CHU00014215 | Wiebo Jan Vaartjes | Wiebo Jan Vaartjes Dep. Vol. 1, 321:22-330:7 |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/22/2006 | n/a | | | | X | | | | | | | | | | | | | | X | SDI: Woongrae Kim<br>SDI: Mr. Seong<br>THOM: Jack Brunk | SDCRT-0007240 | | |
| 3/31/2006 | n/a | X | | | X | | | | | | | X | X | | | X | X | | | X | MTPD: Tsuruta Shinichiro | MTPD-0479599 | | |
| 4/26/2006 | | | | | X | | | | | | | | X | | | | | | | | Hun Sul Chu (SDI): Sanogawaya (MTPD) | SDCRT-0007261 | HS Chu | |
| 5/19/2006 | n/a | X | | X | X | | | | | | | X | X | | | X | X | | | | MTPD: Tsuruta Shinichiro | MTPD-0468623 | Hirokazu Nishiyama 30(b)(6) 124: Nishiyama 125, 232, 243, 265: Nishiyama: Tatsuo Tobinaga 30(b)(6) | Nishiyama 30(b)(6) 124: Nishiyama 125, 232, 243, 265: Tobinaga 30(b)(6) 125, 235 |
| 6/00/2006 | | | X | | X | | | | | X | | X | | | | | | | | X | | SDCRT-0005949 | KC Oh | |
| 6/00/2006 | Osaka, Japan | | | | X | | | | | | | X | X | | | | | | | | MTPD: Nishimaru, Kazuhiro<br>LPD: Park, Edmond<br>SDI: Park, Kevin | | Kazuhiro Nishimaru | 101:23-102:3: 250:7-251:17 |
| 6/1/2006 | | | | | X | | | | | | | X | X | | | | | | | | | | Nishimaru | Nishimaru II at 329-31 |
| 6/1/2006 | Osaka | | | | X | | | | | | | X | X | | | | | | | | | MTPD-047968I | Nishimaru | Nishimaru II at 341-47 |
| 6/5/2006 | | | | | X | | | | | | | X | X | | | | | | | X | MTPD: Tsuruta Shinichiro<br>MTPD: Komori<br>MTPD: Nishimura | MTPD-0479681 | Shinichiro Tsuruta: Kazuhiro Nishimaru | Tsuruta 62, 80, 96: Nishimaru 341 |
| 6/12/2006 | | | | | | | | | | | | X | X | | | | | | | | MTPD: Tsuruta<br>LPD: Park, Edmond (SBI Manager, Strategy Business intelligence)<br>LPD: Qian, Philip (Assistant Manager)<br>SDI: Lee, Mokyung (Assistant Manager, Marketing Team)<br>MTPD: Ueda, TL<br>MTPD: Nishimaru, SA<br>MTPD: Kitamura, SJ<br>MTPD: Komori SJ, | MTPD-0094874 | Iwamoto, Shinichi | |
| 6/19/2006 | | | | | X | | | | | | | X | X | | | | | | | | LPD: Edmund Park<br>LDP: Philip Qian<br>SDI: Mokyung Lee<br>MTPD: Ueda TL<br>MTPD: Nishimaru SA<br>MTPD: Kitamura SJ<br>MTPD: Komori SJ | MTPD-0479668, MTPD-0479669, MTPD-0479670 | | |
| 6/19/2006 | | | | | X | | | | | | | X | X | | | | | | | | LPD: Park, Edmond: Qian, Philip<br>SDI: Lee, Bokyung<br>MTPD: Ueda: Nishimaru: Kitamura: Kobayashi: Tsuruta | MTPD-0094874 | Kazuhiro Nishimaru: Shinichiro Tsuruta | Nishimaru: 326:20-331:20 Tsuruta: 399:10-405:23 |
| 6/19/2006 | | X | | X | X | X | | | | | | X | X | | | X | X | | | X | LPD: Edmond Park<br>LPD: Philip Qian<br>SDI: Bokyung Lee<br>MTPD: TL Ueda<br>MTPD: Sa Nishimaru<br>MTPD: SJ Kitamura<br>MTPD: SJ Komori<br>MTPD: Tsuruta | MTPD-0479670 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/6/2006 | China | | | | X | | | | | | X | | | | | | | | | SDI - SK Sung: LPD - Choi | SDI rog responses | SK Sung | 149:25-150:10 |
| 7/7/2006 | | | | | X | | | | | | | X | | | | | | | | Hun Sul Chu (SDI): Nishimura (MTPD) | SDCRT-0091901 | HS Chu | |
| 7/21/2006 | | | | | X | | | | | | X | X | | | | | | | X | SDI: Sa Woon K SDI: Mi Kim S SDI: Kyu Seok Park D. THOM: Mr. Xin Feng | SDCRT-0091871 | | |
| 9/5/2006 | | X | | | X | | | | | | X | X | X | | | | | | | MTPD: Yasukawa, Kinoshita | MTPD-0479714: CHU00030449: PHLP-CRT-089987: MTPD-0533137 | Nishiyama, Sanogawaya | Nishiyama III at 397-403, Sanogawaya II at 297-301 |
| 9/5/2006 9/6/2006 | Hotel Equatorial, Kuala Lampur, Malaysia | X | | X | X | | | | | | X | X | X | | | | | | | CPT: S.J. Yang CPT: Jimmy Chen | CHU00030449-457 | S.J. Yang | S.J. Yang, Dep. Vol. 2, 278-299 Dep. Vol. 3 359-362 |
| 10/11/2006 | Email | | | | X | X | | | | | | | | | | | | | | HIT: Kumazawa SDI: C.W. Lee | HTP-CRT00056159 | Yuuichi Kumazawa | 244:1-11 (Yuuichi Kumazawa) |
| 10/24/2006 | Tenchi Shunsen Yakichi, Akihabara, Washington Hotel Restaurant | | | | X | X | | | | | | | | | | | | | | HIT: Kumazawa, Ito SDI: C.W. Lee | HTP-CRT00056159 | Yuuichi Kumazawa Nobuhiko Kobayashi | 245:12-23 (Yuuichi Kumazawa) 451 (Nobuhiko Kobayashi) |
| 10/24/2006 | Tenchi Shunsen Yakichi, Akihabara, Washington Hotel Restaurant, Tokyo, Japan | | | | X | X | | | | | | | | | | | | | | HIT: Nobuaki Itou SDI: CW Lee | HDP-CRT00056218 | | |
| 11/14/2006 | | | | | X | | | | | | | | | | | | | | X | THOM: Petriat THOM: Emeric Charamel SDI: Meinke SDI: Jung Hwan Suh | SDCRT-0091875 | | |
| 11/21/2006 | Huaxia Hotel, Shanghai, China | | | | X | X | | | | | X | | | X | X | | | | X | BMCC: Wenchiang Fan, Heng Zheng Guang Ze, Dalin Li, Yongchun Chi, Liman Lu, Hai Huang IRI: Xiaolin Shen HIT: Guojun Yang, Jianmin Huang, Peng Guo | CHU00102752 | | |
| 11/21/2006 | | | | | X | X | | | | | X | | | X | | | | | X | LGP: Joel Garbi SDI: Francisco Mario SDI: Min Kyu Suh second meeting: | SDCRT-0091855 | | |
| 1/23/2007 | China | X | | | X | X | | | | | X | | | X | | | | | X | | CHU00033243 | | |
| 1/23/2007 | Tang Paradise Hotel, Xi'an, China | | X | | | X | | | | | | | | X | | | | | X | | CHU00033243, CHU00047657, CHU00047658, CHU00047663, SDCRT- | | |
| 2/7/2007 | | X | | | X | | | | | | X | X | | | | | | | | | MTPD-0543148 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/17/2007-2/18/2007 | | X | | | X | | | | | | X | X | | | | | | | | CPT: Sheng-Jen<br>CPT: Mr. Yang<br>CPT: Mu-Lin Chen | CHU00030437 | Pil Jae Lee | 254 |
| 3/00/2007 | Mexico | | | X | X | | | | | | | | | | | | | | | John Choi (OEC); KC Oh (SDI) | SDCRT-0031594 | KC Oh | |
| 3/6/2007 | | | | X | | | | | | | | | | | | | | | | KC Oh (SDI) | SDCRT-0031662 | KC Oh | |
| 3/8/2007 | | X | | | X | | | | | | | | | | | | | | | Tae Gyun Oh (SDI), Chen Lishan (SDI): Li Huabin (SDI): Bruce Liu (CPT); Mark Lin (CPT) | SDCRT-0139342 | J.I. Lee | |
| 3/14/2007 | | | X | | X | | | | | | | | | | | | | | | Jeong Yun Shin (SDI) | SDCRT-0031662 | KC Oh | |
| 3/14/2007 3/17/2007 | Fujian Intercontinental Hotel, Fuzhou, China | | X | | X | | | | | | X | | | X | X | | | | X | first meeting:<br>BMCC: Huang Hai<br>HIT: Guo Peng<br>CPT: Hu Mei-Fang<br>LPD: Yu Jiangnan<br>SDI: Park Kyu, Kim, Kim Jung Kil<br>THOM: Xin Peng, Wang Zhiwei<br><br>second meeting:<br>BMCC: Huang Hai<br>HIT: Guo Peng: CPT: Hu Mei-Fang<br>LPD: Yu Jiangnan<br>Samsung SDI:Park Kyu, Kim , Kim Jung Kil<br>THOM: Xin Peng, Wang Zhiwei<br>SEG Samsung: Wang Dong, Liang Zhehan | BMCC-CRT000002761, BMCC-CRT000002762, CHU00032940, CHU00032948, CHU00045142, CHU00045143, CHU00046291, CHU00046340, CHU00046354, CHU00046887, CHU00046888, CHU00665186, CHU00665187, CHU00734335, CHU00734336, CHU00734338, CHU00734342, CHU00734344, CHU00734345, CHU00734772 | | |
| 3/15/2007 -3/16/2007 | Fujian, China | X | X | | X | X | | | | | X | | | X | X | | | | X | THOM: Xin Peng<br>THOM: Wang Zhiwei | CHU00734336: CHU00032940 | | |
| 3/26/2007 | China | | | | X | | | | | | X | | | | | | | | | SDI - SK Sung: LPD - JM Park | SDI rog responses | SK Sung | 150:12-150:25 |
| 4/1/2007 | | | X | | | | | | | | | X | | | | | | | | Hun Sul Chu (SDI): | SDCRT-0189859 | HS Chu | |
| 4/6/2007 | | X | | X | X | X | | X | | | X | X | X | | X | X | | X | | LPD: DC Ryu | LGE00067201 LGE00067202 | Duk Chul Ryu | 247 |
| 4/19/2007 | | | | | X | | | | | | | | | | | X | | | | Mikami (Sharp): Takashima (Sharp): D.E. Lee (SDI) | SDCRT-0141398 | J.I. Lee | |
| 4/27/2007 | | | | | X | | | | | | | X | | | | | | | | MTPD: Sanogawaya | MTPD-0438871 | Sanogawaya | Sanogawaya III at 425-31 |
| 6/1/2007 | China: Qingdao, Aizunke Hotel | | | | X | X | | | | | X | | | X | | | | | X | BMCC: Huang, Hai: Chi, Qi-Chang<br>HIT: Guo, Peng<br>LPD: Yu, Jang-Nan<br>SDI: Park, Guixi: Kim, Mei<br>THOM: Xin, Peng | CHU00082287 | | |
| 7/5/2007 | Dongguan, China | | | | X | X | | | | | | | | X | X | | | | X | BMCC: Chen, Xi: Li, Dalin<br>IRI: Wang, Ximin<br>SDI: Sung, SK<br>HIT: Wang, Yufeng | BMCC-CRT000105586, CHU00734728, SDCRT-0105131 | | |

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/5/2007 | China | | | | X | X | | | | | X | | | X | X | | | | X | SDI - SK Sung, ES Hwang, Yun Xie, Mei Jin; Thomson - Saurahb Dhoot, Kumar Neeraj, Prakash Rajeev, Xiangjie Yang, Xhiye Huang, Yongjie Zhu, Peng Xin, Zhiwei Wang, Shanshan Wu; BMCC - Xi Chen, Dalin Li, Hai Huang; Hitachi - Guojun Yang, Yufeng Wang, Ying Dai, Peng Guo; LPD - Jianzhong Sheng, Tao Jiang, Minghui Xu, Jiangnan Yu, Changqi Jin, Yaping Yang, Jing Fang; Irlco - Ximin Wang, Zhengrong Yuan | SDCRT-0105131 | | |
| 7/7/2007 | San Diego | | | | X | | | | | | X | | | | | | | | | Woong Rae Kim: KC Oh (SDI): Quinn Choi (LPD): | SDCRT-0007615 | KC Oh | |
| 7/12/2007 | | | | | X | | | | | | X | | | | | | | | | Jae In Lee (SDI): Dong Hoon Lee (SDI): Kee Choi (SDI): | SDCRT-0170843 | KC Oh | |
| 7/12/2007 | | | | | X | | | | | | X | | | | | | | | | SDI - DH Lee, Kee Choi: LPD - JM Park, KY Ko, SK Lee | SDCRT-0170843 | | |
| 7/16/2007 | | | | | X | | | | | | X | X | | | | | | | | SDI - DE Lee | SDCRT-0081019 | | |
| 8/6/2007 | Korea | | | | X | | | | | | X | | | | | | | | | SDI - DH Lee: LPD - JU Park | SDCRT-0198856 | | |
| 8/6/2007 | China | X | | | | | | | | | X | | | | | | | | | SDI - SK Sung: LPD - Park, CK Kim | SDI rog responses; SDCRT-0198856 | SK Sung | 120:7-134:3 |
| 9/3/2007 | San Diego | | | | X | | | | | | X | | | | | | | | | Woong Rae Kim: KC Oh (SDI): Quinn Choi (LPD): | SDCRT-0199834 | KC Oh | |
| 9/11/2007 | | X | X | | X | | | | | | X | | | | | | | | | LPD: DC Ryu | LGE00086914 | Duk Chul Ryu | 275 |
| 9/11/2007 | China | | | | X | | | | | | X | | | | | | | | | SDI - SK Sung | SDCRT-0110475 | | |
| 9/12/2007 | Yeouido | | | | X | | | | | | X | | | | | | | | | | SDCRT-0160057 | Hoon Choi | 278:2 |
| 9/12/2007 | Yeouido | | | | X | | | | | | X | | | | | | | | | | | Hoon Choi | 278:2 |
| 10/12/2007 | | | | | X | | | | | | X | | | | | | | | | Hun Sul Chu (LPD): Lee (LPD) | SDCRT-0185053 | HS Chu | |
| 11/00/2007 | | | | | | | | | | | | | | | | | | | | | SDCRT-0180438 | H.S. Chu | |
| 11/2/2007 | China | X | | | X | | | | | | X | | | | | | | | | SDI - IH Oh, JH Jung, TG Oh, SM Nam, Chen Lishan | SDCRT-0139342 | | |
| 11/2/2007 | | X | | | X | | | | | | | | | | | | | | | Tae Gyun Oh (SDI), Chen Lishan (SDI): Ik Hwan Oh (SDI): Jae Hwan Jung (SDI): Seong Meen Nam (SDI): Bruce Liu (CPT): Mark Lin (CPT): Jason Lu (CPT) | SDCRT-0139342 | J.I. Lee | |
| 11/13/2007 | | X | | | X | | | | | | X | | | | | | | | | | LGE00080007 | Duk Chul Ryu | 280 |
| 3/22/0000 | | | | | X | | | | | | X | X | | | | | | | | MTPD: Tanaka: Nishimura | MTPD-0419572 | Kazuhiro Nishimaru; Kazutaka Nishimura | Nishimaru: 443:7-456:8 |

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/20/200 | | X | X | X | X | | | | | X | | | X | | | | | | | CPT: Liu (Director)<br>CPT: Yang (Senior Manager)<br>LG: Choi, S. Y.<br>LG: Park, K.J.<br>OEC: Cho, H.K.<br>OEC: Lee, H.S.<br>OEC: Min, Karl<br>OEC: Lim, Jerry<br>PHS: Smith, Jim<br>SDI: Kim, Inn<br>SDI: Lee, K.H.<br>SDI: Park, S.K.<br>SDI: Son, Michael<br>T-CRT: Thanasak<br>T-CRT: Sirichai | CHU00031010 & CHU0003101.01E | Jim Smith | Jim Smith Dep. Vol. 1, 168-173 |
| 9/7/0000 to 9/8/0000 | | X | X | X | X | | | | | | | | X | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Inn Kim<br>SDD: Mr. K.H. Lee<br>SDD: Mr. D.H. Lee<br>SDD: Mr. D.E. Lee<br>SDD: Mr. Son<br>LG: Mr. Choi<br>LG: Mr. C.G. Kim<br>LG: Mr. P.Y. Jeong<br>LG: Mr. Y.I. Jeong<br>LG: Mr. D.E. Lee<br>Orion: Mr. H.C. Moon<br>Orion: Mr. B.L. Jeong<br>Orion: Mr. Karl Min<br>Orion: Mr. H.S. Oh<br>TCRT: Mr. Thanasak Chaiyavech | CHU0002923-927 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 436-446 |
| | | X | X | X | X | | | | | X | | | | | | | | | | | CHU00060408-418 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 323-327 |
| | | X | X | X | X | | | | | | | | | | | | | | | CPT: S.J. Yang<br>CPT: C.C. Liu<br>CPT: Michael Du<br>LG: Mr. Park<br>LG: Mr. Yeu<br>LG: Mr. Kim | CHU00028889-892 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 134-139 |
| Unknown | | X | X | X | X | | | | | X | X | | | | | | | | | CPT: C.C. Liu | CHU00031194-201 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 267-274<br>Dep. Vol. 3, 399-401 |
| Unknown | | X | X | X | | | X | | | | X | | | | | | | | | CPT: C.C. Liu | CHU00031209-213 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 274-275 |
| Unknown | | | | | X | | | | | | | X | | | | | | | | MTPD: Nishimura, Kazutaka<br>SDI: Osaka representative | MTPD-0426042 | Kazutaka Nishimura | |
| unknown | email | | | | X | | | | | X | X | | | | | | | | | | SD-CRT-0002562 & SD-CRT-00002562E | Joseph Killen | Joseph Killen Dep. 118:1-127:20 |
| unknown | email | | | | X | | | | | X | X | | | | | | | | | | SDCRT-002582 | Joseph Killen | Joseph Killen Dep. 148:20-159:6 |
| unknown | email | | | | | | | | | X | X | | | | | | | | | | PHLP-CRT-082771 | Joseph Killen | Joseph Killen Dep. 231:25-234:15 |
| unknown | Powerpoint | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-009599 | Kris Mortier | Kris Mortier Dep.Vol. 1, 289-292 |

HIGHLY CONFIDENTIAL

EXHIBIT A

| MEETING DATE | LOCATION | CPT | LG | OEC/DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| unknown | | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-015909 | Kris Mortier | Kris Mortier Dep.Vol. 2, 458-464 |
| unknown | | | | | X | | | | | | X | | | | | | | | X | | PHLP-CRT-035906 & attachment PHLP-CRT-035907 | Kris Mortier | Kris Mortier Dep.Vol. 2, 484-492 |
| Unknown | | X | | | X | | | | | | X | | | | | | | | | LPD: Mr. Lee | n/a | Jim Kang Jung | 88 |
| Unknown | | X | X | | X | | | | | | | | | | | | | | | | n/a | Duk Chul Ryu | 170-173 |
| Unknown | | X | X | | X | | | | | | | | | | | | | | | | n/a | Duk Chul Ryu | 184 |
| Unknown | | | | | | | X | | | | | | | | | | | | X | MEC: Hirokazu Nishiyama | | Hirokazu Nishiyama | 76, 98-100 |
| Unknown | U.S. | | | | | | | | | X | | | | | | | | | X | PHS: Joe Killen | | Pat Canavan | 112-130, 194 |
| Unknown | | | | | | | | | | | | | | | | | | | X | | TDA00355 | | |
| Unknown | | X | | X | X | | | | | | X | | | | | | | | X | | CHU00022689 | | |

# Exhibit 77

Guido Saveri (22349)
       *guido@saveri.com*
R. Alexander Saveri (173102)
       *rick@saveri.com*
Geoffrey C. Rushing (126910)
       *grushing@saveri.com*
Cadio Zirpoli (179108)
       *cadio@saveri.com*
Matthew D. Heaphy (227224)
       *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917 |
| This Document Relates To:<br><br>*ALL DIRECT PURCHASER ACTIONS* | **DIRECT PURCHASER PLAINTIFFS' SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S FIRST SET OF INTERROGATORIES TO DIRECT PURCHASER PLAINTIFFS** |

| | |
|---|---|
| PROPOUNDING PARTIES: | IRICO GROUP CORP.; IRICO DISPLAY DEVICES CO., LTD. |
| | |
| RESPONDING PARTIES: | ARCH ELECTRONICS, INC.; CRAGO, D/B/A DASH COMPUTERS, INC.; MEIJER, INC.; MEIJER DISTRIBUTION, INC.; NATHAN MUCHNICK, INC.; PRINCETON DISPLAY TECHNOLOGIES, INC.; RADIO & TV EQUIPMENT, INC.; STUDIO SPECTRUM, INC.; WETTSTEIN AND SONS, INC. D/B/A WETTSTEIN'S |
| | |
| SET NO.: | ONE |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Direct Purchaser Plaintiffs Arch Electronics, Inc.; Crago, d/b/a Dash Computers, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; Nathan Muchnick, Inc.; Princeton Display Technologies, Inc.; Radio & TV Equipment, Inc.; Studio Spectrum, Inc.; and Wettstein and Sons, Inc. d/b/a Wettstein's (together, "Plaintiffs"), by their attorneys, hereby provide the following objections to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Interrogatories to Direct Purchaser Plaintiffs (the "Interrogatories") as follows:

## **GENERAL OBJECTIONS**

Each of the following objections is incorporated by reference into each of the responses herein:

1.      Plaintiffs and their counsel have not completed their (1) investigation of the facts relating to this case, (2) discovery in this action, or (3) preparation for trial. The following responses are therefore based upon information known at this time and are provided without prejudice to Plaintiffs' right to supplement these responses prior to trial or to produce evidence based on subsequently discovered information. Likewise, Plaintiffs' responses are based upon, and therefore limited by, Plaintiffs' present knowledge and recollection, and consequently, Plaintiffs reserve the right to make any changes to these responses if it appears at any time that inadvertent errors or omissions have been made.

2.      Plaintiffs generally object to the Interrogatories, including the Instructions and Definitions, on the ground that they purport to enlarge, expand or alter in any way the plain

meaning and scope of any interrogatory or to impose any obligations on Plaintiffs' responses in excess of those required by the Federal Rules of Civil Procedure. Plaintiffs will respond to these Interrogatories in accordance with their understanding of the obligations imposed by the Federal Rules of Civil Procedure.

3.     Plaintiffs object to the Interrogatories, including the Instructions and Definitions, on the ground that the information sought is protected by the attorney-client privilege, the attorney work product doctrine, the settlement privilege, the mediation privilege or is otherwise privileged and/or immune from discovery. By responding to these Interrogatories, Plaintiffs do not waive, intentionally or otherwise, any attorney-client privilege, any settlement privilege, any mediation privilege, attorney work-product or any other privilege, immunity or other protection that may be asserted to protect any information from disclosure. Accordingly, any response or production of documents or disclosure of information inconsistent with the foregoing is wholly inadvertent and shall not constitute a waiver of any such privilege, immunity or other applicable protection.

4.     Plaintiffs object to these Interrogatories on the ground that they are compound, conjunctive or disjunctive.

5.     Plaintiffs object to the Interrogatories on the ground that they duplicate other requests, in whole or in part, made in MDL No. 1917 in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (Dkt. 1128). Plaintiffs will not reproduce any material that has been previously produced by another party to MDL No. 1917. *See* Case Management Order, 2 (Feb. 16, 2021) (Dkt. 5907).

6.     Plaintiffs object to the Interrogatories on the ground that they are overly broad and unduly burdensome.

7.     Plaintiffs object to the Interrogatories on the ground that they are vague, ambiguous, redundant, harassing or oppressive.

8.     Plaintiffs object to the Interrogatories on the ground that they require Plaintiffs to draw legal conclusions.

9.     Plaintiffs object to the Interrogatories on the ground that the information requested is neither relevant nor proportional to the needs of the case.

10.    Plaintiffs object to the Interrogatories on the ground that they, or any portion of them, seek production of any information within the possession, custody, or control of any Defendant, or of publicly available information such that the information is obtainable from some other source that is more convenient, less burdensome or less expensive, or the production of the information will impose undue burden, inconvenience, or expense upon Plaintiffs.

11.    Plaintiffs reserve the right to modify their allegations based on additional discovery, additional analysis of existing discovery, discovery not yet completed and/or expert discovery, and Plaintiffs reserve the right to supplement and/or delete the responses given in light of further evidence and further analysis of present and subsequently acquired evidence.

12.    In addition, in accordance with the Federal Rules of Civil Procedure, Plaintiffs reserve the right to introduce evidence not yet identified herein supporting Plaintiffs' allegations, including evidence that Plaintiffs expect to further develop through the course of discovery and expert analysis.

13.    In providing responses to the Interrogatories, Plaintiffs reserve all objections as to competency, relevance, materiality, privilege, or admissibility as evidence in any subsequent proceeding in, or trial of, this or any other action for any purpose whatsoever.

14.    No incidental or implied admissions are intended in these responses. Plaintiffs' response to all or any part of any interrogatory should not be taken as an admission that: (a) Plaintiffs accept or admit the existence of any fact(s) set forth or assumed by the interrogatory; or (b) Plaintiffs have in their possession, custody or control documents or information responsive to that interrogatory; or (c) documents or information responsive to that interrogatory exist. Plaintiffs' response to all or any part of an interrogatory also is not intended to be, and shall not be, a waiver by Plaintiffs of all or any part of its objection(s) to that interrogatory.

15.    Plaintiffs object to the Interrogatories on the ground that the cumulative requests by Defendants and Co-Conspirators in this litigation exceed the permissible number set forth in the Federal Rules.

## **OBJECTIONS TO CERTAIN DEFINITIONS AND INSTRUCTIONS**

1.    Plaintiffs object to the definition of "Claim Form(s)" on the grounds that the term

"or similar forms approved by the Court and sent to or otherwise made available to potential Class Members" is vague and ambiguous and requires Plaintiffs to refer to multiple documents.

2.      Plaintiffs object to the definition of "Complaint" as vague and ambiguous. Plaintiffs understand this definition to refer to DPPs' Consolidated Amended Complaint at ECF No. 436 and as modified by the Stipulation and Order at ECF No. 996.

3.      Plaintiffs object to the definition of "Control" to the extent it requires Plaintiffs to draw legal conclusions.

4.      Plaintiffs object to the definition of "Co-Conspirators" on the grounds that it is vague, ambiguous, and unintelligible. Paragraphs 105-111 of DPP's Consolidated Amended Complaint (ECF No. 436) describe CRT technology and products and do not enumerate entities.

5.      Plaintiffs object to the definition of "Document(s)" on the ground that it is overbroad boilerplate that includes irrelevant examples, such as "package inserts or other information accompanying medications." Plaintiffs further object to the extent that the definition exceeds the scope of the Federal Rules of Civil Procedure.

6.      Plaintiffs object to the definition of "Irico CRTs" as vague, ambiguous, and unintelligible. Paragraphs 37-39 of the Complaint identify the Irico entities named as Defendants to this litigation and allege that those entities manufactured, sold, and distributed CRT Products either directly or through their subsidiaries or affiliates throughout the United States. The phrase "including without limitation any Claim Form(s) that reflects purchases from Irico in Sections A, B, or C of the form" is inconsistent with the preceding language in the definition and renders the definition unintelligible.

7.      Plaintiffs object to the definition of "Verified" as vague, ambiguous, and incomplete. The citation provided does not define the term "Verified."

8.      Plaintiffs object to the definition of "You" and "Your" as vague and ambiguous as it relies on the undefined, capitalized term "Plaintiffs." If "Plaintiffs" is intended to mean the parties identified as "Responding Parties" in the Interrogatories, Plaintiffs object to the definition as overbroad in seeking discovery of class members who are not current Named Plaintiffs and have not served as Class Representatives and further object on the grounds that this definition seeks the

production of documents outside Plaintiffs' possession, custody, and control. Plaintiffs further

object on the ground that attorneys and agents are included in this definition, and any response or

production of documents that may subsequently occur pursuant to these Interrogatories shall not

include any documents protected by the attorney-client privilege, work product doctrine, the

settlement privilege, or any other applicable privileges or doctrines. Plaintiffs further object to this

definition to the extent that it refers to any entity other than Plaintiffs.

9. Plaintiffs object to the Instructions to the extent they seek to expand the

requirements of the Federal Rules of Civil Procedure. Plaintiffs will respond in accordance with the

Federal Rules.

## RESPONSES

### INTERROGATORY NO. 1

Identify any Document(s) that summarize, analyze, evaluate or otherwise compile any

information contained in Claim Forms.

### RESPONSE TO INTERROGATORY NO. 1

In addition to Plaintiffs' General Objections and Objections to Certain Definitions and

Instructions, each of which is incorporated by this reference as though fully set forth herein,

Plaintiffs object to this Interrogatory on the grounds that it calls for materials that are protected by

the attorney-client privilege, the work product rule, and/or other evidentiary privilege. Plaintiffs

further object to this Interrogatory on the grounds that it is vague and ambiguous including in its

use of the terms "summarize," "analyze," "evaluate," and "otherwise compile." Plaintiffs further

object to this Interrogatory on the grounds that it is overbroad and duplicative, and harassing in that

it will interfere with the ongoing claims process as to which Defendants have no interest. Plaintiffs

further object to this Interrogatory on the ground that the burden on Plaintiffs to describe such an

overbroad group of documents outweighs any likely benefit and is not proportional to the needs of

the case. Plaintiffs further object to this Interrogatory on the grounds that it seeks discovery of

absent class members and serves as an inappropriate end-run around the prohibition on discovery

of absent class members. Plaintiffs further object to this Interrogatory on the grounds that it seeks

irrelevant information that is not necessary or proportional. Plaintiffs further object to this

Interrogatory on the grounds that it seeks confidential information of absent class members in violation of their privacy rights. Plaintiffs also object to this Interrogatory on the ground that it is compound.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1**

Plaintiffs hereby incorporate their previous objections and response to this interrogatory, *supra*. Subject to, and without waiving the foregoing objections, Plaintiffs provide the following supplemental response pursuant to an agreement with the Irico Defendants whereby the Irico Defendants "will narrow the scope of the outstanding discovery requests to the information provided in Paragraphs 1(a), (b) and (c) in our proposed stipulation" provided that Plaintiffs provide this information and, subject to the Irico Defendants' reservation of rights, represent to Plaintiffs "that at this time Irico does not intend to serve further discovery regarding the claims process, the claims administrator or the absent class members." *See* Rushing July 7, 2021 Ltr.; Werbel July 9, 2021 Ltr. Subject to the foregoing agreement and without waiving the foregoing objections, Plaintiffs provide the following supplemental response:

a. To date, Direct Purchaser Plaintiffs have identified 1,816 valid claim forms submitted by settlement class members for the direct purchase of CRTs, Televisions or Monitors in the United States. Of the 1,816 valid claim forms, 334 identified purchases of CRTs, 1,549 identified purchases of Televisions, and 992 identified purchases of Monitors.

b. To date, Direct Purchaser Plaintiffs have identified no valid claims for purchases of a CRT, Television or Monitor by a settlement class member from any of the Irico Defendants.

c. Direct Purchaser Plaintiffs have no records from any third party documenting direct purchases of Irico CRTs or televisions or monitors containing Irico CRTs in the United States.

Plaintiffs will supplement this response in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 2**

Separately, for each Defendant or Co-Conspirator listed on the Claim Form, Identify:

a.    The total number of submitted and Verified Claim Forms that include purchases from that Defendant or Co-Conspirator in Section A of the Claim Forms;

b.    The total dollar amount of purchases from that Defendant or Co-Conspirator detailed in Section A of the submitted and Verified Claim Forms;

c.    The total number of submitted and Verified Claim Forms from that Defendant or Co-Conspirator that include purchases in Section B of the Claim Forms;

d.    The total dollar amount of purchases from that Defendant or Co-Conspirator detailed in Section B of the submitted and Verified Claim Forms;

e.    The total number of submitted and Verified Claim Forms that include purchases from that Defendant or Co-Conspirator in Section C of the Claim Forms; and,

f.    The total dollar amount of purchases from that Defendant or Co-Conspirator detailed in Section C of the submitted and Verified Claim Forms.

**RESPONSE TO INTERROGATORY NO. 2**

In addition to Plaintiffs' General Objections and Objections to Certain Definitions and Instructions, each of which is incorporated by this reference as though fully set forth herein, Plaintiffs further object to this Interrogatory on the ground that it is vague and ambiguous as to the meaning of "Identify," "Co-Conspirator," "Verified," and "submitted." Plaintiffs further object to this Interrogatory on the ground that the burden on Plaintiffs to provide this analysis of the claims process outweighs its likely benefit and is not proportional to the needs of the case. Plaintiffs object to this Interrogatory on the ground that it is compound. Plaintiffs further object to this Interrogatory on the grounds that it calls for (or could be construed to call for) materials that are protected by the attorney-client privilege, the work product rule or other evidentiary privilege. Plaintiffs further object to this Interrogatory on the grounds that Defendants' sales information is more easily available to Defendants from their own records and from discovery already produced in this litigation. Plaintiffs further object to this Interrogatory on the grounds that it seeks discovery of absent class members and serves as an inappropriate end-run around the prohibition on discovery

of absent class members. Plaintiffs further object to this Interrogatory on the grounds that it seeks irrelevant information that is not necessary or proportional. Plaintiffs further object to this Interrogatory on the grounds that it seeks confidential information of absent class members in violation of their privacy rights. Plaintiffs further object to this Interrogatory on the grounds that it is overbroad and duplicative, and harassing in that it will interfere with the ongoing claims process as to which Defendants have no interest.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2**

Plaintiffs hereby incorporate their previous objections and response to this interrogatory, *supra*. Subject to, and without waiving the foregoing objections, Plaintiffs supplement their response as follows:

*See* supplemental response to Interrogatory No. 1, *supra*.

**INTERROGATORY NO. 3**

Identify any claims submitted involving Irico CRTs not Identified in Your response to Interrogatory No. 2.

**RESPONSE TO INTERROGATORY NO. 3**

In addition to Plaintiffs' General Objections and Objections to Certain Definitions and Instructions, each of which is incorporated by this reference as though fully set forth herein, Plaintiffs further object to this Interrogatory on the ground that it is vague and ambiguous in its use of terms "claims submitted," "Irico CRTs," and "involving." Plaintiffs further object to this Interrogatory on the grounds that it calls for (or could be construed to call for) materials that are protected by the attorney-client privilege, the work product rule or other evidentiary privilege. Plaintiffs further object to this Interrogatory on the grounds that it seeks individualized discovery of absent class members and serves as an inappropriate end-run around the prohibition on discovery of absent class members. Plaintiffs further object to this Interrogatory on the grounds that it seeks information about individualized claims that are not necessary or proportional at this stage of the litigation. Plaintiffs further object to this Interrogatory on the grounds that it seeks confidential information of absent class members in violation of their privacy rights. Plaintiffs

further object to this Interrogatory on the grounds that it is overbroad and duplicative, and harassing in that it will interfere with the ongoing claims process as to which Defendants have no interest.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3**

Plaintiffs hereby incorporate their previous objections and response to this interrogatory, *supra*. Subject to, and without waiving the foregoing objections, Plaintiffs supplement their response as follows:

*See* supplemental response to Interrogatory No. 1, *supra*.


DATED: July 14, 2021          By: */s/ R. Alexander Saveri*
                              Guido Saveri
                              R. Alexander Saveri
                              Geoffrey C. Rushing
                              Cadio Zirpoli
                              Matthew D. Heaphy
                              SAVERI & SAVERI, INC.
                              706 Sansome Street
                              San Francisco, California 94111
                              Telephone: (415) 217-6810
                              Facsimile: (415) 217-6813

# Exhibit 78

1  R. Alexander Saveri (173102)
        *rick@saveri.com*
2  Geoffrey C. Rushing (126910)
        *grushing@saveri.com*
3  Cadio Zirpoli (179108)
        *cadio@saveri.com*
4  Matthew D. Heaphy (227224)
        *mheaphy@saveri.com*
5  Sarah Van Culin (293181)
        *sarah@saveri.com*
6  SAVERI & SAVERI, INC.
7  706 Sansome Street
   San Francisco, California 94111
8  Telephone: (415) 217-6810
   Facsimile: (415) 217-6813
9

10 *Lead Counsel for Direct Purchaser Plaintiffs*

11

12                **UNITED STATES DISTRICT COURT**

13               **NORTHERN DISTRICT OF CALIFORNIA**

14                     **OAKLAND DIVISION**

15

16 IN RE: CATHODE RAY TUBE (CRT)        Master File No. 07-CV-5944-JST
   ANTITRUST LITIGATION
17                                      MDL No. 1917

18

19 This Document Relates To:            **DIRECT PURCHASER PLAINTIFFS'**
                                        **OBJECTIONS AND RESPONSES TO**
20 *ALL DIRECT PURCHASER ACTIONS*       **DEFENDANTS IRICO GROUP CORP.**
                                        **AND IRICO DISPLAY DEVICES CO.,**
21                                      **LTD.'S FIRST SET OF REQUESTS**
                                        **FOR ADMISSION TO DIRECT**
22                                      **PURCHASER PLAINTIFFS**

23

24

25

26

27

28

| | | |
|---|---|---|
| PROPOUNDING PARTIES: | | IRICO GROUP CORP.; IRICO DISPLAY DEVICES CO., LTD. |
| | | |
| RESPONDING PARTIES: | | ARCH ELECTRONICS, INC.; CRAGO, D/B/A DASH COMPUTERS, INC.; MEIJER, INC.; MEIJER DISTRIBUTION, INC.; NATHAN MUCHNICK, INC.; PRINCETON DISPLAY TECHNOLOGIES, INC.; RADIO & TV EQUIPMENT, INC.; STUDIO SPECTRUM, INC.; WETTSTEIN AND SONS, INC. D/B/A WETTSTEIN'S |
| | | |
| SET NO.: | | ONE |

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Direct Purchaser Plaintiff class representatives Arch Electronics, Inc.; Crago, d/b/a Dash Computers, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; Nathan Muchnick, Inc.; Princeton Display Technologies, Inc.; Radio & TV Equipment, Inc.; Studio Spectrum, Inc.; and Wettstein and Sons, Inc. d/b/a Wettstein's (together, "Plaintiffs"), by their attorneys, hereby provide the following objections to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs (the "Requests") as follows:

## **GENERAL OBJECTIONS**

Each of the following objections is incorporated by reference into each of the responses herein:

1.      Plaintiffs and their counsel have not completed their (1) investigation of the facts relating to this case, (2) discovery in this action, or (3) preparation for trial. The following responses are therefore based upon information known at this time and are provided without prejudice to Plaintiffs' right to supplement these responses prior to trial or to produce evidence based on subsequently discovered information. Likewise, Plaintiffs' responses are based upon, and therefore limited by, Plaintiffs' present knowledge and recollection, and consequently, Plaintiffs reserve the right to make any changes to these responses if it appears at any time that inadvertent errors or omissions have been made.

2.      Plaintiffs generally object to the Requests, including the Instructions and Definitions, on the ground that they purport to enlarge, expand, or alter in any way the plain meaning and scope of any requests or to impose any obligations on Plaintiffs' responses in excess

of those required by the Federal Rules of Civil Procedure. Plaintiffs will respond to these Requests in accordance with their understanding of the obligations imposed by the Federal Rules of Civil Procedure.

3.      Plaintiffs object to the Requests, including the Instructions and Definitions, on the ground that the information sought is protected by the attorney-client privilege, the attorney work product doctrine, the settlement privilege, the mediation privilege or is otherwise privileged and/or immune from discovery. By responding to these Requests, Plaintiffs do not waive, intentionally or otherwise, any attorney-client privilege, any settlement privilege, any mediation privilege, attorney work-product or any other privilege, immunity or other protection that may be asserted to protect any information from disclosure. Accordingly, any response or production of documents or disclosure of information inconsistent with the foregoing is wholly inadvertent and shall not constitute a waiver of any such privilege, immunity, or other applicable protection.

4.      Plaintiffs object to these Requests on the ground that they are compound, conjunctive, or disjunctive.

5.      Plaintiffs object to the Requests on the ground that they duplicate other requests, in whole or in part, made in MDL No. 1917 in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs will not reproduce any material that has been previously produced by another party to MDL No. 1917. *See* Case Management Order at 2 (Feb. 16, 2021) (ECF No. 5907).

6.      Plaintiffs object to the Requests on the ground that they request Plaintiffs to produce documents outside its possession, custody, or control.

7.      Plaintiffs object to the Requests on the ground that they are overly broad and unduly burdensome.

8.      Plaintiffs object to the Requests on the ground that they are vague, ambiguous, redundant, harassing, or oppressive.

9.      Plaintiffs object to the Requests on the ground that they require Plaintiffs to draw legal conclusions.

10.     Plaintiffs object to the Requests on the ground that the information requested is

1    neither relevant nor proportional to the needs of the litigation.

2        11.     Plaintiffs object to the Requests on the ground that they, or any portion of them,

3    seek production of any information within the possession, custody, or control of any Defendant, or

4    of publicly available information such that the information is obtainable from some other source

5    that is more convenient, less burdensome or less expensive, or the production of the information

6    will impose undue burden, inconvenience, or expense upon Plaintiffs.

7        12.     Plaintiffs reserve the right to modify their allegations based on additional discovery,

8    additional analysis of existing discovery, discovery not yet completed and/or expert discovery, and

9    Plaintiffs reserve the right to supplement and/or delete the responses given in light of further

10   evidence and further analysis of present and subsequently acquired evidence.

11       13.     In addition, in accordance with the Federal Rules of Civil Procedure, Plaintiffs

12   reserve the right to introduce evidence not yet identified herein supporting Plaintiffs' allegations,

13   including evidence that Plaintiffs expect to further develop through the course of discovery and

14   expert analysis.

15       14.     In providing responses to the Requests, Plaintiffs reserve all objections as to

16   competency, relevance, materiality, privilege, or admissibility as evidence in any subsequent

17   proceeding in, or trial of, this or any other action for any purpose whatsoever.

18       15.     No incidental or implied admissions are intended in these responses. Plaintiffs'

19   response to all or any part of any Requests should not be taken as an admission that: (a) Plaintiffs

20   accept or admit the existence of any fact(s) set forth or assumed by the request; or (b) Plaintiffs

21   have in their possession, custody or control documents or information responsive to that request; or

22   (c) documents or information responsive to that request exist. Plaintiffs' response to all or any part

23   of a request also is not intended to be, and shall not be, a waiver by Plaintiffs of all or any part of

24   its objection(s) to that request.

25                    **OBJECTIONS TO CERTAIN DEFINITIONS AND INSTRUCTIONS**

26       1.     Plaintiffs object to the definition of "Complaint" as vague and ambiguous. Plaintiffs

27   understand this definition to refer to DPPs' Consolidated Amended Complaint at ECF No. 436 and

28   as modified by the Stipulation and Order at ECF No. 996.

2.     Plaintiffs object to the definition of "Communication(s)" to the extent that this definition exceeds the scope of the Federal Rules of Civil Procedure and seeks documents protected by the attorney-client privilege, the attorney work product doctrine, the settlement privilege, the mediation privilege or are otherwise privileged and/or immune from discovery.

3.     Plaintiffs object to the definition of "Co-Conspirator(s)" as vague and ambiguous. Paragraphs 81–84 of the Complaint do not enumerate entities. Plaintiffs understand this definition to refer to persons or entities described in Paragraphs 81–84 of the Complaint.

4.     Plaintiffs object to the definition of "CRT Product(s)" as vague and ambiguous. Plaintiffs understand "CRT Product(s)" to have the same meaning as the definition contained in Paragraph 1 of the Complaint.

5.     Plaintiffs object to the definition of "Defendant(s)" as vague and ambiguous. Paragraphs 24–80 of the Complaint include entities other than Defendants. Plaintiffs further object to the definition of "Defendant(s)" to the extent that it excludes the Mitsubishi and Thomson Defendants in MDL No. 1917.

6.     Plaintiffs object to the definition of "Document(s)" on the grounds that it is overbroad boilerplate that includes irrelevant documents, such as "package inserts or other information accompanying medications." Plaintiffs further object to the extent that the definition exceeds the scope of the Federal Rules of Civil Procedure.

7.     Plaintiffs object to the definition of "Evidence From Other Parties" as vague, ambiguous, and misleading, including in that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to the definition because it exceeds the scope of Rule 36(a)(1) of the Federal Rules of Civil Procedure.

8.     Plaintiffs object to the definition of "Person" as vague and ambiguous as to the distinction between "means" and "and includes."

9.     Plaintiffs object to the definition of "You" and "Your" as vague and ambiguous as it relies on the undefined, capitalized term "Plaintiffs." If "Plaintiffs" is intended to mean the parties

identified as "Responding Parties" in the Requests, Plaintiffs object to the definition as overbroad in seeking discovery of class members who are not currently serving as Named Plaintiffs and have not served as Class Representatives. Plaintiffs object on the grounds that this definition seeks documents or information outside Plaintiffs' possession, custody, and control. Plaintiffs further object on the ground that attorneys and agents are included in this definition, and any response or production of documents that may subsequently occur pursuant to these Requests shall not include any documents protected by the attorney-client privilege, work product doctrine, the settlement privilege, or any other applicable privileges or doctrines. Plaintiffs further object to this definition to the extent that it refers to any entity other than Plaintiffs.

10.     Plaintiffs object to the Instructions to the extent that they exceed what is required by Rule 36(a)(4) of the Federal Rules of Civil Procedure. Plaintiffs' responses will comport with the requirements of the Federal Rules.

## RESPONSES

### REQUEST NO. 1

Admit that You have no Evidence From Other Parties that Irico attended any Glass Meetings as defined in Paragraph 141 of the Complaint.

### RESPONSE TO REQUEST NO. 1

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs further object to this Request on the ground that the term "Evidence From Other Parties" is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Request on the ground that the term "Glass Meetings as defined in Paragraph 141 of the Complaint" is vague, ambiguous and misleading because "Glass Meetings" are not "defined" in paragraph 141; rather the Complaint alleges that some group meetings "became known as Glass Meetings" and describes those meetings in various paragraphs in the Complaint, including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the

1   Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128).

2   Plaintiffs also object to this Request as improperly seeking, in contravention of well-established

3   legal principles, to dismember the overall conspiracy in which Irico participated to focus on its

4   separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations

5   on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7,

6   *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747)

7   ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

8   appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

9   conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

10  Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)*

11  *Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

12      Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

13      Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico

14  Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs,

15  Interrogatory No. 1, served herewith.

16  **REQUEST NO. 2**

17      Admit that You have no Evidence From Other Parties that Irico attended any Glass

18  Meetings as defined in Paragraph 32 of the Johnson Report.

19  **RESPONSE TO REQUEST NO. 2**

20      Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

21  further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

22  ambiguous, and misleading, including that the Irico Defendants have produced documents it

23  obtained or contends it obtained from other parties, including related parties it contends are

24  separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

25  object to this Request on the ground that the term "Glass Meeting as defined in Paragraph 32 of the

26  Johnson Report" is vague, ambiguous and misleading because "Glass Meetings" are not "defined"

27  there; rather the Johnson Report describes "Glass Meetings" in several other paragraphs, as well

28  (*see, e.g.*, ¶¶ 33–51, 74). Plaintiffs further object to this Request on the ground that it duplicates

1   other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re

2   Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to

3   this Request as improperly seeking, in contravention of well-established legal principles, to

4   dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead

5   of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants

6   Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray*

7   *Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If

8   'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

9   appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

10  conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

11  Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)*

12  *Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

13          Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

14          Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico

15  Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs,

16  Interrogatory No. 1, served herewith.

17  **REQUEST NO. 3**

18          Admit that You have no Evidence From Other Parties that Irico attended any Green

19  Meetings as defined in Paragraph 141 of the Complaint.

20  **RESPONSE TO REQUEST NO. 3**

21          Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

22  further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

23  ambiguous, and misleading, including that the Irico Defendants have produced documents it

24  obtained or contends it obtained from other parties, including related parties it contends are

25  separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

26  object to this Request on the ground that the term "Green Meetings as defined in Paragraph 141 of

27  the Complaint" is vague, ambiguous and misleading because "Green Meetings" are not "defined"

28  in paragraph 141; rather the Complaint and describes those meetings in various paragraphs in the

Complaint, including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs, Interrogatory No. 1, served herewith.

**REQUEST NO. 4**

Admit that You have no Evidence From Other Parties that Irico attended any Green Meetings as defined in Paragraph 37 of the Johnson Report.

**RESPONSE TO REQUEST NO. 4**

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs further object to this Request on the ground that the term "Evidence From Other Parties" is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Request on the ground that the term "Green Meeting as defined in Paragraph 37 of

the Johnson Report" is vague, ambiguous and misleading because "Green Meetings" are not "defined" there. Plaintiffs further object to this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs, Interrogatory No. 1, served herewith.

**REQUEST NO. 5**

Admit that You have no Evidence From Other Parties that Irico attended any Top Meetings as defined in Paragraph 141 of the Complaint.

**RESPONSE TO REQUEST NO. 5**

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs further object to this Request on the ground that the term "Evidence From Other Parties" is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Request on the ground that the term "Top Meetings as defined in Paragraph 141 of

the Complaint" is vague, ambiguous and misleading because "Top Meetings" are not "defined" in paragraph 141; rather the Complaint alleges that some group meetings "became known as Glass Meetings" and describes those meetings in various paragraphs in the Complaint, including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs, Interrogatory No. 1, served herewith.

**REQUEST NO. 6**

Admit that You have no Evidence From Other Parties that Irico attended any Top Meetings as defined in Paragraph 32 of the Johnson Report.

**RESPONSE TO REQUEST NO. 6**

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs further object to this Request on the ground that the term "Evidence From Other Parties" is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are

separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Request on the ground that the term "Top Meetings as defined in Paragraph 32 of the Johnson Report" is vague, ambiguous and misleading because "Glass Meetings" including "Top Meetings" are not "defined" there; rather the Johnson Report describes "Glass Meetings" including "Top Meetings" in several other paragraphs, as well (*see, e.g.*, ¶¶ 33–51, 74). Plaintiffs further object to this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs, Interrogatory No. 1, served herewith.

**REQUEST NO. 7**

Admit that You have no Evidence From Other Parties that Irico attended any Management Meetings as defined in Paragraph 141 of the Complaint.

**RESPONSE TO REQUEST NO. 7**

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Request on the ground that the term "Management Meetings as defined in Paragraph 141 of the Complaint" is vague, ambiguous and misleading because "Management Meetings" are not "defined" in paragraph 141; rather the Complaint alleges that some group meetings "became known as Glass Meetings" and describes those meetings in various paragraphs in the Complaint, including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs, Interrogatory No. 1, served herewith.

**REQUEST NO. 8**

Admit that You have no Evidence From Other Parties that Irico attended any Management Meetings as defined in Paragraph 32 of the Johnson Report.

1   **RESPONSE TO REQUEST NO. 8**

2        Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

3   further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

4   ambiguous, and misleading, including that the Irico Defendants have produced documents it

5   obtained or contends it obtained from other parties, including related parties it contends are

6   separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

7   object to this Request on the ground that the term "Management Meetings as defined in Paragraph

8   32 of the Johnson Report" is vague, ambiguous and misleading because "Glass Meetings"

9   including "Management Meetings" are not "defined" there; rather the Johnson Report describes

10  "Glass Meetings" including "Management Meetings" in several other paragraphs, as well (*see, e.g.*,

11  ¶¶ 33–51, 74). Plaintiffs further object to this Request on the ground that it duplicates other

12  requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re

13  Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to

14  this Request as improperly seeking, in contravention of well-established legal principles, to

15  dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead

16  of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants

17  Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray*

18  *Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If

19  'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

20  appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

21  conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

22  Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)*

23  *Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

24       Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

25       Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico

26  Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs,

27  Interrogatory No. 1, served herewith.

28

1      **REQUEST NO. 9**

2              Admit that You have no Evidence From Other Parties that Irico attended any Working

3      Level Meetings as defined in Paragraph 141 of the Complaint.

4      **RESPONSE TO REQUEST NO. 9**

5              Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

6      further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

7      ambiguous, and misleading, including that the Irico Defendants have produced documents it

8      obtained or contends it obtained from other parties, including related parties it contends are

9      separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

10     object to this Request on the ground that the term "Working Level Meetings as defined in

11     Paragraph 141 of the Complaint" is vague, ambiguous and misleading because "Working Level

12     Meetings" are not "defined" in paragraph 141; rather the Complaint alleges that some group

13     meetings "became known as Glass Meetings" and describes those meetings in various paragraphs

14     in the Complaint, including paragraph 141 (*see, e.g.*, ¶¶ 140, 142–175). Plaintiffs further object to

15     this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No.

16     1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2,

17     2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in

18     contravention of well-established legal principles, to dismember the overall conspiracy in which

19     Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting

20     Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories

21     by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917

22     (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on

23     summary judgment motion is not appropriate, still less is it appropriate in discovery."), and

24     improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order

25     Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity

26     at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No.

27     4097).

28              Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

1    Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico

2    Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs,

3    Interrogatory No. 1, served herewith.

4    **REQUEST NO. 10**

5    Admit that You have no Evidence From Other Parties that Irico attended any Working

6    Level Meetings as defined in Paragraph 32 of the Johnson Report.

7    **RESPONSE TO REQUEST NO. 10**

8    Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

9    further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

10   ambiguous, and misleading, including that the Irico Defendants have produced documents it

11   obtained or contends it obtained from other parties, including related parties it contends are

12   separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

13   object to this Request on the ground that the term "Working Level Meetings as defined in

14   Paragraph 32 of the Johnson Report" is vague, ambiguous and misleading because "Glass

15   Meetings" including "Working Level Meetings" are not "defined" there; rather the Johnson Report

16   describes "Glass Meetings" including "Working Level Meetings" in several other paragraphs, as

17   well (*see, e.g.*, ¶¶ 33–51, 74). Plaintiffs further object to this Request on the ground that it

18   duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's

19   Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs

20   also object to this Request as improperly seeking, in contravention of well-established legal

21   principles, to dismember the overall conspiracy in which Irico participated to focus on its separate

22   parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG

23   Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re*

24   *Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If

25   'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

26   appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

27   conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

28   Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)*

1   *Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

2         Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

3         Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico

4   Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs,

5   Interrogatory No. 1, served herewith.

6   **REQUEST NO. 11**

7         Admit that You have no Evidence From Other Parties of any meeting between Irico and a

8   Defendant or Co-Conspirator prior to July 31, 1998.

9   **RESPONSE TO REQUEST NO. 11**

10        Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

11  further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

12  ambiguous, and misleading, including that the Irico Defendants have produced documents it

13  obtained or contends it obtained from other parties, including related parties it contends are

14  separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

15  object to the term "meeting" as vague and ambiguous to the extent it does not include telephone

16  calls, emails or other contacts or means of communication. Plaintiffs further object to this Request

17  on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in

18  violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF

19  No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-

20  established legal principles, to dismember the overall conspiracy in which Irico participated to

21  focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and

22  Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct

23  Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20,

24  2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary

25  judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly

26  seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying

27  Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In*

28  *re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

1    Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

2    Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico

3    Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs,

4    Interrogatory No. 1, served herewith.

5    **REQUEST NO. 12**

6    Admit that You have no Evidence From Other Parties that Irico attended any meeting with

7    any Defendant or alleged Co-Conspirator outside of China.

8    **RESPONSE TO REQUEST NO. 12**

9    Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

10   further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

11   ambiguous, and misleading, including that the Irico Defendants have produced documents it

12   obtained or contends it obtained from other parties, including related parties it contends are

13   separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

14   object to this Request on the ground that it duplicates other requests, in whole or in part, made in

15   MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol

16   (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in

17   contravention of well-established legal principles, to dismember the overall conspiracy in which

18   Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting

19   Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories

20   by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917

21   (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on

22   summary judgment motion is not appropriate, still less is it appropriate in discovery."), and

23   improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order

24   Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity

25   at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No.

26   4097).

27   Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

28   Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico

1   Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs,

2   Interrogatory No. 1, served herewith.

3   **REQUEST NO. 13**

4        Admit that You have no Evidence From Other Parties of direct sales of CRTs to purchasers

5   in the United States by Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display

6   Devices Co., Ltd.

7   **RESPONSE TO REQUEST NO. 13**

8        Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

9   further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

10   ambiguous, and misleading, including that the Irico Defendants have produced documents it

11   obtained or contends it obtained from other parties, including related parties it contends are

12   separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

13   object to the phrase "direct sales of CRTs to purchasers in the United States by Irico Group Corp.,

14   Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd." as vague, ambiguous and

15   confusing. Plaintiffs further object to this Request on the ground that it is premature because

16   discovery is not yet complete. Plaintiffs further object to this Request on the ground that it

17   duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's

18   Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs

19   also object to this Request as improperly seeking, in contravention of well-established legal

20   principles, to dismember the overall conspiracy in which Irico participated to focus on its separate

21   parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG

22   Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re*

23   *Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If

24   'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

25   appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged

26   conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial

27   Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel)*

28   *Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

**REQUEST NO. 14**

Admit that You have no Evidence From Other Parties of direct shipments of CRTs from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd. to the United States.

**RESPONSE TO REQUEST NO. 14**

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs further object to this Request on the ground that the term "Evidence From Other Parties" is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to the phrase "direct shipments of CRTs from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd. to the United States" as vague, ambiguous and confusing. Plaintiffs further object to this Request on the ground that it is premature because discovery is not yet complete. Plaintiffs further object to this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

**REQUEST NO. 15**

Admit that You have no Evidence From Other Parties of direct sales of CRT Products to

1  purchasers in the United States by Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico

2  Display Devices Co., Ltd.

3  **RESPONSE TO REQUEST NO. 15**

4  Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

5  further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

6  ambiguous, and misleading, including that the Irico Defendants have produced documents it

7  obtained or contends it obtained from other parties, including related parties it contends are

8  separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

9  object to the phrase "direct sales of CRT Products to purchasers in the United States by Irico Group

10  Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd." as vague, ambiguous

11  and confusing. Plaintiffs also object to this Request on the ground that the term "CRT Products" is

12  vague and ambiguous. Plaintiffs understand this term to have the same meaning as the definition

13  contained in Paragraph 1 of the Complaint. Plaintiffs further object to this Request on the ground

14  that it is premature because discovery is not yet complete. Plaintiffs further object to this Request

15  on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in

16  violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF

17  No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-

18  established legal principles, to dismember the overall conspiracy in which Irico participated to

19  focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and

20  Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct

21  Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20,

22  2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary

23  judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly

24  seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying

25  Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In*

26  *re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

27  **REQUEST NO. 16**

28  Admit that You have no Evidence From Other Parties of direct shipments of CRT Products

1   from Irico Group Corp., Irico Group Electronics Co., Ltd, or Irico Display Devices Co., Ltd. to the

2   United States.

3   **RESPONSE TO REQUEST NO. 16**

4           Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs

5   further object to this Request on the ground that the term "Evidence From Other Parties" is vague,

6   ambiguous, and misleading, including that the Irico Defendants have produced documents it

7   obtained or contends it obtained from other parties, including related parties it contends are

8   separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further

9   object to the phrase "direct shipments of CRT Products from Irico Group Corp., Irico Group

10  Electronics Co., Ltd, or Irico Display Devices Co., Ltd. to the United States" as vague, ambiguous

11  and confusing. Plaintiffs also object to this Request on the ground that the term "CRT Products" is

12  vague and ambiguous. Plaintiffs understand this term to have the same meaning as the definition

13  contained in Paragraph 1 of the Complaint. Plaintiffs further object to this Request on the ground

14  that it is premature because discovery is not yet complete. Plaintiffs further object to this Request

15  on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in

16  violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF

17  No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-

18  established legal principles, to dismember the overall conspiracy in which Irico participated to

19  focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and

20  Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct

21  Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20,

22  2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary

23  judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly

24  seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying

25  Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In*

26  *re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

27  **REQUEST NO. 17**

28          Admit that You have no Evidence From Other Parties that Irico sold CDTs after 2003.

**RESPONSE TO REQUEST NO. 17**

Plaintiffs incorporate their General Objections as though fully set forth herein. Plaintiffs further object to this Request on the ground that the term "Evidence From Other Parties" is vague, ambiguous, and misleading, including that the Irico Defendants have produced documents it obtained or contends it obtained from other parties, including related parties it contends are separate entities; and that it depends on/requires the resolution of disputed issues. Plaintiffs further object to this Request on the ground that the term "CDTs" is undefined and thus is vague and ambiguous. Plaintiffs understand this term to have the same meaning as the definition contained in Paragraph 1 of the Complaint. Plaintiffs further object to this Request on the ground that it is premature because discovery is not yet complete. Plaintiffs further object to this Request on the ground that it duplicates other requests, in whole or in part, made in MDL No. 1917, in violation of the Court's Order Re Discovery and Case Management Protocol (April 2, 2012) (ECF No. 1128). Plaintiffs also object to this Request as improperly seeking, in contravention of well-established legal principles, to dismember the overall conspiracy in which Irico participated to focus on its separate parts, instead of looking at it as a whole, Order Adopting Report and Recommendations on LG Defendants Motion to Compel Responses to Interrogatories by Direct Action Plaintiffs at 7, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (Aug. 20, 2014) (ECF No. 2747) ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery."), and improperly seeking "to carve the alleged conspiracy into a number of mini-conspiracies." Order Denying Defendants' Motions for Partial Summary Judgment Regarding Production and Capacity at 1–2, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (Nov. 4, 2011) (ECF No. 4097).

Subject to, and without waiving the foregoing objections, Plaintiffs respond as follows:

Deny. See Plaintiffs' Objections and Responses to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs, Interrogatory No. 1, served herewith.

DATED: February 23, 2022          By: */s/ R. Alexander Saveri*

                                                    R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
Matthew D. Heaphy
Sarah Van Culin
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

# Exhibit 79

**[TRANSLATION]**

[Illegible Fax Header]                                      88634956093  T-340  P.01

                                                                                    001

[Entire Document Handwritten]

                                                                          → *CPTF* Yeh

<u>Submit</u>

Main Topic: China *CDT MAKER* Coordination Meeting

Details:

1. *M.S. Lee* of SDD Shenzhen is responsible for setting up a negotiation meeting in Shenzhen on 8/5 (Wednesday) *PM* 2200 with *BMCC*, Huafei, *CPTF*, and IRICO Xian.

2. Previously, *BMCC* and SDD expressed to *CPTF* that there should be a meeting, and that it would be best to have *CPTF* call the meeting. Employee agreed ~~deeply~~, but has not agreed to have *CPTF* call the meeting. For the selling price increase this time, there was phone contact especially made to *BMCC* to request that *BMCC* help us achieve this goal. There was also an expedited request for SDD to call the meeting. (This way, it would not be too obvious).

Plan of Action: Proposed this meeting

1. Exchange information on each maker's production/sales [Illegible and crossed out] and inventory; however, *CPTF*'s current inventory is too high. It was not appropriate to disclose it. Only claimed that under the July restriction to ship ahead of schedule, the inventory was 70~80*K*.

2. *CPTF* plans to make 15". Therefore, ~~will not~~ 14" will not be in excess of supply.

[Handwritten in left margin:] Instruction from President Fang: August 14" 350*K* must [Illegible] difference [Illegible]

3. *BMCC* is concerned that there is no room for price increase. Requested it not to sell 8/1-8/15 (not sell inventory either), but to *follow* after the price increase succeeds.

4. There was only 20% tax added in SDD and Huafei's internal sales quote. That is equivalent to lowering the price under cover. Please ask them to clarify.

5. Further [Illegible and crossed out] understand each maker's future plans for expansion or line conversion.

[Handwritten in left margin:] Also cannot use B tube again

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                         CHU00030668.01E

6. There will be a regular *meeting* every 2-3 months to exchange information and customer sales/production status.

End of Report

[Initialed in left margin:] Chih-Chun (C.C.) Liu 8/3

[Signed and submitted by:] Employee Chung-Cheng (Alex) Yeh 7/31 '98

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030668.02E

[Page Intentionally Omitted]

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030669E



主旨: 中國大陸 CDT source 協調會

說明 1. 三星深圳 M.S. Lee 支吾連斯而 BMCC, 華映 CPT等
及面影虹 歙定時 於(三) PM2:00 至深圳
7用 協調會議.

2. 先前 BMCC 及達可向 CPT等 表態 在7用 銷貨 但本
對由 CPT等7用 取則表示 發表質問 但相當南
CPT等7用. 此次 調派貨俑 有電話 BMCC 請 BMCC
要 大量 盛場 並促請 三星7用 (這樣 不不合 譯芒太對)

依辦: 此次會 擬

3. 衣更 各為 主銷貨 庫存 資料 但 CPT等 現有 庫存過高
在 明請 只能 在 7用 框刻 後商談下 庫存 70~80K
2/3 = CPT等有依 MP的計劃做 0 14不合 侵在過剃

3 BMCC 擔心 偧貨 涨不上吉 請查 外外交不貨(庫在包括)
派在7後 請頁 follow

4. 華映 三星 的銷貨俑 又加 以後 譯3去要在7俑 調貨

另外 : 群再美 說明
①不再 刺3游 各家後漫 獲次式 改俑7圖
6 每2~1用 定期 meeting 支項情報 房戶庫銷狀以.

中華 映管 瑞州有限公司

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030669

# Exhibit 80

1
2
3
4
5
6
7

MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

## OAKLAND DIVISION

11
12
13
14
15
16

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Master File No. 3:07-cv-5944-JST ) ) MDL No. 1917 ) |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | ) ) INDIRECT PURCHASER PLAINTIFFS' ) OBJECTIONS AND RESPONSES TO ) THE IRICO DEFENDANTS' SECOND ) SET OF INTERROGATORIES ) ) ) |

17
18
19

PROPOUNDING PARTY:  Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.

20
21
22
23
24
25

RESPONDING PARTY:   Indirect Purchaser Plaintiffs: Brian Luscher, Jeffrey Figone, Carmen Gonzalez, Dana Ross, Steven Ganz, Law Suites, Sandra Riebow, Travis Burau, Southern Office Supply, Inc., Kerry Lee Hall, Lisa Reynolds, David Norby, Barry Kushner, Ryan Rizzo, Charles Jenkins, Misti Walker, Steven Fink, Gregory Painter, Marylou Hillberg, in her capacity as the Personal Representative for the Estate of William Craig Stephenson, Conrad Carty, Janet Ackerman, Louise Wood, Patricia Andrews, Gary Hanson, Donna Ellingson-Mack, Frank Warner, Albert Sidney Crigler , Margaret Slagle, John Larch, Brigid Terry, David Rooks

26

SET:                Two

27
28

---

INDIRECT-PURCHASER PLAINTIFFS' OBJECTIONS AND RESPONSES TO THE IRICO DEFENDANTS'
SECOND SET OF INTERROGATORIES – MASTER FILE NO. CV-07-5944-JST, MDL NO. 1917

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the June 18, 2008 Stipulated Protective Order, the Indirect Purchaser Plaintiffs Brian Luscher, Jeffrey Figone, Carmen Gonzalez, Dana Ross, Steven Ganz, Law Suites, Sandra Riebow, Travis Burau, Southern Office Supply, Inc., Kerry Lee Hall, Lisa Reynolds, David Norby, Barry Kushner, Ryan Rizzo, Charles Jenkins, Misti Walker, Steven Fink, Gregory Painter, Marylou Hillberg, in her capacity as the Personal Representative for the Estate of William Craig Stephenson, Conrad Carty, Janet Ackerman, Louise Wood, Patricia Andrews, Gary Hanson, Donna Ellingson-Mack, Frank Warner, Albert Sidney Crigler , Margaret Slagle, John Larch, Brigid Terry, David Rooks ("Plaintiffs") hereby respond to the Second Set of Interrogatories (the "Interrogatories") propounded by Defendants Irico Group Corp. and Irico Display Devices Co., Ltd. (collectively, "Irico" or the "Irico Defendants"), as follows:

## PRELIMINARY STATEMENT

Plaintiffs' responses to the Interrogatories are made solely for the purpose of, and in relation to, this action.  The responses set forth herein, while based on a diligent investigation and reasonable inquiry, reflect, and therefore are necessarily limited by, information now known and the records or information still in existence available to plaintiffs, presently recollected and thus far discovered in the course of preparing these responses.  Plaintiffs have not yet completed discovery or preparation for trial in this case.  Their investigation concerning this matter is still ongoing, and further discovery may be necessary from defendants as well as from third parties.  Plaintiffs reserve the right to amend, modify or supplement these responses to incorporate any evidence, facts, documents or other information not yet discovered, or the relevance of which has not yet been identified.

These responses are given without prejudice to plaintiffs' right to rely on or use at trial any or all evidence of any kind in this case, including without limitation documents or other evidence subsequently discovered or omitted from these responses as a result of mistake, error or inadvertence.  Plaintiffs do not waive and specifically reserve the right to produce additional documents or other evidence at trial, and to object on appropriate grounds to the introduction of all or any part of these responses.

1

By making the objections and responses herein, Plaintiffs do not concede that the information provided is relevant to the claims or defenses of any party or reasonably calculated to lead to the discovery of admissible evidence.  Nothing in their objections and responses to these Interrogatories shall be construed as an admission by Plaintiffs with respect to the competence, admissibility, relevance, or materiality of any fact or document, or as an admission of the truth or accuracy of any characterization of any information any kind sought by the Interrogatories.  Thus, each of the following responses is subject to all objections of and concerning relevance, materiality, and admissibility, as well as to all and any other objections on any ground requiring exclusion of any response if introduced in Court.  Plaintiffs reserve their right to object to use their objections and responses herein, or the subject matter thereof, including, without limitation, the right to object on any ground at any time to the use of such responses in any discovery procedures in this or any proceeding, and/or at trial.  All evidentiary objections and grounds accordingly are expressly reserved.

Plaintiffs further incorporate by reference any evidence identified by the Direct Purchaser Plaintiffs in response to any and all of the Interrogatories.

## **GENERAL OBJECTIONS**

Each of the following General Objections is considered applicable to, and is hereby incorporated into, each and every response by Plaintiffs to the Interrogatories, and each response is given without waiving any of the General Objections. The assertion of any General Objection in the Response to any Interrogatory should not be considered a waiver of the remaining General Objections. Plaintiffs' objections to the Interrogatories, whether general or specific, do not serve as an admission by Plaintiffs that responsive information exists and otherwise would have been provided by Plaintiffs absent such objections.

1.      Plaintiffs object to the Interrogatories, and each of them, to the extent that they are premature.  Plaintiffs' investigation is ongoing and Plaintiffs have not completed discovery of the facts relevant to this case.  These responses are made for the sole purpose of this action and are based on information and/or documents known and available and are limited by Plaintiffs' present

2

knowledge, information, and belief.  Plaintiffs reserve the right to supplement and/or modify any and all of their responses and objections as they become aware of additional information and/or documents which warrant such action.  Plaintiffs further reserve the right to complete their investigation and discovery of the facts and to rely at trial or in other proceedings upon information and documents in addition to that which is provided herein, regardless of whether such information is newly discovered or newly in existence.

2.      Plaintiffs object to the Interrogatories, and each of them, as unduly burdensome and unfair to the extent they seek to have counsel for Plaintiffs present evidentiary support for the allegations in the Complaint without having completed discovery.

3.      The prematurity of the Interrogatories and the unfairness and undue burden of responding to them is attributable in significant part to delays caused by the Irico Defendants' themselves.  Although the fact discovery cutoff is imminent, the Irico Defendants have not completed their production of documents responsive to Plaintiffs' requests for production.  Among other things, they have produced neither sales invoices nor a spreadsheet summarizing relevant information from them.  Moreover, many of the documents the Irico Defendants have produced were only produced recently, and Plaintiffs are still reviewing, translating, and analyzing them.  Furthermore, as the Special Master has determined, the Irico Defendants have failed to provide adequate responses to Plaintiffs' interrogatories requesting core information in this case regarding their attendance at and participation in meetings with competitors and their involvement in the operation of the conspiracy.  In addition, the Irico Defendants have yet to make two key witnesses available for deposition, and has refused to produce three others, thereby requiring Plaintiffs to bring a motion to compel their attendance.

4.      To compound the unfairness and undue burden of responding to the Interrogatories, they seek information and the identification of documents that the Irico Defendants themselves destroyed, lost or otherwise failed to preserve, notwithstanding their clear legal duty to do so.  The Irico Defendants did not create, publicize to its executives or employees or implement an appropriate litigation hold for at least nine years after this lawsuit was served on them.  Thus, the Irico

3

Defendants themselves are responsible for the fact that much of the evidence that would be responsive to the Interrogatories is no longer in existence, because they themselves destroyed it or allowed it to be destroyed or lost.

5.     Plaintiffs object to the Interrogatories, and each of them, to the extent they seek documents or information (i) not relevant to the subject matter of this action; (ii) not relevant to any claim or defense in this action; (iii) not reasonably calculated to lead to the discovery of admissible evidence; (iv) different from, inconsistent with, or in addition to what is required to be produced under the Federal Rules of Civil Procedure, the Civil Local Rules of the United States District Court for the Northern District of California, any existing Court Order in this case, or any other applicable rule or law.

6.     Plaintiffs object to the Interrogatories to the extent that they are vague, ambiguous and require speculation to determine their meanings.  Plaintiffs respond to these Interrogatories as they interpret and understand them.  If the Irico Defendants subsequently assert an interpretation of any Interrogatory or response that differs from Plaintiffs' understanding, Plaintiffs reserve the right to supplement or amend their objections and/or responses.

7.     Plaintiffs object to the Interrogatories, and each of them, to the extent they call for the disclosure of information protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable law, privilege or protection.  Any inadvertent production of privileged information shall not constitute a waiver of Plaintiffs' right to assert the applicability of any privilege or protection to any related information, and any such document and all copies or images thereof shall be promptly returned, sequestered or destroyed upon demand pursuant to Fed. R. Civ. P. 26(b)(5)(B).

8.     Plaintiffs object to, and will not answer, the Interrogatories, and each of them, to the extent that (a) they seek the premature disclosure of expert material subject to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure, and/or (b) they seek disclosure of information concerning any person or entity whom Plaintiffs will not designate as an opinion or other witness at trial.

9.     Plaintiffs object to the Interrogatories, and each of them, to the extent they impose an undue burden on Plaintiffs by requiring Plaintiffs to search for documents that are equally available to the Irico Defendants and/or already in their possession, custody, control, or which are publicly available or otherwise readily accessible to them.

10.     Plaintiffs object to the Interrogatories to the extent they require Plaintiffs to compartmentalize evidence as proof of allegations in the Complaint instead of looking at it as a whole, which is in contravention of well-established legal principles. *See In re CRT Antitrust Litigation,* Master Docket No. 3:07-cv-05944 SC, Dkt. No. 2747, Order Adopting Recommended Order of the Special Master, dated August 15, 2014; *Continental Ore Co. v. Union Carbide & Carbon Corp.*, 370 U.S. 690, 699 (1962) ("The character and effect to a conspiracy are not to be judged by dismembering it and viewing its separate parts, but only by looking at it as a whole."). *See also Beltz Travel Service, Inc. v. Int'l Air Trans. Assoc.*, 620 F.2d 1360, 1366-67 (9th Cir. 1980) (citing *United States v. Patten*, 226 U.S. 525, 544 (1913)). All conspirators are jointly liable for the acts of their co-conspirators and the actions of any of the conspirators in furtherance of the conspiracy are, in law, the actions of all. *Id.*

11.     Plaintiffs object to the Interrogatories to the extent they seek information relating to any period beyond the period for which Defendants have provided discovery.

12.     Plaintiffs object to Defendant's definition of the term "Identify" as overbroad, unduly burdensome, and seeking information that is irrelevant and not reasonably calculated to lead to admissible evidence.

13.     Plaintiffs hereby incorporate each of the foregoing General Objections into each of the individual responses set forth below, whether or not stated separately therein.  No Specific Objection is a waiver of any of the General Objections.

14.     Plaintiffs reserve their right to try their case as Plaintiffs determine is best at trial. This includes by not using facts stated herein or using facts in addition to those stated herein.

INDIRECT-PURCHASER PLAINTIFFS' OBJECTIONS AND RESPONSES TO THE IRICO DEFENDANTS' SECOND SET OF INTERROGATORIES – MASTER FILE NO. CV-07-5944-JST, MDL NO. 1917

15.     Plaintiffs reserve the right to object to and/or challenge any information provided in response to the Interrogatories on the grounds of competency, relevance, materiality, privilege, or admissibility at trial or at any hearing or proceeding.

16.     Plaintiffs object to, and expressly disclaim, any need or intent to prove any fact listed herein as a prerequisite to proving their claims at trial.

17.     Plaintiffs object to these Interrogatories to the extent that the underlying Requests for Admission are propounded improperly or are not relevant to any claim or defense.

## RESPONSES AND SPECIFIC OBJECTIONS

### INTERROGATORY NO. 1

If Your response to any Request for Admission was anything other than an unqualified admission, separately for each Request for Admission:

(a) state the number of the request for admission;

(b) state all facts upon which You base Your response;

(c) Identify all Evidence upon which You intend to rely to support Your response; and

(d) Identify each Person who has knowledge of the facts upon which You base Your response.

### RESPONSE TO INTERROGATORY NO. 1:

Plaintiffs incorporate by reference the General Objections set forth in the preceding paragraphs. Plaintiffs object to the definition of "Evidence From Other Parties" contained in Irico's RFAs upon which this Interrogatory is based, and the Irico Defendants' attempt to limit Plaintiffs' response this Interrogatory to particular sources of evidence. It is improper to limit an RFA under Fed. R. Civ. P. 36(a)(1), which permits a party to seek an admission relating to "(A) facts, the application of law to fact, or opinions about either, or (B) the genuineness of any described document." Plaintiffs will not limit their responses to these RFA's to "Evidence From Other Parties," and will respond to the RFA's as to evidence from any source, including evidence produced by Irico or its wholly owned subsidiary China National Electronics Import & Export Caihong Company ("CNEIECC"). Irico has acknowledged that Irico "exported products exclusively through"

CNEIECC prior to the formation of Irico Electronics ("Electronics") in September 2004. *See* January 15, 2009 Response of Irico Group Corporation and Irico Display Devices Co., Ltd. to Plaintiffs' Information Requests (the "2009 Response"), ECF No. 5220-10 at 1. In addition, a "Master Plan" created by Irico Group near the end of 2022 describes CNEIECC as "actually serv[ing] as Irico Group Corporation's import and export business management department[,]" and "actual assets, personnel and business all belong to Irico Group Corporation." IRI-CRT-00002105E. Finally, a 2004 submission to China's Ministry of Finance that shows CNEIECC as a "wholly-owned" subsidiary of Irico Group. *See* Dep. Ex. 8394.

Plaintiffs further object to this Interrogatory on the grounds that it is premature, and that it seeks to impose an undue burden on Plaintiffs to state their case on an incomplete record and review and analyze all information obtained in discovery thus far at this stage of this litigation. Plaintiffs object that this Interrogatory improperly requires Plaintiffs to marshal all evidence in support of their case, including all testimony, in responses to written discovery, but particularly while discovery is ongoing and in advance of the applicable deadlines set by the Court for disclosure of pretrial information. The Irico Defendants have not completed their production of documents responsive to Plaintiffs' requests for production. Among other things, they have produced neither sales invoices nor a spreadsheet summarizing relevant information from them. Many of the documents the Irico Defendants have produced were only produced recently, and Plaintiffs are still reviewing, translating, and analyzing them. In addition, as the Special Master has determined, the Irico Defendants have failed to provide adequate responses to Plaintiffs' interrogatories requesting core information regarding their attendance at and participation in meetings with competitors and their involvement in the operation of the conspiracy. The Irico Defendants have yet to make two key witnesses available for deposition, and have refused to produce three others, thereby requiring Plaintiffs to bring a motion to compel their attendance.

Plaintiffs also object to this Interrogatory to the extent it requires Plaintiffs to compartmentalize evidence as proof of allegations in the Complaint instead of looking at it as a whole, which is in contravention of well-established legal principles. *See In re CRT Antitrust*

7

*Litigation,* Master Docket No. 3:07-cv-05944 SC, Dkt. No. 2747, Order Adopting Recommended Order of the Special Master, dated August 15, 2014; *Continental Ore Co. v. Union Carbide & Carbon Corp.*, 370 U.S. 690, 699 (1962) ("The character and effect to a conspiracy are not to be judged by dismembering it and viewing its separate parts, but only by looking at it as a whole."). *See also Beltz Travel Service, Inc. v. Int'l Air Trans. Assoc.*, 620 F.2d 1360, 1366-67 (9th Cir. 1980) (citing *United States v. Patten*, 226 U.S. 525, 544 (1913)). All conspirators are jointly liable for the acts of their co-conspirators and the action of any of the conspirators in furtherance of the conspiracy is, in law, the action of all. *Id.*

Plaintiffs further object that the individuals involved in the conspiracy did not always identify their affiliation to a specific corporate entity or their job title in a manner that allows Plaintiffs to sufficiently respond to this Interrogatory. Plaintiffs also object to this Interrogatory to the extent it seeks to attribute a particular action to a specific Irico entity when all the Irico entities named as defendants were owned and controlled and acted pursuant to the overall strategy and direction of Irico Group Corporation.

Finally, Plaintiffs object to this Interrogatory on the grounds that the distinction Irico attempts to draw in their Requests for Admissions and the subject Interrogatories between "Glass Meetings," "Green Meetings," "Top Meetings," "Management Meetings," "Working Level Meetings" and the like is artificial and is of no moment in determining Irico's liability in this case. Binder Documents 1-103, and the chart summarizing many of those documents which Plaintiffs filed with the Special Master on December 16, 2021 (the "Admissibility Chart"), summarize in great detail Irico's knowledge of, attendance at, and participation in meetings in furtherance of the conspiracy with its co-conspirators to discuss and fix CRT prices, control CRT production, and exchange material, non-public information over a lengthy period of time. They also show that even where Irico did not send a representative to a particular meeting, it was kept apprised of, and participated in, those meetings and the agreements reached through other co-conspirators, notably Chunghwa. Plaintiffs incorporate both Binder Documents 1-103 themselves and the Admissibility Chart by reference in response to each and every one of Irico's Interrogatories.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

**RFA No. 1:**  Evidence that Irico attended at least one Green Meeting includes, but is not limited to, the documents bearing Bates Numbers: TSA-CRT00156567; TSA-CRT00156568.

**RFA No. 2:**  Evidence that Irico's high level executives attended meetings with Irico's competitors, which meetings fall within the definition of "Top Meetings" in Plaintiffs' Complaint, includes, but is not limited to, the documents bearing the following Bates Numbers: CHU00030688-91;  IRI-CRT-00024215;  BMCC-CRT000540532;  CHU00047658-62;  CHU00734728;  BMCC-CRT000105586;  SDCRT-0093977-91;  SDCRT-0105131-34;  CHU00016621;  CHU00016622; CHU00102751;  CHU00102752;  CHU00102864;  CHU00447509;  CHU00447510;  SDCRT-0087340;  SDCRT-0090225;  SDCRT-0091569;  SDCRT-0091980;  SDCRT-0091925;  SDCRT-0091950; CHU00102863; CHU00102864.

**RFA No. 3:**  Evidence that Irico's high level sales managers attended meetings with Irico's competitors, which meetings fall within the definition of "Management Meetings" in Plaintiff's Complaint, includes, but is not limited to, the documents bearing the following Bates Numbers: CHU00102752-54; CHU00030665-67; CHU00030679-83; CHU00030684-87; CHU00030692-94; CHU00030695-97; CHU00030705-08; CHU00030752-55; SDCRT-0086599-600; CHU00029050-51; CHU00030797-98; CHU00030819-22; CHU00030823-26; CHU00030827-30; CHU00030843-45;  SDCRT-0086698-99;  SDCRT-0086672;  CHU00029046;  CHU00030941;  CHU00030946; CHU00030953; CHU00030973; CHU00031018; CHU00029110; CHU00031032; CHU00031070; CHU00031088; CHU00031092; CHU00031113; SDCRT-0087694; SDCRT-0087700; SDCRT-0006674;  BMCC-CRT000142063;  SDCRT-0091409;  SDCRT-0091573;  SDCRT-0091584; SDCRT-0091942; SDCRT-0091957; BMCC-CRT000105586; SDCRT-0105131; CHU00029131; CHU00029138; IRI-CRT-00024212-15.

**RFA No. 4:**  Evidence that Irico attended Glass Meetings with its competitors prior to July 31, 1998 includes, but is not limited to, the documents bearing the following Bates Numbers: BMCC-CRT000113384; BMCC-CRT000113389; IRI-CRT-00004817; IRI-CRT-00004821; IRI-CRT-00008236; IRI-CRT-00008241-42.

9

**RFA No. 5:** Evidence that Irico attended Working Level Meetings with its competitors prior to July 31, 1998 includes, but is not limited to, the documents bearing the following Bates Numbers: BMCC-CRT000113384; BMCC-CRT000113389; BMCC-CRT000113394; IRI-CRT-00008236; IRI-CRT-00008242.

**RFA No. 6:** Plaintiffs incorporate their objections to this RFA and will not respond to this Interrogatory at this time. Plaintiffs will respond at the close of discovery.

**RFA No. 7:** Evidence of meetings between Irico and a Defendant or Co-Conspirator prior to July 31, 1998 includes, but is not limited to, the documents bearing the following Bates Numbers: BMCC-CRT000113367; BMCC-CRT000113368; BMCC-CRT000113372; BMCC-CRT000113374; BMCC-CRT000113378; BMCC-CRT000113379; BMCC-CRT000113380; BMCC-CRT000113381; BMCC-CRT000113382; BMCC-CRT000113384; BMCC-CRT000113389; BMCCCRT000113392; BMCC-CRT000113393; BMCC-CRT000113394; BMCC-CRT000113395-416; IRI-CRT-00008236; IRI-CRT-00008242; IRI-CRT-00004746 & 4751; IRI-CRT-00004761-64; IRI-CRT-00004769-4773; IRI-CRT-00008316-18; IRI-CRT-00008340; IRI-CRT-00008358-8360.

**RFA No. 8:** Evidence that Irico attended meetings with a Defendant or Co-Conspirator outside of China includes, but is not limited to, the documents bearing the following Bates Numbers: IRI-CRT-00024207-08; IRI-CRT-00024317-19; IRI-CRT-00024628; TSA-CRT00216188; TSA-CRT00216189; TSA-CRT00216190; IRI-CRT-00004757; IRI-CRT-00004761-64; IRI-CRT-00004769-4772; TCE-CRT 0021183; IRI-CRT-00018199; IRI-CRT-00008802-03; IRI-CRT-00024205-06; IRI-CRT-00024259-60; TCE-CRT 0022550; TSA-CRT00036206; TCE-CRT 0021189; TSA-CRT00036954; IRI-CRT-00024320-21; IRI-CRT-00024328-30; IRI-CRT-00024345-47; TSA-CRT00153053; TSA-CRT00187175; IRI-CRT-00024628-32; IRI-CRT-00024657-58; IRI-CRT-00024678-4680; IRI-CRT-00024166.

**RFA No. 9:** Evidence that Irico sold CDTs after 2003 includes, but is not limited to, the documents bearing the following Bates Numbers: IRI-CRT-00031184-88.

**RFA No. 10:** Plaintiffs incorporate their objections to this RFA and will not respond to this

10

Interrogatory at this time. Plaintiffs are willing to meet and confer regarding this response.

**RFA No. 11:** Plaintiffs incorporate their objections to this RFA and will not respond to this Interrogatory at this time. Plaintiffs are willing to meet and confer regarding this response.

**RFA No. 12:** Plaintiffs incorporate their objections to this RFA and will not respond to this Interrogatory at this time. Plaintiffs are willing to meet and confer regarding this response.

**RFA No. 13:** Plaintiffs incorporate their objections to this RFA and will not respond to this Interrogatory at this time. Plaintiffs are willing to meet and confer regarding this response.

**RFA No. 14:** Plaintiffs incorporate their objections to this RFA and will not respond to this Interrogatory at this time. Plaintiffs are willing to meet and confer regarding this response.

**RFA No. 15:** Plaintiffs incorporate their objections to this RFA and will not respond to this Interrogatory at this time. Plaintiffs are willing to meet and confer regarding this response.

Plaintiffs have not completed their discovery and preparation in this matter and their investigation of the case is ongoing. Plaintiffs reserve the right to change or supplement the responses to this Interrogatory.

## INTERROGATORY NO. 2

If You contend that Irico joined the alleged conspiracy prior to July 31, 1998, Identify the date on which You contend that Irico joined the conspiracy, Describe the facts that You rely on to support Your contention, Identify each Document and all Testimony or responses to discovery in this action that You contend supports such a contention, and Identify each Person who has knowledge concerning each contention.

## RESPONSE TO INTERROGATORY NO. 2:

Plaintiffs object to this Interrogatory on the grounds that it is premature, and that it seeks to impose an undue burden on Plaintiffs to state their case on an incomplete record and review and analyze all information obtained in discovery thus far at this stage of this litigation.  Plaintiffs object that this Interrogatory improperly requires Plaintiffs to marshal all evidence in support of their case, including all testimony, in responses to written discovery, but particularly while discovery is ongoing and in advance of the applicable deadlines set by the Court for disclosure of pretrial

11

1   information. The Irico Defendants have not completed their production of documents responsive to

2   Plaintiffs' requests for production. Among other things, they have produced neither sales invoices

3   nor a spreadsheet summarizing relevant information from them. Many of the documents the Irico

4   Defendants have produced were only produced recently, and Plaintiffs are still reviewing,

5   translating, and analyzing them. In addition, as the Special Master has determined, the Irico

6   Defendants have failed to provide adequate responses to Plaintiffs' interrogatories requesting core

7   information regarding their attendance at and participation in meetings with competitors and their

8   involvement in the operation of the conspiracy. The Irico Defendants have yet to make two key

9   witnesses available for deposition, and have refused to produce three others, thereby requiring

10  Plaintiffs to bring a motion to compel their attendance.

11      Plaintiffs further object to this Interrogatory to the extent it requires Plaintiffs to

12  compartmentalize evidence as proof of allegations in the Complaint instead of looking at it as a

13  whole, which is in contravention of well-established legal principles. *See In re CRT Antitrust*

14  *Litigation,* Master Docket No. 3:07-cv-05944 SC, Dkt. No. 2747, Order Adopting Recommended

15  Order of the Special Master, dated August 15, 2014; *Continental Ore Co. v. Union Carbide &*

16  *Carbon Corp.*, 370 U.S. 690, 699 (1962) ("The character and effect to a conspiracy are not to be

17  judged by dismembering it and viewing its separate parts, but only by looking at it as a whole."). *See*

18  *also Beltz Travel Service, Inc. v. Int'l Air Trans. Assoc.*, 620 F.2d 1360, 1366-67 (9th Cir. 1980)

19  (citing *United States v. Patten*, 226 U.S. 525, 544 (1913)). All conspirators are jointly liable for the

20  acts of their co-conspirators and the action of any of the conspirators in furtherance of the conspiracy

21  is, in law, the action of all. *Id.*

22      Plaintiffs further object that the individuals involved in the conspiracy did not always identify

23  their affiliation to a specific corporate entity or their job title in a manner that allows Plaintiffs to

24  sufficiently respond to this Interrogatory.

25      Plaintiffs object to this Interrogatory on the grounds that it is compound in that it compiles

26  several interrogatories into one. Plaintiffs object to this Interrogatory on the grounds that it is vague

27  and ambiguous as to the meaning of the undefined capitalized term "Describe." Plaintiffs further

28

12

object to this interrogatory on the grounds that that it is vague and ambiguous as to the meaning of "joined," "each contention," and any intended difference between "alleged conspiracy" and "conspiracy." Plaintiffs further object to this interrogatory on the grounds that it is overbroad in requiring Plaintiffs to identify "each Person" with knowledge of each contention.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows: Plaintiffs contend that Irico joined the CRT conspiracy at its inception in March 1995. Documents produced by defendant Beijing Matsushita Color CRT Co., Ltd. contain tables dated February 1995 and March 14, 1995 detailing the CRT production data of various CRT manufacturers including Irico (referred to as "4400"), for the period from 1993-1998. *See* BMCC-CRT000134418-19, BMCC-CRT00011394. These documents indicate that Irico was exchanging non-public, future production data with its competitors as early as February 1995. These were acts in furtherance of the conspiracy because, as many other documents show, the conspirators often agreed to limit production in order to fix, raise, or maintain CRT prices.

Irico's minutes of an internal Irico Group Corporation administrative meeting on July 10, 1995 note that Wu Yingzhong referenced a "preparatory meeting" for the "CRT Industry Association" to be held on July 17th, and that the "founding meeting will be held in early August." IRI-CRT-00004821.

Other documents demonstrate that these CRT Industry Association meetings were part of the conspiracy. For example, a document dated November 30, 1995, produced by defendant Beijing Matsushita Color CRT Co., Ltd., is entitled "December CRT Industry Meeting exchange" and was authored by "Irico Group Sales Company." BMCC-CRT000113389. The document contains detailed figures showing Irico's CRT output, sales, and inventory from January-November 1995, as well as Irico's planned production of CRTs for 1996. The last paragraph states, "I hope that our CRT fellow makers should unite together and act in unison." *Id.*

Irico's internal minutes of a December 11, 1997 meeting of the plant's leaders, reflect that Secretary Tao stated: "An industry meeting was held last week. Each tube maker set the price of 21" at 620 yuan." IRI-CRT-00005040. According to Irico's minutes of a December 1, 1998

13

1   administrative meeting (IRI-CRT-00008425), Ma Jinquan reported the tube sales situation and

2   referenced, "The industry meeting, once every month. The November meeting concluded to discuss

3   with Changhong again about pricing issues." IRI-CRT-00008427. *See further* Response to RFA No.

4   4.

5       Plaintiffs believe the following individuals have knowledge relating to the foregoing: Wu

6   Yingzhong; Zhang Wenyi, Wang Lichang, Wu Weiren, J.S. Lu, S.J. Yang, C.C. Liu, Sha Tao, Ma

7   Jinquan, Tao Kui, Xing Daoqin, Mu Haoping, Ma Shitai, Niu Wenjun, Li Zhuotai, and anyone else

8   listed in the documents referred to above, as well as the listed attendees or participants in any of the

9   contacts in the Binder Documents.

10      Plaintiffs have not completed their discovery and preparation in this matter and their

11  investigation of the case is ongoing. Plaintiffs reserve the right to change or supplement this

12  response.

13  **INTERROGATORY NO. 3**

14      If You contend that Irico joined the alleged conspiracy with knowledge of the prior acts of

15  the conspiracy, Describe the facts that You rely on to support Your contention, Identify each

16  Document and all Testimony or responses to discovery in this action that You contend supports such

17  a contention, and Identify each Person who has knowledge concerning each contention.

18  **RESPONSE TO INTERROGATORY NO. 3:**

19      Plaintiffs object to this Interrogatory on the grounds that it is premature, and that it seeks to

20  impose an undue burden on Plaintiffs to state their case on an incomplete record and review and

21  analyze all information obtained in discovery thus far at this stage of this litigation.  Plaintiffs object

22  that this Interrogatory improperly requires Plaintiffs to marshal all evidence in support of their case,

23  including all testimony, in responses to written discovery, but particularly while discovery is

24  ongoing and in advance of the applicable deadlines set by the Court for disclosure of pretrial

25  information. The Irico Defendants have not completed their production of documents responsive to

26  Plaintiffs' requests for production. Among other things, they have produced neither sales invoices

27  nor a spreadsheet summarizing relevant information from them. Many of the documents the Irico

28

14

INDIRECT-PURCHASER PLAINTIFFS' OBJECTIONS AND RESPONSES TO THE IRICO DEFENDANTS'
SECOND SET OF INTERROGATORIES – MASTER FILE NO. CV-07-5944-JST, MDL NO. 1917

1   Defendants have produced were only produced recently, and Plaintiffs are still reviewing,

2   translating, and analyzing them. In addition, as the Special Master has determined, the Irico

3   Defendants have failed to provide adequate responses to Plaintiffs' interrogatories requesting core

4   information regarding their attendance at and participation in meetings with competitors and their

5   involvement in the operation of the conspiracy. The Irico Defendants have yet to make two key

6   witnesses available for deposition, and have refused to produce three others, thereby requiring

7   Plaintiffs to bring a motion to compel their attendance.

8   Plaintiffs further object to this Interrogatory to the extent it requires Plaintiffs to

9   compartmentalize evidence as proof of allegations in the Complaint instead of looking at it as a

10  whole, which is in contravention of well-established legal principles. *See In re CRT Antitrust*

11  *Litigation,* Master Docket No. 3:07-cv-05944 SC, Dkt. No. 2747, Order Adopting Recommended

12  Order of the Special Master, dated August 15, 2014; *Continental Ore Co. v. Union Carbide &*

13  *Carbon Corp.*, 370 U.S. 690, 699 (1962) ("The character and effect to a conspiracy are not to be

14  judged by dismembering it and viewing its separate parts, but only by looking at it as a whole."). *See*

15  *also Beltz Travel Service, Inc. v. Int'l Air Trans. Assoc.*, 620 F.2d 1360, 1366-67 (9th Cir. 1980)

16  (citing *United States v. Patten*, 226 U.S. 525, 544 (1913)). All conspirators are jointly liable for the

17  acts of their co-conspirators and the action of any of the conspirators in furtherance of the conspiracy

18  is, in law, the action of all. *Id.*

19  Plaintiffs further object that the individuals involved in the conspiracy did not always identify

20  their affiliation to a specific corporate entity or their job title in a manner that allows Plaintiffs to

21  sufficiently respond to this Interrogatory.

22  Plaintiffs further object to this interrogatory on the grounds that it is vague and ambiguous

23  as to the meaning of the undefined capitalized term "Describe." Plaintiffs further object to this

24  interrogatory on the grounds that it is vague and ambiguous as to the meaning of "joined,"

25  "knowledge," "prior acts," "each contention," and any intended difference between "alleged

26  conspiracy" and "conspiracy." Plaintiffs further object to this interrogatory on the grounds that it is

27  overbroad in demanding Plaintiffs identify "each Person" with knowledge of "each contention."

28

15

1   Plaintiffs further object to this interrogatory on the grounds that it is duplicative where it overlaps

2   with Interrogatory No. 2.

3   Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

4   Plaintiffs contend that, based on the documents cited in Plaintiffs' response to Interrogatory No. 2,

5   Irico joined the conspiracy at its inception in or around March 1995. These documents show that

6   Irico was meeting with its competitors "once every month" (IRI-CRT-00008427) from at least

7   August 1995—the date of the "founding meeting" of the "CRT Industry Association." IRI-CRT-

8   00004821. These documents further show that the participants at these meetings discussed and

9   agreed upon prices and exchanged sensitive future CRT production data. *See, e.g.*, IRI-CRT-

10  00008236; IRI-CRT-00008427. Given the evidence showing that Irico participated in the conspiracy

11  from its inception, Irico is jointly and severally liable for all acts of the conspiracy, Plaintiffs need

12  not show that Irico was aware of all other acts of the conspiracy prior to July 31, 1998.

13  In addition, numerous documents show that Irico regularly met bilaterally with its

14  competitors prior to July 31, 1998. *See* Response to RFA No. 7. These included meetings with

15  admitted conspirator Chunghwa Picture Tubes, Ltd.'s Chinese subsidiary Chunghwa Picture Tubes

16  Fuzhuo, Ltd., and show that Irico was considering joint ventures or other forms of technological

17  cooperation with defendants Toshiba and Thomson. Thus, even aside from Irico's attendance at the

18  monthly CRT Industry Meetings, Irico's regular contacts with members of the conspiracy ensured

19  that it was well informed regarding the global CRT market, and would have had knowledge of the

20  other CRT meetings that were occurring outside of China.

21  Plaintiffs believe the following individuals have knowledge relating to the foregoing: Wu

22  Yingzhong, Zhang Wenyi, Wang Lichang, Wu Weiren, JS Lu, SJ Yang, CC Liu, Sha Tao, Ma

23  Jinquan, Tao Kui, Xing Daoqin, Mu Haoping, Ma Shitai, Niu Wenjun, Li Zhuotai, and anyone else

24  listed in the documents referred to above, as well as the listed attendees or participants in any of the

25  contacts in the Binder Documents.

26  Plaintiffs have not completed their discovery and preparation in this matter and their

27  investigation of the case is ongoing. Plaintiffs reserve the right to change or supplement this

28

16

INDIRECT-PURCHASER PLAINTIFFS' OBJECTIONS AND RESPONSES TO THE IRICO DEFENDANTS'
SECOND SET OF INTERROGATORIES – MASTER FILE NO. CV-07-5944-JST, MDL NO. 1917

response.

Dated: February 23, 2022

By: */s/ Mario N. Alioto*

Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiff*

INDIRECT-PURCHASER PLAINTIFFS' OBJECTIONS AND RESPONSES TO THE IRICO DEFENDANTS'
SECOND SET OF INTERROGATORIES – MASTER FILE NO. CV-07-5944-JST, MDL NO. 1917

# Exhibit 81



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **Cindy Wang**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113367.

*(Digital or printed signature here above the line)*

*Cindy Wang*

_____

**Cindy Wang**

Project Number: _BBLLP_2307_P0029_

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

## The 21" Color Picture Tubes Export Situation from January to May in 1998

(Domestic occupancy rate of 21")  *(24.7%)  (20.3%)  (14.2%)  (11.7%)  (9.5%)  (9.4%)  (8.8%)  (1.3%)*

Unit: piece

June 5, 1998

| | 4400 | BMCC | Shenzhen SEG | Shanghai Novel | Shenzhen Samsung | Changsha Shuguang | Nanjing Huafei | Guangdong Dongguan | Total |
|---|---|---|---|---|---|---|---|---|---|
| Internal sales volume | 1,366,572 | 1,122,226 | 785,254 | 644,649 | 525,709 | 531,038 | 484,736 | 66,244 | 5,526,428 |
| Export volume | 5,000 | 15,851 | 328,491 | 100,000 | 212,989 | 95,000 | 80,000 | 0 | 837,331 |
| Total sales volume | 1,371,572 | 1,138,077 | 1,113,745 | 744,649 | 738,698 | 626,038 | 564,736 | 66,244 | 6,363,759 |

([export] rate)  *(0.4%)  (1.4%)  (29.5%)  (13.4%)  (28.8%)  (15.2%)  (14.2%)  0  (13.2%)*



CONFIDENTIAL

BMCC-CRT000113367_ E Translation

# Exhibit 82



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **Cindy Wang**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113368.

*(Digital or printed signature here above the line)*

Cindy Wang

_____

**Cindy Wang**

Project Number: *BBLLP_2307_P0029*

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Economic Indicators of Color Picture Tube Factories for First Quarter of 1998

Unit: 10,000                                                                 June 5, 1998

| Manufacturer | Output | Sales volume | Sales revenue | Total profits | Profit rate |
|---|---|---|---|---|---|
| 4400 | 125.9 | 149.7 | 80,861 | 820 | 1.01% |
| BMCC | 102.8 | 109.9 | 61,000 | 3,137 | 5.14% |
| Shanghai Novel | 84.0 | 75.7 | 50,690 | 3,100 | 6.12% |
| Nanjing Huafei | 66.1 | 64.7 | 41,132 | 220 | 0.53% |
| Shenzhen SEG | 68.3 | 66.7 | 35,802 | 780 | 2.18% |
| Guangdong Dongguan | 51.6 | 40.8 | 35,000 | 540 | 1.54% |
| Changsha Shuguang | 55.3 | 50.7 | 32,523 | -10 | -0.03% |
| Shenzhen Samsung | 59.0 | 59.5 | 26,747 | 0 | 0.00% |

JGTY.XLS

CONFIDENTIAL                                    BMCC-CRT000113368_E Translation

# Exhibit 83



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **Cindy Wang**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113372.

*(Digital or printed signature here above the line)*

*Cindy Wang*

_____

**Cindy Wang**

Project Number: *BBLLP_2307_P0029*

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

## Current Status and Development Plan of Domestic Model-21 Color Picture Tubes

Unit: 10,000 pieces                                                    Market department August 15, 1997

| Enterprise name | | Production Line technology | Production Line type | Tube type | Annual production capacity | Production date | 1997 plan | 1998 plan | 1999 plan | 2000 plan | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4400 | Existing | Toshiba | Monomer | | 300 | | 300 | 300 | 300 | 300 | |
| | Add | | Monomer | | | | | | | | |
| BMCC | Existing | Panasonic | Monomer | | 220 | | 165 | 200 | 220 | 220 | |
| | Add | Panasonic | Monomer | | | | | | | | |
| Shanghai Novel | Existing | Toshiba | Compatible | 18"21" | 150 | | 150 | 150 | 150 | 150 | |
| | Add | Toshiba | Compatible | | | | | | | | |
| Nanjing Huafei | Existing | Philips | Monomer | | 200 | | 80 | 200 | 200 | 200 | |
| | Add | Philips | Monomer | | | | | | | | |
| Guangdong Dongguan | Existing | Hitachi | Monomer | | 150 | | 80 | 100 | 100 | 100 | |
| | Add | Hitachi | Monomer | | | | | | | | |
| Shenzhen SEG | Existing | Hitachi | Monomer | | 240 | | 230 | 230 | 230 | 240 | |
| | Add | Hitachi | Monomer | | | | | | | | |
| Changsha Shuguang | Existing | Jinxing | Compatible | 21"25" | 150 | | 150 | 150 | 150 | 150 | Mainly 21" |
| | Add | Jinxing | Compatible | 21"25" | 150 | 97.8 | | | | | Mainly 25" |
| Guangdong Foshan | Existing | Thomson | Monomer | | | | | | | | |
| | Add | | | | | | | | | | |
| Shenzhen Samsung | Existing | | | | | | | | | | |
| | Add | Samsung | Compatible | 21"25" | 180 | 97.9 | 50 | 150 | 170 | 180 | |
| Chengdu Hongguang | Existing | | | | | | | | | | |
| | Add | Hitachi | Monomer | | 90 | 98.12 | | | 85 | 90 | |
| SSGE | Existing | | | | | | | | | | |
| | Add | Sony | Monomer | | 60 | 97.6 | 20 | 50 | 60 | 60 | |
| Total | | | | | 1890 | | 1225 | 1530 | 1665 | 1690 | |

29SF.XLS

# Exhibit 84



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**


I, **Cindy Wang**, hereby declare:


That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113374 to BMCC-CRT000113375.

*(Digital or printed signature here above the line)*


*Cindy Wang*

_____

**Cindy Wang**

Project Number: *BBLLP_2307_P0029*

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

# Current Status and Development Plan of Domestic CMT

Unit: 10,000 pieces               Market Department    August 15, 1997

| Enterprise name | | Production Line technology | Production Line type | Tube type | Annual production capacity | Production date | 1997 plan | 1998 plan | 1999 plan | 2000 plan | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4400 | Existing | Toshiba | Monomer | 14" | 100 | | 4 | 20 | 40 | 60 | |
| | Add | Toshiba | Compatible | 14"15" | 100 | 97.11 | 2 | 70 | 90 | 100 | |
| BMCC | Existing | Panasonic | Monomer | 14" | 150 | | 82 | 80 | 80 | 80 | |
| | Add | Panasonic | | To be determined | | | | | 70 | 120 | |
| Nanjing Huafei | Existing | | | | | | | | | | |
| | Add | Philips | Monomer | 14" | 120 | 97.8 | 10 | 100 | 110 | 120 | |
| Changsha Shuguang | Existing | | | | | | | | | | |
| | Add | Jinxing | Compatible | 14"15"17" | 150 | 99.1 | | | 120 | 150 | |
| | Add | Jinxing | Compatible | 14"15"17" | 150 | 99.12 | | | | 120 | |
| Shenzhen Samsung | Existing | | | | | | | | | | |
| | Add | Samsung | | 14" | 180 | 97.8 | 15 | 100 | 170 | 180 | NO1 |
| | Add | Samsung | Compatible | 14"15"17" | 300 | 98.9 | | 50 | 130 | 270 | NO2, NO3 |
| Tianjin Samsung | Existing | | | | | | | | | | |
| | Add | Samsung | Compatible | 14"15"17" | 180 | 98.5 | | 90 | 150 | 180 | |
| Fuzhou, Chunghwa | Existing | | | | | | | | | | |
| | Add | Taiwan | Compatible | 14"15"17" | 360 | 98.3 | | 240 | 300 | 360 | NO1, NO2 |
| | Add | Taiwan | Compatible | 14"15"17" | 360 | 99.3 | | | 240 | 300 | NO3, NO4 |
| SSGE | Existing | | | | | | | | | | |
| | Add | Sony | Monomer | 14" | 60 | 98.6 | | 25 | 40 | 60 | |
| Total | | | | | 2210 | | 113 | 775 | 1540 | 2100 | |

29SF.XLS

BMCC-CRT000113374_E Translation

July          Day        RMB3,700,000
August      Day        RMB1,360,000
7/
9/10 propose (general manager said)
9/7 Sen [illegible]
9/8 AM

# Exhibit 85



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **Cindy Wang**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113378.

*(Digital or printed signature here above the line)*

*Cindy Wang*

_____

**Cindy Wang**

Project Number: <u>BBLLP_2307_P0029</u>

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

[Note: a Japanese name]

[Reference] China CRTMaker Production trend [Unit: 10,000 units/year]　　　January 9, 1996

| No | Company name | Production capacity in 1995 (1996 estimation) | | | Approved projects to increase production | | | Scheduled application project | | | Reference details |
|----|--------------|------------|------|------|------------|------|------|------------|------|------|------------|
| | | Number of Lines | Type | Number of production | Number of Lines | Type | Number of production | Number of Lines | Type | Number of production | |
| 1 | B M C C | 4 | 21.14.19. 29.14CMT. | 3 1 8 (411) | — | ———— | — | 3 | CMT(14.15. 17).WD. | 3 8 0 | |
| 2 | Xianyang 4400 | 6 | 14.18.21. 22.25. | 6 0 0 (700) | — | ———— | — | 2 | CPT. CMT. | 2 2 0 | CPT:120. CMT:100. |
| 3 | Shanghai Novel | 2 | 18.21.25. | 2 3 3 | 1 | 14.21. | 1 2 0 | 1 | CMT. | 1 0 0 | 14"+12" approval by Shanghai independently |
| 4 | Nanjing Huafei | 2 | 17.21.25. | 1 5 0 | 4 | 29.25. CMT (14.15.17) | 2 1 5 | — | ———— | — | CMT(14.15.17):120. 25":50. 29":45. |
| 5 | SEG Hitachi | 2 | 21. | 2 0 1 | — | ———— | — | 1 | CMT. | 1 2 0 | |
| 6 | Dongguan | 2 | 21.25. | 2 0 0 | — | ———— | — | 2 | CPT.CMT. | 2 1 0 | CPT:120.CMT:90. |
| 7 | Foshan | 1 | 20.29. | 1 2 0 | — | ———— | — | 1 | CPT. | 1 2 0 | |
| 8 | Changsha | 1 | 21.25. | 1 2 0 | — | ———— | — | 1 | 21.29. | 1 2 0 | |
| 9 | Fuxin | 1 | ? | ? | — | ———— | — | — | | | |
| 10 | Shanghai Dianziguan | 1 | ? | ? | — | ———— | — | — | | | |
| 11 | Chengdu Hongguang | — | ———— | — | 2 | 20.21.25. 29. | 2 2 8 | — | ———— | — | 20":50.21":110. 25":23.29":45. |
| 12 | Shanghai Sony | — | ———— | — | 6 | CMT(14.15) 21.25.29. WD(16.20.24) | 3 0 0 | — | ———— | — | Purpose TVset CTV:180 CE±ナ:120 |
| 13 | Dalian Toshiba | — | ———— | — | 2 | 14.21.25.29. | 3 0 0 | — | ———— | — | Purpose TVset CTV:300 CE±ナ.WD |
| 14 | Shenzhen Samsung MAC | — | ———— | — | — | ———— | — | 4 | CPT. | 6 0 0 | |
| 15 | Tianjin Samsung | — | ———— | — | — | ———— | — | 2 | CPT. | 3 0 0 | |
| 16 | Fuzhou Chunghwa Picture Tubes (Sole Proprietorship) | — | ———— | — | — | ———— | — | ? | CMT.Monochrome. | 1,200 | CMT:900. Monochrome:300. |
| | Total | i. 9 4 2 (2. 2 0 0) | | | 1. 1 6 3 | | | 3. 3 7 0 | | | |

※· ①　　　　　※· ②

※· ①：2. 2 0 0+1. 1 6 3＝33,630 units/year　(×10% Index UP ＝36,990 units/year)
※· ②：3. 3 6 3+3. 3 7 0＝67,330 units/year　(×10% Index UP ＝74,060 units/year)
※· In 2000, China Domestic CTV demands: 25 million units/year.

1／1

Confidential　　　　　　　　　　　　　　BMCC-CRT000113378_E Translation

# Exhibit 86



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **Cindy Wang**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113379.

*(Digital or printed signature here above the line)*

*Cindy Wang*

_____

**Cindy Wang**

Project Number: _BBLLP_2307_P0029_

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

CPT Trend

Table of Production and Inventory of Domestic Color Picture Tubes

Unit: 10,000

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 10-95 | 11-95 | 12-95 | 1~12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 122.88 | 117.47 | 140.67 | 149.84 | 139.35 | 154.35 | 155.06 | 155.02 | 161.01 | 159.56 | 177.03 | 176.48 | 1799.88224 |
| Total sales volume | 114.11 | 115.99 | 147.21 | 141.40 | 137.32 | 150.44 | 142.77 | 154.11 | 156.74 | 130.79 | 164.39 | 172.93 | 1731.2466 |
| Total inventory | 43.24 | 45.51 | 44.07 | 42.84 | 44.56 | 49.35 | 44.00 | 53.50 | 57.69 | 76.01 | 88.20 | 91.59 | 91.59 |
| 4400 | 38.57 | 44.21 | 46.96 | 50.71 | 40.31 | 53.54 | 54.04 | 57.15 | 53.70 | 44.41 | 59.67 | 56.76 | 600.0224 |
| BMCC | 23.74 | 20.09 | 26.59 | 26.67 | 27.15 | 27.29 | 26.59 | 25.48 | 26.92 | 27.45 | 29.97 | 31.00 | 318.6449 |
| Shanghai Novel | 16.29 | 14.84 | 17.79 | 11.77 | 15.30 | 21.20 | 22.50 | 24.20 | 23.37 | 24.50 | 21.11 | 20.03 | 232.8983 |
| Huafei | 10.37 | 10.17 | 15.06 | 12.33 | 13.27 | 12.84 | 14.36 | 10.26 | 10.27 | 15.61 | 16.49 | 15.30 | 156.33083 |
| SEG | 15.44 | 13.32 | 19.15 | 17.70 | 17.51 | 18.53 | 12.70 | 12.00 | 18.35 | 17.56 | 18.77 | 20.19 | 201.2216 |
| Dongguan | 11.87 | 9.37 | 10.07 | 13.45 | 18.50 | 14.02 | 17.46 | 19.50 | 20.50 | 20.35 | 21.62 | 23.57 | 200.279 |
| Foshan | 6.61 | 5.46 | 5.05 | 8.23 | 7.31 | 6.93 | 7.40 | 6.43 | 7.89 | -9.68 | 9.40 | 9.62 | 90.4854 |



BMCC-CRT000113379_E Translation

# Exhibit 87



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, Bruce Lin, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113380.

*(Digital or printed signature here above the line)*

Bruce Lin

_____

Bruce Lin

Project Number: BBLLP_2307_P0029

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Comparison of Production, Sales Volume, and Inventory of CPT of the Nation's Seven Large Color Picture Tube Factories in 1994 and 1995

Unit: 10,000 pieces

| | 01-94 | 02-94 | 03-94 | 04-94 | 05-94 | 06-94 | 07-94 | 08-94 | 09-94 | 10-94 | 11-94 | 12-94 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 100 | 93 | 115 | 117 | 113 | 125 | 105 | 122 | 113 | 118 | 136 | 136 | 1,393 |
| Total sales volume | 99 | 89 | 114 | 112 | 112 | 106 | 105 | 123 | 120 | 118 | 133 | 145 | 1,376 |
| Total inventory | 15 | 20 | 19 | 21 | 13 | 42 | 43 | 43 | 36 | 38 | 40 | 35 | 35 |

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 10-95 | 11-95 | 12-95 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 117 | 117 | 141 | 141 | 139 | 154 | 155 | 155 | 161 | 160 | 177 | 176 | 1,793 |
| Total sales volume | 114 | 116 | 147 | 141 | 137 | 150 | 143 | 154 | 157 | 140 | 164 | 173 | 1,736 |
| Total inventory | 43 | 46 | 44 | 43 | 45 | 49 | 44 | 54 | 58 | 76 | 88 | 92 | 35 |





CONFIDENTIAL

BMCC-CRT000113380_E Translation

# Exhibit 88



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **Bruce Lin**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113381.

*(Digital or printed signature here above the line)*

_____

**Bruce Lin**

Project Number: _BBLLP_2307_P0029_

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Production, Sales, and Inventory for 21"

Unit: 10,000 pieces

| | 01-95 | | | 02-95 | | | 03-95 | | | 04-95 | | | 05-95 | | | 06-95 | | | 07-95 | | | 08-95 | | | 09-95 | | | 10-95 | | | 11-95 | | | 12-95 | | | 1–12 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Sales | | | Sales | | | Sales | | | Sales | | | Sales | | | Sales | | | Sales | | | Sales | | | Sales | | | Sales | | | Sales | | | Sales | | | Sales | |
| 4400 | 5.89 | 7.84 | 0.92 | 9.62 | 9.56 | 0.09 | 11.15 | 11.23 | 0.05 | 12.03 | 12.04 | 0.04 | 10.05 | 10.68 | 0.05 | 12.01 | 12.52 | 0.26 | 12.30 | 13.15 | 0.43 | 13.80 | 14.15 | 0.08 | 13.91 | 13.62 | 2.09 | 20.51 | 8.72 | 1.08 | 17.67 | 17.67 | 0.84 | 12.04 | 12.11 | 0.75 | 140.35 | 139.54 | 0.75 |
| BMCC | 8.17 | 8.14 | 0.22 | 7.06 | 6.98 | 0.36 | 10.12 | 10.23 | 0.19 | 10.20 | 10.35 | 0.24 | 10.37 | 10.09 | 0.52 | 13.40 | 10.55 | 0.46 | 10.00 | 10.14 | 0.32 | 10.80 | 10.18 | 0.54 | 10.44 | 10.66 | 0.02 | 10.14 | 10.08 | 0.13 | 10.84 | 10.15 | 0.82 | 10.79 | 10.41 | 0.88 | 119.44 | 118.42 | 0.84 |
| Shanghai Novel | 18.23 | 10.24 | 0.10 | 10.28 | 10.31 | 0.07 | 11.19 | 11.25 | 0.01 | 11.15 | 11.25 | 0.01 | 11.30 | 11.30 | 0.01 | 11.30 | 11.49 | 0.02 | 12.50 | 13.70 | 1.34 | 11.50 | 11.59 | 1.34 | 12.51 | 12.73 | 1.12 | 11.32 | 11.06 | 1.40 | 13.10 | 14.38 | 0.18 | 135.66 | 135.65 | 0.18 | | | |
| Huafei | 7.03 | 7.56 | 0.09 | 4.57 | 4.56 | 0.02 | 7.31 | 7.29 | 0.05 | 7.40 | 7.04 | 0.42 | 12.72 | 12.69 | 0.45 | 8.17 | 9.37 | 0.25 | 5.43 | 5.41 | 0.77 | 5.02 | 5.19 | 0.12 | 5.36 | 5.47 | 0.01 | 14.54 | 14.42 | 0.13 | 15.19 | 14.82 | 0.53 | 101.49 | 101.19 | 0.51 | | | |
| SEG | 35.44 | 15.18 | 0.62 | 17.70 | 13.40 | 0.55 | 19.15 | 19.01 | 0.48 | 12.70 | 12.57 | 0.81 | 17.51 | 16.75 | 1.37 | 18.33 | 14.04 | 6.05 | 17.30 | 14.06 | 4.98 | 12.00 | 14.90 | 1.80 | 18.35 | 18.67 | 1.49 | 17.56 | 18.05 | 1.00 | 18.39 | 18.00 | 1.77 | 20.19 | 21.07 | 0.80 | 201.22 | 200.69 | 0.89 |
| Dongguan | 9.41 | 9.19 | 0.42 | 8.86 | 8.56 | 0.33 | 10.02 | 10.29 | 0.06 | 13.34 | 12.93 | 0.45 | 17.35 | 12.53 | 0.82 | 33.18 | 13.17 | 2.37 | 17.46 | 18.07 | 0.55 | 19.50 | 18.48 | 1.37 | 20.50 | 21.62 | 0.45 | 20.35 | 20.46 | 0.34 | 21.02 | 21.42 | 0.35 | 23.57 | 20.62 | 3.49 | 191.03 | 187.23 | 3.49 |
| Total | 58.19 | 58.15 | 1.30 | 58.00 | 53.75 | 1.36 | 68.95 | 69.36 | 1.05 | 71.88 | 70.96 | 2.01 | 75.41 | 74.04 | 3.38 | 74.81 | 70.35 | 2.35 | 70.34 | 70.73 | 7.81 | 72.63 | 73.99 | 5.45 | 83.45 | 83.48 | 3.42 | 76.43 | 75.46 | 4.49 | 89.72 | 88.69 | 5.51 | 94.96 | 93.42 | 6.67 | 189.00 | 183.60 | 6.67 |



BMCC-CRT000113381_E Translation

# Exhibit 89



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, Bruce Lin, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113381.

*(Digital or printed signature here above the line)*

_____

Bruce Lin

Project Number: BBLLP_2307_P0029

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Table of 25" Production and Inventory in 1995

Unit: 10,000 pieces

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 10-95 | 11-95 | 12-95 | 1--12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4400, 25" production | 0.6520 | 2.0200 | 4.7456 | 4.8632 | 5.1329 | 4.8960 | 2.6144 | 4.065 | 1.7010 | 3.5465 | 4.0608 | 3.9265 | 42.2237 |
| Shanghai Novel, 25" production | 6.0608 | 4.5600 | 6.6000 | 6.0000 | 0.0000 | 0.0000 | 0.0000 | 0.000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 20.2774 |
| Huafei, 25" production | 3.3219 | 0.0803 | 0.0000 | 4.7085 | 0.5553 | 0.0000 | 0.3328 | 4.614 | 0.4708 | 1.3194 | 1.7847 | 0.0198 | 17.2078 |
| Dongguan, 25" production | 2.4528 | 0.5061 | 0.0512 | 0.0882 | 5.6432 | 0.5110 | 0.0001 | 0.000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 9.2526 |
| 25" total production | 12.4875 | 7.1664 | 11.3968 | 16.2599 | 11.3314 | 5.4070 | 2.9473 | 8.679 | 2.1718 | 4.8659 | 5.8455 | 3.9463 | 88.9615 |
| | | | | | | | | | | | | | |
| 4400, 25" inventory | 0.1316 | 0.1655 | 4.6586 | 4.1340 | 4.7799 | 5.1654 | 0.9728 | 5.923 | 5.3214 | 6.4717 | 6.5525 | 8.0252 | 8.0252 |
| Shanghai Novel, 25" inventory | 14.4378 | 15.9733 | 19.5643 | 19.5643 | 16.6049 | 14.5827 | 13.5011 | 12.978 | 12.3952 | 11.5108 | 10.2595 | 2.9506 | 2.9506 |
| Huafei, 25" inventory | 2.9058 | 1.2137 | 0.0311 | 2.6758 | 1.8662 | 0.4894 | 0.0068 | 2.386 | 2.1332 | 2.0423 | 1.6315 | 0.2898 | 0.2898 |
| Dongguan, 25" inventory | 11.2572 | 10.6841 | 8.7373 | 6.4062 | 10.6782 | 9.9478 | 8.8608 | 8.034 | 6.8155 | 5.4921 | 3.0184 | 1.4038 | 1.4038 |
| 25" total inventory | 28.7324 | 28.0366 | 32.9913 | 32.7803 | 33.9292 | 30.1853 | 23.3415 | 29.321 | 26.6653 | 25.5169 | 21.4619 | 12.6694 | 12.6694 |



# Exhibit 90



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, Bruce Lin, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113392 to BMCC-CRT000113393.

*(Digital or printed signature here above the line)*

Bruce Lin

_____

Bruce Lin

Project Number: BBLLP_2307_P0029

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Production Plan Prediction of Chinese Color Picture Tube Enterprises in 1995 and 1996

Unit: thousand pieces

| | 1995 | | | | | | | | | | | 1996 | | | | | | | | | | | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 14" | 14" display | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 29" | Total | 14" | 14" display | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 29" | Total | |
| Shaanxi Factory 4400 | 2,400 | 60 | | 1,300 | | | 1,450 | 80 | 400 | | 5,790 | 3,200 | 250 | | 1,300 | | | 1,600 | 250 | 400 | | 7,000 | It is planned to launch a new production line in April of next year, with capacity to produce 1.5 million 14" and 14" CMTs. Also, production will be halted from September 1 to 20 of this year to renovate 25" production line. After renovation, 25", 22", 21" [hw: illegible] and other types can be produced. |
| BMCC | 670 | 200 | | 690 | | | 1,160 | | | 380 | 3,100 | 600 | 400 | | | | 600 | | | | 380 | 3,880 | |
| Shanghai Novel | | | | 800 | | | 1,300 | | 200 | | 2,300 | | | | | | 860 | 1,300 | | 320 | | 2,480 | A total of 61,000 21" will be exported to Europe (Turkey, Italy) this year. [hw: r 87/FOB] |
| Nanjing Huafei | | | 350 | | | | 940 | | 170 | | 1,460 | | | 350 | | | | 1,100 | | 250 | | 1,700 | |
| Shenzhen SEG Hitachi Company | | | | | | | 1,950 | | | | 1,950 | | | | | | | 2,100 | | | | 2,100 | About 600,000 will be exported this year. In particular, 200,000 will be exported to Hitachi, about 200,000 Europe and the Middle East, and 200,000 indirectly through Furi. [hw: $ 85/FOB] |
| Dongguan Caiguan (Color Picture Tubes) Company, Guangdong | | | | | | | 1,950 | | 100 | | 2,050 | | | | | | | 2,500 | | 100 | | 2,600 | |
| Foshan Caiguan (Color Picture Tubes) Company | | | | | | 850 | | | | 15 | 865 | | | | | | 1,100 | | | | 100 | 1,200 | In particular, 30,000 20" will be exported. |
| Fuzhou Fuxin Caiguan (Color Picture Tubes) Company | | | | | | 100 | | | | | 100 | | | | | | 250 | | | | | 250 | |
| Shanghai Dianziguan (Vacuum Tubes) Factory | 120 | | | | | | | | | | 120 | 300 | | | | | | | | | | 300 | All of 14" will be exported. |
| Changsha, Hunan | | | | | | | | | | | 0 | | | | | | | 640 | | 10 | | 650 | Will be produced in April |
| Total | 3,190 | 260 | 350 | 2,100 | 690 | 950 | 8,750 | 180 | 870 | 595 | 17,735 | 4,100 | 650 | 350 | 2,160 | 600 | 1,350 | 1,110 | 250 | 1,080 | 480 | 22,160 | |

BMCC-CRT000113392_E Translation

Production Plan Prediction of Chinese Color Picture Tubes Enterprises in 1995 and 1996

Unit: thousand pieces

| | 1995 | | | | | | | | | | | 1996 | | | | | | | | | | | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 14" | 14" display | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 29" | Total | 14" | 14" display | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 29" | Total | |
| Shaanxi 4400 Factory | 2,400 | 60 | | 1,300 | | | 3,450 | 180 | 400 | | 5,790 | 3,200 | 250 | | 1,300 | | | 1,600 | 250 | 400 | | 7,000 | It is planned to launch a new production line in April of next year, with capacity to produce 1.5 million 14" and 14" CMTs. Also, production will be halted from September 1 to 20 of this year for the renovation of 25" production line, which will be able to produce 25", 22", 21" and other types of products. |
| BMCC | 670 | 200 | | 690 | | | 1,160 | | | 380 | 3,100 | 600 | 400 | | | 600 | | 1,900 | | | 380 | 3,880 | |
| Shanghai Novel | | | | 800 | | | 1,300 | | 200 | | 2,300 | | | | 860 | | | 1,300 | | 320 | | 2,480 | A total of 61,000 units of 21" products will be exported to Europe (Turkey, Italy) this year. |
| Nanjing Huafei | | | 350 | | | | 940 | | 170 | | 1,460 | | | 350 | | | | 1,100 | | 250 | | 1,700 | |
| Shenzhen SEG Hitachi Company | | | | | | | 1,950 | | | | 1,950 | | | | | | | 2,100 | | | | 2,100 | About 600,000 units will be exported this year. In particular, 200,000 units will be exported to Hitachi, about 200,000 units will be exported to Europe and the Middle East, and 200,000 units will be exported indirectly through Furi. |
| Dongguan Caiguan (Color Picture Tubes) Company, Guangdong | | | | | | | 1,950 | | 100 | | 2,050 | | | | | | | 2,500 | | 100 | | 2,600 | |
| Foshan Caiguan (Color Picture Tubes) Company | | | | | | 850 | | | | 15 | 865 | | | | | | 1,100 | | | | 100 | 1,200 | In particular, 30,000 units of 20" will be exported. |
| Fuzhou Fuxin Caiguan (Color Picture Tubes) Company | | | | | | 100 | | | | | 100 | | | | | | 250 | | | | | 250 | |
| Shanghai Dianziguan (Vacuum Tubes) Factory | 20 | | | | | | | | | | 120 | 300 | | | | | | | | | | 300 | All of 14" will be exported. |
| Changsha, Hunan | | | | | | | | | | | 0 | | | | | | | 640 | | 10 | | 650 | Production will start in April of next year |
| Total | 3,190 | 260 | 350 | 2,100 | 690 | 950 | 8,750 | 180 | 870 | 395 | 17,735 | 4,100 | 650 | 350 | 2,160 | 600 | 1,350 | 1,140 | 250 | 1,080 | 480 | 22,160 | |

Note: 1. In 1996, the output of color picture tubes increased by 25% compared with that in 1995, of which 21" increased by 27%, and the output of color TVs is expected to increase by 8%–10%. Therefore, we need to further study and discuss in details about the trend and change for domestic sales of 21" next year.

2. The production line renovation of several major color picture tube factories has been completed. 21", 25", and 18" compatible production conditions have been met. However, two 21" production lines of BMCC are special lines, so it is unable to change the status of positioning sales based on production and it is not easy to respond in case of market change. Due to the unique characteristics of BMCC, our company should strengthen the development of 21" export channels and stabilize the production of BMCC with both domestic and foreign markets.

BMCC-CRT000113393_E Translation

# Exhibit 91





**A member of the American
Translators Association
ATA Member Number: 248719**

# CERTIFIED TRANSLATION

*Description of Document(s):*

| |
|---|
| **CHART RE:** |
| **CHINA CRT PRODUCTION STATUS 1993-1998** |
| **BMCC-CRT000113394** |
| |

| Source Language: **CHINESE** | Target Language: **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**   Sean Kirschenstein, Director          **Date:**   March 18, 2022

A copy of the translated version(s) is attached to this statement of certification.


certified translate                                                                 www.certifiedtranslate.com

**China CRT Production Status Chart 1993 to 1998**                    Marketing Dept. 1995. 2. 14

Units: Thousands

| Units | 14" | 17" | 19" | 15" | 93年 | 17" | 21" | 25" | 28" | TTL | 14" CDT | 94年 | | | | TTL | 14" CDT | 95年 | 19" | 21" | 25" | 28" | TTL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BMCC | 700 | | 500 | | 980 | | | 75 | | 2054 | 145 | | 252 | 2661 | 105 | | 577 | | 1170 | | | | 3266 |
| 4400 | 957 | | 611 | 30 | 1226 | 417 | 8 | | | 3247 | 1250 | 0 | 1000 | 5250 | 130 | 200 | | | 1290 | 200 | 500 | | 5200 |
| SEG Hitachi | | | | | 1080 | | | | | 1080 | | | | 1700 | | | | | 1900 | | | | 1900 |
| Michael Co. | | | | 22 | 2 | | 18 | | | 18 | | 0 | | 900 | | | | | 900 | | | | 900 |
| Huafei Co. | 34 | | | | 781 | 290 | | | 1201 | | | 990 | 230 | | 1300 | | 350 | | 800 | | 350 | | 1400 |
| Novel Co. | | 200 | | | 726 | 13 | | 942 | | | 180 | | | 1020 | | | 460 | | 1250 | 300 | | | 2000 |
| Fuxin Co. | | | 5 | 40 | | | | | | 980 | 0 | | | 900 | | | | | 900 | | | | 900 |
| Guangdong Dongguan | | | 60 | 11 | | | 184 | | | | | 1060 | 200 | 1260 | | | | 0 | 1290 | 300 | | | 1500 |
| Chengdu 773 Plant | | | | 20 | | | 28 | | | | | | 900 | | 500 | | | | 900 | | | | 900 |
| Shanghai Electronic Tube | 2 | | 34 | 25 | | 83 | 150 | | | 0 | | 0 | | 150 | 300 | | | 0 | 180 | | | 100 | 1000 |
| Changsha CRT Plant | | | 26 | | | | 26 | | | | | | 80 | | | | | | 90 | | | | 90 |
| Foshan CRT Plant | | | 273 | | | | 29 | 200 | | | 810 | 0 | | 0 | | | | | 180 | | | 100 | 100 |
| Total | 1691 | 34 | 815 | 531 | 5262 | 417 | 258 | 12 | 99 | 8604 | 2710 | 1000 | 2517 | 11261 | 3100 | 350 | 350 | 1450 | 7720 | 2200 | 1358 | 455 | 16850 |

Units: Thousands

| Units | 14" CDT | 96年 | 19" | 17" | 21" | 25" | TTL | 14" CDT | 97年 | | | | TTL | 14" CDT | 98年 | 21" | 22" | 25" | 29" | TTL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BMCC | 589 | 376 | | 535 | | 1600 | | 3730 | 600 | 529 | | | 2320 | 360 | 3921 | 633 | 554 | | 715 | 2060 | | 396 | 6306 |
| 4400 | 2400 | 100 | 1000 | 0 | | 1200 | 200 | 500 | 5400 | 2400 | 100 | 0 | 1300 | 0 | | 1200 | 200 | 500 | | 5400 | 2500 | 500 | 6000 |
| SEG Hitachi | | | | | 1800 | | | | 1800 | | | | 1800 | | | | | | | 2000 | | | 2000 |
| Michael Co. | | | | | | | 0 | | | | | | | | | | | | | 0 | | | |
| Huafei Co. | | 100 | | | 350 | 800 | | 350 | | 1500 | 500 | 250 | | | 800 | 350 | | 1800 | 600 | 250 | | 350 | 2200 |
| Novel Co. | | 450 | | | | 1100 | 390 | 100 | 1902 | | 100 | 453 | | | 1230 | 400 | 300 | | 450 | | 800 | 450 | 2760 |
| Fuxin Co. | | | 300 | | | | 300 | | | 300 | | | 300 | | | 300 | | | | 300 | | | 300 |
| Guangdong Dongguan | | | | | 1300 | | 350 | | | | | 1300 | 350 | | 3655 | | | | 0 | 400 | 350 | | 2760 |
| Chengdu 773 Plant | | | | | | | | | | | | | 1300 | | 100 | | | | 900 | | | | 900 |
| Shanghai Electronic Tube | 500 | | | | | | | | | 500 | | | 560 | | 500 | | | | | 560 | | | 560 |
| Changsha CRT Plant | | | | | 639 | 150 | | | 750 | | | 950 | | | 750 | | | | 790 | | 150 | | 790 |
| Foshan CRT Plant | | | 1000 | | | 0 | 100 | | 100 | | | 1000 | 0 | | | 100 | | | | 100 | | | 100 |
| Total | 3488 | 576 | 1450 | 535 | 1000 | 2300 | 8639 | 2300 | 1400 | 19766 | 2525 | 1400 | 1225 | 1753 | 353 | 17500 | 2635 | 250 | 1450 | 780 | 200 | 12900 | 1400 | 1650 | 766 | 21750 |

Note: Others = 22", 17", 28" combined

| | 14" CDT | | 18" | 19" | 20" | 21" | 25" | Othe Sub TTL | | Total | 60" | 62" | 75" | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93年 | 1691 | 20 | 815 | 531 | 366 | 5262 | 244 | 99 | 443 | 8604 | 344 | 417 | -2 | | |
| 94年 | 2645 | 24 | 1230 | 760 | 710 | 7210 | 1260 | 271 | 290 | 11601 | 1400 | 140 | 100 | | |
| 95年 | 3100 | 350 | 1450 | 670 | 1290 | 7720 | 1358 | 440 | 580 | 16850 | 3100 | 390 | 500 | | |
| 96年 | 3488 | 576 | 1450 | 530 | 1380 | 8639 | 1609 | 585 | 500 | 18196 | 3792 | 350 | 200 | | |
| 97年 | 3508 | 1229 | 1450 | 366 | 1660 | 9300 | 1779 | 620 | 490 | 19421 | 1943 | 350 | 200 | | |
| 98年 | 3635 | 2304 | 1450 | 710 | 360 | 10200 | 1610 | 700 | 300 | 21750 | 2950 | 600 | | | |

| Ratio | 14" | CDT | 18" | 19" | 21" | 25" | 29" | Oth | TTL |
|---|---|---|---|---|---|---|---|---|---|
| 93年 | 18% | 0% | 9% | 6% | 6% | 60% | 3% | 5% | 100% |
| 94年 | 18% | 0% | 9% | 6% | 5% | 50% | 9% | 3% | 100% |
| 95年 | 18% | 2% | 9% | 4% | 7% | 46% | 9% | 2% | 100% |
| 96年 | 19% | 3% | 9% | 3% | 8% | 46% | 9% | 3% | 100% |
| 97年 | 18% | 6% | 7% | 2% | 8% | 47% | 9% | 4% | 100% |
| 98年 | 17% | 11% | 7% | 3% | 1% | 46% | 8% | 3% | 100% |

CONFIDENTIAL                                    BMCC-CRT000113394E_TRANSLATION

# Exhibit 92



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**


I, **YangJunjun**, hereby declare:


That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113395.

*(Digital or printed signature here above the line)*


Yang Junjun

_____


**Yang Junjun**


Project Number: _BBLLP_2307_P0029_


15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

**CPT Trend**

Domestic CPT Production and Inventory Chart

Unit: ten thousands

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 10-95 | 11-95 | 12-95 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 122.88 | 117.47 | 140.67 | 140.84 | 139.35 | 154.35 | 155.06 | 155.02 | 161.01 | 0.00 | 0.00 | 0.00 |
| Total sales volume | 114.11 | 115.99 | 147.21 | 141.40 | 137.32 | 150.44 | 142.77 | 154.11 | 157.74 | 0.00 | 0.00 | 0.00 |
| Total inventory | 43.24 | 45.51 | 44.07 | 42.84 | 44.56 | 49.35 | 44.00 | 53.50 | 57.69 | 0.00 | 0.00 | 0.00 |
| 4400 | 38.57 | 44.21 | 46.96 | 50.71 | 40.31 | 53.54 | 54.04 | 57.15 | 53.70 | 0.00 | 0.00 | 0.00 |
| BMCC | 23.74 | 20.09 | 26.59 | 26.67 | 27.15 | 27.29 | 26.59 | 25.48 | 26.92 | 0.00 | 0.00 | 0.00 |
| Shanghai Novel | 16.29 | 14.84 | 17.79 | 11.77 | 13.30 | 21.20 | 22.50 | 24.20 | 23.37 | 0.00 | 0.00 | 0.00 |
| Huafei | 10.37 | 10.17 | 15.06 | 12.33 | 13.27 | 12.84 | 14.36 | 10.26 | 10.27 | 0.00 | 0.00 | 0.00 |
| SEG | 15.44 | 13.32 | 19.15 | 17.70 | 17.51 | 18.53 | 12.70 | 12.00 | 18.35 | 0.00 | 0.00 | 0.00 |
| Dongguan | 11.87 | 9.37 | 10.07 | 13.45 | 18.50 | 14.02 | 17.46 | 19.50 | 20.50 | 0.00 | 0.00 | 0.00 |
| Foshan | 6.61 | 5.46 | 5.05 | 8.23 | 7.31 | 6.93 | 7.40 | 6.43 | 7.89 | 0.00 | 0.00 | 0.00 |



# EXHIBIT 23

# Exhibit 93



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, Yang Junjun, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113396.

*(Digital or printed signature here above the line)*

*Yang Junjun*

_____

**Yang Junjun**

Project Number: *BBLLP_2307_P0029*

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Comparison of CPT Output, Sales Volume, and Inventory among the Top 7
Color Tube Manufacturers in China in 1994 and 1995

Unit: ten thousand pieces

| | 01-94 | 02-94 | 03-94 | 04-94 | 05-94 | 06-94 | 07-94 | 08-94 | 09-94 | 10-94 | 11-94 | 12-94 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 100 | 93 | 115 | 117 | 113 | 125 | 105 | 122 | 113 | 118 | 136 | 136 | 1393 |
| Total sales volume | 99 | 89 | 114 | 112 | 112 | 106 | 105 | 123 | 120 | 118 | 133 | ·145 | 1376 |
| Total sales volume | 15 | 20 | 19 | 21 | 13 | 42 | ·43 | 43 | 36 | 38 | 40 | 35 | 35 |

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 10-95 | 11-95 | ·12-95 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 117 | 117 | ·141 | 141 | 139 | 154 | 155 | 155 | 161 | 0 | 0 | 0 | 1280 |
| Total sales volume | 114 | 116 | 147 | 141 | 137 | 150 | 143 | 154 | 158 | 0 | 0 | 0 | 1260 |
| Total sales volume | 43 | 46 | 44 | 43 | 45 | 49 | 44 | 54 | 58 | 0 | 0 | 0 | 35 |





BMCC-CRT000113396_E Translation

# Exhibit 94



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, <span style="color:orange">Yang Junjun</span>, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113397.

*(Digital or printed signature here above the line)*

_____

**<span style="color:orange">Yang Junjun</span>**

Project Number: _BBLLP_2307_P0029_

15 W. 37th Street 4th Floor<br>New York, NY 10018<br>212.581.8870

Unit: ten thousand pieces

# Output, Sales Volume, and Inventory of 21-inch

固定万只

| | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 产 | 销 | 存 | 产 | 销 | 存 | 产 | 销 | 存 | 产 | 销 | 存 | 产 | 销 | 存 | 产 | 销 | 存 | 产 | 销 | 存 | 产 | 销 | 存 | 产 | 销 | 存 | 产 | 销 | 存 | 产 | 销 |
| Shanghai Novel | 7.89 | 7.84 | 0.02 | 9.62 | 9.54 | 0.09 | 11.15 | 11.20 | 0.05 | 12.03 | 12.04 | 0.04 | 10.65 | 10.68 | 0.00 | 12.81 | 12.52 | 0.26 | 13.30 | 13.13 | 0.43 | 13.8 | 14.2 | 0.1 | 13.9 | 13.5 | 0.1 | 105.19 | 105.03 | | | |
| Huafei | 8.17 | 8.14 | 0.22 | 7.06 | 6.98 | 0.30 | 10.12 | 10.23 | 0.19 | 10.20 | 10.15 | 0.24 | 10.17 | 10.09 | 0.52 | 10.49 | 10.55 | 0.46 | 10.00 | 10.14 | 0.32 | 10.8 | 10.6 | 0.5 | 10.4 | 11.0 | 0.0 | 87.66 | 87.84 | | | |
| SEG | 10.23 | 10.24 | 0.10 | 10.28 | 10.31 | 0.07 | 11.19 | 11.25 | 0.01 | 11.19 | 11.25 | 0.01 | 11.30 | 11.30 | 0.01 | 11.30 | 11.49 | 0.02 | 11.45 | 9.93 | 1.54 | 12.5 | 12.7 | 1.3 | 11.5 | 11.5 | 1.3 | 98.46 | 97.50 | | | |
| Dongguan 樂華 Total | 7.05 | 7.56 | 0.00 | 4.57 | 4.56 | 0.02 | 7.33 | 7.59 | 0.05 | 7.40 | 7.04 | 0.42 | 12.72 | 12.69 | 0.45 | 8.17 | 8.37 | 0.25 | 5.43 | 5.41 | 0.27 | 5.0 | 5.2 | 0.1 | 8.7 | 8.8 | 0.0 | 66.40 | 66.38 | | | |
| 樂華 | 15.44 | 15.18 | 0.62 | 17.70 | 13.40 | 0.55 | 19.15 | 19.01 | 0.68 | 17.70 | 17.57 | 0.81 | 17.51 | 16.75 | 1.57 | 18.53 | 14.06 | 6.05 | 12.70 | 14.06 | 4.70 | 12.0 | 14.9 | 1.8 | 18.4 | 18.7 | 1.3 | 144.70 | 143.58 | | | |
| 朱江 | 9.41 | 9.9 | 0.42 | 8.86 | 8.96 | 0.33 | 10.37 | 10.29 | 0.06 | 13.36 | 12.93 | 0.49 | 12.45 | 12.53 | 0.82 | 13.51 | 13.17 | 1.15 | 17.46 | 18.07 | 0.55 | 19.5 | 18.5 | 1.6 | 20.5 | 21.6 | 0.5 | 125.49 | 125.23 | | | |
| 合计 | 58.19 | 58.15 | 1.39 | 58.09 | 53.75 | 1.36 | 68.95 | 69.26 | 1.05 | 71.88 | 70.98 | 2.01 | 75.41 | 74.04 | 3.38 | 74.81 | 70.15 | 8.20 | 70.34 | 70.73 | 7.81 | 73.6 | 76.0 | 5.5 | 83.4 | 85.1 | 3.4 | 627.90 | 626.05 | | | |



# Exhibit 95



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, Yang Junjun, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113398.

*(Digital or printed signature here above the line)*

*Yang Junjun*

_____

**Yang Junjun**

Project Number: BBLLP_2307_P0029

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

## Output and Inventory of 25-inch in 1995

Unit: ten thousand pieces

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 1--12 |
|---|---|---|---|---|---|---|---|---|---|---|
| 4400   Output of 25-inch | 0.6520 | 2.0200 | 4.7456 | 4.8632 | 5.1329 | 4.8960 | 2.6144 | 4.065 | 1.7010 | 30.6899 |
| Shanghai Novel   Output of 25-inch | 6.0608 | 4.5600 | 6.6000 | 6.6000 | 0.0000 | 0.0000 | 0.0000 | 0.000 | 0.0000 | 20.2774 |
| Huafei   Output of 25-inch | 3.3219 | 0.0803 | 0.0000 | 4.7085 | 0.5553 | 0.0000 | 0.3328 | 4.614 | 0.4708 | 14.0839 |
| Dongguan   Output of 25-inch | 2.4528 | 0.5061 | 0.0512 | 0.0882 | 5.6432 | 0.5110 | 0.0001 | 0.000 | 0.0000 | 9.2526 |
| Total of 25-inch output | 12.4875 | 7.1664 | 11.3968 | 16.2599 | 11.3314 | 5.4070 | 2.9473 | 8.679 | 2.1718 | 74.3038 |
| | | | | | | | | | | |
| 4400   Inventory of 25-inch | 0.1316 | 0.1655 | 4.6586 | 4.1340 | 4.7799 | 5.1654 | 0.9728 | 5.923 | 5 | |
| Shangrong   Inventory of 25-inch | 14.4378 | 15.9733 | 19.5643 | 19.5643 | 16.6049 | 14.5827 | 13.5011 | 12.978 | 12 | |
| Huafei   Inventory of 25-inch | 2.9058 | 1.2137 | 0.0311 | 2.6758 | 1.8662 | 0.4894 | 0.0068 | 2.386 | 2 | |
| Dongguan   Inventory of 25-inch | 11.2572 | 10.6841 | 8.7373 | 6.4062 | 10.6782 | 9.9478 | 8.8608 | 8.034 | 7 | |
| Total of 25-inch inventory | 28.7324 | 28.0366 | 32.9913 | 32.7803 | 33.9292 | 30.1853 | 23.3415 | 29.321 | 27 | |



BMCC-CRT000113398_E Translation

# Exhibit 96



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, **Yang Junjun**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113399.

*(Digital or printed signature here above the line)*

*Yang Junjun*

_____

**Yang Junjun**

Project Number: <u>BBLLP_2307_P0029</u>

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Output, Sales Volume, and Inventory of 29-inch
in 1995

Unit: ten thousand pieces

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 1--12 |
|---|---|---|---|---|---|---|---|---|---|---|
| BMCC   Output of 29-inch | 3.0046 | 2.5807 | 3.4725 | 3.0717 | 3.2577 | 4.0627 | 3.3263 | 3.0101 | 3.4108 | 29.1971 |
| Foshan   Output of 29-inch | 0.0000 | 0.0647 | 0.0000 | 0.3440 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.4087 |
| Total of 29-inch output | 3.0046 | 2.6454 | 3.4725 | 3.4157 | 3.2577 | 4.0627 | 3.3263 | 3.010 | 3 | 29.6058 |

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 1--12 |
|---|---|---|---|---|---|---|---|---|---|---|
| BMCC   Sales volume of 29-inch | 2.3824 | 2.0407 | 3.9013 | 3.3963 | 2.8113 | 3.4477 | 3.2991 | 3.1590 | 3.3571 | 27.7949 |
| Foshan   Sales volume of 29-inch | 0.0155 | 0.3173 | 0.0500 | 0.3001 | 0.0632 | 0.2150 | 0.0000 | 0.0000 | 1.0000 | 1.9611 |
| Total of 29-inch T sales volume | 2.3979 | 2.3580 | 3.9513 | 3.6964 | 2.8745 | 3.6627 | 3.2991 | 3.1590 | 4.3571 | 29.7560 |

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 1--12 |
|---|---|---|---|---|---|---|---|---|---|---|
| BMCC   Inventory of 29-inch | 1.2296 | 1.7696 | 1.3408 | 1.0162 | 1.4626 | 2.0776 | 2.1464 | 1.9975 | 2.0512 | |
| Foshan   Inventory of 29-inch | 0.8132 | 0.5606 | 0.5102 | 0.5520 | 0.4909 | 0.2759 | 0.2759 | 0.2759 | 0.2707 | |
| Total of 29-inch inventory | 2.0428 | 2.3302 | 1.8510 | 1.5682 | 1.9535 | 2.3535 | 2.4223 | 2.2734 | 2.3219 | |



                    BMCC-CRT000113399_E Translation

# Exhibit 97



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, **Yang Junjun**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113400.

*(Digital or printed signature here above the line)*

*Yang Junjun*

_____

**Yang Junjun**

Project Number: <u>BBLLP_2307_P0029</u>

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Analysis of Color Tube Inventory in August 1995

January to August 1995 saw a peak of the inventory of Top 7 Color Tube manufactureres in August, with a total of 535,000 pieces, including 290,000 pieces for 25-inch, 55,000 pieces for 21-inch, 15,000 pieces for 29-inch, and 17,500 for others sized below 21 inches

Inventory is featured by:

the inventory of 25-inch is still at a high level, while the inventory of those for small screens below 21-inch is rapidly growing..

Cause analysis:

1. At present, the sales market of color TV sets has started slowly, lagging behind last year.

2. The manufacturers for complete color TV sets has a large inventory of complete color TV sets and color tubes.

3. Difficulty obtaining loans and insufficient liquidity.

Trend forecast for Q4:

Color TV sales volumes steadily rebound, leading to a corresponding reduction in color tube inventories. End of this year through the beginning of 1996 is expected to mark a boom season of sales.

BMCC-CRT000113400_E Translation

# Exhibit 98



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, Yang Junjun, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113401.

*(Digital or printed signature here above the line)*

Yang Junjun

_____

**Yang Junjun**

Project Number: *BBLLP_2307_P0029*

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

CPT Trend

Domestic CPT Production and Inventory Chart

Unit:ten thousands

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 10-95 | 11-95 | 12-95 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 122.88 | 117.47 | 140.67 | 140.84 | 139.35 | 154.35 | 155.06 | 155.02 | 161.01 | 0.00 | 0.00 | 0.00 |
| Total sales volume | 114.11 | 115.99 | 147.21 | 141.40 | 137.32 | 150.44 | 142.77 | 154.11 | 157.74 | 0.00 | 0.00 | 0.00 |
| Total inventory | 43.24 | 45.51 | 44.07 | 42.84 | 44.56 | 49.35 | 44.00 | 53.50 | 57.69 | 0.00 | 0.00 | 0.00 |
| 4400 | 38.57 | 44.21 | 46.96 | 50.71 | 40.31 | 53.54 | 54.04 | 57.15 | 53.70 | 0.00 | 0.00 | 0.00 |
| BMCC | 23.74 | 20.09 | 26.59 | 26.67 | 27.15 | 27.29 | 26.59 | 25.48 | 26.92 | 0.00 | 0.00 | 0.00 |
| Shanghai Novel | 16.29 | 14.84 | 17.79 | 11.77 | 15.30 | 21.20 | 22.50 | 24.20 | 23.37 | 0.00 | 0.00 | 0.00 |
| Huafei | 10.37 | 10.17 | 15.06 | 12.33 | 13.27 | 12.84 | 14.36 | 10.26 | 10.27 | 0.00 | 0.00 | 0.00 |
| SEGSEG | 15.44 | 13.32 | 19.15 | 17.70 | 17.51 | 18.53 | 12.70 | 12.00 | 18.35 | 0.00 | 0.00 | 0.00 |
| Dongguan | 11.87 | 9.37 | 10.07 | 13.45 | 18.50 | 14.02 | 17.46 | 19.50 | 20.50 | 0.00 | 0.00 | 0.00 |
| Foshan | 6.61 | 5.46 | 5.05 | 8.23 | 7.31 | 6.93 | 7.40 | 6.43 | 7.89 | 0.00 | 0.00 | 0.00 |



# Exhibit 99



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, **Yang Junjun**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113402.

*(Digital or printed signature here above the line)*

*Yang Junjun*

_____

**Yang Junjun**

Project Number: _BBLLP_2307_P0029_

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Comparison of CPT Output, Sales Volume, and Inventory among the Top 7 Color
Tube Manufacturers in China in 1994 and 1995

Unit: ten thousand pieces

| | 01-94 | 02-94 | 03-94 | 04-94 | 05-94 | 06-94 | 07-94 | 08-94 | 09-94 | 10-94 | 11-94 | 12-94 | 合计 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 100 | 93 | 115 | 117 | 113 | 125 | 105 | 122 | 113 | 118 | 136 | 136 | 1393 |
| Total sales volume | 99 | 89 | 114 | 112 | 112 | 106 | 105 | 123 | 120 | 118 | 133 | 145 | 1376 |
| Total inventory | 15 | 20 | 19 | 21 | 13 | 42 | 43 | 43 | 36 | 38 | 40 | 35 | 35 |

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 10-95 | 11-95 | 12-95 | 合计 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 117 | 117 | 141 | 141 | 139 | 154 | 155 | 155 | 0 | 0 | 0 | 0 | 1119 |
| Total sales volume | 114 | 116 | 147 | 141 | 137 | 150 | 143 | 154 | 0 | 0 | 0 | 0 | 1102 |
| Total inventory | 43 | 46 | 44 | 43 | 45 | 49 | 44 | 54 | 0 | 0 | 0 | 0 | 35 |





CONFIDENTIAL

# Exhibit 100



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, Yang Junjun, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113403.

*(Digital or printed signature here above the line)*

Yang Junjun

_____

**Yang Junjun**

Project Number: BBLLP_2307_P0029

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Comparison of Color Tube Output and Inventory among the Top 7 Color Tube
Manufacturers in China in 1995

Unit: ten thousand pieces



BMCC-CRT000113403_E Translation

# Exhibit 101



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**


I, Yang Junjun, hereby declare:


That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113404.

*(Digital or printed signature here above the line)*


Yang Junjun

_____


**Yang Junjun**


Project Number: <u>BBLLP_2307_P0029</u>


15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

## Output, Sales Volume, and Inventory Chart of 29-inch in 1995

Unit:ten thousand

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 1--12 |
|---|---|---|---|---|---|---|---|---|---|
| BMCC Output of 29-inch | 3.0046 | 2.5807 | 3.4725 | 3.0717 | 3.2577 | 4.0627 | 3.3263 | 3.0101 | 25.7863 |
| Foshan Output of 29-inch | 0.0000 | 0.0647 | 0.0000 | 0.3440 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.4087 |
| Total of 29-inch output | 3.0046 | 2.6454 | 3.4725 | 3.4157 | 3.2577 | 4.0627 | 3.3263 | 3.010 | 26.1950 |

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 1--12 |
|---|---|---|---|---|---|---|---|---|---|
| BMCC Sales volume of 29-inch | 2.3824 | 2.0407 | 3.9013 | 3.3963 | 2.8113 | 3.4477 | 3.2991 | 3.1590 | 24.4378 |
| Foshan Sales volume of 29-inch | 0.0155 | 0.3173 | 0.0500 | 0.3001 | 0.0632 | 0.2150 | 0.0000 | 0.0000 | 0.9611 |
| Total of 29-inch sales volume | 2.3979 | 2.3580 | 3.9513 | 3.6964 | 2.8745 | 3.6627 | 3.2991 | 3.1590 | 25.3989 |

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 1--12 |
|---|---|---|---|---|---|---|---|---|---|
| BMCC Inventory of 29-inch | 1.2296 | 1.7696 | 1.3408 | 1.0162 | 1.4626 | 2.0776 | 2.1464 | 1.9975 | |
| Foshan Inventory of 29-inch | 0.8132 | 0.5606 | 0.5102 | 0.5520 | 0.4909 | 0.2759 | 0.2759 | 0.2759 | |
| Total of 29-inch inventory | 2.0428 | 2.3302 | 1.8510 | 1.5682 | 1.9535 | 2.3535 | 2.4223 | 2.2734 | |



BMCC-CRT000113404_E Translation

# Exhibit 102



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, Yang Junjun, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113405.

*(Digital or printed signature here above the line)*

*Yang Junjun*

_____

**Yang Junjun**

Project Number: BBLLP_2307_P0029

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Unit: ten thousand pieces

## Output, Sales Volume, and Inventory of 21-inch

| | 01-95 | | | 02-95 | | | 03-95 | | | 04-95 | | | 05-95 | | | 06-95 | | | 07-95 | | | 08-95 | | | 1-12 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory | Output | Sales volume | Inventory |
| 4400 | 7.89 | 7.84 | 0.02 | 9.62 | 9.54 | 0.09 | 11.15 | 11.20 | 0.05 | 12.03 | 12.04 | 0.04 | 10.65 | 10.68 | 0.00 | 12.81 | 12.52 | 0.26 | 15.30 | 13.13 | 0.43 | 13.8 | 14.2 | 0.1 | 91.26 | 91.10 | |
| BMCC | 8.17 | 8.14 | 0.22 | 7.06 | 6.98 | 0.50 | 10.12 | 10.23 | 0.19 | 10.20 | 10.15 | 0.24 | 10.37 | 10.09 | 0.52 | 10.49 | 10.55 | 0.46 | 10.00 | 10.14 | 0.32 | 10.8 | 10.6 | 0.5 | 77.22 | 76.88 | |
| Shanghai Novel | 10.23 | 10.24 | 0.10 | 10.28 | 10.31 | 0.07 | 11.19 | 11.25 | 0.01 | 11.19 | 11.25 | 0.01 | 11.33 | 11.30 | 0.01 | 11.30 | 11.49 | 0.02 | 11.45 | 9.93 | 1.54 | 12.5 | 12.7 | 1.3 | 86.96 | 85.99 | |
| Huafei | 7.05 | 7.56 | 0.00 | 4.57 | 4.56 | 0.02 | 7.33 | 7.29 | 0.05 | 7.40 | 7.04 | 0.42 | 12.72 | 12.69 | 0.45 | 6.17 | 8.37 | 0.21 | 3.43 | 3.41 | 0.27 | 5.0 | 5.2 | 0.1 | 57.68 | 58.07 | |
| SEG | 15.44 | 15.18 | 0.62 | 17.70 | 13.40 | 0.55 | 19.15 | 19.01 | 0.68 | 17.70 | 17.57 | 0.81 | 17.51 | 16.75 | 1.57 | 18.53 | 14.04 | 6.35 | 12.70 | 14.06 | 4.70 | 12.0 | 14.9 | 1.8 | 126.35 | 124.91 | |
| Dongguan | 9.41 | 9.19 | 0.42 | 8.86 | 8.96 | 0.33 | 10.07 | 10.29 | 0.06 | 13.36 | 12.93 | 0.49 | 12.83 | 12.53 | 0.82 | 13.51 | 13.17 | 1.15 | 17.46 | 18.07 | 0.55 | 19.5 | 18.5 | 1.6 | 104.96 | 103.61 | |
| Total | 58.19 | 58.15 | 1.39 | 58.09 | 53.75 | 1.36 | 68.95 | 69.26 | 1.05 | 71.88 | 70.98 | 2.01 | 75.41 | 74.04 | 3.38 | 74.81 | 70.15 | 8.20 | 70.34 | 70.73 | 7.81 | 73.6 | 76.0 | 5.5 | 544.45 | 540.57 | |



# Exhibit 103



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, Yang Junjun, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113406.

*(Digital or printed signature here above the line)*

Yang Junjun

_____

**Yang Junjun**

Project Number: *BBLLP_2307_P0029*

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Output and Inventory Chart of 25-inch in 1995

Unit: ten thousand pieces

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 1--12 |
|---|---|---|---|---|---|---|---|---|---|
| 4400 Output of 25-inch | 0.6520 | 2.0200 | 4.7456 | 4.8632 | 5.1329 | 4.8960 | 2.6144 | 4.065 | 28.9889 |
| Shanghai Novel Output of 25-inch | 6.0608 | 4.5600 | 6.6000 | 6.6000 | 0.0000 | 0.0000 | 0.0000 | 0.000 | 20.2774 |
| Huafei Output of 25-inch | 3.3219 | 0.0803 | 0.0000 | 4.7085 | 0.5553 | 0.0000 | 0.3328 | 4.614 | 13.6131 |
| Dongguan Output of 25-inch | 2.4528 | 0.5061 | 0.0512 | 0.0882 | 5.6432 | 0.5110 | 0.0001 | 0.000 | 9.2526 |
| Total of 25-inch output | 12.4875 | 7.1664 | 11.3968 | 16.2599 | 11.3314 | 5.4070 | 2.9473 | 8.679 | 72.1320 |
| 4400 Inventory of 25-inch | 0.1316 | 0.1655 | 4.6586 | 4.1340 | 4.7799 | 5.1654 | 0.9728 | 5.923 | |
| Shanghai Novel Inventory of 25-inch | 14.4378 | 15.9733 | 19.5643 | 19.5643 | 16.6049 | 14.5827 | 13.5011 | 12.978 | |
| Huafei Inventory of 25-inch | 2.9058 | 1.2137 | 0.0311 | 2.6758 | 1.8662 | 0.4894 | 0.0068 | 2.386 | |
| Dongguan Inventory of 25-inch | 11.2572 | 10.6841 | 8.7373 | 6.4062 | 10.6782 | 9.9478 | 8.8608 | 8.034 | |
| Total of 25-inch inventory | 28.7324 | 28.0366 | 32.9913 | 32.7803 | 33.9292 | 30.1853 | 23.3415 | 29.321 | |



BMCC-CRT000113406_E Translation

# Exhibit 104



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, **Yang Junjun**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113407.

*(Digital or printed signature here above the line)*

_____

**Yang Junjun**

Project Number: _BBLLP_2307_P0029_

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

CPT Trend

# Domestic Color Tube Production and Inventory Chart

Unit:ten thousands

| | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 10-95 | 11-95 | 12-95 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 122.88 | 117.47 | 140.67 | 140.84 | 139.35 | 154.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total sales volume | 114.11 | 115.99 | 147.21 | 141.40 | 137.32 | 150.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total inventory | 43.24 | 45.51 | 44.07 | 42.84 | 44.56 | 49.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4400 | 38.57 | 44.21 | 46.96 | 50.71 | 40.31 | 53.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BMCC | 23.74 | 20.09 | 26.59 | 26.67 | 27.15 | 27.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Shanghai Novel | 16.29 | 14.84 | 17.79 | 11.77 | 15.30 | 21.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Huafei | 10.37 | 10.17 | 15.06 | 12.33 | 13.27 | 12.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SEG | 15.44 | 13.32 | 19.15 | 17.70 | 17.51 | 18.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dongguan | 11.87 | 9.37 | 10.07 | 13.45 | 18.50 | 14.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Foshan | 6.61 | 5.46 | 5.05 | 8.23 | 7.31 | 6.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |



# Exhibit 105



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATORS DECLARATION:**

I, **Yang Junjun**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113408.

*(Digital or printed signature here above the line)*

*Yang Junjun*

_____

**Yang Junjun**

Project Number: <u>BBLLP_2307_P0029</u>

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Comparison of CPT Output, Sales Volume, and Inventory among the Top 7
Color Tube Manufacturers in China in 1994 and 1995

Unit:ten thousand pieces

|  | 01-94 | 02-94 | 03-94 | 04-94 | 05-94 | 06-94 | 07-94 | 08-94 | 09-94 | 10-94 | 11-94 | 12-94 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 100 | 93 | 115 | 117 | 113 | 125 | 105 | 122 | 113 | 118 | 136 | 136 | 1393 |
| Total sales volume | 99 | 89 | 114 | 112 | 112 | 106 | 105 | 123 | 120 | 118 | 133 | 145 | 1376 |
| Total inventory | 15 | 20 | 19 | 21 | 13 | 42 | 43 | 43 | 36 | 38 | 40 | 35 | 35 |

|  | 01-95 | 02-95 | 03-95 | 04-95 | 05-95 | 06-95 | 07-95 | 08-95 | 09-95 | 10-95 | 11-95 | 12-95 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total output | 117 | 117 | 141 | 141 | 139 | 154 | 0 | 0 | 0 | 0 | 0 | 0 | 809 |
| Total sales volume | 114 | 116 | 147 | 141 | 137 | 150 | 0 | 0 | 0 | 0 | 0 | 0 | 805 |
| Total inventory | 43 | 46 | 44 | 43 | 45 | 49 | 0 | 0 | 0 | 0 | 0 | 0 | 35 |





# Exhibit 106



July 19, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, Eric Vance, hereby declare:

That I possess advanced knowledge of the Japanese and English languages. The attached Japanese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113409.

Eric Vance

Project Number: BBLLP_2307_P0029

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

## CPT Long-Term Production Expansion Forecast (China)

Units: 10,000                                                                 [illegible]/1995

| | | 94 | 95 | 96 | 97 | 98 | | Comments |
|---|---|---|---|---|---|---|---|---|
| BMCC (Beijing) | Joint Matsushita | 285 | 290 | 390 (21": 1 million) | 490 | 570 (CMT: 100, MTV: 73) | | |
| Xianyang Color Tube [illegible] (Xianyang) | [illegible] Hitachi/Toshiba | 441 | 550 (14"21": 1.1 million) | 700 (14": 1.5 million) | 630 (14"15"CMT: 1 million) | 630 (21": 500,000) | | |
| Nanjing [illegible] (Nanjing) | Joint Company P | 140 | 183 | 189 | 330 (14"15"17"CMT: 123) | 580 (25"29": 1 million) | | |
| Shanghai Yongxin (Shanghai) | [illegible] Toshiba | 182 | 182 | 182 | 182 | 262 (14"15"CMT: 102) | | |
| Dongguan Color Tube (Guangdong Province) | [illegible] Hitachi | 120 | 150 | 150 | 150 | 310 (Unknown: 160) | | |
| [illegible] Hitachi (Shenzhen) | Joint Hitachi | 178 | 180 | 190 | 180 | 380 (Unknown: 200) | | |
| Foshan Color Tube (Guangdong Province) | Joint Thompson | 55 | 90 | 90 | 90 | 190 (Unknown: 100) | | |
| [illegible] Color Tube (Shenzhen) | Joint Samsung | 0 | 0 | 0 | 260 (14"21": 2.8 million) | 280 | Equipment Investment $3 billion | Stage I construction CPT 2.8 million/year 14"21"CPT<br>Stage II construction CPT 2.2 million/year CMT, large CPT |
| Shanghai Electronic Tube (Shanghai) | | 15 | 15 | 15 | 15 | 15 | | |
| Fuxin [illegible] (Fujian Province) | | 10 | 30 | 30 | 30 | 30 | | |
| Changsha [illegible] Tube [Hunan Province] | Joint GoldStar | 8 | 8 | 88 (21"25": [illegible]) | 88 | 88 | | |
| Chengdu [illegible] Tube | | 10 | 10 | 10 | 120 (21": 1 million) | 188 (25"29": [illegible] | | |
| SONY Japan | | — | — | — | — | 300 | Equipment Investment $300 million | Color TV 1.8 million/year<br>Monitor 1.2 million/year |
| Total | | 1,430 | 1,945 | 1,975 | 2,545 | 3,843 | | |

CONFIDENTIAL

BMCC-CRT000113409E

# Exhibit 107



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **[Duling]**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113410 to BMCC-CRT000113411.



_____

**[Duling]**

Project Number: _BBLLP_2307_P0029_

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

<Strictly Confidential>

## Production of Color Tubes in China

May 26, 1995

Unit: 1,000 units

| | Manufacturer | 14" | 14" [Illegible text] | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 29" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1994 | | | | | |
| (1) | BMCC | 743 | 27 | | | 740 | | 1111 | | | 257 | 2878 |
| (2) | 4400 | 1770 | | | 1041 | | | 1210 | 130 | 258 | | 4409 |
| (6) | Seg Hitachi | | | | | | | 1785 | | | | 1785 |
| (11) | MAC Company | | | | | | | | | | | 0 |
| (3) | Huafei Company | | | 158 | | | | | | | | 1392 |
| (4) | Novel Company | | | | 176 | | | 925 | | 309 | | 1621 |
| (13) | Fuxin Company | | | | | | | 971 | | 474 | | 100 |
| (5) | Dongguan, Guangdong | | | | | | | 100 | | | | 1260 |
| (8) | 773 Factory, Chengdu | | | | | | | 1060 | | 200 | | 100 |
| (14) | Shanghai Vacuum Tube | 150 | | | | | | | | 100 | | 150 |
| (9) | Changsha Color Tube Factory | | | | | | | 80 | | | | 80 |
| (7) | Foshan Color Tube Factory | | | | | | 578 | | | | | 578 |
| | Total | 2662 | 27 | 158 | 1217 | 740 | 578 | 7243 | 130 | 1342 | 257 | 14354 |

BMCC-CRT000113410 E Translation

Production Line Increase Plan of Color Tube Manufacturers in China

Unit: 1,000 units

May 26, 1995

| | Year / Manufacturer | 1995 | | | 1996 | | | 1997 | | | 1998 | | | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Increased Production Lines | Production Type | Output | Increased Production Lines | Production Type | Output | Increased Production Lines | Production Type | Output | Increased Production Lines | Production Type | Output | |
| (1) | BMCC (Beijing) | 1 | 21" | 1,000 | | | | | | | 1<br>1 | CMT<br>Wide screen (7 [illegible]) | 1,000<br>700 | No. 5 CMT 14", 15", 17" No.6 Wide screen 28", 24" |
| (2) | 4400 (Xianyang) | | | | 1 | 14" | 1,500 | 1 | 14"/15" CMT | 1,000 | 1 | Wide screen (28") | 500 | |
| (3) | Nanjing Huafei (Nanjing) | | | | | | | 1<br>1 | 14" CMT<br>15"/17" CMT | 600<br>500 | 2 | 25"/29" CPT | 1,000 | |
| (4) | Shanghai Novel (Shanghai) | | | | | | | | | | 1 | 14"/15" CMT | 1,000 | |
| (5) | Dongguan Color Tube (Guangdong Province) | | | | | | | | | | 2 | Unknown | 1,600 | Scheduled to set up a joint venture with Samsung |
| (6) | Seg Hitachi (Shenzhen) | | | | | | | | | | 2 | Unknown | 2,000 | |
| (7) | Foshan Color Tube (Guangdong Province) | | | | | | | | | | 1 | Unknown | 1,000 | |
| (8) | Hongguang Glass Bulb Factory (Chengdu) | | | | | | | 1 | 21" | 1,100 | 1 | 25"/29" CPT | 680 | |
| (9) | Changsha Jinxing (Hunan Province) | | | | 1 | 21"/25" CPT | 800 | | | | | | | |
| (10) | Sony (Shanghai?) | | | | | | | | | | 4 | Unknown | 3,000 | Including 1,200 pieces of CMTs and 1800 pieces of CPTs |
| (11) | Samsung (MAC for now) (Shenzhen?) | | | | | | | 1<br>1 | 14"<br>21" | 1,400<br>1,400 | | | | |
| (12) | Chunghwa Picture Tubes (Mawei) | 2 | 14" CMT (monochrome) | 1,100 x 2 | 1<br>1 | 14" CMT<br>21"/20" CPT | 1,200<br>1,200 | | | | 2 | 14"/15" CPT | 1,100 x 2 | |
| | Total | 3 | | 3,200 | 4 | | 4,700 | 6 | | 6,100 | 18 | | 14,680 | |

CONFIDENTIAL

BMCC-CRT000113411 E Translation

# Exhibit 108



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **[Duling]**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113412.

_____

**[Duling]**

Project Number: *BBLLP_2307_P0029*

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

## Forecast of Color TV Demands in China **(1994 – 2000)**

Unit: 1,000 units                                    Marketing Operations Department, March 17, 1995

| | 1994 | | 1995 | | 1996 | | 1997 | | 1998 | | 1999 | | 2000 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (D+C). Total demands | 18,210 | | 19,650 | | 20,730 | | 21,750 | | 22,800 | | 23,900 | | 24,600 | |
| D. Exports among them | 4,420 | | 4,500 | | 4,600 | | 4,700 | | 4,800 | | 4,900 | | 4,950 | |
| A. Imported finished products | 2,700 | | 2,800 | | 2,600 | | 2,500 | | 2,400 | | 2,200 | | 2,200 | |
| B. Domestic output | 16,895 | | 17,600 | | 18,500 | | 19,400 | | 20,400 | | 21,600 | | 22,600 | |
| (A+B). Total Supply | 19,595 | | 20,400 | | 21,100 | | 21,900 | | 22,800 | | 23,800 | | 24,800 | |
| C. Domestic demands (including imports) | 13,790 | | 15,150 | | 16,130 | | 17,050 | | 18,000 | | 19,000 | | 19,650 | |
| C--1  14" | 900 | 6.5% | 900 | 5.9% | 1,000 | 6.2% | 1,000 | 5.9% | 1,000 | 5.6% | 1,000 | 5.3% | 1,000 | 5.1% |
| C--2  17" | 160 | 1.2% | 350 | 2.3% | 300 | 1.9% | 250 | 1.5% | 250 | 1.4% | 250 | 1.3% | 250 | 1.3% |
| C--3  18" | 1,200 | 8.7% | 1,400 | 9.2% | 1,400 | 8.7% | 1,400 | 8.2% | 1,400 | 7.8% | 1,400 | 7.4% | 1,400 | 7.1% |
| C--4  19" | 650 | 4.7% | 650 | 4.3% | 530 | 3.3% | 400 | 2.3% | 700 | 3.9% | 1,000 | 5.3% | 1000 | 5.1% |
| C--5  20" | 700 | 5.1% | 1,000 | 6.6% | 1,100 | 6.8% | 1,100 | 6.5% | 1,000 | 5.6% | 1,000 | 5.3% | 1,000 | 5.1% |
| C--6  21" | 8,800 | 63.8% | 9,200 | 60.7% | 10,000 | 62.0% | 10,800 | 63.3% | 11,300 | 62.8% | 11,800 | 62.1% | 12,300 | 62.6% |
| C--7  22" | 130 | 0.9% | 200 | 1.3% | 100 | 0.6% | 100 | 0.6% | 100 | 0.6% | 100 | 0.5% | 100 | 0.5% |
| C--8  25" | 850 | 6.2% | 1,000 | 6.6% | 1,200 | 7.4% | 1,400 | 8.2% | 1,550 | 8.6% | 1,700 | 8.9% | 1,800 | 9.2% |
| C--9  28"/29" | 400 | 2.9% | 450 | 3.0% | 500 | 3.1% | 600 | 3.5% | 700 | 3.9% | 750 | 3.9% | 800 | 4.1% |
| | | | | | | | | | | | | | | |
| Domestic inventory (including factory inventory) | 3,380 | | 4,130 | | 4,500 | | 4,650 | | 4,650 | | 4,550 | | 4,750 | |
| E. Domestic color tube output | 14,361 | | 16,850 | | 18,706 | | 19,941 | | 21,756 | | 23,600 | | 26,500 | |
| F. Color tube exports | 3,060 | | 3,260 | | 3,600 | | 4,000 | | 4,500 | | 5,000 | | 6,000 | |
| (B+F). Color tube demands | 19,955 | | 20,860 | | 22,100 | | 23,400 | | 24,900 | | 26,600 | | 28,600 | |

CONFIDENTIAL                                    BMCC-CRT000113412 E Translation

# Exhibit 109



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **[Duling]**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113413.

_____

**[Duling]**

Project Number: _BBLLP_2307_P0029_

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

95M.XLS

## Production of Color Tubes in China (1993 – 1998)

Marketing Operations Department, May 22, 1995

Unit: 1,000 units

| Manufacturer | 1993 | | | | | | | | | | | 1994 | | | | | | | | | | 1995 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 14" | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 28" | 29" | Total | 14" | 14" [Illegi text] | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 29" | Total | 14" | 14" [Illegible text] | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 29" | Total |
| BMCC | 733 | | | 501 | | 980 | | | | 71 | 2284 | 743 | 27 | | | | 740 | 1111 | | | 257 | 2878 | 600 | 250 | | | | 670 | 1100 | | | 360 | 2960 |
| 4400 | 957 | | 611 | 30 | | 1224 | 417 | 8 | | | 3247 | 1770 | | | 1041 | | | 1210 | 130 | 258 | | 4409 | 2200 | 100 | 0 | 1000 | 0 | | 1200 | 200 | 500 | | 5200 |
| Seg Hitachi | | | | | | 1380 | | | | | 1380 | | | | | | | 1785 | | | | 1785 | | | | | | | 1800 | | | | 1800 |
| MAC Company | | | | | 22 | 3 | | | 12 | | 38 | | | | | | | | | | | 0 | | | | | | | 100 | | | | 100 |
| Huafei Company | | 34 | | | | 781 | | 208 | | | 1021 | | | 158 | | | | 925 | | 309 | | 1392 | | 0 | 350 | | | | 800 | | 250 | | 1400 |
| Novel Company | | | 203 | | | 725 | | 13 | | | 942 | | | | 176 | | | 971 | | 474 | | 1621 | | | | 450 | | | 1250 | | 300 | | 2000 |
| Fuxin Company | | | | | 1 | 60 | | | | | 61 | | | | | | | 100 | | | | 100 | | | | | | 300 | | | | | 300 |
| Dongguan, Guangdong | | | | | | 93 | | 11 | | | 104 | | | | | | | 1060 | | 200 | | 1260 | | | | | | | 1200 | | 300 | | 1500 |
| Chengdu 773 Factory | | | | | | | | 20 | | | 20 | | | | | | | | | 100 | | 100 | | | | | | | 300 | | 300 | | 600 |
| Shanghai Vacuum Tube | 2 | | | | 55 | 26 | | | | | 83 | 150 | | | | | | | | | | 150 | 300 | | | | | | 100 | | | | 400 |
| Changsha Color Tube Factory | | | | | | 20 | | | | | 20 | | | | | | | 80 | | | | 80 | | | | | | | 100 | | | | 100 |
| Foshan Color Tube Factory | | | | 277 | | | | | 29 | | 305 | | | | | | 578 | | | | | 578 | | | | | | 900 | | | 100 | | 1000 |
| Total | 1691 | 34 | 815 | 531 | 356 | 5292 | 417 | 258 | 12 | 99 | 9504 | 2662 | 27 | 158 | 1217 | 740 | 578 | 7243 | 130 | 1342 | 257 | 14354 | 3100 | 350 | 350 | 1450 | 670 | 1200 | 7950 | 200 | 1650 | 460 | 17380 |

Unit: 1,000 units

| Manufacturer | 1996 | | | | | | | | | | | | 1997 | | | | | | | | | | | | 1998 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 14" | 14" [Illegible text] | 18" | 19" | 20" | 17" | 21" | 22" | 25" | 29" | Total | 14" | 14" [Illegible text] | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 29" | Total | 14" | 14" [Illegible text] | 17" | 18" | 19" | 20" | 21" | 22" | 25" | 29" | Total |
| BMCC | 588 | 378 | | 530 | | | 1830 | | | 380 | 3706 | | 529 | | | 394 | | 2020 | | | 380 | 3323 | | | | | | | | | | | 0 |
| 4400 | 2400 | 100 | 1000 | | | | 1200 | 200 | 500 | | 5400 | 2400 | 100 | | 1000 | | | 1200 | 200 | 500 | | 5400 | | | | | | | | | | | 0 |
| Seg Hitachi | | | | | | | 1800 | | | | 1800 | | | | | | | 1800 | | | | 1800 | | | | | | | | | | | 0 |
| MAC Company | | | | | | | | | | | 0 | | | | | | | | | | | 0 | | | | | | | | | | | 0 |
| Huafei Company | | 100 | | | | 100 | 700 | | 600 | | 1500 | | 500 | 250 | | | | 800 | | 350 | | 1900 | | | | | | | | | | | 0 |
| Novel Company | | | | | | | 1100 | | 600 | 200 | 1900 | | 100 | | | | | 1200 | | 600 | 300 | 2200 | | | | | | | | | | | 0 |
| Fuxin Company | | | | | | | | | | | 0 | | | | | | | | | | | 0 | | | | | | | | | | | 0 |
| Dongguan, Guangdong | | | | | | | 1300 | | 400 | | 1700 | | | | | | | 1300 | | 500 | | 1800 | | | | | | | | | | | 0 |
| Chengdu 773 Factory | | | | | | | | | | | 0 | | | | | | | | | | | 0 | | | | | | | | | | | 0 |
| Shanghai Vacuum Tube | 500 | | | | | | | | | | 500 | 500 | | | | | | | | | | 500 | | | | | | | | | | | 0 |
| Changsha Color Tube Factory | | | | | | | 600 | | 200 | | 800 | | | | | | | 600 | | 200 | | 600 | | | | | | | | | | | 0 |
| Foshan Color Tube Factory | | | | | | | 1000 | | | 150 | 1150 | | | | | | 1000 | 0 | | | 150 | 1150 | | | | | | | | | | | 0 |
| Total | 3488 | 578 | 1000 | 530 | 1000 | 100 | 8530 | 200 | 2300 | 730 | 18456 | 2900 | 1229 | 250 | 1000 | 394 | 1000 | 8920 | 200 | 2150 | 830 | 18873 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Note: Other = Sum of 22", 17" and 28"

| | 14" | 14" [Illegible text] | 18" | 19" | 20" | 21" | 25" | 29" | Other | Subtotal | Total | 17" | 22" | 28" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1993 | 1691 | | 20 | 815 | 531 | 356 | 529 | 258 | 99 | 443 | 9061 | 9504 | 34 | 417 | 12 |
| 1994 | 2662 | | 27 | 1217 | 740 | 578 | 7242 | 134 | 257 | 288 | 14066 | 14354 | 153 | 130 | |
| 1995 | 3100 | | 350 | 1450 | 670 | 120 | 7950 | 165 | 460 | 550 | 16830 | 17380 | 350 | 200 | |
| 1996 | 3488 | | 578 | 1000 | 530 | 1000 | 8530 | 730 | 300 | | 18156 | 18456 | 100 | 200 | |
| 1997 | 2900 | | 1229 | 1000 | 394 | 1000 | 8920 | 830 | 450 | | 18423 | 18873 | 250 | 200 | |
| 1998 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | |

| Percentage | 14" | 14" [Illegible text] | 18" | 19" | 20" | 21" | 25" | 29" | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1993 | 18% | 0% | 9% | 6% | 4% | 56% | 3% | 1% | 5% | 100% |
| 1994 | 19% | 0% | 8% | 5% | 4% | 50% | 9% | 2% | 2% | 100% |
| 1995 | 18% | 2% | 8% | 4% | 7% | 46% | 9% | 3% | 3% | 100% |
| 1996 | 19% | 3% | 5% | 3% | 5% | 46% | 12% | 4% | 2% | 100% |
| 1997 | 15% | 7% | 5% | 2% | 5% | 47% | 11% | 4% | 2% | 100% |
| 1998 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |

CONFIDENTIAL

BMCC-CRT000113413 E Translation

# Exhibit 110



July 21, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **[Duling]**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: BMCC-CRT000113414.

_____

**[Duling]**

Project Number: _BBLLP_2307_P0029_

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Production Capacity of Color Picture Tube Manufacturers in China (10,000 Units/Year)

April 7, 1995

| SN | Manufacturer | Initially Designed Capacity | Actual Capacity in 1994 | | Planned Capacity in 1995 | | Envisioned Capacity for the Ninth Five-Year Plan | | Remarks (Types Planned for the Ninth Five-Year Plan) |
|---|---|---|---|---|---|---|---|---|---|
| | | | Color Picture Tube | Color Display Tube | Color Picture Tube | Color Display Tube | Color Picture Tube | Color Display Tube | |
| 1 | Xianyang, Shaanxi | 96 | 440 | | 510 | 10 | 700 | 200 | (CMT 14"/15") |
| 2 | BMCC | 181 | 284 | 2.7 | 275 | 25 | 540 | 100 | (CMT 14"/15"/17") |
| 3 | Nanjing Huafei | 150 | 130 | | 140 | | 255 +605 [handwritten] | 120 | (CMT 14"/15"/17") (CPT 25"/29" added) |
| 4 | Shanghai Novel | 160 | 162 | | 200 | | 200 | 100 | (CMT 14"/15") |
| 5 | Shenzhen Seg Hitachi | 160 | 178 | | 180 | | 200 | | Not yet envisioned for the Ninth Five-Year Plan |
| 6 | Dongguan, Guangdong | 160 | 126 | | 150 | | 160 | | Scheduled to set up a joint venture with Samsung of South Korea, unknown planning for the Ninth Five-Year Plan |
| 7 | Foshan, Guangdong | 90 | 61 | | 100 | | 100 | | Not yet envisioned for the Ninth Five-Year Plan |
| 8 | Shanghai Vacuum Tube | 50 | 10 | | 30 | | 50 | | Not yet envisioned for the Ninth Five-Year Plan |
| 9 | Fujian Fuxin | 30 | 10 | | 30 | | 30 | | Not yet envisioned for the Ninth Five-Year Plan |
| 10 | Changsha, Hunan | 80 | | | 80 | | 120 | | Unknown planning for the Ninth Five-Year Plan |
| 11 | Chengdu Hongguang | 178 | | | | | 228 | | (25"/29" added, current CMT production line changed to a CPT line with 500,000 production capacity) |
| 12 | Shanghai Sony | | | | | (1.14 million 16:9) | 180 | 120 | Negotiating, no contracts entered |
| 13 | Shenzhen MAC Samsung | | | | | | 360 | 140 | Negotiating, no contracts entered |
| 14 | Tianjin Samsung | | | | | | 300 | | Negotiating, no contracts entered |
| 15 | Dalian Toshiba | | | | | | 300 | | Negotiating, no contracts entered |
| | Subtotal | | 1401 | 2.7 | 1645 | 35 | 3723+605 =4328 [handwritten] | 780 | |
| | Total | | 1404 | | 1680 | | 4503+605=5108[handwritten] | | |

Note: It is said that China will become the base for the export of color and black-and-white TV sets to the world, half of the annual output of about 45 million color display tubes and color picture tubes will be exported, and half of them will be sold domestically.

CONFIDENTIAL

BMCC-CRT000113414 E Translation