UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br><br>Case No. 07-cv-05944-JST<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME AND PAGE LIMITS; ORDER SETTING BRIEFING SCHEDULE ON SPECIAL MASTER'S REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR TERMINATING SANCTIONS; ORDER VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Re: ECF Nos. 6377, 6382, 6383 |
| This order relates to:<br><br>ALL DIRECT PURCHASER ACTIONS<br>ALL INDIRECT PURCHASER ACTIONS | |

The Special Master has issued a report and recommendation ("R&R") on Plaintiffs' motion for terminating sanctions. ECF No. 6382. Defendants Irico Group Corporation and Irico Display Devices, Co., Ltd. (collectively, "Irico") have filed a motion seeking up to 30 days, and up to 35 pages, to file their objections to that R&R. ECF No. 6383.[1]

Having considered Irico's request, the Court finds good cause to grant both an extension of time and an extension of the page limits. Given the dispositive nature of the R&R, the Court also finds it appropriate to provide an opportunity for Plaintiffs to file a response, and for Irico to file a reply. Accordingly, the Court now sets the following schedule:

1.  Irico shall file its objections to the R&R by June 13, 2024. The objections shall not

---

[1] Irico characterizes the motion as unopposed, but the request was not filed as a stipulation. The Court has waited to rule on Irico's request until the time to respond to a motion for administrative relief under Civil Local Rule 7-11 has passed. To avoid unnecessary inefficiency in the future, the Court encourages the parties to file a stipulation rather than a motion whenever the requested relief is unopposed.

exceed 35 pages.

2. Indirect Purchaser Plaintiffs and Direct Purchaser Plaintiffs shall file a combined response to the objections by July 11, 2024. The combined response shall not exceed 35 pages.

3. Irico may file a reply on or before July 25, 2024. The reply shall not exceed 21 pages.

4. The matter will be heard on August 29, 2024.

5. The Court will rule on Irico's objections to the R&R before considering Irico's pending motion for summary judgment, ECF No. 6377. Accordingly, the August 1, 2024 motion hearing date is vacated. The parties may also seek to vacate or continue the briefing schedule. Absent a stipulated request or successful administrative motion, the current briefing deadlines will remain in effect.

6. The Court will determine at a subsequent date whether the trials may proceed as scheduled.

Finally, given Judge Corley's appointment as a district judge, she is no longer available to conduct settlement conferences. If the parties believe a further settlement conference before a magistrate judge might be productive, they shall file a joint request for a new referral and may, if they can agree, jointly request a specific judge or judges, in order of preference, along with the preferred timing of a settlement conference.

**IT IS SO ORDERED.**

Dated: May 22, 2024



_____
JON S. TIGAR
United States District Judge