1    *COMPLETE LIST OF PARTIES REPRESENTED LISTED ON SIGNATURE PAGE*

2

3

4

5

6

7

8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11                    **OAKLAND DIVISION**

12

13   IN RE: CATHODE RAY TUBE (CRT)          Master File No.: 07-cv-05944 JST
     ANTITRUST LITIGATION
14                                          MDL No. 1917

15                                          **STIPULATION AND [PROPOSED]**
     This document relates to:               **ORDER VACATING SUMMARY**
16                                          **JUDGMENT BRIEFING SCHEDULE**
     *ALL INDIRECT PURCHASER ACTIONS*
17                                          Judge:        Hon. Jon S. Tigar
     *ALL DIRECT PURCHASER ACTIONS*
18

19

20

21

22

23

24

25

26

27

28

Indirect Purchaser Plaintiffs ("IPPs"), Direct Purchaser Plaintiffs ("DPPs") (together, the "Plaintiffs"), and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants") (collectively, the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on April 30, 2024, the Court set a briefing schedule for Irico's motion for summary judgment against the Plaintiffs (ECF No. 6372);

WHEREAS, pursuant to the Court's order, Irico filed its motion for summary judgment on May 10, 2024, Plaintiffs' opposition to the motion is due on June 14, 2024, and Irico's reply is due on June 28, 2024 (ECF No. 6372);

WHEREAS, on May 14, 2024, Special Master Vaughn Walker issued his Report & Recommendation on Plaintiffs' Motion for Terminating Sanctions recommending, *inter alia*, that the Court grant Plaintiffs' motion for terminating sanctions and enter a default judgment against Irico, ECF No. 6382 (the "Sanctions R&R");

WHEREAS, on May 22, 2024, the Court ordered that Irico shall file its objections to the Sanctions R&R by June 13, 2024, Plaintiffs shall file a combined response to the objections by July 11, 2024, Irico may file a reply on or before July 25, 2024, and the Court will hold a hearing on the matter on August 29, 2024 (ECF No. 6386);

WHEREAS, because the Court will rule on Irico's objections to the R&R before considering Irico's summary judgment motion, the Court also vacated the August 1, 2024 hearing date on the summary judgment motion and invited the Parties "to seek to vacate or continue the briefing schedule" on the summary judgment motion (ECF No. 6386 at 2);

WHEREAS, the Parties have met and conferred and agree that in the interests of efficiency and conservation of resources, the briefing schedule for Irico's summary judgment motion should be vacated pending a ruling from the Court on Irico's objections to the Sanctions R&R; and

STIPULATION AND [PROPOSED] ORDER
VACATING SUMMARY JUDGMENT BRIEFING SCHEDULE

MASTER FILE No. 07-cv-05944-JST
MDL No. 1917

1    WHEREAS, the Parties agree to meet and confer after the Court's ruling on Irico's objections

2  to the Sanctions R&R to propose a schedule for the remaining summary judgment briefing, if

3  necessary.

4

5    IT IS HEREBY STIPULATED AND AGREED by and between counsel for IPPs, DPPs,

6  and the Irico Defendants that the briefing schedule ordered by the Court for Irico's motion for

7  summary judgment against the Plaintiffs (ECF No. 6372) should be vacated and that the Parties will

8  meet and confer after the Court's ruling on Irico's objections to the Sanctions R&R to propose a

9  schedule for the remaining summary judgment briefing, if necessary.

10    **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO**

11  **ORDERED.**

12

13  Dated:

14

15                                         _____
                                           HONORABLE JON S. TIGAR

16                                         UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Dated: May 31, 2024

/s/ *R. Alexander Saveri*
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

/s/ *Mario N. Alioto*
Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

/s/ *Jeffrey Margulies*
Jeffrey Margulies (Bar No. 126002)
Norton Rose Fulbright US LLP
555 California Street
Suite 3300
San Francisco, California 94104
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
Email: jeff.margulies@nortonrosefulbright.com

Geraldine W. Young (pro hac vice)
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, Texas  77010
Telephone: (713) 651-5437
Facsimile: (713) 651-5246
geraldine.young@nortonrosefulbright.com

John M. Taladay (pro hac vice)
Evan J. Werbel (pro hac vice)

STIPULATION AND [PROPOSED] ORDER
VACATING SUMMARY JUDGMENT BRIEFING SCHEDULE

MASTER FILE No. 07-cv-05944-JST
MDL No. 1917

1    Thomas E. Carter (pro hac vice)
     Andrew L. Lucarelli (pro hac vice)
2    BAKER BOTTS LLP
     700 K Street, N.W.
3    Washington, D.C. 20001
     (202) 639-7700
4    (202) 639-7890 (fax)
     Email: john.taladay@bakerbotts.com
5    evan.werbel@bakerbotts.com
     tom.carter@bakerbotts.com
6    drew.lucarelli@bakerbotts.com
7
     *Attorneys for Defendants Irico Group Corp.*
8    *and Irico Display Devices Co., Ltd.*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER                    MASTER FILE NO. 07-CV-05944-JST
VACATING SUMMARY JUDGMENT BRIEFING SCHEDULE                        MDL NO. 1917

**ATTESTATION**

I, Lauren C. Capurro, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the filing of the document.


Dated: May 31, 2024

By: */s/ Lauren C. Capurro*

STIPULATION AND [PROPOSED] ORDER
VACATING SUMMARY JUDGMENT BRIEFING SCHEDULE

MASTER FILE NO. 07-CV-05944-JST
MDL NO. 1917