**NORTON ROSE FULBRIGHT US LLP**
JEFFREY B. MARGULIES (BAR NO. 126002)
KAYLEE YANG (BAR NO. 303464)
555 California Street
Suite 3300
San Francisco, California 94104
Telephone:    (213) 892-9200
Facsimile:    (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:    (713) 651-5151
Facsimile:    (213) 651-5246
Geraldine.young@nortonrosefulbright.com

Attorneys for Defendants
IRICO GROUP CORP. AND
IRICO DISPLAY DEVICES CO., LTD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917<br><br>**DECLARATION OF JEFFREY B. MARGULIES IN SUPPORT OF DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S OBJECTIONS TO SPECIAL MASTER'S REPORT & RECOMMENDATION ON PLAINTIFFS' MOTION FOR TERMINATING SANCTIONS**<br><br>Judge:    Hon. Jon S. Tigar |
| This document relates to:<br><br>*ALL ACTIONS* | |

I, Jeffrey B. Margulies, declare as follows:

1. I am a member of the bar of the State of California and admitted to practice before this Court. I am an attorney with Norton Rose Fulbright US LLP, which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display," collectively, "Irico" or the "Irico Defendants") in this action. I make this Declaration in support of the Irico Defendants' Objections to Special Master's Report & Recommendation on Plaintiffs' Motion for Terminating Sanctions. If called as a witness, I could and would testify to the matters set forth in this declaration of my own personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Motion for Terminating Sanctions ("Mot.," or the "Motion") served by the Indirect Purchaser Plaintiffs ("IPPs") and Direct Purchaser Plaintiffs ("DPPs") on March 20, 2023.

3. Attached hereto as Exhibit 2 is a true and correct copy of Irico Defendants' Objections and Responses to IPPs' Third Set of Interrogatories, dated August 31, 2021.

4. Attached hereto as Exhibit 3 is a true and correct copy of Irico Defendants' Supplemental Objections and Responses to IPPs' Third Set of Interrogatories, dated January 21, 2022.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the deposition of Wang Zhaojie, dated March 6, 2019 ("Wang Dep.").

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition of Zhang Wenkai, dated March 4, 2019 ("Zhang Dep.").

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the deposition of Wang Zhaojie, dated September 20, 2022 ("Wang Dep.").

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the deposition of Yan Yunlong, dated September 27-28, 2022 ("Yan Dep.").

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the deposition of Li Miao, dated March 7, 2023 ("Li Dep.").

10. Attached hereto as Exhibit 9 is a true and correct copy of Irico Defendants' Fifth Supplemental Objections and Responses to DPPs' First Set of Interrogatories, dated July 7, 2021.

11.  Attached hereto as Exhibit 10 is a true and correct copy of IRI-SUPP-000001-005E, a certified English translation of IRI-SUPP-000001-005, which is an email dated February 15, 2008, from Joseph Chan of Pillsbury Winthrop Shaw Pittman, LLP ("Pillsbury") to Irico's Legal Counsel Yan Yunlong.

12.  Attached hereto as Exhibit 11 is a true and correct copy of IRI-SUPP-000012-021E, a certified English translation of IRI-SUPP-000012-021, which is an email dated June 23, 2008 from Kevin Xi of Pillsbury to Irico's Yan Yunlong, and attaching a copy of Pretrial Order No. 1, ECF No. 230, as well as a Chinese translation of Paragraph 13 of that Order..

13.  Attached hereto as Exhibit 12 is a true and correct copy of IRI-SUPP-000022E and IRI-SUPP-000023-028E, which are certified English translations of IRI-SUPP-000022 and IRI-SUPP-000023-28. IRI-SUPP-000022E is an August 18, 2008 email from Pillsbury to Irico's Yan Yunlong attaching IRI-SUPP-000023-28E, an August 7, 2008 memorandum to Irico regarding evidence preservation and a written litigation hold notice entitled "Information Preservation Notice."

14.  Attached hereto as Exhibit 13 is a true and correct copy the Declaration of Yan Yunlong Regarding Deposition Testimony and Irico Defendants' Interrogatory Responses ("Yan Decl."), dated November 18, 2022.

15.  Attached hereto as Exhibit 14 is a true and correct copy of Irico Defendants' Third Supplemental Objections and Responses to IPPs' Third Set of Interrogatories, dated November 23, 2022.

16.  Attached hereto as Exhibit 15 is a true and correct copy of a letter from Evan Werbel to R. Alexander Saveri and Lauren Capurro, dated March 10, 2022.

17.  Plaintiffs have deposed five Irico employees. Three of those employees worked at Irico during the relevant time period: Wang Zhaojie (*see supra* ¶ 5, 7); Yan Yunlong (*see supra* ¶ 8); and Li Miao (*see supra* ¶ 9). Wang was deposed in his personal capacity and as a Rule 30(b)(6) corporate representative in 2019, and again in his personal capacity in 2022. Plaintiffs have also deposed an Irico employee who worked at a CRT competitor of Irico during the relevant time period: Xue Shouwen.

18. Attached hereto as Exhibit 16 is a true and correct copy of a certified translation of Su Xiaohua's Employee Registration Form, Bates stamped IRI-CRT-00031561E.

19. Attached hereto as Exhibit 17 is a true and correct copy of Irico Defendants' Sixth Supplemental Objections and Responses to DPPs' First Set of Interrogatories, dated January 7, 2022.

20. Attached hereto as Exhibit 18 is a true and correct copy of Irico Defendants' Objections and Responses to IPPs' Fourth Set of Interrogatories, dated February 23, 2022.

21. Attached hereto as Exhibit 19 is a true and correct copy the Declaration of Zhang Wenkai in Support of Defendants Group Corp. and Irico Display Devices Co., Ltd.'s Emergency Motion for Relief from Scheduling Order ("Zhang Decl."), dated June 30, 2022.

22. Attached hereto as Exhibit 20 is a true and correct copy of a certified translation of a WeChat text message exchange between Su Xiaohua and Zhang Wenkai (represented by the screen name Baichigantou), Bates stamped IRI-SU-000103E, dated January 17 through May 26, 2022.

23. Attached hereto as Exhibit 21 is a true and correct copy of IRI-SU-000137E and a certified English translation of IRI-SU-000137E.

24. Attached hereto as Exhibit 22 is a true and correct copy of IRI-SU-000141E and a certified English translation of IRI-SU-000141E.

25. Attached hereto as Exhibit 23 is a true and correct copy of IRI-SU-000208E and a certified English translation of IRI-SU-000208E.

26. Attached hereto as Exhibit 24 is a true and correct copy of IRI-SU-001473E and a certified English translation of IRI-SU-001473E.

27. Attached hereto as Exhibit 25 is a true and correct copy of IRI-SU-001470E and a certified English translation of IRI-SU-001470E.

28. Attached hereto as Exhibit 26 is a true and correct copy of a document produced in this litigation by Irico bearing the Bates numbers IRI-SU-000199 and IRI-SU-000165, and a certified translation thereof. These two pages were produced out of order and have been reordered accordingly.

29. Attached hereto as Exhibit 27 is a true and correct copy of IRI-SU-000166E and a certified English translation of IRI-SU-000166E.

30. Attached hereto as Exhibit 28 is a true and correct PDF copy of the trial exhibit list provided by IPPs on June 30, 2023. IPPs provided their trial exhibit list as two separate Excel spreadsheets. Attorneys working under my supervision combined the two separate Excel spreadsheets and converted them to PDF format. IPPs' trial exhibit list included 1,621 entries, 137 of which were documents produced by Irico in discovery.

31. IPPs' initial trial deposition designations included testimony from 79 separate depositions, including 358 designated excerpts from the testimony of five Irico witnesses.

32. Attached hereto as Exhibit 29 is a true and correct copy of the trial witness list provided by IPPs on June 30, 2023. IPPs' proposed trial witness list included 85 individuals, including the same five Irico witnesses deposed by Plaintiffs (*see supra* ¶ 17).

33. Attached hereto as Exhibit 30 is a true and correct copy a letter from Lauren Capurro to John Taladay dated August 18, 2023, transmitting IPPs' counter-deposition designations. The designations covered 21 depositions, including five Irico depositions.

34. Attached hereto as Exhibit 31 is a true and correct copy of a letter from Geraldine Young to Special Master Walker, dated August 29, 2023.

35. Attached hereto as Exhibit 32 is a true and correct copy the Declaration of John M. Taladay Regarding Compliance with Interim Orders on Plaintiffs' Motion for Discovery Sanctions ("Taladay Decl."), dated October 23, 2023.

36. Attached hereto as Exhibit 33 is a true and correct copy of an email from Matthew Heaphy to Geraldine Young, dated May 16, 2023.

37. Attached hereto as Exhibit 34 is a true and correct copy of the Plaintiffs' letter brief in support of the admissibility under the "Co-Conspirator Rule," dated March 21, 2023.

38. Attached hereto as Exhibit 35 is a true and correct copy of Irico Defendants' Third Supplemental Objections and Responses to DPPs' First Set of Interrogatories, dated May 10, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 13th day of June 2024 at San Francisco, California.

*/s/ Jeffrey B. Margulies*
JEFFREY B. MARGULIES

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing **Declaration of Jeffrey B. Margulies** was filed via CM/ECF on June 13, 2024, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Matthew Park*
Matthew Park