UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br> ALL ACTIONS | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917<br><br>[PROPOSED] ORDER REGARDING SPECIAL MASTER'S REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR TERMINATING SANCTIONS |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      Having reviewed the Irico Defendants' Objections to Special Master's May 14, 2024, Report
3  & Recommendation on Plaintiffs' Motion for Terminating Sanctions (ECF No. 6382) ("Report &
4  Recommendation") (ECF No.        ),

5      IT IS HEREBY ORDERED THAT Irico Defendants' Objections to the Report &
6  Recommendation are SUSTAINED and therefore the Report & Recommendation is not approved and
7  adopted by the Court. Plaintiffs' Motion for Terminating Sanctions is DENIED.

8      **IT IS SO ORDERED.**

11  Dated: _____       _____
12                                                   JON S. TIGAR
                                               United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing **[PROPOSED] ORDER** was filed via CM/ECF on June 13, 2024, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Matthew Park*
Matthew Park