**NORTON ROSE FULBRIGHT US LLP**
JEFFREY B. MARGULIES (BAR NO. 126002)
KAYLEE YANG (BAR NO. 303464)
555 California Street
Suite 3300
San Francisco, California 94104
Telephone:     (213) 892-9200
Facsimile:      (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:     (713) 651-5151
Facsimile:      (213) 651-5246
geraldine.young@nortonrosefulbright.com

Attorneys for Defendants
IRICO GROUP CORP. AND
IRICO DISPLAY DEVICES CO., LTD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST |
| | MDL No. 1917 |
| This document relates to: | **IRICO DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| *ALL ACTIONS* | |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (collectively, "Irico") hereby move the Court to seal material designated as confidential by Irico.

Civil Local Rule 79-5 governs the filing under seal of documents in civil cases. In compliance with Civil Local Rule 79-5, Irico submits this Motion in order to file (a) material designated by Irico pursuant to the Stipulated Protective Order, ECF No. 0306, as "Confidential" or "Highly Confidential;" or (b) references to or quotations from material or data designated by Irico pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential."

Irico proposes to seal the following documents or portions thereof:

| Document Proposed to Be Sealed or Redacted | Designating Entity |
|---|---|
| Exhibit 16 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copy of a certified translation of Su Xiaohua's Employee Registration Form, Bates stamped IRI-CRT-00031561E. | Irico |
| Exhibit 20 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copy of a certified translation of a WeChat text message exchange between Su Xiaohua and Zhang Wenkai (represented by the screen name Baichigantou), Bates stamped IRI-SU-000103E, dated January 17 through May 26, 2022. | Irico |
| Exhibit 21 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal–True and correct copy of IRI-SU-000137E and a certified English translation of IRI-SU-000137E, dated May 25, 2022. | Irico |

| | |
|---|---|
| Exhibit 22 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal–True and correct copy of IRI-SU-000141E and a certified English translation of IRI-SU-000141E, dated July 17, 2022. | Irico |
| Exhibit 23 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copy of IRI-SU-000208E and a certified English translation of IRI-SU-000208E, dated July 17, 2022 | Irico |
| Exhibit 24 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copy of IRI-SU-001473E and a certified English translation of IRI-SU-001473E, dated February 16, 2019. | Irico |
| Exhibit 25 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copy of IRI-SU-001470E and a certified English translation of IRI-SU-001470E, dated July 1, 2022. | Irico |

| Exhibit 27 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copy of IRI-SU-000166E and a certified English translation of IRI-SU-000166E, dated September 19, 2022. | Irico |
|---|---|

Irico seeks to file the above material under seal because the documents contain confidential, nonpublic, and sensitive business information about the Irico Defendants' operations and public disclosure of the documents would put the Irico Defendants at a competitive disadvantage. Some of the documents also contain sensitive personal information regarding Irico employees.

WHEREFORE, Irico respectfully submits this administrative motion pursuant to the Stipulated Protective Order and Civil Local Rule 79-5.

Dated: June 13, 2024

Respectfully submitted,

/s/ *Jeffrey B. Margulies*

JEFFREY B. MARGULIES (Bar No. 126002)
KAYLEE YANG (BAR NO. 303464)
Norton Rose Fulbright US LLP
555 California Street, Suite 3300
San Francisco, California 94104
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (213) 651-5246
Geraldine.young@nortonrosefulbright.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

1

## <u>CERTIFICATE OF SERVICE</u>

2          I hereby certify that a true copy of the foregoing **Administrative Motion to Seal**

3   **Pursuant to Civil Local Rules 7-11 and 79-5(f)** was filed via CM/ECF on June 13, 2024, and as

4   a result has been served on all counsel of record via transmission of Notices of Electronic Filing

5   generated by CM/ECF.

6

7                                                          By: *Matthew Park*
                                                           Matthew Park

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28