UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br> ALL ACTIONS | **[PROPOSED] ORDER GRANTING IRICO DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Administrative Motion to Seal Pursuant to Civil Local Rules 7-11 and 79-5 (ECF No. _____). Having considered the arguments made by the Irico Defendants in favor of sealing under Civil Local Rule 79-5(c)(1),

IT IS HEREBY ORDERED THAT the Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Administrative Motion to Seal Pursuant to Civil Local Rules 7-11 and 79-5 is GRANTED.

IT IS FURTHER ORDERED THAT the following documents or portions thereof may be filed under seal:

| Document Proposed to Be Sealed or Redacted | Designating Entity | Ruling |
|---|---|---|
| Exhibit 16 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copy of a certified translation of Su Xiaohua's Employee Registration Form, Bates stamped IRI-CRT-00031561E. | Irico | |
| Exhibit 20 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copy of a certified translation of a WeChat text message exchange between Su Xiaohua and Zhang Wenkai (represented by the screen name Baichigantou), Bates stamped IRI-SU-000103E, dated January 17 through May 26, 2022. | Irico | |

| | | |
|---|---|---|
| Exhibit 21 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal–True and correct copy of IRI-SU-000137E and a certified English translation of IRI-SU-000137E, dated May 25, 2022. | Irico | |
| Exhibit 22 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal–True and correct copy of IRI-SU-000141E and a certified English translation of IRI-SU-000141E, dated July 17, 2022. | Irico | |
| Exhibit 23 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copy of IRI-SU-000208E and a certified English translation of IRI-SU-000208E, dated July 17, 2022 | Irico | |
| Exhibit 24 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copy of IRI-SU-001473E and a certified English translation of IRI-SU-001473E, dated February 16, 2019. | Irico | |

| | | |
|---|---|---|
| Exhibit 25 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copy of IRI-SU-001470E and a certified English translation of IRI-SU-001470E, dated July 1, 2022. | Irico | |
| Exhibit 27 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copy of IRI-SU-000166E and a certified English translation of IRI-SU-000166E, dated September 19, 2022. | Irico | |

1 **IT IS SO ORDERED.**

4 Dated: _____                    _____
                                                JON S. TIGAR
                                             United States District Judge