**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES (BAR NO. 126002)
KAYLEE YANG (BAR NO. 303464)
555 California Street
Suite 3300
San Francisco, California 94104
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (213) 651-5246
geraldine.young@nortonrosefulbright.com

Attorneys for Defendants
IRICO GROUP CORP. AND
IRICO DISPLAY DEVICES CO., LTD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 4:07-cv-05944-JST<br><br>MDL No.: 1917<br><br>**APPENDIX OF RECORD REGARDING SPECIAL MASTER'S REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR TERMINATING SANCTIONS (ECF 6382)** |
| This Document Relates to:<br><br>ALL ACTIONS | |

DOCUMENT PREPARED ON RECYCLED PAPER

APPENDIX OF RECORD REGARDING SPECIAL MASTER'S REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR TERMINATING SANCTIONS (ECF 6382)

## TABLE OF CONTENTS

**DOCUMENT 1:**

Plaintiffs' Motion for Terminating or Alternative Sanctions Against Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (dated Mar. 20, 2023)

**DOCUMENT 2:**

Declaration of Lauren C. Capurro in Support of Plaintiffs' Motion for Sanctions Against Irico Group Corporation and Irico Display Devices Co., Ltd. (dated Mar. 20, 2023)

**DOCUMENT 3:**

Exhibits A-Z to Declaration of Lauren C. Capurro in Support of Plaintiffs' Motion for Sanctions Against Irico Group Corporation and Irico Display Devices Co., Ltd. (dated Mar. 20, 2023)

**DOCUMENT 4:**

Exhibits AA-ZZ to Declaration of Lauren C. Capurro in Support of Plaintiffs' Motion for Sanctions Against Irico Group Corporation and Irico Display Devices Co., Ltd. (dated Mar. 20, 2023)

**DOCUMENT 5:**

Exhibits AAA-CCC to Declaration of Lauren C. Capurro in Support of Plaintiffs' Motion for Sanctions Against Irico Group Corporation and Irico Display Devices Co., Ltd. (dated Mar. 20, 2023)

**DOCUMENT 6:**

Irico Defendants' Opposition to Plaintiffs' Motion for Sanctions Against Irico Group Corp. and Irico Display Devices Co., Ltd. (dated Apr. 21, 2023)

**DOCUMENT 7:**

Declaration of Thomas Carter in Support of Irico Defendants' Opposition to Plaintiffs' Motion for Sanctions Against Irico Group Corp. and Irico Display Devices Co., Ltd. (dated Apr. 21, 2023)

**DOCUMENT 8:**

Exhibits A-Y to Declaration of Thomas Carter in Support of Irico Defendants' Opposition

- 2 -

DOCUMENT PREPARED ON RECYCLED PAPER

APPENDIX OF RECORD REGARDING SPECIAL MASTER'S REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR TERMINATING SANCTIONS (ECF 6382)

to Plaintiffs' Motion for Sanctions Against Irico Group Corp. and Irico Display Devices Co., Ltd. (dated Apr. 21, 2024)

**DOCUMENT 9:**

Irico Defendants' Letter to Special Master with Supplemental Authority Regarding Irico Defendants' Opposition to Plaintiffs' Motion for Sanctions (dated May 2, 2023)

**DOCUMENT 10:**

Plaintiffs' Corrected Reply Brief in Support of their Motion for Terminating or Alternative Sanctions (dated May 26, 2023)

**DOCUMENT 11:**

Declaration of R. Alexander Saveri in Support of Plaintiffs' Reply Brief in Support of Motion for Terminating or Alternative Sanctions Against Defendants Irico Group Corp. and Irico Display Devices Co., Ltd. (dated May 26, 2023)

**DOCUMENT 12:**

Irico Defendants' Sur-Reply in Opposition to Plaintiffs' Motion for Sanctions (dated June 9, 2023)

**DOCUMENT 13:**

Irico Defendants' Letter to Judge Walker Regarding Exhibit Referenced During Hearing (dated July 20, 2023)

**DOCUMENT 14:**

Plaintiffs' Letter to Special Master Regarding Irico Defendants' Motion for Summary Judgment Against Indirect Purchaser Plaintiffs and Corrected Exhibit X to Declaration of Lauren C. Capurro (dated Aug. 22, 2023)

**DOCUMENT 15:**

Irico Defendants' Letter to Special Master Regarding Plaintiffs' August 22, 2023 Letter (dated Aug. 30, 2023)

**DOCUMENT 16:**

Irico Defendants' Request for Extension of Time to Respond to Special Master's August 4, 2023 and September 1, 2023 Interim Reports and Recommendations on Plaintiffs'

- 3 -

DOCUMENT PREPARED ON RECYCLED PAPER

APPENDIX OF RECORD REGARDING SPECIAL MASTER'S REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR TERMINATING SANCTIONS (ECF 6382)

Motion for Discovery Sanctions (dated Sept. 13, 2023)

**DOCUMENT 17:**

Plaintiffs' Response to Irico Defendants' Request for Extension of Time to Respond to Special Master's August 4, 2023 and September 1, 2023 Interim Reports and Recommendations on Plaintiffs' Motion for Discovery Sanctions (dated Sept. 14, 2023)

**DOCUMENT 18:**

Irico Defendants' Letter Updating Special Master Regarding Compliance with Special Master's August 4, 2023 and September 1, 2023 Interim Reports and Recommendations on Plaintiffs' Motion for Discovery Sanctions (dated Oct. 9, 2023)

**DOCUMENT 19:**

Plaintiffs' Response to Irico Defendants' October 9, 2023 Update Letter (dated Oct. 12, 2023)

**DOCUMENT 20:**

Irico Defendants' Second Letter Updating Special Master Regarding Compliance with Special Master's August 4, 2023 and September 1, 2023 Interim Reports and Recommendations on Plaintiffs' Motion for Discovery Sanctions (dated Oct. 16, 2023)

**DOCUMENT 21:**

Irico Defendants' Letter to Special Master Regarding Production of Documents Responsive to Su Orders (dated Oct. 23, 2023)

**DOCUMENT 22:**

Irico Defendants' Letter to Special Master Regarding Names of Irico Personnel Communicating with Su (dated Oct. 23, 2023)

**DOCUMENT 23:**

Declaration of John M. Taladay Regarding Compliance with Interim Orders on Plaintiffs' Motion for Discovery Sanctions (dated Oct. 23, 2023)

**DOCUMENT 24:**

Plaintiffs' Letter Brief in Further Support of Motion for Terminating or Alternative Sanctions Against Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.

(dated Nov. 16, 2023)

**DOCUMENT 25:**

Declaration of David Y. Hwu in Support of Plaintiffs' Letter Brief in Further Support of Motion for Terminating or Alternative Sanctions Against Defendants Irico Group Corp. and Irico Display Devices Co., Ltd. (dated Nov. 16, 2023)

**DOCUMENT 26:**

Irico Defendants' Letter to Special Master Regarding Su Clarifications (dated Nov. 16, 2023)

**DOCUMENT 27:**

Irico Defendants' Response to Plaintiffs' November 16, 2023 Letter Brief in Further Support of Motion for Terminating or Alternative Sanctions (dated Nov. 28, 2023)

**DOCUMENT 28:**

Plaintiffs' Letter to Special Master Regarding Irico Defendants' Violations of Court Orders (dated Dec. 14, 2023)

**DOCUMENT 29:**

Irico Defendants' Letter to Special Master Regarding Alleged Violations of Court Orders (dated Dec. 18, 2023)

**DOCUMENT 30:**

Irico Defendants' Request for Extension Regarding Search Terms Order (dated Feb. 8, 2024)

**DOCUMENT 31:**

Plaintiffs' Response to Irico Defendants' Request for Extension Regarding Search Terms Order (dated Feb. 9, 2024)

**DOCUMENT 32:**

Irico Defendants' Reply to Plaintiffs' Response to Irico Defendants' Request for Extension Regarding Search Terms Order (dated Feb. 12, 2024)

**DOCUMENT 33:**

Plaintiffs' Letter to Special Master Regarding Irico Defendants' March 25, 2024

Document Production (dated April 3, 2024)

**DOCUMENT 34:**

Irico Defendants' Response to Plaintiffs' April 3, 2024 Letter (dated April 10, 2024)

Dated: June 13, 2024

**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES

*/s/ Jeffrey B. Margulies*___________________

JEFFREY B. MARGULIES (BAR NO. 126002)
KAYLEE YANG (BAR NO. 303464)
NORTON ROSE FULBRIGHT US LLP
555 California Street, Suite 3300
San Francisco, California 94104
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (213) 651-5246
geraldine.young@nortonrosefulbright.com

*ATTORNEYS FOR DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.*

- 6 -

DOCUMENT PREPARED ON RECYCLED PAPER

APPENDIX OF RECORD REGARDING SPECIAL MASTER'S REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR TERMINATING SANCTIONS (ECF 6382)

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing **APPENDIX OF RECORD REGARDING SPECIAL MASTER'S REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR TERMINATING SANCTIONS (ECF 6382)** was filed via CM/ECF on June 13, 2024, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Matthew Park*
Matthew Park