**NORTON ROSE FULBRIGHT US LLP**
JEFFREY B. MARGULIES (BAR NO. 126002)
KAYLEE YANG (BAR NO. 303464)
555 California Street
Suite 3300
San Francisco, California 94104
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:  (713) 651-5151
Facsimile:   (213) 651-5246
geraldine.young@nortonrosefulbright.com

Attorneys for Defendants
IRICO GROUP CORP. AND
IRICO DISPLAY DEVICES CO., LTD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917<br><br>**IRICO DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)**<br><br>Date:         August 1, 2024<br>Time:        2:00 p.m.<br>Judge:       Hon. Jon S. Tigar<br>Courtroom: Videoconference |
| This document relates to:<br><br>*ALL ACTIONS* | |

1    Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants Irico Group Corporation and
2    Irico Display Devices Co., Ltd. (collectively, "Irico") hereby move the Court to seal material
3    designated as confidential by the Irico.
4    Irico has reviewed and complied with this Court's Standing Order Governing
5    Administrative Motions to File Materials Under Seal Before District Judge Jon S. Tigar (Mar.
6    14, 2022) and Civil Local Rule 79-5, including the requirement to file separate motions if a
7    party seeks to file under seal a document containing "portions that more than one party bears
8    the burden of showing is sealable." Civil L.R. 79-5(f)(5). This motion relates solely to
9    materials designated confidential by Irico.
10   Irico proposes to seal the following documents or portions thereof:

| Document Proposed to Be Sealed or Redacted | Designating Entity |
|---|---|
| Document 3 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copy the Irico Defendants' Log of Privileged Documents dated February 23, 2022 which is confidential under this Court's Protective Order. | Irico |
| Document 4 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations bearings the Bates labels: IRI-SU-000137-40, IRI-SU-000141, IRI-SU-000052-54. Document 4 also contains a true and correct copy the Irico Defendants Log of Privileged Documents Responsive to December 6 2022 Order, dated December 20, 2022, which is confidential under this Court's Protective Order. | Irico |
| Document 8 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal–True and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations bearings the Bates labels: IRI-SU-000132, IRI-SU-000103-28, IRI-SU-000052-54, IRI-SU-000131, IRI-SU-000133-34, IRI-CRT-00031561-62. | Irico |

| | |
|---|---|
| Document 11 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal–True and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations bearings the Bates labels: IRI-SU-000129 and IRI-SU-000130. | Irico |
| Document 23 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– References to and true and correct copies of documents produced by the Irico Defendants in this litigation, and their accompany certified translations bearing the Bates labels: IRI-SU-000219, IRI-SU-000202, and IRI-SU-000229. | Irico |
| Document 24 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– References and quotations to true and correct copies of documents produced by the Irico Defendants in this litigation. | Irico |
| Document 25 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations bearings the Bates labels: IRI-SU-00219, IRI-SU-000202, IRI-SU-000229, IRI-SU-000402-03, IRI-SU-000400, IRI-SU-000141, IRI-SU-000137-40, IRI-SU-001356, IRI-SU-000415-17, IRI-SU-000208, IRI-SU-001446, IRI-SU-000421-23, IRI-SU-001467, IRI-SU-000845, IRI-SU-001344, IRI-SU-000190, IRI-SU-000197-98, IRI-SU-000199, IRI-SU-000165, IRI-SU-000177, IRI-SU-000188, IRI-SU-001454, IRI-SU-001450, IRI-SU-000233, and IRI-SU-000236. | Irico |

| | |
|---|---|
| Document 26 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations bearings the Bates labels: IRI-SU-000137-40, IRI-SU-001254-001280, IRI-SU-001423, IRI-SU-001446, IRI-SU-000400, IRI-SU-000402-03, IRI-SU-000141, IRI-SU-001436, IRI-SU-000208-10, IRI-SU-001473-74, IRI-SU-001470. | Irico |
| Document 27 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copy of a document produced by the Irico Defendants in this litigation, and its accompanying certified translation bearings the Bates label: IRI-SU-000166-168. | Irico |
| Document 33 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations bearings the Bates labels: IRI-SU-001595 and IRI-SU-001634 | Irico |

Civil Local Rule 79-5 governs the filing under seal of documents in civil cases. In compliance with Civil Local Rule 79-5(f), Irico submits this Motion in order to file (a) material designated by Irico pursuant to the Stipulated Protective Order, ECF No. 0306, as "Confidential" or "Highly Confidential;" or (b) references to or quotations from material or data designated by Irico pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential."

Irico seeks to file the above material under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules. Under Civil L.R. 79-5(c) and (f), the parties that contend the material they have designated is confidential in nature bear the burden to establish that the designated information meets the requirements for sealing. *See Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006). Irico understands that, given the Court's direction at the hearing on Direct Purchaser Plaintiffs' November 19, 2021 sealing motion (ECF No. 5966), the designated materials subject to this motion may not qualify for filing

under seal.

WHEREFORE, Irico respectfully submits this administrative motion pursuant to the Stipulated Protective Order and Civil Local Rule 79-5(f).

Dated: June 13, 2024

Respectfully submitted,

/s/ *Jeffrey B. Margulies*
JEFFREY B. MARGULIES (Bar No. 126002)
KAYLEE YANG (BAR NO. 303464)
Norton Rose Fulbright US LLP
555 California Street, Suite 3300
San Francisco, California 94104
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (213) 651-5246
Geraldine.young@nortonrosefulbright.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing **Administrative Motion to Seal Pursuant to Civil Local Rules 7-11 and 79-5(f)** was filed via CM/ECF on May 10, 2024, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Matthew Park*
Matthew Park