**NORTON ROSE FULBRIGHT US LLP**
JEFFREY B. MARGULIES (BAR NO. 126002)
KAYLEE YANG (BAR NO. 303464)
555 California Street
Suite 3300
San Francisco, California 94104
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:  (713) 651-5151
Facsimile:  (213) 651-5246
geraldine.young@nortonrosefulbright.com

Attorneys for Defendants
IRICO GROUP CORP. AND
IRICO DISPLAY DEVICES CO., LTD

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917 |
| This document relates to:<br><br>*ALL ACTIONS* | **DECLARATION OF JEFFREY B. MARGULIES IN SUPPORT OF IRICO DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

I, Jeffrey B. Margulies, declare as follows:

1. I am a member of the bar of the State of California and admitted to practice before this Court. I am an attorney with Norton Rose Fulbright US LLP, which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display," collectively, "Irico" or the "Irico Defendants") in this action. I make this Declaration in support of Irico Defendants' Administrative Motion to Seal Record Pursuant to Civil Local Rules 7-11 and 79-5(f) (the "Motion").

2. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (ECF No. 306) ("Protective Order") in this matter.

4. Pursuant to Civil Local Rules 7-11 and 79-5(d) and the Protective Order, I make this declaration on behalf of the Irico Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by the Irico Defendants as "Confidential" pursuant to the Protective Order.

5. Attached hereto is Document 3 which contains a true and correct copy of the Irico Defendants' Log of Privileged Documents dated February 23, 2022 which is confidential under this Court's Protective Order.

6. Attached hereto is Document 4 which contains true and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations bearings the Bates labels: IRI-SU-000137-40, IRI-SU-000141, IRI-SU-000052-54.  Document 4 also contains a true and correct copy the Irico Defendants Log of Privileged Documents Responsive to December 6 2022 Order, dated December 20, 2022, which is confidential under this Court's Protective Order.  The referenced Bates labeled documents should be maintained under seal in their entirety because they contain competitively sensitive information regarding Irico's operations.

7. Attached hereto is Document 8 which contains true and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations

1  bearings the Bates labels: IRI-SU-000132, IRI-SU-000103-28, IRI-SU-000052-54, IRI-SU-000131, IRI-SU-000133-34, IRI-CRT-00031561-62. The referenced Bates labeled documents should be maintained under seal in their entirety because they contain competitively sensitive information regarding Irico's operations.

8.  Attached hereto is Document 11 which contains true and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations bearings the Bates labels: IRI-SU-000129 and IRI-SU-000130. Document 11 also contains a reference to Mr. Su Xiaohua's personal health information, and that portion thereof has been redacted. The referenced Bates labeled documents and redacted reference to Mr. Su Xiaohua should be maintained under seal in their entirety because they contain competitively sensitive information regarding Irico's operations.

9.  Attached hereto is Document 23 which contains both references to and true and correct copies of documents produced by the Irico Defendants in this litigation, and their accompany certified translations bearing the Bates labels: IRI-SU-000219, IRI-SU-000202, and IRI-SU-000229. The referenced Bates labeled documents should be maintained under seal in their entirety because they contain competitively sensitive information regarding Irico's operations.

10. Attached hereto is Document 24 which contains references and quotations to true and correct copies of documents produced by the Irico Defendants in this litigation. The referenced portions have been redacted and should be maintained under seal in their entirety because it contains competitively sensitive information regarding Irico's operations.

11. Attached hereto is Document 25 which contains true and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations bearings the Bates labels: IRI-SU-00219, IRI-SU-000202, IRI-SU-000229, IRI-SU-000402-03, IRI-SU-000400, IRI-SU-000141, IRI-SU-000137-40, IRI-SU-001356, IRI-SU-000415-17, IRI-SU-000208, IRI-SU-001446, IRI-SU-000421-23, IRI-SU-001467, IRI-SU-000845, IRI-SU-001344, IRI-SU-000190, IRI-SU-000197-98, IRI-SU-000199, IRI-SU-000165, IRI-SU-000177, IRI-SU-000188, IRI-SU-001454, IRI-SU-001450, IRI-SU-000233, and IRI-SU-000236. The referenced Bates labeled documents should be maintained under seal in their entirety

because they contain competitively sensitive information regarding Irico's operations. Document 25 also contains a reference to Mr. Su Xiaohua's personal health information and that portion thereof has been redacted.

12. Attached hereto is Document 26 which contains true and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations bearings the Bates labels: IRI-SU-000137-40, IRI-SU-001254-001280, IRI-SU-001423, IRI-SU-001446, IRI-SU-000400, IRI-SU-000402-03, IRI-SU-000141, IRI-SU-001436, IRI-SU-000208-10, IRI-SU-001473-74, IRI-SU-001470. The referenced Bates labeled documents should be maintained under seal in their entirety because they contain competitively sensitive information regarding Irico's operations.

13. Attached hereto is Document 27 which contains a true and correct copy of a document produced by the Irico Defendants in this litigation, and its accompanying certified translation bearings the Bates label: IRI-SU-000166-168. The referenced Bates labeled document should be maintained under seal in its entirety because they contain competitively sensitive information regarding Irico's operations.

14. Attached hereto is Document 33 which contains true and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations bearings the Bates labels: IRI-SU-001595 and IRI-SU-001634. The referenced Bates labeled documents should be maintained under seal in their entirety because they contain competitively sensitive information regarding Irico's operations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of June, 2024 in San Francisco, California.

*/s/ Jeffrey B. Margulies*
Jeffrey B. Margulies

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Declaration of Jeffrey B. Margulies** was filed via CM/ECF on June 13, 2024, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                         By: *Matthew Park*
                                               Matthew Park