UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING IRICO DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s
3   Administrative Motion to Seal Pursuant to Civil Local Rules 7-11 and 79-5(f) (ECF No. _____).
4   Having considered the arguments made by the Irico Defendants in favor of sealing under Civil Local
5   Rule 79-5(c)(1),

6   IT IS HEREBY ORDERED THAT the Defendants Irico Group Corp. and Irico Display
7   Devices Co., Ltd.'s Administrative Motion to Seal Pursuant to Civil Local Rules 7-11 and 79-5(f) is
8   GRANTED.

9   IT IS FURTHER ORDERED THAT the following documents or portions thereof may be
10  filed under seal:

| Document Proposed to Be Sealed or Redacted | Designating Entity | Ruling |
|---|---|---|
| Document 3 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copy the Irico Defendants' Log of Privileged Documents dated February 23, 2022 which is confidential under this Court's Protective Order. | Irico | |
| Document 4 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations bearings the Bates labels: IRI-SU-000137-40, IRI-SU-000141, IRI-SU-000052-54.  Document 4 also contains a true and correct copy the Irico Defendants Log of Privileged Documents Responsive to December 6 2022 Order, dated December 20, 2022, which is confidential under this Court's Protective Order. | Irico | |

| Document | Party |
|---|---|
| Document 8 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal–True and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations bearings the Bates labels: IRI-SU-000132, IRI-SU-000103-28, IRI-SU-000052-54, IRI-SU-000131, IRI-SU-000133-34, IRI-CRT-00031561-62. | Irico |
| Document 11 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal–True and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations bearings the Bates labels: IRI-SU-000129 and IRI-SU-000130. | Irico |
| Document 23 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– References to and true and correct copies of documents produced by the Irico Defendants in this litigation, and their accompany certified translations bearing the Bates labels: IRI-SU-000219, IRI-SU-000202, and IRI-SU-000229. | Irico |
| Document 24 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– References and quotations to true and correct copies of documents produced by the Irico Defendants in this litigation. | Irico |

| | | |
|---|---|---|
| Document 25 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations bearings the Bates labels: IRI-SU-00219, IRI-SU-000202, IRI-SU-000229, IRI-SU-000402-03, IRI-SU-000400, IRI-SU-000141, IRI-SU-000137-40, IRI-SU-001356, IRI-SU-000415-17, IRI-SU-000208, IRI-SU-001446, IRI-SU-000421-23, IRI-SU-001467, IRI-SU-000845, IRI-SU-001344, IRI-SU-000190, IRI-SU-000197-98, IRI-SU-000199, IRI-SU-000165, IRI-SU-000177, IRI-SU-000188, IRI-SU-001454, IRI-SU-001450, IRI-SU-000233, and IRI-SU-000236. | Irico | |
| Document 26 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations bearings the Bates labels: IRI-SU-000137-40, IRI-SU-001254-001280, IRI-SU-001423, IRI-SU-001446, IRI-SU- | Irico | |
| Document 27 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copy of a document produced by the Irico Defendants in this litigation, and its accompanying certified translation bearings the Bates label: IRI-SU-000166-168. | Irico | |

[PROPOSED] ORDER GRANTING IRICO'S ADMINISTRATIVE MOTION TO SEAL
Master File No. 07-cv-05944-JST, MDL No. 1917

3

| | | |
|---|---|---|
| Document 33 to the Declaration of Jeffrey B. Margulies in Support of Irico Defendants' Administrative Motion to Seal– True and correct copies of documents produced by the Irico Defendants in this litigation, and their accompanying certified translations bearings the Bates labels: IRI-SU-001595 and IRI-SU-001634 | Irico | |

**IT IS SO ORDERED.**

Dated: _____                    _____
                                            JON S. TIGAR
                                            United States District Judge