UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This order relates to:<br><br>ALL ACTIONS | MDL No. 1917<br><br>Case No. 07-cv-05944-JST<br><br>**ORDER DENYING MOTIONS TO FILE MATERIAL UNDER SEAL**<br><br>Re: ECF Nos. 6390, 6392 |

Defendants Irico Group Corporation and Irico Display Devices, Co., Ltd. (collectively, "Irico") seek to file under seal various exhibits in connection with their objections to the Special Master's report and recommendation on Plaintiffs' motion for terminating sanctions. ECF Nos. 6390, 6392.

The motion filed at ECF No. 6390 is denied without prejudice as not "narrowly tailored to seal only the sealable material." Civil L.R. 79 5(c)(3). As two non-exhaustive examples, it is not clear to the Court—and Irico does not explain—why certificates of translation, *e.g.*, ECF No. 6390-3 at 2, or instructions regarding submission of photos, *id.* at 33, must be kept confidential. Moreover, Irico's publicly filed objections describe at least some of the contents of the material that Irico seeks to seal. *E.g.*, ECF No. 6389 at 16–18. The Court denies the motion without prejudice to re-filing a narrowly tailored request. Within 14 days of the date of this order, Irico shall file either a narrowly tailored request for sealing or a statement that, upon further consideration, they no longer seek to file any portions of the designated material under seal.

The motion filed at ECF No. 6392 is denied. Irico states that it filed this motion "in good faith in order to comply with the Protective Order" but "understands that, given the Court's direction at the hearing on Direct Purchaser Plaintiffs' November 19, 2021 sealing motion (ECF

No. 5966), the designated materials subject to this motion may not qualify for filing under seal." ECF No. 6392 at 4–5.  Irico has made no argument that the Court's prior reasoning does not apply to the materials at issue in this motion.  Accordingly, the motion is denied.[1]  Irico shall file the material designated in ECF No. 6392 on the public record within seven days of the date of this order.

**IT IS SO ORDERED.**

Dated:  June 26, 2024



JON S. TIGAR
United States District Judge

---

[1] Like the motion filed at ECF No. 6390, the motion filed at ECF No. 6392 is also not narrowly tailored.