*COMPLETE LIST OF PARTIES REPRESENTED LISTED ON SIGNATURE PAGE*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING DEADLINE TO FILE MOTIONS IN LIMINE**<br><br>Judge:    Hon. Jon S. Tigar |
| This document relates to:<br><br>*ALL DIRECT PURCHASER ACTIONS* | |

1  Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Group Corporation and Irico
2  Display Devices Co., Ltd. ("Irico" or the "Irico Defendants") (collectively, the "Parties"), by and
3  through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil
4  Local Rule 7-12, hereby stipulate as follows:

5  WHEREAS, on January 27, 2023, this Court entered an Order setting the case schedule and
6  deadlines in the Direct Purchaser Actions (ECF No. 6145) (the "Scheduling Order");

7  WHEREAS, the Scheduling Order requires the Parties to file motions in limine on July 12,
8  2024 (ECF No. 6145 at 2);

9  WHEREAS, the Scheduling Order requires the Parties to file oppositions to motions in
10 limine on August 2, 2024 (ECF No. 6145 at 2);

11 WHEREAS, the Parties met and conferred and agreed that Irico Defendants' pending
12 objections to the Special Master's Report & Recommendation on Plaintiffs' Motion for Terminating
13 Sanctions ("Irico's Objections to the Sanctions R&R") (ECF No. 6389) may potentially impact
14 certain motions in limine related to the Direct Purchaser Actions;

15 WHEREAS, the Parties agree that, in the interests of efficiency and conservation of
16 resources, good cause exists to vacate the current July 12, 2024 and August 2, 2024 motions in limine
17 briefing deadlines, pending a ruling from the Court on Irico's Objections to the Sanctions R&R; and

18 WHEREAS, the Parties agree to meet and confer after the Court's ruling on Irico's
19 Objections to the Sanctions R&R to propose a schedule for the motions in limine briefing, if
20 necessary.

21 IT IS HEREBY STIPULATED AND AGREED by and between counsel for DPPs and the
22 Irico Defendants that good cause exists to modify the deadlines as follows:

23  1. The July 12, 2024 deadline for the Parties to file motions in limine is vacated.
24  2. The August 2, 2024 deadline for the Parties to file oppositions to motions in limine
25      is vacated.
26  3. All other deadlines remain in effect.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | Dated: June 27, 2024 | **SAVERI & SAVERI, INC.** |
| 2 | | ALEXANDER SAVERI |

*/s/ R. Alexander Saveri*
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

Dated: June 27, 2024

**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES

By: */s/ Jeffrey Margulies*
JEFFREY B. MARGULIES (BAR NO. 126002)
KAYLEE YANG (BAR NO. 303464)
NORTON ROSE FULBRIGHT US LLP
555 California Street, Suite 3300
San Francisco, California 94104
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (213) 651-5246
geraldine.young@nortonrosefulbright.com

*ATTORNEYS FOR DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.*

## ATTESTATION

I, Geraldine Young, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the filing of the document.

By: /s/ *Geraldine Young*
Geraldine Young