1 | *COMPLETE LIST OF PARTIES REPRESENTED LISTED ON SIGNATURE PAGE*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST |
| | MDL No. 1917 |
| This document relates to: | **STIPULATION AND ~~[PROPOSED]~~ ORDER VACATING DEADLINE TO FILE MOTIONS IN LIMINE** |
| *ALL DIRECT PURCHASER ACTIONS* | Judge:     Hon. Jon S. Tigar |

1
2
3
4

Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants") (collectively, the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

5
6

WHEREAS, on January 27, 2023, this Court entered an Order setting the case schedule and deadlines in the Direct Purchaser Actions (ECF No. 6145) (the "Scheduling Order");

7
8

WHEREAS, the Scheduling Order requires the Parties to file motions in limine on July 12, 2024 (ECF No. 6145 at 2);

9
10

WHEREAS, the Scheduling Order requires the Parties to file oppositions to motions in limine on August 2, 2024 (ECF No. 6145 at 2);

11
12
13
14

WHEREAS, the Parties met and conferred and agreed that Irico Defendants' pending objections to the Special Master's Report & Recommendation on Plaintiffs' Motion for Terminating Sanctions ("Irico's Objections to the Sanctions R&R") (ECF No. 6389) may potentially impact certain motions in limine related to the Direct Purchaser Actions;

15
16
17

WHEREAS, the Parties agree that, in the interests of efficiency and conservation of resources, good cause exists to vacate the current July 12, 2024 and August 2, 2024 motions in limine briefing deadlines, pending a ruling from the Court on Irico's Objections to the Sanctions R&R; and

18
19
20

WHEREAS, the Parties agree to meet and confer after the Court's ruling on Irico's Objections to the Sanctions R&R to propose a schedule for the motions in limine briefing, if necessary.

21
22

IT IS HEREBY STIPULATED AND AGREED by and between counsel for DPPs and the Irico Defendants that good cause exists to modify the deadlines as follows:

23

1.    The July 12, 2024 deadline for the Parties to file motions in limine is vacated.

24
25

2.    The August 2, 2024 deadline for the Parties to file oppositions to motions in limine is vacated.

26

3.    All other deadlines remain in effect.

27
28

STIPULATION AND [PROPOSED] ORDER
RE: DPP MOTIONS IN LIMINE DEADLINES

MASTER FILE NO. 07-CV-05944-JST
MDL NO. 1917

1    **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO**

2    **ORDERED.**

3

4     Dated:  June 28, 2024

5    _____

6    HONORABLE JON S. TIGAR
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated:  June 27, 2024                    **SAVERI & SAVERI, INC.**
                                             ALEXANDER SAVERI
2

3

4                                            */s/ R. Alexander Saveri*
                                             R. Alexander Saveri (173102)
5                                            Geoffrey C. Rushing (126910)
                                             Matthew D. Heaphy (227224)
6                                            SAVERI & SAVERI, INC.
                                             706 Sansome Street
7                                            San Francisco, CA 94111
                                             Telephone: (415) 217-6810
8                                            Facsimile: (415) 217-6813
9
                                             *Lead Counsel for Direct Purchaser Plaintiffs*
10

11   Dated:  June 27, 2024                    **NORTON ROSE FULBRIGHT US LLP**
                                             JEFFREY MARGULIES
12

13

14                                           By: */s/ Jeffrey Margulies*
                                             JEFFREY B. MARGULIES (BAR NO. 126002)
15                                           KAYLEE YANG (BAR NO. 303464)
                                             NORTON ROSE FULBRIGHT US LLP
16                                           555 California Street, Suite 3300
                                             San Francisco, California 94104
17                                           Telephone: (213) 892-9200
                                             Facsimile: (213) 892-9494
18                                           jeff.margulies@nortonrosefulbright.com
19                                           kaylee.yang@nortonrosefulbright.com

20                                           GERALDINE YOUNG (admitted *pro hac vice*)
                                             1301 McKinney, Suite 5100
21                                           Houston, Texas 77010
                                             Telephone: (713) 651-5151
22                                           Facsimile: (213) 651-5246
                                             geraldine.young@nortonrosefulbright.com
23

24

25                                           *ATTORNEYS FOR DEFENDANTS IRICO GROUP*
                                             *CORP. AND IRICO DISPLAY DEVICES CO.,*
26                                           *LTD.*

27

28