*COMPLETE LIST OF PARTIES REPRESENTED LISTED ON SIGNATURE PAGE*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR IRICO DEFENDANTS TO COMPLY WITH SEALING ORDER (ECF NO. 6393)**<br><br>Judge:     Hon. Jon S. Tigar |
| This document relates to:<br><br>*ALL ACTIONS* | |

Indirect Purchaser Plaintiffs ("IPPs"), Direct Purchaser Plaintiffs ("DPPs"), and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants") (collectively, the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on June 13, 2024, the Irico Defendants moved to seal portions of the record comprising the Parties' sanctions briefing that contained information designated as confidential by Irico ("Sealing Motion"), ECF No. 6392;

WHEREAS, on June 26, 2024, the Court issued an order ("Sealing Order") in part denying the Irico Defendants' Sealing Motion and stating that "Irico shall file the material designated in ECF No. 6392 on the public record within seven days of the date of this order," ECF No. 6393;

WHEREAS, the Irico Defendants have determined that some, but not all, of the materials designated in the Sealing Motion (ECF No. 6392), are confidential, including documents with personal dates of birth (*see* Fed. R. Civ. P. 5.2(a)) and communications between Irico and its former outside counsel;

WHEREAS, the Irico Defendants seek a seven-day extension of time to comply with the Sealing Order (ECF No. 6393), as to the Sealing Motion (ECF No. 6392), to allow Irico time: (a) to file and obtain a ruling on a motion to modify the Sealing Order's requirement that Irico publicly file all of the materials designated in the Sealing Motion (ECF No. 6392), and (b) to file a motion or stipulation with the Court with a narrowly tailored request to seal select materials designated in the Sealing Motion (ECF No. 6392) that Irico contends are confidential, while publicly filing the remaining materials with the Court; and

WHEREAS, the IPPs and DPPs do not oppose the Irico Defendants' request for an extension of time to comply with the Sealing Order (ECF No. 6393) , and reserve their right to oppose any other request or future motion by Irico.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for IPPs, DPPs, and the Irico Defendants that:

1. The Irico Defendants are granted a seven-day extension of time, until July 10, 2024, to comply with the Sealing Order (ECF No. 6393), as to the Sealing Motion (ECF No. 6392).

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: July 2, 2024

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Dated: July 1, 2024

/s/ *Alexander Saveri*
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

/s/ *Mario N. Alioto*
Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

/s/ *Jeffrey Margulies*
Jeffrey Margulies (Bar No. 126002)
Norton Rose Fulbright US LLP
555 California Street
Suite 3300
San Francisco, California 94104
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
Email: jeff.margulies@nortonrosefulbright.com

Geraldine W. Young (pro hac vice)
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, Texas  77010
Telephone: (713) 651-5437
Facsimile: (713) 651-5246
geraldine.young@nortonrosefulbright.com

John M. Taladay (pro hac vice)

| | |
|---|---|
| STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO COMPLY WITH SEALING ORDER | MASTER FILE NO. 07-CV-05944-JST<br><br>MDL NO. 1917 |

Evan J. Werbel (pro hac vice)
Thomas E. Carter (pro hac vice)
Andrew L. Lucarelli (pro hac vice)
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700
(202) 639-7890 (fax)
Email: john.taladay@bakerbotts.com
evan.werbel@bakerbotts.com
tom.carter@bakerbotts.com
drew.lucarelli@bakerbotts.com

*Attorneys for Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.*

STIPULATION AND [PROPOSED] ORDER
RE: EXTENSION OF TIME TO COMPLY WITH
SEALING ORDER

MASTER FILE NO. 07-CV-05944-JST

MDL NO. 1917