# EXHIBIT A

# EXHIBIT A

| Document Proposed to Be Sealed | Description of Document | Page Number of PDF | Reason for Sealing | Designating Entity |
|---|---|---|---|---|
| **Exhibit 1 to Declaration of Geraldine Young: Documents 3 and 4** | | | | |
| Page 3 of Exhibit VV to Document 4 (IRI-SU-000054) | Photo ID containing personal identifying information of Mr. Su Xiaohua, including birthdate and address | 985 | Former employee's confidential personal identifying information, including birthdate and address. | Irico |
| **Exhibit 2 to Declaration of Geraldine Young: Documents 8 and 11** | | | | |
| Pages 5, 7-8, 13-22, 26-29, 31 of Exhibit K to Document 8 (IRI-SU-000106E, IRI-SU-000108E-109E, IRI-SU-000114E-119E, IRI-SU-000123E-127E) | English translation of January 2022 to May 2022 messages between Mr. Su Xiaohua and Baichigantou | 162, 164-65, 170-79, 183-86, 188 | Former employee's confidential personal identifying information, including date of birth, ID number, address, height, blood type, religious affiliation, and vaccination information | Irico |
| Pages 37, 39-40, 45-50, 54-58 of Exhibit K to Document 8 (IRI-SU-000106, IRI-SU-000108-109, IRI-SU- | January 2022 to May 2022 messages between Mr. Su Xiaohua and Baichigantou | 194, 196-97, 202-07, 211-15 | Former employee's confidential personal identifying information, including date of birth, ID number, address, height, blood type, religious affiliation, and vaccination information | Irico |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 000114-119, IRI-SU-000123-127) | | | | |
| Page 4 of Exhibit L to Document 8 (IRI-SU-000054E) | English translation of attachment to email from Mr. Su Xiaohua (People's Republic of China Resident Identity Card) | 221 | Former employee's confidential personal identifying information, including date of birth, ethnicity, address, and ID number | Irico |
| Page 7 of Exhibit L to Document 8 (IRI-SU-000054) | Attachment to email from Mr. Su Xiaohua (People's Republic of China Resident Identity Card) | 224 | Former employee's confidential personal identifying information, including date of birth, ethnicity, address, and ID number | Irico |
| Pages 2-3 of Exhibit U to Document 8 (IRI-SU-000133E-34E) | English translation of Pass of Official Travel From/To Hong Kong and Macao for Mr. Su Xiaohua | 356-57 | Former employee's confidential personal identifying information, including pass information, date of birth, gender, and place of birth | Irico |
| Pages 4-5 of Exhibit U to Document 8 (IRI-SU-000133-34) | Pass of Official Travel From/To Hong Kong and Macao for Mr. Su Xiaohua | 358-59 | Former employee's confidential personal identifying information, including pass information, date of birth, gender, and place of birth | Irico |
| Page 2 of Exhibit Y to Document 8 (IRI-CRT-00031561_FTE-TRANSLATION) | English translation of employee Information Registration Form for Mr. Su Xiaohua | 382 | Former employee's confidential personal identifying information, including address, phone number, and emergency phone number | Irico |

**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| Page 4 of Exhibit Y to Document 8 (IRI-CRT-00031561) | Employee Information Registration Form for Mr. Su Xiaohua | 384 | Former employee's confidential personal identifying information, including address, phone number, and emergency phone number | Irico |
| **Exhibit 3 to Declaration of Geraldine Young: Documents 23–27, 33** | | | | |
| Page 2 of Exhibit 2 to Document 23 (IRI_SU-000219E). | English translation of Mr. Su Xiaohua's medical records | 17 | Former employee's confidential personal medical information. | Irico |
| Page 3 of Exhibit 2 to Document 23 (IRI_SU-000219). | Mr. Su Xiaohua's medical records | 18 | Former employee's confidential personal medical information. | |
| Page 2-3 of Exhibit 3 to Document 23 (IRI-SU-000202E) | English translation of audio transcript of a phone call between Mr. Su Xiaohua and Mr. Zahang Wenkai | 21-22 | Former employee's confidential personal identifying information. | Irico |
| Page 2 of Exhibit 2 to Exhibit A of Document 25 (IRI-SU-000219E) | English translation of Mr. Su Xiaohua's medical records | 111 | Former employee's confidential personal medical information. | Irico |
| Page 3 of Exhibit 2 to Exhibit A of Document 25 | Mr. Su Xiaohua's medical records | 112 | Former employee's confidential personal medical information. | Irico |

**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| (IRI-SU-000219) | | | | |
| Page 2-3 of Exhibit 3 to Exhibit A of Document 25 (IRI-SU-000202E) | English translation of audio transcript of a phone call between Mr. Su Xiaohua and Mr. Zahang Wenkai | 115-16 | Former employee's confidential personal identifying information. | Irico |
| Pages 3 of Exhibit B of Document 25 (IRI-SU-000403E_TRANSLATION) | English Translation of Written Resignation by Mr. Su Xiaohua containing personal family health information | 174 | Former employee's confidential personal identifying information and medical information. | Irico |
| Pages 5 of Exhibit B of Document 25 (IRI-SU-000403) | Written Resignation by Mr. Su Xiaohua containing personal family health information | 176 | Former employee's confidential personal identifying information and medical information. | Irico |
| Page 2 of Exhibit D of Document 25 (IRI-SU-000141E) | English translation of Written Resignation by Mr. Su Xiaohua containing personal family health information | 183 | Former employee's confidential personal identifying information and medical information. | Irico |
| Page 3 of Exhibit D of Document 25 (IRI-SU-000141) | Written Resignation by Mr. Su Xiaohua containing personal family health information | 184 | Former employee's confidential personal identifying information and medical information. | Irico |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| Pages 2 of Exhibit K of Document of Document 25 (IRI-SU-001467E) | English translation of Irico's Salary Detail Sheet | 227 | Confidential personal employee information | Irico |
| Pages 3 of Exhibit K of Document of Document 25 (IRI-SU-001467) | Irico's Salary Detail Sheet | 228 | Confidential personal employee information | Irico |
| Pages 3 of Attachment F of Document 26 (IRI-SU-000403E) | English translation of Written Resignation by Mr. Su Xiaohua containing personal family health information | 342 | Former employee's confidential personal identifying information and medical information. | Irico |
| Pages 5 of Attachment F of Document 26 (IRI-SU-000403) | Written Resignation by Mr. Su Xiaohua containing personal family health information | 344 | Former employee's confidential personal identifying information and medical information. | Irico |
| Pages 2 of Attachment G of Document 26 (IRI-SU-000141E) | English translation of Written Resignation by Mr. Su Xiaohua containing personal family health information | 347 | Former employee's confidential personal identifying information and medical information. | Irico |

**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| Pages 3 of Attachment G of Document 26 (IRI-SU-000141) | Written Resignation by Mr. Su Xiaohua containing personal family health information | 348 | Former employee's confidential personal identifying information and medical information. | |
| Page 3 of Attachment H of Document 26 (IRI-SU-001007_E) | English translation of Employment document containing personal identifying information of employee (e.g., date of birth, and political affiliation) | 352 | Confidential personal employee information | Irico |
| Page 5 of Attachment H of Document 26 (IRI-SU-001007) | Employment document containing personal identifying information of employee (e.g., date of birth, and political affiliation) | 354 | Confidential personal employee information | Irico |
| Page 3 of Attachment J of Document 26 (IRI-SU-000209_E) | English translation of English translation of Employment document containing personal identifying information of employee (e.g., date of birth, and political affiliation) | 363 | Confidential personal employee information | Irico |
| Page 6 of Attachment J of Document 26 | Employment document containing personal identifying information of employee (e.g., date of | 366 | Confidential personal employee information | Irico |

**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| (IRI-SU-000209_E) | birth, and political affiliation) | | | |
| Page 2 of Attachment L of Document 26 (IRI-SU-001470_E) | English translation of Irico's Salary Detail Sheet | 376 | Confidential personal employee information | Irico |
| Page 3 of Attachment L of Document 26 (IRI-SU-001470) | Irico's Salary Detail Sheet | 377 | Confidential personal employee information | Irico |