UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ALL ACTIONS* | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING IRICO DEFENDANT'S UNOPPOSED MOTION TO MODIFY SEALING ORDER AND TO SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)** |

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s

3  ("Irico Defendants") Unopposed Motion to Modify Sealing Order and to Seal Pursuant to Civil

4  Local Rules 7-11 and 79-5(f) (ECF No. _____). Having considered the arguments made by the Irico

5  Defendants in favor of sealing under Civil Local Rule 79-5(c)(1),

6    IT IS HEREBY ORDERED THAT the Defendants Irico Group Corp. and Irico Display

7  Devices Co., Ltd.'s Unopposed Motion to Modify Sealing Order and to Seal Pursuant to Civil Local

8  Rules 7-11 and 79-5(f) is GRANTED.

9    IT IS FURTHER ORDERED THAT the following documents or portions thereof may be

10 filed under seal:

| Document Proposed to Be Sealed or Redacted | Page Number of PDF | Designating Entity | Ruling |
|---|---|---|---|
| Page 3 of Exhibit VV to Document 4 (IRI-SU-000054) | 985 | Irico | |
| Pages 5, 7-8, 13-22, 26-29, 31 of Exhibit K to Document 8 (IRI-SU-000106E, IRI-SU-000108E-109E, IRI-SU-000114E-119E, IRI-SU-000123E-127E | 162, 164-65, 170-79, 183-86, 188 | Irico | |
| Pages 37, 39-40, 45-50, 54-58 of Exhibit K to Document 8 (IRI-SU-000106, IRI-SU-000108-109, IRI-SU-000114-119, IRI-SU-000123-127) | 194, 196-97, 202-07, 211-15 | Irico | |

| | | | |
|---|---|---|---|
| Page 4 of Exhibit L to Document 8 (IRI-SU-000054E) | 221 | Irico | |
| Page 7 of Exhibit L to Document 8 (IRI-SU-000054) | 224 | Irico | |
| Pages 2-3 of Exhibit U to Document 8 (IRI-SU-000133E-34E) | 356-357 | Irico | |
| Pages 4-5 of Exhibit U to Document 8 (IRI-SU-000133-34) | 358-359 | Irico | |
| Page 2 of Exhibit Y to Document 8 (IRI-CRT-00031561_FTE-TRANSLATION) | 382 | Irico | |
| Page 4 of Exhibit Y to Document 8 (IRI-CRT-00031561) | 384 | Irico | |

| | | | |
|---|---|---|---|
| Page 2 of Exhibit 2 to Document 23 (IRI_SU-000219E). | 17 | Irico | |
| Page 3 of Exhibit 2 to Document 23 (IRI_SU-000219). | 18 | Irico | |
| Page 2-3 of Exhibit 3 to Document 23 (IRI-SU-000202E) | 21-22 | Irico | |
| Page 2 of Exhibit 2 to Exhibit A of Document 25 (IRI-SU-000219E) | 111 | Irico | |
| Page 3 of Exhibit 2 to Exhibit A of Document 25 (IRI-SU-000219) | 112 | Irico | |
| Page 2-3 of Exhibit 3 to Exhibit A of Document 25 (IRI-SU-000202E) | 115-116 | Irico | |

| | | |
|---|---|---|
| Pages 3 of Exhibit B of Document 25 (IRI-SU-000403E_TRANSLATION) | 174 | Irico |
| Pages 5 of Exhibit B of Document 25 (IRI-SU-000403) | 176 | Irico |
| Page 2 of Exhibit D of Document 25 (IRI-SU-000141E) | 183 | Irico |
| Page 3 of Exhibit D of Document 25 (IRI-SU-000141) | 184 | Irico |
| Pages 2 of Exhibit K of Document of Document 25 (IRI-SU-001467E) | 227 | Irico |
| Pages 3 of Exhibit K of Document of Document 25 (IRI-SU-001467) | 228 | Irico |

| Pages 3 of Attachment F of Document 26 (IRI-SU-000403E) | 342 | Irico | |
|---|---|---|---|
| Pages 5 of Attachment F of Document 26 (IRI-SU-000403) | 344 | Irico | |
| Pages 2 of Attachment G of Document 26 (IRI-SU-000141E) | 347 | Irico | |
| Pages 3 of Attachment G of Document 26 (IRI-SU-000141) | 348 | Irico | |
| Page 3 of Attachment H of Document 26 (IRI-SU-001007_E) | 352 | Irico | |
| Page 5 of Attachment H of Document 26 (IRI-SU-001007) | 354 | Irico | |

| | | | |
|---|---|---|---|
| Page 3 of Attachment J of Document 26 (IRI-SU-000209_E) | 363 | Irico | |
| Page 6 of Attachment J of Document 26 (IRI-SU-000209_E) | 366 | Irico | |
| Page 2 of Attachment L of Document 26 (IRI-SU-001470_E) | 376 | Irico | |
| Page 3 of Attachment L of Document 26 (IRI-SU-001470) | 377 | Irico | |

**IT IS SO ORDERED.**

Dated: _____      _____
JON S. TIGAR
United States District Judge