*COMPLETE LIST OF PARTIES REPRESENTED LISTED ON SIGNATURE PAGE*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917 |
| This document relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS*<br><br>*ALL DIRECT PURCHASER ACTIONS* | **STIPULATION AND ~~[PROPOSED]~~ ORDER MODIFYING SCHEDULING FOR BRIEFING RE: SANCTIONS R&R**<br><br>Judge:     Hon. Jon S. Tigar |

Indirect Purchaser Plaintiffs ("IPPs"), Direct Purchaser Plaintiffs ("DPPs") (together, the "Plaintiffs"), and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants") (collectively, the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on May 14, 2024, Special Master Vaughn Walker issued his Report & Recommendation on Plaintiffs' Motion for Terminating Sanctions recommending, *inter alia*, that the Court grant Plaintiffs' motion for terminating sanctions and enter a default judgment against Irico, ECF No. 6382 (the "Sanctions R&R");

WHEREAS, on May 22, 2024, the Court ordered that Irico shall file its objections to the Sanctions R&R by June 13, 2024, Plaintiffs shall file a combined response to the objections by July 11, 2024, Irico may file a reply on or before July 25, 2024, and the Court will hold a hearing on the matter on August 29, 2024 (ECF No. 6386);

WHEREAS, Irico files its objections to the Sanctions R&R on June 13, 2024 (ECF No. 6389);

WHEREAS, Plaintiffs have been working diligently on their combined response to Irico's objections, however, one of the attorneys working on the response who is integral to finalizing the response for filing has tested positive for Covid-19 and is too ill to work for the next few days; and

WHEREAS, Plaintiffs have requested and Irico has agreed to a one-week extension of time for Plaintiffs to file their response until July 18, 2024, and that Irico will file their reply on August 1, 2024.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for IPPs, DPPs, and the Irico Defendants that Plaintiffs will file their response to Irico's objections to the Sanctions R&R on July 18, 2024, and that Irico will file their reply on August 1, 2024.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

It is further ordered that the August 29, 2024 hearing is continued to September 5, 2024.

Dated: July 10, 2024

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Dated: July 8, 2024

/s/ *R. Alexander Saveri*
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

/s/ *Mario N. Alioto*
Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

/s/ *Jeffrey Margulies*
Jeffrey Margulies (Bar No. 126002)
Norton Rose Fulbright US LLP
555 California Street
Suite 3300
San Francisco, California 94104
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
Email: jeff.margulies@nortonrosefulbright.com

Geraldine W. Young (pro hac vice)
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100

1  Houston, Texas  77010
   Telephone: (713) 651-5437
2  Facsimile: (713) 651-5246
3  geraldine.young@nortonrosefulbright.com

4  John M. Taladay (pro hac vice)
   Evan J. Werbel (pro hac vice)
5  Thomas E. Carter (pro hac vice)
   Andrew L. Lucarelli (pro hac vice)
6  BAKER BOTTS LLP
   700 K Street, N.W.
7  Washington, D.C. 20001
8  (202) 639-7700
   (202) 639-7890 (fax)
9  Email: john.taladay@bakerbotts.com
   evan.werbel@bakerbotts.com
10 tom.carter@bakerbotts.com
   drew.lucarelli@bakerbotts.com
11

12 *Attorneys for Defendants Irico Group Corp.*
   *and Irico Display Devices Co., Ltd.*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                    MASTER FILE NO. 07-cv-05944-JST
MODIFYING SCHEDULE FOR BRIEFING RE: SANCTIONS R&R              MDL NO. 1917