# EXHIBIT A

**EXHIBIT A**

| Document Proposed to Be Sealed | Description of Document | Page Number of PDF | Reason for Sealing | Designating Entity |
|---|---|---|---|---|
| Page 2 of Exhibit 16 (IRI-CRT-00031561_FTE_TRANSLATION) | English translation of employee Information Registration form for Mr. Su Xiaohua | Page 3 of PDF | Former employee's confidential personal identifying information. | Irico |
| Page 4 of Exhibit 16 (IRI-CRT-00031561) | Employee Information Registration form for Mr. Su Xiaohua | Page 5 of PDF | Former employee's confidential personal identifying information. | Irico |
| Page 5 of Exhibit 20 (IRI-SU-000106E) | English translation of vaccination records for Mr. Zhang Wenkai | Page 12 of PDF | Employee's confidential personal medical information. | Irico |
| Page 7 of Exhibit 20 (IRI-SU-000108E) | English translation of vaccination records for Mr. Su Xiaohua | Page 14 of PDF | Former employee's confidential personal medical information. | Irico |
| Page 8 of Exhibit 20 (IRI-SU-000109E) | English translation of vaccination records for Mr. Su Xiaohua | Page 15 of PDF | Former employee's confidential personal medical information. | Irico |
| Pages 13-21 of Exhibit 20 (IRI-SU-000114E–IRI-SU-000119E) | English translation of household registration information for Mr. Su Xiaohua | Pages 21-29 of PDF | Former employee's confidential personal information, including address. | Irico |
| Page 25-30 of Exhibit 20 (IRI-SU-000123E–IRI-SU-000127E) | English Translation of written messages between Mr. Su Xiaohua and Mr. Baichigantou which | 33-38 | Photos of former employee containing confidential personal information | Irico |

**EXHIBIT A**

| | includes passport photos with personal information | | | |
|---|---|---|---|---|
| Page 37 of Exhibit 20 (IRI-SU-000106) | Vaccination records for Mr. Zhang Wenkai | Page 44 of PDF | Employee's confidential personal medical information. | Irico |
| Page 39 of Exhibit 20 (IRI-SU-000108) | Vaccination records for Mr. Su Xiaohua | Page 46 of PDF | Former employee's confidential personal medical information. | Irico |
| Page 40 of Exhibit 20 (IRI-SU-000109) | Vaccination records for Mr. Su Xiaohua | Page 47 of PDF | Former employee's confidential personal medical information. | Irico |
| Pages 45-50 of Exhibit 20 (IRI-SU-000114-IRI-SU-000119) | Household registration information for Mr. Su Xiaohua | Pages 52-57 | Former employee's confidential personal information, including address. | Irico |
| Pages 54-58 of Exhibit 20 (IRI-SU-000123–IRI-SU-000126) | Written messages between Mr. Su Xiaohua and Mr. Baichigantou which includes passport photos with personal information | 61-65 | Photos of former employee containing confidential personal information | Irico |