**NORTON ROSE FULBRIGHT US LLP**
JEFFREY B. MARGULIES (BAR NO. 126002)
KAYLEE YANG (BAR NO. 303464)
555 California Street
Suite 3300
San Francisco, California 94104
Telephone:     (213) 892-9200
Facsimile:      (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:     (713) 651-5151
Facsimile:      (213) 651-5246
geraldine.young@nortonrosefulbright.com

Attorneys for Defendants
IRICO GROUP CORP. AND
IRICO DISPLAY DEVICES CO., LTD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917 |
| This document relates to:<br><br>*ALL ACTIONS* | **DECLARATION OF GERALDINE W. YOUNG IN SUPPORT OF IRICO DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL EXHIBITS TO OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

I, Geraldine W. Young, declare as follows:

1. I am a member of the bar of the State of Texas and admitted *pro hac* vice in this matter. I am an attorney with Norton Rose Fulbright US LLP, which represents Defendants Irico Group Corporation ("Irico Group") and Irico Display Devices Co., Ltd. ("Irico Display," collectively, "Irico" or the "Irico Defendants") in this action. I make this Declaration in support of Irico Defendants' Administrative Motion to Seal Record Pursuant to Civil Local Rules 7-11 and 79-5(f) (the "Motion").

2. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. Pursuant to Civil Local Rules 7-11 and 79-5(d) and the Protective Order, I make this declaration on behalf of the Irico Defendants to provide the basis for the Court to maintain under seal certain excerpts of documents and information containing confidential personal employee information.

4. Attached hereto are true and correct copies of Exhibits 16 and 20 to Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s Objections to Special Masters Report and Recommendation on Plaintiffs' Motion for Terminating Sanctions (ECF No. 6389).

5. Exhibit 16 contains a true and correct copy of IRI-CRT-00031561_FTE_TRANSLATION–00031562_FTE_TRANSLATION, which is a certified English translation of IRI-CRT-00031561-00031562, which contains Confidential personal information of Irico's former employee on page 2 of Exhibit 16 , IRI-CRT-00031561_FTE_TRANSLATION (PDF page number 3), and page 4 of Exhibit 16, IRI-CRT-00031561 (PDF page number 5).

6. Exhibit 20 contains a true and correct copy of IRI-SU-000103E-000128E which is a certified English translation of IRI-SY-000103-128, which contains Confidential personal and medical information concerning Irico's current and former employees on pages 5, 7, 8, 13-21, and 25-30 of Exhibit 20 , IRI-SU-000106E, IRI-SU-000108E, IRI-SU000109E, IRI-SU000114E–IRI-SU-000119E, and IRI-SU-000123E–IRI-SU-000127E (PDF page numbers 12, 14, 15, 21-29, and 33-38), and pages 37, 39, 40, and 45-50, and 54-58 of Exhibit 20, IRI-SU-000106, IRI-SU-000108,

IRI-SU-000109, IRI-SU-000114–IRI-SU-000119, and IRI-SU-000123–IRI-SU-000126 (PDF page numbers 44, 46, 47, 52-57, and 61-65).

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed this 10th day of July, 2024 in Houston, Texas.

                                      */s/ Geraldine W. Young*
                                      Geraldine W. Young

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Declaration of Geraldine W. Young** was filed via CM/ECF on July 10, 2024, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Matthew Park*
Matthew Park