# Exhibit 16
# FILED UNDER SEAL



info@certifiedtranslate.com  www.certifiedtranslate.com
2425 Olympic Blvd., Suite 4000W  Santa Monica, CA 90404
usa  1·888·856·2228
int  +1·310·684·3153
fax  +1·310·564·1944

A member of the American
Translators Association
ATA Member Number: 248719

# CERTIFIED TRANSLATION

*Description of Document(s):*

| |
|---|
| **EMPLOYEE INFORMATION REGISTRATION FORM** |
| **SU XIAOHUA** |
| **IRI-CRT-00031561 through IRI-CRT-00031562** |
| |

| Source Language:  **CHINESE** | Target Language:  **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**   Sean Kirschenstein, Director

**Date:**   January 24, 2022

A copy of the translated version(s) is attached to this statement of certification.

Personnel Number: 100751

# Employee Information Registration Form

| Name | Su Xiaohua | | Gender | Male | Ethnicity | [Personal Information Redacted] | |
|---|---|---|---|---|---|---|---|
| Date of birth | [Personal Information Redacted] | | Native of | [Personal Information Redacted] | | | |
| Nationality | Chinese | Registered household location | Qindu District, Xianyang City, Shaanxi Province | Political affiliation | | [Personal Information Redacted] | |
| Joined Party on | [Personal Information Redacted] | | Began working on | January 1, 1977 | | | |
| ID # | [Personal Information Redacted] | | Health | Healthy or good | Marital status | | [Personal Information Redacted] |
| Contact address | ████████████████████ | | | | | Postal code | ████████ |
| Phone | Landline: ███████ | | | | | Mobile: ███████ | |
| Email | sxh@ch.com.cn | | | | | | |

| Main family members | Name | Date of birth | Relationship | Workplace | Emergency phone |
|---|---|---|---|---|---|
| | Zhao Rong | [Personal Information Redacted] | Spouse | Retired | ████████ |

| 1st higher-education degree | | School and major | Northwest University of Political Science and Law. Major: law |
|---|---|---|---|
| Highest degree | Master's degree candidate | School and major | Central Party School of the Communist Party of China |
| Current department and position | Irico Foshan Flat Panel Display Co., Ltd. General manager of combined management department | | |
| Part-time work | | | |
| Professional certificates | Senior Political Worker | Date obtained | December 30, 2000 |
| Computer skill level | | Foreign language skill level | Languages: |

Personnel Number: 100751

| Technical level obtained | | Type of work (at this technical level) | |
|---|---|---|---|
| Education | September 1, 1993 to July 1, 1995: Shaanxi Province Party Committee School. Undergraduate studies in economic management. September 1, 2001 to July 1, 2003: Shaanxi Normal University. Undergraduate studies in political thought education. June 2, 2004 to September 2, 2007: Central Party School of the Communist Party of China. Master's degree candidate in economics. June 2, 1991: Northwest University of Political Science and Law. Technical college studies in law. | | |
| Work experience | June 26, 1981 to August 1, 1984: Irico Main CRT Plant. Security section. Economic civil police. August 1, 1984 to September 2, 1991:  Irico Main CRT Plant. Office and labor and capital section. Minutes secretary, administrative secretary, and clerk. September 1, 1991 to April 1, 1993: Irico Group. Supervision department. Chief and special cases section chief. April 1, 1993 to April 1, 2005: Irico Group. Human resources department. Personnel affairs office chief and assistant to department head. April 1, 2005 to March 1, 2007: Irico Group. Sales company. Deputy general manager. March 1, 2007 to August 1, 2013. Irico Group Electronics. Purchasing department. Deputy general manager and general manager. August 30, 2013: Xianyang Rainbow Photovoltaic Technology Co., Ltd. Combined management department. Member of level-three unit management. Deputy general manager and legal representative. June 1, 2017: Shaanxi Caihong Photoelectric Material General Merchandise Company. Member of level-three unit management. Legal representative. June 1, 2017 to December 30, 2019: Xianyang Rainbow Photovoltaic Technology Co., Ltd. Combined management department. Member of level-three unit management. Deputy general manager and legal representative. January 1, 2018 to December 30, 2019: Xianyang Rainbow Photovoltaic Technology Co., Ltd. Combined management department. Part-time position in level-three unit management. Deputy general manager. December 31, 2019: Irico Foshan Flat Panel Display Co., Ltd. Combined management department. Full-time position in level-three unit management. General manager. | | |
| Recognitions and disciplinary actions | December 1, 1983: Main Plant. Security section. Advanced Worker of Section Office. January 1, 1985: Irico Main Plant. Outstanding Communist Party Member. | | |

人员编码： 100751

# 员 工 信 息 登 记 表

| 姓　名 | 苏晓华 | | 性　别 | 男 | 民族 | _____ | |
|---|---|---|---|---|---|---|---|
| 出生年月日 | Personal Information Redacted | | 籍　贯 | Personal Information Redacted | | | |
| 国　籍 | 中国 | 户口所在地 | 陕西省咸阳市秦都区 | 政治面貌 | Personal Information Redacted | | |
| 入党时间 | Personal Information Redacted | | 参加工作日期 | 1977-01-01 | | | |
| 身份证号码 | Personal Information Redacted | | 健康状况 | 健康或良好 | 婚　否 | Personal Information Redacted | |
| 联系地址 | ██████████ | | | | 邮政编码 | ████ | |
| 联系电话 | 固定电话： ████ | | | 移动电话： ████ | | | |
| 电子邮箱 | sxh@ch.com.cn | | | | | | |

| 家庭主要成员 | 姓名 | 出生日期 | 与本人关系 | 工作单位 | 紧急联系电话 |
|---|---|---|---|---|---|
| | 赵荣 | Personal Information Redacted | 配偶 | 退休 | ████ |

| 原始学历 | | 毕业院校及专业 | 西北政法学院 法律 |
|---|---|---|---|
| 最高学历 | 硕士研究生 | 毕业院校及专业 | 中央党校 |

| 目前所在单位部门及岗位 | 彩虹(佛山)平板显示有限公司 综合管理部 总经理 |
|---|---|

| 兼职情况 | |
|---|---|

| 专业技术资格 | 高级政工师 | 取得时间 | 2000-12-30 |
|---|---|---|---|
| 计算机水平 | | 外语水平 | 语种： |

IRI-CRT-00031561

人员编码： 100751

| 取得的工人技术等级 | | 工种（与技术等级对应） | |
|---|---|---|---|
| 教育经历 | 1993-09-01 1995-07-01 陕西省委党校 经济管理 大学本科<br><br>2001-09-01 2003-07-01 陕西师范大学 思想政治教育    大学本科<br><br>2004-06-02 2007-09-02 中央党校 经济学 硕士研究生<br><br>　1991-06-02 西北政法学院 法律 专科 | | |
| 工作经历 | 1981-06-26 1984-08-01 彩虹彩色显像管总厂 保卫科  经济民警<br><br>1984-08-01 1991-09-02 彩虹彩色显像管总厂 办公室、劳资科  纪要秘书、行政秘书、劳资员<br><br>1991-09-01 1993-04-01 彩虹集团 监察处  主任、专案组长<br><br>1993-04-01 2005-04-01 彩虹集团 人力资源部  人事室主任、部长助理<br><br>2005-04-01 2007-03-01 彩虹集团 销售公司  副总经理<br><br>2007-03-01 2013-08-01 彩虹电子采购部   副总经理、总经理<br><br>2013-08-30  咸阳彩虹光伏科技有限公司 综合管理部 三级级单位班子成员 副总经理、法定代表人<br><br>2017-06-01  陕西彩虹光电材料总公司  三级单位班子成员 法定代表人<br><br>2017-06-01 2019-12-30 咸阳彩虹光伏科技有限公司 综合管理部 三级单位班子成员 副总经理、法定代表人<br><br>2018-01-01 2019-12-30 咸阳彩虹光伏科技有限公司 综合管理部 三级级单位班子副职 副总经理<br><br>2019-12-31  彩虹(佛山)平板显示有限公司 综合管理部 三级级单位班子正职 总经理 | | |
| 奖惩情况 | 1983-12-01 总厂保卫科 科室先进生产者<br><br>1985-01-01 彩虹总厂 优秀共产党员 | | |

CONFIDENTIAL

# Exhibit 20
# FILED UNDER SEAL



April 5, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **Ann Chen**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates numbers range: IRI-SU-000103 - IRI-SU-000128.

*(Digital or printed signature here above the line)*

Ann Chen

_____

**Ann Chen**

Project Number: BBLLP_2303_P0007

15 W. 37th Street 4th Floor<br>New York, NY 10018<br>212.581.8870

| 3:54 PM \| 10.4K/s | ✻ Ⓐ ⩗ 72 |
|---|---|
| Baichigantou and Su Xiaohua | |
| January 17, 2022 to May 26, 2022 | |
| PRIVILEGED MATERIAL REDACTED | |
| Baichigantou | January 17, 10:04:04 |
| Record form and commitment letter for persons temporarily visiting Hong Kong and Macao on official business<br><br>14.3KB | |
| Su Xiaohua (Irico Su Xiaohua) | January 17, 10:04:55 |
| All right. | |

| Su Xiaohua (Irico Su Xiaohua) | January 17, 11:04:38 |
|---|---|
| Record form and commitment letter for persons temporarily visiting Hong Kong and Macao on official business | |
| 17.2KB | |
| Baichigantou | January 17, 14:37:13 |
| Mr. Su, the letter of commitment needs to be printed out and signed by hand, and then sent to me with a scanned copy | |
| Su Xiaohua (Irico Su Xiaohua) | January 17, 14:37:58 |
| It has been sent to you via Lanxin. | |
| Baichigantou | January 17, 14:38:30 |
| All right | |
| Su Xiaohua (Irico Su Xiaohua) | February 15, 12:21:27 |
| Lu Chen: # China's national team arrives in Hong Kong as the pandemic spirals out of control... | |
| Baichigantou | May 6, 09:34:14 |
| Mr. Su, the email has been sent, please check | |

CONFIDENTIAL               Translation                    IRI-SU-000104E

| Su Xiaohua (Irico Su Xiaohua) | May 6, 09:41:44 |
| --- | --- |
| I don't use e-mail as there has been a problem with my mailbox. Can you send it via WeChat? | |
| Baichigantou | May 6, 10:11:32 |
| [Special message] | |
| Su Xiaohua (Irico Su Xiaohua) | May 6, 10:14:40 |
| [Special message] | |
| Baichigantou | May 6, 10:40:33 |
| [Special message] | |
| Baichigantou | May 6, 14:45:59 |
| Mr. Su, I can find my own vaccination record on the "Healthy Xi'an" mini program, as shown in the picture. Please find out if there is a similar public account in Foshan where you can check your own vaccination record. It is acceptable as long as your name and ID number are shown on the vaccination record. If so, there is no need to go to hospital to get a certificate of vaccination | |

CONFIDENTIAL          Translation                              IRI-SU-000105E

| Baichigantou | May 6, 14:46:00 |
|---|---|
| 2:31 PM ⏱ | ✳ ▭ ▦.₁₁ ▭▶⚡ |
| tmp_605188c52c70e124c5459520cba...<br>File preview | |
| | |

### Certificate of Emergency Vaccination against 2019-nCoV

Name: <u>Zhang Wenkai</u>                Gender: <u>Male</u>

Date of birth: ████████ ████████        MP: ████████

ID: <u>61020219870713201X</u>            Passport No: _____

Current address: ████████████████████████████████

████

Code: ████████████

| No | Vaccine/Dose | Date | Site | Lot number/Tracking code | Expiration Date | Manufacturer | Clinic | Provider |
|---|---|---|---|---|---|---|---|---|
| █ | ██████ | ██ █ ██<br>██ | ██<br>██<br>█ | ████ | ████ | ████ | ████ | ████ |
| █ | ██████ | ██ █ ██<br>██ | ██<br>██<br>█ | ████ | ████ | ████ | ████ | ████ |
| █ | ██████ | ████ | ██<br>██<br>█ | ████ | ████ | ████ | ████ | ████ |

Authority of issue (seal): Guodu Sub-district Health Center, Chang'an District, Xi'an City

Date of issue: March 25, 2022

[Seal: illegible]

CONFIDENTIAL          Translation                              IRI-SU-000106E



Xindong International

CONFIDENTIAL          Translation                              IRI-SU-000107E

| | |
|---|---|
| Su Xiaohua (Irico Su Xiaohua) | May 6, 14:52:33 |
| All right. | |
| Su Xiaohua (Irico Su Xiaohua) | May 6, 16:48:10 |

| | |
|---|---|
| ⁴⁰ₗₗₗ 🛰 ⁹⁺ | 🆎 👁 🔣 📷 📍 🔋 16:47 |

| | |
|---|---|
| < COVID-19 vaccination [illegible] | ••  ◉ |

| | |
|---|---|
| **COVID-19 vaccination records** | **Refresh** |

| | |
|---|---|
| **Su Xiaohua** | |
| Vaccine name | ███████████████ |
| Time | ███████████████ |
| Batch number | ███████████████ |
| Manufacturer | ███████████████ |
| Vaccination unit | ███████████████ |
| Vaccination time | ███████████████ |
| Data source | ███████████████ |

CONFIDENTIAL          Translation                              IRI-SU-000108E

6

| | |
|---|---|
| **Su Xiaohua** | |
| Vaccine name | |
| Time | |
| Batch number | |
| Manufacturer | |
| | |
| Baichigantou | May 7, 10:48:25 |

Mr. Su, this snapshot is not acceptable, because the ID card number cannot be seen. Personally, I suggest that you ask the local people in Foshan if there are other public accounts where you can find more complete vaccination records. For example, the small program "Shaanxi Health Code" currently used in Shaanxi Province for checking the vaccination records does not display the ID number, but the small program "Healthy Xi'an" can offer complete vaccination records, and you can see the identity information. Another way is to arrange someone to go to the hospital in Foshan where you receive the vaccination. Maybe the vaccination certificate can be printed by providing your ID number. As I consulted Irico hospital yesterday morning, it is ok to provide the ID card number to get the certificate, and you don't have to be present personally.

CONFIDENTIAL          Translation                              IRI-SU-000109E

| | |
|---|---|
| Su Xiaohua (Irico Su Xiaohua) | May 7, 10:49:44 |

| All right. | |
| Su Xiaohua (Irico Su Xiaohua) | May 7, 11:14:49 |
| I have consulted the relevant unit, and there is no such function. It cannot be done. I'll have someone check with the hospital. | |
| Su Xiaohua (Irico Su Xiaohua) | May 7, 11:21:25 |
| [Special message] | |
| Su Xiaohua (Irico Su Xiaohua) | May 7, 15:02:47 |
| Certificate of vaccination record of Mr. Su ([illegible] 159.0KB | |
| Baichigantou | May 7, 15:03:12 |
| Received 👍 | |

CONFIDENTIAL             Translation                        IRI-SU-000110E

| Baichigantou | May 9, 15:49:24 |

| Mr. Su, you also need to provide a scanned copy of your household registration (including homeowner page and personal page). In addition, identification photo is needed to apply for a Hong Kong and Macao pass. Since you are not in Xianyang at present, please find a local photo studio that can take passport photos, and send the photos to me by express after you have taken them. | |
|---|---|
| Su Xiaohua (Irico Su Xiaohua) | May 9, 15:50:16 |
| All right | |

CONFIDENTIAL                    Translation                    IRI-SU-000111E

| Su Xiaohua (Irico Su Xiaohua) | May 9, 16:10:25 |
|---|---|



CONFIDENTIAL          Translation                              IRI-SU-000112E

| Baichigantou | May 9, 16:17:47 |

| Mr. Su, the photo on white background is required for the Hong Kong and Macao pass, and there are specific requirements on the size of the paper version. You'd better find a local photo studio and explain that you want to apply for a Hong Kong and Macao pass, and get the pictures developed. The final paper version has to be handed over to CEC, and they have to take it to Beijing, so the photos must meet the requirements. | |
|---|---|
| Su Xiaohua (Irico Su Xiaohua) | May 9, 16:19:29 |
| All right. | |

CONFIDENTIAL                    Translation                    IRI-SU-000113E

| Su Xiaohua (Irico Su Xiaohua) | May 9, 18:04:47 |
|---|---|



**Notes**

[illegible]

[illegible] household register [illegible] alteration, transfer [illegible] without permission is prohibited [illegible] lost [illegible] household registration office [illegible] immediately.

3. The power of registration of resident household register belongs to the household registration office. [illegible] any other units and individuals [illegible] register any information for the household register.

4. [illegible] increase or decrease of people or any change of registered information, [illegible] take the household register to the household registration office for declaration and registration.

5. [illegible] moves out of the area of household register jurisdiction, [illegible] household registration office [illegible] resident [illegible]

[cross-page seal: illegible]

| Type of Household: | Non-agricultural household registration | Head of Household: | Su Xiaohua | |
|---|---|---|---|---|
| Household No.: | | Address: | ███████████████ | |

| Special seal for household register of provincial public security organ:<br><br>[seal: Special seal for household registration of Shaanxi Provincial Public Security Department]<br><br>Signature and/or seal of registrar: Guo Qiao | Special seal for household registration of household registration office:<br><br>[seal: [illegible]]<br><br>Signed and issued on November 2[illegible], 1997 |
|---|---|

| Su Xiaohua (Irico Su Xiaohua) | May 9, 18:04:47 |
|---|---|



| Type of Household: | Non-agricultural household registration | Head of Household: | Su Xiaohua | |
|---|---|---|---|---|
| Household No.: | | Address: | ████████████ | |
| | | | ████████ | |

| Special seal for household register of provincial public security organ:<br><br>[seal: Special seal for household register of Shaanxi Provincial Public Security Department]<br><br>Signature and/or seal of registrar: Guo Qiao | Special seal for household register of household registration office:<br><br>[seal: [illegible]]<br><br>Signed and issued on November 2 [illegible], 1997 |
|---|---|

| Su Xiaohua (Irico Su Xiaohua) | May 9, 18:04:47 |
|---|---|



**Registration of Address Change(s)**

| Address after Change | Date of Change | [illegible] |
|---|---|---|
| ███████ | [hw: September 14, 2000] | [seal: Guo Qiao] |

| **Register Card for Permanent Resident** | | | |
|---|---|---|---|
| Name: | Su Xiaohua | Head of household or not (If not, specify the relationship with the head of household): | Head of Household |
| Former Name: | | Gender: | Male |
| Place of | ███████ | Ethnicity: | Han |

| Birth: | ████████ | | |
|---|---|---|---|
| Native Place: | ████████ ████████ | Date of Birth: | ████████ |
| Other Address in the City (County): | | Religious Belief: | None |
| Citizen Identity Card No.: | [illegible] [hw: 2] [seal: illegible] | Height: ████ | Blood Type: ████ |
| Degree of Education: | University graduate | Marital Status: | With a spouse | Military Service Status: | Discharged from active duty |
| Service Provided for: | Irico Electronics Group Co., Ltd. | Occupation: | [illegible] |
| When did the resident move to the city (county)? Where did he/she move from? | | | |
| When did the resident move to the address? Where did he/she move from? | ████████ ████████ | | |
| Signature and/or seal of registrar: Guo Qiao | Registration date:   Month   Day   Year<br>November 2[illegible], 1997 | | |

CONFIDENTIAL          Translation                    IRI-SU-000116E

| Su Xiaohua (Irico Su Xiaohua) | May 9, 18:04:47 |
|---|---|



**Registration of Address Change(s)**

| Address after Change | Date of Change | [illegible] registrar |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | [hw: September 14, 2000] | [seal: Guo Qiao] |

| **Register Card for Permanent Resident** | | | |
|---|---|---|---|
| Name: | | Head of household or not [illegible] with [illegible] | |

CONFIDENTIAL          Translation                                    IRI-SU-000117E

| Su Xiaohua (Irico Su Xiaohua) | May 9, 18:04:47 |
|---|---|



| **Register Card for Permanent Resident** | | | |
|---|---|---|---|
| Name: | Su Xiaohua | Head of household or not (If not, specify the relationship with the head of household): | Head of Household |
| Former Name: | | Gender: | Male |
| Place of Birth: | ██████ | Ethnicity: | Han |
| Native Place: | ██████ | Date of Birth: | ██████ |
| Other address in the City | | Religious Belief: | ██ |

18

| (County): | | | | | |
|---|---|---|---|---|---|
| Citizen Identity Card No.: | ███████ ████████ ███████ ████████ | Height: | ███ | Blood Type: | ████ |
| Degree of Education: | University graduate | Marital Status: | With a spouse | Military Service Status: | Discharged from active duty |
| Service Provided for: | Irico Electronics Group Co., Ltd. | Occupation: | | | Labor remunerations and labour resources specialist |
| When did the resident move to the city (county)? Where did he/she move from? | | | | | |
| When did the resident move to the address? Where did he/she move from? | ███████████ ████████████████ | | | | |
| Signature and/or seal of registrar: Guo Qiao | Registration date:   Month   Day   Year November  26,  1997 | | | | |

CONFIDENTIAL           Translation                    IRI-SU-000118E

| Su Xiaohua (Irico Su Xiaohua) | May 9, 18:04:47 |
|---|---|



| **Register Card for Permanent Resident** | | | |
|---|---|---|---|
| Name: | Zhao [illegible] | Head of household or not (If not, specify the relationship with the head of household): | [illegible] |
| Former Name: | | Gender: | Female |
| Place of Birth: | ███████ | Ethnicity: | Han |
| Native Place: | ███████ | Date of Birth: | ███████ |
| Other | | Religious Belief: | ███ |

| Address in the City (County): | | | | | |
|---|---|---|---|---|---|
| Citizen Identity Card No.: | ███████ ████████ ██████ | Height: | ████ | Blood Type: | ████████ ███████ |
| Degree of Education: | High school degree | Marital Status: | With a spouse | Military Service Status: | Not on active service |
| Service Provided for: | Irico Electronics Group Co., Ltd. | Occupation: | | Worker | |
| When did the resident move to the city (county)? Where did he/she move from? | | | | | |
| When did the resident move to the address? Where did he/she move from? | ████████████████████ | | | | |
| Signature and/or seal of registrar: Guo Qiao | Registration date:  Month   Day   Year<br>November 26, 1997 | | | | |

CONFIDENTIAL          Translation                              IRI-SU-000119E

| Su Xiaohua (Irico Su Xiaohua) | May 9, 18:10:49 |
|---|---|



CONFIDENTIAL                Translation                IRI-SU-000120E

| Baichigantou | May 10, 11:05:53 |
|---|---|
| Mr. Su, I have received them. Will you send me the paper version of the photo or what's your plan? | |
| Su Xiaohua (Irico Su Xiaohua) | May 10, 11:07:52 |
| I keep them at home. How many pictures do you want? I'll ask my wife to give it to you | |

CONFIDENTIAL                    Translation                    IRI-SU-000121E

| 3:56 PM| 0.1K/s | ✻ ⊠ ⟨ ⟩ |
| --- | --- |
| <  Baichigantou and Su Xiaohua | • • • |
| Baichigantou | May 10, 11:10:13 |
| Four | |
| Su Xiaohua (Irico Su Xiaohua) | May 10, 11:10:53 |
| OK, I will tell my wife. | |
| Baichigantou | May 10, 11:11:08 |
| All right. | |
| Baichigantou | May 12, 15:27:36 |
| Mr. Su, when can I get the photos? | |
| Su Xiaohua (Irico Su Xiaohua) | May 12, 15:46:46 |
| The photos have been developed. I will ask my wife to send to you. | |
| Baichigantou | May 12, 16:08:57 |
| All right | |

CONFIDENTIAL          Translation                    IRI-SU-000122E

| Baichigantou | May 23, 14:30:16 |
| --- | --- |
| Mr. Su, when you go to the photo studio, tell them that you want to get the photos for your official passport. Photos should have barcode, and should not be cropped; A return receipt is required. These two images are examples, and the form of your photos must be consistent with them. | |
| Baichigantou | May 23, 14:30:16 |



**This return receipt is used for applying for an official passport only**
**Return receipt for ePassport photo**
**This return receipt is used for applying for an official passport only**

| Baichigantou | May 23, 14:30:27 |
|---|---|



| [illegible] platform | Page 2 of 2 |
|---|---|
| The 2nd [illegible] | |

| Entry and Exit Documents of the People's Republic of China for Business Purposes<br><br>Return Receipt for Digital Picture<br><br><br>[illegible] | Signature: [signature: Qin [illegible]shan]<br>[illegible] |
|---|---|

| Baichigantou | May 23, 14:31:42 |
|---|---|
| When you are ready, email me the electronic version of the photo and send the paper version to my Group address. | |
| Baichigantou | May 23, 14:36:48 |
| Mr. Su, the time is very tight, CEC has been urging the progress. If it is OK today, please go to the photo studio and take the photos. | |
| Su Xiaohua (Irico Su Xiaohua) | May 23, 14:37:26 |
| All right. | |
| Baichigantou | May 23, 15:18:42 |
| Mr. Su, when taking photos, be sure to tell the photo studio that the photos are used for applying for an official passport in Guangzhou City, Guangdong Province. | |

CONFIDENTIAL　　　　Translation　　　　IRI-SU-000124E

| | |
|---|---|
| Su Xiaohua (Irico Su Xiaohua) | May 23, 15:57:51 |
| All right | |
| Su Xiaohua (Irico Su Xiaohua) | May 23, 16:47:36 |
| [Special message] | |
| Baichigantou | May 24, 10:40:42 |
| [Special message] | |
| Su Xiaohua (Irico Su Xiaohua) | May 24, 11:37:14 |



CONFIDENTIAL          Translation                    IRI-SU-000125E

| Su Xiaohua (Irico Su Xiaohua) | May 24, 11:37:15 |
|---|---|



| May 24, 2022 | Inspection and handling platform for digital pictures for certificates for international travels |
|---|---|
| The 1st copy: for submission to the relevant department | |

**Entry and Exit Documents of the People's Republic of China for Business Purposes**

**Return Receipt for Digital Picture**

The digital picture of you meets the relevant standards for digital pictures for electronic passports for business purposes. The applicant himself or herself or his or her guardian should take this return receipt to go through the application formalities in accordance with the relevant provisions.

Reference number: 10000000012205240001
Inspection platform website:
www.mrtdephoto.com
www.mrtdephoto.net

Platform contact number: 18922192818
Photographer:
Tel.:
Inspection time: May 24, 2022 11:05:22

Please apply for a certificate within 3 months from the day after the date of photograph (which may be postponed if it is on a public holiday)
The digital picture will not be kept after the due date

10000000012205240001

| Signature: | [signature: Su Xiaohua] |
|---|---|

The applicant himself or herself should sign his or her name in the above box.
The signature should not contact or cross the box

| Su Xiaohua (Irico Su Xiaohua) | May 24, 11:37:16 |
|---|---|



| May 24, 2022 | Inspection and handling platform for digital pictures for certificates for international travels |
|---|---|
| The 2nd copy: for retention by the applicant himself or herself | |

**Entry and Exit Documents of the People's Republic of China for Business Purposes**

**Return Receipt for Digital Picture**

| Signature: | [signature: Su Xiaohua] |
|---|---|

The applicant himself or herself should sign his or her name in the above box.

The signature should not contact or cross the box

The digital picture of you meets the relevant standards for digital pictures for electronic passports for business purposes. The applicant himself or herself or his or her guardian should take this return receipt to go through the application formalities in accordance with the relevant provisions.

Reference number: 10000000012205240001

Inspection platform website:

www.mrtdephoto.com

www.mrtdephoto.net

Platform contact number: 18922192818

Photographer:

Tel.:

Inspection time: May 24, 2022 11:05:22

Please apply for a certificate within 3 months from the day after the date of photograph (which may be postponed if it is on a public holiday)

The digital picture will not be kept after the due date

10000000012205240001

CONFIDENTIAL                    Translation                    IRI-SU-000127E

31

| Baichigantou | May 24, 11:41:48 |
|---|---|
| Received, thank you. | |
| PRIVILEGED MATERIAL REDACTED | |
| Su Xiaohua (Irico Su Xiaohua) | May 25, 17:40:49 |
| Received. | |
| Su Xiaohua (Irico Su Xiaohua) | May 26, 09:25:05 |
| The remote host of my mailbox has been shut down and I cannot receive it. Please send documents to me via Lanxin. Thanks! | |
| Baichigantou | May 26, 09:25:23 |
| All right | |

CONFIDENTIAL             Translation                     IRI-SU-000128E

下午3:54 | 10.4K/s 🦟 　　　　　　 ✳ ⊠ 🔊 72

< 　　　　　　 百尺竿头与苏晓华 　　　　　　 •••

2022年1月17日 至 2022年5月26日

# PRIVILEGED MATERIAL REDACTED

　百尺竿头　　　　　　　　　　1月17日 10:04:04

　因公临时赴港澳人员备案表、承...
14.3KB

　苏晓华(彩虹苏晓华)　　　　　　1月17日 10:04:55
好的。

1

苏晓华(彩虹苏晓华)　　　　　1月17日 11:04:38

 因公临时赴港澳人员备案表、承…
17.2KB

 百尺竿头　　　　　1月17日 14:37:13

苏总，承诺书需要打印出来手写签字，再发扫描件给我

 苏晓华(彩虹苏晓华)　　　　　1月17日 14:37:58

蓝信上已发你。

 百尺竿头　　　　　1月17日 14:38:30

好的

 苏晓华(彩虹苏晓华)　　　　　2月15日 12:21:27

 卢琛: #香港疫情 失控 国家队到…

 百尺竿头　　　　　5月6日 09:34:14

苏总，邮件已发请查收

2



苏晓华(彩虹苏晓华)　　　　　　5月6日 09:41:44

我的邮箱一直有问题没启用，可否微信



百尺竿头　　　　　　　　　　　5月6日 10:11:32

[特殊消息]



苏晓华(彩虹苏晓华)　　　　　　5月6日 10:14:40

[特殊消息]



百尺竿头　　　　　　　　　　　5月6日 10:40:33

[特殊消息]

百尺竿头　　　　　　　　　　　5月6日 14:45:59

苏总，我在"健康西安"小程序上能找到我自己的接种记录，如图所示。麻烦你找找看佛山有没有类似的公众号可以查到你自己的接种记录，要求接种记录上可以看到自己的姓名、身份证号即可。如果有的话就不用再到医院开接种证明

3

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　IRI-SU-000105



4

CONFIDENTIAL

IRI-SU-000106



CONFIDENTIAL                                                                                                      IRI-SU-000107



苏晓华(彩虹苏晓华)                    5月6日 14:52:33
好的。

苏晓华(彩虹苏晓华)                    5月6日 16:48:10



〈　新冠疫苗接...　　　　•••　⊙

新冠疫苗接种记录                    刷新



6

CONFIDENTIAL                                        IRI-SU-000108



 百尺竿头                                        5月7日 10:48:25

苏总，经过确认这个截图不行，身份证号看不到。我个人建议你可以问问佛山当地的人是不是有别的公众号可以查到更完整的接种记录，比如在陕西现在每天在用的"陕西健康码"这个小程序查出来的接种记录也是看不到身份证号的，但是用"健康西安"这个小程序查到的接种记录就很完整，能看到身份信息。还有一个办法就是安排人在佛山那边到你接种的医院去，可能提供你的身份证号就能打印接种证明；昨天早上我在彩虹医院问的情况就是只提供身份证号就可以，不一定必须本人到场

7

 IRI-SU-000109



苏晓华(彩虹苏晓华)                        5月7日 10:49:44

好的。

苏晓华(彩虹苏晓华)                        5月7日 11:14:49

已咨询了没有这个功能，不可以。我让人
找医院问下。

苏晓华(彩虹苏晓华)                        5月7日 11:21:25

[特殊消息]

苏晓华(彩虹苏晓华)                        5月7日 15:02:47

 苏总新冠疫苗接种记录证明（珠...
159.0KB



百尺竿头                                  5月7日 15:03:12

收到🙏

8

百尺竿头 ·                                    5月9日 15:49:24

苏总，还需要提供你的户口本扫描件（包括户主页和本人页）。另外，办理港澳通行证需要证件照，目前您不在咸阳，需要你在当地找一家能够拍护照照片的照相馆，将照片拍好后快递寄给我



苏晓华(彩虹苏晓华)                            5月9日 15:50:16

好的

9

CONFIDENTIAL                                            IRI-SU-000111

苏晓华(彩虹苏晓华)　　　5月9日 16:10:25



10

**CONFIDENTIAL**

**IRI-SU-000112**

 百尺竿头      5月9日 16:17:47

苏总，办理港澳通行证要求的是白底照片，对于纸质版的尺寸也有具体的要求。您最好是在当地找一家照相馆，说明是要办港澳通行证用，照一下洗出来，因为最后纸质版要交给中国电子，他们还要拿到北京去办，所以照片一定要符合要求

 苏晓华(彩虹苏晓华)      5月9日 16:19:29

好的。

11



**CONFIDENTIAL** **IRI-SU-000114**



13

**CONFIDENTIAL**



CONFIDENTIAL IRI-SU-000116



CONFIDENTIAL IRI-SU-000117



16

IRI-SU-000118



17

CONFIDENTIAL

苏晓华(彩虹苏晓华)　　　　　5月9日 18:10:49



18



百尺竿头                                    5月10日 11:05:53

苏总，收到了。照片纸质版寄给我还是怎么弄？



苏晓华(彩虹苏晓华)                          5月10日 11:07:52

在家放着，要几张？我让我夫人抽空给你

CONFIDENTIAL                                    IRI-SU-000121

下午3:56 | 0.1K/s    ※ 区 🤤 71

‹   百尺竿头与苏晓华   •••

  百尺竿头                    5月10日 11:10:13
需要四张

 苏晓华(彩虹苏晓华)              5月10日 11:10:53
知道了，我告诉我夫人。

 百尺竿头                    5月10日 11:11:08
好的、

  百尺竿头          5月12日 15:27:36
苏总，照片什么时候能给拿过来？

 苏晓华(彩虹苏晓华)              5月12日 15:46:46
已洗。好了让我老婆给您送去。 

 百尺竿头                   5月12日 16:08:57
好的

CONFIDENTIAL   IRI-SU-000122

百尺竿头        5月23日 14:30:16

苏总，您到照相馆去，就说是要办理因公护照使用的照片。照片要带条形码，不要裁剪；需要有回执。这两张图片是示例，形式必须保持一致



CONFIDENTIAL

百尺竿头　　　　　　　5月23日 14:30:27



百尺竿头　　　　　　　5月23日 14:31:42

准备好以后，把电子版照片发给我，同时把纸质版寄到集团给我

百尺竿头　　　　　　　5月23日 14:36:48

苏总，时间很紧张，中国电子一直在催。如果今天可以的话，麻烦您就去把照片照了


苏晓华(彩虹苏晓华)　　　5月23日 14:37:26
好的。


百尺竿头　　　　　　　5月23日 15:18:42
苏总，照相时要给照相馆的人说是在广东省广州市办理因公护照

CONFIDENTIAL　　　　　　　　　　　　　　　IRI-SU-000124





苏晓华(彩虹苏晓华)　　5月24日 11:37:15

CONFIDENTIAL　　IRI-SU-000126



**CONFIDENTIAL**

**IRI-SU-000127**



百尺竿头　　　　　　　　　5月24日 11:41:48

收到，非常感谢！

PRIVILEGED MATERIAL REDACTED



苏晓华(彩虹苏晓华)　　　　5月25日 17:40:49

收到。

苏晓华(彩虹苏晓华)　　　　5月26日 09:25:05

我的邮箱远程主机关闭收不到，发资料请用蓝信发我。谢谢！



百尺竿头　　　　　　　　　5月26日 09:25:23

好的

CONFIDENTIAL

# Exhibit 21
# FILED UNDER SEAL



info@certifiedtranslate.com | 2425 Olympic Blvd., Suite 4000W | usa 1-888-856-2228
www.certifiedtranslate.com | Santa Monica, CA 90404 | int +1-310-684-3153
| | fax +1-310-564-1944



A member of the American
Translators Association
ATA Member Number: 248719

# CERTIFIED TRANSLATION

*Description of Document(s):*

| |
|---|
| **IRICO GROUP CO., LTD. MEETING MINUTES** |
| **APRIL 7, 2022** |
| **IRI-SU-000137 through IRI-SU-000140** |
| |

| Source Language: | **CHINESE** | Target Language: | **ENGLISH** |
|---|---|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**   Sean Kirschenstein, Director          **Date:**   January 12, 2023

A copy of the translated version(s) is attached to this statement of certification.



Internal

# Irico Group Co., Ltd. Meeting Minutes

**Meeting Minutes for the Secretary's Special Topic Meeting on April 7, 2022**

On April 7, 2022, our Group company convened a secretary's special topic meeting. The attendees included the following: the Party Committee Secretary of the Group, Chairman Si Yun-Cong, the Deputy Party Committee Secretary, Chief Executive Officer Yang Yuan Jiang, Discipline Committee Secretary Bao Yong, and the Department Head of the Human Resources Department Shi Feng. The summary of the meeting minutes is as follows:

**Sensitive Non-Responsive Personnel Matters Redacted**

- 1 -

certifiedtranslate

www.certifiedtranslate.com

**Sensitive Non–Responsive Personnel Matters Redacted**

- 2 -



www.certifiedtranslate.com

## Sensitive Non-Responsive Personnel Matters Redacted

**6. Regarding matters related to Su Xiao Hua reaching retirement age and departure**

In accordance with the relevant rules in the "Performance and Evaluation Measures for Managers of Supervisors of Irico Group, Co. Ltd.", Su Xiao Hua, the regional general manager for the Huanan area of Xianyang Irico Industrial Group Co., Ltd., has reached the upper age limit for employment in March 2022, and will leave his position as manager at the end of December to retire and rest. Because he himself submitted a request to leave the position ahead of schedule, after discussion, it has been agreed that Su Xiao Hua may leave the position ahead of schedule after reaching upper age limit for employment. The relevant administrative work regarding Su Xiao Hua leaving the position shall be processed by Irico Industrial based on the relevant rules and stipulations in the "Performance and Evaluation Measures for Managers of Supervisors of Irico Group, Co. Ltd."

**I. Date:** April 7, 2022

**II. Location:** Xianyang office building meeting room 303

**III. Chair:** Si Yun Cong

**IV. Participants:** Yang Yuan Jiang, Bao Yong

**V. Recorded by:** Shi Feng

- 3 -



**VI. Agenda:**

## Sensitive Non-Responsive Personnel Matters Redacted

6. Regarding matters related to Su Xiao Hua reaching retirement age and departure

| Copy: Relevant leaders of the Group company. | |
|---|---|
| Human Resources Department | Printed and distributed on April 8, 2022 |

- 4 -

内　部

# 彩虹集团有限公司纪要

---

## 2022 年 4 月 7 日书记专题会纪要

　　2022 年 4 月 7 日,集团公司召开书记专题会,集团党委书记、董事长司云聪，党委副书记、总经理阳元江，纪委书记包勇，人力资源部部长石峰参加会议。会议形成纪要如下：

Sensitive Non-Responsive Personnel Matters Redacted

Sensitive Non-Responsive Personnel Matters Redacted

Sensitive Non-Responsive Personnel Matters Redacted

**六、关于苏晓华到龄离岗有关事宜**

　　根据《彩虹集团有限公司经理人管理及绩效考评办法》有关规定，咸阳彩虹集团实业有限公司华南区域总经理苏晓华 2022 年 3 月到达任职年龄上限，到 12 月底退出经理人岗位，离岗休息。因本人提出提前离岗要求，经讨论，同意苏晓华到达任职年龄上限后提前离岗，由彩虹实业参照《彩虹集团有限公司经理人管理及绩效考评办法》有关规定，办理苏晓华离岗手续。

　　一、时　间：2022 年 4 月 7 日
　　二、地　点：咸阳办公楼 303 会议室
　　三、主　持：司云聪
　　四、参　加：阳元江、包　勇
　　五、记　录：石　峰

六、议 题：

# Sensitive Non-Responsive Personnel Matters Redacted

6.关于苏晓华到龄离岗有关事宜

---

抄送：集团公司有关领导。

---

集团人力资源部                                    2022 年 4 月 8 日印发

# Exhibit 22
# FILED UNDER SEAL



info@certifiedtranslate.com | 2425 Olympic Blvd., Suite 4000W | usa 1-888-856-2228
www.certifiedtranslate.com | Santa Monica, CA 90404 | int +1-310-684-3153
| | fax +1-310-564-1944



A member of the American
Translators Association
ATA Member Number: 248719

# CERTIFIED TRANSLATION

*Description of Document(s):*

| |
|---|
| **RESIGNATION REPORT** |
| **SU XIAOHUA** |
| **IRI-SU-000141** |
| |

| Source Language: **CHINESE** | Target Language: **ENGLISH** |
|---|---|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**   Sean Kirschenstein, Director                **Date:**   March 3, 2023

A copy of the translated version(s) is attached to this statement of certification.



www.certifiedtranslate.com

# Resignation Report

To all of the respected leaders:

Good day!

For a long period of time I have always conscientiously performed my job duties at my own post, and I have always been involved in various management tasks in South China with a high sense of responsibility and mission, and I have always done so by welcoming all of the challenges at work. At the same time, I am also very grateful to the leaders of Irico Group and Irico Industrial Company for their cultivation of and care for me.

However, due to the fact that I have been working outside my home for a long period of time, it has been impossible to take care of my elderly parents at home. Last year, my father, who was nearly 90 years old, passed away, and now I have my elderly mother, who is more than 80 years old. She has not had anyone to take care of her for a long time. She has been on my mind, and I am quite worried.

At this time, I have reached the upper limit of the employment age for managers. Due to the above personal reasons, I would like to apply for early resignation from my position as a manager and terminate my employment relationship with the company. Please be advised.

Applicant: *Su Xiaohua [signature]*

Date of Application: *2022 / [illegible] / 25*

# 辞职报告

尊敬的各位领导:

　　您们好!

　　本人长期以来兢兢业业的在自己的岗位上做好本职工作,始终以高度的责任心和使命感,以一往无前的工作精神扎进华南区的各项管理工作中。同时,也非常感谢彩虹集团及彩虹实业领导一直以来对我的栽培和关心。

　　然而,由于长期在外工作,根本无法照顾家中的老父母。去年近90岁的老父亲逝世,现家中还有一位80多的老母亲处于长期无人照顾,心中甚是挂念和担心。

　　目前,本人已达到经理人任职年龄上限,鉴于以上个人原因,现申请提前退出经理人岗位,解除与公司的劳动关系。请知悉。

申请人: 苏晓华

申请日期: 2022年5月25日

# Exhibit 23
# FILED UNDER SEAL



November 13, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, <span style="color:orange">Johnson Wong</span>, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates numbers range:– IRI-SU-000208 -  IRI-SU-000210

*(Digital or printed signature here above the line)*

<span style="color:orange">Johnson Wong</span>

Project Number:  BBLLP_2311_P0043

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

# Irico Group Limited

Irico Group Document No. 8 of 2022

## Document Regarding the Recommendation of Zhang Jiming as the Candidate for Director and General Manager of Irico (Foshan) Flat Panel Display Co., Ltd.

To Irico (Foshan) Flat Panel Display Co., Ltd.:

In accordance with work requirements and after careful consideration, we recommend Zhang Jiming as the candidate for the positions of Director and General Manager of Irico (Foshan) Flat Panel Display Co., Ltd., and to serve as the legal representative. Su Xiaohua will no longer serve as your company's Director, General Manager, and legal representative.

Please review this recommendation in accordance with the relevant provisions of the Company Law and the company's charter.

Attachment: Resume of the Recommended Individual

*[stamp] Irico Group Limited*
*1101081232863*
Irico Group Limited
June 17, 2022

-1-

Attachment

# Resume of the Recommended Individual

Zhang Jiming, male, Han ethnicity, was born in January 1974 and a native of Luoyang, Henan Province. He graduated with a bachelor's degree in Business Administration from the Central Radio and TV University. He is a member of the Communist Party of China and an assistant engineer. Since joining the workforce in August 1995, he has held several positions, including team leader and scheduler of Workshop No. 2 at Irico Color Tube Factory No. 2, secretary of the Youth League Committee and union official in the office of Irico Color Picture Tube Factory No. 2, director of the Production Department and office director at Shaanxi Irico Optoelectronic Materials Corporation, director of the Human Resources Department's Resettlement and Diversion Office at Irico Group, deputy director of the Integrated Management Department at Xianyang Irico Group Industrial Co., Ltd., deputy general manager of the Trade and Logistics Division at Xianyang Zhongdian Irico Group Holdings Co., Ltd., vice general manager at Xi'an Irico Electrical Appliance Industrial Co., Ltd., and deputy group leader of the Optimization and Integration Group at China Irico Electronics Import and Export Co., Ltd. He is currently the vice general manager of Zhongdian Irico Property Subsidiary of Xianyang Irico Group Industrial Co., Ltd.

-2-

# Resolution of the Shareholders' Meeting of <u>Irico (Foshan) Flat Panel Display Co., Ltd.</u>

Attending shareholders of the Meeting: <u>Irico Group Co., Ltd., Foshan Shunde District Changde Real Estate Development Co., Ltd.</u>

The shareholders' meeting was held on <u>July 28, 2022</u> at <u>Irico (Foshan) Flat Panel Display Co., Ltd.</u> The convening procedures and voting methods of this meeting complied with the relevant provisions of the 'Company Law of the People's Republic of China' and the charter of our company.

The company's shareholders' meeting consists of <u>2</u> members. The <u>2</u> attending shareholders, representing <u>100%</u> of the company's voting rights, and the reached resolutions were approved by <u>100%</u> of the voting rights of the company's shareholders. These actions are in accordance with the provisions of the 'Company Law of the People's Republic of China' and the company's charter. The content of the resolutions is as follows:

I. Agree to dismiss <u>Su Xiaohua</u> from his position as a company director; agree to elect <u>Zhang Jiming</u> as a company director; agree that <u>Han Bin, Zhang Bing, Wang Dong</u>, and <u>Zheng Hui</u> continue to serve as company directors. Agree to dismiss <u>Su Xiaohua</u> from his positions as the company's manager and legal representative; agree to appoint <u>Zhang Jiming</u> as the company's manager and legal representative. Agree that <u>Li Yunpu</u> continues to serve as the company's supervisor.

All shareholders: (signature seal)
Irico Group Limited
*[stamp] Irico Group Limited [illegible]*

Foshan Shunde District Changde Real Estate Development Co., Ltd.
*[stamp] Foshan Shunde District Changde Real Estate Development Co., Ltd. [illegible]*

July 28, 2022 (Company Seal)
*[stamp] Irico (Foshan) Flat Panel Display Co., Ltd. [illegible]*

CONFIDENTIAL

# 彩 虹 集 团 有 限 公 司

彩团人函〔2022〕8号

## 关于推荐张继明为彩虹(佛山)平板显示有限公司董事、总经理候选人的函

彩虹(佛山)平板显示有限公司：

　　根据工作需要，经研究决定，推荐张继明为彩虹(佛山)平板显示有限公司董事、总经理候选人，并担任法定代表人。苏晓华不再担任贵公司董事、总经理、法定代表人。

　　请贵公司依据公司法和公司章程的有关规定予以审议。

　　附件：推荐人员简历



彩虹集团有限公司

2022年6月17日

-1-

CONFIDENTIAL

附件

# 推荐人员简历

张继明，男，汉族，1974 年 1 月出生，籍贯河南省洛阳市，中央广播电视大学工商管理专业本科毕业，中共党员，助理工程师。1995 年 8 月参加工作，历任彩虹彩色显像管二厂二车间班组长、调度，彩虹彩色显像管二厂办公室团委书记、工会干事，陕西彩虹光电材料总公司生产部部长、办公室主任，彩虹集团公司人力资源部安置分流办公室主任，咸阳彩虹集团实业有限公司综合管理部副部长，咸阳中电彩虹集团控股有限公司贸易物流事业部副总经理，西安彩虹电器工业有限公司副总经理，中国彩虹电子进出口有限公司优化整合小组副组长。现任咸阳彩虹集团实业有限公司中电彩虹物业分公司副总经理。

CONFIDENTIAL

IRI-SU-000209

# 彩虹（佛山）平板显示有限公司股东会决议

出席会议股东：<u>彩虹集团有限公司</u>、<u>佛山市顺德区长德置业发展有限公司</u>

　　本次股东会于 <u>2022</u> 年 <u>7</u> 月 <u>28</u> 日在 <u>彩虹（佛山）平板显示有限公司</u> 召开，本次会议的召集程序、表决方式符合《中华人民共和国公司法》及本公司章程的有关规定。

　　公司股东会成员 <u>2</u> 人，出席本次会议的股东 <u>2</u> 人，代表公司股东 <u>100</u> %表决权，所作出的决议经公司股东表决权 <u>100</u> %同意通过，符合《中华人民共和国公司法》和本公司章程的规定。决议内容如下：

　　一、同意免去 <u>苏晓华</u> 的公司董事职务；同意选举 <u>张继明</u> 为公司董事；同意 <u>韩彬</u> 、 <u>张兵</u> 、 <u>王栋</u> 、郑辉 继续担任公司董事。同意免去 <u>苏晓华</u> 公司经理、法定代表人职务；同意 <u>张继明</u> 担任公司经理、法定代表人。同意 <u>李云普</u> 继续担任公司监事。

全体股东：（签名、盖章）

彩虹集团有限公司　　　　　　　佛山市顺德区长德置业发展有限公司



2022年 7月 28 日（公司盖章）

　　　　　　　　　　　　　　　　　　　　IRI-SU-000210

# Exhibit 24
# FILED UNDER SEAL



November 13, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, Johnson Wong, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates numbers range:– IRI-SU-001473 -  IRI-SU-001474

*(Digital or printed signature here above the line)*

Johnson Wong

Project Number:  BBLLP_2311_P0043

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

Internal

# Minutes of the Party Committee of Irico Group Ltd. on Human Resources

Irico Group Party (Human Resources) [2019] No. 3

## Minutes of Human Resources Discussion at the Party Committee Meeting on February 26, 2019

On February 26, the group company convened a Party Committee meeting attended by members of the group's Party Committee. The meeting discussed human resources matters and formed the following minutes:

**I. Proposal Regarding the Adjustment of the Living Expense Standard for Managers Leaving Their Positions and Taking Rest Upon Reaching the Age Limit**

The proposal was passed in principle.

It was unanimously agreed to adjust and increase the standard to RMB 6000 per month. Given that the number of personnel involved in this change is not significant and their income is indeed lower than other enterprises, it is recommended to gradually increase this amount.

-1-

**I. Time:**          February 26, 2019 (Tuesday) 8:00

**II. Location:**    Xianyang Office Building, Meeting Room 303

**III. Chair:**      Si Yuncong

**IV. Participants:**  Chen Zhongguo, Li Miao, Zhang Junhua, Ding Wenhui, Fan Laiying, Pan Yaobo

**V. Observer:**    Zhang Bing

**VI. Agenda:**

1. Proposal regarding adjusting the living expense standard for managers leaving their positions and taking rest upon reaching the age limit

2. Proposal regarding the salary distribution and structure of leadership personnel

3. Proposal regarding the number of leadership positions in specialized companies and functional departments

4. Proposal regarding the total wage management model in specialized companies

---

Cc: Party Committee Members of the Group Company.

| | |
|---|---|
| Human Resources Department of the Group | Sent electronically on February 26, 2019 |

-2-

CONFIDENTIAL                                      IRI-SU-001474_E Translation

内　部

# 彩虹集团有限公司党委会人事纪要

彩团党（人事）〔2019〕3 号

## 2019 年 2 月 26 日党委会人事议题纪要

2 月 26 日，集团公司召开党委会，集团党委委员参加会议。会议涉及有关人事议题形成纪要如下：

**一、关于调整到龄离岗休息经理人生活费标准的议案**

原则通过本议案。

一致同意此次执行标准调整提高到 6000 元/月。本次涉及人员不多，与其他企业对比收入的确偏低，建议逐步进行提高。

CONFIDENTIAL

一、时　间：2019 年 2 月 26 日（周二）8：00

二、地　点：咸阳办公楼 303 会议室

三、主　持：司云聪

四、参　加：陈忠国、李　淼、张君华、丁文惠、樊来盈、潘尧波

五、列　席：张　兵

六、议　题：

1.关于调整到龄离岗休息经理人生活费标准的议案

2.关于领导人员薪酬分配和构成的议案

3.关于专业公司及职能部门领导人员职数议案

4.关于专业公司工资总额管理模式的议案

---

抄送：集团公司党委委员。

---

| 集团人力资源部 | 2019 年 2 月 26 日网络发送 |

CONFIDENTIAL

IRI-SU-001474

# Exhibit 25
# FILED UNDER SEAL



November 13, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, <span style="color:orange">Johnson Wong</span>, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates number: IRI—SU-001470

*(Digital or printed signature here above the line)*

<span style="color:orange">Johnson Wong</span>

Project Number: BBLLP_2311_P0043

IRI-SU-001470_E Translation

## Salary Detail Sheet 1 for July 2022 of the Comprehensive Department 2 and Finance Personnel in the South China Region for Mid- to Long-Term Contract Workers

| Name | Performance points | Skill wage | Basic wage | Position wage | Position bonus | Gross wage | Disbursements 1 | | | | | | | | Disbursements | | | | | | Deductions | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Communication fee | Seniority | Health care | Housing subsidy | On-the-job academic qualification allowance | High-temperature fee | Living subsidy | One-child fee | Family visitation allowance | Rewards | Subtotal | Meal deductions | Pension insurance | Unemployment insurance | Medical insurance | Provident fund | Personal income tax | Subtotal | Salary total | | |
| | | | 6,000.00 | 5,094.27 | | 11,094.27 | 300.00 | 1,000.00 | 35.00 | 1,236.00 | 900.00 | - | - | 1,000.00 | - | - | - | - | 1,835.28 | 46.60 | 84.39 | 3,288.00 | 905.31 | 6,159.58 | 4,934.69 | | |
| | | | 6,000.00 | 5,094.27 | - | 11,094.27 | - | - | - | - | - | - | - | - | - | - | - | - | 1,835.28 | 46.60 | 84.39 | 3,288.00 | 905.31 | 6,159.58 | 4,934.69 | | |
| Total | - | - | 16,360.00 | 9,348.27 | 8,236.00 | 33,920.27 | 300.00 | 1,000.00 | 35.00 | 1,236.00 | 900.00 | - | 900.00 | 1,000.00 | - | - | 5,885.00 | - | 3,567.68 | 89.91 | 337.56 | 6,189.92 | 1,040.97 | 11,226.04 | 3,579.23 | | |

Approved by:

Reviewed by:

Prepared by: Chen Lili



CONFIDENTIAL

华南区域综合二部及财务人员2022年7月份中长期合同工资明细表1



| 姓名 | 代发款项1 | | | | | | | | 代发款项 | | | | | | 小计 | 代扣款项 | | | | 小计 | 工资总额 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 基本工资 | 技能工资 | 岗位工资 | 岗位奖金 | 应发工资 | 年功 | 保健 | 学历津贴/高温费 | 独生子女费 | 探亲补助 | 奖金 | | 养老保险 | 失业保险 | 医疗保险 | 公积金 | 个人所得税 | | |
| 苏逸华 | | | 5,094.27 | | 11,094.27 | 300.00 | 35.00 | 800.00 | | | | | 1,835.28 | 46.60 | 84.39 | 3,288.00 | 905.31 | 6,159.58 | 4,934.69 |
| 离任 | 6,000.00 | | 5,094.27 | | 11,094.27 | | | 1,250.00 | 900.00 | | | | 1,835.28 | 46.60 | 84.39 | 3,288.00 | 905.31 | 6,159.58 | 4,934.69 |
| 小计 | 6,000.00 | | 8,236.00 | | 33,920.27 | 1,600.00 | | 800.00 | 1,000.00 | | | 5,885.00 | 3,567.68 | 89.91 | 337.56 | 6,189.92 | 1,049.97 | 11,226.04 | 24,379.23 |
| 汇总 | 16,398.00 | | 9,384.27 | | | | | | | | | | | | | | | | |

审核：[签名]　　批准：蔡进小、

制表：陈思丽

IRI-SU-001470

CONFIDENTIAL

# Exhibit 27
# FILED UNDER SEAL



November 28, 2023

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, Johnson Wong, hereby declare:

That I possess advanced knowledge of the CHINESE and English languages. The attached CHINESE into Engish translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of the document with bates numbers range: IRI-SU-000166 – IRI-SU-000168

*(Digital or printed signature here above the line)*

_____

Johnson Wong

Project Number: BBLLP_2311_P0046

15 W. 37th Street 4th Floor
New York, NY 10018
212.581.8870

# Explanation of the Situation

I. During my tenure, I was in charge of Irico (Foshan) Flat Panel Company, Shenzhen Hongyang Company, Zhuhai Cai Zhu Industrial Company, and Hong Kong Rui Bo Electronics Company in South China. My superiors have designated my human resources and payroll relations to be with Shunde Irico (Foshan) Flat Panel Company. Consequently, I am often required to travel for the management and operation of several companies. I primarily worked at two locations: at Irico (Foshan) Flat Panel Company, dealing with its management and operations and those of Shenzhen Hongyang Company for about half a month; and the other half was spent at Zhuhai Cai Zhu Industrial Company managing its affairs and those of Hong Kong Rui Bo Electronics Company. Working at Zhuhai Cai Zhu Industrial Company was considered business travel. Key tasks included: 1. The capital operation for the additional issuance of Irico Electronics' H shares on the Hong Kong Stock Exchange was conducted through Rui Bo Electronics Company's account. Due to the pandemic, I couldn't go to Nanyang Bank in Hong Kong for in-person signature. As per Nanyang Bank's rules, after receiving a payment order, they would call the legal representative randomly with three or four questions, and the payment would only be processed if answered correctly; otherwise, it would be stopped. I had to prepare documents and coordinate with Vice President Wang for these frequent capital operations. In addition, funds with securities company were substantially managed similarly. Therefore, this task needed to be handled at Cai Zhu Industrial Company. 2. Managing the asset disposal of production lines at the Cai Zhu Company industrial park, organizing workshops, and dealing with obsolete materials. 3. Handling public rental housing renovations and maintenance. 4. Conducting safety and fire inspections. 5. Managing legal litigation. 6. Handling daily operational management tasks. 7. Monthly processing, review, and signing of various documents and bills. 8. Hospitality and reception duties, among others.

II. My reimbursement documents must be signed and approved by the executive director of Irico Industrial. Therefore, I could only bring them back to Xianyang for the leader's signature each time I returned. Before the pandemic, I often went back to Xianyang for meetings and business trips, therefore I could get the leader's approval and signature relatively quickly for reimbursements. However, after the pandemic started, it became difficult to determine when I could return to Xianyang. At the end of last year, I was unable to return because I was dealing with the Phase 2 land issues of Irico (Foshan) Flat Panel Company. During the New Year's holiday, despite having a high fever, I had to work overtime at the construction site to clean up the area. After finishing the work, I wanted to go back home for the Spring Festival, but I couldn't due to the outbreak of the epidemic in Xi'an. I really wanted to go home to visit my hospitalized father. However, due to the pandemic, both the community and the company did not allow me to return. When Xianyang and Xi'an were stabilized, Guangdong experienced an outbreak. I was eager to return but couldn't. Because I couldn't bring the reimbursement documents back to Xianyang for the leader's approval, the reimbursement was delayed for a long time. The reimbursement was processed later only after I was able to return to Xianyang, taking those back to Xianyang and asking the leader for signature.

Hereby clarified.

September 19, 2022

CONFIDENTIAL

Translation

IRI-SU-000168E

# 情况说明

一、我在任职期间曾经主管华南区的彩虹（佛山）平板公司，深圳虹阳公司，珠海彩珠实业公司和香港瑞博电子公司。上级确定我的人事工资关系在顺德彩虹（佛山）平板公司，我要经常出差处理几个公司的管理经营事务。主要有两个主要工作地点，一是在彩虹（佛山）平板公司工作。基本上是半个月在彩虹（佛山）平板公司处理彩虹（佛山）平板公司和深圳虹阳公司的管理经营业务；另外半个月要去珠海彩珠实业公司处理彩珠实业公司和香港瑞博电子公司管理经营业务。在珠海彩珠实业公司工作为出差。重点工作如1、当年在香港上市的彩虹电子H股增发，操作股票资金进出都是通过瑞博电子公司帐户进出。由于疫情不能去香港南洋银行面签，南洋银行规定收付款单子收到后，南洋银行要打电话随机向法定代表人提出三、四个问题，回答正确方可付出，否则停付。频繁的资金操作我必须准备资料随时与王副总配合操作。另外证券公司资金基本上也是这样操作。所以，要在彩珠实业公司做这个工作。2、彩珠公司工作园区生产线资产处理，园区生产车间整理整顿和废旧物资处理等工作；3、处理公租房改造维修等工作；4、检查安全消防等工作；5、处理法律诉讼工作；6、处理日常经营管理中

IRI-SU-000166

的工作；7、每月处理各类文件资料单据审批签字等。8、迎来送往接待工作等等。

二、我的报销单据必须由彩虹实业执行董事审批签字。因此，只有每次回咸阳我带回去找领导签字。没有疫情前经常能回咸阳开会、出差等，因此，能较快让领导审批签字并报销。但是，疫情后回咸阳时间长短就难以确定。去年底为了处理彩虹（佛山）平板公司二期土地事宜，无法回去，元旦放假发着高烧在工地加班清理现场。处理完想回去过春节，但由于西安爆发疫情不让回去，我也很想回家探望住院的老父亲。但是，因疫情社区和集团都不允许回去。西安咸阳平稳了，广东又出现疫情，归心似剑但回不去。由于无法带回报销单据回咸阳请领导审批签字，故报销事宜就拖了较长时间。后来能回咸阳了才带回咸阳请领导签字后才报销。


特此说明



2022年9月19日

IRI-SU-000167

CONFIDENTIAL

IRI-SU-000168