1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST<br><br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>*ALL ACTIONS* | [PROPOSED] ORDER GRANTING IRICO DEFENDANT'S MOTION TO SEAL EXHIBITS TO OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)<br><br>Re: ECF No. 6402 |

[PROPOSED] ORDER GRANTING IRICO'S MOTION TO SEAL
Master File No. 07-cv-05944-JST, MDL No. 1917

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s

3    ("Irico Defendants") Motion to Seal Exhibits to Objections to Special Master's Report and

4    Recommendation Pursuant to Civil Local Rules 7-11 and 79-5(f) (ECF No. 6398). Having

5    considered the arguments made by the Irico Defendants in favor of sealing under Civil Local Rule

6    79-5(c)(1), and that the Irico Defendants' Motion is narrowly tailored to seal only the sealable

7    material,

8    IT IS HEREBY ORDERED THAT the Defendants Irico Group Corp. and Irico Display

9    Devices Co., Ltd.'s Motion to Seal Exhibits to Objections to Special Master's Report and

10   Recommendation Pursuant to Civil Local Rules 7-11 and 79-5(f) is GRANTED.

11   IT IS FURTHER ORDERED THAT the following documents or portions thereof, as

12   reflected in the redactions in ECF No. 6402-5, may be filed under seal:

| Document Proposed to Be Sealed or Redacted | Page Number of PDF | Designating Entity | Ruling |
|---|---|---|---|
| Page 2 of Exhibit 16 (IRI-CRT-00031561_FTE_TRANSLATION) | 3 | Irico | GRANTED |
| Page 4 of Exhibit 16 (IRI-CRT-00031561) | 5 | Irico | GRANTED |
| Page 5 of Exhibit 20 (IRI-SU-000106E) | 12 | Irico | GRANTED |

| | | | |
|---|---|---|---|
| Page 7 of Exhibit 20 (IRI-SU-000108E) | 14 | Irico | GRANTED |
| Page 8 of Exhibit 20 (IRI-SU-000109E) | 15 | Irico | GRANTED |
| Pages 13-21 of Exhibit 20 (IRI-SU-000114E–IRI-SU-000119E) | 21-29 | Irico | GRANTED |
| Page 25-30 of Exhibit 20 (IRI-SU-000123E–IRI-SU-000127E) | 33-38 | Irico | GRANTED |
| Page 37 of Exhibit 20 (IRI-SU-000106) | 44 | Irico | GRANTED |
| Page 39 of Exhibit 20 (IRI-SU-000108) | 46 | Irico | GRANTED |

| Page 40 of Exhibit 20 (IRI-SU-000109) | 47 | Irico | GRANTED |
|---|---|---|---|
| Pages 45-50 of Exhibit 20 (IRI-SU-000114-IRI-SU-000119) | 52-57 | Irico | GRANTED |
| Pages 54-58 of Exhibit 20 (IRI-SU-000123–IRI-SU-000126) | 61-65 | Irico | GRANTED |

**IT IS SO ORDERED.**

Dated: July 17, 2024

_____
JON S. TIGAR
United States District Judge