# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT A

**EXHIBIT A**
**Late Claims**

| Claim # | Postmark Date | Timely or Late Claim | Number of CRT Weighted Units |
|---|---|---|---|
| ZZZ-9999483 | 6/14/23 | Late Claim | 25.0 |
| ZZZ-9999484 | 6/14/23 | Late Claim | 21.0 |
| ZZZ-9999485 | 6/14/23 | Late Claim | 22.0 |
| ZZZ-9999486 | 6/14/23 | Late Claim | 20.0 |
| ZZZ-9999487 | 6/14/23 | Late Claim | 42.2 |
| ZZZ-9999488 | 6/14/23 | Late Claim | 51.5 |
| ZZZ-9999492 | 6/21/23 | Late Claim | 860.0 |
| ZZZ-9999493 | 6/21/23 | Late Claim | 58,557.5 |
| ZZZ-9999489 | 6/21/23 | Late Claim | 74.9 |
| ZZZ-9999490 | 6/20/23 | Late Claim | 7.0 |
| ZZZ-9999491 | 6/21/23 | Late Claim | 7.3 |
| ZZZ-9999494 | 6/28/23 | Late Claim | 1,304.1 |
| ZZZ-9999495 | 6/29/23 | Late Claim | 18.6 |
| ZZZ-9999496 | 6/29/23 | Late Claim | 22.2 |
| ZZZ-9999497 | 6/29/23 | Late Claim | 20.9 |
| ZZZ-9999498 | 7/5/23 | Late Claim | 86.5 |
| ZZZ-9999499 | 7/31/23 | Late Claim | 106,239.0 |
| ZZZ-9999500 | 9/5/23 | Late Claim | 74.9 |
| | | | |
| **TOTAL** | | | **167,454.6** |