*COMPLETE LIST OF PARTIES REPRESENTED LISTED ON SIGNATURE PAGE*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST <br><br> MDL No. 1917 <br><br> **STIPULATION AND [PROPOSED] ORDER VACATING CERTAIN PRETRIAL DEADLINES** <br><br> Judge:      Hon. Jon S. Tigar |
| This Documents Relates to: <br><br> *ALL DIRECT PURCHASER ACTIONS* | |

DOCUMENT PREPARED ON RECYCLED PAPER

1  Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Group Corporation and Irico
2  Display Devices Co., Ltd. ("Irico" or the "Irico Defendants") (collectively, the "Parties"), by and
3  through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and
4  Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on January 27, 2023, this Court entered an Order setting the case schedule and deadlines in the Direct Purchaser Actions (ECF No. 6145) (the "Scheduling Order");

WHEREAS, the Scheduling Order requires the Parties to complete their meet and confer regarding settlement, a joint pretrial statement, exchange of pretrial material, and contested issues by August 30, 2024 (*id.* at 3);

WHEREAS, the Scheduling Order requires the Parties to exchange final exhibits, deposition designations and witness lists by September 6, 2024 (*id.*);

WHEREAS, the Scheduling Order requires the Parties to file a pretrial conference statement, jury materials, and proposed findings of fact and proposed conclusions of law by September 13, 2024 (*id.*);

WHEREAS, the Scheduling Order sets the Parties' pretrial conference with the Court on September 27, 2024 at 2:00 p.m. (*id.*);

WHEREAS, the Scheduling Order requires the Parties to deliver trial exhibits to the Court on September 30, 2024 (*id.*);

WHEREAS, the Parties met and conferred and agreed that Irico Defendants' pending objections to the Special Master's Report & Recommendation on Plaintiffs' Motion for Terminating Sanctions (ECF No. 6389) ("Irico's Objections to the Sanctions R&R") may potentially impact these pretrial deadlines in the Direct Purchaser Actions;

WHEREAS, the Parties agree that, in the interests of efficiency and conservation of resources, good cause exists to vacate the current August 30, 2024 to September 30, 2024 pretrial deadlines, pending a ruling from the Court on Irico's Objections to the Sanctions R&R; and

WHEREAS, the Parties agree to meet and confer after the Court's ruling on Irico's Objections to the Sanctions R&R to propose a schedule for the filing and exchange of pretrial materials, if necessary.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for DPPs and the Irico Defendants that good cause exists to modify the deadlines as follows:

1. The August 30, 2024 deadline for the Parties to complete their meet and confer regarding settlement, a joint pretrial statement, exchange of pretrial material, and contested issues is vacated.

2. The September 6, 2024 deadline for the Parties to exchange final exhibits, deposition designations, and witness lists is vacated.

3. The September 13, 2024 deadlines for the Parties to file a pretrial conference statement, jury materials, and proposed findings of fact and proposed conclusions of law is vacated.

4. The pretrial conference with the Court set for September 27, 2024 at 2:00 p.m. is vacated.

5. The September 30, 2024 deadline for the Parties to deliver trial exhibits to the Court is vacated.

6. All other deadlines remain in effect.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:  August 2, 2024

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | Dated: August 1, 2024 | **SAVERI & SAVERI, INC.** |
| 2 | | R. ALEXANDER SAVERI |

*/s/ R. Alexander Saveri*
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

Dated: August 1, 2024         **NORTON ROSE FULBRIGHT US LLP**
                              JEFFREY MARGULIES

By: */s/ Jeffrey B. Margulies*
JEFFREY B. MARGULIES (BAR NO. 126002)
KAYLEE YANG (BAR NO. 303464)
NORTON ROSE FULBRIGHT US LLP
555 California Street, Suite 3300
San Francisco, California 94104
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

GERALDINE YOUNG (admitted *pro hac vice*)
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (213) 651-5246
geraldine.young@nortonrosefulbright.com

*ATTORNEYS FOR DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.*