

| FINANCIAL |
| RECOVERY |
| STRATEGIES |

Jeffrey N. Leibell
**Chief Legal & Financial Officer**
(201) 853-1246
jleibell@frsco.com

July 31, 2024

**BY FEDERAL EXPRESS**
Honorable Jon S. Tigar
United States District Judge
United States District Court
  for the Northern District of California
Oakland Courthouse
301 Clay Street
Oakland, CA 94612

**FILED**

AUG 02 2024 

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

> *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Indirect Purchaser Actions,
> MDL No. 1917, Master File No. 4:07-cv-5944-JST,
> <u>Case No. 4:17-cv-04067-JST (N.D. Cal.) (*"CRTI"*)</u>

Dear Judge Tigar:

*NC*

As described below, Financial Recovery Services, Inc. d/b/a Financial Recovery Strategies ("FRS"), which has been retained by 2,686 claimants in connection with IPPs' settlement with Mitsubishi Electric (the "Mitsubishi Settlement"), objects on behalf of two of those claimants to Indirect Purchaser Plaintiffs' Notice of Motion and Motion for Order Authorizing Distribution of Settlement Funds, ECF No. 6406 (the "Distribution Motion").[1]

The two claims that are the subject of this objection (the "Claims") were timely filed, as set forth in Exhibit B to the Declaration of Joseph M. Fisher Re: Notice, Claims Processing and Distribution of Settlement Funds, ECF No. 6406-3 ("Fisher Exhibit B"), and FRS did not receive from the Settlement Administrator an audit notice, duplicate claim notice, deficiency notice or any other correspondence or communication that set forth a determination by the Settlement Administrator that the CRT Weighted Units should be reduced from those included in the data that FRS provided. And unlike in connection with the distribution of the Prior Settlements, pursuant to which the Settlement Administrator provided FRS with a report, denominated "FRS End-User Claim Report," that set forth for each claim that FRS submitted the weighted units and all determination relevant to it, FRS was not provided with any information concerning the Settlement Administrator's determinations for any of the 2,686 claims that FRS submitted

---

[1] All terms with initial capitalization not defined herein shall have the meanings ascribed to them in the Distribution Motion.



Honorable Jon S. Tigar
July 31, 2024
Page 2

in connection with the Mitsubishi Settlement. The Settlement Administrator has thus not provided FRS
with any explanation for the reductions to the Claims.

The specifics for the Claims are as follows:

| Claimant | Claim No. | Weighted Units Claimed | Weighted Units Per Fisher Exhibit B | Unexplained Reduction |
|---|---|---|---|---|
| Westboro Motors ("Westboro") | KTV-5527327 | 452.9 | 8.3 | 444.6 |
| Captain D's LLC ("Captain D's") | XXG-5157168 | 9,874.5 | 451.9 | 9,422.6 |

The Weighted Units for Westboro were provided by email on February 21, 2024.

| | Standard TVs | Large TVs | Monitors |
|---|---|---|---|
| Units Claimed | 13 | 13 | 128 |
| Weighting[2] | 1.0 | 4.3 | 3.0 |
| Weighted Units | 13.0 | 55.9 | 384.0 |
| **TOTAL** | | | **452.9** |

A true and correct photocopy of FRS's February 21, 2024 email is attached as Exhibit A.

The Weighted Units for Captain D's are based on FRS's online submission of a proof of claim that
set forth 1,464 computer monitors and 1,275 large televisions, for a total of 2,739 unweighted CRT units.
A screenshot of the proof of claim was retrieved on July 31, 2024 from the portal that the Settlement
Administrator established for FRS. In item number 5 of the "Certification" (on page 2), that amount of
unweighted units is set forth: "I have reviewed and meet the eligibility criteria above for the 2739 CRT
Product(s) purchased." The corresponding Weighted Units are 4,392 for computer monitors (weighting
factor of 3.0) and 5,482.5 for large televisions (weighting factor of 4.2) for total Weighted Units of **9,874.5**.
A true and correct photocopy of the proof of claim that FRS submitted online is attached as Exhibit B.

*    *    *    *    *

---

[2] *See* Distribution Motion, Note 2 (p.6).



Honorable Jon S. Tigar
July 31, 2024
Page 3

For the foregoing reasons, FRS requests that Exhibit B be amended to reflect Weighted Units for

Westboro and Captain D's as 452.9 and 9,874.5, respectively.

Respectfully submitted,

Jeffrey N. Leibell

Copy to:            Clerk of the Court
Copy (via email) to:   Mario N. Alioto, Esq. (malioto@tatp.com)
                Lauren C. Capurro, Esq. (laurenrussell@tatp.com)
                Robert J. Gralewski, Jr., Esq. (BGralewski@kmllp.com)
                Joseph M. Fisher (jfisher@notice.com)

# EXHIBIT A

**From:** Angela Rivera <arivera@frsco.com>
**Sent:** Wednesday, February 21, 2024 11:58 AM
**To:** CRT Indirect Purchaser Class Action - Audit <Audit@crtclaims.com>
**Subject:** Westboro Motors - Claim No. KTV-5527327
**Importance:** High

Dear Claims Administrator:

Below are the claim totals for our client, Westboro Motors, Claim No. KTV-5527327.

I tried using the portal to add this data, however, I am unable to see any of our records unless I export the spreadsheet and was unable to add these totals.

- CRT Computer Monitors – 128
- Standard TVs – 13
- Large TVs – 13

Please confirm this data has been added to our client's claim.

Thank you.


**Angela Rivera**
Director of Processing
561.231.5339 | arivera@frsco.com | **LinkedIn**

*If you do not wish to receive any more emails, please reply to this email with the word "unsubscribe" in the subject line.*

*Claim forms are being delivered and are available online beginning December 1, 2023. Class members need not sign up for a third-party service in order to participate in any monetary relief. No-cost assistance is available from the Class Administrator and*

*Class Counsel during the claims-filing period. For additional information, class members may visit the Court-approved website at www.PaymentCardSettlement.com, or contact Class Counsel or the Class Administrator.*

 **Financial Recovery Strategies**
270 Sylvan Ave. Ste 2240, Englewood Cliffs, NJ 07632
201.853.0300 Main | 201.853.0301 Fax | www.FRSCO.com

*This email message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies and attachments of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.*
*The above communication is not intended to provide any tax advice. If you wish to obtain tax advice concerning any matter described or referred to in this email message, you should contact your tax advisor.*
*Financial Recovery Strategies (FRS) is a third-party class action settlement claims recovery consulting firm; we are not class counsel or a claims administrator. Class members may always file claims on their own without retaining FRS, and may contact class counsel and the claims administrator for information about a settlement and for claims filing assistance. FRS, if retained, works on an agreed-upon contingent commission basis.*

# EXHIBIT B

**CRT Claim Representative Portal**

Welcome angela.rivera | Logout

Home     Security     Contact Us

# Add Class Member Information

## Select Class Member Type.

○ Individual Class Member.

◉ Business Class Member.

Claim ID

XQZ-3272956

## Claimant Information

Entity Name/Business Name of Class Member*

Captain D's LLC

Person to contact if there are questions

Angela Rivera

Email Address*

crt2@frsco.net

Phone Number

(561)231-5339

Street Address*

624 Grassmere Park, Ste 30

City*

Nashville

Please check if this is a non-U.S. address ☐

State*

Tennessee

Zip Code*

37211

**Either Federal Taxpayer Identification Number OR Date of Formation/Incorporation is required below.**
Federal Taxpayer Identification Number (##-#######)

52-2262786

Date of Formation/Incorporation

mm/dd/yyyy

Number of Employees (Average during class period)*

5,000

Number of Locations (Average during class period)*

315

## Purchase Information

Provide the **total number** (NOT amount paid) of CRT Products purchased during the Claims Periods in eligible states. For example, if you purchased two 19" TVs & one 32" TV, you would put a 2 under Standard CRT TV & 1 under Large CRT TV.

Number of Standard CRT Television (screen size less than 30 inches) purchased

0

Number of Large CRT Television (screen size 30 inches or larger) purchased

# CRT Claim Representative Portal

Home      Security      Contact Us

0

Other CRT Product description, if claimed above

---

## Certification

**ELIGIBILITY CRITERIA: To qualify for compensation in this settlement, your claimed CRT purchases must:**

1. Have been made in an Eligible State(s) within the relevant Claim Period(s)

Tennessee                                                    ⌄

**Eligible Consumers:** All persons or entities (individual or business) that indirectly purchased CRT Products for their own use and not for resale.
**Claims Periods:** March 1, 1995 through November 25, 2007

2. Meet the Eligible Consumers restrictions for the Eligible State(s), paying particular attention to those purchases made in Missouri, Montana and Rhode Island;
3. Have been Indirectly Purchased (Purchased from someone other than the manufacturer of the CRT Product);
4. **Not include any purchases of Sony branded CRT Products; and**
5. Not include purchases of CRT Products intended for resale to others.

I have reviewed and meet the eligibility criteria above for the 2739 CRT Product(s) purchased.

I declare under penalty of perjury under the laws of the United States of America, that the information provided in this Claim Form is true and correct to the best of my knowledge and belief. I declare that my purchases were made in eligible states, within the eligible Claims Periods, and that my purchases were NOT directly from Mitsubishi Electric nor an Alleged Co-Conspirator.

**Certification Name\***
Enter your full name (Authorized Business Representitive) here to certify this claim submission.

Angela Rivera

Title of Authorized Business Representative\*                    Today's Date\*

Director of Processing                                        05/31/2023

---

## Written Authorization

To submit a new claim you must attach the Class Member's Written Authorization, signed and dated by the Class Member, authorizing you to submit a Claim Form in this case on behalf of the Class Member.

Accepted file types are: PDF, TIF, JPG, GIF, PNG. Other file types will be rejected. Please confirm in the grid below that your file has been successfully uploaded.

Select File for Upload          Browse       | Upload |

### *Documentation Uploaded*

Captain D'S LLC - ATF.pdf          🗑

[ ◄ Cancel ]  [ **Submit ►** ]

---