FRS
270 Sylvan Ave
Ste 2240
Englewood Cliffs, NJ 07632

Clerk of the Court
Oakland Courthouse
301 Clay Street
Oakland, CA 94612




