Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 483
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
        laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

Robert J. Gralewski, Jr. (196410)
KIRBY McINERNEY LLP
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: 858-834-2044
Email: BGralewski@kmllp.com

*Additional Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 4:07-cv-5944-JST<br>Case No. 4:17-cv-04067-JST |
| This Document Relates to:<br><br>*Luscher, et al. v. Mitsubishi Electric Corp.*, No. 4:17-cv-04067-JST | MDL NO. 1917<br><br>**INDIRECT PURCHASER PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUNDS [ECF NO. 6406] AND RESPONSE TO FINANCIAL RECOVERY STRATEGIES' OBJECTION [ECF. NO. 6410]**<br><br>Hearing Date: September 26, 2024<br>Time:          2:00 p.m.<br>Courtroom:  6, 2nd Floor<br>Judge:         Hon. Jon S. Tigar |

Indirect Purchaser Plaintiffs ("IPPs") respectfully submit this reply brief in support of their motion for an order authorizing distribution of the Mitsubishi settlement funds (ECF No. 6406) (the "Motion"). IPPs are concurrently filing the Supplemental Declaration of Joseph M. Fisher Re: Claims Processing ("Supp. Fisher Decl.") in further support of the Motion.

The primary purpose of the Supplemental Fisher Declaration is to provide the Court with an updated version of Exhibit B (attached as "Exhibit B-1") that was originally attached to Mr. Fisher's July 19, 2024, declaration (ECF No. 6406-3). Exhibit B-1, which is a listing of all approved claims, has been updated in response to additional information provided by several claim representatives and in response to the objection made by Financial Recovery Services, Inc. ("FRS") (ECF No. 6410). For comparison purposes, the aggregate number of CRT Weighted Units approved in Exhibit B exceeds 107 million while the updated Exhibit B-1 makes correcting entries that net to 104,553.7 CRT Weighted Units. Supp. Fisher Decl. ¶ 2.

As reflected in the record, only one objection—by FRS—was received in response to the Motion. Lead Counsel and Mr. Fisher carefully considered FRS's objection and based in part on additional information provided by FRS, Lead Counsel along with Mr. Fisher have determined that the claims disputed by FRS (which total 10,327.4 Weighted Units) are valid and will be paid. *See* Supp. Fisher Decl. at nn.2, 3, and 4. Accordingly, FRS has agreed to withdraw its objection. *Id*. at n.4. A revised proposed order is being submitted along with this reply brief which takes into account resolution of FRS's objections and the other matters addressed in the Supplemental Fisher Declaration. The prior proposed order is superseded by this revised proposed order.

Because there is no opposition to the motion and for all of the reasons articulated in IPPs' Motion for Order Authorizing Distribution of Settlement Funds (ECF No. 6406), the Court should grant the Motion and authorize distribution.

1

IPPS' REPLY IN SUPPORT OF MOTION FOR ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUNDS [ECF NO. 6406] AND RESPONSE TO FRS' OBJECTION [ECF. NO. 6410]
Case No. 4:17-cv-04067-JST; Master File No. 4:07-cv-5944-JST

| | | |
|---|---|---|
| 1 | Dated: August 12, 2024 | *s/ Mario N. Alioto* |

Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 483
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
Email: malioto@tatp.com
 laurenrussell@tatp.com

**Lead Counsel for the Indirect Purchaser Plaintiffs**

Robert J. Gralewski, Jr. (196410)
KIRBY McINERNEY LLP
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: (858) 834-2044
Email: BGralewski@kmllp.com

**Counsel for the Indirect Purchaser Plaintiffs**

IPPS' REPLY IN SUPPORT OF MOTION FOR ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUNDS [ECF NO. 6406] AND RESPONSE TO FRS' OBJECTION [ECF. NO. 6410]
Case No. 4:17-cv-04067-JST; Master File No. 4:07-cv-5944-JST

**CERTIFICATE OF SERVICE**

I, Robert J. Gralewski, Jr., certify that on August 12, 2024 the foregoing document entitled **INDIRECT PURCHASER PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUNDS [ECF NO. 6406] AND RESPONSE TO FINANCIAL RECOVERY STRATEGIES' OBJECTION [ECF. NO. 6410]** was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in this case.

                                                            *s/ Robert J. Gralewski, Jr.*
                                                            Robert J. Gralewski, Jr.

3

IPPS' REPLY IN SUPPORT OF MOTION FOR ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUNDS [ECF NO. 6406] AND RESPONSE TO FRS' OBJECTION [ECF NO. 6410]
Case No. 4:17-cv-04067-JST; Master File No. 4:07-cv-5944-JST