Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 483
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 4:07-cv-5944-JST<br>Case No.: 4:17-cv-04067-JST |
| This Document Relates to:<br><br>Luscher, et al. v. Mitsubishi Electric Corp., No. 4:17-cv-04067-JST | MDL NO. 1917<br><br>**SUPPLEMENTAL DECLARATION OF JOSEPH M. FISHER RE: CLAIMS PROCESSING**<br><br>Judge: Honorable Jon S. Tigar |

I, Joseph M. Fisher, declare:

## INTRODUCTION

1. <u>Identification</u>. I am the president of The Notice Company, Inc., a Massachusetts corporation with offices at 94 Station Street, Hingham, MA 02043 ("The Notice Company" or "Settlement Administrator"). The Notice Company is principally engaged in the administration of class action settlements and lawsuits pending in courts around the United States, including the dissemination of notice to class members, administering the claims process, and distributing the proceeds of the litigation to the class. I have over 20 years of experience assisting attorneys with class action notices and claims administration. I am also a member in good standing of the bars of the Commonwealth of Massachusetts, the District of Columbia, and the Commonwealth of Virginia. I am over 21 years of age and not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify thereto under oath.

2. <u>Purpose of Declaration</u>. The purpose of this Supplemental Declaration is to provide an updated version of <u>Exhibit B</u> that was filed with my Declaration on July 19, 2024, ECF No. 6406-3 ("<u>Exhibit B</u>"). <u>Exhibit B</u> is a 6,297-page listing of all approved claims, including Timely Claims and Late Claims, showing the number of CRT Weighted Units approved for each claim. The aggregate number of CRT Weighted Units approved in <u>Exhibit B</u> exceeds 107 million.[1] This Supplemental Declaration makes correcting entries to <u>Exhibit B</u> that net to 104,553.7 CRT Weighted Units. These corrections are in response to updates provided by several claim representatives, including the requests made by Financial Recovery Services, Inc. d/b/a Financial Recovery Strategies ("FRS") in its letter of objection to the Court dated July 31, 2024. ECF No. 6410. As a result of these corrections, FRS has withdrawn its objections. *See* note 4, *infra*.

## SUMMARY OF NOTICE PROCEDURES

3. <u>Updated Claim Quantities</u>. Subsequent to the preparation of my declaration, claim representatives brought to my attention three (3) claims where the claim quantities reported in Exhibit

---

[1] <u>Exhibit B</u> shows total CRT Weighted Units of 107,783,743.2 consisting of 107,616,288.6 CRT Weighted Units for Timely Claims and 167,454.6 CRT Weighted Units for Late Claims.

1

SUPPLEMENTAL DECLARATION OF JOSEPH M. FISHER RE: CLAIMS PROCESSING
Case No. 4:17-cv-04067-JST; Master File No. 4:07-cv-5944-JST

B were not accurate. The total CRT Weighted Units for the updated claims is an increase of 1,423.6. Exhibit B is hereby revised as follows:

    a. Claim No. CRT-212969 revised to 5,582.8 CRT Weighted Units

    b. Claim No. DDD-2158996 revised to 789.9 CRT Weighted Units

    c. Claim No. KTV-5527327 revised to 452.9 CRT Weighted Units[2]

    4.    Claim Withdrawals. Subsequent to the preparation of my declaration, claim representatives requested the withdrawal of 20 previously submitted claims. These claims, which are being withdrawn at the request of the claimants' representatives, totaled 350,127.9 CRT Weighted Units. Exhibit B is hereby modified to remove the claims listed below:

    a. Claim No. BMD-2280757 for 8.3 CRT Weighted Units

    b. Claim No. DCL-4182263 for 26,440.3 CRT Weighted Units

    c. Claim No. FSB-3547189 for 124.7 CRT Weighted Units

    d. Claim No. GJG-3180954 for 22,981.4 CRT Weighted Units

    e. Claim No. GXX-2682244 for 1,386.5 CRT Weighted Units

    f. Claim No. JXC-2377445 for 49,413.0 CRT Weighted Units

    g. Claim No. JXM-2748578 for 31,991.1 CRT Weighted Units

    h. Claim No. MTP-4506330 for 4,982.5 CRT Weighted Units

    i. Claim No. NJL-5430860 for 7,585.7 CRT Weighted Units

    j. Claim No. NRD-3540597 for 8.3 CRT Weighted Units

    k. Claim No. PJN-2582691 for 62.6 CRT Weighted Units

    l. Claim No. QLQ-3401243 for 469.8 CRT Weighted Units

    m. Claim No. QMX-1223663 for 8.3 CRT Weighted Units

    n. Claim No. RTZ-2648715 for 30,462.0 CRT Weighted Units

    o. Claim No. TDL-4354557 for 6,196.2 CRT Weighted Units

    p. Claim No. VMP-5670894 for 31,842.8 CRT Weighted Units

---

[2] Claim No. KTV-5527327 for Westboro Motors was referenced by FRS in its letter to the Court dated July 31, 2024. ECF No. 6410.

    q. Claim No. VPG-2583699 for 8,915.2 CRT Weighted Units

    r. Claim No. WDV-3599504 for 1,228.3 CRT Weighted Units

    s. Claim No. WWT-3428025 for 20.9 CRT Weighted Units

    t. Claim No. XDR-1093853 for 126,000.0 CRT Weighted Units

5. <u>Additional Claims</u>. Subsequent to the preparation of my declaration, claim representatives brought to my attention eight (8) claims that were not listed on <u>Exhibit B</u>. After a review of documents, and discussions with claims representatives as needed, the Settlement Administrator is satisfied that the claims should be accepted for 453,258.0 CRT Weighted Units. <u>Exhibit B</u> is hereby modified by adding the below claims:

    a. Claim No. CRT-301001 for 2,510.7 CRT Weighted Units

    b. Claim No. CRT-301002 for 91,320.0 CRT Weighted Units

    c. Claim No. XQZ-3272956 for 9,874.5 CRT Weighted Units[3]

    d. Claim No. ZZZ-9999601 for 591.5 CRT Weighted Units

    e. Claim No. ZZZ-9999602 for 1,304.1 CRT Weighted Units

    f. Claim No. ZZZ-9999701 for 4,353.0 CRT Weighted Units

    g. Claim No. ZZZ-9999702 for 11,000.4 CRT Weighted Units

    h. Claim No. ZZZ-9999703 for 332,303.8 CRT Weighted Units

6. <u>No Other Issues</u>. As of the date of this Declaration, the Settlement Administrator has received no other objections or corrections to any of the claims reported on <u>Exhibit B</u>.[4]

7. <u>Updated Exhibit B</u>. Attached hereto and identified as "<u>Exhibit B-1</u>" is an updated version of <u>Exhibit B</u> that includes the corrections and updates as described above. Exhibit B-1 shows

---

[3] Claim No. XQZ-3272956 for Captain D's LLC was referenced by FRS (incorrectly as Claim No. XXG-5157168) in its letter to the Court dated July 31, 2024. ECF No. 6410.

[4] I reviewed my decision to accept the two claims referenced at footnotes 2 and 3, *supra*, with Jeffrey N. Leibell, Esquire, FRS' Chief Legal & Financial Officer. My Leibell responded by email dated August 9, 2024, stating that FRS "has agreed to withdraw its objections." A copy of Mr. Leibell's email is attached hereto as <u>Exhibit A</u>.

total CRT Weighted Units of 107,888,296.9 consisting of 107,371,289.5 CRT Weighted Units for 251,998 Timely Claims and 517,007.4 CRT Weighted Units for 23 Late Claims.[5]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed at Hingham, Massachusetts, this 12th day of August, 2024.

_____
JOSEPH M. FISHER

---

[5] Exhibit B-1 shows a net increase of 104,553.7 CRT Weighted Units compared to my original Exhibit B, representing a change of less than one tenth of one percent.