# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT A

**Subject:** Re: FRS Objection to IPPs' Motion to Distribute (Mitsubishi Settlement)
**From:** "Jeffrey N. Leibell" <jleibell@frsco.com>
**Date:** 8/9/24, 9:00 PM
**To:** Joseph Fisher <jfisher@notice.com>
**CC:** Robin Niemiec <rniemiec@frsco.com>, Mario Alioto <MAlioto@tatp.com>, Dan Coggeshall <dcoggeshall@frsco.com>, Angela Rivera <arivera@frsco.com>, "laurenrussell@tatp.com" <laurenrussell@tatp.com>, "BGralewski@kmllp.com" <BGralewski@kmllp.com>

Joe,

I received your voicemail message today in which you advised that you would be revising your declaration to accept the two claims identified in FRS's July 31 objection. That action will moot the objection. As such, you may simultaneously advise the Court that, as a result of accepting those two claims, FRS has agreed to withdraw its objections.

Thank you for your consideration, and let me know if you need anything else.

Jeff


Jeffrey N. Leibell
Chief Legal & Financial Officer
201.853.1246 | jleibell@frsco.com | LinkedIn

If you do not wish to receive any more emails, please reply to this email with the word "unsubscribe" in the subject line.
Claim forms have been delivered and have been available online since December 1, 2023. Class members need not sign up for a third-p
No-cost assistance is available from the Class Administrator and Class Counsel during the claims-filing period. For additional informatio



**Financial Recovery Strategies**
270 Sylvan Ave. Ste 2240, Englewood Cliffs, NJ 07632
201.853.0300 Main | 201.853.0301 Fax | www.FRSCO.com

This email message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any un
and destroy all copies and attachments of the original message. If you are the intended recipient, please be advised that the content
The above communication is not intended to provide any tax advice. If you wish to obtain tax advice concerning any matter describe
Financial Recovery Strategies (FRS) is a third-party class action settlement claims recovery consulting firm; we are not class couns
claims administrator for information about a settlement and for claims filing assistance. FRS, if retained, works on an agreed-upon