Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 483
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
       laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

Robert J. Gralewski, Jr. (196410)
KIRBY McINERNEY LLP
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: 858-834-2044
Email: BGralewski@kmllp.com

*Additional Counsel for the*
*Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 4:07-cv-5944-JST<br>Case No. 4:17-cv-04067-JST |
| This Document Relates to:<br><br>*Luscher, et al. v. Mitsubishi Electric Corp.*, No. 4:17-cv-04067-JST | MDL NO. 1917<br><br>**INDIRECT PURCHASER PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Conference Date: August 20, 2024<br>Time:            2:00 p.m.<br>Courtroom:   6, 2nd Floor<br>Judge:           Hon. Jon S. Tigar |

This case against Mitsubishi Electric Corporation ("Mitsubishi") has been settled. Mitsubishi has been dismissed and judgment entered accordingly.

All that remains is the distribution of the settlement proceeds to the class member claimants. Indirect Purchaser Plaintiffs ("IPPs") have filed a motion for distribution (ECF No. 6406) and a reply brief in support of distribution (ECF No. 6411). There is no opposition, and IPPs have requested that the Court grant the motion and enter their Proposed Order (ECF No. 6411-4).

IPPs do not have any other matters to present to the Court at this time.

Dated: August 13, 2024

*s/ Mario N. Alioto*
Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 483
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
Email: malioto@tatp.com
　　　laurenrussell@tatp.com

**Lead Counsel for the Indirect Purchaser Plaintiffs**

Robert J. Gralewski, Jr. (196410)
KIRBY McINERNEY LLP
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: (858) 834-2044
Email: BGralewski@kmllp.com

**Counsel for the Indirect Purchaser Plaintiffs**

**CERTIFICATE OF SERVICE**

I, Robert J. Gralewski, Jr., certify that on August 13, 2024 the foregoing document entitled **INDIRECT PURCHASER PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT** was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in this case.

*s/ Robert J. Gralewski, Jr.*
Robert J. Gralewski, Jr.
