*COMPLETE LIST OF PARTIES REPRESENTED LISTED ON SIGNATURE PAGE*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST <br><br> MDL No. 1917 <br><br> **STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE** <br><br> Judge:     Hon. Jon S. Tigar |
| This Documents Relates to: <br><br> *ALL DIRECT PURCHASER ACTIONS* | |

Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. ("Irico" or the "Irico Defendants") (collectively, the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on January 27, 2023, this Court entered an Order setting the case schedule and pre-trial and trial deadlines in the DPP Action (ECF No. 6145) (the "Scheduling Order");

WHEREAS, the Scheduling Order sets trial in the DPP Action to begin on October 28, 2024 (*id.* at 4);

WHEREAS, on August 1, 2024, the Parties jointly filed a Stipulation and Proposed Order (ECF No. 6407) that good cause existed to modify and vacate all remaining August 30, 2024 to September 30, 2024 pre-trial deadlines in the Scheduling Order, pending a ruling from the Court on the Irico Defendants' objections to the Special Master's Report & Recommendation on Plaintiffs' Motion for Terminating Sanctions (ECF No. 6389) ("Irico's Objections to the Sanctions R&R");

WHEREAS, on August 2, 2024, the Court signed the stipulated Proposed Order (ECF No. 6409), vacating all remaining pre-trial deadlines in the Scheduling Order;

WHEREAS, as directed by the Court during the September 5, 2024 hearing on Irico's Objections to the Sanctions R&R, the Parties have met and conferred regarding the October 28, 2024 trial date in the DPP Action;

WHEREAS, the Parties agree that, in the interests of efficiency and conservation of resources, good cause exists to vacate the current October 28, 2024 trial date in the DPP Action, pending a ruling from the Court on Irico's Objections to the Sanctions R&R; and

WHEREAS, the Parties agree to meet and confer after the Court's ruling on Irico's Objections to the Sanctions R&R to propose a schedule for the filing and exchange of pretrial materials and for trial, if necessary.

DOCUMENT PREPARED ON RECYCLED PAPER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for DPPs and the Irico Defendants that good cause exists to modify the deadlines as follows:

1. The October 28, 2024 trial date in the DPP Action is vacated.
2. Within two weeks of the Court's ruling on Irico's Objections to the Sanctions R&R, the Parties shall meet and confer on the schedule for any necessary remaining events in the case and submit a joint proposal or competing proposals therefor.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:

———————————————————
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Document Prepared on Recycled Paper

- 3 -

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE

| | | |
|---|---|---|
|1| Dated: October 3, 2024 | **SAVERI & SAVERI, INC.** |
|2| | R. ALEXANDER SAVERI |

*/s/ R. Alexander Saveri*
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Matthew D. Heaphy (227224)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

Dated: October 3, 2024    **NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES

By: */s/ Jeffrey B. Margulies*
JEFFREY B. MARGULIES (BAR NO. 126002)
KAYLEE YANG (BAR NO. 303464)
NORTON ROSE FULBRIGHT US LLP
555 California Street, Suite 3300
San Francisco, California 94104
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

GERALDINE YOUNG (admitted *pro hac vice*)
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (213) 651-5246
geraldine.young@nortonrosefulbright.com

*ATTORNEYS FOR DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.*

**ATTESTATION**

I, Geraldine Young, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the filing of the document.

By: /s/ *Geraldine Young*
　　　Geraldine Young