*COMPLETE LIST OF PARTIES REPRESENTED LISTED ON SIGNATURE PAGE*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST |
| | MDL No. 1917 |
| | **STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE** |
| | Judge:      Hon. Jon S. Tigar |
| This Documents Relates to: *ALL DIRECT PURCHASER ACTIONS* | |

DOCUMENT PREPARED ON RECYCLED PAPER

1    Direct Purchaser Plaintiffs ("DPPs") and Defendants Irico Group Corporation and Irico

2    Display Devices Co., Ltd. ("Irico" or the "Irico Defendants") (collectively, the "Parties"), by and

3    through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b)(4) and

4    Civil Local Rule 7-12, hereby stipulate as follows:

5    WHEREAS, on January 27, 2023, this Court entered an Order setting the case schedule

6    and pre-trial and trial deadlines in the DPP Action (ECF No. 6145) (the "Scheduling Order");

7    WHEREAS, the Scheduling Order sets trial in the DPP Action to begin on October 28,

8    2024 (*id.* at 4);

9    WHEREAS, on August 1, 2024, the Parties jointly filed a Stipulation and Proposed Order

10   (ECF No. 6407) that good cause existed to modify and vacate all remaining August 30, 2024 to

11   September 30, 2024 pre-trial deadlines in the Scheduling Order, pending a ruling from the Court

12   on the Irico Defendants' objections to the Special Master's Report & Recommendation on

13   Plaintiffs' Motion for Terminating Sanctions (ECF No. 6389) ("Irico's Objections to the

14   Sanctions R&R");

15   WHEREAS, on August 2, 2024, the Court signed the stipulated Proposed Order (ECF No.

16   6409), vacating all remaining pre-trial deadlines in the Scheduling Order;

17   WHEREAS, as directed by the Court during the September 5, 2024 hearing on Irico's

18   Objections to the Sanctions R&R, the Parties have met and conferred regarding the October 28,

19   2024 trial date in the DPP Action;

20   WHEREAS, the Parties agree that, in the interests of efficiency and conservation of

21   resources, good cause exists to vacate the current October 28, 2024 trial date in the DPP Action,

22   pending a ruling from the Court on Irico's Objections to the Sanctions R&R; and

23   WHEREAS, the Parties agree to meet and confer after the Court's ruling on Irico's

24   Objections to the Sanctions R&R to propose a schedule for the filing and exchange of pretrial

25   materials and for trial, if necessary.

26

27

28

1      IT IS HEREBY STIPULATED AND AGREED by and between counsel for DPPs and the

2  Irico Defendants that good cause exists to modify the deadlines as follows:

3      1.    The October 28, 2024 trial date in the DPP Action is vacated.

4      2.    Within two weeks of the Court's ruling on Irico's Objections to the Sanctions

5      R&R, the Parties shall meet and confer on the schedule for any necessary

6      remaining events in the case and submit a joint proposal or competing proposals

7      therefor.

8

9      **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO**

10  **ORDERED.**

11

12  Dated:  October 4, 2024

13

14  HONORABLE JON S. TIGAR
   UNITED STATES DISTRICT JUDGE

DOCUMENT PREPARED
ON RECYCLED PAPER

1    Dated:  October 3, 2024                    **SAVERI & SAVERI, INC.**
                                                R. ALEXANDER SAVERI
2

3
                                                */s/ R. Alexander Saveri*
4                                               R. Alexander Saveri (173102)
                                                Geoffrey C. Rushing (126910)
5                                               Matthew D. Heaphy (227224)
                                                SAVERI & SAVERI, INC.
6                                               706 Sansome Street
                                                San Francisco, CA 94111
7                                               Telephone: (415) 217-6810
                                                Facsimile: (415) 217-6813
8
                                                *Lead Counsel for Direct Purchaser Plaintiffs*
9
     Dated:  October 3, 2024                    **NORTON ROSE FULBRIGHT US LLP**
10                                              JEFFREY MARGULIES

11

12
                                                 By: */s/ Jeffrey B. Margulies*
13                                               JEFFREY B. MARGULIES (BAR NO. 126002)
                                                 KAYLEE YANG (BAR NO. 303464)
14                                               NORTON ROSE FULBRIGHT US LLP
                                                 555 California Street, Suite 3300
15                                               San Francisco, California 94104
                                                 Telephone: (213) 892-9200
16                                               Facsimile: (213) 892-9494
                                                 jeff.margulies@nortonrosefulbright.com
17                                               kaylee.yang@nortonrosefulbright.com

18                                               GERALDINE YOUNG (admitted *pro hac vice*)
                                                 1550 Lamar Street, Suite 2000
19                                               Houston, Texas  77010
                                                 Telephone: (713) 651-5151
20                                               Facsimile: (213) 651-5246
                                                 geraldine.young@nortonrosefulbright.com
21

22                                               *ATTORNEYS FOR DEFENDANTS IRICO
                                                 GROUP CORP. AND IRICO DISPLAY DEVICES
23                                               CO., LTD.*

24

25

26

27

28