1  Mario N. Alioto (56433)
   Joseph M. Patane (72202)
2  Lauren C. Capurro (241151)
   TRUMP, ALIOTO, TRUMP & PRESCOTT
3  LLP
   2280 Union Street
4  San Francisco, CA 94123
   Telephone: 415-563-7200
5  Facsimile: 415- 346-0679
   Email: malioto@tatp.com
6  jpatane@tatp.com
   laurenrussell@tatp.com
7
   *Lead Counsel for the*
8  *Indirect Purchaser Plaintiffs*

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
               OAKLAND   ~~SAN FRANCISCO~~ DIVISION
12

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST; 3:07-cv-6331-JST |
|---|---|
| | MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to: All Indirect Purchaser Actions | **[PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANTS IRICO DISPLAY DEVICES CO., LTD. AND IRICO GROUP CORPORATION** |
| | Judge: Honorable Jon S. Tigar<br>Court: Courtroom 9~~, 19th Floor~~<br>   **6, 2nd Floor** |

It appearing from the records in the actions titled *In Re: Cathode Ray Tube (CRT) Antitrust Litig.*, No. 07-cv-5944-JST and *Figone v. LG Electronics, Inc., et al.,* No. 07-cv-6331-JST, that the Summons and Complaint for these cases have been served upon Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation, and it further appearing from the declaration of counsel for the Indirect Purchaser Plaintiffs and other evidence that Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation have failed to plead or otherwise defend this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel for the Indirect Purchaser Plaintiffs, the DEFAULT of Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation is hereby entered.

Mark B. Busby,
CLERK OF THE COURT

DATED: 11/19/2024     By: /s/ Jessie Mosley



Jessie Mosley, Deputy Clerk

1

[PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANTS IRICO DISPLAY DEVICES CO., LTD. AND IRICO GROUP CORPORATION - Master File No. CV-07-5944-JST