MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile:  (415) 346-0679
E-mail:     malioto@tatp.com
            laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL NO. 1917 |
| | Case No. 07-cv-5944-JST |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING MOTION FOR APPROVAL OF PAYMENTS TO OBJECTORS PURSUANT TO FED. R. CIV. P. 23(e)(5)(B)** |
| *ALL INDIRECT PURCHASER ACTIONS* | |
| | The Honorable Jon S. Tigar |

1 | The Court, having considered the Indirect Purchaser Plaintiffs' ("IPPs") Motion for Approval of Payments to Objectors Pursuant to Fed. R. Civ. P. 23(e)(5)(B) ("Motion"), the supporting materials and other papers on file in this action, and the statements of counsel and the parties, and finding good cause appearing, hereby GRANTS the Motion.

**IT IS SO ORDERED.**

Dated: _____

                                                  Hon. Jon S. Tigar
                                                  United States District Judge