*[Submitting Parties and Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917<br><br>**JOINT STATEMENT PURSUANT TO COURT ORDER (ECF No. 6449)** |
| This document relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS*<br><br>*ALL DIRECT PURCHASER ACTIONS* | |

Pursuant to this Court's Order that the Parties "meet and confer to submit a joint one page document by 2/7/2025 at 5:00 PM that identifies the pages, docket numbers, and materials that are relevant to the Chinese law questions discussed" at the February 5, 2025 conference ("CMC"), ECF No. 6449, the Parties, by and through the undersigned counsel, hereby submit the following.

The following documents are available on ECF:

| ECF No. | Document | Pages |
|---|---|---|
| 5993-2 | Reply Expert Report of Phillip M. Johnson, Ph.D. (Mar. 4, 2022) | Pages 2, 23-24 |
| 6042 | Order Granting [DPPs'] Motion for Class Certification (Aug. 1, 2022) | Page 11 |
| 6149-1 | Decl. of Margaret E. Guerin-Calvert in Support of Irico's Motion to Exclude Testimony of Dr. Janet Netz (Feb. 15, 2023) | Pages 17-21 |
| 6150-1 | Supplemental Expert Report of Margaret E. Guerin-Calvert (Mar. 16, 2022) | Pages 1034-1038 |
| 6181-2 | Decl. of Janet S. Netz, Ph.D., In Response to Irico Defendants' Motion to Partially Exclude Testimony (Mar. 20, 2023) | Pages 12-14 |
| 6306-6 | Janet S. Netz, Ph.D., Rebuttal to Supplemental Expert Report of Margaret E. Guerin-Calvert and Expert Report of Donald Clarke (Apr. 27, 2022) | Pages 5-10 |
| 6307-8, Ex. 66 | Expert Report of Henry Gao (May 26, 2023) | Pages 2-11 |
| 6378-3 | (a) Expert Report of Donald Clarke, dated July 21, 2023, and (b) Expert Report of Donald Clarke, dated March 16, 2022 | Pages 9-18, 49-152[1] |

The following documents have been served but not filed in this litigation:

| Document | Pages |
|---|---|
| Expert Report of Phillip M. Johnson, Ph.D. (May 26, 2023) | Pages 49-51 |
| Expert Report of Margaret E. Guerin-Calvert (July 21, 2023) | Pages 75-79 |
| Expert Rebuttal Report of Henry Gao (Sept. 1, 2023) | Pages 5-10 |
| Expert Rebuttal Report of Phillip M. Johnson, Ph.D. (Sept. 1, 2023) | Page 6 |

Upon request, the Parties will provide to the Court a binder of the above materials, in paper or electronic format.

---

[1] The translated Chinese regulations can be found starting on page 54 of ECF No. 6378-3. As Plaintiffs noted at the CMC, there are outstanding translation disputes between the Parties, including as to exhibits to the Clarke Report. *See, e.g.*, ECF No. 6307-8, Ex. 66 (Gao Report) ¶¶ 21-22.

Respectfully submitted,

Dated: February 7, 2025

**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**

*/s/ Mario N. Alioto*
Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

Dated: February 7, 2025

**SAVERI & SAVERI, INC.**

*/s/ R. Alexander Saveri*
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Matthew D. Heaphy (227224)
David Y. Hwu (281780)
SAVERI & SAVERI, INC.
1016 Lincoln Boulevard, Suite 306
San Francisco, CA 94129
Telephone: (415) 217-6810

*Lead Counsel for Direct Purchaser Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: February 7, 2025 | **NORTON ROSE FULBRIGHT US LLP** |

*/s/ Jeffrey B. Margulies*
JEFFREY B. MARGULIES (BAR NO. 126002)
KAYLEE YANG (BAR NO. 303464)
NORTON ROSE FULBRIGHT US LLP
555 California Street, Suite 3300
San Francisco, California 94104
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
jeff.margulies@nortonrosefulbright.com
kaylee.yang@nortonrosefulbright.com

GERALDINE YOUNG (admitted *pro hac vice*)
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (213) 651-5246
geraldine.young@nortonrosefulbright.com

*ATTORNEYS FOR DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.*

**ATTESTATION**

I, Jeffrey B. Margulies, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from the Signatories hereto.

By:    */s/     Jeffrey B. Margulies*
          Jeffrey B. Margulies