1  *[Submitting Parties and Counsel Listed on Signature Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917<br><br>**JOINT STATEMENT PURSUANT TO ORDER TO FILE EXPERT REPORTS (ECF No. 6452)** |
| This document relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS*<br><br>*ALL DIRECT PURCHASER ACTIONS* | |

Pursuant to this Court's Order that the Parties "file (a) the four non-filed expert reports in their entirety and (b) a compilation of all excerpts identified in the parties' February 7, 2025 joint statement," ECF No. 6452, the Parties, by and through the undersigned counsel, hereby submit the foregoing materials as attachments to this Joint Statement:

| Attachment | Document | Pages |
|---|---|---|
| 1 | Expert Report of Phillip M. Johnson, Ph.D. (May 26, 2023)[1] | Pages 49-51 |
| 2 | Expert Report of Margaret E. Guerin-Calvert (July 21, 2023) | Pages 75-79 |
| 3 | Expert Rebuttal Report of Henry Gao (Sept. 1, 2023) | Pages 5-10 |
| 4 | Expert Rebuttal Report of Phillip M. Johnson, Ph.D. (Sept. 1, 2023) | Page 6 |
| 5 | Compilation of all excerpts identified in the Parties' February 7, 2025 Joint Statement, ECF No. 6451 (the Parties have included each document's cover page in addition to the pages previously identified) | |

---

[1] The Expert Report of Phillip M. Johnson, Ph.D. (May 26, 2023) and the Expert Rebuttal Report of Phillip M. Johnson, Ph.D. (Sept. 1, 2023), filed herewith, were designated confidential because they were served prior to the entry of the Court's October 13, 2023 Order Granting Joint Motion for Leave to File Certain "Confidential" or "Highly Confidential" Documents in the Public Record (ECF No. 6329). The Parties confirm that these two reports, as well as the Expert Report of Margaret E. Guerin-Calvert (July 21, 2023), may be filed in the public record.

1
**JOINT STATEMENT PURSUANT TO ORDER TO FILE EXPERT REPORTS (ECF NO. 6452)
MASTER FILE NO. 07-CV-5944-JST; MDL NO. 1917**

Respectfully submitted,

Dated: February 14, 2025     **TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**

*/s/ Mario N. Alioto*
Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

***Lead Counsel for the Indirect Purchaser Plaintiffs***

Dated: February 14, 2025     **SAVERI & SAVERI, INC.**

*/s/ R. Alexander Saveri*
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Matthew D. Heaphy (227224)
David Y. Hwu (281780)
SAVERI & SAVERI, INC.
1016 Lincoln Boulevard, Suite 306
San Francisco, CA 94129
Telephone: (415) 217-6810

***Lead Counsel for Direct Purchaser Plaintiffs***

2
**JOINT STATEMENT PURSUANT TO ORDER TO FILE EXPERT REPORTS (ECF NO. 6452)
MASTER FILE NO. 07-CV-5944-JST; MDL NO. 1917**

| | |
|---|---|
| Dated: February 14, 2025 | **NORTON ROSE FULBRIGHT US LLP** |
| | */s/ Jeffrey B. Margulies* |
| | JEFFREY B. MARGULIES (BAR NO. 126002) |
| | KAYLEE YANG (BAR NO. 303464) |
| | NORTON ROSE FULBRIGHT US LLP |
| | 555 California Street, Suite 3300 |
| | San Francisco, California 94104 |
| | Telephone: (213) 892-9200 |
| | Facsimile: (213) 892-9494 |
| | jeff.margulies@nortonrosefulbright.com |
| | kaylee.yang@nortonrosefulbright.com |
| | |
| | GERALDINE YOUNG (admitted *pro hac vice*) |
| | 1550 Lamar Street, Suite 2000 |
| | Houston, Texas 77010 |
| | Telephone: (713) 651-5151 |
| | Facsimile: (213) 651-5246 |
| | geraldine.young@nortonrosefulbright.com |
| | |
| | *ATTORNEYS FOR DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.* |

3
**JOINT STATEMENT PURSUANT TO ORDER TO FILE EXPERT REPORTS (ECF NO. 6452)
MASTER FILE NO. 07-CV-5944-JST; MDL NO. 1917**

**ATTESTATION**

I, Geraldine W. Young, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from the Signatories hereto.

By:     /s/     Geraldine W. Young
        Geraldine W. Young

4
**JOINT STATEMENT PURSUANT TO ORDER TO FILE EXPERT REPORTS (ECF NO. 6452)
MASTER FILE NO. 07-CV-5944-JST; MDL NO. 1917**