# EXHIBIT 17



🇺🇸 An official website of the United States government
Here's how you know

JUSTICE NEWS

**Department of Justice**

Office of Public Affairs

FOR IMMEDIATE RELEASE                                    Tuesday, February 10, 2009

## Former Executive Indicted for His Role in Two Cathode Ray Tube Price-Fixing Conspiracies

### Global Price-fixing Scheme Involves Tubes Used in Computer Monitors and Televisions

WASHINGTON – A federal grand jury in San Francisco today returned a two-count indictment against the former Chairman and Chief Executive Officer of Chunghwa Picture Tubes Ltd. for his participation in global conspiracies to fix prices of two types of cathode ray tubes (CRTs) used in computer monitors and televisions, the U.S. Department of Justice announced today. This is the first charge as a result of the Antitrust Division's ongoing investigation into the cathode ray tubes industry.

The indictment, filed today in U.S. District Court in San Francisco, charges Cheng Yuan Lin, aka C.Y. Lin, a resident of Taiwan, with conspiring with others to suppress and eliminate competition by fixing prices, reducing output and allocating market shares of color display tubes (CDTs) to be sold in the U.S. and elsewhere, beginning at least as early as Jan. 28, 1997, until at least as late as April 7, 2003. The indictment also charges C.Y. Lin with conspiring with others to suppress and eliminate competition by fixing prices for color picture tubes (CPTs) to be sold in the U.S. and elsewhere, beginning at least as early as March 12, 1997, until at least as late as April 7, 2003.

CRTs consist of evacuated glass envelopes that contain an electron gun and a phosphorescent screen. When electrons strike the screen, light is emitted, creating an image on the screen. CDTs and CPTs are each types of CRTs. CDTs are used in computer monitors and other specialized applications, while CPTs are used in color televisions. The worldwide market for CRTs, including CPTs and CDTs, in 1997, at the start of the conspiracies has been estimated as approximately $26 billion.

"This conspiracy harmed countless Americans who purchased computers and televisions using cathode ray tubes sold at fixed prices," said Scott D. Hammond, Acting Assistant Attorney General in charge of the Antitrust Division. "The Antitrust Division will continue to prosecute individuals, wherever they are located and however high their position on the corporate ladder, who engage in price fixing aimed at U.S. businesses and consumers."

According to the charges, C.Y. Lin and co-conspirators carried out the CDT conspiracy by, among other things:

- Attending meetings and engaging in conversations and communications in Taiwan, Korea, Malaysia, China and elsewhere to discuss the prices, output and market shares of CDTs;
- Agreeing during those meetings, conversations and communications to charge prices of CDTs at certain target levels or ranges;
- Agreeing during those meetings, conversations and communications to reduce output of CDTs by shutting down CDT production lines for certain periods of time;
- Agreeing during those meetings, conversations and communications to allocate target market shares for the CDT market overall and for certain CDT customers;

- Exchanging CDT sales, production, market share and pricing information for the purpose of implementing, monitoring and enforcing adherence to the agreed-upon prices, output reduction and market share allocation;
- Implementing an auditing system that permitted co-conspirators to visit each other's production facilities to verify that CDT production lines had been shut down as agreed;
- Authorizing and approving the participation of subordinate employees in the conspiracy;
- Issuing price quotations and reducing output in accordance with the agreements reached; and
- Taking steps to conceal the conspiracy and conspiratorial contacts through various means.

C.Y. Lin is charged with carrying out the CPT conspiracy with his co-conspirators by, among other things:

- Attending meetings and engaging in conversations and communications in Taiwan, Korea, Malaysia, China, Thailand, Indonesia and elsewhere to discuss the prices of CPTs;
- Agreeing during those meetings, conversations and communications to charge prices of CPTs at certain target levels or ranges;
- Exchanging CPT pricing information for the purpose of implementing, monitoring and enforcing adherence to the agreed-upon prices;
- Authorizing and approving the participation of subordinate employees in the conspiracy;
- Issuing price quotations in accordance with the agreements reached; and
- Taking steps to conceal the conspiracy and conspiratorial contacts through various means.

On Feb. 3, 2009, Lin was indicted for his participation in a separate conspiracy to suppress and eliminate competition by fixing the prices of Thin Film Transistor-Liquid Crystal Display (TFT-LCD) panels.

Lin is charged with violating the Sherman Act, which carries a maximum penalty of three years imprisonment and a fine of $350,000 for individuals for violations occurring before June 22, 2004. The maximum fines may be increased to twice the gain derived from the crime or twice the loss suffered by the victims if either of those amounts is greater than the Sherman Act maximum fines.

This case is part of an ongoing joint investigation by the San Francisco Field Office of the Antitrust Division of the U.S. Department of Justice and the Federal Bureau of Investigation in San Francisco. Anyone with information concerning illegal conduct in the CRT industry is urged to call the San Francisco Field Office of the Antitrust Division at 415-436-6660.

---

**Component(s):**
Antitrust Division

**Press Release Number:**
09-110

*Updated September 15, 2014*

# EXHIBIT 18



**EUROPEAN COMMISSION**

**PRESS RELEASE**

Brussels, 5 December 2012

# Antitrust: Commission fines producers of TV and computer monitor tubes € 1.47 billion for two decade-long cartels

The European Commission has fined seven international groups of companies a total of € 1 470 515 000 for participating in either one or both of two distinct cartels in the sector of cathode ray tubes ("CRT"). For almost ten years, between 1996 and 2006, these companies fixed prices, shared markets, allocated customers between themselves and restricted their output. One cartel concerned colour picture tubes used for televisions and the other one colour display tubes used in computer monitors. The cartels operated worldwide. The infringements found by the Commission therefore cover the entire European Economic Area (EEA). Chunghwa, LG Electronics, Philips and Samsung SDI participated in both cartels, while Panasonic, Toshiba, MTPD (currently a Panasonic subsidiary) and Technicolor (formerly Thomson) participated only in the cartel for television tubes. Chunghwa received full immunity from fines under the Commission's 2006 Leniency Notice for the two cartels, as it was the first to reveal their existence to the Commission. Other companies received reductions of their fines for their cooperation in the investigation under the Commission's leniency programme.

Commission Vice President in charge of competition policy Joaquín Almunia said: *"These cartels for cathode ray tubes are 'textbook cartels': they feature all the worst kinds of anticompetitive behaviour that are strictly forbidden to companies doing business in Europe. Cathode ray tubes were a very important component in the making of television and computer screens. They accounted for 50 to 70% of the price of a screen. This gives an indication of the serious harm this illegal behaviour has caused both to television and computer screen producers in the EEA, and ultimately the harm it caused to the European consumers over the years".*

The two CRT cartels are among the most organised cartels that the Commission has investigated. For almost 10 years, the cartelists carried out the most harmful anti-competitive practices including price fixing, market sharing, customer allocation, capacity and output coordination and exchanges of commercial sensitive information. The cartelists also monitored the implementation, including auditing compliance with the capacity restrictions by plant visits in the case of the computer monitor tubes cartel.

Top management level meetings, dubbed "green(s) meetings" by the cartelists themselves because they were often followed by a golf game, designed the orientations for the two cartels. Preparation and implementation were carried out through lower level meetings, often referred to as "glass meetings", on a quarterly, monthly, sometimes even weekly basis. Meetings were held in various locations in Asia (Taiwan, Korea, Japan, Malaysia, Indonesia, Thailand, Hong Kong, etc.) and Europe (Amsterdam, Budapest, Glasgow, Paris, Rome). The cartels operated worldwide.

Multilateral meetings usually started with a review of demand, production, sales and capacity in the main sales areas, including Europe; then prices were discussed, including for individual customers, i.e. TV and computer manufacturers. They had therefore a direct impact on customers in the European Economic Area (EEA), ultimately harming final consumers. The cartelists were trying to address the decline of the CRT market in a collusive way, to the detriment of consumers. For example, one document recording the cartel discussions spells out clearly: *"producers need to avoid price competition through controlling their production capacity"*.

The investigation also revealed that the companies were well aware they were breaking the law. For instance, in a document found during the Commission's inspections, a warning goes as follows: *"Everybody is requested to keep it as secret as it would be serious damage if it is open to customers or European Commission"*. The participants were therefore taking precautions to avoid being in possession of anticompetitive documents. Some documents spelled out, for example: *"Please dispose the following document after reading it"*.

## Fines

The fines were set on the basis of the [Commission's 2006 Guidelines on fines](#) (see [IP/06/857](#) and [MEMO/06/256](#)).

In setting the level of fines, the Commission took into account the companies' sales of the products concerned in the EEA, the very serious nature of the infringement, its geographic scope, its implementation and its duration. If Chunghwa had not received full immunity, its fines would have been € 8 385 000 for the TV tubes cartel and € 8 594 000 for the computer monitor tubes cartel. Samsung SDI, Philips and Technicolor received reductions of fines ranging from 10 to 40% for their cooperation under the Commission's leniency programme. The reductions reflect the timing of their cooperation and the extent to which the evidence they provided helped the Commission to prove the respective cartels. One of the companies invoked its inability to pay the fine. The Commission assessed this claim under point 35 of the 2006 fines Guidelines and granted a reduction of the fine.

The fines imposed are as follows:

| Name of undertaking | Reduction under the Leniency Notice (%) | Fine for the TV tubes cartel[1] (€) | Fine for the computer monitor tubes cartel[1] (€) | Total fine[1] (€) |
|---|---|---|---|---|
| Chunghwa[2] | 100% | 0 | 0 | 0 |
| Samsung SDI | 40% | 81 424 000 | 69 418 000 | 150 842 000 |
| Philips | 30% | 240 171 000 | 73 185 000 | 313 356 000 |
| LG Electronics | 0% | 179 061 000 | 116 536 000 | 295 597 000 |
| Philips and LG Electronics[2] | 30% (reduction only for Philips) | 322 892 000 | 69 048 000 | 391 940 000 |
| Technicolor | 10% | 38 631 000 | | 38 631 000 |
| Panasonic | 0% | 157 478 000 | | 157 478 000 |
| Toshiba | 0% | 28 048 000 | | 28 048 000 |
| Panasonic, Toshiba and MTPD[2] | 0% | 86 738 000 | | 86 738 000 |
| Panasonic and MTPD[2] | 0% | 7 885 000 | | 7 885 000 |
| **TOTAL** | | 1 142 328 000 | 328 187 000 | **1 470 515 000** |

[1] *Legal entities within the undertaking may be held jointly and severally liable for the whole or part of the fine imposed.*

[2] *Jointly and severally liable for that whole fine imposed.*

## Background

A Cathode Ray Tube ("CRT") is an evacuated glass envelope containing an electron gun and a fluorescent screen. Two distinct types of CRTs are relevant for the cartels sanctioned in today's decisions: (i) colour display tubes (CDT) used in computer monitors and (ii) colour picture tubes (CPT) used for colour televisions. The CRT was gradually replaced by alternative techniques such as LCD and plasma displays.

The Commission's investigation started with unannounced inspections in November 2007 (see MEMO/07/453). A statement of objections was issued in November 2009 (see MEMO/09/525) on which the companies had the opportunity to comment and to be heard. A supplementary statement of objections concerning corporate liability was issued in June 2012 against two companies.

More information on this case will be available under the case number 39437 in the Commission's public case register on the competition website, once confidentiality issues have been dealt with. For more information on the Commission's action against cartels, see its cartels website.

## Action for damages

Any person or firm affected by anti-competitive behaviour as described in this case may bring the matter before the courts of the Member States and seek damages. The case law of the European Court of Justice (ECJ) and the Antitrust Regulation (Council Regulation 1/2003) both confirm that in cases before national courts, a Commission decision is binding proof that the behaviour took place and was illegal. Even though the Commission has fined the companies concerned, damages may be awarded without these being reduced on account of the Commission fine.

The Commission considers that meritorious claims for damages should be aimed at compensating, in a fair way, the victims of an infringement for the harm done. More information on antitrust damages actions, including the public consultation and a citizens' summary, is available at:

http://ec.europa.eu/comm/competition/antitrust/actionsdamages/documents.html

Contacts :
Antoine Colombani  (+32 2 297 45 13)
Marisa Gonzalez Iglesias  (+32 2 295 19 25)

# EXHIBIT 19



October 23, 2013


**Certification**

**Park IP Translations**


This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00028933E – CHU00028945E.


_____

Abraham I. Holczer

Project Manager


Park Ca                        se #                        29                        567

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

01/06 '95 11:47   FAX 603 7357277   CPTM SALES DEPT   CHUNGHWA SALES   001
[Entire Document Handwritten]

Du: *FOR YOUR FILE      FAX      CPTF*    Submit to Director/[illegible]

*CPT SALES & MARKETING DIVISION*
*VISITING REPORT*

*CPTM 950601-004*

> *ATTN:* → *Tony*
> *CC:*        Chih-Chun (C.C.) Liu

*Visiting Date*:        29-5-1995

*Company Name*:        *LUCKY GOLDSTAR ELECTRONICS*

*Person Contacted*:        *MR. B.K. JEON, MR. DOOGIE KIM, MR. MARK TAM*
*CPTM*:                *MR. JASON LU, VINCENT LEE*
*Subject*:                Market Information Exchange & Price Increase Discussion.

*CONTENTS*                                                *COMMENTS*

1. The main point of this visit to us by *GOLDSTAR* members was to discuss the background for a *CPT/CDT* price increase, and the price increase range as well as to exchange market information.

   [Note in the right margin:] Submit to *VP* Chen-Cheng Chien and President Chieng-Yuan (C.Y.) Lin.    [Initialed:] Lin 6/3]

2. *Mr. Jeon of GOLDSTAR* indicated that it is very difficult to raise the price of *CPT* because the television is a highly matured product with limited room to make profits.   In addition, the price of *TV set* in Europe is falling, so it would be hard to persuade customers to accept a price increase, unlike *Monitor*, where the price differential for a *CDT* price increase could be reflected to customers.   Therefore, *Goldstar* is cautious about this price increase and is visiting all *CPT/CDT Makers* in Thailand, Malaysia and Singapore to investigate each *vendor*'s price increase ranges and timetables before deciding on the range of price increase and timetable for such increase.   The trip to Thailand has been completed.   Thailand's *Toshiba CRT and Thai CRT* have announced the implementation of new price(s) effective on July 1st.  [Underlined by hand].

3. *Mr. Jeon* said that in Korea, *SAMSUNG* personnel had visited *Goldstar* headquarters to discuss the price increase matter.   *SAMSUNG* plans to raise the price in July by around 10% and asked *Goldstar* to follow.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

> Exhibit
> 1287-EF

CONFIDENTIAL – GRAND JURY MATERIAL

FINAL TRANSLATION

CHU00028933.01E
Translation

*Goldstar* [Underlined by hand] replied that it needs to further *study* and see how the reaction of the market will be before making a decision and tactfully rejected *SAMSUNG's* request [Underlined by hand].

4.  The respective price adjustment range for *SAMSUNG* and the proposed price increase range (*CPT* portion) for *Goldstar* are as follow:

    *SAMSUNG:* 14"-*US*$3~4.00, 20"-*US*$5~6.00, 21"-*US*$5~6.00
    *Goldstar:* 14"-*US*$3.00, 20"-*US*$5.00, 21"-*US*$5.00

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

01/06 '95 11:48   FAX 603 7357277   CPTM SALES DEPT   CHUNGHWA SALES   002

*SAMSUNG*'s personnel had discussed the price increase matter with *SANYO* and released the following new price for *Bare tube*:

14" *CPT* – *US*$46.00
20" *CPT* – *US*$69.00
21" *CPT* – *US*$79.00

5. *CPTM* explained the price increase actions of *CPT Group*. The price increase for *CDT* (0.39/0.28) was implemented in the middle of May with a *US*$7.00 increase; moreover, all customers have accepted.  The price for *CPT* will be increased starting on June 1 with a range of 14"-*US*$3.00, 20"/21"-*US*$4.00.   Although it was difficult to raise the price, due to the tube shortage, the major customers accepted anyway.

6. *Goldstar* was astonished to learn that *SREC* had accepted *CPT*'s newly increased price because *Goldstar* is currently in bitter talks with *SREC* about the price increase matter and has been unable to reach an agreement.  The supply and *current price* from *Goldstar* to *SREC* is as follows:

14" – *US*$43.00 (15*K/M* + 4*K/M for Sharp Yasonta*)
20" – *US*$64.00
21" – *US*$73.50 (10 *K/M* )

[Note in the right margin:] *I PUSH* it to have a price increase as soon as possible.

7. *Goldstar* provided its increased prices for 0.28 s/s *MPRII* and 15" *CDT* (*FOB KOREA*):

0.28 s/s *MPRII* – *US*$98.00 (the price of same models provided by *CPTM* to *ACER* was also *USD*98-.)
15"            – *US*$150.00 (*US*$15.00 increase)

There is now ½ line to manufacture 15" and its supply volume is 50~60 *K/M*. Starting from July this year, there will be one line to manufacture 15" and the supply volume of 14" *CDT* will be reduced.

8. The usage percentage of *Goldstar*'s *CDT* output:

55% for own use.
5% for domestic sales.
40% for direct export sales
                    Its major customers for CDT export sales are *CHUNTEX*, *EMC* and *GVC*.

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL
**FINAL TRANSLATION**

CHU00028934E
Translation

01/06 '95 11:49    FAX 603 7357277    CPTM SALES DEPT    CHUNGHWA SALES    003

9.  *Goldstar* also provided information on its parent company's production lines and capacity as well as the *COLOR CRT/CDT Market Data* (please refer to the attachment).    *Goldstar* also indicated that its Indonesia plant would start production in May 1996.    The proposed production line plan is for 14" – 1 *line*, 20"/21" – 1 *line*.    In 1998, two more lines will be added (14"/15"/17"*CDT* – 1 *line*, 20"/21" *CPT* – 1 *line*).

10. With regard to tariff rates in Europe and the US, the information *Goldstar* has is as follows:

|  | *EUROPE* | *U.S.A* |
|---|---|---|
| *CDT* | *NO TAX* | ? |
| *Monitor Set* | 3.7% | 4.9% |

*Goldstar* indicated that *CPTM* needs to be careful when dealing with *NAFTA* and *Anti-dumping* issues because the above two *Issue* will greatly impact *CPT/CDT Manufacturer*.

- End of Report -

[Initialed:]                                      Lu 1/6 '95
[Signed:] Employee Wei-Shun Lee 31-5-95

[Note in the right margin:]

[Signed:] Chun-Mei Hsieh 6/01 [circled by hand]
[Initialed:]                                      Liu 6/1
[Initialed:]                                      Chien 6/1
[Initialed:]                                      Lin  6/3

Will establish a long-term communication channel with *SAMSUNG/GOLDSTAR* to clearly set for the next market information exchange.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

FINAL TRANSLATION

CHU00028935E
Translation



**LG Electronics Inc.**

*Color CRT Market Data*

May, 1995

Electron Tube Marketing Team
LG Electronics Inc.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00028936E



English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00028937E



English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00028938E



English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00028939E



English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00028940E



English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00028941E



English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00028942E



English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00028943E



English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL



## LG Glass Production Plan

| Location | 1996 | 1998 |
|---|---|---|
| Jakarta, Indonesia | #1 : 14"CPT, June<br>#2 : 20"/21"CPT, June | #3 : 14"/15"/17"CDT<br>#4 : 20"/21"CPT |
| Changsha, China | #1 : 25"/21"CPT, April | (#1 : 25"CPT)<br>exclusive use<br>#2 : 21"CPT<br>#3 : 14"/15"CDT |

_English words found in the original text are italicized._
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00028945E



# SALES & MARKETING DIVISION
## VISITING REPORT

CPTM 950601-004

| | |
|---|---|
| Visiting Date | 29-5-1995 |
| Company Name | LUCKY GOLDSTAR ELECTRONICS |
| Person Contacted | MR. B.K. JEON, MR. DOOGIE KIM, MR. MARK TAM |
| CPTM | MR. JASON LU, VINCENT LEE |
| Subject | 市場情報交換及價格調漲探討 |

ATTN:
CC:

**CONTENTS** — **COMMENTS**

1. GOLDSTAR 一行人此次來訪主要重點為探討 CPT/CDT 漲價背景、漲幅及市場情報交換。

2. GOLDSTAR 人員 Mr. Jeon 認為調漲 CPT 價非常困難，因電視屬高度成熟產品，利潤空間已很有限，再加上歐洲 TV set 在跌價，現很難說服客戶接受。不同於 Monitor，可以把 CDT 漲價價差反應到客戶上，所以對於此次價格調漲 Goldstar 抱著謹慎的態度。並展開到泰國、馬來西亞及新加坡拜訪所有 CPT/CDT Makers 之行程，以調查為害 Vendor 漲價的幅度及日期後才決定漲幅及調漲期。現已完成泰國拜訪行程，其中泰國 Toshiba CRT 及 Thai CDT 已宣佈將從 7月1日起實施新價了。

3. Mr. Jeon 說在韓國 Samsung 人員已到 Goldstar 總部洽談價格上漲事宜，Samsung 打算自 7月份起調漲，漲幅約 10%，要求 Goldstar 跟進。Goldstar 回覆要再深入 study 及看看市場反應後再決定要情況拒 Samsung 之要求。

4. Samsung 調價幅度及 Goldstar 調漲計劃幅度 (CPT 部份) 分別為：

SAMSUNG : 14" – US$3~4.00,  20" – US$5~6.00,  21" – US$5~6.00
Goldstar : 14" – US$3.00,  20" – US$5.00,  21" – US$5.00

CONFIDENTIAL - GRAND JURY MATERIAL

EXHIBIT
1287

CHU00028933

`01/06 '05 11:48 FAX 003 7357277        CPTM SALES DEPT → CHUNGHVA SALES        ☐002`

| CONTENTS | COMMENTS |
|---|---|
| 其中 Samsung 人員已先找 SANYO 洽談調價事宜,並<br>已報送 Bare tube 新價如下:<br>　14" CPT — US$ 46.00<br>　20" 〃 — US$ 69.00<br>　21" 〃 — US$ 79.00 | |
| 5. CPTM 說明 CPT Group 漲價行動, CDT (0.37/D.28)<br>部份已於 5月中實施調漲,漲幅 US$7.00 且<br>全部客戶皆已接受。CPT 部份則從 6月1日開<br>始調漲,漲幅 14" — US$3.00, 20/21" — US$4.00,<br>雖然調漲有困難,但是在缺管的情況下,大<br>戶還是接受了。 | ↑push 連帶漲價<br>漲。 |
| 6. GoldStar 聽聞 SREC 已接受 CPT 調漲新價後大感<br>驚訝,因 GoldStar 和 SREC 現正在苦談漲價事<br>宜,無法達致協議,現 GoldStar 供應 SREC 之<br>current price 為:<br>　14" — US$43.00 (15k/m + 4 k/m for Sharp Yasonta)<br>　20" — US$64.00<br>　21" — US$73.50 (10k/m) | |
| 7. GoldStar 漲後其 0.28 吋 MPR Ⅱ 及 15" CDT 調漲<br>後之價格為 (FOB KOREA):<br>　0.28 s/c MPR Ⅱ — US$98.00 (OAM 尚無法接給 ACER↗↑供給之差 USD 8-)<br>　　15" — US$150.00 (漲幅 US$15.00)<br>15" 現有半條線生產,供應量 50~60k/m,從<br>今年7月起 ~ 1 條生產,減少 14" CDT 之供應<br>量。 | |
| 8. GoldStar CDT 產出量使用比率為:<br>　55% 自用<br>　5% 內銷<br>　40% 直接外銷 | 其 CDT 臺方大戶為 CHUNTEX,<br>EMC 及 GVC. |

CONFIDENTIAL - GRAND JURY MATERIAL

01/06 '95 11:49 FAX 503 7357277    CPTM SALES DEPT →→→ CHUNGHWA-SALES    ☐003



| CONTENTS | COMMENTS |
|---|---|
| 9. GoldStar 並提供其總公司 生產線及產能資料 介紹 和 Color CRT/CDT Market Data (如附, 請參考)，另 表示 GoldStar 的 印尼廠 即將於 96年 5月 開始產出，生產線 規劃 14" − 1 line, 20"/21" − 1 line．98年 會再增 二條線 (14"/15"/ 17" CDT − 1 line , 20"/21" CRT − 1 line)． | |
| 10. 有關 歐美 關稅稅率，GoldStar 掌握的資料 如下： | |
| | |

|  | EUROTE | U.S.A. |
|---|---|---|
| CDT | NO TAX | ? |
| Monitor Set | 3.7% | 4.9% |

GoldStar 表示 CPTM應對於 NAFTA 及 Anti-dumping
問題 需特別留意，因為 上述兩 Issue 會對
CPT/CDT Manufacturer 所造成 的影響更大．

─ 以上報告 ─

職 1/6 '95

建立長期溝通管道 定期 交換 市場情報 交流．

31 − 5 − 95

CHU00028935



LG Electronics Inc.

*Color CRT Market Data*

Electron Tube Marketing Team

May, 1995

LG Electronics Inc.

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00028936



World-wide Color Television Production
By Area

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00028937



World-wide Color Picture Tube Production
By Area

CPT

Legend:
- R.O.W
- C.S.AMERICA
- N.AMERICA
- W.EUROPE
- CHINA
- KOREA
- S.E.ASIA

X-axis: '93, '94, '95.EST, '96.FCST, '97.FCST, '98.FCST
Y-axis (Mil.set/Year): 0, 20, 40, 60, 80, 100, 120, 140, 160

LG Electronics Inc.

CONFIDENTIAL - GRAND JURY MATERIAL
CHU00028938



World-wide Color Monitor Production
By Area

MNT

Legend:
- JAPAN
- N.AMERICA
- EUROPE
- CHINA & H.K.
- TAIWAN
- KOREA
- S.E.ASIA

LG Electronics Inc.

Y-axis: Mil.set/Year (0, 10, 20, 30, 40, 50, 60, 70, 80)
X-axis: '93, '94, '95.EST, '96.FCST, '97.FCST, '98.FCST

CONFIDENTIAL - GRAND JURY MATERIAL

01/08 '95  11:52  FAX 603 7357277  CPTR SALES DEPT ... CHUNGHWA-SALES  ☑ 007



CONFIDENTIAL - GRAND JURY MATERIAL

CHU00028940



## World-wide Color Display Tube Production
### By Area

Legend:
- N.AMERICA
- EUROPE
- CHINA
- TAIWAN
- JAPAN
- KOREA
- S.E.ASIA

CDT

LG Electronics Inc.

Mill. sets/Year

'93  '94  '95.EST  '96.FCST  '97.FCST  '98.FCST

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00028941



World-wide Color Display Tube Production
By Size

CDT

Mil./s/Year

80
70
60
50
40
30
20
10
0

'93    '94    '95.EST    '96.FCST    '97.FCST    '98.FCST

20"≤
17"
15"
14"
<14"

● LG Electronics Inc.



LG Cathode Ray Tube Production
In Korea

CRT

CDT
CPT

LG Electronics Inc.

CONFIDENTIAL - GRAND JURY MATERIAL

# LG Cathode Ray Tube Production
## 1995 / In Korea

**CRT**

### Production Lines

| Location | Product | Size | Line |
|---|---|---|---|
| Gumi | CPT | 16"/20" | 2 Lines |
| | | 25"/29" | 1 Line |
| | CDT | 14" | 2 Lines |
| | | 15"/17" | 1 Line |
| | WVT | 28"/32" | Pilot Line |
| Chang-won | CPT | 14" | 2 Lines |
| | | 20" | 1 Line |
| | | 21" | 1 Line |
| TOTAL | | | 10 Lines |

### Production Volume
(UNITS: Mil/YR)

| Product | Size | '95(Plan) | '94 |
|---|---|---|---|
| CPT | 14" | 3.5 | 3.6 |
| | 16" | 0.2 | 0.3 |
| | 20" | 3.7 | 3.4 |
| | 21" | 1.6 | 1.5 |
| | 25" | 0.7 | 0.4 |
| | 29" | 0.3 | 0.1 |
| | Total | 10.0 | 9.3 |
| CDT | 14" | 3.2 | 3.7 |
| | 15"/17" | 1.3 | 0.0 |
| | Total | 4.5 | 3.7 |
| TOTAL | | 14.5 | 13.0 |

LG Electronics Inc.

CONFIDENTIAL - GRAND JURY MATERIAL



## LG Overseas Production Plan
### CRT

| Location | 1996 | 1998 |
|---|---|---|
| Jakarta, Indonesia | #1 : 14"CPT , June<br>#2 : 20"/21"C RT, June | #3 : 14"/15"/17"CDT<br>#4 : 20"/21"CPT |
| Changsha, China | #1 : 25"/21"CPT, April | (#1 : 25"CPT)<br>exclusive use<br>#2 : 21"CPT<br>#3 : 14"/15"CDT |

CRT

CONFIDENTIAL - GRAND JURY MATERIAL

# EXHIBIT 20



June 29, 2012

**Certification**

### Park IP Translations

This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00030916.01E – CHU00030916.02E.

Abraham I. Holczer

Project Manager



Park Case # 29567

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

[Handwritten:]
Yu/Zun   11/10'99
→Du

Visitation Report (Submitted)

Date:            1999-11-09

Visitors:        *SDD – Mr. Ha, Mr. Youn, LG – Mr. Lim, Mr. Lu, PH- Mr. Milan Balan*

*CPT* Members:   Director Liu, Ching-Yuan (Michael) Du

Topic:           Exchange of Opinions Regarding Market Information

Content:

(A) Each maker *up-date*d the current market situation:

1. *SDD*: The overall orders in November are about the same as in October. There is not much change this week. However, has already felt a slight drop for 17" order from Taiwanese maker. It is expected to drop around 10% in December. Also believes that the current price differential of 15"/17" tube has been narrowed down to around $20. 17" tube should not drop price further so as to avoid impact on the demand for 15" tube. In addition, the *Comdex* show this time didn't feel as lively as previous years. The purpose of the exhibition had tended to exchange market information. Prices were rarely discussed at the meeting venue.

2. *LG*: The sales volume in October was corrected to: 15"-850*k* (originally 800*k*), 17"-680*k* (originally 620*k*), 19"-90*k* (originally 80*k*), mainly due to internal demand increase. The delivery volume in November is expected to be almost the same as that of October. However, December also doesn't look promising; it's expected to drop. Also providing <u>*(a)*</u> [Circled by hand] <u>There is information that *OEC* and Mainland China Suzhou Electronics</u> <u>have raised funds of *US$97M* (*OEC*:53%, Suzhou Electronic: 47%) to build</u> <u>a compatible line for 15"/17" *CDT*</u> [Underlined by hand] (*Capa*: 1.7M, time for mass production: year 2001). *Mr. Lim* will confirm with *OEC*; (*b*) Mainland China categorizes Taiwanese makers into *A, B, C, D* ratings. If a maker were categorized below *C* level, it would need to pay deposit in advance for the tariffs/value added tax for its imported materials. If the Mainland China government indeed implements this, it would decrease the competitiveness of Taiwanese makers.

[Handwritte in right margin:] Zun, please confirm!

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL              CHU00030916.01E
                                                                    Translation

3. *PH*: The order volume in November is unchanged, maintains at the same number as reported on 11/03: 14"-75*k*, 15"-470*k*, 17"-360*k*, 19"-20*k*. For the 17", *PH BU* requested to ship the original December quantity in November (Due to the *Y2K* effect and because of more holidays in December). Also was worried that other customers might also want earlier or delayed shipments because of *Y2K* effect, which would result in even lower shipment volume in December. In addition, although the current price of $88 to *MEC* has not caused too much impact, everybody should pay attention and respond carefully.

4. Director Liu noted that CPT's delivery volume of 17" has dropped from 750*k* in October to 720*k* in November. The demand for 15" in November is still hot. At present, only *Compal* requested volume decrease. He also noted that <u>originally *Teco*+*EMC*+Baocheng would purchase two production lines from *NEC* and establish a plant at Mainland China Dongguan. However, because Mitsubishi asked *NEC* to use these two lines to produce *Diamondtron* tube to supply Mitsubishi + *NEC monitor* productions, the matter is not finalized</u> [Underlined by hand]. <u>Additionally, according to the estimate by *EMC* Chairman Yang, if unable to purchase *NEC*'s production equipment at a low price, there will be countless losses</u> [Underlined by hand].

(B) Review of the implementation method of the *Working Level* weekly meeting: Each maker indicated that because of the success of *Glass Meeting*, everybody has been *Enjoy*ing *Business* this year. Now that the *Slow Season* is coming, everybody should continue to strengthen communications and contacts, so the weekly meetings should continue to be held on time. However, in order to make friendly contacts and strengthen mutual trust, the makers agreed that every 3-4 weeks they would take turns to host a Green Meeting (only two members from each maker) after the meeting is over. It is tentatively scheduled to hold the next meeting on 11/22. The schedule and location are as follows (For the week of 11/15, since *SDD Mr. Ha* and *Mr. Youn* will visit the *Comdex* show, that week's meeting will not be held):

1. Schedule: *Meeting* in the morning; Green Meeting in the afternoon.

2. Location: CPT Taoyuan plant. For the location of the Green Meeting, CPT will host first this time and make the arrangements

-End of report-

→Submitted for approval

[Initialed:] Chieng-Yuan (C.Y.) Lin 11/14

[Initialed:] Chih-Chun (C.C.) Liu 11/10

[Signed:] Submitted by Ching-Yuan (Michael) Du 11/10'99

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00030916.02E
Translation

'99-11-15  08:58                                    T-278 P81

 

洽訪報告(呈)

日期：1999-11-09
洽訪人員：SDD-Mr. Ha ,Mr.Youn, LG- Mr.Lim, Mr.Lu, PH- Mr.Milan Balan
CPT 人員： 劉庭長,杜清源
主題：市場資訊意見交換
內容：

(A)各家針對現況 up-date：

❶SDD：11 月份整體訂單和 10 月份相當，這一週來沒有太大變化，但台商 17"訂單已感覺
有些微下跌，12 月份預期將下跌 10%左右；並認為現 15"/17"售價差已縮小至$20 左右，17"
管不應該再降價以避免對 15"管的需求造成衝擊。另對此次的 Comdex 展感覺已不像往年
熱鬧，展覽的目的亦已傾向於交換市場情報，價格則較少在會場討論。

❷LG：10 月份銷售數量更正為 15"-850k(原 800k)，17"-680k(原 620k)，19"-90k(原 80k)，
主要是內部需求增加，11 月出貨量預期將和 10 月份差不多，但 12 月份亦有淡預期會下跌。
另提供 (a)現有訊息將 OEC 和大陸蘇州電子已集資 US$97M(OEC:53%, 蘇州電子:47%)興建
一條 15"/17" CDT 共用線 (Capa:1.7M, 量產時間：2001 年)，Mr. Lim 將再和 OEC 確認。(b)
大陸對台商以 A, B, C, D 等級分類，若被規為 C 類以下的廠商對其進口的材料關稅/加值稅需
先預做保證金，若大陸政府確實實施將會減低台商的競爭力。

❸PH：11 月訂單量無變化維持 11/03 提報的 14"-75k,15"-470k,17"-360k,19" -20k，17" 部份PH
BU有要求將原 12 月份的量提前至 11 月出貨 (因Y2K效應及12月份假日多)，另擔心其他客
戶或許亦有因Y2K效應提前或延後交貨，將造成其12月份實際出貨量更少。另對NEC現價格
$88雖尚未造成太大衝擊，但請大家要小心留意因應。

❹劉庭長說明華映 17" 出貨量已從 10 月的 750k 下滑至 11 月的 720k，15" 需求 11 月仍然絡
目前僅 Compal 要求減量。另說明原 Teco＋EMC+寶成將低價買進 NEC 而條生產產線再於大陸
東莞設廠案現因三菱要求 NEC 能用成 2 線生產 Diamondtron 管供三菱＋NEC monitor 生產，
故尚未定案，且依 EMC 福蕙董事長估算並無法低價買進 NEC 的生產設備將會蘭損景氣。

(B)Working Level 週會實施方式檢討：

各家皆表示因 Glass Meeting 的成功，今年度讓大家皆能 Enjoy Business；現 Slow Season
來臨大家應繼續加強溝通聯繫，故每週會需繼續按時舉行，但為聯絡情感強化彼此的
互信，各家同意每每 3~4 週於會議召開後以各家輪流作業的方式舉行高爾夫聯誼會 (每家 2
位為限)；並暫議定於 11/22 舉行下次會議,行程及地點如下(11/15 週 SDD Mr. Ha 及 Mr. Youn
將參觀 Comdex 展，故本週會議不召開)：

❶行程：上午 meeting，下午高爾夫聯誼會。
❷地點：華映桃園廠，高爾夫聯誼地點此次先由華映作乐安排。

—以上報告—

恭呈核示

1993
EXHIBIT NO. YOUN
9-11-13
S. LANCASTER

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030916

# EXHIBIT 21



June 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00029108 - CHU00029109E.

_Abraham I. Holczer_

_____

Abraham I. Holczer

Project Manager


134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577


EXHIBIT
1264E

[TRANSLATION]

[Handwritten:] → Du

Visitation Report (Submitted)

[Handwritten and circled:] Confidential

Date:                2000/07/13

Visitors: *SDD:*      *Mr. Inn Kim, Mr. K.H. Lee, Mr. S.K.Park, Mr. Michael Son*
          *LG:*       *Mr. S.Y. Choi, Mr. K.J.Park*
          *Orion:*    *Mr. H.K. Cho, Mr. Kim, Mr. Karl Min*
          *PH:*       *Mr. Jerry Lim, Mr. Park*

*CPT* Members:       Vice-President Chih-Chun (C.C.) Liu, Director Yang,
                     Ching-Yuan (Michael) Du

Topic:               Market Information Exchange and Price Review

Content:

(A) *China* 21" tube:

  (1) As per resolution of the last meeting, *PH* and Huafei will try to adjust the price
      to $53 (*itc/cif*) starting Aug. 1ˢᵗ.    *PH*'s *Mr. Park* said they had requested price
      increase for *SEC* and *Daewoo* respectively, but they haven't received a
      confirmation yet.    Currently, there appears to be a slight *shortage* in the 21"
      *CPT* supply to the Korean market.    *PH* has started to accept additional new
      orders for $53.    Also, they will continually ask customers to accept the new
      price for annual contract orders.    Current supply for *SEC/Daewoo* is 20 -
      25*k/m* each and the total is about 50*k/m*.    Both *SDI* and *OEC* responded to
      this 50*k* that there is no other *Supplier* that would be able to supply them.
      *PH* can relax and increase the price.

  (2) Shanghai *Novel*: →Yong Xin [Handwritten in left margin] *PH*'s *Mr. Jerry* said
      that according to their *sales* staff's visitation information, *Novel*'s 21" tube
      production volume is 150*k/m*.    Of that, 40-50*k/m* is exported directly to
      Europe (20% through *HK Agent*).    The price is around $47-48 (*ITC*).
      According to their *sales* staff's understanding, *Novel* only *Shares* some market
      information and it may not necessarily respect the resolution of all the makers
      regarding the *Asia* exports price *guide line*.    According to the latest China *TV*
      makers meeting, China *TV* makers will be more active in the export of 21"
      tubes.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00029108.01E
                                                      Translation

(3) *IRICO*: Vice President Liu stated that *IRICO* 21" tubes' production volume was 3.1*M* last year.    It is projected at 2.7*M* for this year.    Currently the domestic sales price is *RMB* 530 and there is no direct export customer.    He considered Shenzhen *HTC* to be the key to a price increase.

(4) Shenzhen *HTC*: *SDI* stated that the *HTC* 21" tube export volume is about 130*k/m* (80*k/m-Asia/Turkey*, 30*k/m-Trading Company*, 20*k/m* indirect export).    Of those prices, the ones exported through *Trading Company* to Europe were selling for $48-49 (*ITC*).    Currently, their 34" tube business is not good and they might need the 21" tube business.    *Target*: 160*k/m* export.    *SDI* will continue the conversation with their top level.

(5) *MMEC*: *SDI* stated that *MMEC* had changed their attitude and had started to increase prices.    They have informed their customers by letter asking for a price increase of $2/*pcs* starting from July.    They haven't concluded an agreement with the customers.

(B) *Price* Adjustment Status:

The issues that were not concluded at the last *meeting* were *review*ed as follows:

(a) *SREC*:

(1) Regarding 14", *SDI* again informed *SREC* last week that 14" tubes price will be increased again by $0.2 to $31.0 starting Aug. 1.    There will be no *shipment* if they don't accept the new price.    In addition, *LG's* price was *CIF* $30.2 in May and June, *CIF* $30.5 in July, and they will *push SREC* to accept the new price of *CIF* $30.7 in August.

(2) Regarding the 20" tubes, no conclusion has reached by attendees yet.    Before confirming that *SREC* would be unable to get supplied by *MMEC* in the near future (the *tube* has not been validated yet), current *Suppliers* (*CPT*: 5*k/m*, *SDI*: 2-3*k/m*, *LG*: 2*k/m*) should work together to take action and let *SREC*

1

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029108.02E
Translation

accept the new price as soon as possible.    As far as how to act, *price leader SDI* shall study and draft the plan, then inform other attendees so they can take action together.

(b) *TCE*:

As for *LG* not yet confirming the 20" tube new price to *TCE* Thailand: Director Yang stated that since the *TCE* 20" Mexico factory will be transferred to the Thailand factory starting August this year, Thailand factory's 20" *TV* production volume will increase to 1*M* next year from 400*k* this year.    *TCE* is even worried that the *tube supply* will be short. *TCE* has already accepted CPT's new price so *LG* can relax and be bold in asking *TCE* to accept.
As far as the 14"/20" tube price increases are concerned, other than *Thai-CRT* not attending the meeting, so Thai-CRT's 20" price for July *TCE/Funai* is yet to be confirmed, all attendees believe that the price increase has been a full success.    *Mr. Chairman* expressed gratitude for everyone's cooperation and hard work.

(C)*AOB*:

(1) As for the mainland China *TV* market, *MR. In Kim* shared with the attendees the information gained from last week's visit to China.    In 1999, mainland China *TV Demand* was 25*M*.    For *Y*2000, it was originally expected to increase to 28*M*, but now it has been revised to 25*M* without growth, or even 23*M* with negative growth of 10%.    (Average growth rate from 1990 to 1998 had been over 10%.)    In addition, the *TV set* inventory is about 13*M*-16*M* and 60% of those are 21".    The new *CEO* of Changhong, which is the largest *TV* factory in mainland China, has announced publicly that they will clear their inventory at any price in the second half of the year.    If the price of *TV set*'s falls too dramatically, it will severely impact the overall market.    In addition, mainland China *TV* makers also have *cash flow* problem.

(2) A resolution was made to hold the *GSM TOP Meeting* in CPT Taoyuan factory on 8/22 at 9:00*AM*.

-End of report-

Submitted respectfully for approval
[Arrow drawn by hand]

[Signed:] Submitted by Employee Ching-Yuan (Michael) Du 7/15/'00
[Initialed:] Chih-Chun (C.C.) Liu 7/17
[Signed:] Wen-Chun (Tony) Cheng 7/15/'00
[Initialed:] Chieng-Yuan (C.Y.) Lin 7/1
2

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00029109E
Translation





洽訪報告(呈)

日期：2000-07-13

洽訪人員：SDD-Mr.Inn Kim, Mr.K.H. Lee, Mr. S.K.Park, Mr. Michael Son

　　　　　LG-Mr.S. Y. Choi, Mr.K.J.Park

　　　　　Orion- Mr.H.K.Cho, Mr.Kim, Mr. Karl Min

　　　　　PH-Mr.Jerry Lim, Mr.Park

CPT 人員：劉副總經理,楊處長,杜清源

主題：市場資訊交流及價格檢討

內容：

(A) China 21"管：

　　❶依上次會議決議，PH華飛將試於8月1日起調整至$53(itc/cif)；PH Mr.Park將已分別
　　　向SEC及Daewoo要求漲價，但尚未得到確認。目前21"CPT供應於韓國市場較略呈
　　　shortage，PH針對額外的新訂單已以$53接單，另以年度合約方式的訂單將持續要
　　　求客戶接受新價格；現供應SEC/ Daewoo各20~25k/m，共約50k/m。SDI/OEC皆回
　　　應此50k並無其他Supplier可供應，請PH放心調派。

　　❷上海Novel：PH Mr. Jerry 說明依其sales洽訪資訊為：Novel 21"管產量150k/m，其
　　　中40~50k/m(20%透過HK Agent)直接外銷至歐洲，價格約$47~48(ITC)。依其sales了
　　　解Novel僅是Share一些市場訊息而已，並不一定會尊重大家對其外銷Asia價格
　　　guide line的決議，另依近期的大陸TV廠商會議，大陸TV廠商將會更積極於21"管
　　　的外銷。

　　❸IRICO：劉副總說明IRICO 21管產量去年3.1M，今年預計2.7M；現內銷價格RMB
　　　530，並焦直接外銷客戶，認為價格調漲關鍵在深圳HTC。

　　❹深圳HTC：SDI說明現HTC 21"管外銷約130k/m(80k/m-Asia/Turkey、30k/m-Trading
　　　Company、20k/m-間接外銷)，其中經由Trading Company 外銷至歐洲的售價為
　　　$48~49(ITC)，現其34"管生意亦不好可能需要21"管生意Target:160k/m外銷，SDI 將
　　　續與其高層洽談。

　　❺MMEC：SDI說明MMEC已轉變態度開始調漲價格，對客戶已發信要求自7月份起
　　　調漲$2/pcs，但尚未和客戶有結論。

(B) Price調整狀況：

　　針對於上次 meeting 時尚未確認部份 review 如下：

　　(a) SREC：

　　❶14"部份 SDI 於上週已再通知 SREC 14"管將自 8 月 1 日起再調漲$0.2 至$31.0，若
　　　不接受價格則沒有 shipment。另LG 5-6 月價格 CIF$30.2、7 月 CIF$30.5、8 月將 push
　　　SREC 接受新價格 CIF$30.7。

　　❷20"管大家皆尚未得到結論，在確定 SREC 無法短期自 MMEC(tube 尚未承認)得到供
　　　應時，現有 Supplier(CPT：5k/m、SDI：2~3k/m、LG：2k/m)應聯手採取行動，讓 SREC

1

CONFIDENTIAL - GRAND JURY MATERIAL

EXHIBIT 1264

CHU00029108

億速接受新價。如何行動請 price leader SDI 研擬後告會其他成員共同行動。

(b)TCE：

楊處長針對 LG 對 TCE 泰國 20"管新價尚未確認件，說明 TCE 20"因其墨西哥廠將自今年 8 月份起移轉至泰國廠，故泰國廠 20"TV 生產量將從今年的 400k 增加至明年的 1M，TCE 甚至還擔憂 tube 的 supply 不足，TCE 已接受華映的新價格，請 LG 放心大膽地要求 TCE 接受。

針對本次 14"/20"管調漲，除 Thai-CRT 未與會，其對 TCE/Funai 20" 7 月份價格尚需查證確認外，與會人員咸認為調漲圓滿成功，Mr.Chairman 對大家的合作努力表示感謝。

(C)AOB：

❶針對大陸 TV 市場，MR. In Kim 就其上週拜訪大陸獲得的訊息向與會人員分享：'99 年大陸 TV Demand 25M，Y2000 原預期可增加至 28M 現已修正至沒有成長的 25M 甚至負成長 10%的 23M(1990~1998 年平均成長率 10%以上)。另 TV set 庫存約 13M~16M，其中 60%為 21"；大陸最大 TV 廠長虹電視新的 CEO 已對外宣稱將不計售價在下半年出清庫存，若 TV set 價格下跌太劇烈，將嚴重影響整體市場，此外大陸 TV 廠商另有 cash flow 問題。

❷決議於 8/22(AM 09:00)於華映桃園廠舉行 GSM TOP Meeting。

　　　　—以上報告—

　　　　　　　恭呈核示

CONFIDENTIAL - GRAND JURY MATERIAL

# EXHIBIT 22



February 10, 2015

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from ffiffl!"#$#nto %" !$ffl of the document with bates numbers range: CHU00030899.01 - CHU00030903.

Hanna Kang

Project Manager

Project Number: STBO_1502_001

**[TRANSLATION]**

[Handwritten:] Fax: Manager Yang/Manager [illegible].

Visitation Report

Date:            October 27, 1999

Visitors:        *SDD* –      *Mr. Inn Kim, Mr. S.K. Park, Mr. Y.S. Moon*
                 *LG* –       *Mr. S.Y. Choi, Mr. G.I. Choi, Mr. Hwa-Kyu Lee,*
                              *Mr. H.W. Jeon, Mr. E.J. Kim*
                 *Orion* –    *Mr. H.K. Cho, Mr. J. H. Moon, Mr. Karl Min*
                 *Thai-CRT* – *Mr. Chovali, Mr. Thanasa, Mr. Boonchoo*

*CPT* Members:   Director Liu, Senior Manager Yang , Ching-Yuan (Michael) Du

Topic:           Exchange of Market Information and Price Review

Content:

(A)  *Updated status of Samtel/Ekranas/PH(B)/TDDJ/IRICO/BMCC:*

    1.   *Samtel*:

    *LG* explained that with regards to *Samtel* 14" tube *capacity* – 1.7*M, output*-1.5*M*,
    next year, in addition to supplying the Indian local market, they will also export
    30*k/m* (Italian market 15*k/m*, *Funai* 15*k/m*). With respect to *Funai*'s price of
    *CIF*27.75*/pcs (Bare Tube), try to increase the price. LG* claims it has already told
    *Samtel* that the price should not be less than *CIF* 29.0/pcs. *SDD* added that the
    *CTV* market demand in India is 4*M* (1998)     5*M* (1999)     6*M* (2000)     10*M*
    (2001). *Samtel* should not have any excess product for export. It will not affect
    the Southeast Asian market.

    2.   *Ekranas*:

    *Mr. Cho* explained that currently *Ekranas* has one line 14", one line 20"/21".
    Current sales price is USD33-35. 100% European market.

    3.   *PH (Brazil)*:

    *SDD* explained that the annual output for *PH(B)*'98 is 7*M*, the annual production
    output in 1999 was approximately 5*M* (14": 2.5*M*, 20": 2.2*M*), the main market
    was Brazil (70%). The price for 14" *ITC* tube is currently *CIF USD*32-32.5.
    After *SDD* relayed the information of Asian market's price increase, *Mr. Inn Kim*

    _____
    English words found in the original text are *italicized*.
    Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL
FINAL TRANSLATION                                      CHU00030899.01E _Translation

                                                                        RQ

stated that *PH(B)* should not be *dumping price*. Director Liu explained that

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

currently in addition to *PH*(*B*) using low price to supply to *Sanyo/Daewoo/Sharp* in *Mexico* area, causing difficult competition to Southeast Asian *TV* maker's export to US, it also has *idle capacity* that it wants to use low price to obtain even more *order*. Last time, when CPT visited *SREC* and insisted on increasing the price for 14" to $30.3, *SREC* raised the point that if CPT insisted on the increase, there would be no *order* and they would purchase from *PH*(*B*). It was resolved that *SDD* will contact *PH*(*B*) personnel again before 10/29 to confirm its price to *SREC* and supply amounts. After which, *SDD/LG/CPT* would have a *meeting* next week in Korea to discuss a counterstrategy.

4.    *TDDJ* (*TSB* Indonesia)

Mr. Cho explained that TDDJ was 100% loading in both '99/4Q and '00/1Q, and the selling prices in '99/10 were slightly lower than the market prices.

Senior Manager

Yang added that when he visited *TDDJ* last week, he obtained TDDJ's prices to its customers as follows: *Funai*: 14" - $30; *Aiwa*: 14" - $30, 20" - $48 (Supply amount: 14"-15*k/m*, 20" – 15*k/m*); *Orion*: 14" - $30 (*ITC*); *SREC*: 14" - $29.5, 20" - $47.5 (Supply amount: 14"/20" each approximately 10k/m); *Sanyo*: 14" - $28.0. At the beginning of November, it plans to increase prices together with *LG* (Indonesia) and *SDDM*.

5.    *IRICO*:

Director Liu explained that after *CPT*/*PH* and *IRICO meeting* in Shanghai, currently *IRICO*'s export to Turkey *Vestel* price for *ITC* tube is adjusted to $28.5 (converted to *CIF*, including tax, *USD* 34.2), which is comparable to the current price for European local market. Additionally, *IRICO*

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

has *Approach*ed *TCE* Thailand, and is expected to begin supplying in *Q2*/2000 at an approximate price of $31(*ITC*).

6.  *BMCC*:

*SDD* explained that *BMCC*'s current production volume of 14"*CPT* is approximately 80*k/m*, of which 40*k* supplies *Local* and the other 40*k* is supplied to the Matsushita Group. Price has no noise interference.

(B)  *Price equalization: (Base: Arrival or CIF, ITC)*

Comparison of each maker's *Agreed Price* and current sales price to *ORION/SREC/TCE/AIWA/FUNAI* etc.:

|  | 14" | AP | CP | 20" | AP | CP |
|---|---|---|---|---|---|---|
| ORION |  | $32.0 | $31.0 |  | $52.0 | $50.0 |
| SREC |  | $33.5 | $33.5 |  | $53.5 | $53.5 |
| TCE |  | $32.5 | $32.5 |  | $52.5 | $52.5 |
| AIWA |  | $33.0 | $33.0 |  | $53.0 | $53.0 |
| FUNAI |  | $33.5 | $33.5 |  | $53.5 | $53.5 |
|  |  |  |  |  |  |  |
| GAP (H-L) |  | $1.5 | $2.5 |  | $1.5 | $3.5 |

*Chairman Mr. Cho* stated that currently Korean suppliers quote 14"*TV* to the U.S. at $79, but *Orion* quotes a lower price of $70. The current price difference for 14" tubes is as big as $2.5. In order to enable customers to compete fairly, it would be advisable to shrink the difference in prices among us. Director Liu responded that in October, *Thai-CRT* had just matched CPT's price, and CPT has already planned to approach *Orion* to suggest price increase for 14"/20" by $1 beginning November or December and to request *Thai-CRT* to cooperate and increase together.

(C)  *Updated status of OSTAF:*

With respect to the 5 designated customers, each maker's current price *updated* as follows:

1.  *Orion Agreed Price*: *CIF or ARR, ITC,* 14" $32, 20" $52

|  | 14" | | | 20" | | |
|---|---|---|---|---|---|---|
|  | 99/Q2 | 99/Q3 | 99/Q4 | 99/Q2 | 99/Q3 | 99/Q4 |
| CPT | $29.0 | $31/Sep | $31.0 | $48.0 | $50/Sep | $50.0 |
| LGE | - | - | - | - | - | - |
| OEC | - | - | - | - | - | - |
| SDD | - | - | - | - | - | - |
| Thai | $29.0 | $30.0 | $31/Oct | $48.0 | $49.0 | $50/Oct |
| TSB | - | $29.5 | $30.0 | - | - |  |

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

2.    *SREC Agreed Price: CIF or ARR, Bare,* 14" $30, 20" $49

|       | 99/Q2  | 99/Q3  | 99/Q4   | 99/Q2   | 99/Q3  | 99/Q4   |
|-------|--------|--------|---------|---------|--------|---------|
| CPT   | $28.5  | $29.5  | $30.0?  | $46.0   | $47.0  | $48.0?  |
| LGE   | $28.5  | $29.5  | $30.0?  | $46.0?  | $47.0  | $48.0?  |
| OEC   | -      | -      | -       | -       | -      | -       |
| SDD   | $28.5  | $29.8  | $30.0?  | -       | -      | -       |
| Thai  | -      | -      | -       | -       | -      | -       |
| TSB   | $28.5  | $28.5  | $29.5?  | -       | $46.5  | $47.5?  |

Each maker's price for *SREC*'s Q4 14"/20" tube is *Request Price.* Final prices still need confirmation.

'99-11-02        08:04                                              T-011   P01

---

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL                CHU00030900.02E_Translation
FINAL TRANSLATION

3. *TCE Agreed Price*: *CIF or ARR, ITC*, 14" $32.5, 20" $52.5

|  | 14" | | | 20" | | |
|---|---|---|---|---|---|---|
|  | 99/Q2 | 99/Q3 | 99/Q4 | 99/Q2 | 99/Q3 | 99/Q4 |
| CPT | $31.0 | $32.5 | $32.5 | - | $52.5 | $52.5 |
| LGE | - | - | - | $50.0 | $52.5 | $52.5 |
| OEC | - | - | - | - | - | - |
| SDD | $31.1 | $32.6 | $32.6 | - | - | - |
| Thai | $30.5 | $31.5 | $32.5/Nov | - | - | - |
| TSB | $29.6 | $29.6 | $29.8 | - | - | - |

4. *Aiwa Agreed Price: CIF or ARR, ITC*, 14" $33, 20" $53

|  | 14" | | | 20" | | |
|---|---|---|---|---|---|---|
|  | 99/Q2 | 99/Q3 | 99/Q4 | 99/Q2 | 99/Q3 | 99/Q4 |
| CPT | - | $33.0 | $33.0 | $51.0 | $53.0 | $53.0 |
| LGE | $31.5 | $33.0 | $33.0 | $51.0 | $53.0 | $53.0 |
| OEC | - | - | - | - | - | - |
| SDD | $32.0 | $33.5 | $33.5 | - | - | - |
| Thai | $30.5 | $31.5 | $33/Nov | - | - | $53/Nov |
| TSB | $31.0 | $33/Sep | $33.0 | $49.5 | $52.5/Sep | $52.5 |

5. *Funai Agreed Price: CIF or ARR, Bare*, 14" $30, 20" $49

|  | 14" | | | 20" | | |
|---|---|---|---|---|---|---|
|  | 99/Q2 | 99/Q3 | 99/Q4 | 99/Q2 | 99/Q3 | 99/Q4 |
| CPT | $28.0 | $30.0 | $30.0 | $47.5 | $48.0 | $48.0 |
| LGE | $28.0 | $30.0 | $30.0 | - | - | - |
| OEC | - | - | - | $47.3 | $49.0? | $49.0? |
| SDD | $28.0 | $30.0 | $30.0 | $47.5? | $49.0? | $49.0? |
| Thai | - | - | - | - | - | - |
| TSB | $28.0 | $28.5 | $30.0? | $46.5 | $47.5? | $48.0? |

*OEC/SDD*'s 20" price for *Funai* all claimed to be $49.0, but according to the assessment of current situation, this is questionable. The price should at least be the same as *CPT*'s.

___
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

(D)  *Demand trend & forecast:*

OEC provided *Demand* for *Small* and *Medium* forecasts as follows:

**Unit: Mpcs**

|  | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|---|
| **Small** | 36.6 | 39.1 | 38.3 | 35.2 | 32.1 | 31.0 | 30.0 |
| **Medium** | 51.9 | 58.2 | 62.0 | 58.3 | 61.4 | 62.0 | 62.0 |

*Mr. Cho* pointed out that each maker's *Supply* situation has no *updated* information and proposed that each maker provide next year's *Capacity* and planned production volume before November 10 for *OEC* to summarize, and at the next *Meetin*g, we will discuss in detail the *Supply & Demand* for *Year 2000.*

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

'99-11-02      08:05                                              T-011   P04

(E) *Price Strategy:*

*Price indication for next year*:

    φφι *Good*
        φφλ*Price–up trend in European & American market thanks to capacity reduction in Asia*
        φφλ*Emerging market is recovering (Asia, CIS, S. America)*
        φφλ*Current market is maintaining with the same level (Europe, N. America)*

Supply and Demand Situation for *Q*1 1999 – *Q*1 2000 based on production capacity and number of orders provided by each maker is as follow:

    φφι *Bad*
        φφλ*Low CPT from S.E. Asia & Irico interrupt the effort of European CPT manufacturers*
        φφλ*Severe CTV price competition at the same market*
        φφλШ *equalization is the only way to cope with price pressure*

Regarding next year's price strategy, even though there has been a noticeable drop in supply and there will be *shortage* situation with *Glass Bulb*, *Demand* may still be affected by economic factors. Therefore after extensive discussions among the meeting attendees, it was decided to maintain the current prices for Q1 next year and will then see whether there is opportunity for increase in Q2 [Underlined by hand]. Also, as proposed by *Mr. Inn Kim*, we will discuss at the next meeting when and what *size* may be the subject of an increase and the *Global Market study*.

(F) *A.O.B.*

    *Next meeting:*
        *November* 25, 12:00 *A.M. (Thursday)*
        *Taoyuan, Taiwan (CPT Factory)*
        [Handwritten: "coincide with 11/26 *CDT meeting* to be hosted by *PH* in Taiwan."]

- End of Report -

           → Submitted for approval

                             [Signed:] Liu 11/1
                  [Signed:]  Wen-Chun  (Tony)  Cheng  10/30'99
                          [Signed:] Chien 11/1
                  Submitted by Ching-Yuan (Michael) Du 10/30
                          [Signed:] Lin 11/1

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

[Page Intentionally Omitted]

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

'99-11-02  08:03

Fax: 楊協理/杜濟源          T-011 P01

洽訪報告(呈)

日期：1999-10-27
洽訪人員：SDD-Mr.Inn Kim, Mr. S.K.Park, Mr.Y.S. Moon
　　　　　LG-Mr.S.Y. Choi, Mr.G.I.Choi, Mr.Hwa-Kyu Lee, Mr.H.W. Jeon, Mr.E.J.Kim
　　　　　Orion- Mr.H.K.Cho, Mr.J.H. Moon, Mr.Karl.Min
　　　　　Thai-CRT- Mr.Chovali, Mr.Thanasa, Mr.Boonchoo
CPT 人員：劉處長,楊經理,杜濟源
主題：市場資訊交流及價格檢討
內容：
　(A) Updated status of Samtel/Ekranas/PH(B)/TDDJ/IRICO/BMCC：
　　❶Samtel：
　　　LG 說明 Samtel 14"管 capacity-1.7M,output-1.5M 明年除供應印度本地市場外，另外
　　　銷 30k/m(義大利市場 15k/m，Funai 15k/m)。對 Funai 的售價為 CIF27.75/pcs(Bare
　　　Tube)，try to increase the price，LG 稱已告知 Samtel 價格不要低於 CIF29.0/pcs。SDD
　　　補充印度本地 CTV 市場需求為 4M(1998)→5M(1999)→6M(2000)→10M(2001)，Samtel
　　　應無多餘的量供應外銷，對東南亞市場不會影響。
　　❷Ekranas：
　　　Mr.Cho 說明現 Ekranas 一線 14"、一線 20"/21"，現售價 USD33~35，100%歐洲市場。
　　❸PH(Brazil)：
　　　SDD 說明 PH(B)'98 年產量 7M，'99 年產量約 5M(14"：2.5M、20"：2.2M)，市場主
　　　要為巴西(70%)。14" ITC 管售價現為 CIF USD32~32.5，在 SDD 傳遞亞洲市場的漲價
　　　訊息後，Mr. Inn Kim 稱 PH(B)應不會 dumping price。劉處長說明現 PH(B)除以低價
　　　供應 Mexico 地區的 Sanyo/Daewoo/Sharp 造成東南亞 TV 廠商失競爭困難外，另尚有
　　　idle capacity 想以低價來取得更多 order；上次華映拜訪 SREC 堅持調漲 14" 價格至
　　　$30.3 時，SREC 曾提出若華映堅持調漲則無 order 並將轉向 PH(B)採購。決議由 SDD
　　　於 10/29 前再接洽 PH(B)人員確認其對 SREC 的價格及供應數量後，再由 SDD/LG/CPT
　　　下週於韓國 meeting 商討對策。
　　❹TDDJ(TSB 印尼)：
　　　Mr.Cho 說明 TDDJ '99/4Q 及 '00/1Q 皆 100% loading，'99/10 售價與市場價格比較仍
　　　略偏低。楊經理補充說明上週拜訪 TDDJ 時獲得其對客戶的價格資訊為 Funai：14"-
　　　$30，Aiwa：14"-$30, 20"-$48(供應量：14"-15k/m,20"-15k/m)，Orion：14"-$30(ITC)，
　　　SREC：14"-$29.5, 20"-$47.5(供應量：14"/20"各約 10k/m)，Sanyo：14"-$28.0,11 月初
　　　計劃與 LG(印)及 SDDM 一起去調漲。
　　❺IRICO：
　　　劉處長說明在 CPT/PH 和 IRICO 上海 meeting 後，現 IRICO 銷土耳其 Vestel  ITC 管
　　　售價已調至$28.5(換成 CIF 含稅 USD34.2)，和現歐洲當地市場價位已相當。另 IRICO

CONFIDENTIAL - GRAND JURY MATERIAL



EXHIBIT
1155

CHU00030899

已 Approach TCE 泰國，預計 2000/2Q 開始供貨，價格約$31(ITC)。

❻BMCC：

SDD 說明 BMCC對 14"CPT 產量約 80k/m，其中 40k 供應 Local，另 40k 供應松下集團，價格上沒有雜音。

(B) Price equalization：(Base：Arrival or CIF,ITC)

比較各家廠商對 ORION/SREC/TCE/AIWA/FUNAI 等的 Agreed Price 及現行售價如下：

| | 14" | AP | CP | 20" | AP | CP |
|---|---|---|---|---|---|---|
| ORION | | $32.0 | $31.0 | | $52.0 | $50.0 |
| SREC | | $33.5 | $33.5 | | $53.5 | $53.5 |
| TCE | | $32.5 | $32.5 | | $52.5 | $52.5 |
| AIWA | | $33.0 | $33.0 | | $53.0 | $53.0 |
| FUNAI | | $33.5 | $33.5 | | $53.5 | $53.5 |
| | | | | | | |
| GAP(H~L) | | $1.5 | $2.5 | | $1.5 | $3.5 |

Chairman Mr.Cho 稱現韓商 14"TV 對美國的報價$79，然而 Orion 卻低殺至$70；以現 14"映管的價格差高達$2.5 ，為使客戶亦能公平競爭應宜縮小彼此的售價差。劉處長回覆 Thai-CRT 於 10 月份才跟上華映的售價，華映已有計劃於近期向 Orion 提出自 11 及 12 月起 14"/20"各調漲$1，請 Thai-CRT 屆時能配合一起調漲。

(C)Updated status of OSTAF：

針對特定的 5 家客戶，各廠商現行價格 updated 如下：

❶Orion Agreed Price：CIF or ARR ,ITC, 14" $32, 20" $52

| | 14" | | | 20" | | |
|---|---|---|---|---|---|---|
| | 99/Q2 | 99/Q3 | 99/Q4 | 99/Q2 | 99/Q3 | 99/Q4 |
| CPT | $29.0 | $31/Sep | $31.0 | $48.0 | $50/Sep | $50.0 |
| LGE | ~ | ~ | ~ | ~ | ~ | ~ |
| OEC | ~ | ~ | ~ | ~ | ~ | ~ |
| SDD | ~ | ~ | ~ | ~ | ~ | ~ |
| Thai | $29.0 | $30.0 | $31/Oct | $48.0 | $49.0 | $50/Oct |
| TSB | ~ | $29.5 | $30.0 | | | |

❷ SREC Agreed Price：CIF or ARR ,Bare, 14" $30, 20" $49

| | 99/Q2 | 99/Q3 | 99/Q4 | 99/Q2 | 99/Q3 | 99/Q4 |
|---|---|---|---|---|---|---|
| CPT | $28.5 | $29.5 | $30.0? | $46.0 | $47.0 | $48.0? |
| LGE | $28.5 | $29.5 | $30.0? | $46.0? | $47.0 | $48.0? |
| OEC | ~ | ~ | ~ | | | |
| SDD | $28.5 | $29.8 | $30.0? | ~ | ~ | ~ |
| Thai | ~ | ~ | ~ | | | |
| TSB | $28.5 | $28.5 | $29.5? | ~ | $46.5 | $47.5? |

各家對 SREC 第四季的 14"/20"管價格係 Request Price，最終價格仍待確認。

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030900

'99-11-02  08:03

T-011 P02

❷ TCE Agreed Price : CIF or ARR ; ITC, 14" $32.5, 20" $52.5

|        | 14" | | | 20" | | |
|--------|-------|-------|-----------|-------|-------|-------|
|        | 99/Q2 | 99/Q3 | 99/Q4 | 99/Q2 | 99/Q3 | 99/Q4 |
| CPT | $31.0 | $32.5 | $32.5 | – | $52.5 | $52.5 |
| LGE | – | – | – | $50.0 | $52.5 | $52.5 |
| OEC | – | – | – | – | – | – |
| SDD | $31.1 | $32.6 | $32.6 | – | – | – |
| Thai | $30.5 | $31.5 | $32.5/Nov | – | – | – |
| TSB | $29.6 | $29.6 | $29.8 | – | – | – |

❷ Aiwa Agreed Price : CIF or ARR, ITC, 14" $33, 20" $53

|        | 14" | | | 20" | | |
|--------|-------|-------|-----------|-------|-------|-----------|
|        | 99/Q2 | 99/Q3 | 99/Q4 | 99/Q2 | 99/Q3 | 99/Q4 |
| CPT | – | $33.0 | $33.0 | $51.0 | $53.0 | $53.0 |
| LGE | $31.5 | $33.0 | $33.0 | $51.0 | $53.0 | $53.0 |
| OEC | – | – | – | – | – | – |
| SDD | $32.0 | $33.5 | $33.5 | – | – | – |
| Thai | $30.5 | $31.5 | $33/Nov | – | – | $53/Nov |
| TSB | $31.0 | $33/Sep | $33.0 | $49.5 | $52.5/Sep | $52.5 |

❷ Funai Agreed Price : CIF or ARR, Bare, 14" $30, 20" $49

|        | 14" | | | 20" | | |
|--------|-------|-------|-----------|-------|-------|-----------|
|        | 99/Q2 | 99/Q3 | 99/Q4 | 99/Q2 | 99/Q3 | 99/Q4 |
| CPT | $28.0 | $30.0 | $30.0 | $47.5 | $48.0 | $48.0 |
| LGE | $28.0 | $30.0 | $30.0 | – | – | – |
| OEC | – | – | – | $47.3 | $49.0? | $49.0? |
| SDD | $28.0 | $30.0 | $30.0 | $47.5? | $49.0? | $49.0? |
| Thai | – | – | – | – | – | – |
| TSB | $28.0 | $28.5 | $30.0? | $46.5 | $47.5? | $48.0? |

有關 OEC/SDD 對 Funai 的 20"價格皆稱$49.0，但依現況判斷此說法頗令人懷疑，
至少應和 CPT 同價才對。

(D)Demand trend & forecast：
　　OEC 提供 Small 及 Medium 的 Demand 預測如下：

Unit: Mpcs

|        | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|--------|------|------|------|------|------|------|------|
| Small | 36.6 | 39.1 | 38.3 | 35.2 | 32.1 | 31.0 | 30.0 |
| Medium | 51.9 | 58.2 | 62.0 | 58.3 | 61.4 | 62.0 | 62.0 |

Mr. Cho 提出各家 Supply 狀況並沒有 updated 的資料，請各家於 11/10 前提供明年度
的 Capacity 及計劃生產量給 OEC 彙總後，於下次 Meeting 時再詳細檢討 Year 2000
的 Supply & Demand。

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030901

'99-11-02  28:05

T-011 P04

(E)Price Strategy：
   Price indication for next year：
   ●Good
     －Price-up trend in European & American market thanks to capacity reduction in Asia
     －Emerging market is recovering (Asia、CIS、S.America)
     －Current market is maintaining with the same level(Europe, N.America)
     依各家提報的產能及訂單數量彙集 99Q1~20Q1 的供需狀況如下：
   ●Bad
     －Low CPT from S.E.Asia & Irico interrupt the effort of European CPT manufacturers
     －Severe CTV price competition at the same market
     ----→equalization is the only way to cope with price pressure
     有關明年價格策略，雖供應量有明顯的減少及 Glass Bulb 會有 shortage 的現象，但
     Demand 或許仍會受經濟因素的影響，故經與會人員廣泛討論後，決議明年第一季
     仍維持現行價格，第二季再看是否有機會調漲。另依 Mr.Inm Kim 的提議下次會議將
     討論何時/何種 Size 有可能調漲及 Global Market 的 study。
(F)A.O.B：
   Next meeting：
     －Nov. 25, AM 12:00(Thursday)
     －Taiwan, Taoyuan(CPT Factory)

一以上報告一

恭呈核示

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030902

CONTINUE FROM PREVIOUS PAGE    002

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030903

# EXHIBIT 23

Page 204

1                  *** HIGHLY CONFIDENTIAL ***

2                  UNITED STATES DISTRICT COURT

3                NORTHERN DISTRICT OF CALIFORNIA

4                    SAN FRANCISCO DIVISION

5     Case No. 3:07-cv-05944 SC

6     MDL No. 1917

7     -----------------------------------x

8     IN RE:  CATHODE RAY TUBE (CRT)

9             ANTITRUST LITIGATION

10    -----------------------------------x

11    This Document Relates to:

12    ALL ACTIONS

13    -----------------------------------x

14                                 Taipei 101 Tower

15                                 Xinyi Road

16                                 Taipei City, 11049

17                                 Taiwan

18

19                                 February 20, 2013

20                                 9:33 a.m.

21       Volume II of III

22       CONTINUED DEPOSITION of CHIH CHUN-LIU, held at the

23    aforementioned time and place, before Audrey

24    Shirley, Qualified Realtime Reporter, MBIVR

25

1            A P P E A R A N C E S

2

3    Attorneys on Behalf of Direct Purchasers:

4    SAVERI & SAVERI, INC.,

5            706 Sansome Street

6            San Francisco

7            CA 94111

8    BY:     RICHARD A. ALEXANDER SAVERI, ESQ.,

9            rick@saveri.com

10                   -and-

11           DAVID Y. HWU, ESQ.,

12           dhwu@saveri.com

13

14   Attorneys on Behalf of Direct Purchasers

15   FREED KANNER LONDON & MILLEN

16           2201 Waukegan Road

17           Suite 130

18           Bannockburn, Illinois 660015

19   BY:     DOUGLAS A. MILLEN, ESQ.,

20           dmillen@fklmlaw.com

21

22

23

24

25

A P P E A R A N C E S (cont)

Attorneys on Behalf of Indirect Purchasers
STRAUS & BOIES, LLP
1661 International Pl. Dr.
Suite 400
Memphis, TN 38120
BY: MARK J. SCHIRMER, ESQ.,
mschirmer@straus-boies.com
-and-
NATHAN CIHLAR, ESQ.,
ncihlar@straus-boies.com

Attorneys on behalf of Dell:
ALSTON & BIRD, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia, 30309-3424
BY: DEBRA D. BERNSTEIN, ESQ.,
debra.bernstein@alston.com
-and-
MATTHEW D. DENT, ESQ.,
matthew.kent@alston.com

Page 207

```
 1              A P P E A R A N C E S (cont)

 2

 3    Attorneys for various direct action Plaintiffs

 4    BOIES SCHILLER & FLEXNER LLP

 5              10 North Pearl Street

 6              Albany, NY 12207

 7    BY:      PHILIP J. IOVIENO, ESQ.,

 8              piovieno@bsfllp.com

 9                   -and-

10              KARL SMITH, ESQ.,

11              ksmith@bsfllp.com

12

13    Attorneys on behalf of Circuit City Liquidating

14    Trust

15    SUSMAN GODFREY LLP

16              Suite 5100, 1000 Louisiana

17            Houston, TX 77002

18    BY:      JONATHAN J. ROSS, ESQ.,

19              jross@SusmanGodfrey.com

20

21

22

23

24

25
```

```
                                            Page 208
 1              A P P E A R A N C E S (cont)

 2

 3     Attorneys on behalf of Sears & K-Mart

 4     KENNY NACHWALTER

 5              11100 Miami Center

 6              201 South Biscayne Boulevard

 7              Miami, Florida 33131-4327

 8     BY:      KEVIN J. MURRAY, ESQ.,

 9              kmurray@kennynachwalter.com

10

11     Attorneys on behalf of Samsung Electronics Co.

12     Ltd. and Samsung Electronics American, Inc

13     O'MELVENY & MYERS LLP

14              1625 Eye Street, NW

15              Washington, DC, 20006-4001

16     BY:      COURTNEY C. BYRD, ESQ.,

17              cbyrd@omm.com

18

19     Attorneys on behalf of Panasonic entities

20     WINSTON & STRAWN LLP

21              200 Park Avenue

22              New York, NY 10166

23     BY:      JAMES F. LERNER, ESQ.,

24              jlerner@winston.com

25
```

Page 209

```
 1              A P P E A R A N C E S  (cont)

 2

 3    Attorneys on behalf of Toshiba

 4    WHITE & CASE LLP

 5              701 Thirteenth Street, NW

 6              Washington, DC 20005

 7    BY:       LUCIUS B. LAU, ESQ.,

 8              alau@whitecase.com

 9

10    Attorneys on behalf of Philips Defendants

11    BAKER BOTTS LLP

12              The Warner

13              1299 Pennsylvania Avenue, NW

14              Washington, D.C. 20004-2400

15    BY:       JOHN M. TALADAY, ESQ.,

16              john.taladay@bakerbotts.com

17

18    Attorneys on behalf of the SDIs

19    SHEPPARD MULLIN RICHTER & HAMPTON LLP

20              30 Rockerfeller Plaza

21              New York, NY 10112-0015

22    BY:       ERIC O'CONNOR, ESQ.,

23              eoconnor@sheppardmullin.com

24

25
```

```
                                        Page 210
 1              A P P E A R A N C E S  (cont)

 2

 3    Attorneys on behalf of Chunghwa Picture Tube

 4    Defendants

 5    GIBSON, DUNN CRUTCHER LLP

 6              555 Mission Street

 7              San Francisco, CA 94105-2933

 8    BY:       RACHEL S. BRASS, ESQ.,

 9              rbrass@gibsondunn.com

10

11    Attorneys on behalf of the witness

12    FARMER BROWNSTEIN & JAEGAR LLP

13              235 Pine Street, Suite 1300

14              San Francisco, CA 94104

15    BY:       JACOB P. ALPREN, ESQ.,

16              jalpren@farmerbrownstein.com

17

18    OFFICE OF ATTORNEY GENERAL

19    STATE OF CALIFORNIA

20              455 Golden Gate Avenue

21              Suite 11000

22              San Francisco, California, 94102-7004

23    BY:       MR. EMILIO E. VARANINI, ESQ.,

24              emilio.varanini@doj.ca.gov

25
```

Page 211

1  Also present:

2

3  Linda Fleet  -  Videographer

4  Danielle Liu -  Chunghwa Picture Tubes, Ltd.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 363

| | | |
|---|---|---|
| 1 | MS. BERNSTEIN:  It may be a duplicate | 17:31:31 |
| 2 | production.  So we'll just stick with 1155 Bates | 17:31:33 |
| 3 | number, '30899. | 17:31:37 |
| 4 | BY MS. BERNSTEIN: | 17:31:43 |
| 5 | Q.   Mr. Liu, I believe you already | 17:31:44 |
| 6 | testified about this document as an October 27, | 17:31:45 |
| 7 | 1999 group meeting, is that right, sir? | 17:31:53 |
| 8 | MR. TALADAY:  We renew our objections to | 17:31:54 |
| 9 | the document. | 17:31:57 |
| 10 | THE WITNESS:  Yes. | 17:32:12 |
| 11 | BY MS. BERNSTEIN: | 17:32:12 |
| 12 | Q.   And I'd like to direct your attention | 17:32:13 |
| 13 | to section E, sir.  Heading "price strategy".  Do | 17:32:14 |
| 14 | you see that, sir? | 17:32:40 |
| 15 | A.   Yes. | 17:32:42 |
| 16 | Q.   Is this an example of prices increasing | 17:32:43 |
| 17 | due to reduction in production, sir? | 17:32:47 |
| 18 | MR. TALADAY:  Objection; leading. | 17:32:50 |
| 19 | Objection; lack of foundation. | 17:32:52 |
| 20 | MS. CHIU:  Objection; mischaracterizes the | 17:32:54 |
| 21 | document. | 17:32:57 |
| 22 | THE WITNESS:  Yes. | 17:33:24 |
| 23 | BY MS. BERNSTEIN: | 17:33:26 |
| 24 | Q.   And can you tell me, sir, what is | 17:33:26 |
| 25 | reported in this group meeting report regarding | 17:33:28 |

Page 364

| | | |
|---|---|---|
| 1 | price trends in Europe and American markets? | 17:33:32 |
| 2 | MR. LAU:  Objection; best evidence rule. | 17:33:35 |
| 3 | THE WITNESS:  There are indications of | 17:34:08 |
| 4 | price rise trends in -- for products sold to the | 17:34:15 |
| 5 | United States and Europe. | 17:34:24 |
| 6 | BY MS. BERNSTEIN: | 17:34:29 |
| 7 | Q.   And when you say "price rise trends" is | 17:34:30 |
| 8 | it that prices were going up for products sold to | 17:34:33 |
| 9 | the United States and Europe, sir? | 17:34:35 |
| 10 | MR. TALADAY:  Objection; leading. | 17:34:37 |
| 11 | THE WITNESS:  Yes, language here says that | 17:34:50 |
| 12 | clearly. | 17:34:55 |
| 13 | BY MS. BERNSTEIN: | 17:34:56 |
| 14 | Q.   And what is -- why are prices going up, | 17:34:56 |
| 15 | sir?  In the European and American markets? | 17:34:59 |
| 16 | A.   It says clearly here due to reduced | 17:35:17 |
| 17 | production in Asia the capacity was not going up | 17:35:24 |
| 18 | but down. | 17:35:35 |
| 19 | Q.   Do you agree, Mr. Liu, that in times of | 17:35:40 |
| 20 | over-supply these group competitor meetings | 17:35:44 |
| 21 | helped keep prices from falling as much as they | 17:35:48 |
| 22 | would have? | 17:35:50 |
| 23 | MR. LAU:  Objection; leading. | 17:35:51 |
| 24 | MR. TALADAY:  Objection; calls for improper | 17:35:52 |
| 25 | lay opinion. | 17:35:55 |

```
                                            Page 365
 1          THE WITNESS:  Agree.                    17:36:51

 2   BY MS. BERNSTEIN:                              17:36:52

 3          Q.   And when there was a shortage of tubes,  17:36:52

 4   sir, do you agree that these group competitor  17:36:54

 5   meetings allowed suppliers to raise prices     17:36:58

 6   faster?                                        17:37:02

 7          MR. LAU:  Objection; leading.           17:37:02

 8          MR. TALADAY:  Objection; calls for improper  17:37:04

 9   lay opinion.                                   17:37:06

10          THE WITNESS:  Agreed.                   17:37:12

11   BY MS. BERNSTEIN:                              17:37:31

12          Q.   Do you agree, sir, that these group  17:37:31

13   competitor meetings, wherein you reached       17:37:34

14   agreements to reduce production or limit       17:37:38

15   production allowed prices -- strike that.      17:37:40

16          Do you agree, sir, that these group     17:37:47

17   competitor meetings wherein you reached        17:37:49

18   agreements to reduce production or limit       17:37:52

19   production helped keep prices from falling as  17:37:55

20   much as they would have?                       17:37:58

21          MR. LAU:  Objection; leading.           17:37:59

22          MR. TALADAY:  Objection; mischaracterizes  17:38:02

23   prior testimony.                               17:38:04

24          THE WITNESS:  I don't know whether your  17:38:29

25   questions were the follow-up questions about this  17:40:01
```

Page 366

| | | |
|---|---|---|
| 1 | paragraph.  However, I can answer this way: in | 17:40:07 |
| 2 | terms of CPT, what we agreed were concepts. | 17:40:14 |
| 3 | There was no mechanism to monitor the results. | 17:40:23 |
| 4 | Whether every one of us actually implemented the | 17:40:33 |
| 5 | production control, whether kept prices from | 17:40:43 |
| 6 | falling, I cannot tell but our consensus, more or | 17:41:02 |
| 7 | less, had some influences.  In terms of the CDTs, | 17:41:10 |
| 8 | because we were talking about monitors, most of | 17:41:21 |
| 9 | the makers were either Chinese or Korean makers. | 17:41:27 |
| 10 | After contacts among of us that it will be okay. | 17:41:36 |
| 11 | Apparently the effect was clear, the production | 17:41:51 |
| 12 | was controlled.  Your questions were somewhat | 17:41:54 |
| 13 | vague, whether that was asking a general | 17:42:06 |
| 14 | situation or following the paragraph on this page | 17:42:11 |
| 15 | I'm not sure, but I want to give you a clear | 17:42:20 |
| 16 | answer. | 17:42:25 |
| 17 | BY MS. BERNSTEIN: | 17:42:27 |
| 18 | Q.   I apologize my question was not good | 17:42:27 |
| 19 | and I will fix it and come back to that. | 17:42:30 |
| 20 | Yesterday you testified that there were | 17:42:34 |
| 21 | three levels of group meetings, Mr. Liu.  Do you | 17:42:36 |
| 22 | recall that testimony, sir? | 17:42:39 |
| 23 | A.   Mmm.  Yeah. | 17:42:47 |
| 24 | Q.   Who came up with the plan of having the | 17:42:51 |
| 25 | three levels of group meetings, sir? | 17:42:53 |

```
                                          Page 367
 1        MR. TALADAY:  Objection; mischaracterizes    17:43:04
 2   prior testimony.  Objection; lack of foundation.   17:43:08
 3   BY MS. BERNSTEIN:                                   17:43:17
 4        Q.   Not from this document, sir, you can     17:43:17
 5   put that aside.                                     17:43:19
 6        A.   Yeah, yeah, I just review this.          17:43:20
 7        Actually, that was the outcome of thoughts     17:43:36
 8   among many of us.  Such a development gradually     17:43:54
 9   took shape.  The defining moment would be 1997      17:44:09
10   when David Chang mentioned about market             17:44:21
11   evolutions and came about a mechanism for such      17:44:33
12   a structure.                                        17:44:44
13        MS. BERNSTEIN: (To the interpreter):  Are      17:44:53
14   you done?                                           17:44:53
15        THE INTERPRETER:   (The interpreter nodded.)   17:44:53
16   BY MS. BERNSTEIN:                                   17:44:53
17        Q.   Did all the group meetings occur in       17:44:56
18   Taiwan, sir?                                        17:44:58
19        A.   No.                                       17:45:04
20        Q.   Where did they occur?                     17:45:06
21        A.    In Taiwan, Korea, Japan, Malaysia,       17:45:20
22   Thailand, Indonesia.                                17:45:25
23        Q.   So would the participants at these        17:45:29
24   meetings travel to those different locations?       17:45:31
25        A.   Yes.                                      17:45:44
```

```
                                               Page 368
 1          Q.    Mr. Liu, do you believe that at times    17:45:59
 2    some of the tube suppliers cheated on the            17:46:02
 3    agreements reached as to price or reduction in       17:46:04
 4    supply?                                              17:46:06
 5          A.    Sometimes that happened, more or less.   17:46:40
 6          Q.    And what did the group do when it was    17:46:44
 7    suspected that one of the competitors was            17:46:47
 8    cheating on the agreement?                           17:46:49
 9          MR. TALADAY:   Objection; calls for            17:47:05
10    speculation.                                         17:47:13
11          THE WITNESS:   Before the meetings evidence    17:47:36
12    would be collected.   We would find evidence to      17:47:40
13    challenge this suspect at the meetings, "How         17:47:49
14    could you do this?"   To offer this company          17:47:56
15    a chance to clarify or make improvements.            17:48:02
16    BY MS. BERNSTEIN:                                    17:48:15
17          Q.    Did you -- sorry, I wasn't sure she was  17:48:16
18    done.                                                17:48:18
19          Did you find that mechanism effective to       17:48:19
20    bring companies back in line?                        17:48:26
21          A.    Under enormous pressures some effects    17:48:56
22    could be achieved.   However, it was not 100 per     17:49:04
23    cent effective, otherwise every one of us would      17:49:11
24    have made a great fortune.                           17:49:20
25          Q.    And Mr. Liu, do you believe that being   17:49:30
```

# EXHIBIT 24



February 10, 2015

**Certification**

**Park IP Translations**

This is to certify that the attached  translation is, to the best of my knowledge  and belief, a true and accurate  translation from Chinese  into English of the document  with bates  numbers range:  CHU00030731 - CHU00030733.

Hanna  Kang

Project Manager

Project Number: STBO_1502_001

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com

**[TRANSLATION]**

'99-03-19    13:11                                                    T-799 P01
                                                              [Handwritten:]
                                                                      → Du
                Tai 3/22'99 / Yu 3/23'99      → *File*    Volume for Market
                                                        [Illegible] 3/25'99
                                                        *SALES* case    *file*
                                                        Quick review date →
                                              Jiang 3/25'99    Hua Wu 3/25.99


Visitation Report [Submitted]


Date:           1999-03-15


Visitors:       *SDD-Mr. Ha, Mr. J I Lee*
                **LG- Mr. Lim, Mr. Park, Mr. Kun-Chuan Lu**, Mr. Ko
                *Orion-Mr. Moon, Mr. Jimmy Kim*
                *PH- Mr. Jerry Lin, Ms Rosa Hu*


CPT Persons:    Manager Cheng, Ching-Yuan (Michael) Du


Topic:          *CDT* Market Information Exchange and 17" *CDT* Production
                Review for April

Content:

(A) *Market Update*:

◆  Each maker's *CDT* sales volume in February~April:

   Each maker presented the *CDT* sales volume from February~April as follows:

|       | February | | | | | March | | | | | April | | | | |
|-------|-----|-----|-----|-----|-------|-----|-----|-----|-----|-------|-----|-----|-----|-----|-------|
|       | 14" | 15" | 17" | 19" | Total | 14" | 15" | 17" | 19" | Total | 14" | 15" | 17" | 19" | Total |
| CPT   | 170 | 670 | 540 |     | 1,380 | 170 | 700 | 700 |     | 1,570 | 150 | 650 | 770 |     | 1,570 |
| SDD   | 70  | 200 | 250 | 84  | 604   | 60  | 200 | 290 | 70  | 620   | 60  | 200 | 290 | 70  | 620   |
| LG    |     | 130 | 280 | 20  | 430   |     | 110 | 280 | 10  | 400   |     | 100 | 280 | 5   | 385   |
| Orion | 50  | 80  |     |     | 130   | 50  | 85  | 5   |     | 140   | 50  | 100 | 20  |     | 170   |
| PH    | 50  | 390 | 250 | 15  | 705   | 70  | 420 | 300 | 25  | 815   | 60  | 350 | 310 | 25  | 745   |

1. The sales volumes that *SDD/LG/Orion* presented were only to Taiwanese
   makers by their Taipei *Offices*.

2. Senior Manager Cheng inquired about *LG*'s inventory for 15". *LG* responded
   that although currently it had approximately 100*k* of inventory, its internal
   demand would be vigorous in March, so most of its inventory should be

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

Exhibit
1141-EF

CONFIDENTIAL – GRAND JURY MATERIAL
FINAL TRANSLATION                    CHU00030731.01E  Translation

cleared out.

3. *Orion* admitted frankly that its current sales price for 17" is *USD*2~3 lower than *USD*98. It is hoped to narrow down its price differential with other makers upon the expansion of its production and the improvement of quality. The target would be around *USD*1.0 in the second half of the year. In addition, although the production volume had reached 80*k* (half line volume) in March, 60*k* was *A* tube (only sold to *Orion Monitor*, for domestic use in Korea). In response to this, the meeting attendees also asked *Orion* not to sell *B* tube or *A* tube in the market to avoid disrupting price stability. Additionally, at present, although it is still producing 14" at half line capacity, it is expected to stop production completely in June, July [Underlined by hand]. [Hand-drawn star]

4. In terms of Taiwanese maker's current order situation for 17", *PH*/CPT both indicated that April was not bad. *SDD/LG* also said that there was no sign indicating an order decrease from customers (*SDD Mr. Ha* also indicated that its headquarters still maintains the 17" original *allocation* volume to Taipei in April). The market situation should be clearer after the *Cebit Show*. As for the price increase of 17" in May, each maker indicated that it had verbally explained price increases to the customers to sound out their reactions. The customers were mostly suspicious. *SDD Mr. Ha* claimed that if the price increase failed to get support from Japanese makers, it wouldn't succeed. *Mr. Jerry* responded that *Mr. David* Chang would convey the Malaysia resolution to *HTC/MEC*, and asked them for support. *Mr. Jerry* claimed that he had already expressed to *PH BU* before the Lunar New Year that the price of 17" would be increased starting in April. *PH BU* has also conveyed the price increase information to *Dell*. *Mr. Ha* also claimed that its headquarters had conveyed the price increase information to *SEC*. *SEC* has also informed its customers that the sales price would be increased again.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CHU00030731.02E  **Translation**

CONFIDENTIAL – GRAND JURY MATERIAL
FINAL TRANSLATION

'99-03-19    13:11                                            T-799 P02

(B) Review of April 17" production volume:

Each maker presented the 17" production plan for April:

*Unit: Kpcs*

| Company | Factory | Line | OFF Day | Total Prod Q'ty | 990210 Q2 Planning Q'ty |
|---------|---------|------|---------|-----------------|-------------------------|
| CPT | Taoyuan<br>Yangmei<br>Malaysia | 2<br>2<br>2 | 4/4,4/5,4/18,4/24,4/25<br>4/4,4/5,4/18,4/24,4/25<br>4/10,4/11,4/28,4/29,4/30 | 810 | 2240 |
| SDD | Suwon<br>Pusan | 2<br>2 | 4/4,4/11,4/18,4/25,4/26<br>4/4,4/11,4/18,4/25,4/26 | 640 | 2100 |
| LG | Kumi<br>Changwon<br>Wales | 3<br>1<br>1 | 4/4,4/11,4/17,4/18,4/25<br>4/4,4/11,4/17,4/18,4/25<br>4/4,4/11,4/17,4/18,4/25 | 630 | 2040→1850 |
| Orion | Kumi | 1 | 4/4,4/18,4/27,4/28,4/29,<br>4/30 | 70 | 430 |
| PH | Chupei<br>Dapon<br>Lebring | 1<br>3<br>1 | See attachment<br>for detailed information | 278 | 950 |

1. President Lin of *LG* Taipei hoped that everybody would reduce production in concert so as to operate in an integrated way by decreasing working days. At present, for *PH*, due to its various production features at different plants of PH, some *Slowed Down M/C Speed*, or decreased loading time (not stopping production for the whole day). It's quite time consuming and difficult for other makers to check and verify. Hoped *PH* would change this style of operation. *Mr. Jerry* responded that he would check and discuss with its plants.

2. *SDD/LG/PH* all expressed objections to the 810k production volume which CPT reported. They said that if CPT had arranged this volume, compared with the Q2 planned production volume (2240k/3=747 k/month, decreasing production 10% in April, the output should have been 672k), which had originally been presented on February 10. CPT didn't decrease production; instead it increased production. CPT responded that at the beginning of February, we didn't expect that the new line in Malaysia would proceed so smoothly. The production exceeded 130k/month in the first month it started. Based on this actual result, the second month (April) could already achieve full production capacity. In addition, the production efficiency at the Taoyuan/Yangmei plant also has improved. In order to abide by the resolution, CPT has reduced the original 28 working days to 25 days. So it has in effect decreased production. However, the meeting attendees didn't agree with this, and insisted on CPT reviewing its *Daily Capacity* again and presenting the result to *PH* before 3/17.

– End of report –

[Handwritten: "⇨"] Submitted for approval

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL
FINAL TRANSLATION

CHU00030732.01E _Translation

[Handwritten:]

1. At the meeting, regarding the *Q*2 production volume that *CPT* presented, *SDD* and *LG* both expressed objections and believed that *CPT* hadn't decreased production; on the contrary, it had increased.

2. I explained that:

   a. On 2/10, *CPT*'s daily output was 5.8*k*, and it was based on conservative estimates. On the other hand, at that time *SDD* and *LG* all increased significantly to 6.2*k*. Currently, *CPT* has only reached *SDD* and *LG*'s target. So if this is questionable, then *SDD*, *LG*'s number on 2/10 was also not appropriate.

   b. #6 started *M/P* since 3/*E.* Daily output will be 5*k* in April. However, because #5 is in the same plant as #6, and also is proceeding quite smoothly, it has nothing to do with it.

   c. Emphasized that *CPT* had already followed the common understanding on 3/5 and reduced 5 days of production. The above is not today's topic for discussion. If it has to be reviewed, then it can be reviewed together with other makers at another time with regard to the production capacity.

[Initialed: Lin 3/16

[Initialed:] Liu 3/16

[Initialed:] Chien 3/16

[Signed:] Wen-**Jun** (Tony) Cheng 3/16 '99

[Signed:] Submitted by Ching-Yuan (Michael) Du 3/16'99

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL
FINAL TRANSLATION

CHU00030732.02E   Translation

## Global 17" Production Plan in Apr, Real Calendar
25 working day per line in Apr.

| | | Full Load | | Current Plan | | Difference | |
|---|---|---|---|---|---|---|---|
| | | Line. day | Output | Line.day | Output | Line.day | Output |
| Chupei | 17" | 30 | 65 | 11 | 22 | -19 | -43 |
| Dapon | 17" | 90 | 213 | 85 | 192 | -5 | -21 |
| Lebring | 17" | 30 | 70 | 27 | 64 | -3 | -6 |
| Total: | 17" | 150 | 348 | 124 | 278 | -26 | -70 |
| | | 100% | 100% | 82% | 80% | | |

## Stoppage plan Proposal

| Chupei | line.day | 1 | total Stop on Apr01 |
|---|---|---|---|
| | | 1.3 | stop on Apr 7, 14, 21, 28. |
| | | 16.4 | slow down M/C speed to reduce output : tube output reduction from 2.5K/day to 1.2K/day |
| | sub-total | 18.7 | |

| Dapon | line.day | 1 | total stop on Apr 01 |
|---|---|---|---|
| | | 3.7 | Stop on Apr 6, 8, 13, 15, 20, 22, 27, 29 |
| | sub-total | 4.7 | |

| Lebring | line.day | 2 | total stop on Apr 04 (Apr 05 also  if necessary) |
|---|---|---|---|
| | | 1 | on Apr 12.26 (detail timing to be decided from Lebring) |
| | sub-total | 3 | |

Real action will be taken after final decision is announced.
Planning schedule may be changed to adapt with factory real situation.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL
FINAL TRANSLATION

CHU00030733E  Translation

'99-03-15  13:11                                                    T-759 P81

洽訪報告(呈)

日期：1999-03-15
洽訪人員：SDD- Mr. Ha, Mr.J I Lee.
　　　　　LG- Mr. Lim, Mr. Park, Mr. 呂坤泉. Mr. Ko
　　　　　Orion- Mr. Moon, Mr.Jimmy Kim
　　　　　PH-Mr. Jerry Lin, Ms Rosa Hu
CPT 人員：鄭經理, 杜清源
主題：CDT 市場資訊交流及 4 月份 17"CDT 生產量檢討
內容：
　(A)Market Update：
　◆各家 2~4 月 CDT 銷售量：
　　各家提報 2~4 月 CDT 銷售量為：

Unit: kpcs

| | 2月 | | | | | 3月 | | | | | 4月 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 14" | 15" | 17" | 19" | Total | 14" | 15" | 17" | 19" | Total | 14" | 15" | 17" | 19" | Total |
| CPT | 170 | 670 | 540 | | 1380 | 170 | 700 | 700 | | 1570 | 150 | 650 | 770 | | 1570 |
| SDD | 70 | 200 | 250 | 84 | 604 | 60 | 200 | 290 | 70 | 620 | 60 | 200 | 290 | 70 | 620 |
| LG | | 130 | 280 | 20 | 430 | | 110 | 280 | 10 | 400 | | 100 | 280 | 5 | 385 |
| Orion | 50 | 80 | | | 130 | 50 | 85 | 5 | | 140 | 50 | 100 | 20 | | 170 |
| PH | 50 | 390 | 250 | 15 | 705 | 70 | 420 | 300 | 25 | 815 | 60 | 350 | 310 | 25 | 745 |

◉SDD/LG/Orion 的銷售數量僅是台北 Office 負責的台商銷售量。
◉鄭經理洽詢 LG 的 15"庫存，LG 回覆現雖有庫存約 100k，但 3 月份其內部需求已轉旺，將可銷完其大部份庫存。
◉Orion 坦承其 17"現售價比 USD98 低 USD2~3，希望若其生產量的擴大及品質的改善縮小和大家的價差，目標下半年 USD1.0 左右；另 3 月份雖生產量已至 80k(半線量)，但其中 60k 係為 A 管(僅銷售給 Orion Monitor，供韓國內銷用)，與會人員針對此件亦要求 Orion 不可有 B 管或 A 管在市場上銷售以避免破壞價格的安定。另 14"現雖仍半線生產，預定 6 月、7 月將會完全停產。
◉針對 17"現況台商訂單狀況 PH/榮映皆稱 4 月份訂單不錯、SDD/LG 亦表示沒有明顯跡象顯示客戶訂單衰退(SDD Mr. Ha 並表示其總部 4 月份 17"對台北仍維持原 allocation 量)，Cebit Show 後，市況應會比較清楚。關於 17" 5 月份調漲件各家稱皆已口頭向客戶說明試探，客戶大都抱持懷疑態度。SDD Mr. Ha 稱此次調漲若無法得到日系的支持，恐將無法成的。Mr. Jerry 回稱 Mr.David 張會將在馬來西亞西亞的決議傳達給 HTC/MEC 請他們支持。Mr. Jerry 稱農曆年前已向 PH BU 表達將自 4 月份起調漲 17"價格，PH BU 亦已向 Dell 傳達調漲訊息；Mr. Ha 亦稱其總部已向 SEC 傳達調漲訊息，SEC 亦已跟其客戶表示售價需再調漲。

EXHIBIT
1141

CHU00030731

CONFIDENTIAL - GRAND JURY MATERIAL

T-799 P02

(B)4月份 17"生產量檢討：

各家提報 4 月份 17"生產計劃為：

Unit: Kpcs

| Company | Factory | Line | OFF Day | Total Prod Q'ty | 990210 Q2 Planning Q'ty |
|---|---|---|---|---|---|
| CPT | Taoyuan | 2 | 4/4,4/5,4/18,4/24,4/25 | 810 | 2240 |
| | Yangmei | 2 | 4/4,4/5,4/18,4/24,4/25 | | |
| | Malaysia | 2 | 4/10,4/11,4/28,4/29,4/30 | | |
| SDD | Suwon | 2 | 4/4,4/11,4/18,4/25,4/26 | 640 | 2100 |
| | Pusan | 2 | 4/4,4/11,4/18,4/25,4/26 | | |
| LG | Kumi | 3 | 4/4,4/11,4/17,4/18,4/25 | 630 | 2040→1850 |
| | Changwon | 1 | 4/4,4/11,4/17,4/18,4/25 | | |
| | Wales | 1 | 4/4,4/11,4/17,4/18,4/25 | | |
| Orion | Kumi | 1 | 4/4,4/18,4/27,4/28,4/29,4/30 | 70 | 430 |
| PH | Chupei | 1 | 詳如附件 | 278 | 950 |
| | Dapon | 3 | | | |
| | Lebring | 1 | | | |

❶LG 台北林總經理表示希大家減產皆能一致以完整地減少工作天數方式作業，現 PH 以各
廠區的生產特性有些以 Slow Down M/C Speed 或減少稼動時刻（非整天停產）搭配，對其餘
廠商而言，查核將會較費時且不易，希 PH 能改變作業方式，Mr. Jerry 回稱將和其董事再
研究看看。

❷SDD/LG/PH 等對華映提供的生產數量 810k，咸表示異議，稱若華映安排如此數量，和原於
2 月 10 日提報的第二季計劃生產量比較（2240k/3＝747k/月，4月減產 10%生產量應為 672k）
非但沒有減產反而增產。華映回覆原 2 月初並無法預期馬來西亞新線進展如此順利，從開
始生產的一個月內即可突破 130k/月，依此實績第二個月（4月份）即可達到滿產能，且挑
圖/楊梅廠生產效率亦有增進，華映遵守決議已將原 28 個工作天數減為 25 天，已作實質
地減產，唯與會人員皆不同意，堅持要求華映重新檢討 Daily Capacity 並於 3/17 前回報
PH。

1. 結合 SDD, LG 對 CPT 規劃之 Q 產量認為 CPT 不減反增，甚表異議。

2. 稅說明：a. 3/10 CPT 以較低產率回答生 5.8% 而對時 SDD,LG 均大幅加高至 6.5%
現 CPT 也未過度達到 SDD, LG 之目標，若此有可減少 SDD,LG 5% 之
數字方較予合查。

b. #6 自產 少，4月回產 5%, 因降至 #5 同一廠區 四 #5 機炔爆此爭問題

c. 重申 CPT 已按 3% 為減成減少 5 天，上述共在今日計論減成並芝事項的
品行各分塵旋一起檢討。

---以上報告---

恭呈核示

'99-03-19  13:12                                    T-799 P03

## Global 17" Production Plan in Apr, Real Calendar
**25 working day per line in Apr.**

|         |     | Full Load |        | Current Plan |        | Difference |        |
|---------|-----|-----------|--------|--------------|--------|------------|--------|
|         |     | Line. day | Output | Line.day     | Output | Line.day   | Output |
| Chupei  | 17" | 30        | 65     | 11           | 22     | -19        | -43    |
| Dapon   | 17" | 90        | 213    | 85           | 192    | -5         | -21    |
| Lebring | 17" | 30        | 70     | 27           | 64     | -3         | -6     |
| Total:  | 17" | 150       | 348    | 124          | 278    | -26        | -70    |
|         |     | 100%      | 100%   | 82%          | 80%    |            |        |

## Stoppage plan Proposal

| Chupei  | line.day | 1    | total Stop on Apr01 |
|---------|----------|------|---------------------|
|         |          | 1.3  | stop on Apr 7, 14, 21, 28. |
|         |          | 16.4 | slow down M/C speed to reduce output : tube output reduction from 2.5K/day to 1.2K/day |
|         | sub-total | 18.7 | |

| Dapon   | line.day | 1   | total stop on Apr 01 |
|---------|----------|-----|----------------------|
|         |          | 3.7 | Stop on Apr 6, 8, 13, 15, 20, 22, 27, 29 |
|         | sub-total | 4.7 | |

| Lebring | line.day | 2 | total stop on Apr 04 (Apr 05 also  if necessary) |
|---------|----------|---|--------------------------------------------------|
|         |          | 1 | on Apr 12,26 (detail timing to be decided from Lebring) |
|         | sub-total | 3 | |

**Real action will be taken after final decision is announced.**
**Planning schedule may be changed to adapt with factory real situation.**

CONFIDENTIAL - GRAND JURY MATERIAL                                    CHU00030733

# EXHIBIT 25



December  30, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached   translation is, to the best of my knowledge  and belief,  a  true and  accurate   translation from Chinese  into English of the document  with bates  numbers range:  CHU00030787 - CHU00030794.

_____

Bjorn Blaschke

Project Manager

Project Number: STBO_1412_007

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com

[TRANSLATION]

'99-07-05    08:11                                    T-326        P01

[Handwritten:] *CC* = Senior Manager LU/Senior Manager YANG
Fu-Chia (Morgan) Tai →Du
SALES representative →Yu
*File CDT*
Competing Brand *H.Q.*
[Initials:] Jiang 7/2/99, [illegible] 7/1/99, Wu Hua 7/2/99
Ji 7/2/99

Business Meeting Report

Time:  June 23, 1999

Participants:  *SDD– Mr. Inn Kim, Mr. D Y Kim, Mr. J I Lee, Mr. HA*
*PHS – Mr. David Chang, Mr. Jerry Lin, Ms. Rosa Hu*
*ORN – Mr. H C Moon, Mr. K H Kang, Mr. J H Moon, Mr. Jimmy Kim*
*L/G – Mr. K S Cho, Mr. C S Jeon, Mr. J M Park, Mr. K Y Ko*

CPT: President Lin, Manager Cheng, Section Chief Du, Chun-Mei
Hsieh

Subject:  *CDT TOP MANAGEMENT MEETING*

(1) Topics of this week:
    1. *Marketing update.*
    2. *15" Price Increase Discussion.*
    3. *17"/19" Current Price Position.*
    4. *17" Production Control.*
    5. *A.O.B.*

(2) Content:
    1. *Marketing update*:

    a) Various makers indicated that 17" orders have been shrinking.  CPT stressed that
       our 17" production lines in various factory areas cut 12 workdays on average in
       June.  Business in July seems unlikely to recovery also; implementation of 17"
       production line cut back plan in July relies on various makers' effort to exercise
       self restraint.  Meanwhile, customer demands for 15"/14" remain stable.  We
       believe *Q*3 offers an opportunity for an upward adjustment of the 15" price.
       Current delivery quantity of 19" is about 20*k*/m [Underlined by hand].

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

Exhibit
1147-EF

CONFIDENTIAL – GRAND JURY MATERIAL              CHU00030787.01E

FINAL TRANSLATION

b) *PH – Mr. Jerry Lin* said, based on customers' general response, there may be a shortage of 15" in *Q3*. At the preliminary discussion on June 5, various makers generally expressed optimism about raising 15"CDT price in *Q3*, *PH* has already given advance notice to customers that there will be a price increase starting from *AUG*; current demand is still strong. However, in the 17" aspect, Japanese makers were aggressively quoting low prices ($92-95), *HTC:B+D* (-$4), causing a lot of frustration. And the 19" situation is miserable.

c) *SDD – Mr. D Y Kim* said ① Price of 14" [Underlined by hand] in China Mainland has been successfully raised to $50 [Underlined by hand], ensuing customer *demands* are still *strong*. ② Situation of orders for 15" in June is better than that of May. ③ Demands for 17" are still poor, in particular Taiwanese customers' demands are sliding downward. ④ Orders for 19" are getting less and less. Even though the price was adjusted from $185 to $175, the quantity of order is still dropping. Production volume has also been reduced from the previous 130*k* to 70*k*.

1

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

FINAL TRANSLATION

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030788E
FINAL TRANSLATION

'99-07-05    08:11                                    T-326        P02

d) *LG – Mr. Cho* said ① the demand for their 15" has already exceeded supply, *LG* hopes to take this opportunity to raise the price, yet on the other hand also worries if 15" *CDT* price is raised above $70, it may open up new opportunity for Japanese makers to produce 15" *CDT* again. ② Major *OEM* manufacturers have been actively *aproach* low-price *monitor* makers and have impacted the 17". Price of 17" *monitor* is rumored to be low – such as *D-W* $153, and *Lite-On* will deliver *Compaq* models starting from *AUG* (at a price level of around $151). However, he has never heard of the low prices – as alleged by *SDD* – of $140-145 offered by *AOC JEAN* and others; anyway, 17" *monitor* market price has indeed plunged below the reasonable price level of $160 as a result of competition among *monitor* makers. This situation is not good. ✱ CPT explained: AOC- 17" is primarily supplied by Korean maker (ORN) [Handwritten: ORN was crossed out and replaced by "LG"], *AOC* is not CPT's *Key Account*, and *JEAN*'s latest quotation to *Compaq* (two weeks ago was $154 and not $145).

e) *ORN – Mr. Kang* said ① <u>there is only half a production line left for14", with a monthly production capacity of 50-60k</u> [Underlined by hand]. ② 15" traditional *type* has also received a large order. It would be possible to clean out the previously accumulated inventory in July; however the *mini-neck* model is still unstable. ③ 17" is still bogged down by quality issues, and that affects its competing for orders.

f) Regarding Japanese makers' pricing on 17"/19", *Mr. Inn Kim* said he had personally visited *HTC(J)* to get some insights into the recent status of its pricing and production/sales: *HTC* – ① Price of 17" has been adjusted downward by *US* $2-3 in response to sliding market demands, its production cost is about $100 in Singaporean and Malaysian factories (yet *HEDS*'s current *offer*ed price is around $95), and if produced in Japan, it would be $110. ② *HTC* presently has 17" x 3 *Lines* (Singapore x 2 *Lines* and Malaysia x 1 *Line*) with a production capacity of 300k/m, and a sales volume of approximately 250k/m. ③ 19" has *keep* about 200k inventory, if continue with the current monthly production of 180k (capacity 250k), then it is expected to increase 80-90k additional stock every month. Therefore, starting from July, *HTC* will reduce more workdays (tentatively plan to reduce from the four days in June to three days a week.) Moreover, it has shut down the Mohara factory. (It has to lay off 700 out of 2000 employees after relocating some personnel to *SAKURA* factory.) ④ Production cost of 19" is about $180, and in terms of pricing, it was said that one *special offer* was given to one Taiwan-based customer – at $175, other customers are still charged over $180. ⑤ 21" – monthly production is 30k, demand is stable and the *profit* margin is about 10%. ⑥ HTC claims that, on the whole, its *CDT business* is losing money, but *TFT-LCD* is making a profit.

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

*TSB* – ① 17" has a production capacity of 100*k*/m in Japan, now 17" (*Mini-neck*) has just been successfully developed and will start mass productions in *Q*4 of 1999. ② 19" has a monthly production capacity of 50*k* in Japan, but only produces 10*k* now (at a cost of about $180), the profit margin is about 5%.

*MEC* – ① 17" production in Japan has been completely shut down, leaving only Malaysia factory *x 1 Line with 100k output* (at the cost of about $100). ② Both 19" x 1 *Line* and 21" x 1 *Line* are produced in Japan. *MEC* has a total of *5* production *Lines* in Japan (out of which 3 *Lines* are for *CPT*, primarily producing *flat tubes*); *MEC* claims that it has lost all competitiveness in the *CDT* market [Underlined by hand].

★ Conclusion: For 17", Japanese makers' *Total Capacity* this year is: 11-13*M*. Their *share* is under 30%. Chinese and Korean makers can still *lead* the 17" market, therefore it is better to ignore the pricing trend of the Japanese [Underlined by hand with a handwritten question mark after the statement].

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030789.02E
FINAL TRANSLATION

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

2.  *15" Price Increase Discussion*

a)  *CPT* – President Lin indicated that raising the price on 15" not only benefits 15"
    *CDT* makers, but also gives *Monitor* makers the opportunity to adjust the price
    to create some profit margin for their no-profit-base business; therefore, he
    thinks that the price adjustment should be at least $5, otherwise *Monitor*
    customers would find it difficult to raise their price with major *OEM* makers.

b)  Conclusion:  *PH* agreed with *CPT*'s point of view.  After extensive discussion, it
    was decided that the price of 15"*CDT* would be raised by $5 starting the *1ˢᵗ* of
    *August.*  Currently the *key account*'s *offer-bottom* of various makers is $62
    [Circled by hand]; it will be $67 [Circled by hand] after the price-rise adjustment
    (*Internal Price* minus $2,  ✱ *Mini-neck* (minus $1) [Underlined by hand]
    In addition, SDD-Mr. Inn Kim will inform TSB and ask it to follow.

3.  *17"/19" price Position*

a)  Pricing of 17":  *PH – Mr. David* requested that all meeting participants must
    trust one another with a completely *open* mind, otherwise it would be difficult
    to accomplish the mission of together keeping the market stable.  *Mr. David*
    asked various makers to disclose current 17" prices.  Everybody said the *bottom
    price* was $95 (no one admitted to making any *offer* lower than $95).  Yet, in
    reality, the market prices are still chaotic.  The major reasons why various
    makers could not reach a consensus on the June 5 regular meeting:  ① There
    exists one problem between Korean makers versus *CPT* and *PHS* about how to
    set the price differential for *TCO* and *MPRII,* making it difficult to come up
    with a proper price *offer*.  *Mr. David* urged everybody to try to resolve this
    problem first, otherwise it would be impossible to maintain the market price of
    17".

b)  Resolution on 17" price:  After a thorough review with various makers, *Mr.
    David* came to the following conclusion:  ① 17" *MPRII*-$95, *TCO* $96 (price
    differential shrinks to $1); this would help put an end to customers' picking and
    choosing to their own benefits – a practice that undermines *CPT* and *PH*'s *TCO*
    orders.  ② *ORN's - Mr. Moon* asked various makers to allow a $3 differential in
    the initial stage of *ORN*'s 17" launch.  After discussion, various makers agreed
    that ORN may maintain a $3 price differential at the initial stage, but must be
    *open* about its *offer* to customers, and have those offers reviewed on a *case by
    case* basis.

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL              CHU00030791.01E
FINAL TRANSLATION

c) Pricing of 19":

(1) CPT President Lin stated – with respect to 19" CDT price(s), each maker should consider from a different perspective as to what price level can create more supply opportunities. Suggested reducing the price(s) at once to a level sufficient to stimulate and create market demand. (2) PH-Mr. Jerry and L/G-Mr. Cho were in favor of widening the price-difference with the Japanese makers at once, accelerating the end of the tug-of-war with the Japanese makers; but need to make sure that the Japanese makers would quit. (3) SDD Mr. Inn Kim believed that the Japanese makers, except for HTC, still have large sized CPT (or flat tube) to sustain the business, so HTC would be the only one unable to survive. Therefore, suggested that everyone reconsider this scheme with prudence.

d) Resolution on 19" price: *PH*'s *Mr. David* made a tentative conclusion on the 19" *Price position* as follows: 19" *CDT* market price has slid down, it is suggested that various makers should set the price at $170 for the time being. Various makers were asked to review the situation thoroughly and submit a *Proposal* before July 14 for further discussion at the next *working level meeting* to be held at Taipei at 9:30 am on July 23.

4. *17" Production Control*

a) *Mr. Jerry* commented that various makers have coordinated very well on *17" Capacity control* in the past three months. In view of the market situation, July's number of non-workdays should be higher than the average number over the April-June period, to demonstrate each maker's commitment to safeguarding the price.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL
FINAL TRANSLATION

CHU00030791.02E

[Page Intentionally Omitted]

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030792E
FINAL TRANSLATION

'99-07-05    08:12                                    T-326       P04

b) *CPT*'s President Lin said: CPT has always shown outstanding self-restraint in production capacity control. In June, on average, each factory cut 12 workdays. It is hoped that all makers would make plans for cutting at least a *total* of 14 workdays during the July-August period (at least 6 workdays in July).

c) Korean makers said that they would arrange to have a summer recess of 5-7 days each in *July/E and Aug*ust*/B*. Due to considerations about workers union, they cannot arrange for too many workday cuts in July.

d) Conclusion – Based on Korean makers' recommendation, it is to *Announce* to the outside that there will be a cut of 5 workdays in July, and a total of 12 workdays in July-August. In the following Wednesday's regular meeting we shall reconfirm whether to cut six workdays in July.

5.  *A.O.B.*

a) *14" Price Increase* – ① *CPT*'s President Lin, in view of the coming supply shortage of 14" CDT, proposed an appropriate price-up adjustment of $3. ②*SDD*'s *Mr. D.Y. Kim* said their 14" price in *China* has already been raised to $50. Various makers have previously agreed to tentatively <u>unify the exchange rate of Renminbi (RMB) to (1:10.8) starting from *Sept*ember</u> [Underlined by hand]. *Mr. Kim* suggested bringing the effective date <u>forward to *1ˢᵗ Aug*ust</u> [Underlined by hand]. (Having an exchange rate of 10.8 instead of the previous 10.4 is about 4% *up*, equivalent to $2). For <u>outside of *China*</u>, [Handwritten: "all customers"], set the <u>*bottom price* as $52 ($2 price-up); (*Internal* is to minus $2)</u> [Underlined by hand].

b) *ORN*'s *Mr. Moon* said he and Director Liu relayed the price-up issue related to *Small/Medium CPT* to Mainland China's IRICO picture tube maker on June 22nd. At the same time, they also learned about the maker's production/sales situation – annual production of 14" CPT is about 2.5*M* (Export sales is 2*M*), mainly export to Turkey, Russia, and Eastern Europe, etc. Its export price is totally *Based on cost*, regardless of trends in market prices. After Mr. Moon and Director Liu went to dissuade such a practice, the company has said that they *will try best to follow market price*.
-- End of Report --
Respectfully submitted for approval

> [Initialed:] Lin 7/1 [Initialed:] Chien 6/29 [Initialed:] Liu 6/28
> [Initialed:] Du 6/25'99 [Signed:] Wen-Jun (Tony) Cheng 6/25'99
> **Submitted by Employee** Chun-Mei Hsieh 1999/06/25

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030793E
 FINAL TRANSLATION

[Page Intentionally Omitted]

English words found in the original text are *italicized.*
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00030794E

FINAL TRANSLATION

'99-07-05  08:11 ᵻ

T-326 P01

CC:足社煌 / 楊從煌戴 一 事案

**CPT華中** 中華映管股份有限公司業務處 File CDT

楊梅廠 電話:(03)4858035 傳真:(03)4858093 桃園縣楊梅鎮梅街巷路80號
桃園廠 電話:(03)3675151 傳真:(03)3667612 桃園縣八德市和平路1127號

## 接洽報告

時間: 88年6月23日

參會者: SDD-Mr.Inn Kim、Mr.D.Y.Kim、Mr.J.I.Lee、Mr.HA
PHS-Mr.David Chang、Mr.Jerry Lin、Ms.Rosa Hu
ORN-Mr.H.C.Moon、Mr.K.H.Kang、Mr.J.H.Moon、Mr.Jimmy Kim
L/G- Mr.K.S.Cho、Mr.C.S.Jeon、Mr.J.M.Park、Mr.K.Y.Ko

CPT: 林總經理、鄭經理、杜課長、謝春美

會議主題: CDT TOP MANAGEMENT MEETING

(一) 本週議題:

1. **Marketing update.**
2. **15" Price Increase Discussion.**
3. **17"/19" Current Price Position.**
4. **17" Production Control.**
5. **A.O.B.**

(二) 會議內容:

1. Marketing update:

a) 各家反映17"訂單已衰減,我方強調六月份我17"生產線各廠區平均減少12工作天。七月份看起來亦無轉好跡象;17"生產線產計劃七月份仍待各家努力節制。而15"/14"客戶需求穩定,我方認為Q3將是15"價格調漲之契機。19"現交貨量約20k/月。

b) PH-Mr.Jerry表示依客戶一般反應,Q3-15"將可能shortage,經6/05各家對Q3-15"CDT價格調漲初步溝通皆表樂觀後,PH已預告客戶將自AUG起調漲;目前需求仍旺。但17"方面則因日系積極報低價($92-95)、HTC:B+D(-$4)造成頗多困擾。19"-情況很慘。

c) SDD-Mr. D. Y. Kim稱❶14"在中國大陸之價位已成功調升至$50;後續客戶demands仍 strong。❷15"六月份訂單狀況較五月份好。❸17"客戶需求情況仍差;尤其台商客戶的需求仍在滑落。❹19" 訂單狀況越來越少,即使在價格自原$185 調至$175 情況下,訂單量仍下跌,產量已自目前 130k 調減

1

EXHIBIT
1147

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030787

02-JUL-1999  10:22  FROM ESSEX MONITOR                    10                    PTS  P.00

# Standard Chartered

**Application for Irrevocable Documentary Credit**

To: Standard Chartered Bank
Trade Services Centre, Hong Kong
For Attention Processing Unit __A__    LC # 25401105-906-A    Date ____

We request you to issue on our behalf and for our account, subject to the terms and conditions overleaf, an irrevocable credit in accordance with the following instructions (marked 'x' where appropriate) by
[X] Full Teletransmission    [ ] Courier    [ ] Airmail    [ ] Airmail with brief teletransmission

| Applicant (Name and Address) | Beneficiary (Name and Address) |
|---|---|
| ESSEX MONITOR (H.K.) CO., LTD.<br>UNIT 1901, 19/F., TOWER 1, ENTERPRISE SQUARE,<br>9 SHEUNG YUET ROAD, KOWLOON BAY,<br>KOWLOON, HONG KONG | CHUNGHWA PICTURE TUBES(FUZHOU) LTD<br>KUAIAN EXTEND AREA, FUZHOU ECONOMIC<br>TECHNOLOGY DEVELOPMENT ZONE, |

Tel. No. 27502220    Contact Person  MR CHU    Tel No. 777-3482    Fax No. ____

**Tenor** [X] At sight
[ ] At ___ days after [ ] sight [ ] date of ___
with discount interest for account [ ] Beneficiary [ ] Applicant

Amount and Currency (in figures and words)
USD52,416.00
US DOLLARS FIFTY TWO THOUSAND FOUR HUNDRED AND SIXTEEN ONLY
Tolerance in amount allowed [ ] 10% more or less [ ] ___ % more or less

Shipment from  CHINA, FUZHOU

Shipment to  HONG KONG

Latest shipment date (DD/MM/YY)  AUG. 10, 1999

Expiry Date (DD/MM/YY)  AUG. 20, 1999
Place of Expiry [X] beneficiary's country [ ] Hong Kong
Partial Shipment [X] Allowed [ ] Not Allowed
Transhipment [ ] Allowed [ ] Not Allowed
(Note: Partial Shipment/Transhipment are allowed unless otherwise stated)

**Trade Terms:** [ ] FOB ___(location) [ ] CFR ___(location) [ ] CIF ___(location) [X] Local Delivery CHINA ___(location) [ ] Others ___ (please specify)

Goods - brief description (please avoid excessive details)
ITEM 1  15" COLOR DISPLAY TUBE
MODEL: M38AES13X001K
P/N: 700-115-2833
P/O: POC-950026  @USD80.00/PC  288PCS

ITEM 2  15" COLOR DISPLAY TUBE
MODEL: M38AES83X01
P/N: 700-115-2879
P/O: POC-940393  @USD51.00/PC  576PCS

**Presentation Period** [X] Documents to be presented within ___10___ days after shipment date but within the validity of the credit.
(Note: unless otherwise stipulated, 21 days will be allowed)

**Bank Charges** All banking charges, including reimbursement commission, outside the country of issuance of credit are for account of
[X] beneficiary [ ] applicant
Discrepancy fees are for account of [X] beneficiary [ ] applicant
(Note: Unless otherwise stipulated all charges, including confirmation charges, will be for the account of beneficiary)

**Confirmation Instructions** [ ] Confirmation required
Confirmation charges are for account of [ ] beneficiary [ ] applicant

**Special Instructions** [ ] This credit is to be transferable
[ ] All documents except draft(s) and commercial invoice(s) must NOT show credit number, name of issuing bank, unit price or invoice value.
[ ] Please arrange insurance cover [ ] Insurance to be covered by applicant / ultimate buyer
[ ] Please fix exchange [ ] under Exchange Contract No. ___
[ ] Please debit issue charges and margin to Account No. ___

**Documents Required**
Invoices [X] Commercial invoice in ___3___ copies.
Packing list [X] Packing list in ___3___ copies.

**Transport documents** [ ] Full set of original clean 'On Board' marine / multimodal transport Bills of Lading made out to order and blank endorsed,
[ ] Air Waybill consigned to ___ showing L/C no.
Bills of lading / Air waybill to be marked 'Freight [ ] Prepaid [ ] Collect'
Notify party on bills of lading / Air waybill ___
[X] Cargo receipt issued and signed by applicant (whose signature must be in conformity with your file records) certifying that the goods are in good order and conditions.

**Insurance documents** [ ] Insurance policy or certificate in duplicate blank endorsed for 110% of full invoice value covering
[ ] Institute Cargo Clauses (A) plus Institute War and Institute Strike Clauses. (Sea shipment)
[ ] Institute Cargo Clauses (Air) plus Institute War and Institute Strike Clauses. (Air transport)
Transhipment Risks to be covered if transhipment will / may be effected.

**Other documents** [ ] Certificate of Origin showing origin of goods as ___ in ___ copies.
[ ] Inspection Certificate issued by ___
[ ] Additional documents and other conditions required are to be continued on attached sheet(s) which form an integral part of this application.

REMIT
ANY BANK BY NEGOTIATION
PLS FAX THE ISSUE L/C COPY TO US BY FAX NO.27502220 ATTN: MS CHU

For and on behalf of
ESSEX MONITOR (H.K.) CO., LTD
Authorised Signature

(Stamp and) Authorised Signature(s) of Applicant

For Bank Use Only
Deal No. ___

CHU00030788

'99-07-05  08:11                      T-326 P02

為 70k。

d) LG-Mr. Cho 稱❶其 15” 已供不應求，希望藉機調漲價格；然另一方面耽心若是 15”CDT 價格調高至 $70 以上，很可能為日系創造再生產 15”CDT 的契機。❷17” 在 OEM 大廠頻頻 aproach 低價 monitor 廠商影響下，17”monitor 價格謠傳諸如 D/W-$153、LITE-ON 報自 AUG 月份起交 Compaq 機種(價位在 $151 上下)至於 SDD 所言 AOC/JEAN 等$140-145 低價並未聽聞；然而 17” monitor 市場價格已因 monitor 廠之競爭，打破原 $160 合理價位，情況將不妙。＊我方解釋：AOC-17” 主要由韓廠商(ORN)供應；非我方 Key Account 而 JEAN 對 Compaq 之最新報價(兩週前才報出-$154，非$145)。
（LG 手寫註記於 ORN 上方）

e) ORN-Mr. Kang 稱❶14” 僅餘半線，月產量 50-60k。❷15” 傳統 type 亦已取得大訂單，七月份將可出清前存之庫存量；然 mini-neck 機種仍不穩定。❸17” 品質問題仍困擾且影響訂單爭取。

f) 有關 17”/19” 日系價位，Mr. Inn Kim 稱已親自拜訪 HTC(J)瞭解其價格及產銷近況如下：HTC-❶17” 價格因應市場需求下滑而調降$2-3 美元；然其生產成本在新加坡、馬來西亞廠約$100(而 HEDS 現 offer 價位在$95 上下)。在日本生產則須$110。❷HTC 現有 17”x 3Lines(新加坡 x2Lines、馬來西亞 x1Line)，產能 300k/月；銷售量約 250k/月。❸19” 已 keep 約 200K 庫存，而後續若依現況月產 180k(產能 250k)估算則每個月將再新增 80-90k 庫存量。 因此 HTC-七月份起將減少更多生產天數(擬由六月份一週生產四天調減為三天)；另已將茂原廠停工(人員調往 SAKURA 廠之後，員工 2000 人須裁撤 700 人)。❹19” 生產成本約$180；而價格稱僅 special offer 給一台商客戶-$175，其他客戶價位仍在$180 以上。❺21”-月產 30k，需求穩定，profit 約 10%。❻ HTC 稱整體上 CDT business 虧損，但 TFT-LCD 獲利。TSB- ❶17” 在日本產能-100K/月，現 17” (Mini-neck)開發完成，即將於 Q4 1999 量產。❷19”-在日本月產能 50k，現僅產 10k，(成本約$180)，利潤約 5%。 MEC- ❶17” 日本已完全停產，僅有馬來西亞廠 x1Line with 100k output(成本約$100)。❷19”x1Line/21”x1Line 皆在日本生產。MEC 在日本之生產線共有 5Lines(其中 3Lines 為 CPT 生產線，主產 flat tubes)；MEC 自稱在 CDT 市場已完全失去競爭力。

＊結論:17” 日系今年 Total Capa.:11-13M，share 在 30% 以下；中、韓廠商仍可 lead 17”市場，故對日系價格走向宜不予考慮。

2

CONFIDENTIAL - GRAND JURY MATERIAL                              CHU00030789

FROM : ESSEX MONITOR (HK) CO LTD     PHONE NO. : +852 2758 2238     Jul. 02 1999 11:57AM P1
2/7/1999 10:21.39 AM     SCB  AMS CHU/MS ISE/ESSEX MONITOR (HK) COMPANY



**OUTGOING**
**JUL 0 2 1999**
**Ref.**

700 02
SCBI CNSX1MN
:27:        SEQUENCE OF TOTAL        DATE: 30,JUNE,1999
1/4
:40A:       FORM OF DOCUMENTARY CREDIT
IRREVOCABLE
:20:        DOCUMENTARY CREDIT NUMBER
?53011(U5908-A
:31C:       DATE OF ISSUE
990630
:31D:       DATE AND PLACE OF EXPIRY
990820CHINA
:50:        APPLICANT
ESSEX MONITOR (HK) COMPANY
LIMITED
UNIT 1901 TOWER 1 ENTERPRISE
SQ. 9 SHEUNG YUET RD., KLN BAYT
:59:        BENEFICIARY
CHUNGHWA PICTURE TUBES(FUZHOU)
LTD..       KUAIAN EXTEND AREA,
FUZHOU ECONOMIC TECHNOLOGY
DEVELOPMENT ZONE, CHINA.
:32B:       CURRENCY CODE, AMOUNT
USD52416.
:41D:       AVAILABLE WITH....BY....
ANY BANK
BY NEGOTIATION
:42C:       DRAFTS AT...
DRAFT AT SIGHT IN DUPLICATE
:42A:       DRAWEE
SCBLHKHHXXX
:71B:       CHARGES
ALL BANK CHARGES OUTSIDE HONG KONG
AND OUR REIMBURSEMENT CHARGE OF
USD60.— FOR EACH DRAWING (OR
EQUIVALENT THEREOF) AND OUR TELEX
CHARGES ARE FOR ACCOUNT OF THE
BENEFICIARY.
:48:        PERIOD FOR PRESENTATION
DOCUMENTS TO BE PRESENTED WITHIN 10
DAYS AFTER DATE OF DELIVERY BUT
WITHIN THE VALIDITY OF THE CREDIT.
:49:        CONFIRMATION INSTRUCTIONS
WITHOUT
:78:        INSTRUCTIONS TO THE NEGOTIATING BANK
DOCUMENTS TO BE DESPATCHED TO STANDARD CHARTERED BANK 7/F
STANDARD CHARTERED TOWER 388 KWUN TONG ROAD, KWUN TONG, HONG KONG
IN ONE LOT BY COURIER SERVICES.
ON RECEIPT OF DOCUMENTS CONFORMING TO THE TERMS OF THIS
DOCUMENTARY CREDIT, WE UNDERTAKE TO REIMBURSE YOU IN THE CURRENCY
OF THIS DOCUMENTARY CREDIT IN ACCORDANCE WITH YOUR INSTRUCTIONS,
WHICH SHOULD INCLUDE YOUR U.I.D. NUMBER AND THE A.B.A. CODE OF
THE RECEIVING BANK IF THE CREDIT IS EXPRESSED IN U.S. DOLLAR.

Page 1 of 4

CONFIDENTIAL - GRAND JURY MATERIAL     CHU00030790

'99-07-05  08:12           T-326 P03

## 2. 15" Price Increase Discussion

a) CPT-林總經理表示15"價格調漲，除對15"CDT廠商有利外，對Monitor廠商亦可趁機反應價格，為無利基的生意創造一點利潤；因此認為15"調漲須至少調漲$5.否則Monitor客戶將難於向OEM大廠要求提高售價。

b) 結論:PH表同意CPT看法並再經各家廣泛討論後，決定15"CDT價格自1st Aug起調漲$5。現各家對key account之offer-bottom-$62,調漲後為$67 (Internal price減$2. ＊Mini-neck(減$1)。另將由SDD-Mr. Inn Kim通知 TSB並請求其follow。

## 3. 17"/19" price Position

a) 17"價位: PH- Mr. David 請求與會各家須以完全open之心態互相信任，否則將難於真正做到共同穩定市場的任務。Mr. David認各家17"現階段價位，各家皆表示bottom price-$95(不承認有低於$95之offer)。然事實上市場價位仍混亂，前6/05例行會議上各家無法達成共識主因：❶因存在韓廠商與CPT、PH間對TCO/MPRII價格無法釐清之問題，以致造成價格offer上諸多困擾。Mr. David呼籲各家須設法先解決此問題，否則將無法確保17"市場價位。

b) 17"價格結論:Mr. David經與各家廣泛檢討後作成如下結論:❶17"MPRII-$95、 TCO-$96(價差縮小為$1)，以杜絕客戶專挑利多點而影響CPT與PH之 TCO訂單。❷ ORN-Mr. Moon請求各家同意其17"推出初期以$3.價差為之，各家討論後同意ORN初期維持$3價差，但對客戶所作之offer須open，並case by case提出來討論)。

c) 19"價位: ❶ CPT林總經理表示-19"CDT價格，各家宜從另一個角度思考多少價位可創造更多供貨機會。建議以一次降到足以刺激、創造市場需求之價位❷ PH-Mr. Jerry及L/G-Mr. Cho 贊同一次放大與日系價差,加速結束與日系之拉距戰；惟須明確日系是否真會放手。❸SDD-Mr. Inn Kim認為日系除HTC外,其他廠商仍有CPT大管(或平面管)撐著,玩不下去的最後將僅有HTC一家。因此建議大家再謹慎考慮。

d) 19"價格結論: PH-Mr. David對19" Price position暫作結論如下:19"CDT市場價位已滑落，建議各家暫以$170為之。另再請各家仔細檢討，並於7月14日前提出Proposal,待7/23 A.M.9:30於台北召開之working level meeting 時再深入討論。

## 4. 17" Production Control

a) Mr. Jerry 表示三個月以來各家在17" Capacity control 上配合很好,

3

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030791

##SWIFT##
701 02
SCBLCNSXIMN
:27:      SEQUENCE OF TOTAL
2/4
:20:      DOCUMENTARY CREDIT NUMBER        DATE: 30, JUNE, 1999
253011105906-A
:45B:      DESCRIPTION OF GOODS AND/OR SERVICES
+ITEM                      QUANTITY/PCS              UNIT PRICE/PC
........................................      ...............
1) 15'' COLOR DISPLAY TUBE        288              USD60.00
    MODEL: M36AES13X01K
    P/N  :  700-115-2833
    P/O  :  POC-950026
2) 15'' COLOR DISPLAY TUBE        576              USD61.00
    MODEL: M36AES03X01
    P/N  :  700-115-2879
    P/O  :  POC-940393
TERMS: LOCAL DELIVERY IN CHINA.

Page 2 of 4

CONTINUE FROM PREVIOUS PAGE    001

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030792

依市況，July 應較 4~6 月平均減產天數更多，以顯現業者對確保價位之決心。

b) CPT- 林總經理表示：中華對於產能控制一向自我節制做得很好，六月份各廠平均減產 12 天。希各家提案規劃七~八月份 total 至少減產 14 天(七月份至少 6 天)。

c) 韓商則表示將於 July/E~Aug/B 分別暑休 5~7 天，而因工會問題考量，無法於七月份安排太多天數。

d) 結論~依韓廠商建議七月份先以減產 5 天、7~8 月共減產 12 天，對外 Announce，待下週三例行會時再確認七月份是否安排減產 6 天。

5. A.O.B

a) 14" Price Increase~❶ CPT 林總經理提議 14"CDT 後續供需吃緊，建議適度調漲$3。❷SDD-D.Y.Kim 稱其 14"在 China 價位已調升至$50，而依前各家議定，擬自 Sept 月份起將人民幣轉換率統一以(1:10.8)計算，建議將生效日提前至 1st Aug 實施(以轉換率 10.8 取代原 10.4，約 4% up，相當於$2)，而 China 以外則以$52(調漲$2)為 bottom price；(Internal 減$2)。
約佈客戶

b) ORN-Mr.Moon 稱 6/22 與劉處長向大陸彩虹映像管廠傳達有關 Small/Medium CPT 價格調漲件，同時瞭解其產銷情況-14"CPT 年產量約 2.5M(外銷-2M)，主要以出口至土耳其、俄羅斯、東歐等國。出口價格完全以 Based on cost 而不顧市場價格走向；經與劉處長一同往勤說後，對方已表示 will try best to follow market price。

一 以 上 報 告 一

恭呈 核示

職 謝春美敬 呈
1999/06/25

4

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030793

| | |
|---|---|
| Insurance documents | ☒ Cargo receipt issued and signed by applicant (whose signature must be in conformity with your file records) certifying the goods are in good order and conditions. |
| | ☐ Insurance policy or certificate in duplicate blank endorsed for 110% of full invoice value covering |
| | ☐ Institute Cargo Clauses (A) plus Institute War and Institute Strike Clauses. (Sea shipment) |
| | ☐ Institute Cargo Clauses (Air) plus Institute War and Institute Strike Clauses. (Air transport) |
| | Transhipment Risks to be covered if transhipment will / may be effected. |
| Other documents | ☐ Certificate of Origin showing origin of goods _____ in _____ copie |
| | ☐ Inspection Certificate issued by _____ |
| | ☐ Additional documents and other conditions required are to be continued on attached sheet(s) which form an integral part this application. |
| REMIT | For and on behalf of ESSEX MONITOR (H.K.) CO. LTD. |

FROM : ESSEX MONITOR (HK) CU LTD      PHONE NO. : +852 2750 2230      Jul. 02 1999 11:58AM P3
2/7/1999 10:21:33 AM      SCB -> MS CHU/MS TSF/ESSEX MONITOR (HK) COMPANY

```
##SWIFT##
701 02
SCBLCNSXIMN
:27:      SEQUENCE OF TOTAL
3/4
:20:      DOCUMENTARY CREDIT NUMBER      DATE: 30,JUNE,1999
253011105006-A
:46B:      DOCUMENTS REQUIRED
+COMMERCIAL INVOICE IN 3 COPY(IES).
+PACKING LIST IN 3 COPY(IES).
+CARGO RECEIPT ISSUED AND SIGNED BY AUTHORIZED SIGNATORY(IES) OF
APPLICANT WHOSE SIGNATURE(S) MUST BE IN CONFORMITY WITH THE
SPECIMEN HELD BY STANDARD CHARTERED BANK EVIDENCING RECEIPT OF
THE GOODS MENTIONED IN THIS CREDIT IN GOOD ORDER AND CONDITION
SHOWING CARGO RECEIPT ISSUING DATE, GOODS DELIVERY DATE, INVOICE
VALUE, QUANTITY DELIVERED AND THE NUMBER OF THIS DOCUMENTARY
CREDIT.
```

Page 3 of 4

CONTINUE FROM PREVIOUS PAGE   001

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030794

# EXHIBIT 26



# PARK
## IP TRANSLATIONS

June 20, 2012

**Certification**

### Park IP Translations

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00031240E – CHU00031247E.

_____

Abraham I. Holczer

Project Manager

Park                    Case                    #                    29567

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577



EXHIBIT
1193E

[Date stamped:] 93.4.-7

Return-from-Abroad Trip Report

March 31, 2004

| Trip Duration: 2004/3/25~27 |
| Destination: Korea |
| Delegates: Associate Vice President Wen-Chun (Tony) Cheng, Director Chun-Cheng (Alex) Yeh, Leng-Yuan (Yvonne) Yun |
| Mission: Collecting information on glass supply and demand, *CDT* pricing adjustment |

Summary:

1. Emerging markets in China, Russia, and Eastern Europe are driving *CDT* market demands; but limited by glass supply, all three makers cannot fully satisfy customers' orders. April market is still hot, some customers, knowing glass supply is tight, resort to *double booking*. How to secure adequate glass material becomes top priority of all *CDT* makers.

2. Glass supply situation is somewhat *balance* in March, but entering second quarter various glass makers have scheduled furnace maintenance, estimated glass supply shortage will be ever increasing, and projecting an average monthly shortage of over 500*K/m*. Based on the estimate of supply and demand simulation, the tightness in supply will not ease until after September. In addition, we learned today *HEG* Korean factory's furnace had a fire, affecting both *CPT* and *CDT* glass production. We should be vigilant against *LPD*'s snatching glass supply volume from our major suppliers.

3. In view of price hike of key materials and tight glass supply, plan to raise price across the board on all sizes to all customers by USD 2~3. Pricing proposal for each customer will be submitted by respective account manager. Also need to closely watch customers' reactions as well as competing brands' moves to determine if whether to take the opportunity to go for a second round price hike. Timely press releases to the media about market situation are also recommended.

End of report

[Signed:] Proposed by: Ling-Yuan (Yvonne) Yun

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00031240.01E

Translation

Supervisors' interview and instruction:

[Handwritten:]
1. Though *FPM* supply is tight, consumers in industrialized countries have not shifted to buying *CM*; industry consensus is that, steady growth of *DT PC* and desktop personal computer in emerging economies is driving the strong demand for *CDT*. Annual *CDT* demand in 2004 has been adjusted upward from 54*M* to 58~61*M*.

2. *LPD* is most optimistic about demands, anticipating glass shortage to last until September. However, yours truly thinks that demands may cool off in *Q2* when it is traditionally a slow season. Statistics shows glass supply to drop by 5~10%, just about right to match potential orders shortfall in the slow season; therefore, *Q2* supply and demand should be in balance.

3. The development of new models and *CD*, cost-down of competing brands are very rapid. *CPT* is also working against all odds. We must strive for continued progress for the better.

| President | VP | VP | Assist. VP | Director | Manager | Team leader |
|---|---|---|---|---|---|---|
| [Handwritten:] 4/6 | | [Initialed:] Chih-Chun (C.C.) Liu 4/5 | [Signed:] Wen-Chun (Tony) Cheng 4/2'04 | | | |

1. Executive Supervisors:

| Level of the employee who went abroad | Approval Right |
|---|---|
| Unit Level 1 Supervisor | President's Approval |
| Other Supervisors | President's Approval |

2. Flow of this form: Staff who went abroad → Unit supervisor→ HR submission

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                CHU00031240.02E

                                                                                    Translation

Sales Headquarters, Display Division                                                3/31/2004

<p align="center">*CDT* Market Report</p>

1.  Glass material supply status:

    1.  Glass makers most recent activities:

| March | Capacity Decrease | Capacity Increase |
|---|---|---|
| | HEG production shift clear → tint | |
| April | SSC Korea Gumi K07 furnace shut down for maintenance, reducing capacity by about 250K/m | |
| May | SSC Shenzhen factory furnace relocation impact 400K/m, expected to recover after August | NEG Fuzhou CDT new line mass production 200K/m |
| | | SSC Malaysia CPT production to shift to make CDT, expected to increase 100~150K/m |
| June | AGC Singapore furnace shifting from CDT production to CPT, capacity reduction about 400K/m | SSC Korea Gumi K07 resumes operation, but not at full capacity until August |
| | | NEG Fuzhou CDT new line mass production 200K/m |
| July | HEG Korea PT1 furnace shut down for maintenance, capacity reduction about 450K/m | |

Using glass production capacity in March as baseline, the supply situation can be estimated as follows:

| | SSC | NEG | AGC | HEG | Versus March | Projected total glass supply |
|---|---|---|---|---|---|---|
| March | 2000 | 1600 | 1200 | 1000 | 0 | 5800 |
| April | -250 | | | | -250 | 5550 |
| May | -600 | 100 | | | -500 | 5300 |
| June | -350 | 300 | -400 | | -450 | 5350 |
| July | -100 | 350 | -400 | -450 | -600 | 5200 |
| August | 100 | 400 | -400 | -450 | -350 | 5450 |
| September | 100 | 400 | | -250 | 250 | 6050 |

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**                          CHU00031241.01E

<div align="right">Translation</div>

The entire glass supply shortfall will continue to grow, especially worse is the second quarter when various furnaces will undergo maintenance. It is estimated that the situation of tight supply will only be relieved after September.

2. Demands

|        | CPT  | LPD  | SDI  | Others | Total | Shortfall |
|--------|------|------|------|--------|-------|-----------|
| March  | 1500 | 2000 | 2100 | 200    | 5800  | 0         |
| April  | 1600 | 2050 | 2150 | 200    | 6000  | -450      |
| May    | 1500 | 2000 | 2150 | 200    | 5850  | -550      |

Based on actual production needs of various makers, the combined shortfall of April and May will be over 500*k/m*. Therefore, how to secure glass supply becomes a top priority for business operation. We must keep vigilance against Korean makers from asking for more supply from *AGC/NEG*.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL                    CHU00031241.02E

                                                            Translation

II.    Price hike

Prices of key materials, such as *Mask, DY, frame* and glass, have all gone up since the beginning of the year, plus continued glass shortage, while market demands have not declined much as expected. Current industrial environment from supply and demand combined has created an opportunity to raise prices.

New baseline prices will be adjusted as of April 1:

| Size | | Tube type | | Top 6 *CDT* monitor customers in the world | Other customers |
|------|------|------|------|------|------|
| 15" | 48K | MPR2 | B+D | 37 | 38 |
| 17"FS | | MPR2 | B+D | 44 | 45 |
| 17"RF | | MPR2 | B+D | 49 | 50 |
| 19"FS | 85K | MPR2 | B+D | 65 | 66 |
| 19"RF | 95K | TCO | B+D | 76 | 77 |

The top six major customers are *AOC, Philips, EMC, L-On, SEC and LGE*. The rest are in the "other customers" category. To top six customers, *2nd tier* suppliers must quote a price $0.5 higher. This is to take this opportunity to reinforce price differentials between big and small customers for the purpose of stabilizing market shares. As this wave of price hike comes with a short notice, price would go up only USD 2~3 at the first stage; we should also inform the customers of a possible second stage of price hike, so that they can take time to pass on to *OEM* customers. In addition, new *option price* will be implemented at the same time. Details are as follows:

| Item | Size | Current price | Revised price |
|------|------|------|------|
| MPR2 → TCO | 15" | 0 | 0 |
| | 17"/17"F | +1 | +0.5 |
| | 19"/19"F | +2 | +1 |
| MPR2 → Glare/Anti-glare | 15"/17"/17"F | -2 | -1/0.5 |
| [Handwritten: "B+D"] N-ITC → ITC | 15" | +1 | +0.5 |
| | 17"/17"F | +1.5 | +1 |
| | 19"/19"F | +2 | +1.5 |
| Frequency | 15" (48K→57K) | +1 | +1 |
| | 19"/F (95K→85K) | -2~3 | -1.5 |

-End of report –

[Signed:] Chih-Chun (C.C.) Liu 4/5

[Signed:] Wen-Chun (Tony) Cheng 4/2'04

[Signed:] Employee, Ling-Yuan (Yvonne) Yun 3/31'04

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL    CHU00031242E

Translation

# Agenda

I.   CDT Sales Update

II.  '04.Q1 M/S Review

III. CDT Price Increase

IV.  A.O.B.

*Confidential*                                          1/10

---

## I. CDT Sales Update

(Unit : K)

| Maker | Size | '03Q1 | '03Q2 | '03Q3 | '03Q4 | 03 TTL | 04.Jan | 04.Feb | 04.Mar | 04.Mar vs 04.Feb | 04.Q1 | 04.Q1 vs '03.Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPT | 14" | 23 | 12 | 6 | 10 | 53 | | | | | - | +100.0% |
| | 15" | 966 | 933 | 1,144 | 974 | 4,089 | 274 | 262 | 267 | -5.0% | 738 | -18.7% |
| | 17"FS | 1,619 | 1,215 | 1,314 | 1,729 | 6,067 | 549 | 652 | 607 | -4.0% | 1,788 | 18.0% |
| | 17"RF | 1,247 | 1,222 | 1,332 | 1,849 | 6,872 | 424 | 501 | 637 | 7.2% | 1,442 | 17.1% |
| | 19"FS | 62 | 26 | 45 | 60 | 170 | 21 | 7 | 20 | 168.7% | 48 | -7.7% |
| | 19"RF | 27 | 17 | 47 | 79 | 172 | 16 | 20 | 29 | 45.0% | 64 | 136.7% |
| | Sub-tH | 3,941 | 3,574 | 4,487 | 4,613 | 16,415 | 1,285 | 1,423 | 1,442 | 1.4% | 4,147 | 5.3% |
| LPD | 14" | 26 | 11 | - | - | 37 | | | | | - | -100.0% |
| | 15" | 1,254 | 1,300 | 1,267 | 1,086 | 4,947 | 252 | 265 | 282 | 6.4% | 799 | -37.3% |
| | 17"FS | 1,195 | 1,640 | 2,111 | 2,055 | 7,804 | 588 | 658 | 600 | 7.3% | 1,746 | -75.7% |
| | 17"RF | 1,553 | 1,179 | 1,890 | 1,933 | 6,536 | 692 | 761 | 774 | 3.7% | 2,227 | 48.2% |
| | 19"FS | 339 | 162 | 123 | 213 | 737 | 73 | 77 | 72 | -4.8% | 220 | -7.9% |
| | 19"RF | 153 | 76 | 97 | 114 | 444 | 41 | 50 | 53 | 6.0% | 144 | -6.3% |
| | Sub-tH | 4,225 | 4,398 | 5,473 | 4,404 | 20,604 | 1,644 | 1,711 | 1,781 | 4.1% | 5,136 | -1.3% |
| SDI | 14" | 12 | - | - | - | 12 | | | | | - | -100.0% |
| | 16" | 1,672 | 1,408 | 1,482 | 1,674 | 6,219 | 347 | 392 | 607 | 4.1% | 1,346 | -24.0% |
| | 17"FS | 1,199 | 766 | 902 | 1,121 | 4,046 | 334 | 355 | 352 | -0.8% | 1,043 | -13.0% |
| | 17"RF | 2,570 | 2,651 | 2,936 | 8,057 | 11,014 | 904 | 941 | 1,204 | 4.6% | 2,851 | 13.5% |
| | 19"FS | 301 | 74 | 128 | 157 | 659 | 31 | 44 | 31 | -29.5% | 114 | -62.1% |
| | 19"RF | 459 | 434 | 454 | 476 | 1,823 | 145 | 145 | 182 | -7.6% | 453 | -7.3% |
| | Sub-tH | 6,114 | 6,211 | 6,177 | 6,317 | 23,823 | 1,793 | 1,707 | 3,966 | 3.4% | 8,114 | -7.1% |
| 3 Makers Total | | 18,286 | 18,183 | 16,139 | 16,134 | 60,742 | 4,720 | 5,040 | 5,189 | 3.0% | 14,949 | -3.1% |

2/10

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00031243E

Translation

## II. '04.Q1 M/S Review

| (Mpcs ; %) | Y2003 | | Y2004 | |
|---|---|---|---|---|
| | Record | M/S | Plan | M/S |
| CPT | 16.4 | 27.0% | 16.0 | 28.3% |
| LPD | 20.5 | 33.7% | 18.0 | 34.0% |
| SDI | 23.8 | 39.3% | 20.0 | 37.7% |
| 3 sub-ttl | 60.7 | 100.0% | 53.0 | 100% |
| Others | 5.3 | | 5.0 | |
| Grand-TTL | 65.8 | | 58.0 | |

(Unit : M)

| (Mpcs ; %) | Y2004 | | '04.Jan | | | '04.Feb | | | '04.Mar | | | '04.Q1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Plan | M/S | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap |
| CPT | 16.0 | 28.3% | 1.3 | 27.2% | -1.1% | 1.4 | 28.2% | -0.1% | 1.4 | 27.9% | 0.5% | 4.1 | 27.7% | -0.6% |
| LPD | 18.0 | 34.0% | 1.6 | 34.8% | 0.8% | 1.7 | 33.9% | 0.0% | 1.8 | 34.3% | -0.4% | 5.1 | 34.4% | 0.4% |
| SDI | 20.0 | 37.7% | 1.8 | 38.0% | 0.3% | 1.8 | 37.5% | -0.1% | 2.0 | 37.8% | -0.2% | 5.7 | 37.9% | 0.2% |
| 3 sub-ttl | 53.0 | 100% | 4.7 | 100% | 0.0% | 5.0 | 100% | 0.0% | 5.2 | 100% | 0.0% | 14.9 | 100% | -0.6% |
| Others | 1.0 | | 0.2 | | | 0.2 | | | 0.2 | | | 0.5 | | |
| Grand-TTL | 56.0 | | 4.9 | | | 5.2 | | | 5.4 | | | 15.5 | | |

3/10

## III. CDT Price increase

1. Decide of Price up Difference

2. Timing

3. Customer & Method

    - Captive, Big Maker, Others

4. Notice of Additional Price up

5. Press Release

4/10

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00003124 4E

Translation

## III. CDT Price increase — Time Table

| Date | Action | Remarks |
|---|---|---|
| March 24 | Management Meeting – Discussion<br>• How much?<br>• Price gap as per Size and Type including new option price<br>• When?<br>Starting point of applying new price<br>• Who informs whom?<br>Major and Minor M/S holders in a customer | |
| March 29 | Send official letter to customer | |
| March 30~31 | Press release<br>• CRT in Taiwan, LFD & SOI in Korea | |
| April 01~10 | Meeting with Customer<br>• Explaining back ground and reason for price increase | |
| April ~ | Taipei Working Level Meeting – Verification<br>• Feedback from Customer | Price/Mo. |

6/10

## III. CDT Price increase

New Price Proposal

| Size | Type | Spec. | 당사표준 |
|---|---|---|---|
| 15" | CV | 57kHz, MPR, N-ITC | 33.0 |
| 17" | CV | MPR, N-ITC | 47.0 |
| 17" | SWF | MPR, N-ITC | 52.0 |
| 15" | CV | 85kHz, MPR, N-ITC | 66.0 |
| 15" | SWF | 96kHz, TCO, N-ITC | 78.0 |

Application of New Option Price (Unit :US$)

| Spec. | Standard | ITC | Coating (TRACERT) | Glare | kHz |
|---|---|---|---|---|---|
| 57kHz, MPR, ITC Current | 40.0 | 1.0 | - | 2.0 | 1.0 |
| New | 39.5 | 0.5 | - | 1.0 | - |
| MPR, ITC Current | 43.5 | 1.5 | 1.0 | 2.0 | - |
| New | 43.0 | 1.0 | 0.5 | 1.0 | - |
| TCO, ITC Current | 54.5 | 1.5 | 1.0 | 2.0 | - |
| New | 53.5 | 1.0 | 0.5 | 1.0 | - |
| 85kHz, TCO, ITC Current | 72.0 | 2.0 | 2.0 | - | 3.0 |
| New | 70.0 | 1.5 | 1.0 | - | 1.5 |
| 95kHz, TCO, ITC Current | 80.0 | 2.0 | 2.0 | - | 3.0 |
| New | 79.5 | 1.5 | 1.0 | - | 1.5 |

† 1. U$1 favor for 1st Tier(SEC, AOC, LG, Philips, EMC, Lite-on) is allowed.
2. 3 makers are all mutual "Initiator".

6/10

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00031245E

Translation

## III. CDT Price Increase
*Key Parts Cost-up*

■ '04.1H Cost-up Impact

| (17%) | '04.Q1 Cost up | '04.Q2 Cost-up(?) | '04.1H Cost Impact | Remark |
|---|---|---|---|---|
| Glass | 2.5~4% | 3% | $0.7~1.0 | |
| Mask | 4~5% | 10~12% | $0.6~0.8 | - Raw material cost of Invar Mask will increase 30% again in 2Q'04 |
| DY | 5~6% | 2 | $0.6~0.8 | - Copper Wire cost increased about 10% in '04.1Q |
| Metalware | 6~10% | 1 | $0.1~0.2 | |
| Gun | 4~6% | 1 | $0.2~0.3 | |
| Logistics Fee | 30~50% | 2 | $0.1~0.3 | |
| Others | 1 | 1 | $0.1~0.2 | |
| Total | $1.5~1.9+α | $1.1~1.7+α | $2.6~3.4+α | |

- All kinds of Raw Material Cost(Nickel, Steel, Copper wire, Lead, etc) are continuously increasing. And this trend is expected to continue within '04.

- '04.1H Cost-up Impact is expected to be maximum $4

7/10

## III. CDT Price increase
*Raw Material Cost-up Summary*

In Jan.'04., International Raw Material Cost has been increased by 21% compared to same period of '03 due to the Global economic recovery and China's rapid growing. And this situation is expected to be continued by 2008.

**Main Reason of Raw material cost-up**

1. Global Economic Recovery at the same time
   - It's a first time to be happened after 1989
   - '04 Global Economic Growth rate forecast : 3.7%
     (USA : 4%, Japan : 2~3%, BRICs : 6~8%)

2. China's Rapid Growth of Economic
   - China become the largest consumer market of major raw material.
   - '03 raw material demand in China : 25%↑
   - China's raw material consumption rate in the world : 7~10%/'93 → 20~25%/'03

3. The development capability for natural resources has been weakened due to the slowdown of industrial production from the late 1990's.
   - The Supply of natural resources is much less than its demand from '04.

**Major Raw Material Cost-up** (Jan.'03~Jan.'04)
- Nickel : 88%, Electrolytic Copper : 47%, Coal : 48%, Iron Ore : 25%
- Oil : 3% ( 19% up compared to the lowest level of last year('03.May) )

* BRICs : Brazil, Russia, India, China    Source : Samsung Economic Research Institute

8/10

___
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00031246E

Translation



### VI. A.O.B.

- Timing : Effective from Apr.1ˢᵗ Shipment
- Inform to Customer : Mar. 29(Mon) by Written Form.
-

- Top Meeting Schedule
  . Date : Apr.26(16:00~18:30) - Top Meeting
          Apr.27(Morning) - Green Meeting
  . Place : Shanghai, China
  . Host : SDI

10/10

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00031247E

Translation

# 回 國 報 告

93. 4. -7

93 年 3 月 31 日

| 出國期間：2004/3/25~27 |
| --- |
| 出國地點：韓國 |
| 出國人員：鄭文俊協理、葉俊正處長、雲玲媛 |
| 出國任務：玻璃供需資料收集及 CDT 價格調整 |

內容摘要：

1. 大陸內銷市場、俄羅期、東歐等新興市場帶動 CDT 市場需求，但受玻璃供應限制，三家皆無法全數滿足客戶訂單。4 月市場依舊熱絡，某些客戶知悉玻璃供應吃緊狀況採取 double booking 作法，而如何取得充裕的玻璃材料已成為各 CDT 廠商最重要的產銷課題。

2. 玻璃供應狀況在三月仍算 balance，但邁入第二季，各玻璃廠商陸續有熔爐冷修工程進行，預期玻璃供需缺口持續擴大，每月平均短缺 500K/m 以上。依供需模擬估算，供應吃緊現象要到 9 月以後才會舒緩。另，今日收得消息 HEG 韓國工廠熔爐發生火災事故，影響 CPT 及 CDT 玻璃生產，須小心防範 LPD 對我主要玻璃廠商搶購玻璃供應量。

3. 鑑於各主材價格調漲及玻璃吃緊狀況，擬對所有客戶全面調漲各尺寸售價，漲幅為 2~3 美元，各客戶價格由各專員另呈。後續再密切觀察客戶反應及競爭牌動作，是否俟機進行第二階段漲價。並建議適時對媒體發佈消息並說明市場狀況。

以上報告

擬案：雲玲媛

單位主管面談及指示：

1. 雖 FPM 供貨吃緊，但工業國家消費者並未轉買 CM，產業普遍共識為 DT pc 在新興國家間穩定成長，造就 CDT 需求之躍勁，全年 CDT 需求已由 54" 上升至 58~61"

2. LPD 對需求樂觀，認為玻璃將於至 9 月，惟應認為 Q2 或有需求轉弱之傳統淡季效應，統計玻璃減速進為 5~10%，正好彌補可能之淡季減量，故 Q2 供需之間應可平衡。

3. 競爭牌之新機種價開透明及成本 CD 速及接收，CPT 之在地流行升級別勵持續精進

| 總經理 | 事業部副總 | 中心副總 | 協理/廠長 | 處長/副廠長 | 經理 | 組長/副理 |
| --- | --- | --- | --- | --- | --- | --- |
| (簽) | | (簽) | (簽) | | | |

1. 決行主管一覽表：

| 出國者層級 | 核決權限 |
| --- | --- |
| 單位一級主管 | 總經理核准 |
| 其他主管同仁 | 總經理核准 |

2. 本單流程：出國者→單位權責主管→人資處轉呈。

業務總處視訊產品處                                                        3/31/2004

# CDT 市場報告

**一. 玻璃材料供需狀況：**

**1、玻璃廠商最新動態：**

| | 產能減少 | 產能增加 |
|---|---|---|
| 三月 | HEG 產品轉換 clear → tint | |
| 四月 | SSC 韓國 Gumi K07 爐冷修，減產約 250K/m | |
| 五月 | SSC 深圳廠熔爐遷移作業影響 400K/m，預計 8 月以後才可能復工 | NEG 福州 CDT 新線量產 200K/m<br>SSC 馬來西亞廠 CPT 轉產 CDT，可望增加 100~150K/m |
| 六月 | AGC 新加坡熔爐 CDT 轉產 CPT，減產約 400K/m | SSC 韓國 Gumi K07 復工，但預計至 8 月才可能全產出<br>NEG 福州 CDT 新線量產 200K/m |
| 七月 | HEG 韓國 PT1 爐冷修，減產約 450K/m | |

若以 3 月玻璃產能為基準，則可推估出供給狀況：

| | SSC | NEG | AGC | HEG | 與3月差異 | 玻璃供應總量預估 |
|---|---|---|---|---|---|---|
| 3月 | 2000 | 1600 | 1200 | 1000 | 0 | 5800 |
| 4月 | -250 | | | | -250 | 5550 |
| 5月 | -600 | 100 | | | -500 | 5300 |
| 6月 | -350 | 300 | -400 | | -450 | 5350 |
| 7月 | -100 | 350 | -400 | -450 | -600 | 5200 |
| 8月 | 100 | 400 | -400 | -450 | -350 | 5450 |
| 9月 | 100 | 400 | | -250 | 250 | 6050 |

整個玻璃供應缺口持續擴大，尤以第二季廠商陸續進入熔爐冷修時期最為嚴峻，預期供應吃緊現象要到 9 月以後才會舒緩。

**2、需求**

| | CPT | LPD | SDI | Others | 總計 | 供需差異 |
|---|---|---|---|---|---|---|
| 3月 | 1500 | 2000 | 2100 | 200 | 5800 | 0 |
| 4月 | 1600 | 2050 | 2150 | 200 | 6000 | -450 |
| 5月 | 1500 | 2000 | 2150 | 200 | 5850 | -550 |

就各家實際生產需求估算，合計 4、5 月份玻璃不足達 500k/m 以上，因此如何確保玻璃材料供應成為最重要之產銷課題，對此我方必須小心防範韓商向 AGC/NEG 要求增量供應。

I

CONFIDENTIAL - GRAND JURY MATERIAL                                    CHU00031241

業務總處視訊產品處                                       3/31/2004

## 二. 漲價

因應年初以來 Mask、DY、frame 及玻璃等主材價格調漲，加上玻璃後續供應吃緊，而市場需求未有預期大幅衰退現象發生，目前產業環境從供給和需求共同造就映像管漲價的機會。

自 4/1 起新基價調整如下：

| 尺寸 | | 管種 | | 全球前六大 CDT 監視器客戶 | 其他客戶 |
|---|---|---|---|---|---|
| 15" | 48K | MPR2 | B+D | 37 | 38 |
| 17"FS | | MPR2 | B+D | 44 | 45 |
| 17"RF | | MPR2 | B+D | 49 | 50 |
| 19"FS | 85K | MPR2 | B+D | 65 | 66 |
| 19"RF | 95K | TCO | B+D | 76 | 77 |

前六大客戶包括 AOC、Philips、EMC、L-On、SEC、LGE，其他廠商皆視為其他客戶；而做為前六大戶的 2nd tier 供應商必須報高$0.5，也就是藉此機會重新區分大、小戶市場售價以穩定市佔率。由於此次漲價時間上較為倉促，第一階段先漲 2～3 美元，並同時告知客戶可能會有第二階段價格調漲，使其可從容轉嫁給 OEM 客戶。另外，新的 option price 同步實施，細目如下：

| Item | Size | Current | Revise |
|---|---|---|---|
| MPR2 → TCO | 15" | 0 | 0 |
| | 17"/17"F | +1 | +0.5 |
| | 19"/19"F | +2 | +1 |
| MPR2 → Glare/Anti-glare | 15"/17"/17"F | -2 | -1/0.5 |
| N-ITC → ITC | 15" | +1 | +0.5 |
| | 17"/17"F | +1.5 | +1 |
| | 19"/19"F | +2 | +1.5 |
| Frequency | 15" (48K→57K) | +1 | +1 |
| | 19"/F (95K→85K) | -2～3 | -1.5 |

以上報告



CONFIDENTIAL - GRAND JURY MATERIAL                                CHU00031242

# Agenda

I.   CDT Sales Update

II.   '04.Q1 M/S Review

III.   CDT Price Increase

IV.   A.O.B.

*Confidential*     1/10

---

## I. CDT Sales Update

(Unit : K)

| Maker | Size | '03Q1 | '03Q2 | '03Q3 | '03Q4 | '03 TTL | '04.Jan | '04.Feb | '04.Mar | '04.Mar vs '04.Feb | '04.Q1 | '04.Q1 vs '03.Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPT | 14" | 26 | 12 | 5 | 10 | 53 | | | | | | -100.0% |
| | 15" | 966 | 983 | 1,166 | 976 | 4,089 | 274 | 262 | 269 | -5.0% | 786 | -18.7% |
| | 17"FS | 1,619 | 1,315 | 1,316 | 1,729 | 6,057 | 569 | 632 | 607 | -4.0% | 1,788 | 10.4% |
| | 17"RF | 1,269 | 1,222 | 1,832 | 1,569 | 5,872 | 626 | 601 | 637 | 7.2% | 1,662 | 17.1% |
| | 19"FS | 52 | 26 | 63 | 80 | 170 | 21 | 7 | 20 | 185.7% | 48 | -7.7% |
| | 19"RF | 29 | 17 | 47 | 79 | 172 | 15 | 20 | 29 | 45.0% | 66 | 120.7% |
| | Sub-ttl | 3,961 | 3,574 | 4,487 | 4,411 | 16,413 | 1,205 | 1,422 | 1,443 | 1.4% | 4,147 | 3.2% |
| LFD | 14" | 26 | 11 | - | - | 37 | | | | | - | -100.0% |
| | 15" | 1,284 | 1,330 | 1,247 | 1,086 | 4,947 | 252 | 265 | 282 | 6.4% | 799 | -37.8% |
| | 17"FS | 1,995 | 1,640 | 2,116 | 2,055 | 7,806 | 588 | 558 | 600 | 7.5% | 1,766 | -12.5% |
| | 17"RF | 1,533 | 1,179 | 1,890 | 1,953 | 6,535 | 692 | 761 | 774 | 1.7% | 2,227 | 45.3% |
| | 19"FS | 239 | 162 | 123 | 213 | 737 | 71 | 77 | 72 | -6.5% | 220 | -7.9% |
| | 19"RF | 152 | 76 | 97 | 119 | 444 | 41 | 80 | 53 | 6.0% | 144 | -5.3% |
| | Sub-ttl | 5,229 | 4,398 | 5,473 | 5,404 | 20,506 | 1,644 | 1,711 | 1,781 | 4.1% | 5,156 | -1.3% |
| SDI | 14" | 12 | - | - | - | 12 | | | | | - | -100.0% |
| | 15" | 1,575 | 1,488 | 1,682 | 1,474 | 6,219 | 367 | 391 | 407 | 4.1% | 1,165 | -26.0% |
| | 17"FS | 1,199 | 764 | 982 | 1,121 | 4,066 | 336 | 355 | 362 | -0.8% | 1,043 | -13.0% |
| | 17"RF | 2,570 | 2,451 | 2,536 | 3,057 | 11,014 | 706 | 961 | 1,024 | 6.6% | 2,891 | 12.5% |
| | 19"FS | 301 | 74 | 125 | 189 | 689 | 39 | 44 | 31 | -29.5% | 114 | -62.1% |
| | 19"RF | 459 | 434 | 454 | 474 | 1,823 | 145 | 156 | 152 | -2.6% | 453 | -1.3% |
| | Sub-ttl | 6,116 | 5,211 | 6,179 | 6,317 | 23,823 | 1,793 | 1,907 | 1,966 | 3.1% | 5,666 | -7.4% |
| 3 Makers Total | | 18,286 | 13,183 | 16,139 | 16,134 | 60,742 | 4,720 | 5,040 | 5,189 | 3.0% | 14,949 | -2.3% |

2/10

## II. '04.Q1 M/S Review

| (Mpcs ; %) | Y2003 Record | Y2003 M/S | Y2004 Plan | Y2004 M/S |
|---|---|---|---|---|
| CPT | 16.4 | 27.0% | 15.0 | 28.3% |
| LPD | 20.5 | 33.7% | 18.0 | 34.0% |
| SDI | 23.8 | 39.3% | 20.0 | 37.7% |
| 3 sub-ttl | 60.7 | 100.0% | 53.0 | 100% |
| Others | 5.9 | | 3.0 | |
| Grand-TTL | 66.6 | | 56.0 | |

(Unit : M)

| (Mpcs ; %) | Y2004 Plan | Y2004 M/S | Y2004 Sales | '04 Jan M/S | '04 Jan M/S Gap | '04 Feb Sales | '04 Feb M/S | '04 Feb M/S Gap | '04 Mar Sales | '04 Mar M/S | '04 Mar M/S Gap | '04.Q1 Sales | '04.Q1 M/S | '04.Q1 M/S Gap |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPT | 15.0 | 28.3% | 1.3 | 27.2% | -1.1% | 1.4 | 28.2% | 0.1% | 1.4 | 27.8% | 0.5% | 4.1 | 27.7% | -0.6% |
| LPD | 18.0 | 34.0% | 1.6 | 34.8% | 0.8% | 1.7 | 33.9% | 0.0% | 1.8 | 34.3% | -0.4% | 5.1 | 34.4% | 0.4% |
| SDI | 20.0 | 37.7% | 1.6 | 38.0% | 0.3% | 1.9 | 37.9% | -0.1% | 2.0 | 37.9% | -0.2% | 6.7 | 37.9% | 0.2% |
| 3 sub-ttl | 53.0 | 100% | 4.7 | 100% | 0.0% | 5.0 | 100% | 0.0% | 5.2 | 100% | 0.0% | 14.9 | 100% | 0.0% |
| Others | 3.0 | | 0.2 | | | 0.2 | | | 0.2 | | | 0.6 | | |
| Grand-TTL | 56.0 | | 4.9 | | | 5.2 | | | 5.4 | | | 15.6 | | |

## III. CDT Price increase

1. **Decide of Price up Difference**

2. **Timing**

3. **Customer & Method**

   - Captive, Big Maker, Others

4. **Notice of Additional Price up**

5. **Press Release**

2

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031244





CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031245



## III. CDT Price increase

**Key Parts Cost-up**

▣ '04.1H Cost-up Impact

| (17"F) | '04.Q1 Cost up | '04.Q2 Cost-up(F) | '04.1H Cost Impact | Remark |
|---|---|---|---|---|
| Glass | 2.5~4% | 3% | $0.7~1.0 | |
| Mask | 4~5% | 10~12% | $0.6~0.8 | - Raw material cost of Invar Mask will increase 30% again in 2Q,'04 |
| DY | 5~6% | ↑ | $0.6~0.8 | - Copper Wire cost increased about 10% in '04.1Q |
| Metalware | 6~10% | ↑ | $0.1~0.2 | |
| Gun | 4~6% | ↑ | $0.2~0.3 | |
| Logistics Fee | 30~50% | ↑ | $0.1~0.3 | |
| Others | ↑ | ↑ | $0.1~0.2 | |
| Total | $1.5~1.9+α | $1.1~1.7+α | $2.6~3.6+α | |

- All kinds of Raw Material Cost(Nickel, Steel, Copper wire, Lead, etc) are continuously increasing. And this trend is expected to continue within '04.

- '04.1H Cost-up impact is expected to be maximum $4

7/10

## III. CDT Price increase

**Raw Material Cost-up Summary**

In Jan.'04., International Raw Material Cost has been increased by 21% compared to same period of '03 due to the Global economic recovery and China's rapid growing. And this situation is expected to be continued by 2008.

**Main Reason of Raw material cost-up**

1. Global Economic Recovery at the same time
   - It's a first time to be happened after 1989
   - '04 Global Economic Growth rate Forecast : 3.7% (USA : 4%, Japan : 2~3%, BRICs : 6~8%)
2. China's Rapid Growth of Economic
   - China became the largest consumer market of major raw material.
   - '03 raw material demand in China : 25%↑
   - China's raw material consumption rate in the world : 7~10%/'93 → 20~25%/'03
3. The development capability for natural resources has been weakened due to the slowdown of industrial production from the late 1990's.
   - The Supply of natural resources is much less than its demand from '04.

**Major Raw Material Cost-up**

(Jan.'03~Jan.'04)

- Nickel : 88%, Electrolytic Copper : 47%, Coal : 48%, Iron Ore : 29%
- Oil : 3% ( 19% up compared to the lowest level of last year('03.May) )

* BRICs : Brazil, Russia, India, China

(Source : Samsung Economic Research Institute)

8/10

4

## VI. A.O.B.

- Timing : Effective from Apr.1st Shipment
- Inform to Customer : Mar. 29(Mon) by Written Form
-

- Top Meeting Schedule

. Date : Apr.26(16:00~18:30) - Top Meeting

    Apr.27(Morning) - Green Meeting

. Place : Shanghai, China
. Host : SDI

10/10

5

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031247



4041 University Drive, 5th Floor, Fairfax, VA 22030
Telephone (703) 764-8700
Fax (703) 764-8704

RE: *In re Cathode Ray Tubes Antitrust Litigation (Master File No. 07-CV-5944-JST)*

I, Shinae Kim-Helms, declare:

I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am an attorney with the law firm BoiesBattin LLP, counsel of record for the Indirect Purchaser Plaintiffs in the above-captioned action.

I certify that the below-listed document is a final translation adopting the finally agreed-to translations as a result of resolved objections to the certified translations as provided in Sections X and XVI.F of Order Re Discovery and Case Management Protocol, on April 3, 2012, ECF No. 1128.

- **Certified Translation of CHU00030888 – CHU00030893 (Exhibit 1154EF)**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this ninth day of August, 2023 at Pleasanton, California.

/s/ Shinae Kim-Helms
---------------------------------
Shinae Kim-Helms

## CHU00030888EF (Ex. 1154EF)

| Citation | Original Language | Agreed Modification |
|---|---|---|
| 1 of 1 | "The Korean makers not only took away orders form the Japanese makers, but also drove the Taiwanese makers to the wall!" | "The Korean makers not only took away orders from the Japanese makers, but also drove the Taiwanese makers to the wall!" |

Confidential



June 20, 2012


**Certification**

**Park IP Translations**


This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00030888 – CHU00030893.


_____

Abraham I. Holczer

Project Manager


Park Case # 29567

**[TRANSLATION]**

[Handwritten:] Tai 10/18'99/Yu    *file* Market [Illegible] *Tony*    Du

<u>Contact Report</u>

| | |
|---|---|
| Time: | October 13, 1999 |
| Meeting Attendees: | *SDD-Mr. Lee, PHS-Mr. Jerry Lin/Ms. Limay Liu, ORN-Mr. Moon, L/G-Mr. Lin, Mr. Charles Lu* |
| *CPT*: | President Lin / Director Liu / Section Chief Du / Chun-Mei (Christina) Hsieh |
| Meeting Topic: | *CDT* Regular Exchange Meeting |

I.    The topic of this week:
   *1.   Market Update*
   *2.   17" Price Issue*
   *3.   Year* 2000 *Demand/Supply*
   *4.   Other Issue*

II.    Meeting content:
> [Handwritten:] The Korean makers not only took away orders from the Japanese makers, but also drove the Taiwanese makers to the wall!

   1.    *Market Update* –

   a)    *PH-Mr. Jerry* indicated that according to the current *Monitor* market situation, the orders for Korean monitor makers were continuously increasing. Some market *portion* of the Japanese makers was taken away. As a result, the market share of Korean makers has been rapidly increased from the originally 25% to around 35%. Although the Taiwanese makers' situation is smooth and stable, the growth performance has already slowed compared to the Korean makers. The situation is worrisome. In addition, there were doubts about whether the *CDT* prices inside Korea were <u>the reasonable prices</u> [Underlined by hand] agreed by each maker. If not, then the actual situation would be that the *CDT* price to Taiwanese monitor makers has been higher than to Korean monitor makers. *Mr. Jerry* dispiritedly indicated that he hoped that the *Glass Meeting* would not become a killing factor for Taiwanese makers' loss of market competitiveness. At the same time, he especially couldn't accept the fact that as the *Chairman* of the *Glass Meeting*, he was unable to stabilize *Philips*' original delivery volume to the regional customers in *Korea*; furthermore, even *share*s to Taiwanese makers have also dropped. All these have caused a steady deterioration of the *Product Mix* situation at *Philips*' production lines.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

Exhibit
1154-EF

CHU00030888.01EF

Final Translation

*PH*-the delivery of 15" still maintained at approximately 420*k* in October. However, it has already lost the battle on 17" (some *share*s were lost). The market demand situation in 11/*E* or 12/*B* is expected to get worse.

b)  *CPT*: Director Liu indicated that he felt the same way as *PH-Mr. Jerry*. He emphasized that *CPT*-17" order volume could not be increased as expected. Hence, some production lines have to be stopped for a long period of time. So *CPT* is the worst *Loser*. At present, the customer demand for 14"/15" has increased continuously since *Q*3, and there is some improvement for 17" order. However, because of the above factors (Korean *Monitor* makers' strong situation) noted by *Jerry*, and due to the constant disturbance from unknown low pricing incursions with regard to the quotation to Taiwanese *Monitor* makers, the sales expansion was not significant. In order to contribute to the stabilizing of the market price, *CPT* has decreased production of 17" to the utmost degree for quite a long time. Each maker must strictly hold the bottom line. Otherwise, the price war might get even more out of control after *December*.

1

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL − GRAND JURY MATERIAL          CHU00030888.02EF

Final Translation

'99-10-16          10:51                              T-933    P02

[Handwritten:] The worst maker! Attending the meetings, and yet does not abide by the rules!

c) *L/G-Mr. Lin* indicated that *L/G* originally had predicted that the peak demand would begin in October. Although the actual situation was not as good as had been predicted, the sales in October were indeed a bit higher compared to September. And the order situation in November is close to that of October, including 15" (*Sept* − 800*k*, *Oct* − 830*k*, *Nov* − 830*k*), 17" (*Sept* − 550*k*, *Oct* − 600*k*, *Nov* − 600*k*). *Mr. Lin* emphasized that this year the 17" price has been able to be *keep* at <u>a price no less than $90</u> because of the *Glass Meeting*. He believed that in 2000, the *Glass Meeting* would be even more necessary to stabilize the market and allow each maker to make the best business decision. It is hoped that *PH* and *CPT* would raise doubts regarding the *CDT* prices inside Korea at the next *Top Meeting*, so as to seek solutions and solve the problem.

d) *ORN-Mr. Moon* indicated that the internal demand for *D/W* and *ORN Monitor* has increased continuously in October. Other than the increased orders for *D/W* from *Compacq* [sic], orders for its own brand and *OEM* also increased. The current *D/W* monthly output is about 300*K*, including 15"x150*k*; the remaining is mostly for 17" (presently, *ORN*'s delivery to *D/W*-17" reaches 80*k*/month). The current *ORN Monitor* output is about 200*k*/month (15"x100*k*, 17"x80*k*, 19"x20*k*), with *CDT* mostly supplied by *ORN*. Daewoo (Weihai) 15" *CDT* is currently supplied by IRICO. In addition, *Mr. Moom* [sic] indicated that the current demand for 15" in the Mexican region is about 180*K*/month (including *SEC*x50*k*, *L/G*x50*k*, *D/W*x80*k*). At present, the *ORN* (Mexico) plant can only produce 50-60*K*/month of *CDT*. According to *Mr. Moon*, due to the strong internal demand, *ORN*'s target delivery of 17" to Taiwanese makers has been changed from 100*k* to around 65*k*. As for the price of 17", the originally maintained price differential of $3~4 with other makers has been narrowed down to $1~2. For example, the price to *Compal*-$90. (*ORN* claimed that its current *offer* price to <u>*D/W* is $90</u>; but *PH-Mr. Jerry* indicated that *ORN*→*D/W* price was lower than $90, should be only $85-87.

[Handwritten:] Their strength is overwhelming! Their attending this kind of meeting is like adding wings to a tiger!

e) *SDD-Mr. Lee* indicated that the sales situation of 15"/17" is not bad. The order for 17" in October is approximately 900*k*. The situation in *Nov~Dec* will maintain the status quo. The supply of 15"/17" to Taiwanese makers can still maintain around 320*K* for each. But Taiwanese makers' demand for 15" has increased continuously. For example, *Compal* asked for 100*k* in October, however, *SDD* could only confirm a supply of 70*k*.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL − GRAND JURY MATERIAL          CHU00030889.01EF

Final Translation

2.  *Year* 2000 *Demand/Supply*:

Based on the review conclusion of each maker on 9/28, *PH* compiled the Year 2000 *Demand/Supply* (see attachment). After *Review*ing the materials in the attachment again, each maker believed that the *Japanese* 2000 *Output*-23.8*M* is too low. It would be more reasonable to have it changed to be close to year '99's figure of 27*M*. In addition, with regard to the data statistics in year '99 *Q*3, the statistic result of the 19" (-110*k*) *shortage* was found to have neglected the *stock* quantity of each maker, so the number has departed from the actual. Therefore, *PH* will carefully check and verify with those on the front line of each maker and will provide the result at another time before the *Top Meeting* (10/26), so that each maker can review and prepare again.

2

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL − GRAND JURY MATERIAL

CHU00030889.02EF
Final Translation

'99-10-16          10:52                                    T-933      P03

3.  17" *Price Issue*:

    a)  *CPT*-Director Liu indicated that based on information from customers last week, there were low pricing *offer*s. After he went to *SDD* to verify with *Mr. Ha*, Mr. Ha explained as follows: because *L/G offer*ed $90 to *EMC*, *SDD* had to follow as a last resort. Hence *CPT* had to choose to *Follow* after *SDD*.

    b)  *SDD-Mr. Lee* added that $90 was the price requested by *EMC*, but *SDD* hasn't confirmed this yet.

    c)  *L/G-Mr. Lin* indicated that *EMC* was *SDD*'s *Key Account*. *L/G* could not have *offfer*ed such a price to other customers, except *CTX*, so please check and verify again. *Mr. Lin* claimed that *MEC* was heard to *offer* a market price of $87, and that *TECO* offered $85 to *FIC*-17"(*MPRII*) etc. The quotations on the market were thus disrupted.

- *CPT*-Regarding the 17" *Price Issue*, Director Liu further noted that how *MEC* or *Teco offer* to *FIC* had nothing to do with us. Whether *L/G, SDD* etc. strictly hold the bottom price is important.

- *CPT*-President Lin indicated that it was very regrettable that each maker was not able to plan and conduct synchronously,  even though each maker had agreed on the price of 17"! After the common understandings have been reached among *Top* level, the implementation level must do their best to bear the responsibility of strictly holding prices. Cutting prices meaninglessly not only makes the company profit decrease, but also creates unstable factors for the market price when the low season comes. With regard to *Mr. Jerry*'s suggestion of whether it's necessary to change the current style of *Glass Meeting*, President Lin indicated that after the *Top Level* reached a conclusion regarding the price issue, the *Working Level* personnel should actually *Review* the market price situation at each meeting, and if abnormality appears, then they should find out the real price. The saboteur will be questioned thoroughly. The matter will then be reviewed at the *Top* meeting to seek a solution.

- The makers indicated their agreement with regard to the request by President Lin. They also unanimously decided to have *CPT*-Director Liu, *L/G-Mr. Lin* or *Mr. Park*, *SDD-Mr. Ha*, *PH-Mr. Jerry*, *ORN-Mr. Moon* etc. to again review and discuss the actual price of 17" and its countermeasures at *CPT* tomorrow (10/14 *p.m.* 17:00).

- In terms of the specific customers who complain about the current prices, each maker's representative reviewed on 10/14 as follows:

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030890.01EF

Final Translation

1) *EMC: SDD Mr. Ha* claimed that *EMC* informed him that presently other *Supplier* had already quoted $90, so strongly requested *SDD* to follow, otherwise the orders would not be ensured. In addition, *Mr. Ha* was asked to reply before 10/15. Director Liu explained that currently CPT's price to *EMC* was still $91. However, since *LG* first quoted $90 to *EMC*, CPT was also strongly requested by *EMC* to drop the price, but this is still *Pending*. CPT will *FLW SDD*'s price. *LG Mr. Lim* claimed that although *LG* had quoted 17": $90, 15": $66 to Chairman Yang of *EMC* earlier; these were only prices for reference, not official quotations. 17" has been re-quoted to $91. *Mr. Lim* also claimed that the orders from its original major customer *CTX* have dropped significantly, so *LG* must develop new customers to make up for the order difference. *PH Mr. Jerry* indicated that since the current market demand for 17" was quite *soft*, it's absolutely impossible that *LG* would have re-quoted a higher price. After obtaining verification from *LG Mr. Park* himself and upon information from CPT, PH has *offer*ed $90 to *EMC*. Because of the fact that *LG* and *PH* having already quoted the price, the meeting attendees agreed that the new bottom price to *EMC* would be $90.

2) *DELTA*: Director Liu explained that *DELTA* claimed that some *Supplier*s had quoted $90. With a quoted price of $91, CPT only obtained its order of 5*k* for *B+D*. *Mr. Ha* and *Mr. Lim* also claimed that the volume from *DELTA* was not large; *SDD* and

3

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

'99-10-16          10:52                    T-933    P04

LG all *OFFER* $91. *ORION Mr. Moon* also claimed that it didn't make a quotation to *DELTA*. So *SDD/LG/CPT* agreed to maintain $91 for the bottom price for *DELTA*.

3) *SAMPO*: *Mr. Ha* confirmed that $91 had been *Offer*ed to *SAMPO*. The tube type that it delivered would be *W/O Cancell Coil*. The transaction price is $91-$1.5=$89.5. Director Liu explained that CPT would *FLW* and drop it to $91.

4) *AOC: ORION Mr. Moon* claimed that its original price for September was $89. However, after learning that *LG offer*ed a new price of $88, it *offer*ed a price of $87 (*L/C at sight*) in October. *LG Mr. Lim* claimed that its price was definitely not lower than $90. Currently its sales price is between $90-$91(some *D/A* 60 *days*, *L/C at sight*). Director Liu explained that the sales price to *AOC* is $91 (*L/C* 60 *days*). However, because *ORION* and *LG* offer either low price or *Payment term* incentives, and due to *AOC*'s overall large orders for 14"+15"+17", CPT is considering to *offer* a new price of $90. *Mr. Jerry* indicated that it had just finalized the price of $91 (*L/C at sight*) with *AOC* for October. If CPT re-*Offer* the new price of $90, *PH* will consider following or adjust the *Payment term*.

5) *Acer*: *PH* confirmed of *offer*ing $90, *SDD* confirmed of *offer*ing $91. Director Liu indicated that in order to maintain competitiveness, CPT would drop the current $92 to $91.

6) *ADI: Mr. Lim* claimed that the current sales price to *ADI* was $92. However, the meeting attendees did not believe this. CPT indicated that when visiting its Taipei *Office* earlier, its *Sales* personnel had confirmed that the price was $91.

7) *ROYAL: Mr. Lim* claimed that its current sales price to *ROYAL* was $91. However, since just learning *TECO* was *offer*ing $87, and also because *ROYAL* was its major customer, *LG* would drop the price to $90.

8) 17" *Price Issue Conclusion* – the meeting attendees agreed to provide new prices to the specific customers in October as follows:

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030891.01EF

Final Translation

|        | SDD     | LG      | ORION | PH   | CPT     | TECO |
|--------|---------|---------|-------|------|---------|------|
| EMC    | $91→$90 | $90     | $88   | $90  | $91→$90 |      |
| DELTA  | $91     | $91     |       |      | $91     |      |
| SAMPO  | $91     |         |       |      | $92→$91 |      |
| AOC    |         | $90→$91 | $87   | $91  | $91→$90 |      |
| ACER   | $91     |         |       | $90  | $92→$91 |      |
| ADI    |         | $92     |       |      |         |      |
| ROYAL  |         | $91→$90 |       |      |         | $87  |

● Regarding the price for November, the meeting attendees all agreed to maintain the same price level as in October.

‒ End of Report ‒

[Hand-drawn arrow] Submitted for Approval

[Initialed:] Chieng-Yuan (C.Y.) Lin 10/15

[Initialed:] Ching-Yuan (Michael) Du 10/15'99

Respectfully submitted by Employee, Chun-Mei (Christina) Hsieh
1999/10/15

[Handwritten:]
*LG Mr. Lim* couldn't deny that *EMC*: $90, other customers: $91. *SDD Mr. Ha* claimed that it had to follow, which caused the price to decline again. *Mr. Lim* assured the meeting attendees that this would not happen again. The meeting attendees reached a common understanding that the price for November should not drop further, must be *keep* at above $90.

[Initialed:] Chih-Chun (C.C.) Liu   10/15

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

'99-10-16          10:53                                                T-933 P05
**WW CMT Supply/Demand 1999**
**Based on 990928 GSM conclusion**

| | size | 99/Q1 | 99/Q2 | 99/Q3 | 99/Q4 | 1999 |
|---|---|---|---|---|---|---|
| **A)** | **Japanese CMT Output** | | | | | |
| | 14 | 90 | 90 | 90 | 90 | **360** |
| | 15 | 1290 | 1350 | 1425 | 1500 | **5565** |
| | 17 | 3900 | 3540 | 4410 | 4500 | **16350** |
| | 19 | 1020 | 830 | 604 | 1290 | **3744** |
| | Total | **6300** | **5810** | **6529** | **7380** | **26019** |
| **B)** | **CMT demand based on 990928 Phillips forecast** | | | | | |
| | 14 | 1820 | 2180 | 2350 | 2650 | **9000** |
| | 15 | 9370 | 8740 | 10640 | 11750 | **40500** |
| | 17 | 10110 | 9433 | 10787 | 11971 | **42300** |
| | 19 | 1350 | 1250 | 1345 | 1555 | **5500** |
| | Total | **22650** | **21603** | **25122** | **27926** | **97300** |
| | easonality | **23.9%** | **22.3%** | **25.5%** | **28.3%** | |
| **C)** | **CMT demand deducted Japanese output = 8-A** | | | | | |
| | 14 | 1730 | 2090 | 2260 | 2560 | **8640** |
| | 15 | 8080 | 7390 | 9215 | 10250 | **34935** |
| | 17 | 6210 | 5893 | 6377 | 7471 | **25950** |
| | 19 | 330 | 420 | 741 | 265 | **1756** |
| | Total | **16350** | **15793** | **18593** | **20546** | **71281** |

| | size | 99/Q1 | 99/Q2 | 99/Q3 | 99/Q4 | 1999 |
|---|---|---|---|---|---|---|
| **D)** | **Supply − 5 makers production plan** | | | | | |
| | 14 | 1705 | 2025 | 2500 | 2420 | **8650** |
| | 15 | 8195 | 8290 | 9995 | 10860 | **37340** |
| | 17 | 6465 | 6750 | 7145 | 7980 | **28340** |
| | 19 | 434 | 571 | 631 | 815 | **2451** |
| | Total | **16799** | **17636** | **20271** | **22075** | **76781** |
| **E)** | **Result of supply-demand excluding Japanese = D-C** | | | | | |
| | 14 | -25 | -65 | 240 | -140 | **10** |
| | 15 | 115 | 900 | 780 | 610 | **2405** |
| | 17 | 255 | 857 | 769 | 509 | **2390** |
| | 19 | 104 | 151 | -110 | 550 | **695** |
| | Total | **449** | **1843** | **1679** | **1529** | **5500** |
| **%** | **Over demand** | | | | | |
| | 14 | -1% | -3% | 11% | -5% | **0%** |
| | 15 | 1% | 12% | 8% | 6% | **7%** |
| | 17 | 4% | 15% | 12% | 7% | **9%** |
| | 19 | 32% | 36% | -15% | 208% | **40%** |
| | Total | **3%** | **12%** | **9%** | **7%** | **8%** |

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL − GRAND JURY MATERIAL

CHU00030892EF

Final Translation

'99-10-16          10:53                                                      T-933 P06

Year 2000 Japanese Capacity

| Nationality | Size | Data | | | | |
|---|---|---|---|---|---|---|
| | | '00 Q1 Added Total | '00 Q2 Added Total | '00 Q3 Added Total | '00 Q4 Added Total | '00 Total/ Total Added |
| Japanese | 14 | 0 | 0 | 0 | 0 | 0 |
| | 15 | 1410 | 1410 | 1410 | 1410 | 5640 |
| | 17 | 4370 | 4370 | 4370 | 4370 | 17480 |
| | 19 | 2250 | 2250 | 2250 | 2250 | 9000 |
| | 21 | 990 | 990 | 990 | 990 | 3960 |
| Japanese Subtotal | | 9020 | 9020 | 9020 | 9020 | 36080 |

Year 2000 Japanese output (66% of capacity):(A)

| Size | 00Q1 | 00Q2 | 00Q3 | 00Q4 | TIL 00 |
|---|---|---|---|---|---|
| 14 | 0 | 0 | 0 | 0 | 0 |
| 15 | 931 | 931 | 931 | 931 | 3722 |
| 17 | 2884 | 2884 | 2884 | 2884 | 11537 |
| 19 | 1485 | 1485 | 1485 | 1485 | 5940 |
| 21 | 653 | 653 | 653 | 653 | 2614 |
| total | 5953 | 5953 | 5953 | 5953 | 23813 |

5 makers Capacity

| Nationality | Whole |
|---|---|

| Size | Data | | | | |
|---|---|---|---|---|---|
| | '00 Q1 Added Total | '00 Q2 Added Total | '00 Q3 Added Total | '00 Q4 Added Total | '00 Total/ Total Added |
| 14 | 1514 | 1514 | 1514 | 1514 | 6056 |
| 15 | 11106 | 10298 | 9954 | 10475 | 41833 |
| 17 | 12372 | 13059 | 13916 | 13916 | 53264 |
| 19 | 2005 | 2185 | 2185 | 2185 | 8561 |
| 21 | 0 | 0 | 0 | 0 | 0 |
| Total | 26998 | 27056 | 27570 | 28091 | 109714 |

5 makers output: (B)
(90% of capacity for 14"/15", 85% for 17"/19")

| Size | 00Q1 | 00Q1 | 00Q1 | 00Q1 | TIL 00 |
|---|---|---|---|---|---|
| 14 | 1363 | 1363 | 1363 | 1363 | 5450 |
| 15 | 9996 | 9268 | 8959 | 9427 | 37650 |
| 17 | 10516 | 11100 | 11829 | 11829 | 45274 |
| 19 | 1705 | 1858 | 1858 | 1858 | 7277 |
| 21 | 0 | 0 | 0 | 0 | 0 |
| total | 23579 | 23588 | 24008 | 24477 | 95651 |

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL − GRAND JURY MATERIAL

CHU00030893.01EF

Final Translation

Year 2000 CRT Capacity

| Nationality | Whole |
|---|---|

|  | Data | | | | |
|---|---|---|---|---|---|
| Size | '00 Q1 Added Total | '00 Q2 Added Total | '00 Q3 Added Total | '00 Q4 Added Total | '00 Total/ Total Added |
| 14 | 1514 | 1514 | 1514 | 1514 | 6056 |
| 15 | 12516 | 11708 | 11364 | 11885 | 47473 |
| 17 | 16742 | 17429 | 18286 | 18286 | 70744 |
| 19 | 4255 | 4435 | 4435 | 4435 | 17561 |
| 21 | 990 | 990 | 990 | 990 | 3960 |
| Total | 36018 | 36076 | 36590 | 37111 | 145794 |

Year 2000 CRT Output:(+A+B)

| Size | 00Q1 | 00Q1 | 00Q1 | 00Q1 | TIL 00 | Demand forecast | Product Mix |
|---|---|---|---|---|---|---|---|
| 14 | 1362.6 | 1362.6 | 1362.6 | 1362.6 | 5450.4 | 6.4 | 5.7% |
| 15 | 10926 | 10199 | 9889 | 10358 | 41372 | 43.2 | 38.7% |
| 17 | 13400 | 13984 | 14713 | 14713 | 56811 | 51.3 | 46.0% |
| 19 | 3190 | 3343 | 3343 | 3343 | 13217 | 8.4 | 7.5% |
| 21 | 653 | 653 | 653 | 653 | 2614 | 2.3 | 2.1% |
| Total | 29532 | 29542 | 29961 | 30430 | 119464 | 111.5 | |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

'99-10-16   10:51                                                      T-933 P01

# 中華映管股份有限公司業務處

楊梅廠 電話：(03)4858035 傳真：(03)4858093 桃園縣楊梅鎮行善路80號
桃園廠 電話：(03)3675151 傳真：(03)3667612 桃園縣八德市和平路1127號

## 接洽報告

時間：88年10月13日
參會者：SDD-Mr.Lee、PHS-Mr.Jerry Lin/Ms.Limay Liu、ORN-Mr.Moon
　　　　L/G-Mr.Lin、Mr.Charles Lu
CPT：　林總經理/ 劉處長/杜課長/謝春美
會議主題：CDT 定期交流會

（一）本週議題：
　1. Market Update
　2. 17"Price Issue
　3. Year 2000 Demand/Supply
　4. Other Issue

（二）會議內容：
　1. Market Update-
a) PH-Mr.Jerry 表示 Monitor 市場現況顯現韓國監視器廠商訂單不斷往上
增加，拿走了部份日商市場 portion，使得韓商在市場佔有率由前25%快
速上升至35%左右。而台商情況雖平穩，但成長績效已較韓商低落。此情況不禁令人擔憂，並對韓國境內 CDT 價格是否為各家認同之合理價格持疑？
若否，則事實情況將是 CDT 對台監視器廠商價格已高於韓監視器廠商。
Mr.Jerry 沮喪地表示不希望讓該 Glass Meeting 演變成為台商在市場上失
去競爭力之殺手；同時更無法接受自己身為該 Glass Meeting 之 Chairman
卻無法穩住 Philips 原有在 Korea 地區客戶之交貨量，且連對台商之 share
也下降，並導致 Philips 生產線產量 Product Mix 情形每況愈下。
PH-10 月份15"交貨仍穩定維持約420k，但17"已失利(部份 share 丟掉)。
預料 11/E 或 12/B 市場需求情況可能再下挫。
b) CPT: 劉處長表示對 PH-Mr.Jerry 所言同感身受，並重申 CPT-17"訂單量無
法如期擴大，導致長期讓一部份生產線停擺；CPT 才是最慘的 Loser。而
現況雖 14"/15"客戶需求自 Q3 以來持續上升，但17"訂單雖稍好轉，但如
Jerry 上述因素(韓 Monitor 廠商強勢)，另有不明的低價入侵者不時干擾
對台 Monitor 廠商報價，造成擴銷不張。CPT 17"長期以來以最大幅減產
擬對穩定市場價格盡心力，各家須嚴守底線，否則 December 以後，價格
戰可能將更難以控制。

1

'99-10-16  10:51                                                           T-933 P02

*最高如此影响！又爲內含譏、又不還乎此載！*

c) L/G-Mr.Lin表示原先L/G預期10月份將進入需求高峰，雖實際不如其預期，但10月之銷售確實亦較9月份略高，而11月份訂單狀況與10月份接近；其中15"(Sept-800k、Oct-830k、Nov-830k)，17"(Sept-550k、Oct-600k、Nov-600k)。 Mr.Lin強調今年以來，17"價格籍著該Glass Meeting才得以 keep 在不低於$90價位；其認為2000年更需要持續籍Glass Meeting 穩定市場，並讓各家做出最正確的經營決策，希望 PH與CPT對於韓國境內CDT價格之疑慮能在下次Top Meeting中正式提出討論，並尋求對策，以解決問題。

d) ORN-Mr.Moon表示10月份D/W與ORN Monitor內需求量續增，而D/W增單除來自Compacq之外，自牌與OEM訂單亦有增加。D/W現月產量約300K，其中15"x150k，餘大部份為17"(ORN現對D/W-17"交貨量達80k/月)。而 ORN Monitor現產量約200k/月(15"x100k、17"x80k、19"x20K)CDT大部份皆由ORN供應。大宇(威海)15"CDT現由彩虹供貨中。另、Mr.Moom表示墨西哥地區現15"需求量約180K/月(其中SECx50k、L/Gx50k、D/Wx80k)，而ORN(墨西哥)廠現CDT產出量僅有50~60K/月。依Mr.Moon稱ORN由於內需求狀況佳，故17"對台商交貨目標量已由前100k修正為65k左右；而價格方面17"亦由原與各家維持$3~4價差縮小為$1~2，如對Compal-$90。(ORN稱現階段其offer D/W價格為$90；但 PH-Mr.Jerry則表示ORN→D/W價格低於$90，應僅$85~87。

*深見長壽了1 爲cmcl神合譏、疗从內如危詳遑！*

e)SDD-Mr.Lee表示 15"/17"銷售狀況還不錯，10月份-17"訂單量約900k，而Nov~Dec情況大致應還可維持現狀。15"/17"對台商供貨量仍各維持320K左右，但15"台商需求續增，如10月份Compal要求100k，惟SDD僅確認可供應70k。

## 2. Year 2000 Demand/Supply:

PH依各家於9/28檢討結論整理之2000年Demand/Supply(如附件)，經各家再Review附件資料認為其中Japanese 2000 Output-23.8M偏低，需再修正接近'99數字-27M較為合理。另外對'99年Q3資料統計中19"(-110k) shortage之統計結果發現資料中忽略了各家stock數量，致造成偏離實際。因此 PH將再與各家窗口仔細查核後於Top Meeting(10/26)前，另行提出供各家再檢討擬訂。

2

CONFIDENTIAL - GRAND JURY MATERIAL                                    CHU00030889

'99-10-16    10:52                T-933 P03

## 3. 17" Price Issue:

a) CPT-劉處長表示上週自客戶處得到一些低價offer之訊息，經親自前往SDD向Mr. Ha求證得其解釋稱：因L/G對EMC作出$90之offer，不得已情況下SDD將跟進。於是CPT只能選擇繼SDD之後Follow。

b) SDD-Mr. Lee則補充說明稱-$90係EMC所提之要求，但SDD尚未正式確認

c) L/G-Mr. Lin亦表示EMC為SDD之Key Account，L/G除對CTX外，不可能對其他客戶offfer此價格，請再查證。Mr. Lin稱聽聞MEC在市場已offer$87及聽聞TECO給FIC-17"(MPRII)$85等擾亂市場行情。

◎ CPT-劉處長針對17"Price Issue再說明-MEC或Teco對FIC如何offer與我等無關，重要的是L/G、SDD等是否嚴守底價。

◎ CPT-林總經理表示，17"價格各家在認同下卻無法同步同謀深表遺憾！各家在Top人員共識之後，執行階層須全力以赴，為公司擔負起堅守價格的責任，無意義地削價不僅讓公司利潤損失，且對淡季來臨時市場價格之穩定帶來不利因素。林總經理對於Mr. Jerry提議是否必要變更現行Glass Meeting形態表示，價格問題經Top Level作成結議後，Working Level階層需確實於每次會議Review市場價格情況，若有異常則務必找出價格真正　破壞者，追根究底，並於Top會議上提出檢討，尋求解決方案。

◎ 各家對林總經理所提要求表示認同，並一致決定明(10/14 p.m.17:00)由CPT-劉處長、L/G-Mr. Lin或Mr. Park、SDD-Mr. Ha、PH-Mr. Jerry、ORN-Mr. Moon等人於CPT再次檢討研商17"實際價格及對策。

## ◎經10/14各家代表針對現價格較有雜音的特定客戶檢討如下：

❶ EMC: SDD Mr. Ha稱EMC告知現其他Supplier已報價$90，強烈要求SDD亦需跟進不然訂單將無法確保，並且限Mr. Ha需於10/15前回覆。劉處長說明現華映對EMC價格仍為$91，但因LG對EMC首先報出$90，華映亦被EMC強烈要求降價但仍Pending中，華映將FLW SDD的價格。LG Mr. Lim稱LG前雖對EMC楊董事長報出17"：$90,15"：$66的價格，但僅是參考價格尚未正式報價，17"其已重新報出$91；Mr. Lim並稱原其大戶CTX訂單已大幅縮減，LG必須開發新戶來補其訂單的落差。PH Mr. Jerry表示於現17"需求較soft的市況下，LG可重報高價認為決不可能；其於得到LG Mr. Park親口證實及華映告知，已對EMC offer出$90。在LG及PH價格已報出的情況下與會人員同意EMC新的底價$90。

❷ DELTA：劉處長說明DELTA稱現已有Supplier報價$90，華映以$91的價格僅得到其5k的B+D訂單。Mr. Ha及Mr. Lim皆稱DELTA的量不大SDD

3

CONFIDENTIAL - GRAND JURY MATERIAL                  CHU00030890

'99-10-16　10:52　　　　　　　　　　　　　　　　　　　　T-933 P04

及 LG 皆 OFFER $91。ORION Mr.Moon 亦稱未對 DELTA 報價，故 DELTA 的底價 SDD/LG/CPT 同意維持$91。

❸ SAMPO：Mr.Ha 證實現對 SAMPO 已 Offer $91，且其交易管型為 W/O Cancell Coil 交易價格為$91-$1.5=$89.5。劉處長說明華映將 FLW 調降至$91。

❹ AOC：ORION Mr.Moon 稱其 9 月份原價格為$89，但在得知 LG offer 新價$88 後，10 月份重新 offer $87(L/C at sight)。LG Mr.Lim 稱其價格絕對沒有低於$90 以下，現其售價為$90~91 之間(部份 D/A 60 days, L/C at sight)。劉處長說明現對 AOC 售價$91 (L/C 60 days)，但基於 ORION 及 LG 不是價廉就是 Payment term 優惠及 AOC14"+15"+17" 整體訂單量大，現考慮 offer 新價$90 中。Mr.Jerry 表示剛和 AOC 敲定 10 月份價格$91(L/C at sight)，若華映重新 Offer 新價$90，則 PH 將考慮跟進或調整 Payment term。

❺ Acer：PH 證實 offer $90，SDD 證實 offer $91；劉處長表示為維持競爭力華映將從現$92 調降至$91。

❻ ADI：Mr.Lim 稱對 ADI 售價為$92，惟無法取得與會人員認同，華映表示前拜訪其台北 Office 時，其 Sales 人員證實為$91。

❼ ROYAL：Mr.Lim 稱現對 ROYAL 售價為$91，但現獲悉 TECO offer$87 且 ROYAL 是其大戶故 LG 將調降至$90。

❽ 17" Price Issue Conclusion-與會人員同意 10 月份對特定客戶新價綜合如下表：

| | SDD | LG | ORION | PH | CPT | TECO |
|---|---|---|---|---|---|---|
| EMC | $91→$90 | $90 | $88 | $90 | $91→$90 | |
| DELTA | $91 | $91 | | | $91 | |
| SAMPO | $91 | | | | $92→$91 | |
| AOC | | $90~91 | $87 | $91 | $91→$90 | |
| ACER | $91 | | | $90 | $92→$91 | |
| ADI | | $92 | | | | |
| ROYAL | | $91→$90 | | | | $87 |

◎ 11 月份價格，與會人員皆同意維持同 10 月份價位。

--以上報告--

LG hm. lim已無法否認 Emc $90. 
這客戶$91. Soo hm. HA談不得不說些.透國佰格由次清淡. 
也. lim保證不会再有此例. 此会员於 11月16格不可以次. 
竟竟 Emp $90.~11上。

恭呈核示

職 謝春美敬呈
1999/10/15

4

# WW CMT Supply/Demand 1999
## Based on 990928 GSM conclusion

### A) Japanese CMT Output

| Size | 99/Q1 | 99/Q2 | 99/Q3 | 99/Q4 | 1999 |
|---|---|---|---|---|---|
| 14 | 90 | 90 | 90 | 90 | 360 |
| 15 | 1290 | 1350 | 1425 | 1500 | 5565 |
| 17 | 3900 | 3540 | 4410 | 4500 | 16350 |
| 19 | 1020 | 830 | 604 | 1290 | 3744 |
| Total | 6300 | 5810 | 6529 | 7380 | 26019 |

### B) CMT demand based on 990928 Philips forecast

| Size | 99/Q1 | 99/Q2 | 99/Q3 | 99/Q4 | 1999 |
|---|---|---|---|---|---|
| 14 | 1820 | 2180 | 2350 | 2650 | 9000 |
| 15 | 9370 | 8740 | 10640 | 11750 | 40500 |
| 17 | 10110 | 9433 | 10787 | 11971 | 42300 |
| 19 | 1350 | 1250 | 1345 | 1555 | 5500 |
| Total | 22650 | 21603 | 25122 | 27926 | 97300 |
| seasonality | 23.9% | 22.3% | 25.5% | 28.3% | |

### C) CMT demand deducted Japanese output = B-A

| Size | 99/Q1 | 99/Q2 | 99/Q3 | 99/Q4 | 1999 |
|---|---|---|---|---|---|
| 14 | 1730 | 2090 | 2260 | 2560 | 8640 |
| 15 | 8080 | 7390 | 9215 | 10250 | 34935 |
| 17 | 6210 | 5893 | 6377 | 7471 | 25950 |
| 19 | 330 | 420 | 741 | 265 | 1756 |
| Total | 16350 | 15793 | 18593 | 20546 | 71281 |

### D) Supply - 5 makers production plan

| Size | 99/Q1 | 99/Q2 | 99/Q3 | 99/Q4 | 1999 |
|---|---|---|---|---|---|
| 14 | 1705 | 2025 | 2500 | 2420 | 8650 |
| 15 | 8195 | 8290 | 9995 | 10860 | 37340 |
| 17 | 6465 | 6750 | 7145 | 7980 | 28340 |
| 19 | 434 | 571 | 631 | 815 | 2451 |
| Total | 16799 | 17636 | 20271 | 22075 | 76781 |

### E) Result of supply-demand excluding Japanese = D-C

| Size | 99/Q1 | 99/Q2 | 99/Q3 | 99/Q4 | 1999 |
|---|---|---|---|---|---|
| 14 | -25 | -65 | 240 | -140 | 10 |
| 15 | 115 | 900 | 780 | 610 | 2405 |
| 17 | 255 | 857 | 769 | 509 | 2390 |
| 19 | 104 | 151 | (-110) | 550 | 695 |
| Total | 449 | 1843 | 1679 | 1529 | 5500 |

#### % over demand

| Size | 99/Q1 | 99/Q2 | 99/Q3 | 99/Q4 | 1999 |
|---|---|---|---|---|---|
| 14 | -1% | -3% | 11% | -5% | 0% |
| 15 | 1% | 12% | 8% | 6% | 7% |
| 17 | 4% | 15% | 12% | 7% | 9% |
| 19 | 32% | 36% | -15% | 208% | 40% |
| Total | 3% | 12% | 9% | 7% | 8% |

Limay liu, 1999/10/13
990920 cpt-twn.xls/s_d philips (3)

CONFIDENTIAL - GRAND JURY MATERIAL                                    CHU00030892

'99-10-16   10:53                                    T-933 P06

## Year 2000 Japanese Capacity

| Nationality | Size | 加働/00 Q1 | 加働/00 Q2 | 加働/00 Q3 | 加働/00 Q4 | 加働/Total 00 |
|---|---|---|---|---|---|---|
| Japanese | 14 | 1410 | 1410 | 1410 | 1410 | 5640 |
| | 15 | 4370 | 4370 | 4370 | 4370 | 17480 |
| | 17 | 2250 | 2250 | 2250 | 2250 | 9000 |
| | 19 | 990 | 990 | 990 | 990 | 3960 |
| | 21 | | | | | |
| Japanese小計 | | 9020 | 9020 | 9020 | 9020 | (36090) |

## 5 makers Capacity

| 資料 [全部] | | | | | | |
|---|---|---|---|---|---|---|
| Size | 加働/00 Q1 | 加働/00 Q2 | 加働/00 Q3 | 加働/00 Q4 | 加働/Total 00 |
| 14 | 1514 | 1514 | 1514 | 1514 | 6056 |
| 15 | 11106 | 10298 | 9954 | 10475 | 41833 |
| 17 | 12372 | 13059 | 13916 | 13916 | 53264 |
| 19 | 2005 | 2185 | 2185 | 2185 | 8561 |
| 21 | 0 | 0 | 0 | 0 | 0 |
| Total | 26998 | 27056 | 27570 | 28091 | 109714 |

## Year 2000 CRT Capacity

| 資料 [全部] | | | | | | |
|---|---|---|---|---|---|---|
| Size | 加働/00 Q1 | 加働/00 Q2 | 加働/00 Q3 | 加働/00 Q4 | 加働/Total 00 |
| 14 | 1514 | 1514 | 1514 | 1514 | 6056 |
| 15 | 12516 | 14708 | 11334 | 11885 | 47473 |
| 17 | 16742 | 17429 | 18286 | 18286 | 70744 |
| 19 | 4255 | 445 | 445 | 445 | 17561 |
| 21 | 990 | 990 | 990 | 990 | 3960 |
| total | 36018 | 36076 | 36590 | 37111 | 145794 |

## Year 2000 Japanese output (66% of capacity):(A)

| Size | 00Q1 | 00Q2 | 00Q3 | 00Q4 | TTL 00 |
|---|---|---|---|---|---|
| 14 | 931 | 931 | 931 | 931 | 3722 |
| 15 | 2884 | 2884 | 2884 | 2884 | 11537 |
| 17 | 1485 | 1485 | 1485 | 1485 | 5940 |
| 19 | 653 | 653 | 653 | 653 | 2614 |
| 21 | | | | | 23813 |
| total | 5953 | 5953 | 5953 | 5953 | 23813 |

## 5 makers output :(B)
(90% of capacity for 14"/15"; 85% for 17"/19")

| Size | 00Q1 | 00Q2 | 00Q3 | 00Q4 | TTL 00 |
|---|---|---|---|---|---|
| 14 | 1363 | 1363 | 1363 | 1363 | 5450 |
| 15 | 9996 | 9268 | 8959 | 9427 | 37650 |
| 17 | 10516 | 11100 | 11829 | 11829 | 45274 |
| 19 | 1705 | 1858 | 1858 | 1858 | 7277 |
| 21 | | | | | |
| total | 23579 | 23588 | 24008 | 24477 | 95651 |

## Year 2000 CRT Output:(=A+B)

| Size | 00Q1 | 00Q2 | 00Q3 | 00Q4 | TTL 00 | Demand forecast | Product Mix |
|---|---|---|---|---|---|---|---|
| 14 | 1362.6 | 1362.6 | 1362.6 | 1362.6 | 5450.4 | 6.4 | 5.7% |
| 15 | 10926 | 10199 | 9889 | 10358 | 41372 | 43.2 | 38.7% |
| 17 | 13400 | 13984 | 14713 | 14713 | 56811 | 51.3 | 46.0% |
| 19 | 3190 | 3341 | 3343 | 3343 | 13217 | 8.4 | 7.5% |
| 21 | 653 | 653 | 653 | 653 | 2614 | 2.3 | 2.1% |
| total | 29532 | 29542 | 29961 | 30430 | 119464 | 111.5 | 111.5 |

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030893

# EXHIBIT 28

**consortra** translations

100 Park Ave. 16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.                                    www.consortra.com

STATE of NEW YORK        )
                         )            ss:
COUNTY of NEW YORK       )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"SDCRT-0087700 - SDCRT-0087702"*, originally written in *Korean* is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: June 12, 2013

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
12th day of June,
2013.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

---

Industry Managerial-Level Meeting
Proceedings

---

Time and Location:     China, Guangdong Province, Shenzhen City, She kou, South Sea Restaurant, Conference Room
                       August 9, 2001 08:30 – 16:30

Participants:
    SEG – Hitach:       Sun Shengdian (Director of Board and General Manager), Yang Guojun (Assistant General Manager
                        and     Industry Association Secretary)
    BMCC:               Fan Wenqiang (Vice President), Lee Dae Rim (General Manager)
    Irico:              Ma Jinquan (General Manager), Yui Gun Seol (Manager), Shin Hyo- Rim (Manager)
    Guangdong CPT:      Zhan Zongqing (General Manager), Song Fan (Vice President), Wu Weixian (Department Manager)
    Shanghai Yongxing:  Zhou Jiachun (General Manager), Zhu Danlin (General Manager)
    Nanjing Philips:    Yoo Jong Song (General Manager), Li Xiuhua [Su Hwa] (Manager)
    Changsa LG:         Kim Chang-Ki (Vice President) and three others
    SDI:                Ha Hoo-Mok (VP), Maeng Joo Ryong (General Manager), Wang Linfeng (Manager)
Results:

- Production Reducation

    Proposal A):   From August 1, each company reduces production by 25% compared to the total production volume last
                   year (based on the industry exchange data). Each company limits the maximum production volume for
                   three major models (21″, 25″, 29″).
                   Formula: Total production of Y2000 x 0.75(%) ÷ 12 (months) X 5 (months)

    Proposal B):   For fairness of the competition, on the assumption of 25% production reduction in the second half of the
                   year, the maximum production volume that each company can produce is reduced by the inventory
                   volume of the major three models as of July 31.
                   Formula: Total production of Yr.2000 X 0.75(%) / 12 (months) X 5 (months) – inventory as of late July 2001

01000258

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation          **SDCRT-0087700E_Translation**
FINAL TRANSLATION

- Suggested Price

    21″ MS RMB 430

    25″ MS RMB 635

    29″ SF RMB 930

* The above price is based on a six-month promissory note. In the case of a cash payment, the prevailing interest rate will be deducted. Each company must follow the above pricing and must not sell at a lower price through any unfair competition means.

Each company will sign the written agreement, guaranteed by general managers' personality and credibility. Any company that violates the agreement will face disciplinary actions by the Association.

If a company violates the agreement, the Association will issue a warning and send a written notification letter to the company so that the company can have an opportunity to correct the violation. When the company ignores such warning, the parties will hold a meeting to suggest the penalty and the penalty measures voted at the meeting will be thoroughly executed.

Furthermore, a 'HOT-LINE' will be set up among the general managers so that the violation can be reported to the Chair and the Secretaries of the Association

To carry out the 25% reduction of production, the Association will form an inspection team which includes one person from each company with the chair taking the lead. The TEAM drafts the reduction implementation measures and notifies the general managers of each company.

Once the meeting proposal is passed, and the price previously agreed between each supplier and CTV company is lower than this price proposal, the unshipped supplies must be provided at the newly agreed price, and if it gets continuously executed at the previous price, it will be considered a violation of the agreement. Above proposal shall take effect two days after being signed.

01000259

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation          **SDCRT-0087701E_Translation**
FINAL TRANSLATION

The general manager of each company shall review proposals A and B and notify the Secretary of the Association in writing within two days.

Attachment: Proposal Table

| Company | Proposal A | Proposal B | Signature of General Manager |
|---|---|---|---|
| BMCC | | | |
| Nanjing Philips | | | |
| Irico | | | |
| Shanghai Yongxin | | | |
| LG Changsha | | | |
| SEC-Hitachi | | | |
| Samsung SDI | | | |
| Guangdong CPT | | | |

Notes)    1. Each company, please mark ✓ in the proposal that you agree with and sign.
             2. Please submit the signed form to the Secretary of the Association, Guk Gyun Yang.
              Fax: 0755-3355850

01000260

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation          **SDCRT-0087702E_Translation**
FINAL TRANSLATION

## 업계 총경리 회의 기요

▣ 日時 및 場所 : 中國 廣東省 深천市 蛇口 南海大酒店 會議室
　　　　　　　　2001年 8月9日 08:30~16:30

▣ 參席者　　　:
　SEG-HITACHI : 孫盛典 董事長 겸 總經理
　　　　　　　　　楊國鈞 助理總經理(겸 業界協會 秘書長)
　BMCC　　　　 : 范文强 副總經理, 이대림 부장
　彩虹　　　　 : 馬金泉 總經理, 위건설 경리, 신효림 경리
　광동CPT　　　: 詹宗慶 總經理, 宋帆 副總經理, 伍緯憲 部長
　상해영신　　 : 周家春 總經理 朱丹林 經理
　남경PHILIPS : 宋耀宗 總經理 李修華 經理
　장사LG　　　 : 金昌起 副總經理 외3명
　SDI　　　　　: 河侯穆 常務, 孟柱龍 部長, 王林峰 課長

▣ 結果 :

▣ 減産

A) 안 : 8월 1일부터 각 업체는 작년 총생산량(업계교환자료 기준)기준
　　　　25% 감산 실시. 각 업체의 21" 25" 29" 3가지 주요기종의
　　　　최대 생산량을 限定 한다.
　　　　算式 : 2000년 총생산량 x 0.75(%) ÷ 12(월) X 5(월)

B) 안 : 경쟁의 형평성을 감안 하반기 감산 25%의 전제하에서 7월31일
　　　　까지 3가지 주요기종 재고를 공제한 물량을 각 업체 최대한
　　　　생산할수 있는 물량으로 한다.
　　　　算式 : 2000년 총생산량 X 0.75(%) ÷ 12(월) X 5(월) -2001년
　　　　7월말 재고

01000258

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

圖 價格案

```
21" MS   RMB 430
25" MS   RMB 635
29" SF   RMB 930
```

* 상기 가격은 6개월 어음기준이며 현금 집행시 현행 이자율 공제.
  각 업체는 상기 가격을 반드시 지켜야 하며 그 어떠한 부당한
  경쟁수단으로 低價 판매하여서도 안된다.

  서면 합의서를 서약하여 총경리의 人格과 信用을 擔保로 하며
  위배될 경우 협회의 懲戒를 감수한다.


  위배한 기업에 대해 협회는 경고와 서면 통보를 하여
  개정하도록 하며 경고 무효시 업계총경리 회의를 개최하여
  징계조치를 제의하며 총경리 회의에서 의결된 조치는 철저히
  집행한다.

  또한 총경리간 HOT-LINE을 개설하며 협회 회장 및 비서장에게
  위배 사실을 수시 통보할수 있도록 한다.

  하반기 25% 감산조치를 실시키 위해 협회는 회장을 필두로
  각 업체 1명씩 파견한 요원 중심으로  감산 감시TEAM을
  구성, 감산실시방안 작성 및 각업체 총경리에게 통보한다.

  회의 제안이 통과될경우 각 업체와 CTV 업체간에 기 체결한
  가격이 금번 價格案 보다 낮을 경우, 미출하분은 반드시
  새로운 가격로 하여야 하며 지속적으로 기존가격대로 집행시
  협의 위배로 간주한다.  상기 제안은 본결의 서명후 2일부터
  유효하다.

01000259

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

감산 A,B 안에 대하여 각 업체 총경리께서는 확인하시고
2일간내 서면으로 협회 비서장한데 통보하여야 한다.

별첨 : 제안 표

| 협회업체명 | A안 | B안 | 총경리서명 |
|---|---|---|---|
| BMCC | | | |
| 남경PHILIPS | | | |
| 채홍 | | | |
| 상해영신 | | | |
| 장사LG | | | |
| SEG-HITACHI | | | |
| 삼성SDI | | | |
| 광동CPT | | | |

주) 1. 각 업체는 동의하는 안에 √ 표를 하시고 서명해 주시기 바랍니다.
　　2. 서명한 상기표를 협회 양국균 비서장한데 발송 해 주시기 바랍니다.  FAX: 0755-3355850

01000260

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0087702

# EXHIBIT 29

consortra
translations

100 Park Ave. 16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.                                    www.consortra.com

STATE of NEW YORK          )
                           )          ss:
COUNTY of NEW YORK         )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, *"SDCRT-0087953 - SDCRT-0087962"* originally written in *Korean* is to the best of our knowledge and belief, a true, accurate and complete translation into *English*.

Dated: July 29, 2013

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
29th day of July ,
2013.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

Date/

Seems confident after securing all OEMs
Compal/Delta do not have OEM so there is
no benefit.
- CPT: Only Samsung has not
  reduced their lines.
- Only Samsung saw an increase in
  M/S in '02 compared to '01.

– Shutting down production line
  not fair to CPT
SDI did not do when line was shut down.

2. LPD : 21.7M confirmed.
- A lot of internal stories came out
- Mr. Cho   Keep the price.

. Chunghwa is planning for 18.5 M ('03 Yr.)

★ – CPT want to discuss
    " '02 loading rate " + "'01 load
    rate"
Samsung was always the best.

Date/ (CPT) Each company sets a reduced
share tar, in troubled custo
final Decision for budget
→ on 3 company & M/s for
important customer in Top
            Meeting
3. LPD Proposal :

1) Agreement for next year base

2) Target M/s Nego & Fix for
   important Customer (ex. 9 cu

3) Review every month or Week
   Quantity & Price for 9 custom

4) Penalty
   if company cheat price
   ① Person in charge &
   Manager will be dispelled

   ② Other 2 company will
   attack trouble maker's
   major customer

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

02000247

**Exhibit
631-EF**

SDCRT-0087953E_Translation

Date/

Date/

⊙ MDT '02 Management Plans
( Electronics  2285K )
( Taiwan   615K    ) → (High: 170K, low: 445K
( Domestic 100K   )

-Not interested in current 42" PJT, but said that we might be able to do the new 50" project together.

12/5 (Thursday)   VP Young Wook Yang
(Head of Japan branch of LPD)

-12/4  Andy plans to visit Taiwan.
(Dick plans to join)
12/5  Plans to go to Korea.

1.  Sales volume by month and customer
2.  Price Check
3.  Market overview

Delta 11/28   Mr. Jimmy Chen
- December production reduced rapidly: 80K/December.



- 15" 25K (M/N 10K, FST 15K)
17" 35K (DFT = 4K HPQ
          4K Viewsonic
FST: 7K Glare HPQ
     2K MPRE HPQ
     2K MPRE Taiwan)

- ORDER status
⊙ 11/25 (Monday)  17" FST Glare  20 "

1) CPT
Nov. 1.88 Mil
Dec. 1.8 Mil → 1.7 Mil
⊙ AOC → Dell 17" FST △20K

Big drop in December
☐  Dell : AOC maintain 10K 15" domestic in December
50~80K/Month →10K/Month
BENQ: plans to stop in April, 2003.

☐  More than 300K to Dell in November →250K expected in December →130K expected

③ Mr. Hong to have business trip in Korea LPD
230K in November→180K Philips toward Dell △ 50K  It reduced in December

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

SDCRT-0087954E_Translation

02000248



Date/ _____ _____

- 17"
  DF bound for Legend is strong in December    5

  400k ~ 450k Target

- 15" #1 @ Shut-down    From November
  Currently converting to 17"/19"
  Goal is to begin mass production in March

  ⊖ Taiwan line is way too old, so only part of it will move to China
  (Some Equipment)

  | | Nov | Dec |
  |---|---|---|
  | 19" Flat | 20k | 20k |
  | conv | 20k | 25k |

- 19" DF toward SEC: If SEC gives the forecast, it is possible for production before the Stop. First 19" Chinese production so it is not clear whether the target for March could be met.

  | | 2003 | 2004 |
  |---|---|---|
  | ⊖ Dell : TFT | 8 Mil ← | 3.5~4° M |
  | CRT | 6 Mil ←— | 9~10 Mil |
  | LPD information | | 13~14 Mil |
  | 16 Mil | | |

Date/ _____ _____

- AOC toward Dell '03   3 Mil → 2 Mil
  (LPD information)

  ⊖ Dell  SEC 2 Mil
    ← AOC 2 Mil
    phihps ≈ 2~2.5 Mil
    BENQ  0.5 Mil
    Max  7 Mil

  ⊖ Dell  '03  6 Mil  CRT Informtion  (LPD)

  ⊖ HPQ : AOC order   $178  17"FST
    AOC(?)                    78
  17"  46.5 (45)  FST    ~45
  17"  46.5 (45)  DF     33
  15"  39 (36)           ~27.5
                          6
  BENQ (?)            HPa chassi
  17"  48 (46.5→45.5)   Dell is #31
  17"F  T56/M55 (54.5/52.5)  chas
  15"  41 (39→39.5)         20°

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

02000249



Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

SDCRT-0087956E_Translation



Date/ . .

Date/ . .

⊙ Shenzhen Factory:  4 lines    #2 line 2/19

Concern about line Adjustment

✪ Relationship between Combined line and
Line-Shut down

- Korea situation is agitated due to Orion
demonstration and presidential election. Aims to
make a decision by the Hainandao Meeting.

- Web-site: says the M/S is 50% in 2005.

Please delete it.

(Requested by Tony)

✪ Performance Jan – Nov '02
December Plan
(by customer/ by size) Exchange
performance information

1.    Problem exists by size/ by customer
-AOC  Price  19"/ Lite-on  19"
-Delta price problem

Toward BENQ  40K

2. 19" DF: - Let SDI set the price, and
Chunghwa/LPD ask SDI, then set the price.

   - Let SDI set the Handicap

(Chunghwa Picture Tube)

17" Flat $T_{CO}$ $10^4$ $\Omega$ sputter $A_g 10^2$
(500K↓)

MPRE $10^7$ $\Omega$ spin

19" 95→85 –3

$T_{CO}$→MPRE –2

$I_{TC}$→B+D +2.

Toward BENQ: - LPD Changsha Tube approved
from this month

   - Will only do 10K/m of Changsha
production

   • Will guarantee

Just give 3 months of handicap

02000251

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

SDCRT-0087957E_Translation



Date/ . . 3/31/03

12/16 (Mon)　Next meeting at Chunghwa Picture
　　　　14:00　　　Tube

Tony suggests: ① that only 2 out of the 3
　　companies need to supply a specific type
　　to each customer

★　② Let us move in the direction of
　　increasing the prices for the unreasonable
　　price while announcing line shut down,
　　etc.

　　(Let's announce there is a big loss)

COMPAL : Price is applied at the time of Ex-
　　Hub (LPD), and SDI/CPT are ETD price.

　　SDI/CPT is at the ETD price

　　For Compal, LPD applies ETA price

-19" price to Philips　$81.5
　12/10 (Tuesday)

1. Salary System: Incentive/Basic separated. Annual
　　salary. 4 months bonus.

　　　5:5 - 7:3

2. '03 work scope – Thailand region: a sales
　　person is to reside there

Date/ . . .

Consider using engineers

12/11　(Wed.)　Delta . Mr. NG
　　　　　　　　　. Mr. James Tseg.

1. Target :　Conservative　Target
　　　　　1.7M → 2.0M '03 Yr.

2. Monitor Consolidation: Concentrate in Thailand

3. PDP Production: Production in Mexico

　　(within one week)
　　final decision

PDP Status

- Trend

- Our company 20" / Month B.E.P.

- LCD TV especially large size will take time

- Reliability issue : no problems

Screen Performance, Brightness
Technology Breakthrough ?

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

02000252

Date/

⊙10 pattet Bare +D.Y.
Ⓓ

7. 17" China (o)  8ⁿ/ Month
→ 720ᵏ/Month

hetter price.

3 Companies' Meetings    LPD Conference Room
(2002. 12.22)

1. CPT
AOC   556K   △77K  ←62
BENQ  183K   △24K  ←207
Tatug  80K   △24K  ←104
others        Total  △103K
                    └→145 Mil ←1.9ᴹᴺ
            →1.8M (December   Actual)

2. LPD = Same as one week ago.
AOC - 160K → 130K maximum

Philips -
Reduction of BENQ's 15" bound for Dell

Dec. SDI AOC @ 15"30ᴷ 19"F 15ᴷ ) 60ᵏ
Is open      19"F 15ᴷ

Date/                    <1x 개

17" SI.5  MPRE SKD DI  70KHz ] 4D
17"FST #44.5 MPRE SKD 70KHz (1A 491)
            12A 47  99%
(17)" MPRE SKD FST #47.° 17"D-X #53

②M/S   All set up

                        Nov.   Dec.    Jan.
                (△ Dell 220ᴷ)
                (↓ Legend 100ᴷ)
AOC        1180ᴷ ⇒ 820ᴷ   650~700ᴷ
Dell 17"FST  300ᴷ         130ᴷ
15FT        89~85% Price Grade B
(CPT)       835ᴷ(40ᴷ)  556ᴷ
(LPD)               160ᴷ
(SDI)               56ᴷ
            (112ᴷ)

Nov.  EJ : CPT 709ᴷ (A=672+B=36ᴷ)
      BJ : CPT 162ᴷ
                871ᴷ

      EJ : SDI 47ᴷ(19"F 17.²ᴷ+15"30ᴷ)
      BJ : SDI 188ᴷ (19"HBT 0.7ᴷ
           65.8ᴷ 19" 3ᴷ/19"F 14.³ᴷ)
      LPD 240ᴷ

      ∴ 871 + 65.8 + 240 = 1180ᴷ

Nov. SDI Sales to AOC   9.ᴷ(15"48ᴷ, 19"F 2ᴷ
                         19"F 16ᴷ)

(Shenzhen)
(Korea)

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

SDCRT-0087959E_Translation



Date/ . . .                    Date/ . . .

LGE
Nov. 711K, Dec. 651K, Oct.

Philips
Nov. 464K, Nov. 490K, Oct..

* AOC = 15"/17"F   Complains about price to LPD

        15" 150K   Dec. production   LPD 0
    ✓ 17"F CPT 224K → 196K
        LPD 15K → 0
        SDI 2K → 15K        Nov.
    ✓ 15" CPT 194 → 134K
        LPD 49 → 0
        SDI 48 → 26K

            (Nov.)    (Dec.)

    -LPD :   We will take action against AOC

            CPT → NO

    LPD ① price : NT$1.5
        ② RMB rate : 10.0 (LPD)
                      9.8 (CPT)
        ③ Total : "B" grade

---

B Grade →   CPT "B" Grade
15" @ 3.4K ⎫
17"  21.4K ⎬ Nov CPT production standard
17"F 6.6K ⎭

LPD Request: Requested confirmation of CPT "B" Grade number

≫ CPT will not supply Grade "B" from November.

Mr. C. Y. Lin, after next year January, no "B" Grade at Fuzhou Factory.

(Currently has inventories of 15"/17" FST B grade)

≫ However, for LPD's offering of the same price as CPT, there is no argument.

17" F LPD is one coating ($10^3$)

3. SDI   December sales status
- 2270K → 2080K
15"   520 → 490K
17"FST 1480 → 1380K
    Flat (920) → 860K MDT 160K
19" FST (Flat) 290K (160K) → 230K (150K)

---

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

SDCRT-0087960E_Translation



Date/ _____  .  .

⊙ RMB rate decision is necessary

① $8.^{28} \times 1.^{17} \times 1.^{02} = 9.88$.

4. LDP    4% { 2% CRT company
                 2% Monitor company

|        | Nov. | Dec. |
|--------|------|------|
| AoC | 249 → | 100~130K (19" 40% 19" 80 FST -90%) |

| LGE | 711 → | 65K |
| Philips 464 → | 490K |
| BENQ 37 → | 25~30K |
| CTX | → | |
| Compal | → | |

⊙ It will decrease due to a Delay in China's
PC purchasing
—— → There is a possibility of good demand
—— from January

5. Seems 19" adjustment is needed for Compal

19" FST    $72 SKD/T₀    $74 ITC
           $71
19" Flat   $84 ITC/T₀   ⦿
           $83

17" FST                Jason
                       Mr Liu
Requested $2 low down

---

Date/ _____  .  .

                    Let's decide by Friday

or ② $8.^{28} \times 1.^{17} \times 1.^{0} = 9.^{69}$
③ AoC Case = 9.8.

17" Flat SKD   N/ITC : $54.5

|     |      | 17"/17"Fₗ | 19"/19"Fₗ |
|-----|------|-----------|-----------|
| CPT | MPRE | 107 | Same |
|     | T₀  LL 103 | ← |
|     | FLL 104 | ← |
| LPD | MPRE | 103 | ← |
|     | T₀ | 103 | ← |
| SDI | MPRE | 107 | ← |
|     | T₀ | 104 | ← |

MPRE      $10^7 \sim 10^9 \Omega$
T₀ 95     $33 \times 10^{5-7} \Omega$
T₀ 99     $33 \times 10^3 \Omega$
          $33 \times 10^2 \Omega$ U-ART

---

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

02000255

Date/ _____ . _____    _____    _____    Date/ _____ . _____    _____    _____

1) LPD Information

SEC

Original version    '03.    S/Goal

Prdview 4.5→ 6.1M → 7.0M

AoC    11.°(10⁵)

Totug    1.8M→2'M

Lite-on 2.9→ 4.0MⒶ→  4.5M

SEC   16→16.5M → 17.3M

BENQ  2°→ 3.8M (2.5M)

LGE △230K           7.8M
      Gateway
     △100K  ↑
     Apple  ß3↑
    △HP+IBM
    +130K

Philips 2.2→6.7M     15" outsourced
                     starting from January

Compal    〈SEC〉    Jan price
 19"/19"F  #1      ↘
 17"/FE   #1.50           〈 Anthony   inform ⟩

< Requested by Senior Manager Kwon >

1. Review January volume

2. After 9 AM Korea time VP Kim H/phone ≈ 10:00

   : Doing Road-Show at branch

   - ① Meeting results atmosphere (Today)

   - ② VP Choi - mood

Viewsonic (Delta) 2002.12.25

1.19"

2. 1Q Target ┌③17":10K
            ├①19": April promotion
            └②21"DF:  "
                   #300 tbb

· USA─Europe─Taiwan─China

· Dell 50% 21" ─2① TFT
                ↳②Diamondtron

Sony channel will be weak

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

0200036



Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0087953

02000247



SDCRT-0087954

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

02000248

SDCRT-0087955

Date/

Date/

02000249

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation



SDCRT-0087956

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

02000250



SDCRT-0087957

02000251



SDCRT-0087958

02000252

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation



SDCRT-0087959

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

02000253



Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0087960



Date/

① RMB rate 꾸준히 ↓
① $8.28 \times 1.11 \times 1.0 = 9.88$
   4.1~2% OFF CBM (More/6%ch)

4. LPD    11.9    12.9
AoC 249 → 100~130K (19"flat 19"80?)

LGE 711 → 651K
Philips 464 → 490K
BENQ 37 → 25~30K
CTX → ↑
Compal → ↑

④ China PC 판매 업체들
  Delvand는 여전히 견조하고
  → 19" 면도 (Good Demand) ↑?

5. Compal 19" 조절 목표양 개선
   19" FST   #02 SKD/T.o   #14 ITC
             #01
   19" Flat  #04 ITC/T.o
             #03
   19" Flat ST
              JaSon
              Mr. Liu
              #2 low down...

---

Date/

① ② $8.28 \times 1.11 \times 1.0 = 9.69$
② AoC Case ≈ 9.8

19" Flat - SKD  N/ITC  3 SQ 5

            19"/19"F        19"/19"F
MPRE        107             Same
OPT  T.o    7  $10^3$       ←
            FUL $10^4$      ←

LPD  MPRE   $10^3$          ←
     T.o    $10^3$          ←

SDI  MPRE   $10^?$          ←
     T.o    104             ←

MPRE    $10^7 \sim 10^? \,\Omega$
Target  $33 \times 10^5 \sim \Omega$
Tog?    $33 \times 10^3 \,\Omega$
        $33 \times 10^{-2} \,\Omega$   V.APT

SDCRT-0087961

02000255

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation



SDCRT-0087962

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

02000256

# EXHIBIT 30



June 21, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00014198 - CHU00014199.

_____

Abraham I. Holczer

Project Manager

Park Case # 29567

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**[TRANSLATION]**

[Handwritten:] December 29, 2004

Sales Headquarters Display products Sales Department   ***CDT* Market Report**          2004/12/29

I.    *CDT* production and sales status

|     |        | 15" | 17" | 17"F | 19" | 19"F | TTL | G/R % |
|-----|--------|-----|-----|------|-----|------|-----|-------|
| CPT | Nov    | 284 | 564 | 622  | 18  | 41   | 1,529 | -21.4% |
|     | Dec    | 140 | 506 | 526  | 12  | 18   | 1,202 |        |
|     | 05Jan (f) |     |     |      |     |      | 1,100 | -8.5%  |
| LPD | Nov    | 329 | 531 | 746  | 20  | 42   | 1,668 | -14.0% |
|     | Dec    | 245 | 462 | 681  | 34  | 12   | 1,434 |        |
|     | 05Jan (f) |     |     |      |     |      | 1,449 | 1.0%   |
| SDI | Nov    | 392 | 338 | 1,141 | 8  | 114  | 1,993 | -13.2% |
|     | Dec    | 301 | 337 | 990  | 4   | 98   | 1,730 |        |
|     | 05Jan (f) |     |     |      |     |      | 1,622 | -6.2%  |

1. Due to decrease of order quantity of *LGE* and *AOC* by 82*K* and 137*K* respectively, *LPD*'s December overall sales of 1,434*K* is a drop of 234*K* from the previous month.  *LPD* cited customers' using up their inventories and year-end inventory checkup as the reasons for poor sales in December.  LPD believed that, January's sales quantity will rise slightly.
2. Due to *SEC*'s slower-than-expected sales in China and India Market and the weakening of overall demands, *SDI*'s sales quantity declined 13.2% from that of November.

II.    Price

|       | CPT    | LPD    | SDI    |
|-------|--------|--------|--------|
| AOC   | $50    | $51    | $51.5  |
| EMC   | $50.5  | $51    | $50.5  |
| SEC   | $49.5  | $49.5  | $49    |
| PCE   | $51    | $50    | $51.5  |
| LGE   | --     | $50    | --     |
| LON   | $50.5  |        | $52.5  |

1. The above is the 17"*F* baseline prices of *TOP 6 Customer*s.  *LPD* suggested that each *major supplier* of major customers could suggest adjustment to the baseline price of that customer, and the other two CDT makers can then adjust their prices according to the new baseline price and maintain the price differential.  *CPT* and *SDI* agreed in principle but this arrangement must be carried out under the premise of  true baseline prices.

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

2. Responding to CPT's charge that information it learned from *AOC* indicated that *LPD* sales price to *PCE* was $49 - $1.5 = $47.5", *LPD* insisted that its price to *PCE* was $50.  CPT asserted vehemently that if *CPT*'s *M/S* with major customers suffers as a result of LPD lying about baseline prices, CPT will no longer believe in LPD's words.  *LPD* remained silent to such assertion.

3. CPT pointed out that, *SDI* sold bare tubes to *HPC* in China Mainland and *HPC*, after incorporated *DY* and other *components,* sold 17"*RF* to *GBM* at $48.5 and on *ITC base*.  *SDI* claimed that it was not aware of this, and would go back to investigate.  CPT further indicated that, it proposed the quotation of $49 to *GBM* and still did not get any orders.  It suspected that *SDI*'s quotation was even lower, and questioned the customer base prices that SDI has disclosed.

4. CPT solemnly expresses that its expectation of this meeting is fair and honest communication.  It would not pursue the *PCE* and *GBM* issues mentioned above any further but would hope that the three parties would conduct the meeting more fairly in order to keep the market and prices stable.

5. The three makers agreed to keep the December price effective through January and hoped to call the *Top meeting* as soon as possible to clarify

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

Sales Headquarters Display products Sales Department   ***CDT* Market Report**        2004/12/29
the current chaotic market trend.

III.    Line shutdown plan

| CPT representative | Bruce Lu (Fuzhou) | Eddy Mei (Fuzhou) |
|---|---|---|
| LPD representative | J. H. Oh (Shenzhen) | J. S. Kim (Seoul) |
| SDI representative | Jay Jeong (Tianjin) | J.H. Choi (Seoul) |

1.  Regarding line shutdown plan, each company assigned two *auditor*s – one principal, one supporter – to go to other makers' factories to inspect line shut-down status from time to time.  Arrangements for audit work are as stated in the following table: ○ is the principal inspector; Δ is the *Supporter*.

|  | Factory | CPT | LPD | SDI |
|---|---|---|---|---|
| CPT | Fuzhou |  | △ | ○ |
| LPD | Gumi | △ |  | ○ |
|  | Chansha | ○ |  | △ |
|  | Nanjing | △ |  | ○ |
| SDI | Korea | △ | ○ |  |
|  | Tianjin | △ | ○ |  |
|  | Shenzhen | ○ | △ |  |
|  | Malaysia | ○ | △ |  |
|  | Brazil | △ | ○ |  |

2.  Sales projection of the three makers for January of 2005 is only 4,171*K*. January typically is a better month of the yearly sales, but it is only 1/12 of the whole year forecast of 48*M*, indicating that the market is shrinking faster than expected.  *LPD* suggested that one more line be closed down in response to this market outlook.

-End of report –

Respectfully submitted by: Employee

---
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

業務總處顯示器產品業務處 **CDT 市場報告** 　　　　2004/12/29

一、CDT 產銷狀況

|      |          | 15" | 17" | 17"F | 19" | 19"F | TTL  | G/R%   |
|------|----------|-----|-----|------|-----|------|------|--------|
|      | Nov      | 284 | 564 | 622  | 18  | 41   | 1529 | -21.4% |
| CPT  | Dec      | 140 | 506 | 526  | 12  | 18   | 1202 |        |
|      | 05Jan (f)|     |     |      |     |      | 1100 | -8.5%  |
|      | Nov      | 329 | 531 | 746  | 20  | 42   | 1668 | -14.0% |
| LPD  | Dec      | 245 | 462 | 681  | 34  | 12   | 1434 |        |
|      | 05Jan (f)|     |     |      |     |      | 1449 | 1.0%   |
|      | Nov      | 392 | 338 | 1141 | 8   | 114  | 1993 | -13.2% |
| SDI  | Dec      | 301 | 337 | 990  | 4   | 98   | 1730 |        |
|      | 05Jan (f)|     |     |      |     |      | 1622 | -6.2%  |

1. LPD 12 月因 LGE/AOC 各減單 82K/137K,整體銷售 1434K 較上月減少 234K, LPD 因客戶消化庫存及年底盤點,導致 12 月銷售不佳,但稱 1 月銷售將小幅回升。

2. SDI 因 SEC 中國及印度市場銷售不如預期且整體需求轉淡,銷售較 11 月下跌 13.2%。

二、價格

|     | CPT    | LPD    | SDI    |
|-----|--------|--------|--------|
| AOC | $50    | $51    | $51.5  |
| EMC | $50.5  | $51    | $50.5  |
| SEC | $49.5  | $49.5  | $49    |
| PCE | $51    | $50    | $51.5  |
| LGE | -      | $50    | -      |
| LON | $50.5  | -      | $52.5  |

1. TOP 6 Customer 的 17"F 基價展開如上表。LPD 提議各主要客戶的 major supplier 可主張調整該客戶的基價,另兩家再依新基價調整並維持價差。CPT/SDI 原則同意,但必須在真實基價的前提下進行。

2. LPD 回覆華映由 AOC 獲得消息,指 LPD 在 PCE 的售價是$49-$1.5=$47.5, 但 LPD 堅稱對 PCE 基價為$50;我方強烈表示若 CPT 在主要客戶因不實基價導致 M/S 受到影響,將不再相信其說辭,對此 LPD 沉默無言。

3. SDI 對華映指其在大陸賣裸管給 HPC,HPC 結合 DY 等 component 後,再將 17"RF 以$48.5 賣給 GBM,且為 ITC base,SDI 聲稱不知情且會回去調查。我方再提出對 GBM 報價$49 卻依然無訂單,懷疑 SDI 報價更低,且質疑其公開的主要客戶基價。

4. 華映嚴正表示對此會要求是公平且坦承的溝通,對上述 PCE 及 GBM 等故事暫不追究,但期望三家能更公平的進行會議,藉以穩定市場及價格。

5. 三家同意維持 12 月份價格至 1 月,且均希望盡速召開 Top meeting,藉以釐清

CONFIDENTIAL - GRAND JURY MATERIAL　　　　　　　　　　　　　　　　　　　　　　　　CHU00014198

業務總處顯示器產品業務處 **CDT 市場報告** 2004/12/29

目前混沌的市場趨勢。

三、關線計劃

| CPT 代表 | Bruce Lu (Fuzhou) | Eddy Mei (Fuzhou) |
|---|---|---|
| LPD 代表 | J.H. Oh (Shenzhen) | J.S.Kim (Seoul) |
| SDI 代表 | Jay Jeong (Tianjin) | J.H. Choi (Seoul) |

1. 對於關線計劃，三家各推兩位 auditor，一正一副，負責由'05 年 1 月 1 日起每月不定期至對方工廠檢查關線執行進度。檢查工作安排如下表，'○'表主管，'△'表 Supporter。

|  | 工廠 | CPT | LPD | SDI |
|---|---|---|---|---|
| CPT | Fuzhou |  | △ | ○ |
| LPD | Gumi | △ |  | ○ |
|  | Chansha | ○ |  | △ |
|  | Nanjing | △ |  | ○ |
| SDI | Korea | △ | ○ |  |
|  | Tianjin | △ | ○ |  |
|  | Shenzhen | ○ | △ |  |
|  | Malaysia | ○ | △ |  |
|  | Brazil | △ | ○ |  |

2. 針對 05 年 1 月三家銷量預測僅 4171K，一月屬全年銷售較佳的時期之一，卻僅佔全年預估額 48M 的 1/12，顯示明年市場萎縮恐高於預期。LPD 建議再減一線，以因應未來市況。

以上報告

 CHU00014199

# EXHIBIT 31

'04. 8. 17

# Itinerary

- 17th, Aug.    . 15:30~18:30 : Top Management Meeting
                . 19:00~21:00 : Dinner

- 18th, Aug.    . 05:15 ~ 06:00  : Move to Golf Course
                . 06:30 ~ 10:30  : Green Meeting
                . 11:00 ~ 12:00  : Lunch
                . 12:00 ~        : Move to the Airport

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090328

EXHIBIT
1517

# Agenda

I.   CDT sales update

II.  '04.Jan~Aug M/S review

III. Market update

IV.  '04.2H~'05 price management

     & Capacity control

V.   A.O.B

*Confidential*

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090329

# I. CDT Sales Update

(Unit : K)

| Maker | Size | '03Q1 | '03Q2 | '03.1H | '03 Ttl | '04.Q1 | '04.Q2 | '04.1H | '04.Jul | '04.Aug | '04.Aug vs Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CPT | 14" | 26 | 12 | 38 | 53 | | | | | | |
| | 15" | 966 | 983 | 1,949 | 4,089 | 804 | 559 | 1,363 | 176 | 150 | -14.8% |
| | 17"FS | 1,619 | 1,315 | 2,934 | 6,057 | 1,762 | 1,308 | 3,070 | 345 | 428 | 24.1% |
| | 17"RF | 1,249 | 1,222 | 2,471 | 5,872 | 1,467 | 1,482 | 2,949 | 586 | 523 | -10.8% |
| | 19"FS | 52 | 25 | 77 | 170 | 51 | 29 | 80 | 7 | 7 | 0.0% |
| | 19"RF | 29 | 17 | 46 | 172 | 56 | 86 | 142 | 23 | 21 | -8.7% |
| | Sub Ttl | | | | | 4,140 | 3,464 | 7,604 | | | |
| LPD | 14" | 26 | 11 | 37 | 37 | - | | | | | #DIV/0! |
| | 15" | 1,284 | 1,330 | 2,614 | 4,947 | 799 | 789 | 1,588 | 284 | | -100.0% |
| | 17"FS | 1,995 | 1,640 | 3,635 | 7,806 | 1,746 | 1,684 | 3,430 | 545 | | -100.0% |
| | 17"RF | 1,533 | 1,179 | 2,712 | 6,535 | 2,227 | 2,151 | 4,378 | 924 | | -100.0% |
| | 19"FS | 239 | 162 | 401 | 737 | 220 | 142 | 362 | 16 | | -100.0% |
| | 19"RF | 152 | 76 | 228 | 444 | 144 | 170 | 314 | 49 | | -100.0% |
| | Sub Ttl | | | | 20,508 | 5,136 | 4,936 | 10,072 | | | |
| SDI | 14" | 12 | - | 12 | 12 | - | - | - | | | #DIV/0! |
| | 15" | 1,575 | 1,488 | 3,063 | 6,219 | 1,165 | 1,034 | 2,199 | 407 | 405 | -0.5% |
| | 17"FS | 1,199 | 764 | 1,963 | 4,066 | 1,043 | 1,012 | 2,055 | 338 | 325 | -3.8% |
| | 17"RF | 2,570 | 2,451 | 5,021 | 11,014 | 2,891 | 3,222 | 6,113 | 1,258 | 1,180 | -6.2% |
| | 19"FS | 301 | 74 | 375 | 689 | 114 | 54 | 168 | 14 | 13 | -7.1% |
| | 19"RF | 459 | 434 | 893 | 1,823 | 453 | 430 | 883 | 134 | 120 | -10.4% |
| | Sub Ttl | | | | 23,823 | 5,666 | 5,752 | 11,418 | | | |
| Maker Total | | 15,285 | 13,186 | 28,491 | 50,742 | 14,742 | 14,121 | 22,092 | 5,310 | 4,895 | -7.8% |

04001339

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090330

# II. '04.July M/S Review

(Unit : M)

| (Mpcs ; %) | 04.Q1 | | | 04.Q2 | | | 04.1H | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap |
| CPT | 4.1 | 27.7% | 0.6% | 3.5 | 24.5% | -3.8% | 7.6 | 26.1% | -2.2% |
| LPD | 5.1 | 34.4% | 0.4% | 4.9 | 34.9% | 0.9% | 10.1 | 34.6% | 0.7% |
| SDI | 5.7 | 37.9% | 0.2% | 5.8 | 40.6% | 2.9% | 11.4 | 39.2% | 1.5% |
| 3 sub-ttl | 14.9 | 100% | 0.0% | 14.2 | 100% | 0.0% | 29.1 | 100% | 0.0% |
| Others | 0.7 | | | 0.7 | | | 1.4 | | |
| Grand-TTL | 15.7 | | | 14.8 | | | 30.5 | | |

| (Mpcs ; %) | 04.Jul | | | 04.Aug | | |
|---|---|---|---|---|---|---|
| | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap |
| CPT | 1.1 | 22.3% | -6.0% | 1.1 | 23.1% | -5.3% |
| LPD | 1.8 | 35.6% | 1.6% | 1.7 | 35.2% | 1.3% |
| SDI | 2.2 | 42.1% | 4.4% | 2.0 | 41.7% | 4.0% |
| 3 sub-ttl | 5.1 | 100% | 0.0% | 4.9 | 100% | 100.0% |
| Others | 0.2 | | | 0.2 | | |
| Grand-TTL | 5.3 | | | 5.1 | | |

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

04001340

SDCRT-0090331

# III. Market update

PC

- Y2005 PC Market will grow : 10~11%/PC, 7~8%/Desktop
- Variable Factor in Y2005    : Global Economy, Oil Price, Notebook

(Unit : M)

| Research company | Item | '03 | '06 | '04 | '05 | '06 | '07 |
|---|---|---|---|---|---|---|---|
| **IDC ('04.Jun)** | TTL PC | 138.3 | 154.5 | 175.4 | 194.1 | 210.7 | 227.4 |
| | GR | -1.0% | 11.8% | 13.5% | 10.7% | 8.6% | 7.9% |
| | Desk Top | 107.3 | 115.0 | 126.3 | 135.0 | 141.5 | 147.6 |
| | GR | -0.25% | 7.2% | 9.9% | 6.8% | 4.9% | 4.3% |
| | Notebook | 31.0 | 39.5 | 49.0 | 59.2 | 69.2 | 79.8 |
| | GR | 10.1% | 27.6% | 24.1% | 20.6% | 17.0% | 15.3% |
| **Gartner ('04.Q2)** | TTL PC | 152.3 | 169.1 | 192.9 | 212.1 | | |
| | GR | 4.7% | 11.0% | 14.1% | 9.9% | | |
| | Desk Top | 122.1 | 130.7 | 145.0 | 156.4 | | |
| | GR | 3.2% | 7.0% | 10.9% | 7.9% | | |
| | Notebook | 30.2 | 38.4 | 48.0 | 55.7 | | |
| | GR | 11.5% | 27.2% | 25.1% | 16.1% | | |

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090332

# III. Market update

*TFT-LCD/Monitor*

## Global LCD Demand & Supply

| [Mpcs] | Q1'04 | Q2'04 | Q3'04 | Q4'04 | '04 | '05 | G/R |
|---|---|---|---|---|---|---|---|
| Capacity | 29 | 31 | 36 | 40 | 136 | 190 | 40% |
| Demand | 29.1 | 30.1 | 32.1 | 36.1 | 129.3 | 167 | 29% |
| Balance | - | 3% | 12% | 11% | 5% | 14% | - |
| Notebook PC | 9.8 | 10.3 | 12 | 14 | 46.1 | 54 | 17% |
| LCD Monitor | 16.5 | 17 | 16.9 | 20.6 | 71 | 92 | 30% |
| LCD TV | 1.7 | 1.8 | 2.2 | 2.5 | 8.2 | 16 | 95% |
| Others | 1 | 1 | 1 | 1 | 4 | 5 | 25% |

## Global Monitor Demand

| [Mpcs] | Q1'04 | Q2'04 | Q3'04 | Q4'04 | '04 | '05 | G/R |
|---|---|---|---|---|---|---|---|
| LCD Monitor | 16.5 | 17.0 | 16.9 | 20.6 | 71 | 92 | 30% |
| CDT Monitor | 15.8 | 15.0 | 15.8 | 13.5 | 60.1 | 47 | -22% |
| Total | 32.3 | 32.0 | 32.7 | 34.1 | 131.1 | 139 | 6% |

04001342

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090333



• LCD Price Reduction will impact CDT biz & Price from Sep. '04

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090334

# IV. '04.2H~'05 Price management

✓ **Aug. '04**        :  **Stay current Price**

✓ **From Sep. '04 :  Adjustment of Price Guide Line**

   - How to adjust difference price for each customer
     (2nd / 3rd price up customer)

✓ **How to control in slow season**

   - 1st Vendor takes initiative & 2nd/3rd Vendor follow
   - Price audit by weekly base through Taipei W/L MTG
   - set up penalty system

04001344

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090335

# *V. Capacity control*



| | '04 | '05 | G/R |
|---|---|---|---|
| CDT | 60.1 | 47 | 22% |



# Needed
# capacity Control

- ## Short term(~'04.E) : Working Day Reduction
  ### (More 3~5 days off / month → 23~25 days operating)

- ## Long term('05~)    : Line Shut Down

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090336



| Company | Line Control Plan & Current Status | | | |
|---------|---------|---------|---------|---------|
|         | '02.End | '03.Q1  | '03.End | Current |
| CPT     | 11.0    | 10.0    | 8.0     |         |
| LPD     | 11.5    | 11.5    | 11.5    |         |
| SDI     | 11.5    | 11.5    | 9.5     |         |
| Total   | 34.0    | 33.0    | 29.0    |         |

04001346

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090337

# VI. A.O.B.

- **Next Top/Management MTG SKDL**

- **The Method to avoid anti trust law**
  - **Participant of Top/Management**
  - **Place(Korea/Taiwan), Expense, Accommodation, Communication.**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0090338

# EXHIBIT 32



February 10, 2015

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the document with bates numbers range: CHU00030872.01 - CHU00030874.02

Hanna Kang

Project Manager

Project Number: STBO_1502_001

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com

**[TRANSLATION]**

‘99-10-02          10:48                                              *T*-844 *P*04

[Handwritten:] *Lu* [Illegible] Chen 10/8'99     Hua Wu 10/6'99 [Illegible] Du Ji 10/7'99    Jiang 10/8'99

<u>Confidential</u> [Circled by hand] Tai/*Sales* Circulate ➔ *file* Market folder

> [Illegible] *meeting* [Illegible] *meeting*. Before, discussed 17" *PRC*.
> (*CPT* price not dropping. The quantity has never been decreased.    Not increasing is already enough cause for blame)     Liu 10/2

<u>Contact Report</u>

Date:                09/28/1999

Meeting Attendees:     *SDD –Mr. D.Y. Kim/Mr. Youn, PHS – Mr. Jerry Lin/Ms. Rosa Hu/Ms. Limay ORN-Mr. Moon/Mr. Kang/Mr. Kim, L/G-Mr. C.S. Jeon/Mr. Park/Mr. Kou*

*CPT* :
                    Manager Cheng, Section Chief Du, Chun-Mei (Christina) Hsieh

Meeting Main Topic:     *CDT* Regular Exchange Meeting

> [Handwritten:]
> 1. For the next top-level meeting, *CDT* factory compliance guidelines were planned for global production sales in year 2000. Much time was spent at this meeting summarizing makers' supply capability and their views about market demand.
> 2. *LG* hopes that *CPTUK* can prudently dispatch *AUDIT* staff.

(I) Topic for this week:

1. 1999 *Demand ~ Total Product Mix*

2. 1999 5 *Makers' Line Loading*

3. *Japanese Makers' Line configuration* & *Loading*

4. *Year* 2000 *Deamand* [sic] *~ Total Product Mix*

5. 5 *Makers Output Quantity in year* 2000

6. *October* 17" *Line stoppage*

7. *Other Issue*

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

II (II) Meeting Contents:

1. 1999 *Demand ~ Product Mix*:

a) For year '99, *C-Monitor*'s total demand volume and each maker's *Product Mix* data (not including 20"/21) are as follows:

- *Korean Maker* estimated that in year '99, the total *C-monitor* demand volume is 96.3*M*, of which 14": 7.5*M*-7.8%, 15": 38.7*M*-40.2%, 17": 44. 1*M*-45.8%, 19": 6*M*-6.2%.

- *Philips* estimated that its total demand volume is up to 95.2*M*, of which 14": 7.8*M*-8.2%, 15": 39.2*M*-41.2%, 17": 42.3*M*-44.4%, 19": 5.9*M*-6.2%.

- *CPT* compiled its numbers based on the actual demand during the past 3 fiscal quarters.   It also estimated that in year '99, the total *C-Monitor* demand volume would be as high as 100.4*M*.   Of these, 14": 8.99*M*-8.9%, 15": 41.6*M*-41.4%, 17": 44.2*M*-44%, 19": 5.6*M*-5.6%.

b) The consensus among makers regarding *Total Demand ~Product Mix* in year '99 is as follows:

After discussions, the makers arrived at the following consensus regarding the total *C-Monitor* demand volume for fiscal year '99:
The total demand volume will reach 97.3*M* [Circled by hand and underlined], of which 14": 9*M* - 9.2%, 15": 40.5*M* - 41.6%, 17": 42.3*M* - 43.5%, 19": 5.5*M* - 5.7%.

2. 1999 5 *Makers' Line Loading*
Based on each maker's *Q*1-*Q*3 actual production line *Loading* and plans for *Q*4, the '99 average *Loading* statistics for the production lines of China, Korea and such 5 *Makers* is about 80%. The total *Output* volume for the 5 *Makers* will reach 76.8*M*, of which 14" - 8.66*M*, 15" - 37.34*M*, 17" - 28.34*M*, 19" - 2.45*M*.

1

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

‘99-10-02      10:48                                     *T*-844 *P*05

3. *Japanese Makers' Line configuration* & *Loading*

a) The Japanese production line *Loading* situation in year '99 – After reviews by makers attending the meeting, the attendees believe that in year '99, the Japanese *CDT* (including 20"/21") total production capacity is about 37.9*M* → the total production volume is then about 27.5*M*. The actual production results for each size will be 14" - 0.2*M*, 15" - 4.3*M*, 17" - 16.4*M*, 19" - 4.1*M*, 20"/21" - 2.5*M*). Each respective maker's production line *Loading* status is *SONY* - 76%, *HTC* - 63%, *MEC* - 72%, *TSB* - 67% and *Mitsubishi* - 55%.

b) 2000 *Japanese Makers' Line configuration* & *Loading*-
Based on the Japanese production lines that are currently *Running*, (totaling 25.5 lines), the estimate is that the total production capacity can reach ~39*M* in year 2000. (Of these lines, *HTC* - 6 lines, including Singapore x 2, Malaysia x 1, *Sakura* x 3 *Lines*; *SONY* - 7 production lines, including U.S. x 2, Singapore x 1, Japan x 4 *Lines*; Mitsubishi - 4 lines, including Japan x 3 lines, Mexico x 1 *Line*; *MEC* - 3.5 lines, including Malaysia x 2, Japan x 1.5 *Lines*; *TSB* - 5 production lines, including Thailand x 2, U.S. x 0.5, Japan x 2.5 *Lines*). Japan's production volume estimate in year 2000: If *Idle* lines are subtracted, the production volume will be as high as 37*M*; however, the makers think that it is impossible to reach such high level of growth (in comparison with year '99 ↑ 42%). Each maker believes that Japan's year-2000 *Loading* is more likely to remain at 62-65%. Therefore, the consensus is that the *Japanese output* in year 2000 should be close to that of year '99 (26 - 27*M*).

c) 1999 *Over Demands Forecast*
According to what was previously listed, in year '99, the total *C-Monitor* demand volume is 97.3*M* (not including 20"/21"), but *Supply* (*Output of* 5 *Makers*: 76.8*M*+ Japanese: 25*M*) = 101.8*M*. *Surplus* = 4.5*M* (*Over demand*).

4. *Year* 2000 *C-Monitor Deamand* [sic] ~ *Total Product Mix*:

a) Year 2000 *C-Monitor* demand volume estimate-
*Philips View* (Total Volume: 108.5*M*), 14" - 5.4*M*, 15" - 37.8*M*, 17" - 51.8*M*, 19" - 10.3*M*, 21" - 3.2*M*.

*CPT View* - (Total volume: 108.0*M*), 14" - 6.1*M*, 15" - 41.8*M*, 17" - 49.7*M*, 19" - 8.1*M*, 21" - 2.3*M*.

*Korean View* (Total Volume: 111.5*M*), 14" - 5.5*M*, 15" - 42.8*M*, 17" - 52.7*M*, 19" - 8.0*M*, 21" - 2.5*M*.

b) Year 2000 *C-Monitor Product Mix Forecast*-
*Philips View* - (14" - 4.9%, 15" - 34.8%, 17" - 47.7%, 19" - 9.5%, 21" - 3%)

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030873.01E _Translation
FINAL TRANSLATION

*CPT View* - (14" - 5.7%, 15" - 38.7%, 17" - 46%, 19" - 7.5%, 21" - 2.1%)

*Korean View* - (14" - 4.9%, 15" - 38.4%, 17" - 47.3%, 19" - 7.2%, 21" - 2.2%)

c) The conclusion of the makers' review - (total demand volume - 111.5*M*)
After maker discussions from many sides, the belief is that demand volume for
*C-Monitor* in year 2000 still has a chance for about a 12% growth. Therefore, the
*Korean View* of a total demand volume - 111.5*M*  is more believable; however, the
*CPT View* of the *Product Mix* is closer to actual market variations. Therefore, each
maker agreed to use 111.5*M* in year 2000 as the basis for the total *C-Monitor* demand
volume. The forecast for each size's demand situation (according to *CPT View*) is as
follows: 14" - 6.35*M* (5.7%), 15" - 43.15*M* (38.7%), 17" - 51.3*M* (46%), 19" - 8.35*M*
(7.5%), 21" - 2.35*M* (2.1%).

5.   5 *Makers' Output Quantity in year* 2000

a) *Capacity*:
In the first half of year 2000, with *PH* relocating its production lines to the China
factory, the 5 *Makers* totaled 56 *CDT* production lines. (Of which

[Illegible markings in right margin]

2

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [  ].

CONFIDENTIAL – GRAND JURY MATERIAL
FINAL TRANSLATION

'99-10-02        10:50                                    *T*-844 *P*06

*PH* - 11 lines, *CPT* - 15.5 lines, *LG* - 10 lines, *ORN* - 5 lines, *SDD* - 14.5 lines). The production capacity for the first half of the year will reach 51.65*M*. If *PH* completes it line relocation and recovers 14 lines in the second half of the year, the total production capacity will increase to 53*M*. Therefore, in year 2000, the total production capacity will reach 104.65*M* (of which 14" - 5.85*M*, 15" - 41.1*M*, 17" - 49.05*M*, 19" - 8.65*M*).

b) *Output*:
According to the market demand forecast, the 5 *Makers*' planned production volume in year 2000 for each size will follow the *Loading* plan of 14"/15"-90%, 17"/19"x85%. The forecasted total *output* volume by the 5 *Makers* in year 2000 is 91.15*M*, of which 14" - 5.25*M*/15" - 37.0*M*/17" - 41.65*M*/19" - 7.25*M*.

c) 2000 *Supply*/*Demand*:

- *Supply from* 5 *Makers* & *Japanese* = 91.15*M* + 26*M* = 117.15*M*

- *Demand forecast*-111.5*M* (Year 2000 *Over demand*: 5.65*M*). Additionally, each maker will provide a simulation of each season's demand variation forecast to *PH* to summarize. Thereafter, a plan will be drawn up at the next (10/26) *Meeting*.

6. *October* 17" *Line stoppage*
The makers agreed to continue reducing production with a stop-production of 7*days*/*Line* in *October* for 17". Makers have already brought up stopping the production of *SKDL* (see attached) during the meeting. Makers should bring up the plan to *Audit* one another to facilitate each maker's *audit* implementation. If there are changes, requests for adjustment can be made.

7. *Other Issue*

a) Regarding the effect of the strong earthquake in Taiwan on 9/21-
*PH*- Before the meeting, *Mr. Jerry* asked us about the production lines' power outage losses and the numbers for affected output. Both sides agree to report separately (15" + 17") a loss of approximately 120*k* that needs additional budgeting. Meeting attendees admired our production lines' ability to provide part of their own electricity, thereby reducing production losses.

b) Regarding *NEC*'s intending to stop production and selling *CDT* production lines to *Teco*, *SDD* - *Mr. D.Y. Kim* indicated that *NEC* is currently working with *Teco* on changing the ownership of its production lines. He claims that *NEC offer*s 1 line for about 80 million U.S. dollars (2.5 billion NT).

_____
English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00030874.01E _Translation
FINAL TRANSLATION

- After the meeting, upon calling *Teco* sales and plan management, they indicated that this situation has not been clarified.

C) *L/G* 17" *Line Stoppage Audit* –
We complained to *L/G* regarding their *Wales* factory staff's indication that they will not accept *CPT*(*UK*) going to *L/G*(*Wales*) to *audit* before our *UK* factory begins 17" *CDT* production. This action destroyed the group's agreed *Audit* principle. We hope that the *L/G* headquarters can immediately instruct them to open up to *CPT*(*UK*) *Audit*.

*L/G* - *Mr*. *Jeon* claimed that the staff dispatched by *CPT*(*UK*) has not once been the same [Underlined by hand]. Furthermore, they are even new to the financial territory. The handling of the confidential *Audit*s is much too careless [Underlined by hand]. Internally, *L/G* views this very negatively. Therefore, after the end of the last *Meeting*, discussed with *PH* - *Mr*. *Smith* about exchanging *Audit* with *PH*(*EC*), and not requiring *CPT*(*UK*) to assign its staff. Meeting attendees have acknowledged that this incident went against the agreement. *L/G* already promised to notify its *Wales* factory personnel to accept our *UK* factory staff's visits; however, *CPT*(*UK*) should work more cautiously.

- End of report -

[Handwritten: "→"] Respectfully submitted for approval and instructions

[Initialed:] Chien 10/1

[Signed:] Wen-Jun (Tony) Cheng 10/1 '99

[Initialed:] Du 10/1 '99

[Initialed:] Lin 10/1

Respectfully submitted by Employee Chun-Mei (Christina) Hsieh 1999/10/01

(Note) Because there was a wait for the replacement for *Ms*. *Rosa* of *PH* to pass on the data and information reported by each maker during this meeting, there was a delay in submitting the minutes from this meeting.

3

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL
FINAL TRANSLATION                    CHU00030874.02E _Translation



'99-10-02  10:48                                          T-844 P04

# 中華映管股份有限公司業務處

楊梅廠 電話：(03)4858035 傳真：(03)4858093 桃園縣楊梅鎮行善路80號
桃園廠 電話：(03)3675151 傳真：(03)3667612 桃園縣八德市和平路1127號

## 接洽報告

時間：88年9月28日
參會者：SDD-Mr.D.Y.Kim/Mr.Youn、PHS-Mr.Jerry Lin/Ms.Rosa Hu/Ms.Limay
ORN-Mr.Moon/Mr.Kang/Mr.Kim、L/G-Mr.C.S.Jeon/Mr.Park/Mr.Kou
CPT：  鄭經理/杜課長/謝春美
會議主題：CDT 定期交流會

● (一) 本週議題：
1. 1999 Demand ~Total Product Mix
2. 1999 5 Makers' Line Loading
3. Japanese Makers' Line configuration & Loading
4. Year 2000 Deamand ~Total Product Mix
5. 5 Makers Output Quantity in year 2000
6. October 17" Line stoppage
7. Other Issue

二(二) 會議內容：
1. 1999 Demand ~ Product Mix:
a)'99 年 C-Monitor 需求總量及 Product Mix 各家數據(不含20"/21)如下：
◎ Korean Maker 估算'99 年 C-monitor 總需求量為 96.3M，
其中 14"：7.5M-7.8%、15"：38.7M-40.2%、17"：44.1M-45.8%、19"：6M-6.2%。
◎ Philips 推估總需求量達 95.2M；其中 14"：7.8M-8.2%、15"：39.2M-41.2%、
17"：42.3M-44.4%、19"：5.9M-6.2%。
◎ CPT 依前三季度實際需求統計數字，並根據第四季市場需求狀況推估'99 年
C-Monitor 需求總量將高達 100.4M；其中 14"：8.99M-8.9%、15"：41.6M-
41.4%、17"：44.2M-44%、19"：5.6M-5.6%。
b)'99 年 Total Demand- Product Mix 各家之共識：
經各家討論後取得對'99 年度 C-Monitor 總需求量之共識如下：
需求總量將可達 97.3M；其中 14"：9M-9.2%、15"：40.5M-41.6%、17"：42.3M-
43.5%、19"：5.5M-5.7%。
2. 1999 5 Makers' Line Loading
根據各家Q1-Q3生產線實際Loading及Q4之規劃統計'99中、韓等5 Makers生
產線平均Loading約80%。5 Makers 總Output量將達76.8M，其中14"-8.66
M、15"-37.34M、17"-28.34M、19"-2.45M。

1

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00030872

99-10-22  10:48                                                 T-844 P05

3.  Japanese Makers' Line configuration & Loading
  a)'99日系生產線Loading狀況- 與會各家研討認為'99年日系CDT(含20"/21")
     總產能約37.9M⇒總產量則約27.5M；各尺寸生產實績將為:14"-0.2M、15"-4.3M
     17"-16.4M、19"-4.1M、20"/21"-2.5M)；各家生產線Loading情況分別為:SONY-
     78%、HTC-63%、MEC-72%、TSB-67%、Mitsubishi-55%。
  b)2000 Japanese Makers' Line configuration & Loading-
     根據日系現Running中生產線(共25.5條線)估計2000年總產能將達-39M。(其中
     HTC-6條線,含新加坡x2、馬來西亞 x1、Sakura x3Lines；SONY-7條生產線,
     含美國x2、新加坡x1、日本x4Lines；三菱-4條線,含日本x3線、墨西哥x1Line；
     MEC-3.5線,含馬來西亞x2、日本x1.5Lines；TSB-5條生產線,含泰國x2、美國
     x0.5、日本x2.5Lines)。日系2000年產量預估,若扣除Idle線產量將高達37M；
     惟各家皆認為不可能達成如此之高成長(較'99年個42%),各家認為日系2000年之
     Loading應維持在62~65%可能性高；因此一致同意2000年Japanese output應接
     近'99年(26~27M)。
  c)1999 Over Demands Forecast
     根據前列'99 C-Monitor需求總量為:97.3M(不含20"/21"),而Supply(Output of
     5 Makers:76.8M+日系:25M)=101.8M；Surplus= <u>4.5M</u> (Over demand)。

4. Year 2000 C-Monitor Deamand ~ Total Product Mix:
  a) 2000年C-Monitor需求量預估-
     Philips View(總量:108.5M),14"-5.4M、15"-37.8M、17"-51.8M、19"-10.3M、21"-3.2M。
     CPT View- (總量:108.0M),14"-6.1M、15"-41.8M、17"-49.7M、19"-8.1M、21"-2.3M。
     Korean View (總量:111.5M),14"-5.5M、15"-42.8M、17"-52.7M、19"-8.0M、21"-2.5M。

  b) 2000年C-Monitor Product Mix Forecast-
     Philips View- (14"-4.9%、15"-34.8%、17"-47.7%、19"-9.5%、21"-3%)
     CPT View - (14"-5.7%、15"-38.7%、17"-46%、19"-7.5%、21"-2.1%)
     Korean View- (14"-4.9%、15"-38.4%、17"-47.3%、19"-7.2%、21"-2.2%)

  c)各家檢討結論-(需求總量-111.5M)
     經各家多方討論認為2000年C-Monitor需求量將仍有12%左右之成長機會,
     因此Korean View之總量-<u>111.5M</u> 將較可採信；而Product Mix則認為
     CPT View較接近實際市場變化。因此2000年C-Monitor需求總量各家同意以
     111.5M為依據,各尺寸需求狀況(依CPT View)預測如下:14"-6.35M(5.7%)、
     15"-43.15M(38.7%)、17"-51.3M(46%)、19"-8.35M(7.5%)、21"-2.35M(2.1%)。

5. 5 Makers Output Quantity in year 2000
  a)Capacity:
     2000年上半PH生產線遷移大陸廠情況下,5 Makers之CDT生產線共有56條。(其中

                                2

PH-11條、CPT-15.5條、LG-10條、ORN-5條、SDD-14.5條),上半年總產能將達:
51.65M;下半年在PH遷線完成恢復14條線下,總產能增為53M。故2000年總產能
達104.65M(其中14"-5.85M、15"-41.1M、17"-49.05M、19"-8.65M)。

b)Output:

依市場需求預測,2000年5 Makers各尺寸生產計劃量擬按14"/15"-90%、17"/19"
x85%之Loading規劃,預估 2000年5 Makers output總量將約91.15M,其中14"-
5.25M/15"-37.0M/17"-41.65M/19"-7.25M。

c)2000 Supply/Demand:

◎Supply from 5 Makers & Japanese= 91.15M+ 26M= **117.15M**

◎Demand forecast-111.5M (2000年 Over demand: **5.65M**)。另,各季度之需
求變化預測,將由各家模擬提交PH彙整後於下次(10/26)Meeting研討擬訂。

## 6. October 17" Line stoppage

17"October停產天數各家同意以**7days/Line**持續執行減產。各家已於當天會中提
出停產SKDL(如附件),各家須於9/29前提出相互Audit計劃方便各家執行audit工
作;若有其他變動可另行要求變更。

## 7.Other Issue

a) 關於9/21台灣大地震之影響-

PH-Mr.Jerry會前向我方查詢有關生產線停電損失之產出影響數量,雙方共識分
別提報(15"+17")**約120k**損失量待追補。與會各家對我生產線能做到部份自行供
應電力以降低生產線減產損失頗為欽佩!

b) 有關NEC擬停產並將CDT生產線轉售Teco-

SDD-Mr.D.Y.Kim表示NEC正與Teco進行CDT生產線轉讓事宜,稱NEC offer一條生
產線讓購價格約八千萬美元(25億台幣)。

◎會後經電詢Teco業務及經營規劃人員皆表示此案仍未明朗。

C) L/G 17" Line Stoppage Audit-

我方向L/G抗議其Wales廠人員對CPT(UK)表示在我UK廠尚未投產17"CDT前,不再
接受我方人員前往L/G(Wales)audit,此舉已破壞了大夥擬訂之 Audit原則,希
能即刻劃由L/G總部再指示對方開放CPT(UK)人員前往Audit。

L/G-Mr.Jeon稱CPT(UK)所派人員沒有一次相同,甚且是財務領域之新人,對應
隱密進行之Audit太不慎重,L/G內部對此觀感極不住;故上次Meeting結束後,
與PH-Mr.Smith聊起擬與PH(EC)互作Audit,而不需CPT(UK)再派員。

此件經與會人員認定違反共識,L/G已承諾將通知其 Wales廠人員接受我UK廠人
員前往,但CPT(UK)須更謹慎用心行事。

一以上報告一



恭呈核示

職 謝春美敬呈
1999/10/01

(註)本會議記錄因等待PH新接任Ms.Rosa職務者傳送會議當天各家提報數據資料致延誤上呈時效.

3

# EXHIBIT 33

```
                                            Page 1
 1            *** HIGHLY CONFIDENTIAL ***
 2            UNITED STATES DISTRICT COURT
 3          NORTHERN DISTRICT OF CALIFORNIA
 4              SAN FRANCISCO DIVISION
 5   Case No. 3:07-cv-05944 SC
 6   MDL No. 1917
 7   -----------------------------------x
 8   IN RE:  CATHODE RAY TUBE (CRT)
 9          ANTITRUST LITIGATION
10   -----------------------------------x
11   This Document Relates to:
12   ALL ACTIONS
13   -----------------------------------x
14                            Taipei 101 Tower
15                            Xinyi Road
16                            Taipei City, 11049
17                            Taiwan
18
19                            February 19, 2013
20                               9:41 a.m.
21          Volume I of III
22          DEPOSITION of CHIH CHUN-LIU, held at the
23   aforementioned time and place, before Audrey
24   Shirley, Qualified Realtime Reporter, MBIVR
25
```

1              A P P E A R A N C E S

2   Attorneys on Behalf of Direct Purchasers:

3   SAVERI & SAVERI, INC.,

4           706 Sansome Street

5           San Francisco

6           CA 94111

7   BY:     RICHARD A. ALEXANDER SAVERI, ESQ.,

8           rick@saveri.com

9                   -and-

10          DAVID Y. HWU, ESQ.,

11          dhwu@saveri.com

12

13  Attorneys on Behalf of Direct Purchasers

14  FREED KANNER LONDON & MILLEN

15          2201 Waukegan Road

16          Suite 130

17          Bannockburn, Illinois 660015

18  BY:     DOUGLAS A. MILLEN, ESQ.,

19          dmillen@fklmlaw.com

20                  -and-

21          DONALD L. SAWYER, ESQ., (By phone)

22          dsawyer@fklmlaw.com

23

24

25

Page 3

```
 1              A P P E A R A N C E S  (cont)

 2

 3    Attorneys on Behalf of Indirect Purchasers

 4    STRAUS & BOIES, LLP

 5              1661 International Pl. Dr.

 6              Suite 400

 7              Memphis, TN 38120

 8    BY:       MARK J. SCHIRMER, ESQ.,

 9              mschirmer@straus-boies.com

10                  -and-

11              NATHAN CIHLAR, ESQ.,

12              ncihlar@straus-boies.com

13

14    Attorneys on behalf of Dell:

15    ALSTON & BIRD, LLP

16              One Atlantic Center

17              1201 West Peachtree Street

18              Atlanta, Georgia, 30309-3424

19    BY:       DEBRA D. BERNSTEIN, ESQ.,

20              debra.bernstein@alston.com

21                    -and-

22              MATTHEW D. DENT, ESQ.,

23              matthew.kent@alston.com

24

25
```

                                        Page 4

1              A P P E A R A N C E S (cont)

2    Attorneys on behalf of Sears

3    KENNY NACHWALTER

4              11100 Miami Center

5              201 South Biscayne Boulevard

6              Miami, Florida 33131-4327

7    BY:    KEVIN J. MURRAY, ESQ.,

8              kmurray@kennynachwalter.com

9

10   Attorneys on behalf of Samsung Electronics Co.

11   Ltd. and Samsung Electronics American, Inc

12   O'MELVENY & MYERS LLP

13              1625 Eye Street, NW

14              Washington, DC, 20006-4001

15   BY:    COURTNEY C. BYRD, ESQ.,

16              cbyrd@omm.com

17

18   Attorneys on behalf of Panasonic entities

19   WINSTON & STRAWN LLP

20              200 Park Avenue

21              New York, NY 10166

22   BY:    JAMES F. LERNER, ESQ.,

23              jlerner@winston.com

24

25

```
                                          Page 5

 1              A P P E A R A N C E S (cont)

 2

 3    Attorneys on behalf of Toshiba

 4    WHITE & CASE LLP

 5              701 Thirteenth Street, NW

 6              Washington, DC 20005

 7    BY:      LUCIUS B. LAU, ESQ.,

 8              alau@whitecase.com

 9

10    Attorneys on behalf of Philips Defendants

11    BAKER BOTTS LLP

12              The Warner

13              1299 Pennsylvania Avenue, NW

14              Washington, D.C. 20004-2400

15    BY:      JOHN M. TALADAY, ESQ.,

16              john.taladay@bakerbotts.com

17

18    Attorneys on behalf of the SDIs

19    SHEPPARD MULLIN RICHTER & HAMPTON LLP

20              30 Rockerfeller Plaza

21              New York, NY 10112-0015

22    BY: ERIC O'CONNOR, ESQ.,

23              eoconnor@sheppardmullin.com

24

25
```

```
 1            A P P E A R A N C E S (cont)
 2    Attorneys on behalf of Chunghwa Picture Tube
 3    Defendants
 4    GIBSON, DUNN CRUTCHER LLP
 5            555 Mission Street
 6            San Francisco, CA 94105-2933
 7    BY:     RACHEL S. BRASS, ESQ.,
 8            rbrass@gibsondunn.com
 9
10    Attorneys on behalf of the witness
11    FARMER BROWNSTEIN & JAEGAR LLP
12            235 Pine Street, Suite 1300
13            San Francisco, CA 94104
14    BY:     JACOB P. ALPREN, ESQ.,
15            jalpren@farmerbrownstein.com
16
17    Attorneys representing Costco
18    PERKINS COIE LLP
19            1201 Third Avenue
20          Suite 4900
21          Seattle, Washington 9810
22    BY:     NICHOLAS H. HESTERBERG, ESQ. (By
23            phone)
24            NHesterberg@perkinscoie.com
25
```

Page 7

1              A P P E A R A N C E S (cont)

2

3    OFFICE OF ATTORNEY GENERAL

4    STATE OF CALIFORNIA

5              455 Golden Gate Avenue

6              Suite 11000

7              San Francisco, California, 94102-7004

8    BY:      MR. EMILIO E. VARANINI, ESQ.,

9              emilio.varanini@doj.ca.gov

10

11   Also present:

12

13   Linda Fleet  -  Videographer

14   Marcus Woo   -  Chunghwa Picture Tubes, Ltd.

15

16

17

18

19

20

21

22

23

24

25

Page 51

| | | |
|---|---|---|
| 1 | Because this industry, with the large investment, | 11:49:58 |
| 2 | features radical market changes as well as | 11:50:13 |
| 3 | technology -- highly intensive technology. | 11:50:18 |
| 4 | Because this industry features great investments | 11:50:58 |
| 5 | as well as highly sensitive market changes, any | 11:51:01 |
| 6 | particular change would drastically affect the | 11:51:09 |
| 7 | players in the market.  None of us would like to | 11:51:17 |
| 8 | see such changes beyond what we could sustain. | 11:51:27 |
| 9 | Right from one-on-one meetings, we hoped to see | 11:51:36 |
| 10 | whether the prices could remain stable in order | 11:51:46 |
| 11 | to keep our businesses and our career and the | 11:51:52 |
| 12 | company's life going on. | 11:52:00 |
| 13 | In order to prevent serious losses, to | 11:52:27 |
| 14 | maintain long-term stability in the industry, the | 11:52:34 |
| 15 | best way is for everyone to maintain a price. | 11:52:43 |
| 16 | The most effective way will be through group | 11:52:55 |
| 17 | meetings. | 11:53:00 |
| 18 | Q.   And how was the market for CRTs in | 11:53:04 |
| 19 | 1995, when you formed the group meetings? | 11:53:09 |
| 20 | A.   I cannot remember exactly what was the | 11:53:37 |
| 21 | situation, I can only remember that I after 1995 | 11:53:41 |
| 22 | the market became better slowly. | 11:53:46 |
| 23 | Q.   So the group meetings, which began in | 11:53:55 |
| 24 | 1995, was an effort by those companies to | 11:53:59 |
| 25 | stabilize the market for CRTs? | 11:54:04 |

```
                                          Page 52
 1          MR. LAU:  Objection; misstates prior      11:54:06
 2     testimony.                                      11:54:09
 3          MR. TALADAY:  Objection; lack of           11:54:27
 4     foundation.                                     11:54:31
 5          THE INTERPRETER:  The witness said yes.    11:54:35
 6          THE WITNESS:  Yes.                         11:54:37
 7     BY MR. SAVERI:                                  11:54:39
 8          Q.   You indicated that in 1997 David Chang 11:54:42
 9     from Philips came up with a more structured group 11:54:49
10     meeting.  Could you please explain what you mean 11:54:53
11     by "more structured group meeting"?             11:54:54
12          MR. TALADAY:  Objection; misstates prior   11:54:57
13     testimony.                                      11:55:00
14          THE WITNESS:  After 1995, almost all the   11:55:21
15     CEOs of all the CRT manufacturers began to meet 11:55:39
16     regularly.  Regarding the price it was discussed 11:55:46
17     regarding how much for a certain model and how to 11:56:15
18     price that.  However, whether a price can remain 11:56:26
19     stable or not depends more on the demand and     11:56:35
20     supply situations.  David Chang came up with     11:56:45
21     something more efficient because we believed that 11:57:40
22     the market and the supply situations should be   11:57:48
23     addressed with the emphasis in order to keep the 11:57:50
24     price.  In that case every one of us would have  11:57:58
25     strong confidence to know the market situations  11:58:03
```

Page 53

```
1    and changes in demand and the supplies.  If there    11:58:12
2    is an over-supply then we will discuss, "What         11:58:17
3    shall we do?"  If there was a shortage then we        11:58:22
4    can raise the price.  If we could more accurately     11:58:26
5    understand the market trends, we will have            11:58:35
6    greater confidence in the situations, for             11:58:40
7    instance to raise the price.                          11:58:48
8         In order to fully obtain the information         11:59:18
9    and the figures, we then had job divisions,           11:59:24
10   unlike before people just chat on top of their        11:59:34
11   head.  The Chairman was thus elected to assign        11:59:38
12   jobs that you should provide this information and     11:59:47
13   the others should provide another information so      11:59:50
14   that the demand and supply market situations will     11:59:53
15   be more accurately depicted.                          12:00:01
16   BY MR. SAVERI:                                        12:00:01
17        Q.   You indicated that there were monthly       12:00:07
18   meetings of the group meetings.  Were there           12:00:11
19   monthly meetings of the CEOs from 1997 onwards?       12:00:14
20        MR. O'CONNOR:  Objection; misstates prior        12:00:22
21   testimony.                                            12:00:25
22        THE WITNESS:  The monthly meeting will be        12:01:06
23   attended by people who are heads of the sales for     12:01:09
24   people of sales VP or above.  The CEO met about       12:01:19
25   every quarter, every three months, if there were     12:01:30
```

```
                                                    Page 54

 1    emergent meetings, CEOs could be called to have    12:01:42

 2    such urgent meetings every two months or so.       12:01:48

 3    BY MR. SAVERI:                                      12:01:48

 4          Q.   At the monthly -- strike that.          12:02:05

 5          At the group meetings, did the participants  12:02:06

 6    exchange market supply information?                12:02:08

 7          A.   Yes, of course.                         12:02:25

 8          Q.   At the group meetings that -- strike    12:02:27

 9    that.                                              12:02:31

10          At the monthly group meetings, did the       12:02:31

11    participants exchange demand information?          12:02:34

12          A.    Of course.                             12:02:47

13          Q.   At the monthly group meetings, did the  12:02:48

14    participants exchange production information?      12:02:53

15          MR. LAU:  Objection; leading.  Objection;    12:03:05

16    vague.                                             12:03:07

17          THE WITNESS:  Yes.                           12:03:13

18    BY MR. SAVERI:                                     12:03:15

19          Q.   At the monthly group meetings, did the  12:03:16

20    participants exchange prices for CRTs?             12:03:20

21          MR. LAU:  Objection; vague.                  12:03:33

22          MR. TALADAY:  Objection; vague.              12:03:35

23          THE WITNESS:  We meant to exchange price     12:03:39

24    informations.                                      12:03:44

25    BY MR. SAVERI:                                     12:03:45
```

```
                                            Page 55

 1        Q.   So it was your intent when you went to    12:03:46

 2   the monthly meetings to exchange price              12:03:48

 3   information?                                         12:03:49

 4        A.   Yes.                                       12:03:59

 5        Q.   And when you went to the monthly           12:04:00

 6   meetings, you expected to receive price             12:04:02

 7   information from the participants; is that           12:04:06

 8   correct?                                             12:04:07

 9        MR. O'CONNOR:  Objection; leading.              12:04:21

10        THE WITNESS:  Yes.                              12:04:24

11   BY MR. SAVERI:                                       12:04:27

12        Q.   At the monthly group meetings, did you    12:04:28

13   come to an understanding of what prices you would   12:04:32

14   charge customers?                                    12:04:35

15        MR. LAU:  Objection; vague.                     12:04:39

16        THE WITNESS:  That would be the purpose of     12:04:58

17   our meeting.  Of course we did it.                   12:05:04

18   BY MR. SAVERI:                                       12:05:07

19        Q.   Okay.  So, is it your understanding        12:05:08

20   then that you came to an agreement with the          12:05:10

21   participants on the prices to be charged for CRTs    12:05:13

22   during this period of time?                          12:05:17

23        MR. LAU:  Objection; vague.  Objection;         12:05:19

24   calls for a legal conclusion.                        12:05:20

25        MR. TALADAY:  Objection; misstates prior        12:05:22
```

```
                                          Page 56
 1   testimony.                              12:05:25

 2        THE WITNESS:  Yes.                 12:06:00

 3   BY MR. SAVERI:                          12:06:07

 4        Q.   Just so we're clear, during this period  12:06:08

 5   of time from 1995 to 2005 group meetings, Samsung  12:06:11

 6   participated in those meetings with Chunghwa; is  12:06:20

 7   that correct?                           12:06:23

 8        MR. O'CONNOR:  Objection; vague and  12:06:23

 9   ambiguous as to Samsung.                12:06:26

10        MR. TALADAY:  Objection; misstates prior  12:06:27

11   testimony.                              12:06:28

12        THE WITNESS:  Yes.                 12:06:46

13   BY MR. SAVERI:                          12:06:49

14        Q.   So during the group meetings that you  12:06:50

15   attended with Samsung, is it your belief that you  12:06:51

16   came to a common understanding with Samsung as to  12:06:57

17   the prices that would be charged to customers for  12:07:01

18   CRTs?                                   12:07:04

19        MR. O'CONNOR:  Objection; vague as to  12:07:04

20   Samsung, leading.  Objection to form.   12:07:06

21        THE WITNESS:  Not only Samsung, all the  12:07:37

22   participants I believe reached somewhat  12:07:57

23   consensus.  We all -- we, who were present there,  12:08:05

24   developed a common understanding.       12:08:15

25        MR. LAU:  Objection; that's         12:08:21
```

```
                                            Page 57
 1   a non-responsive answer.  I move to strike.    12:08:22

 2        MR. SAVERI:  I oppose.                     12:08:26

 3   BY MR. SAVERI:                                  12:08:33

 4        Q.   So, in other words, at the group      12:08:33

 5   meetings that you attended it was your          12:08:35

 6   understanding that you were coming to           12:08:36

 7   an agreement with the participants as to the    12:08:38

 8   prices each would charge for CRTs in the market; 12:08:40

 9   is that correct?                                12:08:43

10        MR. O'CONNOR:  Objection; leading.         12:08:44

11   Objection to form.                             12:08:45

12        MR. TALADAY:  Objection; misstates prior   12:08:46

13   testimony.                                     12:08:48

14        THE WITNESS:  Correct.                     12:09:15

15   BY MR. SAVERI:                                  12:09:21

16        Q.   Just so we're specific, I want to go  12:09:22

17   through each of the companies that participated 12:09:25

18   there along the same lines of questions.  So, you 12:09:26

19   indicated that LG or Lucky Goldstar attended the 12:09:30

20   group meetings from 1995 to 2005; is that       12:09:37

21   correct?                                       12:09:41

22        MR. ALPREN:  Objection; vague as to the    12:09:42

23   term LG.                                       12:09:45

24        THE WITNESS:  Yes.                         12:10:08

25   BY MR. SAVERI:                                  12:10:10
```

```
                                              Page 62
 1   BY MR. SAVERI:                          12:18:54

 2        Q.   You indicated that during the period of  12:18:54

 3   time from 1995 to 2005 group meetings that Thai  12:18:56

 4   CRT attended one or more of those meetings; is  12:19:05

 5   that correct?                           12:19:07

 6        A.   Correct.                      12:19:30

 7        Q.   It is your belief that at -- strike  12:19:31

 8   that.                                   12:19:34

 9        Is it your belief that at the group  12:19:35

10   meetings a common understanding was reached with  12:19:36

11   Thai CRT regarding the prices that would be  12:19:40

12   charged for customers of CRT?           12:19:44

13        MR. O'CONNOR:  Objection; leading, form.  12:19:46

14        THE WITNESS:  Yes, correct.        12:20:13

15   BY MR. SAVERI:                          12:20:15

16        Q.   It is your understanding then that  12:20:16

17   an agreement -- agreements were reached -- strike  12:20:18

18   that.                                   12:20:21

19        It is your understanding then that  12:20:22

20   agreements were reached with Thai CRT regarding  12:20:24

21   the prices each would charge for CRTs in the  12:20:28

22   market?                                 12:20:32

23        MR. LAU:  Objection; leading.  Objection,  12:20:34

24   calls for a legal conclusion.           12:20:36

25        THE WITNESS:  Correct.             12:20:55
```

```
                                          Page 63
 1   BY MR. SAVERI:                              12:21:01

 2        Q.   During the period of time from 1995 to  12:21:02

 3   2005 -- strike that.                        12:21:05

 4        During the group meetings -- strike that.  12:21:12

 5        From 1995 to 2005 group meetings, did  12:21:16

 6   Toshiba attend any of the group meetings?   12:21:23

 7        MR. LAU:  Objection; vague as to the term  12:21:35

 8   Toshiba.                                     12:21:38

 9        THE WITNESS:  In my memory, no.         12:21:42

10   BY MR. SAVERI:                               12:21:51

11        Q.   Were -- was it discussed at the group  12:21:53

12   meetings methods by which to talk to the other  12:21:56

13   companies that didn't participate in the group  12:22:05

14   meetings?                                    12:22:09

15        MR. O'CONNOR:  Objection; form.  Objection;  12:22:10

16   leading.                                     12:22:12

17        THE WITNESS:  Yes.                       12:22:36

18   BY MR. SAVERI:                               12:22:39

19        Q.   And what were those methods by which to  12:22:40

20   bring in the other non-participating companies to  12:22:44

21   the group meetings?                          12:22:52

22        MR. O'CONNOR:  Objection; form.          12:22:55

23        MR. ALPREN:  Objection; vague -- vague and  12:23:16

24   ambiguous.                                    12:23:18

25        THE WITNESS:  The Chairman would assign  12:23:22
```

```
                                              Page 64
1    a company, a participant to talk, the non -- the    12:23:37
2    specific non-participant company about what         12:23:51
3    should do.                                          12:23:54
4    BY MR. SAVERI:                                      12:24:01
5        Q.   When you say -- strike that.              12:24:02
6        You referred to "Chairman" was a Chairman      12:24:03
7    assigned at the group meetings to run the           12:24:07
8    meeting?                                            12:24:10
9        MR. ALPREN:  Objection; leading.               12:24:28
10       THE WITNESS:  Chairman were served in turn,    12:24:33
11   starting David Chang.                               12:24:44
12   BY MR. SAVERI:                                      12:24:51
13       Q.   Mr. David Chang served as the first       12:24:52
14   Chairman of the group meetings?                     12:24:55
15       A.   Yes.                                       12:25:01
16       Q.   And who served after Mr. David Chang as   12:25:01
17   Chairman?                                            12:25:05
18       A.   Samsung's In Kim.                          12:25:18
19       Q.   And how long would someone serve as       12:25:22
20   Chairman of the group meetings?                      12:25:24
21       A.   If I remember correctly about one year.   12:25:41
22       Q.   And after Mr. In Kim from Samsung, who    12:25:48
23   served as Chairman of the group meeting?            12:25:53
24       MR. O'CONNOR:  Objection as to Samsung.        12:25:55
25       MR. TALADAY:  Objection; misstates prior       12:25:58
```

```
                                        Page 65
1    testimony.                              12:26:00

2         THE WITNESS:  S.Y. Tsai of LG maybe.  I    12:26:20

3    have to explain a little bit about the Chairman.  12:26:55

4    Right from the start we focused on CRTs and later  12:27:00

5    there were CDTs --                      12:27:09

6         No, no, sorry, firstly CDT then CPT.    12:27:12

7         First is CDTs, and then it would be CPTs  12:27:18

8    and for these two there were separate chairmen,  12:27:23

9    so if you want to ask me who after who, I cannot  12:27:32

10   say that for sure.  Anyway, the Chairman was    12:27:38

11   served in turn.                         12:27:45

12   BY MR. SAVERI:                          12:27:49

13        Q.   Okay.  We'll do one more and then we'll  12:27:49

14   take a break.                           12:27:57

15        You indicated from 1995 to 2005 at some    12:27:58

16   period of time the joint venture MTPD attended  12:28:06

17   group meetings; is that correct?        12:28:12

18        MR. LAU:  Objection; misstates prior    12:28:39

19   testimony.  Objection; vague.           12:28:41

20        THE WITNESS:  I believe so, however, we had  12:28:49

21   group meetings for CPTs.  This company only    12:28:56

22   joined the CPT group meetings.  I did not attend  12:29:03

23   those meetings.  I only read the minutes of those  12:29:18

24   meetings which was attended by S.T. Yang.    12:29:29

25        THE CHECK INTERPRETER:  S.J. Yang.    12:29:44
```

```
                                              Page 72
 1   CRT business during the period of 1995 to 2005?    13:49:46
 2        MR. LAU:  Sorry to interrupt.  Court        13:49:50
 3   reporter, our LiveNote is not working.            13:49:53
 4        THE VIDEOGRAPHER:  Going off the record,     13:50:09
 5   the time is 1:50 p.m.                              13:50:11
 6        (A brief recess was taken at 1:50 p.m.)      13:52:27
 7        THE VIDEOGRAPHER:  Back on the record at     13:52:27
 8   1:55.                                              13:55:05
 9        MR. SAVERI:  Although there was a question,  13:55:08
10   pending I'll redo a question.                      13:55:11
11   BY MR. SAVERI:                                     13:55:11
12        Q.   Mr. Liu, when we last broke we were     13:55:15
13   talking about the reports or notes that were       13:55:16
14   taken of the group or glass meetings and that      13:55:22
15   those reports then would be sent to you or to      13:55:28
16   others in Chunghwa and then signed off on and      13:55:33
17   then they would be sent to Mr. C.Y. Lin and he     13:55:36
18   would sign off on them and then they would go      13:55:39
19   back down to those who authored them for the       13:55:41
20   purposes of implementing them.                     13:55:44
21        The question I have was: the material in     13:55:50
22   the report was that relied on by Chunghwa in the   13:55:52
23   ordinary course of running its CRT business        13:55:54
24   during the period of 1995 to 2005?                 13:55:57
25        A.   Yes.                                     13:56:55
```

```
                                                      Page 73
 1        Q.    Thank you.  You previously talked about  13:56:57
 2   how in 1998 David Chang from Philips came up with    13:57:02
 3   a method to better structure the glass meetings,     13:57:08
 4   and that there was top level CEO meetings and        13:57:13
 5   then there were management-level meetings.  My       13:57:18
 6   question is: were there other working-level          13:57:25
 7   meetings that were also created by Mr. Chang?        13:57:27
 8        MR. LAU:  Objection; misstates prior            13:57:32
 9   testimony.  Objection; assumes facts not in          13:57:34
10   evidence.                                            13:57:36
11        THE WITNESS:  There were such working-level     13:58:25
12   meetings, however not regularly.                     13:58:29
13   BY MR. SAVERI:                                       13:58:33
14        Q.   How often would the working-level          13:58:33
15   meetings meet?                                       13:58:36
16        A.   That depends on the needs.  Normally it    13:58:55
17   will not be too long.  Sometimes one meeting         13:58:58
18   a month.  Sometimes meeting in two months.           13:59:04
19        Q.   And what was the purpose of the            13:59:11
20   working-level meetings?                              13:59:12
21        A.   For collecting of basic informations,      13:59:51
22   such as informations about supply and demands.       13:59:54
23   They might be incomplete during some of the          13:59:59
24   meetings to prepare full material and                14:00:03
25   informations.  The working-level meetings would      14:00:08
```

```
                                                    Page 74
 1    focus on that and sometimes there were some kind    14:00:11
 2    of noises from customers, so working-level people    14:00:15
 3    would meet to understand and explore what those    14:00:21
 4    noises were about.  These were particularly for    14:00:26
 5    preparation of materials in the information.       14:00:35
 6         Q.   So would the working-level meetings       14:00:44
 7    prepare reports for the management-level           14:00:46
 8    meetings?                                           14:00:51
 9         A.   You can put it that way.                  14:01:01
10         Q.   And at the management-level meetings      14:01:04
11    was information collected prior to the meetings?   14:01:17
12         A.   There were some preparations of certain  14:01:43
13    datas prior to the meetings.  However that may     14:01:46
14    not be very complete or comprehensive.  There      14:01:50
15    could be discussions and -- about whether there    14:01:54
16    are needs for supplement -- for supplementation.   14:02:00
17         Q.   How would each of the participants know  14:02:13
18    where to meet?                                      14:02:15
19         A.   At one meeting the last item on the      14:02:16
20    agenda would be AOB, another (sic) business        14:02:57
21    matter, which include time and a place of next     14:03:06
22    meeting for everybody to confirm whether that      14:03:11
23    will be the time and the place for the following   14:03:16
24    meeting.                                            14:03:18
25         Q.   Maybe the easiest way to do this, is     14:03:21
```

Page 75

```
1    maybe -- Mr. Liu could you describe to me sort of    14:03:28
2    a typical management level meeting, I mean would     14:03:30
3    it occur over one day, would it be a two-day         14:03:33
4    period and was there a typical way on how            14:03:36
5    a meeting would be run?                              14:03:41
6           MR. TALADAY:  Objection; vague and            14:03:42
7    ambiguous.                                           14:03:45
8           THE WITNESS:  Might be one day or two days.   14:03:51
9    If there is no CEO golfing planned normally it       14:04:50
10   will not exceed one day.  Sometimes CPT meets for    14:04:56
11   one day and the second day is for CDT meeting.       14:05:04
12   Sometimes it will be CDT meeting in the morning      14:05:11
13   and CPT meeting in the afternoon.  The meetings      14:05:19
14   will not go longer than two days.                    14:05:26
15   BY MR. SAVERI:                                       14:05:26
16          Q.   When you say the CEO golfing day, so at  14:05:31
17   the CEO meetings those were preceded with a day      14:05:38
18   of golf and then the meeting?                        14:05:41
19          A.   Which proceeds first is not fixed.       14:06:29
20   Golfing and dinner are for increasing mutual         14:06:37
21   trust.  So normally meeting during the day           14:06:43
22   followed by dinner in the evening and golfing the    14:06:51
23   second day.  These were for creating more            14:06:56
24   confidence among participants.                       14:07:03
25          Q.   At the glass meetings you indicated      14:07:19
```

```
                                             Page 76
 1    that you went over supply information and you       14:07:24

 2    went over demand information.  Did each company     14:07:26

 3    bring its own information or was information        14:07:29

 4    collected and then reports were given to be         14:07:32

 5    discussed at the meeting?                           14:07:39

 6         A.    Situations you described happened the    14:08:37

 7    same -- happened -- the two situations you          14:08:46

 8    described all happened, sometimes the information   14:08:56

 9    presented by one party was not comprehensive        14:09:00

10    enough and we still need to confirm on the          14:09:07

11    information presented by all sides.  If there is    14:09:13

12    an important report to come up in one particular    14:09:19

13    season, maybe one party, one company was assigned   14:09:26

14    to make a special project report.  Things like      14:09:34

15    that all happened.                                  14:09:43

16         Q.    And if somebody was assigned to make     14:09:46

17    a report for one of the glass meetings, would       14:09:50

18    they then call the individual companies to gather   14:09:53

19    the information to prepare that report?             14:09:56

20         MR. TALADAY:  Objection; ambiguous.            14:10:22

21         THE WITNESS:  Correct, that happened.          14:10:27

22    BY MR. SAVERI:                                      14:10:31

23         Q.    All right.  And was the information      14:10:33

24    that was distributed at the glass meetings, was     14:10:39

25    that private information?                           14:10:46
```

Page 77

```
 1        MR. LAU:  Objection; vague.                14:11:03
 2        THE WITNESS:  Private information, what do  14:11:12
 3   you mean by that?  I don't get you.             14:11:13
 4   BY MR. SAVERI:                                  14:11:16
 5        Q.   Fair enough.  I know -- was the       14:11:17
 6   information that was distributed non-public?    14:11:21
 7   Would your customers have known the types of    14:11:23
 8   information that you were distributing and      14:11:25
 9   talking about at the meeting?                   14:11:28
10        MR. LAU:  Objection; calls for speculation. 14:11:30
11        THE WITNESS:  They normally have no idea.   14:12:02
12        For every market the supply and the demand  14:12:30
13   datas are many.  Some datas are available from   14:12:35
14   media.  However, at these meetings those datas   14:12:42
15   were prepared by us.  We then come to a sum of   14:12:48
16   those figures.  These will be more accurate,     14:12:56
17   comprehensive than those available publicly.     14:13:01
18   Those information we have had would not make     14:13:07
19   public.                                          14:13:14
20   BY MR. SAVERI:                                  14:13:19
21        Q.   We previously discussed discussions at 14:13:21
22   the group meetings regarding price.  Now I'd like 14:13:25
23   -- did the group meetings -- strike that.       14:13:32
24        At the group meetings, did the participants 14:13:35
25   discuss the supply of CRT product on the market? 14:13:38
```

# EXHIBIT 34



# PARK
## IP TRANSLATIONS

June 20, 2012

**Certification**

### Park IP Translations

This is to certify that the attached translation is, to the best of
my knowledge and belief, a true and accurate translation from Chinese
into English of the document with bates numbers range:
CHU00031262E — CHU00031267.

_Abraham I. Holczer_
_____

Abraham I. Holczer

Project Manager

Park                    Case                    #                    29567

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

**EXHIBIT**
1195E

**[TRANSLATION]**

[Date stamped:] 93.7.30
[Handwritten:] 6/15
→ *Tony* Yeh

*CDT* Market Report

I.   *CDT* Production and Sales Situation

|       | Jan  | Feb  | March | April | May  | June | May~Jun | July estimate | June~July |
|-------|------|------|-------|-------|------|------|---------|---------------|-----------|
| CPT   | 1284 | 1423 | 1435  | 1376  | 1292 | 1338 | 3.6%    | 1340          | 0.1%      |
| LPD   | 1644 | 1711 | 1781  | 1614  | 1620 | 1719 | 6.1%    | 1818          | 5.8%      |
| SDI   | 1793 | 1907 | 1966  | 1838  | 1868 | 2038 | 9.1%    | 2151          | 5.5%      |
| Total | 4721 | 5041 | 5182  | 4828  | 4780 | 5095 | 6.6%    | 5309          | 4.2%      |

1.  In July, *LPD* supplied to Philips 420*k*; although the order did not completely meet their demand, the shortfall was only less than 3%. Fully filled *LGE*'s order of 870*k* (*LGE* asked for 900*k*, but the number was not firm). The acquisition of glass can be increased in August, but there will be five fewer working days in Korea due to the summer vacation. August sales will be maintained at 1800*K*. *HEG* intends to further postpone furnace maintenance [Underlined by hand], therefore, the glass supply in September should have no problem. HuaFei stopped making 15" due to the glass shortage in July, but will resume production of about 40*K* in August currently still using white glass [Underlined by hand] to make flat tubes. *AOC*'s demand in July is mainly for flats, its demand for regular tubes decreased in contrast. According to our understanding *LPD* forced 30*k* regular tubes on *Philips* at the end of the month; presumably, this was due to *AOC*'s reduction in demand.

2.  Samsung sales in July increased 113*K*, primarily from the growth of *AOC* 100→150*K* (increase mainly in 15") and *Liteon* 0→15*K*; increase 100*k* were in 15" (Suwon increased production lines). Although customers are still fighting to increase 15", but they do not seem to be fighting as strongly as before. There have already been some customers who have asked Samsung to cut price in August, and the market finds it unbelievable that CPT still suffers from a glass shortage [Underlined by hand]. Proview/EMC said 400*k* was enough in early July, and now it is asking for 490*k* (because CPT had a *drop test issue* earlier in the month and did not ship in early July, only shipped 30*k* for the whole month, but promised to recover to 80*k* in August). It is believed that Proview/EMC may turn around to reduce volume to get a price cut.

    As Samsung Electronics might be playing with numbers as well (claiming to have made 1600*k* in June, increased to 1900*k* in July), it would not supply more to Samsung except for the Indian market. Additionally, it was indicated that *Liteon* does not seem that interested in *SDI*'s volume increase. CPT explained that *Liteon* has been deliberately controlling shipment to *HP* so its production dropped this month, and also cut orders

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00031262.01E
Translation

from CPT by 10*k*.

3. 15" supply from Samsung Display's factory was 722*k* in June, which jumped to 867*k* in July – a growth of 20%. Simultaneously, August statistics add another 10%; only CPT is conservative about increasing volume.

Responding to sudden changes in the *LCD* market situation:

4. CPT indicated that the recent hurried drop of the flat panel market was mainly due to *HP/Dell*'s deliberately building up of high inventory, then suddenly stopping and slashing prices. Now that tube market is also over-heated. To avoid repeating *LCD* mistakes, the tube supply volume should be controlled starting August. All three companies agreed in principle to bring the tube supply levels in August back to that of June, and in particular, to impose strict controls on shipment volume to *HP* and *Dell*.

5. Statistics on Current Shipment Volume to *HP* and *Dell* and the Plan to Control Shipments in August

|  | AOC | SEC | PH | L-On | LGE | EMC | sum |
|---|---|---|---|---|---|---|---|
| Dell | cpt250→200k + lpd100→70k | sdi250→200k | 70→50k |  |  |  | 670→520k |
| HP | 250→200k | 10→7k |  | cpt140→120k + sdi15→10k | 30→20k | 70→50k | 515→400k |

Pricing:

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL         CHU00031262.02E

Translation

[Handwritten:] 7/15

1. *LPD/SDI* both indicated that there are customers in the market asking for a price cut.   CPT said that the pressure is mainly from *HP*, and that if shipments can be controlled, they can be ignored for the time being. However, *LPD* said that prices were supposed to be uniform after two price increases, but in reality, there has been a lot of noise (mainly against *SDI*). *SDI* admitted that the second price increase with SEC is not yet successful (should have been effective June 1), and additionally, the *Bare tube* price is in a chaos, not to mention *HPC* Shenzhen resold to *CDT*; *SDI* has still not been able to respond as of today.   It is suggested that a *working level* meeting be held to confirm prices to first tier customers and the set price on *Bare tube*s, all of which will be raised and resolved in a *Top meting* [sic].

Conclusion:

1. In view of the fact that in July tube, *AOC* cut demand for *LPD* 17" regular tubes and for CPT 17" regular (white glass) tubes, plus *SDI*'s support to increase volume for 15", presumably, *AOC* does not have a shortage of tubes.   Also, it was learned from *LPD* that *LGE/PHS* is satisfied with its supply, and *Liteon* cut orders from CPT by 10*k* (transferred to *Apple*). Basically, large customers are not short of tubes. *LPD* at the end of the month forced 30*K* onto *PHS*, and *SDI* tried again to force some onto *AOC/Liteon* but failed, plus *Delta* cut orders, so these two companies already had a surplus of tubes in July.   Basically, *CRT over supply* is emerging.

2. Have asked *CPTF* to watch closely how certain the demand of *AOC* is for 17" white glass regular tubes.   We want to prepare materials in a conservative manner to avoid overstock for which *AOC* will slash prices. For August, we shall commit to fully supply all that customers demand to avoid a potential drop in orders on short notice in August.

[Handwritten:] Requesting *V.P.* Chung's comments       Submitted for approval

[Handwritten:]
1. *CPT*'s *CDT* should be able to go as high as 1450*K*~1500*KP*.   Previously, *glass* was controlled by *SDI*, now that *glass* is no longer tight, *CPT* sales team should take over the command.
2. (Purchase)(volume) shall follow the strategy set by (sales) and respond quickly.
3. 160 *SRF* (flat) is the *trend* of 160 *FS* (spherical).   Please be specific so that we could plan for the *glass* demands.
~End of report~

[Signed:] Hsiang-Kwei (S.Q.) Chung 7/28'04

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL            CHU00031263.01E

Translation

[Initialed:] Chih-Chun (C.C.) Liu 7/28

[Signed:] Chung-Cheng (Alex) Yeh 7/28'04

[Handwritten:] Increase stability, communicate more!
7/29

---

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

**CONFIDENTIAL – GRAND JURY MATERIAL**          CHU00031263.02E

                                                Translation

# Itinerary

- 26th, July      . 17:00~19:00 : Management Meeting
                          (Renaissance Hotel, 2FL)
              . 19:00~21:00 : Dinner (Hotel 2FL, Dynasty)


- 27th, July     . 05:30 ~ 06:30 : Move to Golf Course
                              (Silport C.C.)
              . 07:00 ~ 11:30 : Green Meeting
              . 12:00 ~ 13:00 : Lunch
              . 13:00 ~ 15:00 : Move to the Airport

# Agenda

I.      **CDT Sales Update**

II.     **'04.July M/S Review**

III.    **Price-up Review**

IV.     **Market Update**

V.      **Bare Tube Price**

VI.     **A.O.B.**

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL          CHU00031264E

                                          Translation

# I. CDT Sales Update

(Unit : K)

| Maker | Size | '03Q1 | '03Q2 | '03.1H | '03 ITL | '04.Q1 | '04.Q2 | '04.1H | 04.Jun | 04.Jul | 04.Jul vs Jun | 04.Jul vs 1H avg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPT | 14" | 26 | 12 | 38 | 53 | | | | | | | |
| | 15" | 966 | 983 | 1,949 | 4,089 | 804 | 559 | 1,363 | 139 | 174 | 26.6% | -22.5% |
| | 17"S | 1,417 | 1,516 | 2,934 | 6,057 | 1,762 | 1,308 | 3,070 | 447 | 345 | -22.6% | -32.6% |
| | 17"BF | 1,249 | 1,222 | 2,471 | 5,872 | 1,467 | 1,482 | 2,949 | 509 | 586 | 15.1% | 19.2% |
| | 19"S | 52 | 25 | 77 | 170 | 51 | 29 | 80 | 12 | 7 | -41.7% | -47.5% |
| | 19"BF | 29 | 17 | 46 | 172 | 56 | 86 | 142 | 25 | 23 | -8.0% | -2.8% |
| | Sub-IH | 3,941 | 3,574 | 7,515 | 16,413 | 4,140 | 3,464 | 7,604 | 1,132 | 1,137 | 0.4% | -10.2% |
| LPD | 14" | 26 | 11 | 37 | 37 | | | | | | | |
| | 15" | 1,284 | 1,330 | 2,614 | 4,947 | 799 | 739 | 1,588 | 256 | 284 | 10.9% | 7.3% |
| | 17"S | 1,995 | 1,640 | 3,635 | 7,808 | 1,745 | 1,684 | 3,430 | 591 | 545 | -7.8% | -4.7% |
| | 17"BF | 1,532 | 1,179 | 2,712 | 4,535 | 2,227 | 2,151 | 4,378 | 787 | 924 | 17.4% | 26.4% |
| | 19"S | 239 | 162 | 401 | 737 | 220 | 142 | 362 | 22 | 16 | -27.3% | -73.5% |
| | 19"BF | 152 | 76 | 228 | 444 | 144 | 170 | 314 | 63 | 49 | -22.2% | -6.4% |
| | Sub-IH | 5,229 | 4,398 | 9,627 | 20,504 | 5,134 | 4,936 | 10,072 | 1,719 | 1,818 | 5.8% | 5.3% |
| SDI | 14" | | | 12 | 12 | | | | | | | |
| | 15" | 1,575 | 1,488 | 3,063 | 8,219 | 1,165 | 1,034 | 2,199 | 327 | 407 | 24.3% | 11.1% |
| | 17"S | 1,199 | 764 | 1,963 | 4,046 | 1,043 | 1,012 | 2,055 | 381 | 338 | -11.3% | -1.3% |
| | 17"BF | 2,570 | 2,451 | 5,021 | 11,014 | 2,891 | 3,222 | 6,113 | 1,181 | 1,258 | 6.5% | 23.5% |
| | 19"S | 301 | 74 | 375 | 889 | 114 | 54 | 168 | 17 | 14 | -17.6% | -50.0% |
| | 19"BF | 459 | 434 | 893 | 1,923 | 453 | 430 | 883 | 132 | 134 | 1.5% | -3.9% |
| | Sub-IH | 6,116 | 5,211 | 11,327 | 23,823 | 5,666 | 5,752 | 11,418 | 2,038 | 2,151 | 5.5% | 16.0% |
| 3 Makers Total | | 15,286 | 13,183 | 28,469 | 60,742 | 14,942 | 14,152 | 29,094 | 4,889 | 5,143 | 4.8% | 5.9% |

# II. '04.July M/S Review

(Unit : M)

| (Mpcs ;%) | '04 Q1 Sales | M/S | M/S Gap | '04.Q2 Sales | M/S | M/S Gap | '04.1H Sales | M/S | M/S Gap | '04.Jul Sales | M/S | M/S Gap |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPT | 3.1 | 27.7% | -0.5% | 3.5 | 24.5% | -3.5% | 7.5 | 26.1% | -2.2% | 1.1 | 22.3% | -6.0% |
| LPD | 5.1 | 34.4% | 0.4% | 4.9 | 34.9% | 0.9% | 10.1 | 34.6% | 0.7% | 1.9 | 35.6% | 1.6% |
| SDI | 5.7 | 37.9% | 0.2% | 5.8 | 40.6% | 2.9% | 11.4 | 39.2% | 1.5% | 2.2 | 42.1% | 4.4% |
| 3 sub-IH | 14.9 | 100% | 0.0% | 14.2 | 100% | 0.0% | 29.1 | 100% | 0.0% | 5.1 | 100% | 0.0% |
| Others | 0.7 | | | 0.7 | | | 1.4 | | | 0.2 | | |
| Grand-ITL | 15.7 | | | 14.8 | | | 30.5 | | | 5.3 | | |

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00031265E

Translation

## III. Price-up Review

### 1. Current Price

(Unit : US)



| Size | Spec | Market | SEC | AOC | LGE | EMC | Phillps | Lite-on | Compal | Delta |
|---|---|---|---|---|---|---|---|---|---|---|
| 17"F | MPR | SDI | | | | | | | | |
| | N-ITC | LPD | | | | | | | | |
| | | CPT | | | | | | | | |
| 19"F | 95kHz | SDI | | | | | | | | |
| | TCO | LPD | | | | | | | | |
| | N-ITC | CPT | | | | | | | | |

4/7

## IV. Market Update

### 1. '04/'05 CDT Demand

| | '04 | | | '05 |
|---|---|---|---|---|
| | 1H | 2H | TTL | |
| SDI | | | 61 | 48~49 |
| CPT | | | 59 | 47 |
| LPD | | | 60 | 48~49 |

(Unit : M)

### 2. TFT-LCD Status
- Price
- Supply & Demand
- Channel & Customer Inventory

5/7

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00031266

Translation

## V. Bare Tube Price

• Definition of Bare Tube : Bare + CPM

| Size | DY Cost(inc. C/C) | | |
|------|---------|---------|---------|
|      | '03.Apr. | '03.Sep | '04.Jul |
| 15"  | US$6.5 | ? | ? |
| 17"  | US$7.5 | US$6.5 | ? |
| 17"F | US$8.0 | ? | ? |

※ Proposal : Quarterly DY cost logic review
　　　　　[Taipei Working level meeting will make a proposal and than report]

6/7

## VI. A.O.B.

• **Verify customer's production & delivery difference (AOC, EMC, SEC, LGE)**

• **Top Meeting**
  . Date : Aug, 18th  Afternoon, Meeting
  　　　　　　19th  Morning, Green Meeting
  . Place : Kunming, China
  . Host : CPT

• **Workinglevel Meeting : Taipei(Aug.9th) in LPD office**

7/7

English words found in the original text are *italicized*.
Translator's remarks are indicated in brackets [ ].

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00031267

Translation



93. 7. 30
/15

# CDT 市場報告

一、 CDT 產銷狀況

|  | 1月 | 2月 | 3月 | 4月 | 5月 | 6月 | 5~6月 | 7月估 | 6~7月 |
|---|---|---|---|---|---|---|---|---|---|
| CPT | 1284 | 1423 | 1435 | 1376 | 1338 | 3.6% | 1340 | 0.1% |
| LPD | 1644 | 1711 | 1781 | 1614 | 1620 | 1719 | 6.1% | 1818 | 5.8% |
| SDI | 1793 | 1907 | 1966 | 1838 | 1868 | 2038 | 9.1% | 2151 | 5.5% |
| Total | 4721 | 5041 | 5182 | 4828 | 4780 | 5095 | 6.6% | 5309 | 4.2% |

1. 7月 LPD 對飛利浦供應應 420k 雖未全數滿足需求，但缺口僅不足 3%。供 LGE 870k 已全部滿足(LGE 要求 900k，但並不緊張)。8月玻璃取得可再增加，但因韓國暑休少 5 工作天，8月產銷維持 1800K，HEG 有意再繼續冷修，所以九月玻璃供應無慮。華飛因缺玻璃 7月停產 15"，但 8月將恢復生產約 40K，現生產的平面管仍是使用白玻璃。AOC 在七月的需求以平面居多，相對一般管則減少，據了解 LPD 對 Philips 在月底塞了 30k 一般管，應是 AOC 減少需求所致。

2. 三星七月增加 113K，主要對 AOC100→150K(增量以 15"為主)，Liteon 0→15K，其中 15"增加 100k(水原增銷)，雖然客戶還是在吵 15"增量，但感覺已不強，已有客戶要求三星八月要跌價，市場對華映採購玻璃仍在缺貨感到不可思議。唯冠在月初講 400k 已足夠，現在要求 490k(因華映在月初有 drop test issue，月初沒出貨，全月僅出 30k，但 8月答應會恢復至 80k)，但卻也認為八月會回頭減量殺價。

   因三星電子可能也在玩弄數字(號稱 6月做 1600k，7月增至 1900k)，故對三星除印度市場外刻意不增加供貨。另反應 Liteon 對 SDI 的增量似乎不太有興趣，華映解釋，Liteon 刻意控制對 HP 的出貨本月減少產量，對華映也減單 10k。

3. 15"三映管廠六月供應 722k，七月一舉增加至 867k，整整成長了 20%，同時，八月統計又增加了 10%，僅華映對增量顯得保守。

   因應 LCD 市況驟變的因應:

4. 華映表示面板市場急跌，相當大的比重是 HP/Dell 刻意堆高庫存，再即停狂殺價格，現映管市場亦有過熱現象，為避免重蹈 LCD 覆轍，8月起應全面控制映管供應量，故三方原則同意 8月供貨恢復至 6月供貨水準。尤其應嚴格控制對 HP、Dell 出貨量。

5. 統計 HP 及 Dell 現出貨量及 8月的出貨控制規劃:

|  | AOC | SEC | PH | L-On | LGE | EMC | sum |
|---|---|---|---|---|---|---|---|
| Dell | cpt250→200k + lpd100→70k | sdi250→200k | 70→50k |  |  |  | 670→520k |
| HP | 250→200k | 10→7k |  | cpt140→120k + sdi15→10k | 30→20k | 70→50k | 515→400k |

   價格:



EXHIBIT
1195

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031262

Jul 29 2004 9:25    CPTLASERJET FAX    16267950159    p.9
JUL-29-2004 THU 18:13    CPT-SECRETARY    FAX NO. 886 3 3773188    P. 07

7/15

1. LPD/SDI均表示現市場上已有客戶表示8月要求降價，華映表示主要是來自HP的壓力，只要能控制出貨，應暫時不須理會，但 LPD 仍稱超過 2 成調漲，市價應已統一，但事實上仍有很多難音(主要是針對 SDI)，SDI 承認對三星的第二次調漲的未成功(應於6/1生效)，另有關 Bare tube 的價格亦十分紊亂，尤其是深圳HPC 還轉貨 CDT，SDI 至今未能有所回應，建議在 working level 會議將主要客戶價格及 Bare tube 的訂價做一確認，於 Top meting 中提報決議。

結論:

1. 7月從 AOC 對 LPD 減少 17"一般管需求，及詢問未獲承認對華映亦減少 17"一般管(白玻璃)的量來看，又 15"得 SDI 的增量支持，AOC 的管子應已不缺，而從 LPD 得知 LGE/PHS 均已滿足供貨，Liteon 對華映也減單約 10k(轉交 Apple)，基本上大戶已不缺管子，LPD 月底又向 PHS 塞了 30K，SDI 在向 AOC/Liteon 塞貨不成及 Delta 減掉之下，這兩家的管子在 7 月多了出來，基本上 CRT over supply 已見端倪。

2. 已責成 CPTF 密切注意 AOC 對 17"白玻璃的一般管的需求肯定性，要保守備料避免要示料植 AOC 砍價，對所有客戶的 8 月需累一律承諾滿足供應，以因應 8 月可能發生的訂單突然減少。

[handwritten notes in Chinese and signatures]

向全 VP 註:

1. CPT及CDT 應發揮至
1,450K～1,500KP，前段SDI 需控 glass，
現 glass 緊，應由 CPT 掌握當主導。

2. (別期)(各)做(運輸)之策略，快速對應。

3. 16吋 SRF(平面)為 16吋 FS(曲面)之 trend
請研究有，次代引起之管系規劃。

~以上~

[signature] 7/28/04

加強稳定、多溝道!

[signatures]

# Itinerary

- 26th,July     . 17:00~19:00 : *Management Meeting*
                            (Renaissance Hotel, 2FL)
              . 19:00~21:00 : Dinner (Hotel 2FL, Dynasty)

- 27th,July     . 05:30 ~ 06:30 : Move to Golf Course
                                (Silport C.C.)
              . 07:00 ~ 11:30 : Green Meeting
              . 12:00 ~ 13:00 : Lunch
              . 13:00 ~ 15:00 : Move to the Airport

# Agenda

I.    **CDT Sales Update**

II.   **'04.July M/S Review**

III.  **Price-up Review**

IV.   **Market Update**

V.    **Bare Tube Price**

VI.   **A.O.B.**

*Confidential*  1/7

# I. CDT Sales Update

(Unit : K)

| Maker | Size | '03.Q1 | '03.Q2 | '03.1H | '03 TTL | '04.Q1 | '04.Q2 | '04.1H | '04 1H | '04 1H | 04.1H vs 03.1H | 04.1H vs 1H avg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPT | 14" | 26 | 12 | 38 | 53 | | | | | | | |
| | 15" | 966 | 983 | 1,949 | 4,089 | 804 | 559 | 1,363 | 139 | 176 | 26.6% | -22.5% |
| | 17"FS | 1,619 | 1,315 | 2,934 | 6,057 | 1,762 | 1,308 | 3,070 | 647 | 345 | -22.8% | -32.6% |
| | 17"RF | 1,249 | 1,222 | 2,471 | 5,872 | 1,467 | 1,482 | 2,949 | 509 | 586 | 15.1% | 19.2% |
| | 19"FS | 52 | 25 | 77 | 170 | 51 | 29 | 80 | 12 | 7 | -41.7% | -47.5% |
| | 19"RF | 29 | 17 | 46 | 172 | 56 | 86 | 142 | 25 | 23 | -8.0% | -2.8% |
| | Sub-til | 3,941 | 3,574 | 7,515 | 16,413 | 4,140 | 3,464 | 7,604 | | | 0.4% | -20.3% |
| LPD | 14" | 26 | 11 | 37 | 37 | | | | | | | |
| | 15" | 1,284 | 1,330 | 2,614 | 4,947 | 799 | 789 | 1,588 | 256 | 284 | 10.9% | 7.3% |
| | 17"FS | 1,995 | 1,640 | 3,635 | 7,806 | 1,746 | 1,684 | 3,430 | 591 | 545 | -7.8% | -4.7% |
| | 17"RF | 1,533 | 1,179 | 2,712 | 6,535 | 2,227 | 2,151 | 4,378 | 787 | 924 | 17.4% | 26.6% |
| | 19"FS | 239 | 162 | 401 | 737 | 220 | 142 | 362 | 52 | 16 | -27.3% | -73.5% |
| | 19"RF | 152 | 76 | 228 | 464 | 144 | 170 | 314 | 63 | 49 | -22.2% | -6.4% |
| | Sub-til | 5,229 | 4,398 | 9,627 | 20,506 | 5,136 | 4,936 | 10,072 | | | | 3.3% |
| SDI | 14" | 12 | - | 12 | 12 | - | - | - | | | | |
| | 15" | 1,575 | 1,488 | 3,063 | 6,239 | 1,165 | 1,034 | 2,199 | 327 | 407 | 24.5% | 11.1% |
| | 17"FS | 1,199 | 764 | 1,963 | 4,866 | 1,043 | 1,012 | 2,055 | 381 | 330 | -11.3% | -1.3% |
| | 17"RF | 2,570 | 2,451 | 5,021 | 11,014 | 2,891 | 3,222 | 6,113 | 1,181 | 1,258 | 6.5% | 23.5% |
| | 19"FS | 301 | 74 | 375 | 689 | 114 | 54 | 168 | 17 | 14 | -17.6% | -50.0% |
| | 19"RF | 459 | 434 | 893 | 1,823 | 453 | 430 | 883 | 132 | 134 | 1.5% | -8.9% |
| | Sub-til | 6,116 | 5,211 | 11,327 | 23,823 | 5,666 | 5,752 | 11,418 | | | | |
| 3 Makers Total | | 15,286 | 13,183 | 28,469 | 60,742 | 14,942 | 14,152 | 29,094 | | | | |

2/7

# II. '04.July M/S Review

(Unit : M)

| (Mpcs ; %) | '04.Q1 | | | '04.Q2 | | | '04.1H | | | '04.Jul | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap |
| CPT | 4.1 | 27.7% | -0.6% | 3.5 | 24.5% | -3.8% | 7.6 | 26.1% | -2.2% | 1.1 | 22.3% | -4.0% |
| LPD | 5.1 | 34.4% | 0.4% | 4.9 | 34.9% | 0.9% | 10.1 | 34.6% | 0.7% | 1.8 | 35.9% | 1.6% |
| SDI | 5.7 | 37.9% | 0.2% | 5.8 | 40.6% | 2.9% | 11.4 | 39.2% | 1.6% | 2.2 | 42.1% | 4.4% |
| 3 sub-til | 14.9 | 100% | 0.0% | 14.2 | 100% | 0.0% | 29.1 | 100% | 0.0% | 5.1 | 100% | 0.0% |
| Others | 0.7 | | | 0.7 | | | 1.4 | | | 0.2 | | |
| Grand-TTL | 15.7 | | | 14.8 | | | 30.5 | | | 5.3 | | |

3/7

CONFIDENTIAL - GRAND JURY MATERIAL                          CHU00031265

## III. Price-up Review

### 1. Current Price

(Unit : US)

| Size | Spec. | Maker | SEC | AOC | LGE | EMC | Philips | Lite-on | Compal | Delta |
|------|-------|-------|-----|-----|-----|-----|---------|---------|--------|-------|
| 17"F | MPR | SDI | | | | | | | | |
| | N-ITC | LPD | | | | | | | | |
| | | CPT | | | | | | | | |
| 19"F | 95kHz | SDI | | | | | | | | |
| | TCO | LPD | | | | | | | | |
| | N-ITC | CPT | | | | | | | | |

4/7

## IV. Market Update

### 1. '04/'05 CDT Demand

|  | '04 | | | '05 |
|-----|-----|-----|-----|-----|
|  | 1H | 2H | TTL |  |
| SDI | | | 61 | 48~49 |
| CPT | | | 59 | 47 |
| LPD | | | 60 | 48~49 |

(Unit : M)

### 2. TFT-LCD Status
- Price
- Supply & Demand
- Channel & Customer inventory

5/7

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031266

## V. Bare Tube Price

• Definition of Bare Tube : Bare + CPM

| Size | DY Cost(Inc. C/C) | | |
|------|---------|---------|--------|
|      | '03.Apr. | '03.Sep | '04.Jul |
| 15"  | U$6.5   | ?       | ?      |
| 17"  | U$7.5   | U$6.5   | ?      |
| 17"F | U$8.0   | ?       | ?      |

※ Proposal : Quarterly DY cost logic review
  (Taipei Working level meeting will make a proposal and than
  report )

6/7

## VI. A.O.B.

• **Verify customer's production & delivery difference
  (AOC, EMC, SEC, LGE)**

• **Top Meeting**
    **. Date : Aug, 18th  Afternoon, Meeting**
    **            19th  Morning, Green Meeting**
    **. Place : Kunming, China**
    **. Host : CPT**

• **Workinglevel Meeting : Taipei(Aug.9th) in LPD office**

7/7

CONFIDENTIAL - GRAND JURY MATERIAL

CHU00031267

# EXHIBIT 35



STATE of NEW YORK        )
                         )          ss:
COUNTY of NEW YORK       )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"SDCRT-0086541 - SDCRT-0086544"* originally written in *Korean* is to the best of our knowledge and belief, a true, accurate and complete translation into *English*.

Dated: February 11, 2015

*Allison Carey*
Allison Carey
Consortra Translations

Sworn to and signed before ME this
*11th* day of *February*,
2015.

*[signature]*
Notary Public

JAMES G. MAMERA
Notary Public- State of New York
No. 01MA6157195
Qualified In New York County
My Commission Expires December 4, 2018

Your
legal
translation
partner

<div style="border:1px solid black; text-align:center;">CPT 5 Company Meeting Responding Strategies</div>

1. Schedule and participants (expected)

☐ Date and time: April 15, '99 (Thu) 09:30 ~
☐ Place: Orion Electric meeting room
☐ Participants: SDD – Sr. VP In Kim, Director Kwang Ho Lee, General Manager Dong Hoon Lee,
   Manager Michael Sohn
   LG   – Associate VP Sang Yong Choi, General Manager Kyu In Choi,
   Senior Manager Seung Hee Cho, Manager Chul Ho Lee
   Orion – VP Hee Chul Moon, General Manager Bok Il Chung, Manager
   Jong Wook Moon, Manager Sum Kwang Oh
   Chunghwa Picture Tubes – C.Y. Lin, C.C. Ryu, Michael Du
   T-CRT – Tanasak, Boonchoo

2. Analysis of the recent situation
   (Centered around the contents from the 4/9 Indonesia meeting, 4/12 domestic 3 company meeting.)

☐ Basically, all the competitors including our company expressed their concerns about the continuation of the price competition for the long term (failure to maintain the price).
☐ Due to the recent decrease in capacity in the Southeast Asian region, from the 3rd quarter there is a possibility of a balance or shortage.  So, this is regarded as an opportunity to prevent further decreases and recovery (increase) of the price level.

[Each company's position]

• Orion: The company is planning to drop lines drastically and is not pressured to sell products.  As a result, Orion is being more aggressive about this price increase.

• LG: Although agrees with the principle, it is somewhat pessimistic about the possibility of success, and expressed opinion for a small margin increase. (about 2 ~ 3%).

   → If it becomes an unrealistic objective, will not be observed.

**99000050**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

<div style="border:1px solid black; text-align:center;">**Exhibit 705-EF**</div>

SDCRT-0086541E_Translation

☐ The price increase should be determined at around the 5% level, but, finally, it is to be decided at 4/15 Management meeting with the final reflection of each company's opinion.
  - The increase is to be applied starting from July shipments


3. Our company's responding strategy

☐ Attain 5% increase level
  - Reason for the increase: Based on the increase in the price of glass (about 10%) and on the imbalance of supply and demand, it is necessary to divert the flow of decrease. This 3rd quarter is the only opportunity.

| Model | Current price (4/9) | Actual price | Increased price | Remark |
|-------|---------------------|--------------|-----------------|--------|
| 14" Bare | $28.5 | $28.0 | $30.0 | $1.5↑ |
| ITC | $30.0~31.5 | $29.5~31.0 | $32.5 | $1.0~2.5↑ |
| 20" Bare | $47.0 | $46.0 | $49.5 | $2.5↑ |
| ITC | $50.5~51.0 | $49.5~50.5 | $53.0 | $2.0~2.5↑ |
| 21" Bare | $51.5 | $51.0 | $53.0 | $1.5↑ |

Increased a markup on ITC products in order to reduce the gap between Bare and ITC.

☐ If possible, enhance execution with simple price guidelines
  - Up to now, the price difference between Bare customers and ITC customers is severe. Although guidelines for major customer types were established, from here on, it is to proceed with the simplified Bare, ITC representative price for all 14"/20".

☐ It is necessary to allocate for Thai CRT, which is expected to operate at a low utilization rate
  - Example) LG's stoppage of Thomson Biz.
    → It was decided not to do this during the discussions in '98, and because of this offer, Chunghwa and Thai CRT are expressing their displeasure.
  - Refer to the attachment which provides information on the outlook on Capa and operational rate by company.


**99000051**


Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                SDCRT-0086542E_Translation
FINAL TRANSLATION

☐ Monitoring measures (success factors for an increase in the 3rd quarter)
- Raise the level of the meeting up to the level of department heads or above, and hold regularly.
  → Management meeting (once every 2 months) → hold a second meeting in May or June
  → Working level meeting (once/month)
- 3Q price offer timing is identical (late May – early June)
- Hold a preliminary meeting before making an offer to customers
- Adjust operations for companies (3 days/Mon)                      "End"

**99000052**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                      SDCRT-0086543E_Translation
FINAL TRANSLATION

[Attachment] Outlook on 6 Company Capa and Operational Rate

99000530

(1000 units)

| Company | 14" | | | 20"/21" | | | Comments |
|---------|-----|-----|-----------|---------|-----|-----------|----------|
|         | 1Q  | 2Q  | Difference| 1Q      | 2Q  | Difference|          |
| SDD     | 520 | 370 | -150      | 370     | 260 | -110      | Malaysia # (14") CDT remodeling, Busan #1 19" CDT compatible |
| CPT     | 360 | 300 | -60       | 140     | 140 | 0         | Malaysia 14"P/14"D compatible line operation stopped |
| LG      | 170 | 170 | 0         | 370     | 370 | 0         | Changwon #2 (20"/21") previously remodeled (November 98) |
| Orion   | 340 | 190 | -150      | 440     | 230 | -210      | Gumi BSC (14"/20"): May '99 BSF(14"): February '99 Gumi Orico 7 (20"/21" → 19"CDT conversion): 'June, '99 |
| T-CRT   | 120 | 120 | 0         | 160     | 160 | 0         |          |
| Toshiba | 150 | 150 | 0         | 60      | 60  | 0         |          |
| Total   | 1660| 1300| -360      | 1540    | 1220| -320      |          |

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation
FINAL TRANSLATION

SDCRT-0086544E_Translation

EXHIBIT # 705
WIT: SON
DATE: 2-5-13
TOM FRASIK, CSR 6991

# CPT 5∞ Meeting 대응전략

## 1. 일정 및 참석(예정)자

□ 일 시: '99. 4. 15 (목) 09:30 ~
□ 장 소: Orion 전기 대회의실
□ 참석자-S D D – 김인권무, 이광조이사, 이종문부장, 순미가엘과장
  L G – 최상웅상무보, 최규인부장, 조승희차장, 이철호과장
  Orion – 류철웅상무, 정재일부장, 문종우과장, 오심광과장
  중화영업 – C.Y.Lin, C.C.Ryu, Michael Du
  T-CRT – Tanasak, Boonchoo

## 2. 최근 상황분석

(4/9일 인니 미팅, 4/12 국내 3사 미팅 내용 중심)

□ 기본적으로 당사를 비롯한 경쟁사 모두 현재의 가격경쟁 구도의
장기화(가격 유지 실패)에 대해 우려를 표명.

□ 최근 동남아 외배 Capa의 감소로 3사분기부터는 balance 또는
Shortage의 가능성도 보이므로 금반이 더 이상의 하락을 막고
가격을 회복(인상)할 수 있는 기회로 보고 있음
[3사의 입장]
· Orion : 최근 급격한 다인 drop을 계획중으로 판매에 대한
  부담이 없어 금번 인상 경쟁에 매우 적극적임
· L G : 일본의 진성하나 성공가능성에 대해 다소 회의적인
  입장으로 소폭 인상 외엔 의견 피력(약 2~3%)
  → 현실성 없는 목표가 비현 지키지지 않을 것임

99000050

SDCRT-0086541

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

□ 가격인상은 약 5%선에서 결정하되, 최종 4/15일 Management
방침시 각사 의견을 최종 반영 결정토록함
- 인상시기는 7월 선적분부터 적용

3. 당사 대응전략

□ 5% 인상선 확정
- 인상 사유: Glass 가격 인상(약 10%), 수요공급의 Unbalance를
바탕으로 인하의 충분기틀 둘 필요가 있음.
단 3사분기가 유일한 기회임.

| 기종 | | 현재가(4/9) | 예제가 | 인상가 | 비고 |
|---|---|---|---|---|---|
| 14" | Bare | $28.5 | $28.0 | $30.0 | $1.5 ↑ |
| | ITC | $30.0~31.5 | $29.5~31.0 | $32.5 | $1.0~2.5 ↑ |
| 20" | Bare | $47.0 | $46.0 | $49.5 | $2.5 ↑ |
| | ITC | $50.5~51.0 | $49.5~50.5 | $53.0 | $2.0~2.5 ↑ |
| 21" | Bare | $51.5 | $51.0 | $53.0 | $1.5 ↑ |

※ Bare,ITC Gap 축소를 위해 ITC비중 인상폭을 줄이지검

□ 가능한한 Simple한 가격 Guideline으로 실행타 제고
- 현재가치는 Bare로짜여 ITC크게간의 가격 차이 큰데,
주요 교계별 Guideline을 설정하였으나 금번부터는
14"/20" 중심 Bare,ITC 비표가로 단순화하여 진행.

□ 비교적 가동이 우선발성으로 예상되는 Thai CRT에 대한 안체 필요
- (예) LG의 Thomson Biz 중단
→ '98 협의시 Biz 않기로 협의되었던 것이며,
同 offer로 중칭, Thai CRT에서 불체감 포됨
- 각사별 Capa 및 가동율 전망 첨부 참조

9900005

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086542

□ Monitoring 방안(3사분기 인상 성공 요인)

- 향후 분부정규 이상으로 미팅 level을 격상, 정례화
  · 미팅 정례화
    → Management 미팅(1회/2개월) → 5~6월 중 2차 미팅 실시
    → 실무 미팅(1회/월)
- 3Q 가격 Offer 시기 통일(5월말~6월초)
- 교외별 offer 前 사전 미팅 실시
- 각사별 가동 조정(3일/월)

"이 상"

99000052

SDCRT-0086543

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

[첨부] 6사 Capa 및 가동율 전망

(천대)

| Company | 14" | | | 20/21" | | | 비 고 |
|---|---|---|---|---|---|---|---|
| | 1Q | 2Q | 차이 | 1Q | 2Q | 차이 | |
| S D D | 520 | 370 | -150 | 370 | 260 | -110 | 말련#5(14") CDT 개조, 부산#1 19"CDT 겸용 |
| C P T | 360 | 300 | -60 | 140 | 140 | 0 | 말련 14"P/14"D겸용라인 가동 중단 |
| L G | 170 | 170 | 0 | 370 | 370 | 0 | 청원#2(20"/21") 가개조('98.11) |
| Orion | 340 | 190 | -150 | 440 | 230 | -210 | 구미 BSC(14"/20"):99.5, BSF(14"):99.2 구미 Orico 7(20"/21" → 19"CDT 전환):99.6 |
| T-CPT | 120 | 120 | 0 | 160 | 160 | 0 | |
| Toshiba | 150 | 150 | 0 | 60 | 60 | 0 | |
| 計 | 1660 | 1300 | -360 | 1540 | 1220 | -320 | |

9900053

SDCRT-0086544

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation