UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This order relates to:<br><br>ALL DIRECT PURCHASER ACTIONS<br>ALL INDIRECT PURCHASER ACTIONS | MDL No. 1917<br><br>Case No. 07-cv-05944-JST<br><br>**ORDER SUSTAINING OBJECTIONS RE: CERTAIN DEMONSTRATIVES AND TESTIMONY OFFERED BY INDIRECT PURCHASER PLAINTIFFS**<br><br>Re: ECF No. 6484 |

Having reviewed the objections by Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. (collectively, "Irico") to certain demonstratives and testimony offered by Indirect Purchaser Plaintiffs ("IPPs"), ECF No. 6484, the Court sustains the objections. As IPPs explain, the challenged testimony concerns their expert, Dr. Netz, running a regression model developed by Direct Purchaser Plaintiffs' ("DPPs") expert, Dr. Johnson, "with certain adjustments," including the use of "Weighted Least Squares ('WLS') instead of Ordinary Least Squares ('OLS')" and "calculat[ing] the weighted average rate using revenues instead of quantities." *Id.* at 5–6 (footnote omitted). IPPs contend that this testimony responds to calculations made by Irico's expert regarding Netz's and Johnson's overcharge estimates. *Id.* at 6 (citing ECF No. 6467-1 ¶ 19 (Guerin-Calvert Decl.)). But Guerin-Calvert was applying simple math, as opposed to changing any regression models. ECF No. 6467-1 ¶ 19 (explaining that Netz calculated overcharge estimates as a percentage of actual prices, while Johnson calculated them as a percentage of but-for prices, and how Guerin-Calvert "convert[ed] the percentage overcharge estimates reported in the IPP case so that they are expressed in the same terms as the percentage overcharge estimates in the DPP case"). Netz may testify as to whether she would have converted

1   the figures using different arithmetic, but she may not testify as to running Johnson's regression
2   model "with certain adjustments"—which would be a new regression model not previously
3   disclosed.

**IT IS SO ORDERED.**

Dated:  May 17, 2025



_____
JON S. TIGAR
United States District Judge