# Transcript Order — CAND 435

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435
(CAND Rev. 07/2024)

**TRANSCRIPT ORDER**
Please use one form per court reporter. Please read instructions on next page.
CJA Counsel should NOT use this form.
CJA Counsel should request transcripts by submitting a AUTH24 in eVoucher.

**COURT USE ONLY**
DUE DATE:

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Lauren Crane |
| 2a. CONTACT PHONE NUMBER | (212) 819-7604 |
| 3. CONTACT EMAIL ADDRESS | lauren.crane@whitecase.com |
| 1b. ATTORNEY NAME (if different) | Dana Foster |
| 2b. ATTORNEY PHONE NUMBER | (202) 626-3600 |
| 3. ATTORNEY EMAIL ADDRESS | defoster@whitecase.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | WHITE & CASE LLP, 701 Thirteenth Street, NW, Washington, DC 20005 |
| 5. CASE NAME | In re Cathode Ray Tube (CRT) Antitrust Litigation |
| 6. CASE NUMBER | 4:07-cv-5944 |
| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR | Ana Dub |

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL ☐ CRIMINAL ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) CJA: Do not use this form; use Form AUTH24 in eVoucher.
☐ NON-APPEAL ☑ CIVIL

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19/2025 | JST | Evid. | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| 05/20/2025 | JST | Evid. | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| 05/21/2025 | JST | Evid. | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Dana Foster

12. DATE: 05/23/2025

Clear Form | Save as new PDF