MARIO N. ALIOTO (56433)
LAUREN C. CAPURRO (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL NO. 1917 |
| | Case No. 07-cv-5944-JST |
| | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER RE: REMAINING SETTLEMENT FUNDS, FINAL PAYMENT TO THE CLAIMS ADMINISTRATOR, AND RELEASE OF CLAIMS** |
| | Courtroom: 6, 2nd Floor
The Honorable Jon S. Tigar |

Upon consideration of the Indirect Purchaser Plaintiffs' ("IPPs") Administrative Motion For Order Re: Remaining Settlement Funds, Final Payment to the Claims Administrator, and Release of Claims ("Administrative Motion"), it is hereby ORDERED that the Administrative Motion is GRANTED as follows:

1. The settlement funds remaining after the distribution to all claimants in this matter in the amount of approximately $392,696.16 shall be used to pay taxes and accounting fees, as well as expenses incurred by the IPPs in the continuing litigation against Irico Group Corporation and Irico Display Devices Co., Ltd., subject to a further accounting and approval of the use of those funds by the Court.

2. The Settlement Administrator has incurred $9,071.52 in additional fees and expenses in this matter, which the Court determines to be fair and reasonable. This amount shall be paid to the Settlement Administrator from the fund being maintained for this purpose.

3. All settlement class members and all other persons and entities that have submitted claims to participate in any of the settlements, including, but not limited to, any third-party claims filer, hereby release and forever discharge all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or payment of taxes or other expenses from the settlement funds, including, but not limited to, all IPPs' Counsel ("Class Counsel") and the Settlement Administrator, from any and all claims arising out of such involvement, and all settlement class members and all such claimants are barred from making any further claims against the settlement funds, including any interest accrued thereon, or the released parties. Nothing herein shall limit or otherwise prevent Class Counsel from taking action against any person or entity for the benefit of the Settlement Classes.

4. The Court retains continuing jurisdiction over the settlement funds, all parties and claimants, and further application or matters which may arise in connection with these actions.

//

**IT IS SO ORDERED**

Dated: _____, 2025

                                              The Honorable Jon S. Tigar
                                                Northern District of California

3

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER RE: REMAINING SETTLEMENT FUNDS, FINAL PAYMENT TO THE CLAIMS ADMINISTRATOR, AND RELEASE OF CLAIMS; Case No. 07-cv-5944-JST, MDL No. 1917