UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This order relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | MDL No. 1917<br><br>Case No. 07-cv-05944-JST<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION RE: REMAINING SETTLEMENT FUNDS**<br><br>Re: ECF No. 6504 |

The Court grants in part and denies in part the administrative motion filed by Indirect Purchaser Plaintiffs ("IPPs") for an order regarding remaining settlement funds. ECF No. 6484.

The Court approves payment of the Settlement Administrator's final invoice of $9,071.52.

However, the Court denies IPPs' request for permission to use residual funds to pay expenses incurred in ongoing litigation against Defendants Irico Group Corporation and Irico Display Devices Co., Ltd. To grant that request would be the functional equivalent of increasing the attorney's fee award, and IPPs have not persuaded the Court that reconsideration of that award is appropriate, let alone that an increase is warranted. Instead, the parties shall meet and confer and nominate an appropriate cy pres recipient. This requires "that there be a driving nexus between the plaintiff class and the *cy pres* beneficiaries. A *cy pres* award must be guided by (1) the objectives of the underlying statute(s) and (2) the interests of the silent class members, and must not benefit a group too remote from the plaintiff class." *Dennis v. Kellogg Co.*, 697 F.3d 858, 865 (9th Cir. 2012) (citation modified).

The Court also denies IPPs' request for an order releasing claims against Class Counsel and the Settlement Administrator. IPPs have presented no evidence that these releases were

included in the settlement agreements or that the class was provided notice that participating in the settlements would result in the release of such claims.  Nor have IPPs presented any authority for ordering a release of claims that is broader than what was included in the settlement agreements or class notice.

**IT IS SO ORDERED.**

Dated:  June 20, 2025



_____
JON S. TIGAR
United States District Judge