MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2001 Union Street, Suite 482
San Francisco, CA 94123
Telephone:    (415) 563-7200
Facsimile:    (415) 346-0679
E-mail:       malioto@tatp.com
              laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST<br>Case No. 17-cv-04067-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Luscher v. Mitsubishi Electric Corp.*, No. 17-cv-04067-JST | **[PROPOSED] ORDER GRANTING RELEASE OF FUNDS**<br><br>Judge: Honorable Jon S. Tigar |

The Court having withheld 10 percent of the attorneys' fees granted in its Order of November 6, 2023, pending the filing of a post distribution accounting (ECF No. 6337, ¶¶ 5-6) and Lead Counsel having now filed a post distribution accounting, the Court hereby ORDERS that the 10 percent of the attorneys' fees previously withheld be released to Lead Counsel.

**IT IS SO ORDERED.**

Dated: _____

                                            Hon. Jon S. Tigar
                                            United States District Judge