# DPPs' Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No. 07-CV-5944-JST** <br><br> **MDL No. 1917** |
| THIS DOCUMENT RELATED TO: <br><br> ALL DIRECT PURCHASER ACTIONS | |

**SUPPLEMENTAL DAMAGES REPORT OF PHILLIP M. JOHNSON, PH.D.**

**March 24, 2026**

3/24/2026

## I.    Introduction

1.    I am the same Phillip Johnson who previously provided four reports in this matter.[1] For this report I was asked by the DPPs counsel to review the order of the Court adopting a damages model and calculate damages with the modifications described in the order.

2.    The materials I have relied upon for the calculations described herein were listed with my previous reports. I reserve the right to consider any further relevant information that might emerge and to supplement or amend my conclusions as necessary.

3.    The Court adopted my overcharge model and calculation of damages as described in my reports of May 26, 2023 and September 1, 2023 as the basis for damages, with two modifications. The two modifications are:

      a.    **Modification 1:** Separate overcharge regressions for CDTs and CPTs.[2]

      b.    **Modification 2:** In calculating damages, use firm-specific information, where available, to estimate missing sales (i.e., Ms. Guerin-Calvert's third proposed modification to volume of commerce).[3]

4.    I have calculated the DPP Class damages with these two modifications to be $1.177 billion.

## II.    Calculation of Damages for the Model Adopted by the Court

5.    Figure 1, below (presented as Figure 10 in the Johnson Merits Rebuttal Report), already presented the estimated overcharges for my model with the modifications requested by the court (i.e., the fully disaggregated overcharge regressions for CDTs

---

[1] Expert Report of Phillip M. Johnson, Ph.D., May 26, 2023 ("Johnson Merits Report" or "my Merits Report"); Expert Rebuttal Report of Phillip M. Johnson, Ph.D., September 1, 2023 ("Johnson Merits Rebuttal Report" or "my Merits Rebuttal Report); Expert Report of Phillip M. Johnson, Ph.D., November 19, 2021 ("Johnson Class Certification Report" or "my Class Certification Report"); Reply Expert Report of Phillip M. Johnson, Ph.D., March 4, 2022 ("Johnson Class Certification Reply Report," or "my Class Certification Reply Report").

[2] Order Adopting Damages Model, March 11, 2026, p. 13.

[3] Order Adopting Damages Model, March 11, 2026, pp. 15-16.



Supplemental Damages Report of Phillip M. Johnson, Ph.D.

and CPTs). As I described in my report, "The average class-wide overcharge estimate from this modified model is 17.3% for CDTs […] and 6.5% for CPTs.[4]

### Figure 1: Separated CDT and CPT Regressions

*Dependent Variable: Log(CRT Price)*

| VARIABLES | (1) Base | | (2) All Controls Disaggregated | | (3) All Controls Disaggregated | |
|---|---|---|---|---|---|---|
| | Coeff. | T-Value | Coeff. | T-Value | Coeff. | T-Value |
| | (1) | (2) | (3) | (4) | (5) | (6) |
| Conspiracy Indicator 1 * CDT [2a] | 0.0762 *** | 3.1352 | 0.0995 *** | 3.2167 | | |
| Conspiracy Indicator 1 * CPT | 0.0443 ** | 2.4921 | | | 0.0549 *** | 3.1435 |
| Conspiracy Indicator 2 * CDT [2b] | 0.0292 * | 1.9106 | 0.0513 *** | 2.7496 | | |
| Conspiracy Indicator 2 * CPT | 0.0611 *** | 4.8913 | | | 0.0713 *** | 5.5476 |
| Log CRT Price (-1) | 0.2867 *** | 4.9812 | 0.4164 *** | 5.5414 | 0.1731 *** | 2.7990 |
| Average Overcharge Percent | | | | | | |
| **CDT** | **10.7%** | | **17.3%** | | | |
| **CPT** | **6.1%** | | | | **6.5%** | |

*** Significant at 1% level; ** Significant at 5% level; * Significant at 10% level

[1] Quarterly average transaction price weighted by quantity for each application-size-manufacturer-model code.

[2a] Conspiracy Indicator takes the value one from 1995Q2-2006Q2.

[2b] Conspiracy Indicator takes the value one from 2006Q3-2007Q1.

Source: CRT Manufacturers' Sales Data; DisplaySearch; Bank of Korea; U.S. BLS; OECD

6. The second difference between the methodology adopted by the court and my methodology is a change to the calculation of the volume of commerce. Ms. Guerin-Calvert calculated the volume of commerce resulting from this change in the backup to her report.[5]

7. Figures 2 and 3, below, present DPP damages after applying both the Court's modifications of the methodology I had used to calculate damages.[6] As summarized in those figures, damages for CRTs are $315 million and damages for CRT finished products are $863 million. Total DPP Class damages are $1.177 billion.

---

[4] Johnson Merits Rebuttal Report, par. 95.

[5] See Backup of Expert Report of Margaret E. Guerin-Calvert, July 21, 2023, files "CRT damages calculations.xlsx" and "FP Qty with Dmgs by Manufacturer-Product-Year.xlsx."

[6] Modified damages are calculated using previously produced backup materials from 2023-09-01 Johnson CRT Irico Merits Rebuttal Report ("Figures 8-10, 14.do"); 2023-05-26 Johnson CRT Irico Merits Report ("Figure 3-6.do"), and 2023-07-21 Guerin-Calvert Report ("CRT damages calculations.xlsx" and "FP Qty with Dmgs by Manufacturer-Product-Year.xlsx.").



3/24/2026

## Figure 2: DPP CRT Damages per Court-Adopted Model

| | Class Sales | | | | | | Damages | | | | | | |
| | Conspirators Data[1] | | Additional Estimated Missing Data[2] | | Overcharge Percent | | Conspirators Data[1] | | | Additional Estimated Missing Data[2] | | | |
| Year | CDT | CPT | CDT | CPT | CDT | CPT | CDT | CPT | Total | CDT | CPT | Total | Total |
| | (Million Dollars) | | | | (Percent) | | (Million Dollars) | | | | | | |
| | | | | | | | (Note 3) | (Note 3) | (8)+(9) | (Note 3) | (Note 3) | (11)+(12) | (10)+(13) |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) |
| 1995 | $ 76 | $ 109 | $ 35 | $ 171 | 14.5 % | 6.4 % | $ 10 | $ 7 | $ 16 | $ 4 | $ 10 | $ 15 | $ 31 |
| 1996 | 174 | 116 | 50 | 211 | 17.7 | 6.8 | 26 | 7 | 34 | 7 | 13 | 21 | 54 |
| 1997 | 60 | 126 | 49 | 186 | 17.9 | 6.8 | 9 | 8 | 17 | 7 | 12 | 19 | 36 |
| 1998 | 11 | 164 | 41 | 141 | 17.9 | 6.8 | 2 | 10 | 12 | 6 | 9 | 15 | 27 |
| 1999 | 14 | 188 | 37 | 171 | 17.9 | 6.8 | 2 | 12 | 14 | 6 | 11 | 16 | 31 |
| 2000 | 8 | 249 | 44 | 97 | 17.9 | 6.8 | 1 | 16 | 17 | 7 | 6 | 13 | 30 |
| 2001 | 6 | 232 | 27 | 83 | 17.9 | 6.8 | 1 | 15 | 16 | 4 | 5 | 9 | 25 |
| 2002 | 5 | 194 | 17 | 185 | 17.9 | 6.8 | 1 | 12 | 13 | 3 | 12 | 14 | 27 |
| 2003 | 2 | 110 | - | 108 | 17.9 | 6.8 | 0 | 7 | 7 | - | 7 | 7 | 14 |
| 2004 | 2 | 89 | - | 129 | 17.9 | 6.8 | 0 | 6 | 6 | - | 8 | 8 | 14 |
| 2005 | 1 | 30 | - | 97 | 17.9 | 6.8 | 0 | 2 | 2 | - | 6 | 6 | 8 |
| 2006 | 1 | 26 | - | 156 | 15.3 | 7.8 | 0 | 2 | 2 | - | 11 | 11 | 13 |
| 2007 | 1 | 16 | - | 70 | 4.2 | 2.3 | 0 | 0 | 0 | - | 2 | 2 | 2 |
| Total | $ 362 | $ 1,650 | $ 299 | $ 1,806 | | | $ 53 | $ 104 | $ 157 | $ 44 | $ 113 | $ 157 | $ 315 |

[1] Identified U.S. sales to class members from CRT Manufacturers' Sales Data

[2] Estimated sales to class members either missing in CRT Manufacturers' Sales Data or identified as sales to Unknown locations.

[3] Calculated as [Class Sales]*[Overcharge Pct] / (1+[Overcharge Pct])

Sources: Cols. (2)-(3):  CRT Manufacturers' Sales Data.
Cols. (4)-(5):  CRT Manufacturers' Sales Data; TDA's Revised Answers to Indirect-Purchaser Plaintiff's First Set of Interrogatories to Defendants; MTPD-0416090; SDCRT-0201291; CHU00071226; CHU00154037-CHU00154420 at 154389-90; CHU00281352-CHU00281923 at 281644-45; CHWA00062147-CHWA00062569 at 62427; CHWA00088192-CHWA00088762 at 88484; CHWA00106460-CHWA00106757 at 106730; PHLP-CRT-001370; FOX00007278; HDP-CRT00019322

## Figure 3: DPP CRT Finished Product Damages per Court-Adopted Model

| | Class Sales | | | | | | Damages | | | | | | |
| | Conspirators Data[1] | | Additional Estimated Missing Data[2] | | Average Per-Unit CRT Overcharge[3] | | Conspirators Data[1] | | | Additional Estimated Missing Data[2] | | | |
| Year | Monitor | TV | Monitor | TV | CDT | CPT | Monitor | TV | Total | Monitor | TV | Total | Total |
| | (Thousand Units) | | | | (Dollars) | | (Million Dollars) | | | | | | |
| | | | | | | | ((2)*(6))/1,000 | ((3)*(7))/1,000 | (8)+(9) | ((4)*(6))/1,000 | ((5)*(7))/1,000 | (11)+(12) | (10)+(13) |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) |
| 1995 | 114 | 3,259 | 3,561 | 3,507 | $ 12 | $ 4 | $ 1 | $ 14 | $ 15 | $ 43 | $ 15 | $ 59 | $ 74 |
| 1996 | 619 | 4,663 | 3,868 | 3,499 | 18 | 6 | 11 | 29 | 40 | 71 | 22 | 93 | 134 |
| 1997 | 691 | 4,137 | 4,000 | 3,263 | 18 | 7 | 12 | 28 | 40 | 72 | 22 | 94 | 134 |
| 1998 | 2,713 | 5,256 | 2,215 | 1,979 | 14 | 5 | 38 | 26 | 64 | 31 | 10 | 41 | 105 |
| 1999 | 2,422 | 7,798 | 170 | 1,826 | 13 | 5 | 33 | 40 | 73 | 2 | 9 | 12 | 85 |
| 2000 | 2,444 | 8,448 | 190 | 1,352 | 13 | 5 | 32 | 45 | 77 | 2 | 7 | 10 | 86 |
| 2001 | 2,464 | 7,963 | 258 | 1,076 | 10 | 5 | 26 | 41 | 67 | 3 | 6 | 8 | 75 |
| 2002 | 1,921 | 7,607 | - | 1,079 | 8 | 4 | 16 | 33 | 50 | - | 5 | 5 | 54 |
| 2003 | 1,160 | 7,775 | - | 1,550 | 7 | 4 | 8 | 31 | 39 | - | 6 | 6 | 46 |
| 2004 | 1,654 | 6,636 | - | 1,006 | 7 | 4 | 12 | 25 | 36 | - | 4 | 4 | 40 |
| 2005 | 566 | 5,238 | - | 1,404 | 6 | 3 | 3 | 15 | 19 | - | 4 | 4 | 23 |
| 2006 | 199 | 1,933 | - | 221 | 5 | 3 | 1 | 6 | 7 | - | 1 | 1 | 7 |
| 2007 | 32 | 436 | - | 157 | 1 | 1 | 0 | 0 | 0 | - | 0 | 0 | 1 |
| Total | 16,999 | 71,148 | 14,262 | 21,917 | | | $ 194 | $ 334 | $ 527 | $ 225 | $ 110 | $ 336 | $ 863 |

[1] Identified U.S. sales to class members from CRT Finished Product Manufacturers' Sales Data and estimated sales to class members identified as sales to Unknown locations.

[2] Estimated sales to class members missing in CRT Finished Product Manufacturers' Sales Data.

[3] Average per-unit CRT overcharge weighted by quantity of CRT sold.

Sources:   Cols. (2)-(3):  CRT Finished Product Manufacturers' Sales Data; U.S. Census Bureau, Annual Survey of Manufacturers, 1996, 2001, 2005 for U.S. production of color TVs; U.S. International Trade Commission (https://dataweb.usitc.gov/) for U.S. exports of color TVs.
Cols. (4)-(5):  CRT Finished Product Manufacturers' Sales Data; Mitsubishi (MEVSA)'s Third Supplemental Response to DPP Crago's First set of Interrogatories (and Bates-numbered documents referenced within); Oregon Department of Environmental Quality, Product Profile: CRTs, March 2001; Fuji Chimera Institute, Flat Panel Display Applications: Trends and Forecasts, Editions 2000-2001; DISP_LCD_000129; ME00096242.



Supplemental Damages Report of Phillip M. Johnson, Ph.D.

3/24/2026

_____
Phillip M. Johnson, Ph.D.
March 24, 2026

