# DPPs' Exhibit 2

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] JUDGMENT** |
| *ALL DIRECT PURCHASER ACTIONS* | Judge: Hon. Jon S. Tigar |

This action came before the Court for an evidentiary hearing beginning on May 19, 2025 where the Direct Purchaser Plaintiffs ("DPPs")[1] and the Defendants Irico Group Corporation 彩虹集团有限公司 (company registration no. 100000000018209) ("Group") and Irico Display Devices Co., Ltd. 彩虹显示器件股份有限公司 (company registration no. 610000100063235) ("Display") (together, the "Irico Defendants" or "Irico") submitted briefing, expert reports, testimony and legal

---

[1] The Direct Purchaser Plaintiffs consists of "All persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any Defendant or any subsidiary or affiliate thereof, or any co-conspirator or any subsidiary or affiliate thereof. Excluded from the class are defendants, their parent companies, subsidiaries or affiliates, any co-conspirators, all governmental entities, and any judges or justices assigned to hear any aspect of this action." The following individuals/entities are excluded: Amsurg Corporation (HOS); Dell Computer Corp; Tamura Superette; Jack Wada Electronics; EMC Corporation; Smithsonian Institution; Auto Nica S A.

argument through counsel to determine compensatory damages. On March 11, 2026, the Court entered its Order Adopting Damages Model. Pursuant to that Order, the parties have met and conferred and calculated that the amount of compensatory damages is One Billion, One Hundred Seventy-Seven Million dollars ($1,177,000,000.00).

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1.    Judgment is hereby entered in favor of Studio Spectrum, Inc., as class representative of the DPPs, and against the Irico Defendants jointly and severally in the amount of One Billion, One Hundred Seventy Seven Million dollars ($1,177,000,000.00) in compensatory damages, which is trebled to Three Billion, Five Hundred Thirty One Million dollars ($3,531,000,000.00), pursuant to 15 U.S.C. § 15 and then offset by Two Hundred Twelve Million Two Hundred Thousand Dollars ($212,200,000.00) from previous DPP settlements with former defendants for a total judgment of Three Billion Three Hundred Eighteen Million Eight Hundred Thousand Dollars ($3,318,800,000.00).

2.    Post judgment interest shall accrue from the date of the entry of the judgment as provided by 28 U.S.C. § 1961.

3.    Notwithstanding the entry of this judgment, the Court retains continuing jurisdiction to determine the amount of attorneys' fees and costs to be awarded to DPPs. At the parties' request, the determination of the attorneys' fees and costs is deferred pending further Order.

Dated: _____, 2026            _____

                                          Hon. Jon S. Tigar
                                          UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT
Master File No. 07-CV-5944-JST