# IPP

# Exhibit 2

**Exhibit 2**
**Enhanced Damages Provisions**

## Table 1. Automatic Treble Damages

| State | Statutory Provision |
|---|---|
| California | "Any person who is injured in his or her business or property by reason of anything forbidden or declared unlawful by this chapter, may sue therefor . . . to recover three times the damages sustained by him or her . . . ." Cal. Bus. & Prof. Code § 16750(a). *See Optronic Techs., Inc. v. Ningbo Sunny Elec. Co.*, No. 5:16-CV-06370-EJD, 2019 WL 5269018, at *2 (N.D. Cal. Oct. 17, 2019) ("Under the Cartwright Act, the award of treble damages is 'mandatory.'" (citation omitted)), *aff'd*, 20 F.4th 466 (9th Cir. 2021). |
| District of Columbia | Any person who is injured in that person's business or property by reason of anything forbidden by this chapter may bring a civil action for damages, . . . . In such an action, . . . the court shall award as monetary relief: (1) threefold the total damage sustained by such person; and (2) as determined by the court, the costs of suit including reasonable attorney's fees." D.C. Code Ann. § 28-4508(a). |
| Kansas | "The plaintiff in any action commenced hereunder . . . may sue for and recover treble the actual damages sustained." Kan. Stat. Ann. § 50-161(b). |
| Maine | "If the court finds for the plaintiff, the plaintiff is entitled to recover 3 times the amount of the damages sustained . . . ." Me. Rev. Stat. Ann. tit. 10, § 1104(1). |
| Minnesota | "Any person . . . injured directly or indirectly by a violation of sections 325D.49 to 325D.66, shall recover three times the actual damages sustained . . . ." Minn. Stat. Ann. § 325D.57. |
| Nevada | Any person injured or damaged directly or indirectly in his or her business or property by reason of a violation of the provisions of this chapter may institute a civil action and shall recover treble damages . . . ." Nev. Rev. Stat. Ann. § 598A.210(2). |
| New York | "[A]ny person who shall sustain damages by reason of any violation of this section, shall recover three-fold the actual damages sustained thereby . . . ." N.Y. Gen. Bus. Law § 340(5). |
| North Carolina | "If any person shall be injured . . . by reason of any act or thing done . . . in violation of the provisions of this Chapter, such person . . . so injured shall have a right of action on account of such injury done, and if damages are assessed in such case judgment shall be rendered in favor of the plaintiff and against the defendant for treble the amount fixed by the verdict." N.C. Gen. Stat. Ann. § 75-16. |

1

**Exhibit 2**
**Enhanced Damages Provisions**

| State | Statutory Provision |
|---|---|
| South Dakota | "The trier of facts shall increase recovery under this section to three times the damages sustained." S.D. Codified Laws § 37-1-14.3. |
| West Virginia | "Any person who shall be injured in his business or property by reason of a violation of the provisions of this article may bring an action therefor and shall recover threefold the damages sustained by him . . . ." W. Va. Code Ann. § 47-18-9. |
| Wisconsin | "[A]ny person injured, directly or indirectly, by reason of anything prohibited by this chapter may sue therefor and shall recover threefold the damages sustained by the person . . . ." Wis. Stat. Ann. § 133.18(1)(a). |

**Table 2.  Discretionary Enhanced Damages**

| State | Enhanced Damages | Statutory Provision |
|---|---|---|
| Mississippi | $500 statutory penalty for "each instance of injury" | "Any person, natural or artificial, injured or damaged by a trust and combine as herein defined, or by its effects direct or indirect, may recover all damages of every kind sustained by him or it and in addition a penalty of five hundred dollars ($500.00), by suit in any court of competent jurisdiction. . . .  Such penalty may be recovered in each instance of injury. . . ." Miss. Code Ann. § 75-21-9. |
| New Mexico | Treble damages; if trier of fact finds that the facts so justify, lower damages may be awarded, but not less than actual damages. | "[A]ny person threatened with injury or injured in his business or property, directly or indirectly, by a violation of Section 57-1-1 or 57-1-2 NMSA 1978 may bring an action for appropriate injunctive relief, up to threefold the damages sustained and costs and reasonable attorneys' fees. If the trier of fact finds that the facts so justify, damages may be awarded in an amount less than that requested, but not less than the damages actually sustained." N.M. Stat. Ann. § 57-1-3(A). |
| Vermont | Up to treble damages | Any person who sustains damages or injury as a result of any violation of State antitrust laws. . . may sue and recover from the |

2

**Exhibit 2**
**Enhanced Damages Provisions**

| | | |
|---|---|---|
| | | violator the amount of his or her damages . . . and exemplary damages, not exceeding three times the . . . damages sustained by the aggrieved person." Vt. Stat. Ann. tit. 9, § 2465(a). |

**Table 3.  Enhanced Damages for Willful or Flagrant Violation**

| State | Enhanced Damages | Statutory Provision |
|---|---|---|
| Arizona | Up to treble damages | "If the trier of fact finds that the violation is flagrant, it shall increase recovery to an amount not in excess of three times the damages sustained." Ariz. Rev. Stat. Ann. § 44-1408. |
| Iowa | Up to treble damages (actual damages, plus up to twice actual damages) | Plaintiff may "[r]ecover actual damages." § 553.12(2). In addition, Plaintiff may "[r]ecover, at the court's discretion, exemplary damages which do not exceed twice the actual damages awarded under subsection 2 . . ., if all of the following apply: a. The trier of fact determines that the prohibited conduct is willful or flagrant. b. The person bringing suit is not the state." Iowa Code Ann. § 553.12(3). |
| Michigan | Up to treble damages | "If the trier of fact finds that the violation is flagrant, it may increase recovery to an amount not in excess of 3 times the actual damages sustained by reason of a violation of this act." Mich. Comp. Laws Ann. § 445.778(a). |
| North Dakota | Up to treble damages | "If the trier of fact finds that the violation is flagrant, it may increase recovery to an amount not in excess of three times the damages sustained." N.D. Cent. Code Ann. § 51-08.1-08(3). |

3