# IPP
# Exhibit 4

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-cv-05944 JST<br><br>MDL No. 1917 |
| This document relates to:<br><br>*ALL INDIRECT PURCHASER ACTIONS* | **[PROPOSED] FINAL JUDGMENT IN INDIRECT PURCHASER CASE** |

**[PROPOSED] FINAL JUDGMENT IN INDIRECT PURCHASER CASE**

IT IS ORDERED AND ADJUDGED pursuant to the Court's Order adopting Special Master's Report and Recommendation of November 15, 2024 (ECF 6423) and the Court's Order Adopting Damages Model of March 11, 2026 (ECF 6516) and upon consideration of the Parties' Joint Case Management Statement of April 15, 2026 (ECF _____), that judgment is entered against Irico Group Corporation and Irico Display Devices Co., Ltd. (collectively "Irico") jointly and severally and for Indirect Purchaser Plaintiffs ("IPPs"), after trebling and other enhancements as provided for by state law[1] and the application of prejudgment interest for certain states as outlined below, and set off of prior settlements, in the total amount of $_____ to bear interest pursuant to 28 U.S.C. § 1961.

IPPs are comprised of the following certified classes:

> All persons and entities in [Indirect-Purchaser State] who, from March 1, 1995 to November 25, 2007, as residents of [Indirect-Purchaser State], purchased Cathode Ray Tubes incorporated in televisions and monitors in [Indirect-Purchaser State] indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.

*See In re Cathode Ray Tube (CRT) Antitrust Litig.,* MDL No. 1917, 2013 WL 5429718, at *24-29 (N.D. Cal. June 20, 2013), *report and recommendation adopted*, No. C-07-5944-SC, 2013 WL 5391159 (N.D. Cal. Sept. 24, 2013). [2]

---

[1] The Court holds that the state law trebling and enhancement set forth in IPPs' Exhibit 2 to the Joint Case Management Statement are appropriate and, thus, adopts the IPPs' calculations set forth in IPPs' Exhibit 1-A to the Joint Case Management Statement.

[2] The IPP Class States include: Arizona, California, District of Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, New York, North Carolina, North Dakota, South Dakota, Tennessee, Vermont, West Virginia, and Wisconsin. The applicable class period for Hawaii, Nebraska, and Nevada begins from June 25, 2002, July 20, 2002, and February 4, 1999, respectively. *Id.*

**FINAL JUDGMENT**
**MASTER FILE NO. 07-CV-5944-JST; MDL NO. 1917**
1

Certain state laws provide for prejudgment interest which is calculated as set forth below:

1. **California:** Prejudgment interest on single damages at 10 percent per year from December 25, 2007 to the date of judgment in the amount of _____.

2. **District of Columbia:** Prejudgment interest on single damages at 6 percent per year from December 25, 2007 to the date of judgment in the amount of _____.

3. **Florida:** Prejudgment interest on single damages at the rate set forth by the Florida Chief Financial Officer pursuant to Fla. Stat. Ann. § 55.03 from December 13, 2007 to the date of judgment in the amount of _____.

4. **Hawaii:** Prejudgment interest on single damages at 10 percent per year from December 13, 2007 to the date of judgment in the amount of _____.

5. **Iowa:** Prejudgment interest on all damages, to be calculated pursuant to Iowa Code Ann. § 668.13(3) ("Interest shall be calculated as of the date of judgment at a rate equal to the one-year treasury constant maturity published by the federal reserve in the H15 report settled immediately prior to the date of the judgment plus two percent.") from December 13, 2007 to the date of judgment in the amount of _____.

6. **Kansas:** Prejudgment interest on single damages at 10 percent per year from December 13, 2007 to the date of judgment in the amount of _____.

7. **Maine:** Prejudgment interest on all damages, to be calculated pursuant to Me. Rev. Stat. Ann. tit. 14, § 1602-B (3) (one-year United States Treasury bill rate plus 3%); *id.* § 1602-B (3)(A) ("For purposes of this subsection, 'one-year United States Treasury bill rate' means the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which prejudgment interest begins to accrue.") from December 25, 2007 to the date of judgment in the amount of _____.

8. **Michigan:** Prejudgment interest on all damages, to be calculated pursuant to Mich. Comp. Laws Ann. § 600.6013(8) ("[F]or complaints filed on or after January 1, 1987,

**FINAL JUDGMENT**
**MASTER FILE NO. 07-CV-5944-JST; MDL NO. 1917**
2

interest on a money judgment recovered in a civil action is calculated at 6-month intervals from the date of filing the complaint at a rate of interest equal to 1% plus the average interest rate paid at auctions of 5-year United States treasury notes during the 6 months immediately preceding July 1 and January 1, as certified by the state treasurer, and compounded annually, according to this section.") from December 13, 2007 to the date of judgment in the amount of _____.

9. **Minnesota:** Prejudgment interest on single damages at 10 percent per year from December 25, 2007 to the date of judgment in the amount of _____.

10. **Nevada:**    Prejudgment interest on single damages to be calculated pursuant to Nev. Rev. Stat. Ann. § 17.130(2) ("rate equal to the prime rate at the largest bank in Nevada as ascertained by the Commissioner of Financial Institutions on January 1 or July 1, as the case may be, immediately preceding the date of judgment, plus 2 percent.") from December 25, 2007 to the date of judgment in the amount of _____.

11. **New Mexico:** Prejudgment interest on single damages at 10 percent per year from December 25, 2007 to the date of judgment in the amount of _____.

12. **New York:** Prejudgment interest on all damages at 9% per year from November 15, 2024 to the date of judgment in the amount of _____.

13. **North Carolina:** Prejudgment interest on single damages at 8 percent per year from December 13, 2007 to the date of judgment in the amount of _____.

14. **North Dakota:** Prejudgment interest on single damages at 6 percent per year from December 13, 2007 to the date of judgment in the amount of _____.

15. **South Dakota:**  Prejudgment interest on single damages at 10 percent per year from December 13, 2007 to the date of judgment in the amount of _____.

16. **Tennessee:**  Prejudgment interest on single damages at 10 percent per year from December 13, 2007 to the date of judgment in the amount of _____.

17. **Vermont:**  Prejudgment interest on single damages computed by the actuarial method at 12 percent per year from December 13, 2007 to the date of judgment in the amount of _____.

It is further ORDERED that the deadlines for IPPs to file their bill of costs and their motion for statutory attorneys' fees and costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and applicable state laws are hereby suspended.  These issues will be deferred until after any and all merits appeals are resolved (or, if no appeal is filed, after the expiration of time allowed for appeal of the final judgment), at a time to be determined by future Court Order.

Dated: _____, 2026

The Honorable Jon S. Tigar
United States District Judge
