**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 4:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>  ALL INDIRECT PURCHASER ACTIONS<br><br>  ALL DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING DEFENDANTS IRICO GROUP CORP. AND IRICO DISPLAY DEVICES CO., LTD.'S MOTION TO DECERTIFY THE IPP AND DPP CLASSES AND RULE 55(C) MOTION TO VACATE THE ENTRY OF DEFAULT AGAINST IRICO** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Before the Court is Defendants Irico Group Corp. and Irico Display Devices Co., Ltd.'s (collectively, "Irico") Motion to Decertify the IPP and DPP Classes and Rule 55(c) Motion to Vacate the Entry of Default Against Irico (ECF No. _____). Having considered all papers filed, the evidence, the arguments of counsel, all proceedings held herein, and being full informed in the premises,

IT IS HEREBY ORDERED THAT Irico's Motion to Decertify the IPP and DPP Classes is hereby **GRANTED**, and the IPP and DPP Classes are **DECERTIFIED**.

IT IS FURTHER ORDERED THAT Irico's Rule 55(c) Motion to Vacate the Entry of Default Against Irico is **GRANTED**, and the Clerk of Court's Entry of Default with respect to IPPs (ECF No. 6429) is **VACATED**, and the Clerk of Court's Entry of Default with respect to DPPs (ECF No. 6431). is **VACATED**.

**IT IS SO ORDERED.**

Dated: _____          _____

JON S. TIGAR
United States District Judge

[PROPOSED] ORDER GRANTING IRICO'S MOTION TO DECERTIFY THE IPP AND DPP CLASSES AND RULE 55(C) MOTION TO VACATE THE ENTRY OF DEFAULT JUDGMENT AGAINST IRICO
Master File No. 07-cv-05944-JST, MDL No. 1917
1